AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:25-cv-00376-DC-DTG |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                           .

Date:     09/04/2025                                         /s/ James Pickens
                                                                          *Attorney's signature*

                                                                  James Pickens CA Bar No. 307474
                                                                  *Printed name and bar number*

                                                                  Russ August & Kabat
                                                                  12424 Wilshire Blvd., 12th Floor
                                                                  Los Angeles, CA 90025
                                                                          *Address*

                                                                  jpickens@raklaw.com
                                                                          *E-mail address*

                                                                  (310) 826-7474
                                                                          *Telephone number*

                                                                  (310) 979-8268
                                                                          *FAX number*