| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474 | For Court Use Only |
|---|---|

| Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003 | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the Western District of Texas

Plaintiff: HEADWATER RESEARCH LLC
Defendant: GOOGLE LLC

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00376-DC-DTG |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3.  a.  Party served:      GOOGLE LLC
    b.  Person served:   Mak Hayes, Authorized to Accept Service for CSC, Registered Agent
        served under F.R.C.P. Rule 4.

4.  Address where the party was served:   211 E. 7th Street Suite 620, Austin, TX 78701

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 03 2025 (2) at: 03:19 PM

6.  **Person Who Served Papers:**
    a. Justin Rogers                                   d. *The Fee* for Service was: $370.43
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

09/04/2025
(Date)                                                    (Signature)



PROOF OF
SERVICE

14059116
(17430636)