UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § | |
| Plaintiff, § § | Civil Action No. 7:25-CV-00376 |
| v. § § | |
| GOOGLE LLC, § § | JURY TRIAL DEMANDED |
| Defendant. § § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Google LLC respectfully moves this Court to extend the date by which to answer, plead, or otherwise respond to Plaintiff Headwater Research LLC's Complaint ("Complaint"). Defendant was served on September 3, 2025, making its response to Plaintiff's Complaint due Wednesday, September 24, 2025.

Defendant respectfully requests that the deadline to answer or otherwise respond to the Complaint be extended by sixty (45) days to Monday, November 10, 2025. Defendant has good cause to make this request because counsel for Google LLC requires additional time to retain lead counsel and research the allegations in the case to respond to the Complaint. Plaintiff does not oppose the Motion.

This extension is not sought for purposes of delay, but so that justice may be done.

Date: September 15, 2025

Respectfully submitted,

JACKSON WALKER L.L.P.

*s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 (facsimile)

*Counsel for Defendant Google LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that Jackson Walker L.L.P. counsel conferred by electronic mail with opposing counsel on September 11, 2025, concerning this Motion, to which opposing counsel responded that Plaintiff was not opposed to the request for additional time.

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a true and correct copy of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II