**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |  |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | Civil Action No. 7:25-CV-00376 |
| Plaintiff, | § § | |
| v. | § § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | |
| Defendant. | § § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be granted. Accordingly,

IT IS ORDERED that Defendant Google LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendant Google LLC shall have up to and including November 10, 2025, to respond to Plaintiff's Complaint.

SIGNED this _____ day of _____, 2025.


_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE