IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC,** | § | |
| *Plaintiff,* | § § § | |
| v. | § | CASE NO. 7:25-CV-00376-DC-DTG |
| **GOOGLE LLC,** | § § § | |
| *Defendant,* | § | |

**ORDER GRANTING FIRST MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 11)**

Before the Court is the defendant, Google LLC's first unopposed motion for an extension of time to respond to the plaintiff's complaint (Dkt. No. 11). The defendant requests a forty-five (45) day extension of time to respond to the complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant shall respond to the plaintiff's complaint on or before November 10, 2025.

**SIGNED** this 16th day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE