# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § Plaintiff § § v. § § GOOGLE LLC, § § Defendant. § § § | Civil Action No. 7:25-CV-00376<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Matthias A. Kamber, who is admitted or otherwise authorized to practice in this Court, enters his appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED:   October 10, 2025

Respectfully submitted,

By: */s/ Matthias A. Kamber*
Matthias A. Kamber
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Counsel for Google LLC*

-1-

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of October, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                                                 */s/ Matthias A. Kamber*
                                                                  Matthias A. Kamber