IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| Plaintiff | § |
| v. | §  Case No. 7:25-cv-00376-DC-DTG |
| GOOGLE LLC, | §  JURY TRIAL DEMANDED |
| Defendant. | § |

**DEFENDANT GOOGLE LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

DATED: November 10, 2025                    Respectfully Submitted,


By: /s/ *Matthias A. Kamber*
    Matthias A. Kamber
    Cal. Bar No. 232147
    matthiaskamber@paulhastings.com
    PAUL HASTINGS LLP
    101 California Street, 48th Floor
    San Francisco, CA 94111
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100

    Andrea P. Roberts (*admission pending*)
    Cal. Bar No. 228128
    andrearoberts@paulhastings.com
    PAUL HASTINGS LLP
    1117 S. California Avenue
    Palo Alto, CA.94304
    Telephone: (650) 320-1800
    Facsimile: (650) 320-1900

    Ariell N. Bratton
    Cal. Bar No. 317587
    ariellbratton@paulhastings.com
    PAUL HASTINGS LLP
    4655 Executive Drive, Suite 350
    San Diego, CA 92121
    Telephone: (858) 458-3000
    Facsimile: (858) 458-3005

    Nathaniel St. Clair, II
    Tex. State Bar No. 24071564
    nstclair@jw.com
    JACKSON WALKER LLP
    2323 Ross Avenue, Suite 600
    Dallas, Texas 75201
    Telephone: (214) 953-6000
    Facsimile: (214) 953-5822

    Attorneys for Defendant
    GOOGLE LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Matthias A. Kamber*
Matthias A. Kamber
