IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 7:25-cv-00376-DC-DTG |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**ORDER GRANTING GOOGLE'S RULE 12(B)(6) MOTION FOR PARTIAL DISMISSAL**

Before the Court is Defendant Google LLC's Rule 12(b)(6) Motion for Partial Dismissal. Having considered the briefs and arguments of the parties, the Court is of the opinion that the motion is well taken and should be granted. Accordingly, IT IS HEREBY ORDERED that Google's motion is GRANTED. The following claims are dismissed with prejudice:

- Headwater's claims of infringement of the asserted patents by wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems;

- Headwater's claims for pre-suit indirect and willful infringement of the asserted patents; and

- Headwater's pre- and post-suit claims of contributory infringement under § 271(c) for the asserted patents.

SIGNED this _____ day of _____, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE