IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | Case No. 7:25-CV-00376-DC-DTG |
| GOOGLE LLC, | | JURY TRIAL DEMANDED |
| Defendant. | | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Ariell N. Bratton, who is admitted or otherwise authorized to practice in this Court, enters her appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED:   November 10, 2025

Respectfully submitted,

By: /s/ Ariell N. Bratton
Ariell N. Bratton
California State Bar No. 317587
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Counsel for Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                             */s/ Ariell N. Bratton*
                                             Ariell N. Bratton