IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, § § § Plaintiff § § v. § GOOGLE LLC, § § Defendant. § § § | | Civil Action No. 7:25-CV-00376-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Andrea Pallios Roberts, who is admitted or otherwise authorized to practice in this Court, enters her appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED:     November 14, 2025         Respectfully submitted,

By: */s/ Andrea Pallios Roberts*
Andrea Pallios Roberts
California State Bar No. 228128
andrearoberts@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel for Google LLC*

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

 /s/ Andrea Pallios Roberts
 Andrea Pallios Roberts