**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 7:25-cv-00376-DC-DTG |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | |
| *Defendant*. | |

<u>**JOINT MOTION TO EXTEND BRIEFING DEADLINES ON MOTION TO DISMISS**</u>

Plaintiff Headwater Research, LLC ("Headwater") and Defendant Google LLC ("Google") file this Joint Motion to Extend Briefing Deadlines on Motion to Dismiss and would show the Court as follows:

On November 10, 2025, Google filed a motion to dismiss as to certain claims in Headwater's Complaint. The parties subsequently conferred and agreed upon a briefing schedule that would briefly extend the deadlines for Headwater's opposition brief and Google's reply brief. The parties jointly move for this mutual extension, which will allow additional time for the parties to confer about the substance of the motion and potential amendments to the Complaint that may narrow the scope of issues for the Court to decide. The parties also note that the current briefing schedule calls for Headwater to file its opposition brief the week of the Thanksgiving holiday and for Google to file its reply brief very shortly after this holiday. No other deadlines or hearing dates will be affected by these amendments to the briefing schedule.

The parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. Accordingly, the parties respectfully requests that the Court enter an

Order modifying their briefing deadlines as follows, in accordance with the parties' agreement:

| Original Date | Amended Date | Event |
|---|---|---|
| November 24, 2025 | **December 8, 2025** | Headwater to file its opposition brief |
| December 1, 2025 | **December 22, 2025** | Google to file its reply brief |

Dated: November 21, 2025

Respectfully submitted,

/s/ *Matthias A. Kamber*
Matthias A. Kamber
Cal. Bar No. 232147
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Andrea P. Roberts
Cal. Bar No. 228128
andrearoberts@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA.94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Ariell N. Bratton
Cal. Bar No. 317587
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Nathaniel St. Clair, II
Tex. State Bar No. 24071564
nstclair@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000

/s/ *Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff*
*Headwater Research LLC*

2

Facsimile: (214) 953-5822

*Attorneys for Defendant*
*Google LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on November 21, 2025, with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster