UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 7:25-cv-00376-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES ON MOTION TO DISMISS

Before the Court is the Plaintiff Headwater Research LLC ("Plaintiff") and Defendant Google LLC's ("Defendant") Joint Motion to Extend Briefing Deadlines on the Motion to Dismiss. The Court, having considered the Joint Motion, and for good cause shown, finds that this motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to file its opposition to the Motion to Dismiss is December 8, 2025, and the deadline for Defendant to file their reply is December 22, 2025. All other deadlines shall remain in place absent further leave of Court.

**SIGNED** this _____ day of _____, 20____.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1