IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No.7:25-CV-00376-DC-DTG |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Robert W. Unikel, who is admitted or otherwise authorized to practice in this Court, enters his appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED:   December 1, 2025

Respectfully submitted,

By: */s/ Robert W. Unikel*
Robert W. Unikel
Illinois State Bar No. 6216974
robertunikel@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Counsel for Google LLC*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                                       _/s/ Robert W. Unikel_
                                                      Robert W. Unikel