IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 7:25-CV-00376-DC-DTG<br><br>   JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Robert R. Laurenzi, who is admitted or otherwise authorized to practice in this Court, enters his appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED:  December 3, 2025                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Robert R. Laurenzi*
　　　　　　　　　　　　　　　　　　　Robert R. Laurenzi
　　　　　　　　　　　　　　　　　　　robertlaurenzi@paulhastings.com
　　　　　　　　　　　　　　　　　　　New York State Bar No. 3024676
　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　Telephone:  (212) 318-6000
　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 319-4090

　　　　　　　　　　　　　　　　　　　*Counsel for Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                                                                                       */s/ Robert R. Laurenzi*
                                                                                                        Robert R. Laurenzi