# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 7:25-cv-00376-DC-DTG |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | ORAL ARGUMENT REQUESTED |
| *Defendant*. | § § | |

**DECLARATION OF ANDREA P. ROBERTS IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT <u>OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)</u>**

I, Andrea P. Roberts, declare and state as follows:

1.   I am a partner with Paul Hastings LLP, representing Defendant Google LLC ("Google") in this action. I make this declaration in support of Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Motion"). I am over 18 years of age and have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.   For the Court's convenience, the exhibits filed in support of Google's concurrently filed motions to transfer have been assigned the same numbers in all of the following six, related cases: *Headwater Research LLC, v. Google LLC*, Nos. 7:25-cv-00372, -374, -376, -378, -380, and -518 (W.D. Tex.).

3.   Attached hereto as Exhibit 1 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:23-cv-00103-JRG-RSP, Dkt. 286 (E.D. Tex. Dec. 9, 2024), highlighted for the Court's convenience.

4.   Attached hereto as Exhibit 2 is a true and correct copy of a compiled list of 69 patents prosecuted or filed by Krista Jacobsen for Gregory Raleigh compiled using publicly available information from the USPTO.

5.   Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the transcript from the evidentiary hearing in *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:23-cv-00103-JRG-RSP (the "103 *Samsung* case"), Dkt. 338 (E.D. Tex. Feb. 22, 2025).

6.   Attached hereto as Exhibit 4 is a true and correct copy of the California business registration of Headwater Partners I LLC, filed October 14, 2008.

7.   Attached hereto as Exhibit 5 is a true and correct copy of the California business registration of ItsOn Inc., filed October 14, 2008.

8. Attached hereto as Exhibit 6 is a true and correct copy of the California business registration of Headwater Management LLC, filed October 18, 2011.

9. Attached hereto as Exhibit 7 is a true and correct copy of *Google LLC v. Headwater Research LLC*, 4:25-cv-09558, Dkt. 1 (N.D. Cal. Nov. 5, 2025).

10. Attached hereto as Exhibit 8 is a true and correct copy of the California business registration of Headwater Partners II LLC, filed October 20, 2011.

11. Attached hereto as Exhibit 9 is a true and correct copy of a limited SmartLinx Person Report on Gregory Gene Raleigh provided by LexisNexis, highlighted for the Court's convenience.

12. Attached hereto as Exhibit 10 is a true and correct copy of the articles of incorporation of Clarity Wireless Inc., signed on December 18, 1996 by Gregory Raleigh.

13. Attached hereto as Exhibit 11 is a true and correct copy of the article "Cisco Systems to Acquire Clarity Wireless Corporation" dated September 15, 1998 and retrieved from https://newsroom.cisco.com/c/r/newsroom/en/us/a/y1998/m09/cisco-systems-to-acquire-clarity-wireless-corporation.html on August 26, 2025, highlighted for the Court's convenience.

14. Attached hereto as Exhibit 12 is a true and correct copy of the California business registration of Woodside Networks, Inc., filed November 30, 2000, highlighted for the Court's convenience.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Amended Statement and Designation by Foreign Corporation renaming Woodside Networks, Inc. to Airgo Networks, Inc., filed August 6, 2002.

16. Attached hereto as Exhibit 14 is a true and correct copy of the article "Does Woodside Town Hall make it too difficult to build or remodel?" dated September 11, 2015 and

retrieved from https://www.almanacnews.com/news/2015/09/11/does-woodside-town-hall-make-it-too-difficult-to-build-or-remodel/ on August 18, 2025, highlighted for the Court's convenience.

17. Attached hereto as Exhibit 15 is a true and correct copy of *In re Kolotouros*, 5:24-mc-80255-SVK, Dkt. 7 (N.D. Cal. Oct. 30, 2024).

18. Attached hereto as Exhibit 16 is a true and correct copy of a Lex Machina search showing 498 active patent cases in WDTX and 216 active patent cases in NDCA (last accessed November 17, 2025), highlighted for the Court's convenience.

19. Attached hereto as Exhibit 17 is a true and correct copy of a limited SmartLinx Person Report on Charles Henry Giancarlo provided by LexisNexis, highlighted for the Court's convenience.

20. Attached hereto as Exhibit 18 is a true and correct copy of a limited SmartLinx Person Report on Krista Susan Jacobsen provided by LexisNexis, highlighted for the Court's convenience.

