# EXHIBIT 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | US-9026079-B2 | PDF Text | Wireless network service interfaces | Raleigh; Gregory G. et al. | 5/5/2015 | 61 |
| 66 | US-8924549-B2 | PDF Text | Network based ambient services | Raleigh; Gregory G | 12/30/2014 | 197 |
| 67 | US-8924469-B2 | PDF Text | Enterprise access control and accounting allocation for access networks | Raleigh; Gregory G. et al. | 12/30/2014 | 74 |
| 68 | US-8924543-B2 | PDF Text | Service design center for device assisted services | Raleigh; Gregory G. et al. | 12/30/2014 | 86 |
| 69 | US-8903452-B2 | PDF Text | Device assisted ambient services | Raleigh; Gregory G | 12/2/2014 | 198 |
| 70 | US-8897743-B2 | PDF Text | Verifiable device assisted service usage billing with integrated accounting, mediation accounting, and multi-account | Raleigh; Gregory G. | 11/25/2014 | 199 |
| 71 | US-8897744-B2 | PDF Text | Device assisted ambient services | Raleigh; Gregory G | 11/25/2014 | 198 |
| 72 | US-8898079-B2 | PDF Text | Network based ambient services | Raleigh; Gregory G. | 11/25/2014 | 196 |
| 73 | US-8898293-B2 | PDF Text | Service offer set publishing to device agent with on-device service selection | Raleigh; Gregory G. et al. | 11/25/2014 | 111 |
| 74 | US-8893009-B2 | PDF Text | End user device that secures an association of application to service policy with an application certificate check | Raleigh; Gregory G. et al. | 11/18/2014 | 167 |
| 75 | US-8886162-B2 | PDF Text | Restricting end-user device communications over a wireless access network associated with a cost | Raleigh; Gregory G. | 11/11/2014 | 197 |
| 76 | US-8868455-B2 | PDF Text | Adaptive ambient services | Raleigh; Gregory G et al. | 10/21/2014 | 34 |
| 77 | US-8839387-B2 | PDF Text | Roaming services network and overlay networks | Raleigh; Gregory G. | 9/16/2014 | 197 |
| 78 | US-8839388-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 9/16/2014 | 200 |
| 79 | US-8832777-B2 | PDF Text | Adapting network policies based on device service processor configuration | Raleigh; Gregory G. et al. | 9/9/2014 | 81 |
| 80 | US-8797908-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 8/5/2014 | 201 |
| 81 | US-8799451-B2 | PDF Text | Verifiable service policy implementation for intermediate networking devices | Raleigh; Gregory G. | 8/5/2014 | 197 |
| 82 | US-8793758-B2 | PDF Text | Security, fraud detection, and fraud mitigation in device-assisted services systems | Raleigh; Gregory G. et al. | 7/29/2014 | 112 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | US-8788661-B2 | PDF Text | Device assisted CDR creation, aggregation, mediation and billing | Raleigh; Gregory G. | 7/22/2014 | 55 |
| 84 | US-8745191-B2 | PDF Text | System and method for providing user notifications | Raleigh; Gregory G. et al. | 6/3/2014 | 127 |
| 85 | US-8745220-B2 | PDF Text | System and method for providing user notifications | Raleigh; Gregory G. et al. | 6/3/2014 | 125 |
| 86 | US-8737957-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 5/27/2014 | 198 |
| 87 | US-8724554-B2 | PDF Text | Open transaction central billing system | Raleigh; Gregory G. | 5/13/2014 | 196 |
| 88 | US-8725123-B2 | PDF Text | Communications device with secure data path processing agents | Raleigh; Gregory G. et al. | 5/13/2014 | 64 |
| 89 | US-8713630-B2 | PDF Text | Verifiable service policy implementation for intermediate networking devices | Raleigh; Gregory G. | 4/29/2014 | 197 |
| 90 | US-8695073-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 4/8/2014 | 197 |
| 91 | US-8688099-B2 | PDF Text | Open development system for access service providers | Raleigh; Gregory G | 4/1/2014 | 196 |
| 92 | US-8666364-B2 | PDF Text | Verifiable device assisted service usage billing with integrated accounting, mediation accounting, and multi-account | Raleigh; Gregory G | 3/4/2014 | 196 |
| 93 | US-8667571-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 3/4/2014 | 197 |
| 94 | US-8639811-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 1/28/2014 | 202 |
| 95 | US-8639935-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 1/28/2014 | 196 |
| 96 | US-8640198-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 1/28/2014 | 196 |
| 97 | US-8635678-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 1/21/2014 | 198 |
| 98 | US-8634805-B2 | PDF Text | Device assisted CDR creation aggregation, mediation and billing | Raleigh; Gregory | 1/21/2014 | 52 |
| 99 | US-8634821-B2 | PDF Text | Device assisted services install | Raleigh; Gregory G. | 1/21/2014 | 48 |
| 100 | US-8635335-B2 | PDF Text | System and method for wireless network offloading | Raleigh; Gregory G. et al. | 1/21/2014 | 48 |
