# EXHIBIT 3

Case 7:25-cv-00376-DC-DTG   Document 25-3   Filed 12/05/25   Page 2 of 23
Case 2:23-cv-00103-JRG-RSP   Document 338   Filed 02/22/25   Page 1 of 184 PageID
#: 22805

1

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF TEXAS

 3                        MARSHALL DIVISION

 4   HEADWATER RESEARCH, LLC,      )(

 5        PLAINTIFF,               )(    CIVIL ACTION NO.

 6                                 )(    2:23-CV-103-JRG-RSP

 7   VS.                           )(    MARSHALL, TEXAS

 8                                 )(

 9   SAMSUNG ELECTRONICS AMERICA,  )(    FEBRUARY 20, 2025

10   INC., ET AL.,                 )(

11        DEFENDANTS.              )(    9:00 A.M.

12                       EVIDENTIARY HEARING

13              BEFORE THE HONORABLE ROY S. PAYNE

14                UNITED STATES MAGISTRATE JUDGE

15

16   FOR THE PLAINTIFF:      Mr. Kristopher R. Davis
                             Mr. Marc Fenster
17                           Mr. Reza Mirzaie
                             Mr. Jason Wietholter
18                           Russ August & Kabat
                             12424 Wilshire Boulevard
19                           12th Floor
                             Los Angeles, CA 90025
20
                             Ms. Andrea L. Fair
21                           Miller Fair Henry PLLC
                             1507 Bill Owens Parkway
22                           Longview, TX 75604

23   FOR THE DEFENDANTS:     Mr. Michael J. McKeon
                             Fish & Richardson PC
24                           1000 Maine Ave., SW
                             Suite 1000
25                           Washington, DC 20024
```

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 3 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 2 of 184 PageID
#: 22806

2

```
 1   FOR THE DEFENDANTS:      Mr. John W. Thornburgh
                              Fish & Richardson PC
 2                            12860 El Camino Real
                              Suite 400
 3                            San Diego, CA 92130

 4                            Mr. Thad C. Kodish
                              Mr. Jonathan B. Bright
 5                            Fish & Richardson PC
                              1180 Peachtree Street NE
 6                            21st Floor
                              Atlanta, GA 30309
 7
                              Mr. Lance L. Yang
 8                            Quinn Emanuel Urquhart & Sullivan
                              865 S. Figueroa Street
 9                            10th Floor
                              Los Angeles, CA 90017
10
                              Mr. Leonard Davis
11                            Fish & Richardson PC
                              1717 Main Street
12                            Suite 5000
                              Dallas, TX 75201
13
                              Ms. Melissa Smith
14                            Gillam & Smith, LLP
                              303 South Washington Avenue
15                            Marshall, TX 75670

16
     COURT REPORTER:          Ms. Shelly Holmes, CSR, TCRR
17                            Official Court Reporter
                              Honorable Robert W. Schroeder III
18                            United States District Judge
                              Eastern District of Texas
19                            Texarkana Division
                              500 North State Line Avenue
20                            Texarkana, Texas 75501
                              shelly_holmes@txed.uscourts.gov
21

22   (Proceedings recorded by mechanical stenography, transcript
     produced on a CAT system.)
23

24

25
```

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 4 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 3 of 184 PageID
#: 22807

3

```
 1              COURT SECURITY OFFICER:  All rise.

 2              THE COURT:  Good morning.  Please be seated.

 3              For the record, we're here for the evidentiary

 4    hearing on the standing issue, which was ordered in

 5    conjunction with the cross motions filed by each side on

 6    the standing issue.

 7              This is in Headwater Research versus Samsung

 8    Electronics, Case No. 2:23-103.

 9              Would counsel state their appearances?

10              MS. FAIR:  Good morning, Your Honor.  Andrea Fair

11    on behalf of Headwater.  I'm joined today by Mr. Marc

12    Fenster, Mr. Reza Mirzaie, Mr. Jason Wietholter,

13    Mr. Kristopher Davis, and Dr. Greg Raleigh is with us, as

14    well.

