# EXHIBIT 5

FILED
in the office of the Secretary of State
of the State of California

OCT 14 2008

## STATEMENT AND DESIGNATION
## BY FOREIGN CORPORATION

_____ItsOn Inc._____
(Name of Corporation)

_____, a corporation organized and existing under the

laws of _____Delaware_____, makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is _____

_____131 Fox Hollow Road, Woodside, CA 94062_____

2. The address of its principal office in the State of California is _____

_____131 Fox Hollow Road, Woodside, CA 94062_____

### DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process **agent is a natural person.**)

_____, a natural person residing in the State of
California, whose complete address is , is designated as agent upon whom process directed to this
corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process **agent is a corporation.**)

_____CT Corporation System_____, a corporation organized and existing

under the laws of _____Delaware_____, is designated as agent upon whom process directed
to this corporation may be served within the State of California, in the manner provided by law.

**NOTE:** Corporate agents must have complied with California Corporations Code Section 1505 prior to designation.

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

_____          Gregory G. Raleigh, Chief Executive Officer
(Signature of Corporate Officer)                (Typed Name and Title of Officer Signing)

*Secretary of State Instructions*
*S&DC-STOCK (Rev 03/2005)*

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ITSON INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTEENTH DAY OF OCTOBER, A.D. 2008.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

4597487   8300

081034728

You may verify this certificate online at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6909020

DATE: 10-14-08