# EXHIBIT 6

| LLC-5 | Application to Register a Foreign Limited Liability Company (LLC) |
|---|---|

**201129810253**

FILED
In the Office of the Secretary of State
of the State of California

OCT 18 2011

This Space For Office Use Only

To register an LLC from another state or country in California, fill out this form, and submit for filing along with:
- A $70 filing fee,
- A certificate of good standing from the agency where your LLC was formed **originally**, and
- A separate, non-refundable $15 service fee, if you drop off the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the Franchise Tax Board.

LLCs that provide *professional* services cannot register in California.

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

① **Name to be used for this LLC in California**

Headwater Management LLC
*proposed LLC name*

The name must end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company;" and may not include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company."

② **LLC History**

a. If the proposed LLC name you listed above is different than the LLC name you use now (as listed on your certificate of good standing), list the complete LLC name used now:

_____

b. Date your LLC was formed *(MM, DD, YYYY)*: 04-07-2011

c. State or country where your LLC was formed: Delaware

d. Your LLC currently has powers and privileges to conduct business in the state or country listed above.

③ **Service of Process**

List a California resident or a qualified 1505 corporation in California that agrees to be your agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as your agent. Do not list an address if the agent is a 1505 corporation.

a. Agent's name: CT CORPORATION SYSTEM

b. Agent's address: _____ CA _____
*street address (if agent is not a corporation)   city (no abbreviations)   state   zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

④ **LLC Address**

a. List address for your LLC's headquarters:

350 Marine Parkway, Suite 300   Redwood City   CA   94065
*street address   city (no abbreviations)   state   zip*

b. List address for your LLC's main office in California, if any:

350 Marine Parkway, Suite 300   Redwood City   CA   94065
*street address   city (no abbreviations)   state   zip*

⑤ **Read and sign below:**

I declare that I am the person who signed this form, and that I am authorized to do so under the laws of the state or country where this LLC was formed.

► _____   Date 10/18/2011
Sign here

DAVID R. JOHNSON           CEO
Print your name here           Your business title

Make check/money order payable to: **Secretary of State**
We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments).

**By Mail**
Secretary of State
Business Entities, P.O. Box 944228
Sacramento, CA 94244-2280

**Drop-Off**
Secretary of State
1500 11th St., 3rd Floor
Sacramento, CA 95814

Corporations Code §§ 17375, 17451, 17452, Revenue and Taxation Code § 17941
LLC-5 (REV 09/2010)

2010 California Secretary of State
www.sos.ca.gov/business

# Delaware

PAGE  1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HEADWATER MANAGEMENT LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTEENTH DAY OF OCTOBER, A.D. 2011.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 9100346

4966025  8300

111113065

DATE: 10-18-11

You may verify this certificate online
at corp.delaware.gov/authver.shtml

201129810253