# EXHIBIT 8

2011 30210413

| LLC-5 | Application to Register a Foreign Limited Liability Company (LLC) |
|---|---|

To register an LLC from another state or country in California, fill out this form, and submit for filing along with:
- A $70 filing fee,
- A certificate of good standing from the agency where your LLC was formed **originally**, and
- A separate, non-refundable $15 service fee, if you drop off the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the Franchise Tax Board.

LLCs that provide *professional* services cannot register in California.

**FILED**
In the office of the Secretary of State
of the State of California
OCT 20 2011

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

① **Name to be used for this LLC in California**

Headwater Partners II LLC
*proposed LLC name*

The name must end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company;" and may not include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company."

② **LLC History**
   a. If the proposed LLC name you listed above is different than the LLC name you use now (as listed on your certificate of good standing), list the complete LLC name used now:

   b. Date your LLC was formed *(MM, DD, YYYY):* 02/17/2011
   c. State or country where your LLC was formed: Delaware
   d. Your LLC currently has powers and privileges to conduct business in the state or country listed above.

③ **Service of Process**
List a California resident or a qualified 1505 corporation in California that agrees to be your agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may not list an LLC as your agent. Do not list an address if the agent is a 1505 corporation.
   a. Agent's name: CT CORPORATION SYSTEM
   b. Agent's address: _____ CA
      *street address (if agent is not a corporation)   city (no abbreviations)   state   zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

④ **LLC Address**
   a. List address for your LLC's headquarters:
      350 Marine Parkway, Suite 300    Redwood City    CA    94065
      *street address   city (no abbreviations)   state   zip*
   b. List address for your LLC's main office in California, if any:
      350 Marine Parkway, Suite 300    Redwood City    CA    94065
      *street address   city (no abbreviations)   state   zip*

⑤ **Read and sign below:**
I declare that I am the person who signed this form, and that I am authorized to do so under the laws of the state or country where this LLC was formed.

▶ _____         Date 10/18/2011
Sign here
DAVID R. JOHNSON                           CFO
*Print your name here*                      *Your business title*

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments). | Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | Secretary of State 1500 11th St., 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 17375, 17451, 17452, Revenue and Taxation Code § 17941
LLC-5 (REV 09/2010)

2010 California Secretary of State
www.sos.ca.gov/business

# Delaware

PAGE 1

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HEADWATER PARTNERS II LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTEENTH DAY OF OCTOBER, A.D. 2011.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.*

*4942291  8300*

*111113061*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: *9100342*

DATE: *10-18-11*

2 0 1 1 3 0 2 1 0 4 1 3

Headwater Partners I LLC
350 Marine Parkway, Suite 300
Redwood City, CA 94065

October 20, 2011

Secretary of State of California
Document Filing Support Unit
1500 11th Street, 3rd Floor
Sacramento, CA 95814

    Re:    *Consent to Name Use in California*

To Whom It May Concern:

    This letter shall serve as formal notification that HEADWATER PARTNERS I LLC (the "**LLC**"), a Delaware limited liability company, qualified to do business in the state of California, consents to the use of the names "HEADWATER PARTNERS II LLC" and "HEADWATER MANAGEMENT LLC" by such entities for the purposes of their qualification filings in California.

    Sincerely,

    **HEADWATER PARTNERS I LLC**

    By: _____
    David R. Johnson
    CFO

201130210413