# EXHIBIT 10

1795660

ARTICLES OF INCORPORATION

OF

CLARITY WIRELESS INCORPORATED
A California Corporation

FILED
In the office of the Secretary of State
of the State of California

DEC 2 0 1996

*Bill Jones*
BILL JONES, Secretary of State

I

The name of this corporation is CLARITY WIRELESS INCORPORATED.

II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

Richard S. Burriss, Esq.
201 San Antonio Circle, Suite 160
Mountain View, CA  94040

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 10,000,000.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

VI

The corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California Law.

Dated: December 18, 1996

GREGORY RALEIGH

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

_____
GREGORY RALEIGH