# EXHIBIT 11

| | | | | |
|---|---|---|---|---|
| ◊◊◊◊◊ CISCO | The Newsroom | ovation ⌄ | ›act ⌄ | ›ss Room ⌄ | ›gs ⌄ | 🔍 |

Press Release

# Cisco Systems to Acquire Clarity Wireless Corporation

in LinkedIn

𝕏 Twitter

Facebook

**Cisco Makes Push into Last Mile Wireless Technologies**

- More information on Cisco xDSL Solutions
- More information on Cisco Dial Access Solutions
- More information on Cisco Cable Solutions
- **More Information on Cisco Acquisitions**

SAN JOSE, Calif. - September 15, 1998 – Cisco Systems, Inc. today announced it has signed a definitive agreement to acquire privately-held Clarity Wireless Corporation of Belmont, CA. Clarity is

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement    Change Settings

https://newsroom.cisco.com/c/r/newsroom/en/us/a/y1998/m09/cisco-systems-to-acquire-clarity-wireless-corporation.html    1/5

a leading developer of wireless communication technology for computer networking and Internet service markets.

This acquisition provides Cisco with fixed wireless technology, which complements Cisco's current last mile solutions including dial, xDSL, and cable. Last mile technologies can be divided into two areas, narrow-band (dial) and broadband (xDSL, cable and wireless), which enables the integration of voice, data and video. Clarity's technology is the first to provide high-speed, reliable operation in obstructed environments, which have traditionally been challenging to wireless network communications.

Under the terms of the acquisition, shares of Cisco common stock with an aggregate value of approximately $157 million will be exchanged for all outstanding shares and options of Clarity not already owned by Cisco. In connection with the acquisition, Cisco expects a one-time charge against after-tax earnings of between $.06 to $.09 per share for purchased in-process research and development expenses in the second fiscal quarter of 1999. These per share numbers take into account Cisco's three-for-two stock split effective today. Cisco has been a minority investor in earlier private placement funding of Clarity. The acquisition is expected to be completed by November 1998, and is subject to certain closing conditions.

# Cisco Extends Broadband Access Capability into Fixed Wireless

Clarity's technology extends Cisco's broadband access portfolio of DSL and cable to include fixed wireless access. Clarity's technology targets the point-to-point and point-to-multipoint markets. Clarity recently demonstrated its breakthrough, high-speed (90Mbps) microwave communication system that operates with fiber-like reliability in long distance, non-line-of-site links. In comparison

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement    Change Settings

site paths between end points. For the past year, the two companies have been developing wireless systems that integrate into Cisco products. Clarity has 39 employees and was founded in 1996. <mark>The Clarity team will relocate to Cisco's San Jose campus and will report to Kevin Kennedy, senior vice president of the service provider line of business.</mark>

## About Cisco Systems

Cisco Systems (NASDAQ: CSCO) is the worldwide leader in networking for the Internet. Cisco news and information are available at http://www.cisco.com.

# # #

Cisco, Cisco IOS, Cisco Systems and the Cisco Systems logo are registered trademarks of Cisco Systems, Inc. in the U.S. and other countries. All other trademarks mentioned in this document are the property of their respective owners.



## Related Content

**Error**

**No related articles found.**

**No related articles found (current page has no tags).**

## Related Media

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement     Change Settings

https://newsroom.cisco.com/c/r/newsroom/en/us/a/y1998/m09/cisco-systems-to-acquire-clarity-wireless-corporation.html     3/5

Cisco Systems to Acquire Clarity Wireless Corporation







▶

▶

▶

### Cisco News Now: Cisco Live Edition

In this special edition of Cisco News Now, we cover all things AI, networking, and security with Cisco executives, customers, and Tech YouTuber David Bombal

Video   Jun 13, 2025

### Cisco News Now: Cisco Live Day 2!

Dive into the highlights of Cisco Live 2025 Day 2! We cover AI-ready data centers, more AgenticAI, and the latest in hybrid work.

Video   Jun 11, 2025

### Cisco Live US 2025 Day 2: Innovation in Action

Cisco's executives converge at Cisco Live to bring you cutting edge information about the industry and thought leadership.

Video   Jun 11, 2025

**About Cisco**

Company Overview

Executive Team

Cisco.com

**Press Kit**

Press Releases

Media Contacts

Industry Analyst Relations

Logo Guidelines

Upcoming Events

**News**

Videos

Articles

Blogs

Podcasts

People@Cisco

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement   Change Settings

Cisco Systems to Acquire Clarity Wireless Corporation

**Financial Info**

Earnings

Investor Relations

.

Contacts     Feedback     Help     Site Map     Terms & Conditions     Statement

Cookies     Trademark

@2025 Cisco Systems Inc.

By continuing to use our website, you acknowledge the use of cookies.

Privacy Statement     Change Settings