# EXHIBIT 12

2321387

# STATEMENT AND DESIGNATION BY FOREIGN CORPORATION

FILED
In the office of the Secretary of State of the State of California

NOV 3 0 2000

*Bill Jones*
BILL JONES, Secretary of State

Woodside Networks, Inc.
(Name of Corporation)

_____, a corporation organized and existing under the laws of _____Delaware_____, makes the following
(State or Place of Incorporation)

statements and designation:

1. The address of its principal executive office is

    1001 Marshall Court, Suite 550, Redwood City, CA 94063
    (Insert complete address of principal executive office wherever located.)
    DO NOT USE POST OFFICE BOX

2. The address of its principal office in the State of California is

    1001 Marshall Court, Suite 550, Redwood City, CA 94063
    (Insert complete address of principal office in California.)
    DO NOT USE POST OFFICE BOX

DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete Either Item 3 or Item 4)

3. (Use this paragraph if the process agent is a natural person.)

    David R. Johnson,

    a natural person residing in the State of California, whose complete address is

    c/o Woodside Networks, Inc., 1001 Marshall Court, Suite 550, Redwood City, CA 94063
    DO NOT USE POST OFFICE BOX

    is designated as agent upon whom process directed to the undersigned corporation may be served

    within the State of California, in the manner provided by law.

Page 1 of 2

*Secretary of State Form*
*S&DC-G*

(CALIF. – 1934 – 4/25/95)

4. (Use this paragraph if the process agent is a corporation.)

_____, a corporation organized and existing under the laws of _____, is designated as agent upon whom process directed to the undersigned corporation may be served within the State of California, in the manner provided by law.

NOTE:  Before a corporation may be designated by any other corporation as an agent for service of process, a corporate agent must have complied with Section 1505, California corporations Code.

5. The undersigned corporation hereby irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

_____
Woodside Networks, Inc.
(Name of Corporation)

_____
(Signature of Corporate Officer)

_____
David R. Johnson, Chief Financial Officer
(Typed Name and Title of Officer Signing)

State of Delaware                                       PAGE   1

# Office of the Secretary of State

---

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WOODSIDE NETWORKS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-NINTH DAY OF NOVEMBER, A.D. 2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "WOODSIDE NETWORKS, INC." WAS INCORPORATED ON THE TWENTY-FIRST DAY OF NOVEMBER, A.D. 2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

*Edward J. Freel, Secretary of State*

3313377  8300                       AUTHENTICATION: 0820606

001596659                                    DATE: 11-29-00