# EXHIBIT 13



A0585056

2321387

## AMENDED STATEMENT AND DESIGNATION BY FOREIGN CORPORATION

AIRGO NETWORKS, INC. a corporation organized and existing under the laws of the State of Delaware, and which is presently qualified for the transaction of intrastate business in the State of California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and that the name relinquished at the time of such change was WOODSIDE NETWORKS, INC.

**FILED** DR
In the Office of the Secretary of State
of the State of California

AUG - 6 2002

BILL JONES, Secretary of State

AIRGO NETWORKS, INC.

Name:  David R. Johnson
Title:    Secretary and Chief Financial Officer

PALIB2_2264787_1 (2).DOC

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "WOODSIDE NETWORKS, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "AIRGO NETWORKS, INC.", THE TWENTY-SIXTH DAY OF JULY, A.D. 2002, AT 9 O'CLOCK A.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3313377   8320

020482474

AUTHENTICATION: 1908631

DATE: 07-29-02