# EXHIBIT 19



Home    About    Contact    Resources

## GET IN TOUCH

Thank you for visiting our website.

The information contained on this website is not, and is not intended to be, legal advice, and using this website does not create an attorney-client relationship. Please be aware that contacting us does not create an attorney-client relationship.

If you are not an existing client of Jacobsen IP Law, do NOT send us any confidential information by email or otherwise. If you submit any such information before we have agreed in writing to represent you as a client, you do so at your own risk: your information may not be kept confidential, and we will not be liable to you or responsible for any consequences of your submission. You will only become a client upon entering into an engagement agreement with us, after which confidential information may be exchanged.

Thank you for your interest in Jacobsen IP Law.



408-897-1080

Contact | Jacobsen IP Law

©2024 by Jacobsen IP Law