# EXHIBIT 22

ABOUT    TEAM    SERVICES    CAREERS    CONTACT

## OUR TEAM

Our talented team consists of IP thought leaders possessing exceptional knowledge, dedication and experience.

Lee Van Pelt

Anthony de Alcuaz

Obert Chu

George Cheng

Diana Fu

Matt Georgy

Timothy Hwang

Laura Ing

William James

Janyce Mitchell

Andrew Park

Ami Pugalia

Jane Qu

Michael Schallop

Daniel Schneider

Connor Sugasawara

Chris Tan

Willa Wei

Robyn Wagner

Matan Gans

Terry Wong



## MICHAEL SCHALLOP

MSCHALLOP@IP-PATENT.COM

Michael Schallop (partner) provides strategic patent counseling, analyzes and manages patent portfolios, and prepares and prosecutes patent applications in various areas of technology for emerging companies in Silicon Valley. He also prepares patent opinions, provides litigation analysis, and assists clients with intellectual property licensing.

Mr. Schallop is also an adjunct faculty member serving as a lecturer at the University of California, Berkeley School of Law where he teaches a patent law class as well as a technology class for lawyers. Prior to joining Van Pelt, Yi & James, Mr. Schallop worked at Latham & Watkins in their Silicon Valley office and at Symantec Corporation and had substantial IP litigation, patent strategy counseling and IP portfolio management, technology licensing and transactional, and antitrust and strategic counseling-related experience.

Mr. Schallop graduated from Cornell University with degrees in Computer Science and Mathematics. He received a J.D., Order of the Coif, from Emory University School of Law, where he was a member of the Law Review. He spent his third year of law school as a visiting student at the University of California, Berkeley School of Law, where he was also a member of the Berkeley Technology Law Journal.

408.973.2585

1 1ST STREET, SUITE 12
LOS ALTOS, CA 94022

© 2024 VAN PELT, YI & JAMES LLP ALL RIGHTS RESERVED.