# EXHIBIT 23

**2017362 10264**

| | | |
|---|---|---|
| Secretary of State<br>**Articles of Organization**<br>Limited Liability Company (LLC) | LLC-1 | **FILED**<br>Secretary of State<br>State of California<br>DEC 2 8 2017<br>This Space For Office Use Only |

IMPORTANT — Read Instructions before completing this form.

Filing Fee   —   $70.00

Copy Fees   —   First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* LLCs may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

Itson (assignment for the benefit of creditors), LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1100 La Avenida Street, Building A | Mountain View | CA | 94043 |
| b. Initial Mailing Address of LLC, if different than item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Michael | | Maidy | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1100 La Avenida Street, Building A | Mountain View | CA | 94043 |

CORPORATION – Complete Item 3c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
| |

**4. Management** (Select only one box)

The LLC will be managed by:
☐ One Manager     ☑ More than One Manager     ☐ All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.** The information contained herein, including in any attachments, is true and correct.

_[signature]_                                                    Michael A. Maidy

Organizer sign here                                               Print your name here

LLC-1 (REV 04/2017)                                                     2017 California Secretary of State
                                                                        www.sos.ca.gov/business/be