# EXHIBIT 26

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                        MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,        (  CAUSE NO. 2:23-CV-103-JRG
                                 )
         Plaintiff,              (
                                 )
vs.                              (
                                 )
SAMSUNG ELECTRONICS CO., LTD.,   (
et al.,                          )  MARSHALL, TEXAS
                                 (  APRIL 24, 2025
         Defendants.             )  8:30 A.M.
_____


                            VOLUME 4

_____

                       TRIAL ON THE MERITS


             BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
                          and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
 1                     A P P E A R A N C E S

 2         FOR THE PLAINTIFF:   RUSS AUGUST & KABAT -
                                LOS ANGELES
 3                              12424 WILSHIRE BOULEVARD
                                12TH FLOOR
 4                              LOS ANGELES, CA 90025
                                (310) 826-7474
 5                              BY: MR. MARC FENSTER
                                    MR. REZA MIRZAIE
 6                                  MR. BRIAN LEDAHL
                                    MR. PAUL KROEGER
 7                                  MR. ADAM HOFFMAN

 8                              MILLER FAIR HENRY, PLLC
                                1507 BILL OWENS PARKWAY
 9                              LONGVIEW, TEXAS  75604
                                (903) 757-6400
10                              BY:  MS. ANDREA FAIR

11         FOR THE DEFENDANTS:  FISH & RICHARDSON PC - ATLANTA
                                1180 PEACHTREE STREET NE
12                              21ST Floor
                                ATLANTA, GEORGIA  30309
13                              (404) 724-2792
                                BY:  MR. THAD KODISH
14
                                FISH & RICHARDSON, PC -
15                              WASHINGTON, DC
                                1000 MAINE AVE., SW
16                              SUITE 1000
                                WASHINGTON, DC 20024
17                              (202) 783-5070
                                BY:  MR. MICHAEL McKEON
18
                                FISH & RICHARDSON, P.C. -
19                              DALLAS
                                1717 MAIN STREET, SUITE 5000
20                              DALLAS, TEXAS  75201
                                (214) 292-4084
21                              BY:  MR. THOMAS REGER

22

23

24

25
```

```
 1                                  FISH & RICHARDSON PC - ATLANTA
                                    1180 PEACHTREE STREET NE
 2                                  21ST FLOOR
                                    ATLANTA, GEORGIA  30309
 3                                  (404) 724-2844
                                    BY:  MR. BENJAMIN THOMPSON
 4                                       MS. SARA FISH
                                         MR. NICHOLAS GALLO
 5                                       MR. NOAH GRAUBART
                                         MR. JONATHAN BRIGHT
 6
                                    QUINN EMANUEL URQUHART &
 7                                  SULLIVAN, LLP - LA
                                    865 S. FIGUEROA STREET
 8                                  10TH FLOOR
                                    LOS ANGELES, CALIFORNIA  90017
 9                                  (213) 443-3000
                                    BY:  MR. LANCE YANG
10
                                    GILLAM & SMITH, LLP
11                                  303 SOUTH WASHINGTON AVENUE
                                    MARSHALL, TEXAS  75670
12                                  (903) 934-8450
                                    BY:  MS. MELISSA SMITH
13
          OFFICIAL REPORTER:        SHAWN M. McROBERTS, RMR, CRR
14                                  100 E. HOUSTON STREET
                                    MARSHALL, TEXAS  75670
15                                  (903) 923-8546

16

17

18

19

20

21

22

23

24

25
```

|||
|---|---|
|1|MR. MIRZAIE:  Objection; speculation.|
|2|THE COURT:  This witness has no way of knowing what|
|3|Dr. Raleigh knew.  I'll sustain that.|
|4|MR. REGER:  Thank you, Your Honor.|
|5|Pass the witness.|
|6|THE COURT:  All right.  Additional cross|
|7|examination?|
|8|MR. MIRZAIE:  No, Your Honor.|
|9|THE COURT:  Then you may step down, Dr. Perryman.|
|10|THE WITNESS:  Thank you, Your Honor.|
|10:02  11|THE COURT:  You're quite welcome.|
|12|Defendants, call your next witness.|
|13|MR. McKEON:  Good morning, ladies and gentlemen of|
|14|the jury.|
|15|Your Honor, Samsung will now play the video testimony of|
|16|James Fitzgerald.  James Fitzgerald is a former ItsOn software|
|17|engineer.  His video runs 2 minutes and 26 seconds for|
|18|Defendants, and zero for Plaintiff.|
|19|THE COURT:  All right.  Proceed with this witness by|
|10:03  20|deposition.|
|21|JAMES FRANCIS FITZGERALD,|
|22|BY VIDEO DEPOSITION|
|23|Q.  Would you start by just stating your full name for the|
|24|record?|
|25|A.  James Francis Fitzgerald.|

```
10:03

       1    Q.    And you were previously employed at ItsOn.  Correct?
       2    A.    Correct.
       3    Q.    And is it correct that you were a software engineer at
       4    varying levels throughout your employment at ItsOn?
       5    A.    Correct.
       6    Q.    And I recognize that your specific responsibilities
       7    likely evolved over time, but can you tell me at a high level
       8    what you were responsible for as a software engineer at ItsOn?
       9    A.    Yeah.  Essentially I started with the company with only a
      10    handful of people and kind of started as an individual
      11    contributor and rose to manage the Android development team by
      12    the end.
      13    Q.    Was most of the software engineering you did during your
      14    time at ItsOn software engineering with the Android OS?
      15    A.    Android OS and the application, yeah.
      16    Q.    Okay.  And if I'm looking at your Linked-in experience
      17    profile, there's a sentence that says, "Part of small team
      18    which built a mobile policy enforcement and billing engine
      19    from the ground up using the Android OS."
      20          Do you see that?
      21    A.    Yes.
      22    Q.    Can you give me an understanding as to what's meant by
      23    mobile policy enforcement and billing engine?
      24    A.    Yeah.  Essentially what we did was we had various hooks
      25    throughout the Android operating system, so like I said,
```

|  |  |  |
|---|---|---|
|  | 1 | related to voice text and data.  Any time a user would access |
|  | 2 | data, send a text message, send or receive a phone call, we |
|  | 3 | could classify that traffic and enforce it and then, you know, |
|  | 4 | bill accordingly. |
| 10:05 | 5 | So the example I used to give was like you could have a |
|  | 6 | Facebook-only data plan, for example, because we could tell |
|  | 7 | exactly which traffic was coming from the Facebook |
|  | 8 | application.  Things like that. |
|  | 9 | Q.   What's your understanding of Headwater as a company at a |
|  | 10 | high level? |
|  | 11 | A.   I believe it was just an IP holding company. |
|  | 12 | Q.   Do you have any understanding as to why Headwater was |
|  | 13 | formed? |
| 10:05 | 14 | A.   Just to hold the patents for ItsOn, I believe. |
|  | 15 | THE COURT:  Does that complete this witness by |
|  | 16 | deposition? |
|  | 17 | MR. McKEON:  Yes, it does, Your Honor. |
|  | 18 | THE COURT:  All right.  Ladies and gentlemen of the |
|  | 19 | jury, we're going to take a short recess before we have the |
|  | 20 | next Defense witness.  If you'll simply leave your notebooks |
|  | 21 | in your chairs, follow all my instructions, and we'll be back |
|  | 22 | shortly to continue.  We'll try to keep this to 10 or 12 |
|  | 23 | minutes. |
|  | 24 | The jury's excused for recess. |
| 10:06 | 25 | (Whereupon, the jury left the courtroom.) |

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter