# EXHIBIT 27

https://www.qualcomm.com/company/facilities/offices?hQ=true                                                                 November 12, 2025

Qualcomm

Products ⌄   Applications ⌄   Developer ⌄   Support ⌄   Company ⌄

Company / Offices

All locations ⌄   All regions ⌄   All localities ⌄   Offices 📍   Headquarters 📍

# 1 Headquarters in All locations

📍 Headquarters

**San Diego**

N
5775 Morehouse Dr.
San Diego CA 92121
USA

Get directions >

Qualcomm

Qualcomm relentlessly innovates to deliver intelligent computing everywhere, helping the world tackle some of its most important challenges. Our leading-edge AI, high performance, low-power computing, and unrivaled connectivity deliver proven solutions that transform major industries. At Qualcomm, we are engineering human progress.

in  X  ▶  ◎

| Quick links | Company info | Stay connected |
|---|---|---|
| Products | About us | Get the latest Qualcomm and industry information delivered to your inbox. |
| Support | Careers | |
| Partners | Investors | ✉ Subscribe |
| Contact us | News & media | |
| Developer | Our businesses | Manage your subscription |
| | Email Subscriptions | |

Also of Interest   Qualcomm India Office Locations and Details   Qualcomm US Office Locations and Details   Qualcomm News in India

Terms of Use   Privacy   Cookie Policy   Accessibility Statement   Cookie Settings                                              Language: English (US)

© Qualcomm Technologies, Inc. and/or its affiliated companies.

Snapdragon and Qualcomm branded products are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm patented technologies are licensed by Qualcomm Incorporated.

Note: Certain services and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of our engineering, research and development functions, and substantially all of our products and services businesses, including our QCT semiconductor business.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.

Nothing in these materials is an offer to sell or license any of the services or materials referenced herein.