# EXHIBIT 29

# Contact Us

*more about us*

**Media**
Rob Stien
*Chief Communications and Public Policy Officer*
media@interdigital.com

**Investors & Analysts**
investor.relations@interdigital.com

**Patent Acquisitions**
patentacquisitions@interdigital.com

**Patent Licensing**
patentlicensing@interdigital.com

**Technology and Products**
sales@interdigital.com

**Careers**
talent.acquisition@interdigital.com

**LOCATIONS**

| First name* | Last name* |
| Company name* | Title |
| Email* | Phone |

☐ I have read and agree to the **privacy policy** *

[ GET STARTED ]

**interdigital**

Wilmington, DE 19809
T: +1.302.281.3600
F: +1.302.281.3763

**Belgium**
InterOffices
Avenue des Arts 56
Suite 324
1000 Brussels
Belgium

**California**
4410 El Camino Real
Suite 120
Los Altos, California 94022

**Canada**
1000 Sherbrooke Street West
10th Floor
Montreal, QC
H3A 3G4 Canada
T: +1.514.904.4583

343 Preston Street
11th Floor #1105
Ottawa, ON
K1S 1N4 Canada

**China**
Unit 2317, Level 23, China World Tower B
No. 1 Jianguomenwai Avenue
Chaoyang District, Beijing
100004 P.R. China

**England**
80 LeadenHall Street
4th floor
London EC3A 3DH
United Kingdom
T: +44.020.3922.1783

**Finland**
Workery +
Keilaniementie 1
Office #P501 #P502
02150
Espoo, Finland

**France**
20 rue Rouget de Lisle
92130 Issy-les-Moulineaux
France
T: +33.1.74.31.30.52

845 A. Avenue des Champs Blancs
35510 Cesson-Sévigné
France
T: +33.2.56.85.09.51

**Indiana**
5435 Emerson Way
Suite 230
Indianapolis, Indiana 46226

Melville, NY 11747

111 West 33rd Street
Suite 1420
New York, NY 10120

**Pennsylvania**
1001 E Hector Street
Suite 300
Conshohocken, PA 19428
T: +1.610.878.7800

**Washington, D.C.**
515 C St. NE
Washington, DC 20002
T: +1.202.349.1717

# READY TO LEARN MORE ?

Our world is growing at an exponential pace. New technologies and devices enable us to connect, experience, and impact the world like never before.

We are committed to leading the research and innovation that lays the foundation for this network of opportunity.

At InterDigital, our mission is to power extraordinary experiences.

**CONTACT**

**INVESTORS**

© COPYRIGHT 2025 INTERDIGITAL, INC. ALL RIGHTS RESERVED.    LEGAL NOTICES    FORWARD LOOKING STATEMENTS    PRIVACY POLICY