# EXHIBIT 34

 Maps  Midland, Texas to Tyler, Texas         Drive 428 miles, 6 hr 14 min



Imagery ©2025 , Map data ©2025 Google, INEGI         20 mi 

**via I-20 E**                              **6 hr 14 min**
Fastest route, the usual traffic            428 miles

## Explore new places along this route
Add suggested stops



The Grace Museum
4.6 ★ (542)



Kimbell Art Museum
4.8 ★ (5,442)



Dallas Museum of Art
4.7 ★ (12,409)



Lake Tawakoni State Park 4.6 (1,802)

Caldwell Zoo 4.6 (5,747)

Abilene Zoo 4.6 (3,609)

Fort Worth Zoo 4.6 (14,943)

Perot Museum of Nature and Science 4.7 (19,975)

See more stops

Explore Tyler