# EXHIBIT 35



## Midland, Texas to Incline Village, Nevada

Drive 1,453 miles, 22 hr 24 min



Imagery ©2025 , Map data ©2025 Google, INEGI    100 mi

**via I-40 W** — **22 hr 24 min**
Fastest route now due to traffic conditions — 1,453 miles
⚠ Your destination is in a different time zone.

**via I-10 W** — **23 hr 15 min**
Avoids slowdown on I-11 — 1,491 miles

### Explore new places along this route
Add suggested stops


11/12/25, 4:44 PM    Case 7:25-cv-00376-DC-DTG    Document 25-35    Midland, TX to Incline Village, NV - Google Maps    Filed 12/05/25    Page 3 of 5


International UFO Museum and Resea...
4.4 ★ (2,584)


Route 66 Auto Museum
4.6 ★ (1,748)


Albuquerque Museum
4.7 ★ (2,558)


La Ventana Natural Arch
4.8 ★ (340)


Painted Desert Inn
4.7 ★ (1,077)


Homolovi State Park
4.5 ★ (1,131)


Chapel of the Holy Cross
4.8 ★ (15,079)


Bearizona Wildlife Park


https://www.google.com/maps/dir/Midland,+TX/Incline+Village,+NV/@35.1091538,-116.2997239,6z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x86f961…    2/4
