# EXHIBIT 36



**San Francisco, California to Incline Village, Nevada**

Drive 205 miles, 4 hr 28 min



Imagery ©2025 , Map data ©2025 Google   10 mi

| | **via I-80 E** | **4 hr 28 min** |
|---|---|---|
| 🚗 | Fastest route now due to traffic conditions<br>⚠️ This route has tolls. | 205 miles |

| | **via US-101 and I-80 E** | **4 hr 47 min** |
|---|---|---|
| 🚗 | Avoids slowdowns | 219 miles |

| | **via I-80 E and US-50 E** | **4 hr 56 min** |
|---|---|---|
| 🚗 | Some traffic, as usual | 215 miles |

**Explore new places along this route**

Add suggested stops



Vacaville Museum
4.6 ★ (58)



Jan Shrem and Maria Manetti Shrem ...
4.5 ★ (302)



Crocker Art Museum
4.8 ★ (3,588)



Empire Mine State Historic Park
4.8 ★ (1,988)



Heavenly Mountain Resort
4.4 ★ (5,669)



Diamond Peak Ski Resort
4.6 ★ (1,280)



Western Railway Museum
4.6 ★ (668)



UC Davis Arboretum Teaching Nursery
4.8 ★ (122)



See more stops

Explore Incline Vill...