# EXHIBIT 39



# Transcript of David Wise

**Date:** January 31, 2025
**Case:** Headwater Research LLC -v- AT&T Services, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                     MARSHALL DIVISION

 3   HEADWATER RESEARCH LLC,   )
                               )
 4        Plaintiff,           )
                               ) CASE NO.:
 5   VS.                       ) 2:23-cv-00397-JRG-RSP
                               )
 6   AT&T SERVICES, INC.,      ) Lead Case
     AT&T MOBILITY, LLC, AND   )
 7   AT&T CORP.,               )
                               )
 8        Defendants.          )

 9
     HEADWATER RESEARCH LLC,   )
10                             )
          Plaintiff,           )
11                             ) CASE NO.:
     VS.                       ) 2:23-cv-00398-JRG-RSP
12                             )
     AT&T SERVICES, INC.,      )
13   AT&T MOBILITY, LLC, AND   )
     AT&T CORP.,               )
14                             )
          Defendants.          )
15

16        -----------------------------------

17      ORAL, REALTIMED, VIDEOTAPED DEPOSITION OF

18                      DAVID WISE

19                   JANUARY 31, 2025

20        -----------------------------------

21

22   JOB NO.: 570073

23          PAGES: 1 - 77

24          REPORTED BY: ANNETTE PELTIER

25
```

Transcript of David Wise
Conducted on January 31, 2025                                         2

```
 1      ORAL, REALTIMED, VIDEOTAPED DEPOSITION OF
 2   DAVID WISE, produced as a witness at the instance
 3   of the Defendants, and duly sworn, was taken in
 4   the above-styled and numbered cause on
 5   January 31, 2025, from 12:03 p.m. to 1:54 p.m.,
 6   before Annette Peltier, CSR, Texas Certified
 7   Realtime Reporter, in and for the State of Texas,
 8   reported by machine shorthand pursuant to the
 9   Federal Rules of Civil Procedure and the
10   provisions stated on the record or attached
11   hereto.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              A P P E A R A N C E S

 2      (ALL APPEARING VIA ZOOM VIDEOCONFERENCE)

 3

    ON BEHALF OF THE PLAINTIFFS:
 4
            KRIS DAVIS, ESQUIRE
 5          Russ, August & Kabat, LLP
            8080 N. Central Expressway
 6          Dallas, Texas 75206
            310.826.7474
 7

 8  ON BEHALF OF THE DEFENDANTS:

 9          SCOTT HEJNY, ESQUIRE
            McKool Smith
10          303 Colorado Street
            Suite 2100
11          Austin, Texas 78701
            512.692.8700
12

13
    ON BEHALF OF THE WITNESS:
14
            DAVID KAYS, ESQUIRE
15          Morgan, Franich, Fredkin Siamas &
            Kays LLP
16          333 W. San Carlos Street
            Suite 1050
17          San Jose, CA 95110
            408.288.8288
18

19  ALSO PRESENT:

20          Lawrence Wallace, Videographer
            Charlie McGrath, Video Tech
21

22

23

24

25
```

Transcript of David Wise
Conducted on January 31, 2025                              4

```
              Index
                                        Page
Appearances..............................  3

Examination by Mr. Hejny.................  8

Examination by Mr. Davis.................  71

Adjournment..............................  73

Signature Page...........................  74

Court Reporter's Certificate.............  75

              Exhibits
Number     Description                     Page

Exhibit 1  Deposition Notice............   11

Exhibit 2  David Wise LinkedIn..........   13

Exhibit 3  Raleigh Invention Disclosure,
           Confidentiality & Proprietary
           Rights Agreement
           (HW397-00094026-31)..........   20

Exhibit 4  January 2009 Raleigh and Paul
           Jacobs E-Mails
           (HW397-00102740-41)..........   24

Exhibit 5  2009.01.22 QC-HW Partners NDA
           (HW397-00102740-41)..........   29

Exhibit 6  3.4.2009 E-Mail
           (HW397-00051416).............   34

Exhibit 7  2.25.2009 ItsOn PowerPoint
           To QC on Best Buy E2E
           (HW397-00018717-31)..........   40

Exhibit 8  2009.04.21 re: ItsOn
           (HW397-00051418-20)..........   44

Exhibit 9  2009.05.06 Patent Application
           (HW397-00051421).............   53

