# EXHIBIT 44



