# EXHIBIT 46

Case 7:25-cv-00376-DC-DTG     Document 25-46     Filed 12/05/25     Page 2 of 2

Austin, TX to Midland, TX            Drive 319 miles, 5 hr 13 min



Imagery ©2025 , Map data ©2025 Google, INEGI      20 mi

| | via US-87 N | 5 hr 13 min |
|---|---|---|
| 🚗 | Fastest route now, avoids road closures on US-277 S | 319 miles |

| | via US-190 and US-87 N | 5 hr 16 min |
|---|---|---|
| 🚗 | Avoids road closures on US-277 S | 338 miles |

| | via US-183 N and I-20 W | 5 hr 39 min |
|---|---|---|
| 🚗 | Avoids road closures on US-277 S | 368 miles |

### Explore new places along this route
Add suggested stops