# EXHIBIT 48



AgencyIP   Our Team

Asset Liquidation & Monetization       **CONTACT US**

Advisory Services   News

## GET IN TOUCH

**Sherwood Partners Inc.**

**EMAIL**

info@sherwoodpartners.com

**PHONE**

+1 (650) 454-8001

**FAX**

+1 (650) 454-8040

Silicon Valley | Los Angeles | New York

3945 Freedom Circle Suite 560 Santa Clara, CA 95054

**Name** (required)

First Name

Last Name

**Email** (required)

**Company**

**Position**

Phone (required)

Purpose of Contact (required)

Business Inquiry

Best Time to Contact (required)

Please include Date and Time

Your Message (required)

Please provide your message here

SUBMIT





**PROOF OF CLAIMS FORM**

**CONTACT US**

## CONTACT US

Sherwood Partners Inc.

Silicon Valley | Los Angeles | New York

3945 Freedom Circle Suite 560 Santa Clara, CA 95054

PHONE: 650-454-8001

FAX: 650-454-8040

[INFO@SHERWOODPARTNERS.COM](mailto:INFO@SHERWOODPARTNERS.COM)

© Sherwood Partners Inc. 2025 All Rights Reserved

