# EXHIBIT 62

PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: <br><br>     Raleigh <br><br> Serial No.:    13/678,417 <br><br> Filed:    November 15, 2012 <br><br> Title:    Automated Device Provisioning and Activation | Examiner:    RUDY, Andrew J. <br><br><br> Art Unit:    3687 <br><br> Conf. No.:    7300 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

<b><u>AMENDMENT AND RESPONSE</u></b>

Madam:

In response to the Office Action dated September 11, 2013, the deadline for response being October 11, 2013, please amend the above-identified application as follows:

**Amendments to the Claims** begin on page 2.

**Remarks** begin on page 8.

PATENT

AMENDMENTS TO THE CLAIMS

Without prejudice and without surrender of any subject matter, please amend the claims as follows:

1.  (Currently amended)  An end-user device, comprising:

one or more modems for

assisting the end-user device in communicating with a network system over a wireless access network, the network system comprising one or more network elements, and

assisting the end-user device in communicating with one or more other devices over a wireless local-area network, a personal-area network, a near-field network, or a combination of these;

memory configured to store a plurality of service policy settings, the plurality of service policy settings including a first service policy setting for authorizing the end-user device to provide a forwarding service to the one or more other devices, the forwarding service for forwarding traffic between the one or more other devices and the network system;

a user interface; and

one or more processors configured to **execute one or more instructions that, when executed by the one or more processors, cause the one or more processors to**:

**at least** assist **to** ~~in~~ obtain[[ing]] configuration information from the one or more network elements, the configuration information instructing the one or more processors to modify or to allow modification of the first service policy setting,

**at least** assist **to** ~~in~~ obtain[[ing]], through the user interface, a user input associated with enabling or disabling the forwarding service, and

modify a second service policy setting of the plurality of service policy settings in accordance with the user input, the second service policy setting for at least assisting in enabling or disabling the forwarding service.

2.  (Previously presented)  The end-user device recited in claim 1, wherein forwarding traffic comprises passing, bridging, routing, traffic shaping, or otherwise allowing the traffic.

PATENT

3.  (Currently amended)  The end-user device recited in claim 1, wherein obtain[[ing]] configuration information from the one or more network elements comprises obtain[[ing]] the configuration information over a secure control link.

4.  (Previously presented)  The end-user device recited in claim 1, wherein the forwarding service is included in a service plan associated with the end-user device.

5.  (Currently amended)  The end-user device recited in claim 1, wherein, **when executed by** the one or more processors, **the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to **at least** assist ~~to in~~ obtain[[ing]] a user request, and wherein obtain[[ing]] configuration information is based on the user request.

6.  (Previously presented)  The end-user device recited in claim 1, wherein the configuration information is based on a user preference.

7.  (Currently amended)  The end-user device recited in claim 1, wherein, **when executed by** the one or more processors, **the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to:
    **at least** assist ~~to in~~ present[[ing]], through the user interface, a notification associated with the first service policy setting.

8.  (Previously presented)  The end-user device recited in claim 7, wherein the notification comprises information associated with activating the forwarding service.

9.  (Previously presented)  The end-user device recited in claim 7, wherein the notification provides information about a service plan that includes the forwarding service.

10.  (Currently amended)  The end-user device recited in claim 1, wherein, **when executed by** the one or more processors, **the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to **at least** assist ~~to in~~ present[[ing]], through the user interface, a notification associated with the forwarding service.

11.  (Currently amended)  The end-user device recited in claim 10, wherein the notification comprises information **about** ~~associated with~~ a usage or cost associated with the forwarding service.

12.  (Currently amended)  The end-user device recited in claim 10, wherein the notification comprises information **about** ~~associated with~~ the forwarding service.

13.  (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to at least assist **to** ~~in~~ control[[ling]] at least an aspect of the forwarding service.

14.  (Currently amended)  The end-user device recited in claim 13, wherein control[[ling]] at least an aspect of the forwarding service comprises limit[[ing]] a number of devices comprising the one or more other devices.

15.  (Currently amended)  The end-user device recited in claim 13, wherein control[[ling]] at least an aspect of the forwarding service comprises restrict[[ing]], or assist[[ing]] at least one of the one or more other devices **to** ~~in~~ restrict[[ing]], usage of the forwarding service by the at least one of the one or more other devices.

