# EXHIBIT 68










