# EXHIBIT 69











Skip to main content         Accessibility feedback

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more






☰  Google                                                                    ☾  ⋮⋮⋮  

Skip to main content          Accessibility feedback