# EXHIBIT 70


















Skip to main content                Accessibility feedback