# EXHIBIT 77

11/24/25, 5:55 AM Case 7:25-cv-00376-DC-DTG Document 25-57 Filed 12/05/25 Page 2 of 6
San Francisco to Shanghai | Google Flights

Google
Skip to main content
Accessibility feedback
One way
1
Economy
San Francisco
Shanghai
Sun, Sep 6
All filters
Stops
Airlines
Bags
Price
Times
Emissions
Con
Best
Cheapest from $341
Prices are currently typical
View price history
Track prices
Sep 6
Any dates
Date grid
Price graph

## All flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sorted by duration

1:30 PM — 5:25 PM+1
SFO PVG
Nonstop · 12 hr 55 min · United
$832
771 kg CO2e
+15% emissions
11:10 AM — 5:20 PM+1
SFO PVG
1 stop · 15 hr 10 min · United, ANA
$957
732 kg CO2e
+9% emissions
1:05 PM — 7:40 PM+1
SFO PVG
1 stop · 15 hr 35 min · Delta
$763
807 kg CO2e
+20% emissions
8:55 AM — 4:05 PM+1
SFO PVG
1 stop · 16 hr 10 min · Delta
$763
627 kg CO2e
-7% emissions
12:50 PM — 8:10 PM+1
SFO PVG
$567

https://www.google.com/travel/flights/search?tfs=CBwQAhooEgoyMDI2LTA5LTA2agwIAxIIL20vMGQ2bHByDAgDEggvbS8wNndqZkABSAFwAYIBCwj… 1/3

Google
Skip to main content
Accessibility feedback
SFO PVG
1 stop · 16 hr 20 min · JAL · American
811 kg CO2e
+21% emissions +21% emissions
12:50 PM — 8:55 PM+1
$613
SFO PVG
1 stop · 17 hr 5 min · Korean Air, Asiana Airlines
652 kg CO2e
Avg emissions Avg emissions
8:55 AM — 5:15 PM+1
$661
SFO PVG
1 stop · 17 hr 20 min · Delta, China Eastern
688 kg CO2e
Avg emissions Avg emissions
1:05 AM — 10:50 AM+1
$572
SFO PVG
1 stop · 18 hr 45 min · China Airlines
886 kg CO2e
+32% emissions +32% emissions
12:35 AM — 10:20 AM+1
$597
SFO SHA
1 stop · 18 hr 45 min · China Southern
942 kg CO2e
+40% emissions +40% emissions
11:30 PM — 10:05 AM+2
$557
SFO PVG
1 stop · 19 hr 35 min · Asiana Airlines
716 kg CO2e
+6% emissions +6% emissions
1:25 AM — 12:05 PM+1
$689
SFO PVG
1 stop · 19 hr 40 min · EVA Air
805 kg CO2e
+20% emissions +20% emissions
11:25 PM — 2:55 PM+2
$377
SFO PVG
1 stop · 24 hr 30 min · Philippine Airlines
865 kg CO2e
+29% emissions +29% emissions
12:50 PM — 5:05 PM+2
$559
SFO SHA
1 stop · 37 hr 15 min · Korean Air
630 kg CO2e
-6% emissions -6% emissions
View more flights








Skip to main content          Accessibility feedback

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

## All flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sorted by duration

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more