# EXHIBIT 78



≡  **Google**                                                     ☾  ⠿  Ⓡ

Skip to main content         Accessibility feedback

→ One way ▾    👤 1 ▾    Economy ▾

| ○ Midland | ⇄ | 📍 Shanghai | | 📅 Sun, Sep 6    ‹  › |

≡ **All filters**    Stops ▾   Airlines ▾   Bags ▾   Price ▾   Times ▾   Emissions ▾   Con...

| **Best** ⓘ | **Cheapest** from **$771** ⓘ |

◢◣ Prices are currently **typical**                                      ▾

📈 **Track prices** ⓘ   **Sep 6** ○                      📅 **Date grid**    📉 **Price graph**

## All flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.    **Sorted by duration** ⇅
Passenger assistance info.



| ◣ | 7:41 AM → 2:50 PM +1 | | $819 |
| | MAF        PVG | | |
| | 1 stop · 18 hr 9 min · American · Operated by SkyWest Airlines as A... | 915 kg CO2e | ▾ |
| | | [Avg emissions] [Avg emissions] ⓘ | |

| ◣ | 6:00 AM → 2:05 PM +1 | | $1,286 |
| | MAF        PVG | | |
| | 2 stops · 19 hr 5 min · United, Air Canada · Operated by SkyWest DB... | 850 kg CO2e | ▾ |
| | | [Avg emissions] [Avg emissions] ⓘ | |

| ◼ | 7:02 AM → 5:25 PM +1 | | $931 |
| | MAF        PVG | | |
| | 2 stops · 21 hr 23 min · United | 1,114 kg CO2e | ▾ |
| | | [+24% emissions] [+24% emissions] ⓘ | |

| ◣ | 8:56 AM → 7:45 PM +1 | | $856 |
| | MAF        PVG | | |
| | 2 stops · 21 hr 49 min · American, JAL · Operated by Envoy Air as A... | 976 kg CO2e | ▾ |
| | | [+9% emissions] [+9% emissions] ⓘ | |

| ◣ | 9:00 AM → 8:40 PM +1 | | $1,157 |
| | MAF        PVG | | |





Skip to main content    Accessibility feedback

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more



☰    **Google**                                          🌙  ⊞  🅡

Skip to main content        Accessibility feedback

→ One way ▾    👤 1 ▾    Economy ▾

◯ Shanghai    ⇄    📍 Midland          📅 Sun, Sep 6    ‹  ›

⇄ All filters | Stops ▾ | Airlines ▾ | Bags ▾ | Price ▾ | Times ▾ | Emissions ▾ | Con

Best ⓘ                    Cheapest from **$933** ⓘ

Prices are currently **typical**                    ▾

∿ Track prices ⓘ  Sep 6 ◯          📅 Date grid    ∿ Price graph

## All flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.          Sorted by duration ↑↓
Passenger assistance info.



| 5:00 PM → 10:10 PM | | $933 | ▾ |
| PVG        MAF | | | |
| 1 stop · 18 hr 10 min · American · Operated by Envoy Air as Ameri… | 739 kg CO2e -16% emissions  -16% emissions ⓘ | | |

| 3:55 PM → 10:03 PM | | $2,773 | ▾ |
| PVG        MAF | | | |
| 2 stops · 19 hr 8 min · Air Canada, United · Operated by SkyWest DB… | 891 kg CO2e  Avg emissions  Avg emissions ⓘ | | |

| 11:35 AM → 7:47 PM | | $1,244 | ▾ |
| PVG        MAF | | | |
| 2 stops · 21 hr 12 min · Asiana Airlines, American · Operated by Env… | 831 kg CO2e  Avg emissions  Avg emissions ⓘ | | |

| 11:10 AM → 7:47 PM | | $1,244 | ▾ |
| PVG        MAF | | | |
| 2 stops · 21 hr 37 min · Korean Air, American · Operated by Envoy Ai… | 838 kg CO2e  Avg emissions  Avg emissions ⓘ | | |

| 12:10 PM → 9:24 PM | | $933 | ▾ |
| PVG        MAF | | | |



≡  Google          Skip to main content      Accessibility feedback          ☾  ⠿  R

12:10 PM ⟶ 7:24 PM                                                $955
PVG          MAF                        960 kg CO2e
2 stops · 22 hr 14 min · United                                   ⌄
                                        [+10% emissions] [+10% emissions] ⓘ

9:00 AM ⟶ 7:47 PM                                                $1,094
PVG          MAF                        843 kg CO2e
2 stops · 23 hr 47 min · China Southern, American · Operated by Env…   ⌄
                                        [Avg emissions] [Avg emissions] ⓘ

8:10 PM ⟶ 8:45 AM+1                                              $995
PVG          MAF                        810 kg CO2e
2 stops · 25 hr 35 min · United · Operated by Mesa Airlines DBA Unit…  ⌄
                                        -7% emissions   -7% emissions ⓘ

8:10 PM ⟶ 8:45 AM+1                                              $995
PVG          MAF                        810 kg CO2e
2 stops · 25 hr 35 min · United · Operated by Mesa Airlines DBA Unit…  ⌄
                                        -7% emissions   -7% emissions ⓘ

6:25 PM ⟶ 11:43 AM+1                                             $1,963
SHA          MAF                        774 kg CO2e
2 stops ⚠ · 30 hr 18 min · Korean Air, American · Operated by En…    ⌄
                                        -12% emissions  -12% emissions ⓘ

11:50 PM ⟶ 6:05 PM+1                                             $1,529
PVG          MAF                        1,082 kg CO2e
2 stops · 31 hr 15 min · Lufthansa, United · Operated by Mesa Air…    ⌄
                                        [+24% emissions] [+24% emissions] ⓘ

12:35 AM ⟶ 7:47 PM                                               $1,855
PVG          MAF                        1,412 kg CO2e
2 stops ⚠ · 32 hr 12 min · Qatar Airways, American · Operated …      ⌄
                                        [+61% emissions] [+61% emissions] ⓘ

1:55 AM ⟶ 9:24 PM                                                $1,334
PVG          MAF                        1,262 kg CO2e
2 stops · 32 hr 29 min · Air China, United · Lufthansa                ⌄
                                        [+44% emissions] [+44% emissions] ⓘ

8:10 PM ⟶ 4:15 PM+1                                              $933
PVG          MAF                        816 kg CO2e
2 stops ⚠ · 33 hr 5 min · United · Operated by SkyWest DBA United…   ⌄
                                        -7% emissions   -7% emissions ⓘ

12:05 AM ⟶ 9:24 PM                                               $1,402
PVG          MAF                        1,810 kg CO2e
2 stops ⚠ · 34 hr 19 min · Emirates, United                          ⌄
                                        [+107% emissions] [+107% emissions] ⓘ



Skip to main content        Accessibility feedback



Language · English (United States)        Location · United States        Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more