# EXHIBIT 79










