# EXHIBIT 86






| | | | | |
|---|---|---|---|---|
| 11:30 AM → 2:50 PM JFK → SFO Nonstop · 6 hr 20 min · Alaska | | 1 0 $184 340 kg CO2e Avg emissions Avg emissions | | |
| 1:00 PM → 4:20 PM JFK → SFO Nonstop · 6 hr 20 min · Alaska | | 1 0 $184 340 kg CO2e Avg emissions Avg emissions | | |
| 5:30 AM → 8:54 AM JFK → SFO Nonstop · 6 hr 24 min · JetBlue | | 1 0 $110 428 kg CO2e +23% emissions +23% emissions | | |
| 8:14 AM → 11:39 AM JFK → SFO Nonstop · 6 hr 25 min · American | | 1 0 $169 604 kg CO2e +73% emissions +73% emissions | | |
| 4:39 PM → 8:04 PM JFK → SFO Nonstop · 6 hr 25 min · Alaska | | 1 0 $184 340 kg CO2e Avg emissions Avg emissions | | |
| 4:29 PM → 7:57 PM JFK → SFO Nonstop · 6 hr 28 min · American | | 1 0 $214 604 kg CO2e +73% emissions +73% emissions | | |
| 6:00 AM → 9:30 AM EWR → SFO Nonstop · 6 hr 30 min · United | | 0 0 $110 442 kg CO2e +27% emissions +27% emissions | | |
| 8:29 PM → 11:59 PM JFK → SFO Nonstop · 6 hr 30 min · Alaska | | 1 0 $184 340 kg CO2e Avg emissions Avg emissions | | |
| 7:23 AM → 10:54 AM JFK → SFO Nonstop · 6 hr 31 min · JetBlue | | 1 0 $110 428 kg CO2e +23% emissions +23% emissions | | |
| 10:30 AM → 2:01 PM EWR → SFO Nonstop · 6 hr 31 min · United | | 0 0 $174 442 kg CO2e +27% emissions +27% emissions | | |
| 11:30 AM → 3:01 PM EWR → SFO | | 0 0 $236 | | |





https://www.google.com/travel/flights/search?tfs=CBwQAhopEgoyMDI2LTA5LTA2ag0IAxIJL20vMDJfMjg2cgwIAxIIL20vMGQ2bHBAAUgBcAGCAQsI_…    4/4








