# EXHIBIT 87











| 2 stops · 13 hr 48 min · American · Operated by SkyWest Airlines… | 417 kg CO2e +27% emissions +27% emissions |

View more flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more


