# EXHIBIT 88














