# EXHIBIT 99

## All flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sorted by duration

12/1/25, 1:00 PM Case 7:25-cv-00376-DC-DTG Document 25-67 Filed 12/05/25 Page 3 of 11
Irvine to San Francisco | Google Flights

Google
Skip to main content
Accessibility feedback
R
Nonstop · 1 hr 24 min · Delta
68 kg CO2e
-24% emissions
4:25 PM — 5:50 PM
LAX SFO
Nonstop · 1 hr 25 min · Delta
1 0 $105
74 kg CO2e
-18% emissions
1:29 PM — 2:55 PM
LAX SFO
Nonstop · 1 hr 26 min · Alaska
1 0 $89
80 kg CO2e
-11% emissions
6:30 AM — 7:56 AM
LAX SFO
Nonstop · 1 hr 26 min · Delta
1 0 $89
74 kg CO2e
-18% emissions
1:45 PM — 3:11 PM
LAX SFO
Nonstop · 1 hr 26 min · Delta
1 0 $89
74 kg CO2e
-18% emissions
7:55 PM — 9:21 PM
LAX SFO
Nonstop · 1 hr 26 min · Alaska
1 0 $105
80 kg CO2e
-11% emissions
11:00 AM — 12:27 PM
LAX SFO
Nonstop · 1 hr 27 min · Alaska
1 0 $89
80 kg CO2e
-11% emissions
3:30 PM — 4:58 PM
LAX SFO
Nonstop · 1 hr 28 min · Alaska
1 0 $89
80 kg CO2e
-11% emissions
1:15 PM — 2:43 PM
LAX SFO
Nonstop · 1 hr 28 min · United
0 0 $89
66 kg CO2e
-27% emissions
3:30 PM — 4:58 PM
LAX SFO
Nonstop · 1 hr 28 min · United
0 0 $89
70 kg CO2e
-22% emissions
5:00 PM — 6:28 PM
LAX SFO
Nonstop · 1 hr 28 min · United
0 0 $89
70 kg CO2e

https://www.google.com/travel/flights/search?tfs=CBwQAhopEgoyMDI2LTA5LTA2ag0IAxIJL20vMGQ3azF6cgwIAhIIL20vMGQ2bHBAAUgBcAGCAQsI... 2/5














12/1/25, 1:01 PM Case 7:25-cv-00376-DC-DTG Document 25-67 Filed 12/05/25 Page 10 of 11
San Francisco to Irvine | Google Flights

Google
Skip to main content
Accessibility feedback
R
Nonstop · 1 hr 40 min · United
72 kg CO2e
-25% emissions -25% emissions
4:10 PM 5:50 PM
SFO LAX
0 0 $89
Nonstop · 1 hr 40 min · United
69 kg CO2e
-28% emissions -28% emissions
9:40 AM 11:20 AM
SFO SNA
1 0 $114
Nonstop · 1 hr 40 min · Alaska · American · Operated by SkyWes...
108 kg CO2e
+13% emissions +13% emissions
11:00 AM 12:40 PM
SFO SNA
1 0 $114
Nonstop · 1 hr 40 min · Alaska · American · Operated by SkyWes...
108 kg CO2e
+13% emissions +13% emissions
1:11 PM 2:51 PM
SFO SNA
1 0 $114
Nonstop · 1 hr 40 min · Alaska · American · Operated by SkyWes...
108 kg CO2e
+13% emissions +13% emissions
3:42 PM 5:22 PM
SFO SNA
1 0 $114
Nonstop · 1 hr 40 min · Alaska · American · Operated by SkyWes...
108 kg CO2e
+13% emissions +13% emissions
5:36 PM 7:16 PM
SFO SNA
1 0 $138
Nonstop · 1 hr 40 min · Alaska · American · Operated by SkyWes...
108 kg CO2e
+13% emissions +13% emissions
12:00 PM 1:41 PM
SFO LAX
0 0 $89
Nonstop · 1 hr 41 min · United
72 kg CO2e
-25% emissions -25% emissions
2:00 PM 3:41 PM
SFO LAX
0 0 $89
Nonstop · 1 hr 41 min · United
72 kg CO2e
-25% emissions -25% emissions
8:40 AM 10:22 AM
SFO SNA
1 0 $114
Nonstop · 1 hr 42 min · Alaska · American · Operated by SkyWes...
108 kg CO2e
+13% emissions +13% emissions
9:00 PM 10:43 PM
SFO LAX
0 0 $89
Nonstop · 1 hr 43 min · United
58 kg CO2e

https://www.google.com/travel/flights/search?tfs=CBwQAhopEgoyMDI2LTA5LTA2agwIAhIIL20vMGQ2bHByDQgDEgkvbS8wZDdrMXpAAUgBcAGCAQ... 4/5

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more