# EXHIBIT 100









