# EXHIBIT 101

















 

1 stop in DFW · 5 hr 23 min · American · Operated by Envoy Air as American Eagle

**12:14 PM → 3:42 PM** MAF — SNA   1 / 0 / $213
1 stop in DFW · 5 hr 28 min · American · Operated by Envoy Air as American Eagle

**6:22 PM → 9:50 PM** MAF — SNA   1 / 0 / $213
1 stop in DFW · 5 hr 28 min · American · Operated by SkyWest Airlines as American Eagle

**8:20 PM → 11:48 PM** MAF — LAX   1 / 0 / $213
1 stop in DFW · 5 hr 28 min · American · Operated by Envoy Air as American Eagle

**10:12 AM → 1:46 PM** MAF — SNA   1 / 0 / $213
1 stop in DFW · 5 hr 34 min · American · Operated by Envoy Air as American Eagle

**4:09 PM → 7:51 PM** MAF — LAX   1 / 0 / $213
1 stop in DFW · 5 hr 42 min · American · Operated by SkyWest Airlines as American Eagle

**7:41 AM → 11:38 AM** MAF — SNA   1 / 0 / $213
1 stop in DFW · 5 hr 57 min · American · Operated by SkyWest Airlines as American Eagle

**9:00 AM → 1:00 PM** MAF — LAX   0 / 0 / $194
1 stop in DEN · 6 hr · United · Operated by SkyWest DBA United Express

**7:02 AM → 11:17 AM** MAF — SNA   0 / 0 / $194
1 stop in IAH · 6 hr 15 min · United

**9:47 AM → 2:02 PM** MAF — SNA   0 / 0 / $194
1 stop in IAH · 6 hr 15 min · United · Operated by Mesa Airlines DBA United Express

**4:55 PM → 9:14 PM** MAF — LAX   0 / 0 / $194
1 stop in DEN · 6 hr 19 min · United · Operated by SkyWest DBA United Express

