# EXHIBIT 102







≡   Google          Skip to main content      Accessibility feedback          ☾   ⠿   R

12:10 PM ⟶ 4:23 PM                                        1 🧳 0 🧳 $277
RNO          SFO
1 stop · 4 hr 13 min · Alaska · Operated by Horizon Air as Alas...   215 kg CO2e
                                          +126% emissions  +126% emissions  ⓘ

8:05 AM ⟶ 12:25 PM                                       1 🧳 0 🧳 $257
RNO          SFO
1 stop · 4 hr 20 min · Alaska · Operated by Horizon Air as Alas...   215 kg CO2e
                                          +126% emissions  +126% emissions  ⓘ

6:30 AM ⟶ 10:50 AM                                       1 🧳 0 🧳 $301
RNO          SFO
1 stop · 4 hr 20 min · United · Operated by SkyWest DBA United E...  179 kg CO2e
                                          +88% emissions   +88% emissions   ⓘ

10:40 AM ⟶ 3:13 PM                                       1 🧳 0 🧳 $236
RNO          SFO
1 stop · 4 hr 33 min · Alaska · Operated by SkyWest Airlines as...  232 kg CO2e
                                          +144% emissions  +144% emissions  ⓘ

3:14 PM ⟶ 7:49 PM                                        1 🧳 0 🧳 $257
RNO          SFO
1 stop · 4 hr 35 min · Alaska · Operated by Horizon Air as Alas...  215 kg CO2e
                                          +126% emissions  +126% emissions  ⓘ

7:00 AM ⟶ 11:59 AM                                       1 🧳 0 🧳 $582
RNO          SFO
1 stop · 4 hr 59 min · Delta · Operated by SkyWest DBA Delta Co...  167 kg CO2e
                                          +76% emissions   +76% emissions   ⓘ

6:40 PM ⟶ 11:59 PM                                       1 🧳 0 🧳 $276
RNO          SFO
1 stop · 5 hr 19 min · Alaska                                       232 kg CO2e
                                          +144% emissions  +144% emissions  ⓘ

2:32 PM ⟶ 8:17 PM                                        1 🧳 0 🧳 $251
RNO          SFO
1 stop · 5 hr 45 min · Alaska                                       232 kg CO2e
                                          +144% emissions  +144% emissions  ⓘ

12:53 PM ⟶ 6:39 PM                                       1 🧳 0 🧳 $458
RNO          SFO
1 stop · 5 hr 46 min · American                                     220 kg CO2e
                                          +132% emissions  +132% emissions  ⓘ

5:35 AM ⟶ 11:25 AM                                       1 🧳 0 🧳 $512
RNO          SFO
1 stop · 5 hr 50 min · United                                       267 kg CO2e
                                          +181% emissions  +181% emissions  ⓘ

12:00 PM ⟶ 5:50 PM                                       1 🧳 0 🧳 $582
RNO          SFO



Reno to San Francisco | Google Flights

Skip to main content    Accessibility feedback

3:40 PM ⟶ 11:39 PM    1 🧳 0 🧳 $277
RNO         SFO
1 stop · 5 hr 59 min · Alaska · Operated by SkyWest Airlines as... | 246 kg CO2e
+159% emissions | +159% emissions ⓘ

2:20 PM ⟶ 8:19 PM    1 🧳 0 🧳 $582
RNO         SFO
1 stop · 5 hr 59 min · Delta · Operated by SkyWest DBA Delta Co... | 161 kg CO2e
+69% emissions | +69% emissions ⓘ

6:30 AM ⟶ 12:30 PM    1 🧳 0 🧳 $405
RNO         SFO
1 stop · 6 hr · United · Operated by SkyWest DBA United Express | 179 kg CO2e
+88% emissions | +88% emissions ⓘ

6:33 AM ⟶ 12:43 PM    1 🧳 0 🧳 $216
RNO         SFO
1 stop · 6 hr 10 min · Alaska · Operated by SkyWest Airlines as... | 232 kg CO2e
+144% emissions | +144% emissions ⓘ

3:14 PM ⟶ 9:27 PM    1 🧳 0 🧳 $307
RNO         SFO
2 stops · 6 hr 13 min · Alaska · Operated by Horizon Air as Ala... | 306 kg CO2e
+222% emissions | +222% emissions ⓘ

4:23 PM ⟶ 10:39 PM    1 🧳 0 🧳 $458
RNO         SFO
1 stop · 6 hr 16 min · American | 203 kg CO2e
+114% emissions | +114% emissions ⓘ

8:58 AM ⟶ 3:17 PM    1 🧳 0 🧳 $552
RNO         SFO
1 stop · 6 hr 19 min · United | 244 kg CO2e
+157% emissions | +157% emissions ⓘ

10:00 AM ⟶ 4:23 PM    1 🧳 0 🧳 $701
RNO         SFO
1 stop · 6 hr 23 min · Delta · Operated by SkyWest DBA Delta C... | 210 kg CO2e
+121% emissions | +121% emissions ⓘ

9:25 AM ⟶ 3:49 PM    1 🧳 0 🧳 $291
RNO         SFO
1 stop · 6 hr 24 min · Alaska · Operated by Horizon Air as Alas... | 266 kg CO2e
+180% emissions | +180% emissions ⓘ

5:25 PM ⟶ 11:52 PM    1 🧳 0 🧳 $701
RNO         SFO
1 stop · 6 hr 27 min · Delta · Operated by SkyWest DBA Delta C... | 204 kg CO2e
+115% emissions | +115% emissions ⓘ

12:10 PM ⟶ 6:54 PM    1 🧳 0 🧳 $287
RNO         SFO



| | 7:00 AM → 1:48 PM | | | 1 🧳 0 🧳 $270 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 1 stop · 6 hr 48 min · Alaska | | 255 kg CO2e | |
| | | +168% emissions | +168% emissions ⓘ | |

| | 2:32 PM → 9:20 PM | | | 1 🧳 0 🧳 $297 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 2 stops · 6 hr 48 min · Alaska · Operated by SkyWest Airlines a... | | 311 kg CO2e | |
| | | +227% emissions | +227% emissions ⓘ | |

| | 7:00 AM → 1:50 PM | | | 1 🔒 0 🧳 $297 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 2 stops · 6 hr 50 min · Alaska · Operated by SkyWest Airlines a... | | 381 kg CO2e | |
| | | +301% emissions | +301% emissions ⓘ | |

| | 2:32 PM → 9:27 PM | | | 1 🧳 0 🧳 $251 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 1 stop · 6 hr 55 min · Alaska | | 232 kg CO2e | |
| | | +144% emissions | +144% emissions ⓘ | |

| | 6:00 AM → 1:06 PM | | | 1 🧳 2 🧳 $458 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 1 stop · 7 hr 6 min · American | | 238 kg CO2e | |
| | | +151% emissions | +151% emissions ⓘ | |

| | 12:53 PM → 8:01 PM | | | 1 🧳 0 🧳 $458 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 1 stop · 7 hr 8 min · American | | 208 kg CO2e | |
| | | +119% emissions | +119% emissions ⓘ | |

| | 9:25 AM → 4:58 PM | | | 1 🧳 0 🧳 $282 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 2 stops · 7 hr 33 min · Alaska · Operated by Horizon Air as Ala... | | 374 kg CO2e | |
| | | +294% emissions | +294% emissions ⓘ | |

| | 12:10 PM → 7:49 PM | | | 1 🧳 0 🧳 $262 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 1 stop · 7 hr 39 min · Alaska · Operated by Horizon Air as Alas... | | 215 kg CO2e | |
| | | +126% emissions | +126% emissions ⓘ | |

| | 8:05 AM → 3:49 PM | | | 1 🧳 0 🧳 $282 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 2 stops · 7 hr 44 min · Alaska · Operated by Horizon Air as Ala... | | 306 kg CO2e | |
| | | +222% emissions | +222% emissions ⓘ | |

| | 8:05 AM → 3:49 PM | | | 1 🧳 0 🧳 $282 |
|---|---|---|---|---|
| | RNO    SFO | | | |
| | 2 stops · 7 hr 44 min · Alaska · Operated by Horizon Air as Ala... | | 306 kg CO2e | |
| | | +222% emissions | +222% emissions ⓘ | |