21. Attached hereto as Exhibit 19 is a true and correct copy of the web page "Get in Touch" for the Jacobsen Law Firm retrieved from https://www.jacobseniplaw.com/contact on November 12, 2025, highlighted for the Court's convenience.

22. Attached hereto as Exhibit 20 is a true and correct copy of a limited SmartLinx Person Report on Cory Samuel Modlin provided by LexisNexis, highlighted for the Court's convenience.

23. Attached hereto as Exhibit 21 is a true and correct copy of Samsung's Fourth Supplemental Initial Disclosures in the 103 *Samsung* Case, Dkt. 336-4, highlighting altered for the Court's convenience.

24. Attached hereto as Exhibit 22 is a true and correct copy of the "Our Team" web

page for Michael Schallop of Van Pelt, Yi & James LLP retrieved from https://ip-patent.com/team/ on November 12, 2025.

25. Attached hereto as Exhibit 23 is a true and correct copy of the California business registration of Itson (assignment for the benefit of creditors), LLC, filed December 28, 2017, highlighted for the Court's convenience.

26. Attached hereto as Exhibit 24 is a true and correct copy of a Docket Navigator report showing the average time to trial in WDTX from January 1, 2010 to November 1, 2025 was 28 months (last accessed November 17, 2025), highlighted for the Court's convenience.

27. Attached hereto as Exhibit 25 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 491 (E.D. Tex. Jan. 15, 2025), highlighted for the Court's convenience.

28. Attached hereto as Exhibit 26 is a true and correct copy of an excerpt of Volume 4 of the trial transcript for *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:23-cv-00103-JRG-RSP (E.D. Tex. Apr. 24, 2025), highlighted for the Court's convenience.

29. Attached hereto as Exhibit 27 is a true and correct copy of the "1 Headquarters in All locations" retrieved from https://www.qualcomm.com/company/facilities/offices?hQ=true on November 12, 2025, highlighted for the Court's convenience.

30. Attached hereto as Exhibit 28 is a true and correct copy of *Headwater Research LLC v. AT&T Inc., et al.*, 2:23-cv-00397-JRG-RSP, Dkt. 255 (E.D. Tex. Jul. 25, 2025), highlighted for the Court's convenience.

31. Attached hereto as Exhibit 29 is a true and correct copy of the "Contact Us" page retrieved from https://www.interdigital.com/contact on November 12, 2025, highlighted for the Court's convenience.

32. Attached hereto as Exhibit 30 is a true and correct copy of the California Statement of Information of Google LLC, filed September 7, 2023.

33. Attached hereto as Exhibit 31 is a true and correct copy of a Docket Navigator report showing the average time to trial in NDCA from January 1, 2010 to November 1, 2025 was 30 months (last accessed November 17, 2025).

34. Attached hereto as Exhibit 32 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 274 (E.D. Tex. May 28, 2024), highlighted for the Court's convenience.

35. Attached hereto as Exhibit 33 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics Co. Ltd. et al.*, No. 2:23-cv-00641-JRG-RSP, Dkt. 58 (E.D. Tex. Jan. 17, 2025), highlighted for the Court's convenience.

36. Attached hereto as Exhibit 34 is a true and correct copy of driving directions from Midland, Texas to Tyler, Texas on Google Maps retrieved from https://maps.app.goo.gl/ykenjjKLCFdnqycn6 on November 12, 2025.

37. Attached hereto as Exhibit 35 is a true and correct copy of driving directions from Midland, Texas to Incline Village, Nevada on Google Maps retrieved from https://maps.app.goo.gl/uwCnDYxb5sUkMUz27 on November 12, 2025.

38. Attached hereto as Exhibit 36 is a true and correct copy of driving directions from San Francisco, CA to Incline Village, Nevada on Google Maps retrieved from https://maps.app.goo.gl/6vcFaDMU5iYqqBYJ9 on November 12, 2025.

39. Attached hereto as Exhibit 37 is a true and correct copy of *Headwater Research LLC v. Motorola Mobility LLC, et al.*, 4:23-cv-04496-KAW, Dkt. 1 (N.D. Cal. Aug. 30, 2023).

40. Attached hereto as Exhibit 38 is a true and correct copy of *Headwater Research*

*LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 401 (E.D. Tex. Aug. 2, 2024), highlighted for the Court's convenience.