| 101 | US-8630192-B2 | PDF Text | Verifiable and accurate service usage monitoring for intermediate networking devices | Raleigh; Gregory G. | 1/14/2014 | 198 |
| 102 | US-8630611-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 1/14/2014 | 196 |
| 103 | US-8630617-B2 | PDF Text | Device group partitions and settlement platform | Raleigh; Gregory | 1/14/2014 | 23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 104 | US-8630630-B2 | PDF Text | Enhanced roaming services and converged carrier networks with device assisted services and a proxy | Raleigh; Gregory G. | 1/14/2014 | 59 |
| 105 | US-8626115-B2 | PDF Text | Wireless network service interfaces | Raleigh; Gregory G. et al. | 1/7/2014 | 55 |
| 106 | US-8606911-B2 | PDF Text | Flow tagging for service policy implementation | Raleigh; Gregory G. et al. | 12/10/2013 | 127 |
| 107 | US-8588110-B2 | PDF Text | Verifiable device assisted service usage billing with integrated accounting, mediation accounting, and multi-account | Raleigh; Gregory G | 11/19/2013 | 195 |
| 108 | US-8589541-B2 | PDF Text | Device-assisted services for protecting network capacity | Raleigh; Gregory G. et al. | 11/19/2013 | 106 |
| 109 | US-8583781-B2 | PDF Text | Simplified service network architecture | Raleigh; Gregory G. | 11/12/2013 | 196 |
| 110 | US-8570908-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 10/29/2013 | 196 |
| 111 | US-8547872-B2 | PDF Text | Verifiable and accurate service usage monitoring for intermediate networking devices | Raleigh; Gregory G. | 10/1/2013 | 198 |
| 112 | US-8548428-B2 | PDF Text | Device group partitions and settlement platform | Raleigh; Gregory G. | 10/1/2013 | 22 |
| 113 | US-8531986-B2 | PDF Text | Network tools for analysis, design, testing, and production of services | Raleigh; Gregory G. | 9/10/2013 | 194 |
| 114 | US-8527630-B2 | PDF Text | Adaptive ambient services | Raleigh; Gregory G et al. | 9/3/2013 | 31 |
| 115 | US-8516552-B2 | PDF Text | Verifiable service policy implementation for intermediate networking devices | Raleigh; Gregory G. | 8/20/2013 | 196 |
| 116 | US-8478667-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 7/2/2013 | 195 |
| 117 | US-8467312-B2 | PDF Text | Verifiable and accurate service usage monitoring for intermediate networking devices | Raleigh; Gregory G. | 6/18/2013 | 196 |
| 118 | US-8441989-B2 | PDF Text | Open transaction central billing system | Raleigh; Gregory G. | 5/14/2013 | 195 |
| 119 | US-8437271-B2 | PDF Text | Verifiable and accurate service usage monitoring for intermediate networking devices | Raleigh; Gregory G. | 5/7/2013 | 194 |
| 120 | US-8406733-B2 | PDF Text | Automated device provisioning and activation | Raleigh; Gregory G. | 3/26/2013 | 194 |

| # | Patent | | | Title | Inventor | Date | Claims |
|---|---|---|---|---|---|---|---|
| 121 | US-8406748-B2 | PDF | Text | Adaptive ambient services | Raleigh; Gregory G. et al. | 3/26/2013 | 36 |
| 122 | US-8402111-B2 | PDF | Text | Device assisted services install | Raleigh; Gregory G. | 3/19/2013 | 22 |
| 123 | US-8396458-B2 | PDF | Text | Automated device provisioning and activation | Raleigh; Gregory G. | 3/12/2013 | 195 |
| 124 | US-8391834-B2 | PDF | Text | Security techniques for device assisted services | Raleigh; Gregory G. | 3/5/2013 | 30 |
| 125 | US-8385916-B2 | PDF | Text | Automated device provisioning and activation | Raleigh; Gregory G. | 2/26/2013 | 194 |
| 126 | US-8355337-B2 | PDF | Text | Network based service profile management with user preference, adaptive policy, network neutrality, and user privacy | Raleigh; Gregory G. | 1/15/2013 | 193 |
| 127 | US-8351898-B2 | PDF | Text | Verifiable device assisted service usage billing with integrated accounting, mediation accounting, and multi-account | Raleigh; Gregory G. | 1/8/2013 | 173 |
| 128 | US-8346225-B2 | PDF | Text | Quality of service for device assisted services | Raleigh; Gregory G. | 1/1/2013 | 48 |
| 129 | US-8340634-B2 | PDF | Text | Enhanced roaming services and converged carrier networks with device assisted services and a proxy | Raleigh; Gregory G. | 12/25/2012 | 54 |
| 130 | US-8331901-B2 | PDF | Text | Device assisted ambient services | Raleigh; Gregory G. | 12/11/2012 | 194 |
| 131 | US-8326958-B1 | PDF | Text | Service activation tracking system | Raleigh; Gregory G. | 12/4/2012 | 192 |
| 132 | US-8275830-B2 | PDF | Text | Device assisted CDR creation, aggregation, mediation and billing | Raleigh; Gregory G. | 9/25/2012 | 41 |
| 133 | US-8270952-B2 | PDF | Text | Open development system for access service providers | Raleigh; Gregory G. | 9/18/2012 | 192 |