15              THE COURT:  All right.

16              MS. FAIR:  We're ready to proceed.

17              THE COURT:  Thank you, Ms. Fair.

18              MS. SMITH:  Good morning, Your Honor.  Melissa

19    Smith on behalf of Samsung.  I'm joined by Mr. Mike McKeon,

20    Mr. Thad Kodish, Mr. John Thornburgh, Mr. Leonard Davis.

21              THE COURT:  Good morning.

22              MS. SMITH:  Mr. Jonathan Bright.

23              MR. BRIGHT:  Good morning, Your Honor.

24              THE COURT:  Good morning.

25              MS. SMITH:  Also joined from Quinn Emanuel,
```

Case 7:25-cv-00376-DC-DTG   Document 25-3   Filed 12/05/25   Page 5 of 23
Case 2:23-cv-00103-JRG-RSP   Document 338   Filed 02/22/25   Page 4 of 184 PageID
#: 22808
4

 1  Mr. Lance Yang.

 2          And Samsung has a client representative this

 3  morning, Mr. John Choi.

 4          And then Qualcomm outside counsel, Mr. Charles

 5  Walker, is also with us this morning.

 6          And, Your Honor, we're ready to proceed.

 7          THE COURT:  All right.  Thank you, Ms. Smith.

 8          I believe that the parties have agreed on a format

 9  for this hearing with the understanding that the Plaintiff

10  will start off with examination of Dr. Raleigh, followed by

11  the cross-examination, and I guess any redirect and recross

12  thereafter, followed by arguments from both sides at the

13  end.

14          So without further adieu, you may call your first

15  witness, Mr. Davis.

16          MR. KRIS DAVIS:  Thank you, Your Honor.  Kris

17  Davis for Headwater, and we call Dr. Greg Raleigh.

18          THE COURT:  All right.  Dr. Raleigh, if you would

19  come forward and be sworn, please.

20          MR. KRIS DAVIS:  Your Honor, we have some binders

21  to distribute, as well.

22          THE COURT:  All right.

23          (Witness sworn.)

24          THE COURT:  Go ahead, Mr. Davis.

25          MR. DAVIS:  All right.

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 6 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 5 of 184 PageID
#: 22809

5

1        GREGORY RALEIGH, PLAINTIFF'S WITNESS, SWORN

2                    DIRECT EXAMINATION

3   BY MR. KRIS DAVIS:

4   Q.  Good morning, Dr. Raleigh.  Could you please introduce

5   yourself to the Court, including what your role is in this

6   case?

7   A.  Good morning.  My name is Greg Raleigh.  I'm the

8   principal inventor at Headwater Research, the Plaintiff,

9   and I'm the founder of the company.

10  Q.  All right.  As you know, we're here because Samsung

11  alleges that Qualcomm has an ownership interest in

12  Headwater's patents.

13        Were any of the claimed inventions in Headwater's

14  patents conceived while you worked at Qualcomm?

15  A.  No, sir, not at all.

16  Q.  Now, Dr. Raleigh, you previously testified here at an

17  evidentiary hearing in the earlier 422 case between

18  Headwater and Samsung.  Do you recall that?

19  A.  I do, sir.

20  Q.  And at that hearing, you testified about your invention

21  timeline for the patents at issue in that case.  Do you

22  recall that, as well?

23  A.  I did.

24  Q.  Where do the claimed inventions at issue in this case

25  fit into the invention timeline that you described at that

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 7 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 6 of 184 PageID
#: 22810

6

1    earlier hearing?

2    A.   Yes.  So at the 422 hearing, we discussed many things,

3    and one of the key elements was that I had attended a Best

4    Buy meeting shortly after I left Qualcomm.  And at that

5    meeting, a variety of network equipment vendors had pitched

6    solutions for Best Buy for a mobile value added network

7    operator that they wanted to build.

8         And one of the principal things that came out in

9    that hearing was that on the way home from that meeting, I

10   realized those technologies were not going to work well.

11   And I had this ah-ha, if you will, that maybe I can move

12   some of that network technology onto the device.

13        And in the particular case that we had in 422,

14   many things followed from that where I implemented

15   technology on the device to do things that were

16   traditionally done in the network, and that eventually led

17   later to -- in 2010 or so to -- to those patents in that

18   case.

19        In this case, the key ah-ha was a second notion