Exhibit 10 2009.05.07 Moving Forward
           (HW397-00051422).............   56
```

Transcript of David Wise
Conducted on January 31, 2025                5

```
 1    Exhibit 11  2009.05.19 Release
                  (HW397-00051424-27).........  60
 2
      Exhibit 12  June 24, 2009 Qualcomm E-Mail
 3                On Release Redlines
                  (HW397-00102742)............  66
 4
      Exhibit 13  2009.09.03 Qualcomm's
 5                Proposal
                  (HW397-00051423)............  68
 6

 7                    * * * * *
```

1      EXHIBIT TECH:  Thank you to
2  everyone for attending this proceeding remotely,
3  which we anticipate will run smoothly.
4      Please remember to speak slowly
5  and do your best not to talk over one another.
6      Please be aware that we are
7  recording this proceeding for backup purposes.
8      Any off-the-record discussions
9  should be had away from the computer.
10     Please remember to mute your mic
11 for those conversations.
12     Please have your video enabled to
13 help the reporter identify who is speaking.  If
14 you are unable to connect with video and are
15 connecting via phone, please identify yourself
16 each time before speaking.
17     I apologize in advance for any
18 technical-related interruptions.
19     Thank you.
20     THE VIDEOGRAPHER:  All right.                12:03:24
21 Everyone please stand by to be read onto the     12:03:27
22 video record.                                     12:03:30
23     Here begins media number one in              12:03:31
24 the videotaped deposition of David Wise in the   12:03:34
25 matter of Headwater Research, LLC, versus AT&T   12:03:36

|  |  |  |
|---|---|---|
| 1 | Services, Inc., et al, in the United States | 12:03:42 |
| 2 | District Court for the Eastern District of Texas, | 12:03:42 |
| 3 | Marshall Division, Case Number | 12:03:52 |
| 4 | 2:23-cv-397-JRG-RSP. | 12:04:04 |
| 5 | Today's date is January 31st, | 12:04:05 |
| 6 | 2025.  The time on the video monitor is | 12:04:08 |
| 7 | 2:04 [sic] p.m. Central time. | 12:04:11 |
| 8 | The remote videographer today is | 12:04:14 |
| 9 | Lawrence Wallace, representing Planet Depos. | 12:04:16 |
| 10 | All parties of this video | 12:04:18 |
| 11 | deposition are attending remotely. | 12:04:21 |
| 12 | Would counsel please | 12:04:22 |
| 13 | voice-identify themselves and state whom they | 12:04:24 |
| 14 | represent. | 12:04:27 |
| 15 | MR. HEJNY:  Scott Hejny from | 12:04:30 |
| 16 | McKool Smith on behalf of AT&T. | 12:04:32 |
| 17 | MR. DAVIS:  Kris Davis from Russ, | 12:04:34 |
| 18 | August & Kabat on behalf of Headwater Research, | 12:04:37 |
| 19 | LLC. | 12:04:39 |
| 20 | MR. KAYS:  David Kays on behalf of | 12:04:40 |
| 21 | the witness, David Wise. | 12:04:42 |
| 22 | THE VIDEOGRAPHER:  All right.  The | 12:04:46 |
| 23 | court reporter today is Annette Peltier, | 12:04:49 |
| 24 | representing Planet Depos. | 12:04:51 |
| 25 | The witness will now be sworn. | 12:04:51 |

Transcript of David Wise
Conducted on January 31, 2025                          24

```
 1   sit there looking like I'm --                            12:24:23
 2           MR. KAYS:  No, no, no.  I -- it                  12:24:25
 3   was -- the international sign of "I didn't hear          12:24:27
 4   you" was --                                              12:24:29
 5           MR. HEJNY:  Thank you, Mr. Wise.                 12:24:33
 6      Q.  (BY MR. HEJNY)  So I mentioned to you, you        12:24:35
 7   know, whether you were familiar with past                12:24:39
 8   conversations you've had with -- with                    12:24:42
 9   Dr. Raleigh; and you answered "yes," correct?            12:24:44
10      A.  I remember interfacing with him.                  12:24:49
11      Q.  And did you interface with Dr. Raleigh at         12:24:52
12   the request of Paul Jacobs?                              12:24:55
13      A.  I don't recall.                                   12:25:00
14      Q.  Who was Paul Jacobs?                              12:25:02
15      A.  In this time frame, I don't recall what           12:25:06
16   level he was, but at one point he was CEO of the         12:25:09
17   company.                                                 12:25:14
18      Q.  Is he still at Qualcomm?                          12:25:15
19      A.  No.                                               12:25:19
20           MR. HEJNY:  Let's pull up                        12:25:22
21   Exhibit 4, please.                                       12:25:24
22              (Whereupon Exhibit Number 4 was               12:25:33
23                 marked for identification.)                12:25:34
24      Q.  (BY MR. HEJNY)  Mr. Wise, I understand            12:25:36
25   that this was some time ago, so I'm going to show        12:25:56
```

Transcript of David Wise
Conducted on January 31, 2025                    25