16.  (Currently amended)  The end-user device recited in claim 13, wherein control[[ling]] at least an aspect of the forwarding service comprises restrict[[ing]], or assist[[ing]] at least one of the one or more other devices **to** ~~in~~ restrict[[ing]], usage of the forwarding service by the at least one of the one or more other devices based on one or more of a device type, a modem type, **a** ~~an~~ ~~access network~~ type **of the wireless access network**, **a** ~~an access network~~ state **of the wireless access network**, an application, or a service activity.

17.  (Currently amended)  The end-user device recited in claim 13, wherein control[[ling]] at least an aspect of the forwarding service comprises authoriz**e**[[ing]] or allow[[ing]] usage of the

PATENT

forwarding service by at least one of the one or more other devices based on one or more of a device type, a modem type, **a** ~~an access network~~ type **of the wireless access network**, **a** ~~an access network~~ state **of the wireless access network**, an application, or a service activity.

18.  (Currently amended)  The end-user device recited in claim 13, wherein at least assist **to** ~~in~~ control[[ling]] the at least an aspect of the forwarding service comprises assist a user to configure one or more aspects of a service usage policy, a warning, or a security aspect.

19.  (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to authorize or prevent usage of the forwarding service by at least one of the one or more other devices based on a credential.

20.  (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to:
        apply a first control to traffic between the end-user device and at least one of the one or more other devices, and
        apply a second control to traffic between the at least one of the one or more other devices and the network system,
        wherein the first control differs from the second control.

21.  (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to:
        apply a first control to **first** traffic**, the first traffic being** between the end-user device and the network system, and
        apply a second control to **second** traffic**, the second traffic being** between at least one of the one or more other devices and the network system,
        wherein the first control differs from the second control.

22. (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to account for usage of the forwarding service.

23. (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to determine a separate accounting for usage of the forwarding service.

24. (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to determine a separate accounting for usage of the forwarding service by a subset of one or more devices of the one or more other devices.

25. (Currently amended)  The end-user device recited in claim 1, wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to obtain first information associated with usage of the wireless access network associated with traffic communicated between the end-user device and the network system or second information associated with usage of the wireless access network associated with forwarding service traffic between at least one of the one or more other devices and the network system.

26. (Currently amended)  The end-user device recited in claim 1, wherein the wireless access network is associated with a cost, and wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to **at least** assist **to provide** ~~in providing~~ information associated with the cost to at least one of the one or more other devices.

27. (Currently amended)  The end-user device recited in claim 1, wherein the wireless access network is associated with a cost, and wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to **at least assist to** control usage of the forwarding service based on the cost.

PATENT

28.  (Currently amended)  The end-user device recited in claim 1, wherein the wireless access network is associated with a cost, and wherein**, when executed by** the one or more processors**, the one or more instructions** ~~are~~ further **cause the one or more processors** ~~configured~~ to obtain the cost based on a user input.

29-30.  (Canceled)

31.  (Previously presented)  The end-user device recited in claim 10, wherein the notification comprises information about a service plan that includes the forwarding service.

32.  (Previously presented)  The end-user device recited in claim 31, wherein the information about the service plan comprises an offer for the service plan.

REMARKS

Claims 1-28 and 31-32 are pending and stand rejected by the Office Action dated September 11, 2013.  Claims 29-30 were previously canceled.

In section 3, the Office Action rejects claims 1-28 and 31-32 under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the applicant regards as the invention.

Applicant is amending claims 1, 3, 5, 7, and 10-28.  No new matter is being added.

Applicant respectfully requests reconsideration.

Claim Rejections – 35 U.S.C. § 112

In section 3, the Office Action rejects claims 1-28 and 31-32 under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the applicant regards as the invention.  In particular, the Office Action states that the claim 1 phrase "assisting the end-user device in communicating with one or more other devices over a wireless local-area network, a personal-area network, a near-field network, or a combination of these" (lines 5-7) is not clear in juxtaposition to the drawing figures and descriptive portion of the specification.

Applicant respectfully submits that "assisting the end-user device in communicating with one or more other devices over a wireless local-area network, a personal-area network, a near-field network, or a combination of these" is supported at least by paragraphs [00154]-[00161] and [00517]-[00520], and by FIG. 15.