| | 10:40 AM → 6:29 PM | | | 1 🧳 0 🧳 $222 |
|---|---|---|---|---|
| | RNO    SFO | | | |



| | | | |
|---|---|---|---|
| 7:00 AM ⟶ 2:55 PM<br>RNO          SFO<br>2 stops · 7 hr 55 min · Alaska | 363 kg CO2e<br>+282% emissions  +282% emissions ⓘ | 1 🧳 0 🧳 | $207 ⌄ |
| 2:32 PM ⟶ 10:41 PM<br>RNO          SFO<br>1 stop · 8 hr 9 min · Alaska | 232 kg CO2e<br>+144% emissions  +144% emissions ⓘ | 1 🧳 0 🧳 | $306 ⌄ |
| 6:30 AM ⟶ 2:43 PM<br>RNO          SFO<br>1 stop · 8 hr 13 min · United · Operated by SkyWest DBA United E… | 176 kg CO2e<br>+85% emissions  +85% emissions ⓘ | 1 🧳 0 🧳 | $382 ⌄ |
| 8:05 AM ⟶ 4:23 PM<br>RNO          SFO<br>1 stop · 8 hr 18 min · Alaska · Operated by Horizon Air as Alas… | 215 kg CO2e<br>+126% emissions  +126% emissions ⓘ | 1 🧳 0 🧳 | $302 ⌄ |
| 3:14 PM ⟶ 11:39 PM<br>RNO          SFO<br>1 stop · 8 hr 25 min · Alaska · Operated by Horizon Air as Alas… | 246 kg CO2e<br>+159% emissions  +159% emissions ⓘ | 1 🧳 0 🧳 | $283 ⌄ |
| 9:25 AM ⟶ 5:56 PM<br>RNO          SFO<br>1 stop · 8 hr 31 min · Alaska · Operated by Horizon Air as Alas… | 266 kg CO2e<br>+180% emissions  +180% emissions ⓘ | 1 🧳 0 🧳 | $297 ⌄ |
| 6:30 AM ⟶ 3:02 PM<br>RNO          SFO<br>1 stop ⚠ · 8 hr 32 min · United · Operated by SkyWest DBA Unit… | 173 kg CO2e<br>+82% emissions  +82% emissions ⓘ | 1 🧳 0 🧳 | $423 ⌄ |
| 6:33 AM ⟶ 3:13 PM<br>RNO          SFO<br>1 stop · 8 hr 40 min · Alaska · Operated by SkyWest Airlines as… | 232 kg CO2e<br>+144% emissions  +144% emissions ⓘ | 1 🧳 0 🧳 | $242 ⌄ |
| 9:51 AM ⟶ 6:39 PM<br>RNO          SFO<br>1 stop · 8 hr 48 min · American | 240 kg CO2e<br>+153% emissions  +153% emissions ⓘ | 1 🧳 0 🧳 | $293 ⌄ |
| 7:00 AM ⟶ 3:49 PM<br>RNO          SFO<br>1 stop · 8 hr 49 min · Alaska | 255 kg CO2e<br>+168% emissions  +168% emissions ⓘ | 1 🧳 0 🧳 | $282 ⌄ |
| 8:05 AM ⟶ 4:58 PM<br>RNO          SFO | | 1 🧳 0 🧳 | $287 ⌄ |



≡  Google                                                        ☾  ⠿  R

**Skip to main content**    **Accessibility feedback**

10:40 AM ⟶ 7:40 PM                               1🧳 0🧳  $222
RNO            SFO
1 stop · 9 hr · Alaska · Operated by SkyWest Airlines as Alaska...    232 kg CO2e
                                               +144% emissions  +144% emissions  ⓘ                    ⌄

2:32 PM ⟶ 11:39 PM                               1🧳 0🧳  $272
RNO            SFO
2 stops · 9 hr 7 min · Alaska · Operated by SkyWest Airlines as...    382 kg CO2e
                                               +302% emissions  +302% emissions  ⓘ                    ⌄

2:32 PM ⟶ 11:39 PM                               1🧳 0🧳  $283
RNO            SFO
2 stops · 9 hr 7 min · Alaska · Operated by Horizon Air as Alas...    315 kg CO2e
                                               +232% emissions  +232% emissions  ⓘ                    ⌄

2:32 PM ⟶ 11:39 PM                               1🧳 0🧳  $283
RNO            SFO
2 stops · 9 hr 7 min · Alaska · Operated by SkyWest Airlines as...    315 kg CO2e
                                               +232% emissions  +232% emissions  ⓘ                    ⌄

2:32 PM ⟶ 11:39 PM                               1🧳 0🧳  $283
RNO            SFO
2 stops · 9 hr 7 min · Alaska · Operated by Horizon Air as Alas...    315 kg CO2e
                                               +232% emissions  +232% emissions  ⓘ                    ⌄

2:32 PM ⟶ 11:59 PM                               1🧳 0🧳  $282
RNO            SFO
1 stop · 9 hr 27 min · Alaska                                      232 kg CO2e
                                               +144% emissions  +144% emissions  ⓘ                    ⌄

9:25 AM ⟶ 6:54 PM                               1🧳 0🧳  $282
RNO            SFO
2 stops · 9 hr 29 min · Alaska · Operated by Horizon Air as Ala...    374 kg CO2e
                                               +294% emissions  +294% emissions  ⓘ                    ⌄

9:25 AM ⟶ 6:54 PM                               1🧳 0🧳  $282
RNO            SFO
2 stops · 9 hr 29 min · Alaska · Operated by Horizon Air as Ala...    374 kg CO2e
                                               +294% emissions  +294% emissions  ⓘ                    ⌄

9:25 AM ⟶ 6:56 PM                               1🧳 0🧳  $297
RNO            SFO
1 stop · 9 hr 31 min · Alaska · Operated by Horizon Air as Ala...    266 kg CO2e
                                               +180% emissions  +180% emissions  ⓘ                    ⌄

2:33 PM ⟶ 12:08 AM⁺¹                             1🧳 0🧳  $866
RNO            SFO
1 stop · 9 hr 35 min · American                                    384 kg CO2e
                                               +304% emissions  +304% emissions  ⓘ                    ⌄

5:35 AM ⟶ 3:17 PM                               0🧳 0🧳  $417
RNO            SFO                                                                                    ⌄





≡  Google                                                    🌙  ⋮⋮⋮  R

**Skip to main content**        **Accessibility feedback**

| | | | |
|---|---|---|---|
| 11:00 AM ⟶ 9:31 PM<br>RNO      SFO<br>1 stop · 10 hr 31 min · United | | 0 🧳 0 🧳   $417 | ⌄ |
| | 286 kg CO2e<br>+201% emissions   +201% emissions   ⓘ | | |
| 8:58 AM ⟶ 7:45 PM<br>RNO      SFO<br>1 stop · 10 hr 47 min · United | | 0 🧳 0 🧳   $417 | ⌄ |
| | 244 kg CO2e<br>+157% emissions   +157% emissions   ⓘ | | |
| 8:05 AM ⟶ 6:54 PM<br>RNO      SFO<br>2 stops · 10 hr 49 min · Alaska · Operated by Horizon Air as Al… | | 1 🧳 0 🧳   $287 | ⌄ |
| | 328 kg CO2e<br>+245% emissions   +245% emissions   ⓘ | | |
| 8:05 AM ⟶ 6:54 PM<br>RNO      SFO<br>2 stops · 10 hr 49 min · Alaska · Operated by Horizon Air as Al… | | 1 🧳 0 🧳   $292 | ⌄ |
| | 328 kg CO2e<br>+245% emissions   +245% emissions   ⓘ | | |
| 8:05 AM ⟶ 6:56 PM<br>RNO      SFO<br>2 stops · 10 hr 51 min · Alaska · Operated by Horizon Air as Al… | | 1 🧳 0 🧳   $282 | ⌄ |
| | 306 kg CO2e<br>+222% emissions   +222% emissions   ⓘ | | |
| 8:05 AM ⟶ 6:56 PM<br>RNO      SFO<br>2 stops · 10 hr 51 min · Alaska · Operated by Horizon Air as Al… | | 1 🧳 0 🧳   $287 | ⌄ |
| | 306 kg CO2e<br>+222% emissions   +222% emissions   ⓘ | | |
| 9:25 AM ⟶ 8:17 PM<br>RNO      SFO<br>1 stop · 10 hr 52 min · Alaska · Operated by Horizon Air as Ala… | | 1 🧳 0 🧳   $272 | ⌄ |
| | 266 kg CO2e<br>+180% emissions   +180% emissions   ⓘ | | |
| 7:00 AM ⟶ 5:56 PM<br>RNO      SFO<br>1 stop · 10 hr 56 min · Alaska | | 1 🧳 0 🧳   $282 | ⌄ |
| | 255 kg CO2e<br>+168% emissions   +168% emissions   ⓘ | | |
| 9:51 AM ⟶ 8:51 PM<br>RNO      SFO<br>2 stops · 11 hr · American | | 1 🧳 0 🧳   $292 | ⌄ |
| | 260 kg CO2e<br>+174% emissions   +174% emissions   ⓘ | | |
| 12:53 PM ⟶ 12:08 AM[+1]<br>RNO      SFO<br>2 stops · 11 hr 15 min · American | | 1 🧳 0 🧳   $811 | ⌄ |
| | 455 kg CO2e<br>+379% emissions   +379% emissions   ⓘ | | |
| 12:53 PM ⟶ 12:08 AM[+1]<br>RNO      SFO | | 1 🧳 0 🧳   $811 | ⌄ |



≡  Google     Skip to main content    Accessibility feedback    ☾  ⠿  R

12:55 PM ⟶ 12:08 AM⁺¹       1 🧳 0 🧳 $811
RNO           SFO
2 stops · 11 hr 15 min · American
442 kg CO2e
[+365% emissions] [+365% emissions] ⓘ