41. Attached hereto as Exhibit 39 is a true and correct copy of an excerpt of *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al.*, Case No. 2:23-cv-00103-JRG-RSP, Dkt. 320-2 (E.D. Tex. Feb. 7, 2025), highlighted for the Court's convenience.

42. Attached hereto as Exhibit 40 is a true and correct copy of *Headwater Research LLC v. Samsung Electronics America, Inc., et al.*, 2:22-cv-00422-JRG-RSP, Dkt. 273 (E.D. Tex. May 28, 2024), highlighted for the Court's convenience.

43. Attached hereto as Exhibit 41 is a true and correct copy of *In re Jacobsen*, 2:25-mc-00004-JRG-RSP, Dkt. 8 (E.D. Tex. May 21, 2025), highlighted for the Court's convenience.

44. Attached hereto as Exhibit 42 is a true and correct copy of *L2 Mobile Technologies LLC v. Google LLC*, 6:21-cv-00358-ADA, Dkt. 52 (W.D. Tex. Jan. 7, 2022), highlighted for the Court's convenience.

45. Attached hereto as Exhibit 43 is a true and correct copy of the web page "OUR STORY From the garage to the Googleplex" retrieved from https://about.google/company-info/our-story/ on November 12, 2025.

46. Attached hereto as Exhibit 44 is a true and correct copy of the web page "Our Locations" retrieved from https://www.google.com/about/careers/applications/locations on November 12, 2025.

47. Attached hereto as Exhibit 45 is a true and correct copy of the article "Andreessen Horowitz leads $15.5 million funding of ItsOn mobile firm" dated October 30, 2012 and retrieved from https://www.reuters.com/article/net-us-itson-andreessenhorowitz-idUSBRE89T0ES20121030/ on November 12, 2025, highlighted for the Court's convenience.

48. Attached hereto as Exhibit 46 is a true and correct copy of driving directions from Austin, Texas to Midland, Texas on Google Maps retrieved from https://maps.app.goo.gl/ivBM43jcdCofrPT7A on November 24, 2025.

49. Attached hereto as Exhibit 47 is a true and correct copy of the article "Google made its best acquisition nearly 17 years ago: Can you guess what it was?" dated May 13, 2022 and retrieved from https://www.androidauthority.com/google-android-acquisition-884194/ on November 12, 2025, highlighted for the Court's convenience.

50. Attached hereto as Exhibit 48 is a true and correct copy of the "Contact Us" page retrieved from https://www.sherwoodpartners.com/contact on October 8, 2025, highlighted for the Court's convenience.

51. Attached hereto as Exhibit 53 is a true and correct copy of a limited SmartLinx Person Report on Marc Sockol provided by LexisNexis, highlighted for the Court's convenience.

52. Attached hereto as Exhibit 54 is a true and correct copy of a printable version of the biography web page for Marc Sockol of Sheppard, Mullin, Richter & Hampton LLP retrieved from https://www.sheppardmullin.com/printpilot-bio-msockol.pdf?1761780068 on October 29, 2025.

53. Attached hereto as Exhibit 61 is a true and correct copy of an excerpt of the file history for U.S. Pat. No. 8,023,425 sufficient to show counsel who made submissions during prosecution, highlighted for the Court's convenience.

54. Attached hereto as Exhibit 62 is a true and correct copy of an excerpt of the file history for U.S. Pat. No. 8,631,102 sufficient to show counsel who made submissions during prosecution, highlighted for the Court's convenience.

55. Attached hereto as Exhibit 63 is a true and correct copy of an excerpt of the file

history for U.S. Pat. No. 8,799,451 sufficient to show counsel who made submissions during prosecution, highlighted for the Court's convenience.

56. Attached hereto as Exhibit 68 is a true and correct copy of Google flights between San Francisco, California and Tokyo, Japan on September 6, 2026, sorted by duration.

57. Attached hereto as Exhibit 69 is a true and correct copy of Google flights between Midland, Texas and Tokyo, Japan on September 6, 2026, sorted by duration.

58. Attached hereto as Exhibit 70 is a true and correct copy of Google flights between Austin, Texas and Tokyo, Japan on September 6, 2026, sorted by duration.