20   that came later than the first ah-ha, because as I began

21   implementing the notion of moving network equipment

22   technology to the device, I ran across a new problem in

23   that that -- the original approach I had for doing that

24   caused chatter or, you know, excess communication between

25   the agents on the device that I was creating and network

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 8 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 11 of 184 PageID
#: 22815                                                                        11

1    A.  They decided to take the engineering team from Airgo,

2    and they moved it -- Qualcomm had an engineering group, and

3    then they had a business and strategy group, and they

4    decided the best use of my talents for Qualcomm was to put

5    me in the business and strategy group.  And so my role was

6    really strategy and business and marketing to -- to try to

7    get their chipsets into new markets.  And I also helped

8    them with their 4G strategy.  And that's how they wanted to

9    use my -- my talent, and it just didn't have anything to do

10   with invention really.

11   Q.  Uh-huh.  Now, while you were at Qualcomm, did you work

12   on anything involving the technology of the claimed

13   inventions here?

14   A.  No, sir, not at all.

15   Q.  All right.  And about how many patents or patent

16   applications does Headwater have?

17   A.  Roughly 500, I believe, sir.

18   Q.  Do you have a sense of how many of those name you as an

19   inventor?

20   A.  All or most.

21   Q.  Okay.  And did you begin working on Headwater and ItsOn

22   after you left Qualcomm?

23   A.  Yes, sir.

24   Q.  And that's what you do today at Headwater?

25   A.  Yes, sir.

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 9 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 12 of 184 PageID
#: 22816

12

1   Q.  Okay.  All right.  Now, the patents at issue in this

2   case are U.S. Patent Nos. 9,198,117, 9,615,192, and

3   8,406,733; is that right?

4   A.  Yes, sir.

5   Q.  Okay.  Are there any assignment records identifying

6   Headwater Research as the owner of the asserted patents?

7   A.  Yes, sir.  We were careful and meticulous about our

8   assignments and our title -- maintaining our title.  It's

9   very important to us.

10          MR. KRIS DAVIS:  Let's pull up Exhibit 1 in your

11  binder.

12  Q.  (By Mr. Kris Davis)  And do you see near the top of the

13  first page a reference to U.S. Patent No. 9,198,117?

14  A.  Yes, sir.

15  Q.  Can you explain what this exhibit shows?

16  A.  This is the assignment abstract for the '117 patent,

17  showing the chain of title.

18  Q.  And I see there are two assignments shown in this

19  record.  Can you explain the first assignment in time?

20  A.  Yes, sir.  That's the assignment from me, as the sole

21  inventor, to Headwater Partners I LLC.

22  Q.  And what is the second assignment in time?

23  A.  We eventually merged Headwater Partners I LLC with

24  another entity called Headwater Management LLC, and that's

25  how we formed Headwater Research.  So Headwater Research

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 10 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 13 of 184 PageID #:  22817

13

1   was the surviving entity of Headwater Partners I, and this

2   assignment just conveys the title from Headwater Partners I

3   to the surviving entity, Headwater Research.

4   Q.  And Headwater Research is the Plaintiff here?

5   A.  Yes, sir.

6   Q.  Okay.  Let's turn to Exhibit 2.

7           Do you see near the top of the first page here a

8   reference to U.S. Patent No. 9,615,192?

9   A.  Yes, sir.

10  Q.  And what does this exhibit show?

11  A.  This is the assignment abstract for the '192 patent at

12  issue in this case.  And it's the exact same set of

13  assignments, first from me to Headwater Partners I, and

14  then Headwater Partners I to the surviving entity,

15  Headwater Research.

16  Q.  Okay.  And now let's turn to Exhibit 3.

17          Do you see near the top of that first page a

18  reference to U.S. Patent No. 8,406,733?

19  A.  Yes, sir.

20  Q.  And what does this exhibit show?

21  A.  It's the exact same set of assignments for the '733

22  patent.

23  Q.  Okay.  Now, going back to your time at Qualcomm, were

24  any of the claimed inventions here conceived or reduced to

25  practice while at Qualcomm?