```
 1   you some documents and -- and see if we can              12:25:58
 2   refresh your recollection regarding interactions         12:26:01
 3   with Dr. Raleigh.                                        12:26:04
 4            And this is the first document that             12:26:04
 5   I'm going to show you.  It's been marked as              12:26:06
 6   Exhibit 4, and the Bates number on the first page        12:26:09
 7   at the bottom right is HW397-00102740 and it runs        12:26:19
 8   through one more page, with the ending three             12:26:25
 9   numbers of 741.                                          12:26:28
10            MR. HEJNY:  And let's go back to                12:26:31
11   the first page.  Perfect.                                12:26:34
12     Q.  (BY MR. HEJNY)  The first e-mail in this           12:26:36
13   thread is a January 7th, 2009, e-mail from Greg          12:26:39
14   Raleigh to -- to Paul Jacobs.                            12:26:44
15            You see that?                                   12:26:45
16     A.  Yes.                                               12:26:48
17     Q.  And in that e-mail, Dr. Raleigh indicates          12:26:49
18   that, "I have been working on improved wireless          12:26:53
19   Internet with some colleagues, including two you         12:26:58
20   know, Charlie Giancarlo and Jim Straight."               12:27:01
21            Do you see that?                                12:27:05
22     A.  Yes.                                               12:27:28
23     Q.  And who is Charlie Giancarlo?                      12:27:29
24     A.  I don't know.                                      12:27:38
25     Q.  And who is Jim Straight; do you know?              12:27:40
```

| | | |
|---|---|---|
| 1 | I apologize if I missed your answer | 12:28:22 |
| 2 | again.  Do you know who Mr. Straight is? | 12:28:24 |
| 3 |    A.   No. | 12:28:26 |
| 4 |    Q.   Okay.  Scrolling down to the second page | 12:28:27 |
| 5 | and the first full sentence on that page, | 12:28:35 |
| 6 | Dr. Raleigh says, "We plan to partner with a | 12:28:38 |
| 7 | global chipset leader and we would" -- "and we | 12:28:41 |
| 8 | would this to be QC for many reasons, top of the | 12:28:44 |
| 9 | list being our positive relationships and history | 12:28:47 |
| 10 | with you and the QC team." | 12:28:50 |
| 11 | Do you see that? | 12:28:51 |
| 12 |    A.   Yes. | 12:28:56 |
| 13 |    Q.   Okay.  So in this e-mail, we have | 12:28:57 |
| 14 | Dr. Raleigh e-mailing Paul Jacobs at Qualcomm, | 12:29:00 |
| 15 | indicating an interest in -- interest in | 12:29:04 |
| 16 | partnering with -- with Qualcomm. | 12:29:08 |
| 17 | Do you recall then being involved in | 12:29:09 |
| 18 | discussions with Dr. Raleigh at Mr. Jacobs' | 12:29:12 |
| 19 | request? | 12:29:16 |
| 20 |    A.   Yes, but vaguely. | 12:29:18 |
| 21 |    Q.   Okay. | 12:29:21 |
| 22 |             MR. HEJNY:  Let's scroll back to | 12:29:22 |
| 23 | the top. | 12:29:23 |
| 24 |    Q.   (BY MR. HEJNY)  And again, the reason I | 12:29:25 |
| 25 | bring this up is because at the top of the page | 12:29:27 |

Transcript of David Wise
Conducted on January 31, 2025                                   77

```
 1     Certified to by me this 2nd day of February,
 2  2025.
 3
 4                  _____
                    Annette Peltier, Texas CSR 3253
 5                  Expiration Date:  10/31/25
                    Firm Registration No. 686
 6                  451 Hungerford Drive
                    Suite 400
 7                  Rockville, MD 20850
                    Phone: 888.433.3767
 8                  Fax: 888.503.3767
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```