PATENT

## CONCLUSION

Applicant respectfully requests entry of these amendments as provided herein. The application is believed to be in condition for allowance, and a Notice of Allowance is hereby respectfully requested. If the Examiner has any questions or needs any additional information, the Examiner is invited to contact the undersigned.

The Commissioner is authorized to charge any fee deficiency or credit any overpayment to Deposit Account 50-5876.

Respectfully submitted,

Date:  October 11, 2013          By: _____

Krista S. Jacobsen
Reg. No. 59,374
Head Counsel
Headwater Partners I LLC
350 Marine Parkway, Suite 300
Redwood Shores, CA 94065
(650) 517-2798

<u>CERTIFICATE OF ELECTRONIC TRANSMISSION</u>

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being filed electronically via EFS-Web addressed to the Commissioner for Patents on:

Date: Oct. 11, 2013     By: _____
                                Ann Taylor

PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>      Raleigh<br><br>Serial No.:    13/678,417<br><br>Filed:       November 15, 2012<br><br>Title:       Automated Device<br>               Provisioning and Activation | Examiner:    RUDY, Andrew J.<br><br><br>Art Unit:    3687<br><br>Conf. No.:   7300 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## AMENDMENT AND RESPONSE

Madam:

In response to the Restriction Requirement dated June 28, 2013, the deadline for response being July 29, 2013, please amend the above-identified application as follows:

**Amendments to the Claims** begin on page 2.

**Remarks** begin on page 8.

PATENT

AMENDMENTS TO THE CLAIMS

Without prejudice and without surrender of any subject matter, please amend the claims as follows:

1.  (Currently amended)  An end-user device, comprising:

one or more modems **for~~configured to~~**

assist**ing** the end-user device in communicating with a network system over a wireless access network, the network system comprising one or more network elements, and

assist**ing** the end-user device in communicating with one or more other devices over ~~one or more of~~ a wireless local-area network, a personal-area network,**[[ and]]** a near-field network**, or a combination of these**;

memory configured to store a plurality of service policy settings**, the plurality of service policy settings** including a first service policy setting for authorizing the end-user device to provide a forwarding service to the one or more other devices, the forwarding service for forwarding traffic between the one or more other devices and the network system;

a user interface; and

one or more processors configured to:

assist in obtaining configuration information from the one or more network elements, the configuration information instructing the one or more processors to modify or to allow modification of the first service policy setting,

assist in obtaining, through the user interface, a user input associated with enabling or disabling the forwarding service, and

modify a second service policy setting of the plurality of service policy settings in accordance with the user input, the second service policy setting for **at least** assisting in enabling or disabling the forwarding service.


2.  (Currently amended)  The end-user device recited in claim 1, wherein forwarding traffic comprises ~~one or more of~~ passing, bridging, routing, traffic shaping, or otherwise allowing the traffic.

PATENT

3.  (Currently amended)  The end-user device recited in claim 1, wherein ~~the one or more processors are configured to assist in~~ obtaining [[the]] configuration information from the one or more network elements **comprises obtaining the configuration information** over a secure control link.

4.  (Previously presented)  The end-user device recited in claim 1, wherein the forwarding service is included in a service plan associated with the end-user device.

5.  (Currently amended)  The end-user device recited in claim 1, wherein the one or more processors are further configured to assist in obtaining a user request, and wherein ~~the one or more processors are configured to~~ assist in obtaining [[the]] configuration information **is** based on the user request.

6.  (Previously presented)  The end-user device recited in claim 1, wherein the configuration information is based on a user preference.

7.  (Currently amended)  The end-user device recited in claim 1, wherein the one or more processors are further configured to:
~~determine an initial value of the first service policy setting, and~~
assist in presenting, through the user interface, a notification associated with the first service policy setting.

8.  (Previously presented)  The end-user device recited in claim 7, wherein the notification comprises information associated with activating the forwarding service.

9.  (Currently amended)  The end-user device recited in claim 7, wherein the notification ~~assists in~~ provid**es**[[ing]] **information about** ~~an offer for~~ a service plan **that** includ**es**[[ing]] the forwarding service.