7:10 AM ⟶ 6:26 PM          0 🧳 0 🧳 $652
RNO           SFO
1 stop · 11 hr 16 min · United
512 kg CO2e
[+439% emissions] [+439% emissions] ⓘ

8:00 PM ⟶ 7:17 AM⁺¹        1 🧳 0 🧳 $484
RNO           SFO
2 stops ⚠ · 11 hr 17 min · United · Operated by SkyWest DBA …
239 kg CO2e
[+152% emissions] [+152% emissions] ⓘ

6:33 AM ⟶ 5:56 PM          1 🧳 0 🧳 $282
RNO           SFO
2 stops · 11 hr 23 min · Alaska · Operated by SkyWest Airlines …
408 kg CO2e
[+329% emissions] [+329% emissions] ⓘ

6:33 AM ⟶ 5:56 PM          1 🧳 0 🧳 $282
RNO           SFO
2 stops · 11 hr 23 min · Alaska · Operated by SkyWest Airlines …
408 kg CO2e
[+329% emissions] [+329% emissions] ⓘ

12:10 PM ⟶ 11:39 PM        1 🧳 0 🧳 $283
RNO           SFO
1 stop · 11 hr 29 min · Alaska · Operated by Horizon Air as Ala…
246 kg CO2e
[+159% emissions] [+159% emissions] ⓘ

8:00 PM ⟶ 7:29 AM⁺¹        1 🧳 0 🧳 $537
RNO           SFO
1 stop ⚠ · 11 hr 29 min · United · Operated by SkyWest DBA Uni…
173 kg CO2e
[+82% emissions] [+82% emissions] ⓘ

8:00 PM ⟶ 7:32 AM⁺¹        1 🧳 0 🧳 $714
RNO           SFO
2 stops ⚠ · 11 hr 32 min · United · Operated by SkyWest DBA…
249 kg CO2e
[+162% emissions] [+162% emissions] ⓘ

8:00 PM ⟶ 7:35 AM⁺¹        1 🧳 0 🧳 $533
RNO           SFO
1 stop ⚠ · 11 hr 35 min · United · Operated by SkyWest DBA Uni…
179 kg CO2e
[+88% emissions] [+88% emissions] ⓘ

8:05 AM ⟶ 7:49 PM          1 🧳 0 🧳 $262
RNO           SFO
1 stop · 11 hr 44 min · Alaska · Operated by Horizon Air as Ala…
215 kg CO2e
[+126% emissions] [+126% emissions] ⓘ

7:00 AM ⟶ 6:54 PM          1 🧳 0 🧳 $267
RNO           SFO



≡    Google          Skip to main content    Accessibility feedback          ☾   ⠿   R

7:00 AM ⟶ 6:54 PM                                        1 🧳 0 💺   $272    ⌄
RNO          SFO
2 stops · 11 hr 54 min · Alaska       363 kg CO2e
                                      [+282% emissions] [+282% emissions] ⓘ

7:10 AM ⟶ 7:05 PM                                        0 🧳 0 💺   $652    ⌄
RNO          SFO
1 stop · 11 hr 55 min · United        542 kg CO2e
                                      [+471% emissions] [+471% emissions] ⓘ

6:33 AM ⟶ 6:29 PM                                        1 🧳 0 💺   $222    ⌄
RNO          SFO
1 stop · 11 hr 56 min · Alaska · Operated by SkyWest Airlines a...   232 kg CO2e
                                      [+144% emissions] [+144% emissions] ⓘ

7:00 AM ⟶ 6:56 PM                                        1 🧳 0 💺   $282    ⌄
RNO          SFO
1 stop · 11 hr 56 min · Alaska        255 kg CO2e
                                      [+168% emissions] [+168% emissions] ⓘ

6:30 AM ⟶ 6:28 PM                                        1 🧳 0 💺   $382    ⌄
RNO          SFO
1 stop · 11 hr 58 min · United · Operated by SkyWest DBA United ...   179 kg CO2e
                                      [+88% emissions] [+88% emissions] ⓘ

8:00 PM ⟶ 7:58 AM⁺¹                                      1 🧳 0 💺   $646    ⌄
RNO          SFO
2 stops ⚠ · 11 hr 58 min · United · Operated by SkyWest DBA...   273 kg CO2e
                                      [+187% emissions] [+187% emissions] ⓘ

9:25 AM ⟶ 9:27 PM                                        1 🧳 0 💺   $272    ⌄
RNO          SFO
1 stop · 12 hr 2 min · Alaska · Operated by Horizon Air as Alas...   266 kg CO2e
                                      [+180% emissions] [+180% emissions] ⓘ

8:05 AM ⟶ 8:17 PM                                        1 🧳 0 💺   $262    ⌄
RNO          SFO
2 stops · 12 hr 12 min · Alaska · Operated by Horizon Air as Al...   306 kg CO2e
                                      [+222% emissions] [+222% emissions] ⓘ

8:05 AM ⟶ 8:17 PM                                        1 🧳 0 💺   $262    ⌄
RNO          SFO
2 stops · 12 hr 12 min · Alaska · Operated by Horizon Air as Al...   306 kg CO2e
                                      [+222% emissions] [+222% emissions] ⓘ

6:30 PM ⟶ 7:05 AM⁺¹                                      1 🧳 0 💺   $549    ⌄
RNO          SFO
1 stop ⚠ · 12 hr 35 min · United     265 kg CO2e
                                      [+179% emissions] [+179% emissions] ⓘ

6:00 AM ⟶ 6:39 PM                                        1 🧳 0 💺   $293    ⌄
RNO          SFO

☰   Google                                          Skip to main content      Accessibility feedback                    🌙   ⠿   R



| | | | | |
|---|---|---|---|---|
| | 8:58 AM ⟶ 9:41 PM<br>RNO        SFO<br>2 stops · 12 hr 43 min · United | 337 kg CO2e<br>+255% emissions  +255% emissions ⓘ | 0 🧳 0 🧳 $257 | ⌄ |
| ✈ | 9:51 AM ⟶ 10:39 PM<br>RNO        SFO<br>1 stop · 12 hr 48 min · American | 237 kg CO2e<br>+149% emissions  +149% emissions ⓘ | 1 🧳 0 🧳 $293 | ⌄ |
| | 8:58 AM ⟶ 9:46 PM<br>RNO        SFO<br>2 stops · 12 hr 48 min · United · Operated by SkyWest DBA Uni... | 365 kg CO2e<br>+284% emissions  +284% emissions ⓘ | 0 🧳 1 🧳 $341 | ⌄ |
| | 7:00 AM ⟶ 7:49 PM<br>RNO        SFO<br>2 stops · 12 hr 49 min · Alaska | 294 kg CO2e<br>+209% emissions  +209% emissions ⓘ | 1 🧳 0 🧳 $267 | ⌄ |
| | 7:00 AM ⟶ 7:49 PM<br>RNO        SFO<br>2 stops · 12 hr 49 min · Alaska · Operated by Horizon Air as Al... | 308 kg CO2e<br>+224% emissions  +224% emissions ⓘ | 1 🧳 0 🧳 $267 | ⌄ |
| | 7:00 AM ⟶ 7:49 PM<br>RNO        SFO<br>2 stops · 12 hr 49 min · Alaska · Operated by Horizon Air as Al... | 308 kg CO2e<br>+224% emissions  +224% emissions ⓘ | 1 🧳 0 🧳 $267 | ⌄ |
| | 7:10 AM ⟶ 8:00 PM<br>RNO        SFO<br>1 stop · 12 hr 50 min · United | 512 kg CO2e<br>+439% emissions  +439% emissions ⓘ | 0 🧳 0 🧳 $493 | ⌄ |
| | 8:00 PM ⟶ 8:58 AM+1<br>RNO        SFO<br>2 stops ⚠ · 12 hr 58 min · United · Operated by SkyWest DBA... | 273 kg CO2e<br>+187% emissions  +187% emissions ⓘ | 1 🧳 0 🧳 $646 | ⌄ |
| | 10:40 AM ⟶ 11:39 PM<br>RNO        SFO<br>1 stop · 12 hr 59 min · Alaska · Operated by SkyWest Airlines a... | 232 kg CO2e<br>+144% emissions  +144% emissions ⓘ | 1 🧳 0 🧳 $192 | ⌄ |
| | 7:55 PM ⟶ 8:55 AM+1<br>RNO        SFO<br>2 stops ⚠ · 13 hr · Alaska · Operated by SkyWest Airlines as ... | 304 kg CO2e<br>+220% emissions  +220% emissions ⓘ | 1 🧳 0 🧳 $342 | ⌄ |
| | 8:00 PM ⟶ 9:03 AM+1<br>RNO        SFO | | 1 🧳 0 🧳 $539 | ⌄ |