59. Attached hereto as Exhibit 77 is a true and correct copy of Google flights between San Francisco, California and Shanghai, China on September 6, 2026, sorted by duration.

60. Attached hereto as Exhibit 78 is a true and correct copy of Google flights between Midland, Texas and Shanghai, China on September 6, 2026, sorted by duration.

61. Attached hereto as Exhibit 79 is a true and correct copy of Google flights between Austin, Texas and Shanghai, China on September 6, 2026, sorted by duration.

62. Attached hereto as Exhibit 86 is a true and correct copy of Google flights between San Francisco, California and New York, New York on September 6, 2026, sorted by duration.

63. Attached hereto as Exhibit 87 is a true and correct copy of Google flights between Midland, Texas and New York, New York on September 6, 2026, sorted by duration.

64. Attached hereto as Exhibit 88 is a true and correct copy of Google flights between Austin, Texas and New York,New York on September 6, 2026, sorted by duration.

65. Attached hereto as Exhibit 89 is a true and correct copy of United States Patent No. 8,589,541.

66. Attached hereto as Exhibit 90 is a true and correct copy of United States Patent No.

9,215,613.

67.     Attached hereto as Exhibit 91 is a true and correct copy of United States Patent No. 9,198,076.

68.     Attached hereto as Exhibit 92 is a true and correct copy of United States Patent No. 10,749,700.

69.     Attached hereto as Exhibit 99 is a true and correct copy of Google flights between San Francisco, California and Irvine, California on September 6, 2026, sorted by duration.

70.     Attached hereto as Exhibit 100 is a true and correct copy of Google flights between Austin, Texas and Irvine, California on September 6, 2026, sorted by duration.

71.     Attached hereto as Exhibit 101 is a true and correct copy of Google flights between Midland, Texas and Irvine, California on September 6, 2026, sorted by duration.

72.     Attached hereto as Exhibit 102 is a true and correct copy of Google flights between San Francisco, California and Reno, Nevada on September 6, 2026 sorted by duration.

73.     Attached hereto as Exhibit 103 is a true and correct copy of an excerpt of the Declaration of Krista S. Jacobsen, Ph.D. filed in an IPR proceeding, Case No. IPR2022-00697, and including her Curriculum Vitae, highlighted for the Court's convenience.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

| | |
|---|---|
| DATED:  December 5, 2025 | Respectfully Submitted, |

| | |
|---|---|
| JACKSON WALKER LLP | PAUL HASTINGS LLP |
| Nathaniel St. Clair, II<br>Tex. State Bar No. 24071564<br>nstclair@jw.com<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Telephone:  (214) 953-6000<br>Facsimile:  (214) 953-5822 | By: /s/ *Andrea P. Roberts*<br>    Andrea P. Roberts<br>    Cal. Bar No. 228128<br>    andrearoberts@paulhastings.com<br>    1117 S. California Avenue<br>    Palo Alto, CA 94304<br>    Telephone: (650) 320-1800<br>    Facsimile: (650) 320-1900<br><br>    Matthias A. Kamber<br>    Cal. Bar No. 232147<br>    matthiaskamber@paulhastings.com<br>    101 California Street, 48th Floor<br>    San Francisco, CA 94111<br>    Telephone: (415) 856-7000<br>    Facsimile: (415) 856-7100<br><br>    Robert W. Unikel<br>    Ill. Bar No. 6216974<br>    robertunikel@paulhastings.com<br>    71 South Wacker Drive, Suite 4500<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile: (312) 499-6100<br><br>    Robert R. Laurenzi<br>    NY Bar No. 3024676<br>    robertlaurenzi@paulhastings.com<br>    200 Park Avenue<br>    New York, NY 10166<br>    Telephone: (212) 318-6000<br>    Facsimile: (212) 319-4090<br><br>    Ariell N. Bratton<br>    Cal. Bar No. 317587<br>    ariellbratton@paulhastings.com<br>    4655 Executive Drive, Suite 350<br>    San Diego, CA 92121<br>    Telephone: (858) 458-3000<br>    Facsimile: (858) 458-3005<br><br>    *Attorneys for Defendant*<br>    *GOOGLE LLC* |

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on December 5, 2025, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record who have appeared in this case were served with the foregoing document via the Court's CM/ECF system.

*/s/ Andrea P. Roberts*
Andrea P. Roberts