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 11 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 14 of 184 PageID
#: 22818

14

1  A.  Not at all, sir.

2  Q.  Did you use any Qualcomm resources or equipment to

3  conceive or reduce to practice any Headwater inventions?

4  A.  No, sir.  As the timeline clearly shows, I had left

5  Qualcomm before this was conceived or reduced to practice

6  and I had -- I no longer had any access to Qualcomm

7  resources.

8  Q.  And when specifically did you leave Qualcomm?

9  A.  I left Qualcomm on September 19 of 2008.

10  Q.  What prompted you to leave Qualcomm?

11  A.  The main driver for leaving Qualcomm was that my

12  daughter was going to graduate.  It was her -- the

13  beginning of her senior year in high school.  She was going

14  to go away to college.  I had been gone for two years

15  during the week, and I was a weekend dad.  And I told

16  Qualcomm I just couldn't do that anymore and that I

17  promised my family I'd be home.

18  Q.  And when you were thinking about leaving Qualcomm, did

19  you discuss that with anyone at the company?

20  A.  Yes, sir.

21  Q.  Who did you talk about that with?

22  A.  Most of the conversations were with the CEO, Paul

23  Jacobs.  I had done a couple of small projects for him.  He

24  liked my work.  He liked what I did for their 4G strategy,

25  and he wanted me to stay and move into a more technical

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 12 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 15 of 184 PageID
#: 22819

15

1    role.

2    Q.  And did you talk about potentially staying?

3    A.  Yes, we spent roughly four months talking about a

4    variety of projects.  He said that I could have a -- an

5    office in the San Francisco Bay area near Woodside where I

6    was living at the time.  And, you know, I -- we went over

7    many projects to see if there was something of mutual

8    interest that I could work on.

9    Q.  And has your conversation with Dr. Jacobs back in 2008

10   come up in the context of Samsung's allegations here?

11   A.  Yes, sir.  Samsung has made some false allegations

12   about what I talked to Dr. Jacobs about.

13   Q.  What do you mean by that?

14   A.  Well, they took a passing comment that was necessarily

15   very brief and abbreviated and turned it into something

16   that just wasn't at all, trying to say that I had admitted

17   something.

18   Q.  Where was that passing comment made?

19   A.  I was on a panel session that was discussing the

20   importance of U.S. invention, mainly the importance of

21   maintaining incentives for inventors like me so that we

22   take risks and do things that larger companies won't do

23   generally and that -- we were discussing the fact that

24   those incentives are under attack in a variety of ways

25   that -- with legislation and rulings and so on.

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 13 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 16 of 184 PageID
#: 22820

16

1            And then as an inventor, I was explaining how that

2    reduces the incentives for someone like me.

3    Q.  And did your remarks in that panel capture your full

4    conversation with Dr. Jacobs?

5    A.  Not even close.  There was many things I had to leave

6    out.  It was, you know, many conversations over four

7    months.  And I was making an overall point, and there's --

8    you know, it would have been impossible to include all the

9    details that we're going to -- we go over in a setting like

10   this, because number one, it was irrelevant to the panel

11   and the point and the audience; and, number two, there's no

12   way I had time to go through all of that.

13   Q.  All right.  Now, if we go back to the topic of when you

14   left Qualcomm, was there anything besides wanting to be at

15   home and those conversations with Dr. Jacobs that drove the

16   specific timing of when you left Qualcomm?

17   A.  Yes, sir.

18   Q.  And what was that?

19   A.  Well, Best Buy -- I had been working with Best Buy on a

20   project at Qualcomm.  They came to know me through that.

21   And they found out that I was thinking about leaving, and

22   so because they knew my background and my talents, they

23   wanted me to help them with a project to build a mobile

24   value added network operator network that they wanted to

25   build, and they were trying to recruit me to help them do