PATENT

10. (Previously presented)  The end-user device recited in claim 1, wherein the one or more processors are further configured to assist in presenting, through the user interface, a notification associated with the forwarding service.

11. (Previously presented)  The end-user device recited in claim 10, wherein the notification comprises information associated with a usage or cost associated with the forwarding service.

12. (Previously presented)  The end-user device recited in claim 10, wherein the notification comprises information associated with the forwarding service.

13. (Currently amended)  The end-user device recited in claim 1, wherein the one or more processors are further configured to **at least** assist in controlling at least an aspect of the forwarding service.

14. (Currently amended)  The end-user device recited in claim 13, wherein controlling **[[the]]** at least an aspect of the forwarding service comprises limiting a number of devices comprising the one or more other devices.

15. (Currently amended)  The end-user device recited in claim 13, wherein controlling **[[the]]** at least an aspect of the forwarding service comprises ~~the one or more processors~~ restricting**,** ~~usage~~ or assisting at least one of the one or more other devices in restricting**,** usage of the forwarding service by the at least one of the one or more other devices.

16. (Currently amended)  The end-user device recited in claim 13, wherein controlling **[[the]]** at least an aspect of the forwarding service comprises **restricting,** ~~the one or more processors limiting usage~~ or assisting at least one of the one or more other devices in restricting**,** usage of the forwarding service by the at least one of the one or more other devices based on one or more of **a** device type, **a** modem type, **an** access network type, **an** access network state, **an** application, or **a** service activity.

17. (Currently amended)  The end-user device recited in claim 13, wherein controlling **[[the]]** at least an aspect of the forwarding service comprises ~~the one or more processors~~ authorizing or allowing usage of the forwarding service by at least one of the one or more other devices based on one or more of **a** device type, **a** modem type, **an** access network type, **an** access network state, **an** application, or **a** service activity.

18. (Currently amended)  The end-user device recited in claim 13, wherein **at least assist in** controlling the at least an aspect of the forwarding service comprises assist**[[ing]]** a user to configure one or more aspects of a service usage policy, a warning, or a security aspect.

19. (Previously presented)  The end-user device recited in claim 1, wherein the one or more processors are further configured to authorize or prevent usage of the forwarding service by at least one of the one or more other devices based on a credential.

20. (Currently amended)  The end-user device recited in claim 1, wherein the one or more processors are further configured to:

apply a first control to traffic between the end-user device and at least one of the one or more other devices, and

apply a second control to traffic between **the** at least one of the one or more other devices and the network system,

wherein the first control differs from the second control.

21. (Previously presented)  The end-user device recited in claim 1, wherein the one or more processors are further configured to:

apply a first control to traffic between the end-user device and the network system, and

apply a second control to traffic between at least one of the one or more other devices and the network system,

wherein the first control differs from the second control.

22. (Previously presented)  The end-user device recited in claim 1, wherein the one or more processors are further configured to account for usage of the forwarding service.

PATENT

23. (Previously presented)  The end-user device recited in claim 1, wherein the one or more processors are further configured to determine a separate accounting for usage of the forwarding service.

24. (Currently amended)  The end-user device recited in claim 1, wherein the one or more processors are further configured to determine a separate accounting for usage of the forwarding service by a subset of one or more ~~particular~~ devices of the one or more other devices.

25. (Previously presented)  The end-user device recited in claim 1, wherein the one or more processors are further configured to obtain first information associated with usage of the wireless access network associated with traffic communicated between the end-user device and the network system or second information associated with usage of the wireless access network associated with forwarding service traffic between at least one of the one or more other devices and the network system.

26. (Currently amended)  The end-user device recited in claim 1, wherein the wireless access network is associated with a ~~first~~ cost, and wherein the one or more processors are further configured to assist in providing information associated with the ~~first~~ cost to at least one of the one or more other devices.

27. (Currently amended)  The end-user device recited in claim __1__[[26]], __wherein the wireless access network is associated with a cost, and__ wherein the one or more processors are further configured to control usage of the forwarding service based on the ~~first~~ cost.

28. (Currently amended)  The end-user device recited in claim __1__[[26]], __wherein the wireless access network is associated with a cost, and__ wherein the one or more processors are further configured to obtain the ~~first~~ cost based on a user input.