☰  **Google**    Skip to main content    Accessibility feedback    ☾  ⠿  Ⓡ

| | | | | | |
|---|---|---|---|---|---|
|  | **8:00 PM ⟶ 9:06 AM** RNO → SFO | 1 stop · 13 hr 6 min · United · Operated by SkyWest DBA Unit... | 176 kg CO2e [+85% emissions] [+85% emissions] ⓘ | 1 🧳 0 🧳 **$493** | ⌄ |
| | **6:33 AM ⟶ 7:40 PM** RNO → SFO | 1 stop · 13 hr 7 min · Alaska · Operated by SkyWest Airlines as... | 232 kg CO2e [+144% emissions] [+144% emissions] ⓘ | 1 🧳 0 🧳 **$222** | ⌄ |
| | **9:51 AM ⟶ 11:06 PM** RNO → SFO | 2 stops · 13 hr 15 min · American · Operated by SkyWest Airlin... | 283 kg CO2e [+198% emissions] [+198% emissions] ⓘ | 1 🧳 0 🧳 **$292** | ⌄ |
| | **9:25 AM ⟶ 10:41 PM** RNO → SFO | 1 stop · 13 hr 16 min · Alaska · Operated by Horizon Air as Ala... | 266 kg CO2e [+180% emissions] [+180% emissions] ⓘ | 1 🧳 0 🧳 **$327** | ⌄ |
| | **7:00 AM ⟶ 8:17 PM** RNO → SFO | 1 stop · 13 hr 17 min · Alaska | 255 kg CO2e [+168% emissions] [+168% emissions] ⓘ | 1 🧳 0 🧳 **$257** | ⌄ |
| | **7:55 PM ⟶ 9:13 AM⁺¹** RNO → SFO | 1 stop · 13 hr 18 min · Alaska · Operated by SkyWest Airlin... | 266 kg CO2e [+180% emissions] [+180% emissions] ⓘ | 1 🧳 0 🧳 **$312** | ⌄ |
| | **8:05 AM ⟶ 9:27 PM** RNO → SFO | 2 stops · 13 hr 22 min · Alaska · Operated by Horizon Air as Al... | 306 kg CO2e [+222% emissions] [+222% emissions] ⓘ | 1 🧳 0 🧳 **$262** | ⌄ |
| | **8:05 AM ⟶ 9:27 PM** RNO → SFO | 2 stops · 13 hr 22 min · Alaska · Operated by Horizon Air as Al... | 306 kg CO2e [+222% emissions] [+222% emissions] ⓘ | 1 🧳 0 🧳 **$262** | ⌄ |
| | **10:33 AM ⟶ 12:08 AM⁺¹** RNO → SFO | 1 stop · 13 hr 35 min · American | 384 kg CO2e [+304% emissions] [+304% emissions] ⓘ | 1 🧳 0 🧳 **$749** | ⌄ |
| | **6:30 AM ⟶ 8:22 PM** RNO → SFO | 1 stop · 13 hr 52 min · United · Operated by SkyWest DBA Uni... | 177 kg CO2e [+86% emissions] [+86% emissions] ⓘ | 1 🧳 0 🧳 **$423** | ⌄ |
| | **6:00 AM ⟶ 8:01 PM** RNO → SFO | | | 1 🧳 0 🧳 **$293** | |



☰   **Google**     Skip to main content     Accessibility feedback     ☾ ⠿ Ⓡ

| | | |
|---|---|---|
| 7:10 AM ⟶ 10:57 PM | 0 🧳 0 🧳 $528 | |
| RNO     SFO | | |
| 1 stop · 15 hr 47 min · United | 473 kg CO2e | ⌄ |
| | +398% emissions   +398% emissions ⓘ | |

| | | |
|---|---|---|
| 8:00 PM ⟶ 12:30 PM+1 | 1 🧳 0 🧳 $577 | |
| RNO     SFO | | |
| 1 stop ⚠ · 16 hr 30 min · United · Operated by SkyWest DBA Uni… | 179 kg CO2e | ⌄ |
| | +88% emissions   +88% emissions ⓘ | |

| | | |
|---|---|---|
| 7:00 AM ⟶ 11:59 PM | 1 🧳 0 🧳 $282 | |
| RNO     SFO | | |
| 1 stop · 16 hr 59 min · Alaska | 255 kg CO2e | ⌄ |
| | +168% emissions   +168% emissions ⓘ | |

| | | |
|---|---|---|
| 6:33 AM ⟶ 11:39 PM | 1 🧳 0 🧳 $192 | |
| RNO     SFO | | |
| 1 stop · 17 hr 6 min · Alaska · Operated by SkyWest Airlines as… | 232 kg CO2e | ⌄ |
| | +144% emissions   +144% emissions ⓘ | |

| | | |
|---|---|---|
| 7:29 PM ⟶ 1:06 PM+1 | 1 🧳 0 🧳 $402 | |
| RNO     SFO | | |
| 1 stop ⚠ · 17 hr 37 min · American · Operated by Envoy Air a… | 246 kg CO2e | ⌄ |
| | +159% emissions   +159% emissions ⓘ | |

| | | |
|---|---|---|
| 1:28 PM ⟶ 7:05 AM+1 | 1 🧳 0 🧳 $644 | |
| RNO     SFO | | |
| 1 stop ⚠ · 17 hr 37 min · United | 245 kg CO2e | ⌄ |
| | +158% emissions   +158% emissions ⓘ | |

| | | |
|---|---|---|
| 3:14 PM ⟶ 8:55 AM+1 | 1 🧳 0 🧳 $337 | |
| RNO     SFO | | |
| 1 stop ⚠ · 17 hr 41 min · Alaska · Operated by Horizon Air as … | 215 kg CO2e | ⌄ |
| | +126% emissions   +126% emissions ⓘ | |

| | | |
|---|---|---|
| 7:55 PM ⟶ 1:48 PM+1 | 1 🧳 0 🧳 $347 | |
| RNO     SFO | | |
| 1 stop ⚠ · 17 hr 53 min · Alaska · Operated by SkyWest Airlin… | 266 kg CO2e | ⌄ |
| | +180% emissions   +180% emissions ⓘ | |

| | | |
|---|---|---|
| 6:00 AM ⟶ 12:08 AM+1 | 1 🧳 0 🧳 $512 | |
| RNO     SFO | | |
| 1 stop · 18 hr 8 min · American | 384 kg CO2e | ⌄ |
| | +304% emissions   +304% emissions ⓘ | |

| | | |
|---|---|---|
| 6:30 PM ⟶ 1:09 PM+1 | 1 🧳 0 🧳 $957 | |
| RNO     SFO | | |
| 1 stop ⚠ · 18 hr 39 min · United | 264 kg CO2e | ⌄ |
| | +178% emissions   +178% emissions ⓘ | |

| | | |
|---|---|---|
| 2:32 PM ⟶ 9:13 AM+1 | 1 🧳 0 🧳 $312 | |
| RNO     SFO | | |



☰   Google    Skip to main content    Accessibility feedback    🌙 ⊞ Ⓡ

---

**8:00 PM → 2:43 PM**
RNO      SFO      1 🧳 0 🧳   $377
1 stop ⚠ · 18 hr 43 min · United · Operated by SkyWest DBA Uni…    176 kg CO2e
     +85% emissions   +85% emissions ⓘ   ⌄

**5:40 PM → 12:25 PM+1**
RNO      SFO      1 🧳 0 🧳   $377
1 stop ⚠ · 18 hr 45 min · Alaska · Operated by SkyWest Airlin…    215 kg CO2e
     +126% emissions   +126% emissions ⓘ   ⌄

**6:40 PM → 1:48 PM+1**
RNO      SFO      1 🧳 0 🧳   $347
1 stop ⚠ · 19 hr 8 min · Alaska    232 kg CO2e
     +144% emissions   +144% emissions ⓘ   ⌄

**7:55 PM → 3:49 PM+1**
RNO      SFO      1 🧳 0 🧳   $347
1 stop ⚠ · 19 hr 54 min · Alaska · Operated by SkyWest Airlin…    266 kg CO2e
     +180% emissions   +180% emissions ⓘ   ⌄

**2:32 PM → 10:27 AM+1**
RNO      SFO      1 🧳 0 🧳   $312
1 stop ⚠ · 19 hr 55 min · Alaska    232 kg CO2e
     +144% emissions   +144% emissions ⓘ   ⌄

**11:00 AM → 7:05 AM+1**
RNO      SFO      0 🧳 0 🧳   $417
1 stop ⚠ · 20 hr 5 min · United    245 kg CO2e
     +158% emissions   +158% emissions ⓘ   ⌄

**4:23 PM → 1:06 PM+1**
RNO      SFO      1 🧳 0 🧳   $378
1 stop ⚠ · 20 hr 43 min · American    194 kg CO2e
     +104% emissions   +104% emissions ⓘ   ⌄

**12:10 PM → 8:55 AM+1**
RNO      SFO      1 🧳 0 🧳   $337
1 stop ⚠ · 20 hr 45 min · Alaska · Operated by Horizon Air as …    215 kg CO2e
     +126% emissions   +126% emissions ⓘ   ⌄