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 14 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 17 of 184 PageID
#: 22821

17

1    that.

2            And there was this one meeting that they were

3    going to have where all these very accomplished equipment

4    vendors were going to come in and present their solutions

5    for Best Buy's business needs.  And this was just a great

6    opportunity for me to -- I didn't know very much about

7    mobile value added network operators at the time, and this

8    was a great opportunity for me to learn quickly from the

9    best minds in the industry.  And so that was a really

10   important event that I wanted to attend.

11           So when it became clear that, you know, after four

12   months we hadn't found a project, I told Paul, you know, I

13   really want to go to this meeting with Best Buy, and I'm

14   going to need to leave now.  And so I left with about a

15   week to spare to get to that meeting and try to learn

16   something about this field.

17   Q.  And,  I'm sorry, when did the meeting with Best Buy

18   take place?

19   A.  September 24th of 2008, so about a week after I left

20   Qualcomm, and that -- that's really what drove my exit

21   timing.

22   Q.  I see.

23           And so you mentioned that there were vendors

24   presenting during this meeting with Best Buy.  After you

25   saw those presentations, what did that lead you to?

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 15 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 18 of 184 PageID
#: 22822

18

1  A.  Yes.  So as I testified in the 422 evidentiary hearing,

2  I spent a couple days on Best Buy's side of the table

3  listening to these network equipment vendors pitch, you

4  know, how they wanted to solve Best Buy's business needs,

5  and I recognized that that really wasn't going to work very

6  well.  I asked a lot of pointed questions on behalf of Best

7  Buy, and they did not have good answers for those

8  questions.

9       So I became excited because, you know, I like

10  finding problems people haven't solved that are important,

11  and I realized that if I could come up with something new,

12  then it could be quite valuable.  And so that got me very

13  interested to try to find something new.

14       And that's -- you know, as I testified at the last

15  hearing, on the way home, I came up with this -- I thought,

16  okay, what's the white space?  You know, what is it that I

17  can do to turn this problem upside down and solve it in a

18  different way that's going to be much better?  And then

19  that's when I came up with the idea that -- move some of

20  these network functions that weren't working well in the

21  network, it was too late, the technology just didn't work

22  because you don't know what's happening on the device, so

23  move those functions onto the device.

24       And that was the inkling that led to many of --

25  many of Headwater's inventions.  And at that point, it was

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 16 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 19 of 184 PageID
#: 22823

19

1    just an idea like, hey, maybe I could do this and what

2    would it mean?

3    Q.  And so if we focus back on the patents asserted here,

4    at what point did you conceive of those inventions that are

5    in the patents asserted here?

6    A.  Yes.  So as I mentioned a little bit ago -- so the

7    first step in attempting to implement the inkling that I

8    got on the way home, is, okay, how would I go about moving

9    network functions into a device?  You know, I worked at it

10   for a month or two, and eventually came to the conclusion

11   that I would have a series of agents, applications, if you

12   will, software elements on the device that would do a

13   variety of functions that are described in the patent.

14        And so I started working on the embodiments for

15   these agents -- for each of these agents and how they would

16   function.  Each agent had a counterpart server, so the

17   agent talks to its server.

18        And in my first embodiments attempting to make

19   this work, I had an agent to a server, another agent to a

20   server.  So there were many agents or applications talking

21   to many servers.

22        And so as I started solving the problem of what

23   those agents did, I stepped back, and I said, wait a