29-30. (Cancelled)

31.  (New)  The end-user device recited in claim 10, wherein the notification comprises information about a service plan that includes the forwarding service.

32.  (New)  The end-user device recited in claim 31, wherein the information about the service plan comprises an offer for the service plan.

PATENT

## REMARKS

The Office Action dated June 28, 2013, imposed a restriction requirement on claims 1-30, asserting that claims 1-28 (Group I) are directed to a first invention, and claims 29 and 30 (Group II) are directed to a second invention.

Applicant elects the claims of Group I, namely, claims 1-28, without traverse, for further prosecution.  Claims 29 and 30 are being canceled.

Claims 1-3, 5, 7, 9, 13-18, 20, 24, and 26-28 are being amended herein.  Claims 31 and 32 are being added.  No new matter is being added by these amendments.

Claims 31 and 32 are supported at least by paragraphs [00232], [00251], [00254], and [00516].

After entry of the amendments herein, claims 1-28, 31, and 32 are pending.

PATENT

<u>CONCLUSION</u>

If the Examiner has any questions or needs any additional information, the Examiner is invited to contact the undersigned.

The Commissioner is authorized to charge any fee deficiency or credit any overpayment to Deposit Account 50-5876.

Respectfully submitted,

Date:  July 29, 2013                By: _____

Krista S. Jacobsen
Reg. No. 59,374
Head Counsel
Headwater Partners I LLC
350 Marine Parkway, Suite 300
Redwood Shores, CA 94065
(650) 517-2798

<u>CERTIFICATE OF ELECTRONIC TRANSMISSION</u>

> I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being filed electronically via EFS-Web addressed to the Commissioner for Patents on:
>
> Date: July 29, 2013     By: _____
> Ann Taylor

PTO/AIA/15 (07-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | | |
|---|---|---|
| | Attorney Docket No. | RALEP007C2 |
| | First Inventor | Raleigh, Gregory G. |
| | Title | AUTOMATED DEVICE PROVISIONING AND ACTIVATION |
| | Express Mail Label No. | n/a |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:** Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

1. [✓] **Fee Transmittal Form.** (PTO/SB/17 or equivalent)
2. [✓] **Applicant claims small entity status.** See 37 CFR 1.27.
3. [✓] **Specification.** [*Total Pages* 240 ]
Both the claims and abstract must start on a new page
(For information on the preferred arrangement, see MPEP § 608.01(a))
4. [✓] **Drawing(s). (35 U.S.C. 113)** [*Total Sheets* 106 ]
5. **Inventor's Oath or Declaration.** [*Total Sheets* 1 ]
(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))
  a. [✓] Newly executed (original or copy)
  b. [ ] A copy from a prior application (37 CFR 1.63(d))
6. [✓] **Application Data Sheet.** *See Note below.*
See 37 CFR 1.76 (PTO/AIA/14 or equivalent)
7. [ ] **CD-ROM or CD-R.**
in duplicate, large table or Computer Program *(Appendix)*
  [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission.**
*(if applicable, items a. – c. are required)*
  a. [ ] Computer Readable Form (CRF)
  b. [ ] Specification Sequence Listing on:
    i. [ ] CD-ROM or CD-R (2 copies); or
    ii. [ ] Paper
  c. [ ] Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PARTS

9. [ ] **Assignment Papers.** (cover sheet & document(s))
Name of Assignee_____

10. [ ] **37 CFR 3.73(c) Statement.** (when there is an assignee)     [ ] **Power of Attorney.**
11. [ ] **English Translation Document.** (if applicable)
12. [ ] **Information Disclosure Statement.** (PTO/SB/08 or PTO-1449)
  [ ] Copies of citations attached
13. [ ] **Preliminary Amendment.**
14. [ ] **Return Receipt Postcard.** (MPEP § 503) (Should be specifically itemized)
15. [ ] **Certified Copy of Priority Document(s).** (if foreign priority is claimed)
16. [ ] **Nonpublication Request.** Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
17. [✓] **Other:** Certification and Request for Prioritized Examination Under 37 CFR 1.102(e) (TrackOne)

**\*Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 18. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number: 106963     OR  [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | | Date | November 15, 2012 |
|---|---|---|---|
| Name (Print/Type) | Krista S. Jacobsen | Registration No. (Attorney/Agent) | 59374 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*