**8:00 PM → 4:58 PM+1**
RNO      SFO      1 🧳 0 🧳   $617
1 stop ⚠ · 20 hr 58 min · United · Operated by SkyWest DBA Uni…    179 kg CO2e
     +88% emissions   +88% emissions ⓘ   ⌄

**10:25 AM → 7:35 AM+1**
RNO      SFO      1 🧳 0 🧳   $1,014
1 stop ⚠ · 21 hr 10 min · United · Operated by SkyWest DBA Uni…    179 kg CO2e
     +88% emissions   +88% emissions ⓘ   ⌄

**3:14 PM → 12:25 PM+1**
RNO      SFO      1 🧳 0 🧳   $377
     ⌄

Google

Skip to main content    Accessibility feedback



10:40 AM → 8:02 AM                                    1        0       $192
RNO              SFO
1 stop ⚠ · 21 hr 22 min · Alaska · Operated by SkyWest Airlin...   232 kg CO2e
                                                    +144% emissions  +144% emissions  ⓘ

⌃   View fewer flights

🌐 Language · English (United States)    📍 Location · United States    💵 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more







≡  Google                                          ☾  ⊞  R

**Skip to main content**    **Accessibility feedback**

1 stop · 4 hr · Alaska · Operated by Horizon Air as Alaska Hori...    215 kg CO2e
+142% emissions  +142% emissions  ⓘ

1:00 PM ⟶ 5:05 PM                                              1 🧳 0 🧳  $582
SFO        RNO
1 stop · 4 hr 5 min · Delta · Operated by SkyWest DBA Delta Con...    172 kg CO2e
+93% emissions  +93% emissions  ⓘ

12:02 PM ⟶ 4:19 PM                                            1 🧳 0 🧳  $277
SFO          RNO
1 stop · 4 hr 17 min · Alaska · Operated by SkyWest Airlines as...    215 kg CO2e
+142% emissions  +142% emissions  ⓘ

2:00 PM ⟶ 6:48 PM                                              1 🧳 0 🧳  $258
SFO        RNO
1 stop · 4 hr 48 min · United · Operated by SkyWest DBA Unite...    179 kg CO2e
+101% emissions  +101% emissions  ⓘ

8:55 AM ⟶ 1:45 PM                                              1 🧳 0 🧳  $582
SFO        RNO
1 stop · 4 hr 50 min · Delta · Operated by SkyWest DBA Delta Co...    172 kg CO2e
+93% emissions  +93% emissions  ⓘ

5:55 PM ⟶ 11:00 PM                                            1 🧳 0 🧳  $216
SFO        RNO
1 stop · 5 hr 5 min · Alaska · Operated by SkyWest Airlines as ...    245 kg CO2e
+175% emissions  +175% emissions  ⓘ

6:00 AM ⟶ 11:06 AM                                            1 🧳 0 🧳  $582
SFO        RNO
1 stop · 5 hr 6 min · Delta · Operated by SkyWest DBA Delta Con...    172 kg CO2e
+93% emissions  +93% emissions  ⓘ

8:20 AM ⟶ 1:33 PM                                              1 🧳 0 🧳  $241
SFO        RNO
1 stop · 5 hr 13 min · Alaska                                        226 kg CO2e
+154% emissions  +154% emissions  ⓘ

6:00 AM ⟶ 11:31 AM                                            1 🧳 0 🧳  $701
SFO        RNO
1 stop · 5 hr 31 min · Delta                                        184 kg CO2e
+107% emissions  +107% emissions  ⓘ

4:10 PM ⟶ 9:53 PM                                              0 🧳 0 🧳  $214
SFO        RNO
1 stop · 5 hr 43 min · United · Operated by SkyWest DBA United E...    175 kg CO2e
+97% emissions  +97% emissions  ⓘ

4:15 PM ⟶ 10:13 PM                                            1 🧳 0 🧳  $582
SFO        RNO
1 stop · 5 hr 58 min · Delta · Operated by SkyWest DBA Delta Co...    172 kg CO2e



≡  Google                                                ☾  ⠿  R

**Skip to main content**        **Accessibility feedback**

| | | | |
|---|---|---|---|
| | 1 stop · 6 hr 48 min · United · Operated by SkyWest DBA Unite… | 179 kg CO2e | |
| | | +101% emissions  +101% emissions  ⓘ | |
| ✈ | 4:44 PM → 11:34 PM SFO RNO 1 stop · 6 hr 50 min · Alaska | 226 kg CO2e  +154% emissions  +154% emissions  ⓘ | 1 🧳 0 🧳 $276 ⌄ |
| ✈ | 8:40 AM → 3:33 PM SFO RNO 1 stop · 6 hr 53 min · American | 210 kg CO2e  +136% emissions  +136% emissions  ⓘ | 1 🧳 0 🧳 $458 ⌄ |
| ✈ | 12:02 PM → 6:59 PM SFO RNO 1 stop · 6 hr 57 min · Alaska · Operated by Horizon Air as Alas… | 215 kg CO2e  +142% emissions  +142% emissions  ⓘ | 1 🧳 0 🧳 $277 ⌄ |
| ✈ | 9:15 AM → 4:19 PM SFO RNO 2 stops · 7 hr 4 min · Alaska · Operated by Horizon Air as Alas… | 303 kg CO2e  +240% emissions  +240% emissions  ⓘ | 1 🧳 0 🧳 $247 ⌄ |
| ✈ | 12:02 PM → 7:17 PM SFO RNO 2 stops · 7 hr 15 min · Alaska · Operated by SkyWest Airlines a… | 313 kg CO2e  +252% emissions  +252% emissions  ⓘ | 1 🧳 0 🧳 $308 ⌄ |
| ✈ | 12:02 PM → 7:17 PM SFO RNO 2 stops · 7 hr 15 min · Alaska · Operated by Horizon Air as Ala… | 313 kg CO2e  +252% emissions  +252% emissions  ⓘ | 1 🧳 0 🧳 $308 ⌄ |
| ✈ | 6:00 AM → 1:33 PM SFO RNO 1 stop · 7 hr 33 min · Alaska | 226 kg CO2e  +154% emissions  +154% emissions  ⓘ | 1 🧳 0 🧳 $241 ⌄ |
| ✈ | 11:25 AM → 6:59 PM SFO RNO 2 stops · 7 hr 34 min · Alaska · Operated by SkyWest Airlines a… | 303 kg CO2e  +240% emissions  +240% emissions  ⓘ | 1 🧳 0 🧳 $257 ⌄ |
| ✈ | 11:25 AM → 6:59 PM SFO RNO 2 stops · 7 hr 34 min · Alaska, American · Operated by SkyWes… | 355 kg CO2e  +299% emissions  +299% emissions  ⓘ | 1 🧳 0 🧳 $4,235 ⌄ |
| ✈ | 5:00 AM → 12:36 PM SFO RNO 1 stop · 7 hr 36 min · United | 291 kg CO2e | 1 🧳 0 🧳 $512 ⌄ |



≡  **Google**                                                              ☾  ⠿  R

**Skip to main content**        **Accessibility feedback**

| | | | |
|---|---|---|---|
| | 1 stop · 7 hr 42 min · American | 207 kg CO2e | |
| | | +133% emissions  +133% emissions  ⓘ | |
| 🏔 | 11:25 AM ⟶ 7:17 PM<br>SFO          RNO<br>1 stop · 7 hr 52 min · Alaska · Operated by SkyWest Airlines as… | 257 kg CO2e<br>+189% emissions  +189% emissions  ⓘ | 1🧳 0🧴 $266  ⌄ |
| ▥ | 2:00 PM ⟶ 9:53 PM<br>SFO          RNO<br>1 stop · 7 hr 53 min · United · Operated by SkyWest DBA Unite… | 179 kg CO2e<br>+101% emissions  +101% emissions  ⓘ | 0🧳 0🧴 $177  ⌄ |
| ▥ | 12:45 PM ⟶ 8:39 PM<br>SFO          RNO<br>1 stop · 7 hr 54 min · United | 272 kg CO2e<br>+206% emissions  +206% emissions  ⓘ | 1🧳 0🧴 $552  ⌄ |
| ▥ | 10:50 AM ⟶ 6:48 PM<br>SFO          RNO<br>1 stop ⚠ · 7 hr 58 min · United · Operated by SkyWest DBA U… | 180 kg CO2e<br>+102% emissions  +102% emissions  ⓘ | 0🧳 0🧴 $248  ⌄ |
| ◣ | 5:45 AM ⟶ 1:43 PM<br>SFO          RNO<br>1 stop · 7 hr 58 min · American | 392 kg CO2e<br>+340% emissions  +340% emissions  ⓘ | 1🧳 0🧴 $866  ⌄ |
| 🏔 | 8:20 AM ⟶ 4:19 PM<br>SFO          RNO<br>2 stops · 7 hr 59 min · Alaska · Operated by SkyWest Airlines a… | 289 kg CO2e<br>+225% emissions  +225% emissions  ⓘ | 1🧳 0🧴 $247  ⌄ |
| 🏔 | 8:20 AM ⟶ 4:19 PM<br>SFO          RNO<br>2 stops · 7 hr 59 min · Alaska · Operated by Horizon Air as Ala… | 303 kg CO2e<br>+240% emissions  +240% emissions  ⓘ | 1🧳 0🧴 $247  ⌄ |
| 🏔 | 11:00 AM ⟶ 6:59 PM<br>SFO          RNO<br>2 stops · 7 hr 59 min · Alaska · Operated by Horizon Air as Ala… | 332 kg CO2e<br>+273% emissions  +273% emissions  ⓘ | 1🧳 0🧴 $287  ⌄ |
| ▥ | 2:25 PM ⟶ 10:24 PM<br>SFO          RNO<br>1 stop · 7 hr 59 min · United | 247 kg CO2e<br>+178% emissions  +178% emissions  ⓘ | 1🧳 0🧴 $512  ⌄ |
| 🏔 | 2:44 PM ⟶ 11:00 PM<br>SFO          RNO<br>1 stop · 8 hr 16 min · Alaska · Operated by SkyWest Airlines as… | 245 kg CO2e | 1🧳 0🧴 $222  ⌄ |