24   minute, I've created a whole new problem because now I have

25   all these apps talking to the servers which is one of the

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 17 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 20 of 184 PageID
#: 22824

20

1    things I wanted to control.  And I was actually aggravating

2    one of the problems that I was trying to fix.  And so I

3    said, okay, well, that's not going to work.  That's going

4    to actually prevent device-assisted services from being

5    effective.  So I said, okay, how do I solve that problem?

6          So around November or so, I had recognized that,

7    okay, I have to do something else in order to make the

8    first idea work at all.  A lot of times when you invent,

9    you solve a problem, that creates another problem, and then

10   you have to solve that problem.  And that's precisely what

11   happened in this case.

12         So the first notion I had was, okay, I need to

13   aggregate those communications from those agents to their

14   servers into a common messaging channel -- I called it a

15   control link -- in a variety of embodiments, and so that

16   was part of the solution.

17         But then as I continued to develop that, I started

18   understanding that, well, it's not just putting it into a

19   common link because that could still keep the modem alive,

20   that could still burn battery, that could still clog the

21   network if they're constantly chattering even if it's a

22   common link.  So then I said, okay, now I have to control

23   the way those communications take place.

24         And then finally later on, more toward where the

25   patent was filed, I realized that needs to be secure, and

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 18 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 21 of 184 PageID
#: 22825

21

1  I'm going to need some kind of interagent -- an

2  interprocess communication service on the device, which I

3  refer to in various ways, including an agent communication

4  bus.

5        So that was a series of discoveries and

6  embodiments and developments that started around November

7  and then became fairly mature by -- by early January.

8  Q.  And so had you conceived of the claimed inventions as

9  of November 2008?

10  A.  No.  November was when I first started realizing I

11  needed some kind of common aggregated channel with some

12  kind of a bus to address the agents or applications on the

13  device.  And then I -- you know, over time I came up with

14  the other embodiments.

15  Q.  All right.  So let's turn to the next exhibit in your

16  binder.  That's Exhibit 4.

17        If you look at the top left corner, do you see

18  Application No. 61206354?

19  A.  Yes, sir.

20  Q.  And do you see next to that a filing date of January

21  28th, 2009?

22  A.  Yes.

23  Q.  Dr. Raleigh, did you have any co-inventors on this '354

24  application?

25  A.  No, sir.  At this point, I was just working on my own.

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 19 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 22 of 184 PageID
#: 22826

22

 1   Q.  Do you understand this '354 provisional application is

 2   the application to which the asserted patents claim

 3   priority here?

 4   A.  Yes, sir.

 5   Q.  Are you aware of Samsung ever disputing that the

 6   priority date of the asserted patents is January 28th,

 7   2009, which is the filing date of this provisional?

 8   A.  No, sir.  I don't think that's ever been disputed.

 9   Q.  All right.  Let's turn to Exhibit 5.

10        Do you see this is the '117 patent -- U.S. Patent

11   No. 9,198,117?

12   A.  Yes, sir.

13   Q.  Let's turn to the end of the document so that we can

14   take a look at Claim 1 of the '117 patent.

15        I see a reference to device messaging agents.  Did

16   you work on or think about anything like that while you

17   were at Qualcomm?

18   A.  No, sir, I had no need to.

19   Q.  I also saw network message servers referred to in '117,

20   Claim 1.  Did you work on or think about anything like that

21   at Qualcomm?

22   A.  No, sir.

23   Q.  And then at the end of '117, Claim 1, there is a

24   reference to a secure interprocess communication service.

25   Did you work on or think about anything like that while you

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 20 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 23 of 184 PageID