☰  Google                                                          🌙  ⊞  Ⓡ

**Skip to main content**    **Accessibility feedback**

1 stop · 8 hr 19 min · Alaska · Operated by SkyWest Airlines as...    215 kg CO2e
                                                    +142% emissions  +142% emissions  ⓘ

8:00 AM ⟶ 4:19 PM                                                    1 🧳 0 🧳  $287
SFO            RNO
2 stops · 8 hr 19 min · Alaska · Operated by SkyWest Airlines a...   332 kg CO2e
                                                    +273% emissions  +273% emissions  ⓘ

8:00 AM ⟶ 4:19 PM                                                    1 🧳 0 🧳  $302
SFO            RNO
2 stops · 8 hr 19 min · Alaska · Operated by SkyWest Airlines a...   384 kg CO2e
                                                    +331% emissions  +331% emissions  ⓘ

2:44 PM ⟶ 11:03 PM                                                   1 🧳 0 🧳  $4,275
SFO            RNO
2 stops · 8 hr 19 min · Alaska, American · Operated by SkyWes...     303 kg CO2e
                                                    +240% emissions  +240% emissions  ⓘ

10:25 AM ⟶ 6:48 PM                                                   0 🧳 0 🧳  $207
SFO            RNO
1 stop · 8 hr 23 min · United · Operated by SkyWest DBA United E...  175 kg CO2e
                                                    +97% emissions   +97% emissions   ⓘ

3:04 PM ⟶ 11:34 PM                                                   1 🧳 0 🧳  $302
SFO            RNO
2 stops · 8 hr 30 min · Alaska · Operated by Horizon Air as Ala...   282 kg CO2e
                                                    +217% emissions  +217% emissions  ⓘ

3:04 PM ⟶ 11:34 PM                                                   1 🧳 0 🧳  $302
SFO            RNO
2 stops · 8 hr 30 min · Alaska · Operated by SkyWest Airlines a...   282 kg CO2e
                                                    +217% emissions  +217% emissions  ⓘ

9:15 AM ⟶ 5:49 PM                                                    1 🧳 0 🧳  $247
SFO            RNO
1 stop · 8 hr 34 min · Alaska                                       226 kg CO2e
                                                    +154% emissions  +154% emissions  ⓘ

2:45 PM ⟶ 11:34 PM                                                   1 🧳 0 🧳  $282
SFO            RNO
1 stop · 8 hr 49 min · Alaska                                       226 kg CO2e
                                                    +154% emissions  +154% emissions  ⓘ

8:35 AM ⟶ 5:27 PM                                                    1 🧳 0 🧳  $512
SFO            RNO
1 stop · 8 hr 52 min · United                                       291 kg CO2e
                                                    +227% emissions  +227% emissions  ⓘ

12:45 AM ⟶ 9:43 AM                                                   1 🧳 0 🧳  $866
SFO            RNO
1 stop · 8 hr 58 min · American                                     349 kg CO2e





☰  Google                                                    🌙  ⊞  Ⓡ

**Skip to main content**        **Accessibility feedback**

| | | | |
|---|---|---|---|
| | 1 stop · 9 hr 43 min · American · Operated by SkyWest Airlines… | 238 kg CO2e | |
| | | +167% emissions  +167% emissions ⓘ | |

9:15 AM ⟶ 6:59 PM                                      1 🧳 0 🎒  $247
SFO          RNO
2 stops · 9 hr 44 min · Alaska · Operated by Horizon Air as Ala…   303 kg CO2e
                                                      +240% emissions  +240% emissions ⓘ                 ⌄

9:15 AM ⟶ 6:59 PM                                      1 🧳 0 🎒  $247
SFO          RNO
2 stops · 9 hr 44 min · Alaska · Operated by Horizon Air as Ala…   303 kg CO2e
                                                      +240% emissions  +240% emissions ⓘ                 ⌄

9:15 AM ⟶ 6:59 PM                                      1 🧳 0 🎒  $252
SFO          RNO
2 stops · 9 hr 44 min · Alaska · Operated by SkyWest Airlines a…   303 kg CO2e
                                                      +240% emissions  +240% emissions ⓘ                 ⌄

8:00 AM ⟶ 5:49 PM                                      1 🧳 0 🎒  $262
SFO          RNO
2 stops · 9 hr 49 min · Alaska · Operated by SkyWest Airlines a…   396 kg CO2e
                                                      +345% emissions  +345% emissions ⓘ                 ⌄

8:00 AM ⟶ 5:49 PM                                      1 🧳 0 🎒  $262
SFO          RNO
2 stops · 9 hr 49 min · Alaska · Operated by Horizon Air as Ala…   282 kg CO2e
                                                      +217% emissions  +217% emissions ⓘ                 ⌄

8:00 AM ⟶ 5:49 PM                                      1 🧳 0 🎒  $267
SFO          RNO
2 stops · 9 hr 49 min · Alaska                                    267 kg CO2e
                                                      +200% emissions  +200% emissions ⓘ                 ⌄

8:00 AM ⟶ 5:49 PM                                      1 🧳 0 🎒  $272
SFO          RNO
2 stops · 9 hr 49 min · Alaska · Operated by SkyWest Airlines a…   282 kg CO2e
                                                      +217% emissions  +217% emissions ⓘ                 ⌄

10:48 AM ⟶ 8:39 PM                                     0 🧳 0 🎒  $417
SFO          RNO
1 stop · 9 hr 51 min · United                                     247 kg CO2e
                                                      +178% emissions  +178% emissions ⓘ                 ⌄

1:11 PM ⟶ 11:03 PM                                     1 🧳 0 🎒  $7,130
SFO          RNO
2 stops · 9 hr 52 min · Alaska, American · Operated by SkyWes…    256 kg CO2e
                                                      +188% emissions  +188% emissions ⓘ                 ⌄

12:00 PM ⟶ 9:53 PM                                     0 🧳 0 🎒  $177
SFO          RNO
1 stop · 9 hr 53 min · United · Operated by SkyWest DBA Unite…    179 kg CO2e







≡  Google                                          🌙  ⊞  R

**Skip to main content    Accessibility feedback**

2 stops · 11 hr 32 min · Alaska · Operated by Horizon Air as Al...    282 kg CO2e
                                                                      +217% emissions | +217% emissions  ⓘ

12:02 PM ⟶ 11:34 PM                                                   1 🧳 0 🧳  $288
SFO            RNO
2 stops · 11 hr 32 min · Alaska · Operated by SkyWest Airlines ...    282 kg CO2e
                                                                      +217% emissions | +217% emissions  ⓘ    ⌄

11:25 AM ⟶ 11:00 PM                                                   1 🧳 0 🧳  $192
SFO            RNO
1 stop · 11 hr 35 min · Alaska · Operated by SkyWest Airlines a...    245 kg CO2e
                                                                      +175% emissions | +175% emissions  ⓘ    ⌄

11:25 AM ⟶ 11:00 PM                                                   1 🧳 0 🧳  $257
SFO            RNO
2 stops · 11 hr 35 min · Alaska · Operated by SkyWest Airlines ...    402 kg CO2e
                                                                      +352% emissions | +352% emissions  ⓘ    ⌄

10:48 AM ⟶ 10:24 PM                                                   0 🧳 0 🧳  $417
SFO            RNO
1 stop · 11 hr 36 min · United                                        247 kg CO2e
                                                                      +178% emissions | +178% emissions  ⓘ    ⌄

11:25 AM ⟶ 11:03 PM                                                   1 🧳 0 🧳  $4,235
SFO            RNO
2 stops · 11 hr 38 min · Alaska, American · Operated by SkyWe...     303 kg CO2e
                                                                      +240% emissions | +240% emissions  ⓘ    ⌄

8:50 PM ⟶ 8:31 AM+1                                                    1 🧳 0 🧳  $302
SFO            RNO
1 stop ⚠ · 11 hr 41 min · Alaska · Operated by Horizon Air as ...    246 kg CO2e
                                                                      +176% emissions | +176% emissions  ⓘ    ⌄