#: 22827

23

1   were at Qualcomm?

2   A.  No, I knew nothing about this.  Something I had to

3   learn about in order to solve the problem I mentioned

4   earlier.

5   Q.  Let's turn to Exhibit 6.

6        Do you see this is U.S. Patent No. 9,615,192?

7   A.  Yes, sir.

8   Q.  And, again, let's go to the end of the patent, and

9   we'll take a look at Claim 1.

10       So in '192, Claim 1, I see a reference to a

11  message link server.  Do you see that?

12  A.  Yes, sir.

13  Q.  Did you work on or think about anything like that while

14  you were at Qualcomm?

15  A.  Not at all, sir.

16  Q.  There's also a reference to message delivery triggers

17  in '192, Claim 1.  Did you work on or think about anything

18  like that while at Qualcomm?

19  A.  No, sir.

20  Q.  And then about halfway through '192, Claim 1, there's a

21  reference to a message buffer system.  Did you work on or

22  think about anything like that at Qualcomm?

23  A.  No, sir.

24  Q.  All right.  And then let's turn to Exhibit 7.

25       You see this one is U.S. Patent No. 8,406,733, the

Case 7:25-cv-00376-DC-DTG   Document 25-3   Filed 12/05/25   Page 21 of 23
Case 2:23-cv-00103-JRG-RSP   Document 338   Filed 02/22/25   Page 24 of 184 PageID
#: 22828

24

1   '733 patent here?

2   A.  Yes, sir.

3   Q.  So again, let's turn to the end of the patent, and

4   we'll look at Claim 1 of the '733 patent.

5          There's a reference to a service control link

6   here.  Did you work on or think about anything like that

7   while you were at Qualcomm?

8   A.  No, sir.

9   Q.  And then about halfway through '733, Claim 1, there's a

10  reference to agent identifiers.  Did you work on or think

11  about anything like that while at Qualcomm?

12  A.  No, sir.  Again, these are all limitations that came up

13  after I had to solve this second ah-ha problem.

14  Q.  So we've looked at a number of different features in

15  the asserted patent claims here.  Are those described in

16  the '354 provisional application we saw?

17  A.  Yes, sir, there's many embodiments in the '354

18  provisional that support these claim limitations.

19  Q.  And the '354 application was filed on January 28th,

20  2009, right?

21  A.  Yes, sir.

22  Q.  And when, again, did you leave Qualcomm?

23  A.  September 19th of 2008.

24  Q.  Okay.  So that was about four and a half months before

25  the filing of this '354 provisional application, right?

Case 7:25-cv-00376-DC-DTG    Document 25-3    Filed 12/05/25    Page 22 of 23
Case 2:23-cv-00103-JRG-RSP    Document 338    Filed 02/22/25    Page 25 of 184 PageID
#: 22829

25

1    A.  Yes, sir.

2    Q.  Okay.  Now, after you left Qualcomm, I believe you

3    mentioned earlier some presentations about technology.  Can

4    you tell me more about that?

5    A.  Yes.  Best Buy was interested in investing, and we

6    needed a, you know, corporate partner to invest and provide

7    capital and to provide -- you know, it's always good to

8    have a large corporate partner when you're starting a

9    company.

10          So we were providing them regular updates along

11   the way as to what our progress was, and there were a

12   variety of presentations that we made that Samsung asked me

13   about in my depositions.

14   Q.  Okay.  Let's take a look at those.

15          So let's turn to Exhibit 17 in your binder.

16          MR. KRIS DAVIS:  For the record, this is labeled

17   HW103_00015425.

18   Q.  (By Mr. Kris Davis)  And do you see that this is an

19   ItsOn presentation dated September 24, 2008?

20   A.  Yes, sir.  ItsOn was the product company that we

21   started to basically license and productize Headwater's

22   patented technology.  And this is a presentation for Best

23   Buy.

24   Q.  And the timing of this presentation, did this have

25   anything to do with the meeting that you described?

1                              CERTIFICATION

2

3          I HEREBY CERTIFY that the foregoing is a true and

4    correct transcript from the stenographic notes of the

5    proceedings in the above-entitled matter to the best of my

6    ability.

7

8

9     /S/ Shelly Holmes                        2/22/2025
      SHELLY HOLMES, CSR, TCRR                  Date
10    CERTIFIED SHORTHAND REPORTER
      State of Texas No.: 7804
11    Expiration Date: 10/31/2025

12

13

14

15

16

17

18

19

20

21

22

23

24

25