8:49 PM ⟶ 8:31 AM+1                                                    1 🧳 0 🧳  $252
SFO            RNO
2 stops ⚠ · 11 hr 42 min · Alaska · Operated by SkyWest Airli...     303 kg CO2e
                                                                      +240% emissions | +240% emissions  ⓘ    ⌄

10:40 AM ⟶ 10:24 PM                                                   0 🧳 0 🧳  $224
SFO            RNO
2 stops · 11 hr 44 min · United                                       380 kg CO2e
                                                                      +327% emissions | +327% emissions  ⓘ    ⌄

6:00 AM ⟶ 5:49 PM                                                     1 🧳 0 🧳  $247
SFO            RNO
1 stop · 11 hr 49 min · Alaska                                        226 kg CO2e
                                                                      +154% emissions | +154% emissions  ⓘ    ⌄

6:00 AM ⟶ 5:49 PM                                                     1 🧳 0 🧳  $262
SFO            RNO
2 stops · 11 hr 49 min · Alaska · Operated by SkyWest Airlines ...   396 kg CO2e

# Google

Skip to main content      Accessibility feedback

| | | | |
|---|---|---|---|
| | 2 stops · 11 hr 49 min · Alaska | 343 kg CO2e +285% emissions +285% emissions ⓘ | |
|  | 6:00 AM ⟶ 5:49 PM SFO RNO 2 stops · 11 hr 49 min · Alaska · Operated by SkyWest Airlines … | 396 kg CO2e +345% emissions +345% emissions ⓘ | 1 🧳 0 🧳 $267 ⌄ |
| | 6:00 AM ⟶ 5:49 PM SFO RNO 2 stops · 11 hr 49 min · Alaska · Operated by SkyWest Airlines … | 396 kg CO2e +345% emissions +345% emissions ⓘ | 1 🧳 0 🧳 $272 ⌄ |
| | 9:59 PM ⟶ 9:49 AM[+1] SFO RNO 1 stop ⚠ · 11 hr 50 min · Alaska · Operated by SkyWest Airlin… | 245 kg CO2e +175% emissions +175% emissions ⓘ | 1 🧳 0 🧳 $182 ⌄ |
| | 8:50 PM ⟶ 8:45 AM[+1] SFO RNO 2 stops ⚠ · 11 hr 55 min · Alaska · Operated by Horizon Air a… | 343 kg CO2e +285% emissions +285% emissions ⓘ | 1 🧳 0 🧳 $307 ⌄ |
| | 8:49 PM ⟶ 8:45 AM[+1] SFO RNO 1 stop ⚠ · 11 hr 56 min · Alaska · Operated by Horizon Air as … | 257 kg CO2e +189% emissions +189% emissions ⓘ | 1 🧳 0 🧳 $247 ⌄ |
| | 7:00 AM ⟶ 6:59 PM SFO RNO 2 stops · 11 hr 59 min · Alaska · Operated by Horizon Air as Al… | 303 kg CO2e +240% emissions +240% emissions ⓘ | 1 🧳 0 🧳 $247 ⌄ |
| | 7:00 AM ⟶ 6:59 PM SFO RNO 2 stops · 11 hr 59 min · Alaska · Operated by Horizon Air as Al… | 303 kg CO2e +240% emissions +240% emissions ⓘ | 1 🧳 0 🧳 $252 ⌄ |
| | 7:00 AM ⟶ 6:59 PM SFO RNO 2 stops · 11 hr 59 min · Alaska · Operated by SkyWest Airlines … | 303 kg CO2e +240% emissions +240% emissions ⓘ | 1 🧳 0 🧳 $252 ⌄ |
| | 8:35 AM ⟶ 8:39 PM SFO RNO 1 stop · 12 hr 4 min · United | 291 kg CO2e +227% emissions +227% emissions ⓘ | 0 🧳 0 🧳 $417 ⌄ |
| | 11:25 AM ⟶ 11:34 PM SFO RNO 1 stop · 12 hr 9 min · Alaska | 226 kg CO2e | 1 🧳 0 🧳 $257 ⌄ |



≡  Google                                              🌙  ⊞  Ⓡ

**Skip to main content**     **Accessibility feedback**

---

2 stops · 12 hr 14 min · United        332 kg CO2e
                                       [+273% emissions] [+273% emissions] ⓘ

🛫 7:00 AM ⟶ 7:17 PM                                          1 🧳 0 🧳  $262
   SFO        RNO
   1 stop · 12 hr 17 min · Alaska · Operated by SkyWest Airlines a...    257 kg CO2e    ⌄
                                       [+189% emissions] [+189% emissions] ⓘ

🛫 5:00 AM ⟶ 5:27 PM                                          0 🧳 0 🧳  $417
   SFO        RNO
   1 stop · 12 hr 27 min · United        291 kg CO2e    ⌄
                                       [+227% emissions] [+227% emissions] ⓘ

🛫 11:00 AM ⟶ 11:34 PM                                        1 🧳 0 🧳  $267
   SFO         RNO
   2 stops · 12 hr 34 min · Alaska       343 kg CO2e    ⌄
                                       [+285% emissions] [+285% emissions] ⓘ

🛫 7:49 PM ⟶ 8:31 AM⁺¹                                        1 🧳 0 🧳  $287
   SFO        RNO
   2 stops ⚠ · 12 hr 42 min · Alaska · Operated by SkyWest Airli...    303 kg CO2e    ⌄
                                       [+240% emissions] [+240% emissions] ⓘ

🛫 8:52 PM ⟶ 9:36 AM⁺¹                                        0 🧳 0 🧳  $398
   SFO        RNO
   1 stop ⚠ · 12 hr 44 min · United      267 kg CO2e    ⌄
                                       [+200% emissions] [+200% emissions] ⓘ

🛫 6:00 AM ⟶ 6:48 PM                                          0 🧳 0 🧳  $207
   SFO        RNO
   1 stop · 12 hr 48 min · United · Operated by SkyWest DBA Unit...    179 kg CO2e    ⌄
                                       [+101% emissions] [+101% emissions] ⓘ

🛫 10:15 AM ⟶ 11:03 PM                                        1 🧳 0 🧳  $292
   SFO         RNO
   2 stops · 12 hr 48 min · American · Operated by SkyWest Airlin...    277 kg CO2e    ⌄
                                       [+211% emissions] [+211% emissions] ⓘ

🛫 7:49 PM ⟶ 8:45 AM⁺¹                                        1 🧳 0 🧳  $282
   SFO        RNO
   1 stop ⚠ · 12 hr 56 min · Alaska · Operated by Horizon Air as ...    257 kg CO2e    ⌄
                                       [+189% emissions] [+189% emissions] ⓘ

🛫 12:45 AM ⟶ 1:43 PM                                         1 🧳 0 🧳  $749
   SFO         RNO
   1 stop · 12 hr 58 min · American      349 kg CO2e    ⌄
                                       [+292% emissions] [+292% emissions] ⓘ

🛫 6:00 AM ⟶ 6:59 PM                                          1 🧳 0 🧳  $252
   SFO        RNO
   2 stops · 12 hr 59 min · Alaska · Operated by Horizon Air as Al...    303 kg CO2e

---



☰    **Google**                                                        ☾  ⠿  Ⓡ

**Skip to main content**    **Accessibility feedback**

---

2 stops · 12 hr 59 min · Alaska · Operated by Horizon Air as Al...    303 kg CO2e
+240% emissions  +240% emissions  ⓘ

6:00 AM ⟶ 6:59 PM    1 🧳 0 🎒  $252
SFO           RNO
2 stops · 12 hr 59 min · Alaska · Operated by SkyWest Airlines ...    303 kg CO2e    ⌄
+240% emissions  +240% emissions  ⓘ

5:50 AM ⟶ 6:59 PM    1 🧳 0 🎒  $293
SFO           RNO
1 stop · 13 hr 9 min · American · Operated by SkyWest Airlines...    291 kg CO2e    ⌄
+227% emissions  +227% emissions  ⓘ

8:40 AM ⟶ 9:53 PM    0 🧳 0 🎒  $177
SFO           RNO
1 stop · 13 hr 13 min · United · Operated by SkyWest DBA Unit...    179 kg CO2e    ⌄
+101% emissions  +101% emissions  ⓘ

6:00 AM ⟶ 7:17 PM    1 🧳 0 🎒  $262
SFO           RNO
1 stop · 13 hr 17 min · Alaska · Operated by SkyWest Airlines a...    257 kg CO2e    ⌄
+189% emissions  +189% emissions  ⓘ

6:00 AM ⟶ 7:17 PM    1 🧳 0 🎒  $287
SFO           RNO
2 stops · 13 hr 17 min · Alaska · Operated by SkyWest Airlines ...    374 kg CO2e    ⌄
+320% emissions  +320% emissions  ⓘ

7:15 AM ⟶ 8:39 PM    0 🧳 0 🎒  $224
SFO           RNO
2 stops · 13 hr 24 min · United    368 kg CO2e    ⌄
+313% emissions  +313% emissions  ⓘ

7:01 PM ⟶ 8:31 AM +1    1 🧳 0 🎒  $283
SFO           RNO
1 stop ⚠ · 13 hr 30 min · Alaska · Operated by Horizon Air as ...    215 kg CO2e    ⌄
+142% emissions  +142% emissions  ⓘ

6:53 PM ⟶ 8:31 AM +1    1 🧳 0 🎒  $287
SFO           RNO
2 stops ⚠ · 13 hr 38 min · Alaska · Operated by SkyWest Airli...    303 kg CO2e    ⌄
+240% emissions  +240% emissions  ⓘ

7:00 AM ⟶ 8:39 PM    0 🧳 0 🎒  $259
SFO           RNO
2 stops · 13 hr 39 min · United    307 kg CO2e    ⌄
+245% emissions  +245% emissions  ⓘ

10:20 PM ⟶ 12:00 PM +1    1 🧳 0 🎒  $395
SFO            RNO
2 stops ⚠ · 13 hr 40 min · Alaska · Operated by SkyWest Airli...    354 kg CO2e    ⌄

---



≡  **Google**                                             🌙   ⠿   **R**

Skip to main content    Accessibility feedback

| | | | |
|---|---|---|---|
| | 1 stop · 15 hr · Alaska · Operated by SkyWest Airlines as Alask... | 245 kg CO2e | |
| | | +175% emissions   +175% emissions ⓘ | |
| ✈ | **8:50 PM** → **12:00 PM**⁺¹<br>SFO        RNO | | 1 🧳 0 🧳 **$302** | ⌄ |
| | 1 stop ⚠ · 15 hr 10 min · Alaska · Operated by Horizon Air as ... | 246 kg CO2e | |
| | | +176% emissions   +176% emissions ⓘ | |
| ✈ | **8:20 AM** → **11:34 PM**<br>SFO        RNO | | 1 🧳 0 🧳 **$247** | ⌄ |
| | 1 stop · 15 hr 14 min · Alaska | 226 kg CO2e | |
| | | +154% emissions   +154% emissions ⓘ | |
| ✈ | **9:00 PM** → **12:18 PM**⁺¹<br>SFO        RNO | | 0 🧳 0 🧳 **$177** | ⌄ |
| | 1 stop ⚠ · 15 hr 18 min · United · Operated by SkyWest DBA Uni... | 164 kg CO2e | |
| | | +84% emissions   +84% emissions ⓘ | |
| ✈ | **8:52 PM** → **12:36 PM**⁺¹<br>SFO        RNO | | 0 🧳 0 🧳 **$398** | ⌄ |
| | 1 stop ⚠ · 15 hr 44 min · United | 248 kg CO2e | |
| | | +179% emissions   +179% emissions ⓘ | |
| ✈ | **6:00 AM** → **9:53 PM**<br>SFO        RNO | | 0 🧳 0 🧳 **$177** | ⌄ |
| | 1 stop · 15 hr 53 min · United · Operated by SkyWest DBA Unit... | 179 kg CO2e | |
| | | +101% emissions   +101% emissions ⓘ | |
| ✈ | **5:55 PM** → **9:49 AM**⁺¹<br>SFO        RNO | | 1 🧳 0 🧳 **$222** | ⌄ |
| | 1 stop ⚠ · 15 hr 54 min · Alaska · Operated by SkyWest Airlin... | 245 kg CO2e | |
| | | +175% emissions   +175% emissions ⓘ | |
| ✈ | **4:44 PM** → **8:45 AM**⁺¹<br>SFO        RNO | | 1 🧳 0 🧳 **$282** | ⌄ |
| | 1 stop ⚠ · 16 hr 1 min · Alaska · Operated by Horizon Air as ... | 257 kg CO2e | |
| | | +189% emissions   +189% emissions ⓘ | |
| ✈ | **7:00 AM** → **11:34 PM**<br>SFO        RNO | | 1 🧳 0 🧳 **$247** | ⌄ |
| | 1 stop · 16 hr 34 min · Alaska | 226 kg CO2e | |
| | | +154% emissions   +154% emissions ⓘ | |
| ✈ | **8:49 PM** → **1:33 PM**⁺¹<br>SFO        RNO | | 1 🧳 0 🧳 **$247** | ⌄ |
| | 1 stop · 16 hr 44 min · Alaska | 226 kg CO2e | |
| | | +154% emissions   +154% emissions ⓘ | |
| ✈ | **7:33 PM** → **12:18 PM**⁺¹<br>SFO        RNO | | 0 🧳 0 🧳 **$177** | ⌄ |
| | 1 stop ⚠ · 16 hr 45 min · United · Operated by SkyWest DBA ... | 179 kg CO2e | |



≡    Google                                                    🌙  ⋮⋮⋮  R

**Skip to main content**    **Accessibility feedback**

| | | |
|---|---|---|
| 1 stop ⚠ · 16 hr 59 min · Alaska · Operated by Horizon Air as ... | 215 kg CO2e<br>+142% emissions  +142% emissions  ⓘ | |
| 6:00 AM ⟶ 11:00 PM<br>SFO          RNO<br>1 stop · 17 hr · Alaska · Operated by SkyWest Airlines as Alask... | 245 kg CO2e<br>+175% emissions  +175% emissions  ⓘ | 1 🧳 0 🧳  $182    ⌄ |
| 6:50 PM ⟶ 12:03 PM+1<br>SFO          RNO<br>1 stop ⚠ · 17 hr 13 min · American | 212 kg CO2e<br>+138% emissions  +138% emissions  ⓘ | 1 🧳 $297    ⌄ |
| 3:04 PM ⟶ 8:31 AM+1<br>SFO          RNO<br>1 stop ⚠ · 17 hr 27 min · Alaska · Operated by Horizon Air as ... | 215 kg CO2e<br>+142% emissions  +142% emissions  ⓘ | 1 🧳 0 🧳  $302    ⌄ |
| 6:00 AM ⟶ 11:34 PM<br>SFO          RNO<br>1 stop · 17 hr 34 min · Alaska | 226 kg CO2e<br>+154% emissions  +154% emissions  ⓘ | 1 🧳 0 🧳  $247    ⌄ |
| 7:01 PM ⟶ 12:36 PM+1<br>SFO          RNO<br>1 stop ⚠ · 17 hr 35 min · United | 247 kg CO2e<br>+178% emissions  +178% emissions  ⓘ | 0 🧳 0 🧳  $398    ⌄ |
| 7:49 PM ⟶ 1:33 PM+1<br>SFO          RNO<br>1 stop ⚠ · 17 hr 44 min · Alaska | 226 kg CO2e<br>+154% emissions  +154% emissions  ⓘ | 1 🧳 0 🧳  $282    ⌄ |
| 3:21 PM ⟶ 9:11 AM+1<br>SFO          RNO<br>1 stop ⚠ · 17 hr 50 min · American | 242 kg CO2e<br>+172% emissions  +172% emissions  ⓘ | 1 🧳 0 🧳  $297    ⌄ |
| 6:15 PM ⟶ 12:18 PM+1<br>SFO          RNO<br>1 stop ⚠ · 18 hr 3 min · United · Operated by SkyWest DBA U... | 179 kg CO2e<br>+101% emissions  +101% emissions  ⓘ | 0 🧳 0 🧳  $177    ⌄ |
| 6:53 PM ⟶ 1:33 PM+1<br>SFO          RNO<br>1 stop ⚠ · 18 hr 40 min · Alaska | 226 kg CO2e<br>+154% emissions  +154% emissions  ⓘ | 1 🧳 0 🧳  $282    ⌄ |
| 2:44 PM ⟶ 9:49 AM+1<br>SFO          RNO<br>1 stop ⚠ · 19 hr 5 min · Alaska · Operated by SkyWest Airline... | 245 kg CO2e | 1 🧳 0 🧳  $222    ⌄ |





Skip to main content    Accessibility feedback

1 stop ⚠ · 21 hr 20 min · Alaska · Operated by Horizon Air as …    257 kg CO2e

+189% emissions    +189% emissions ⓘ

9:00 PM ⟶ 6:48 PM+1    0 🧳 0 🧳 $177
SFO        RNO
1 stop ⚠ · 21 hr 48 min · United · Operated by SkyWest DBA Uni…    164 kg CO2e

+84% emissions    +84% emissions ⓘ

8:50 PM ⟶ 6:59 PM+1    1 🧳 0 🧳 $302
SFO        RNO
1 stop ⚠ · 22 hr 9 min · Alaska · Operated by Horizon Air as …    246 kg CO2e

+176% emissions    +176% emissions ⓘ

2:00 PM ⟶ 12:18 PM+1    0 🧳 0 🧳 $177
SFO        RNO
1 stop ⚠ · 22 hr 18 min · United · Operated by SkyWest DBA …    179 kg CO2e

+101% emissions    +101% emissions ⓘ

∧ View fewer flights

🌐 Language · English (United States)    📍 Location · United States    💳 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more