# EXHIBIT 103

Declaration of Krista S. Jacobsen, Ph.D. in Support of
Petition for *Inter Partes* Review of
U.S. Patent No. 8,468,411

## UNITED STATES PATENT AND TRADEMARK OFFICE

_____

### BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

COMMSCOPE, INC.,
Petitioner

v.

TQ DELTA, LLC,
Patent Owner

_____

U.S. Patent No. 8,468,411
Issue Date: June 18, 2013
Title: PACKET RETRANSMISSION

Case No. IPR2022-00697

_____

**DECLARATION OF KRISTA S. JACOBSEN, PH.D. IN SUPPORT OF**

**PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 8,468,411**

Mail Stop PATENT BOARD
Patent Trial and Appeal Board
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Declaration of Krista S. Jacobsen, Ph.D. in Support of
Petition for *Inter Partes* Review of
U.S. Patent No. 8,468,411

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on March 25, 2022 at Campbell, California

Dr. Krista S. Jacobsen

IPR2022-00697
CommScope, Inc. Exhibit 1003
Page 258 of 263

# Krista S. Jacobsen

1821 S. Bascom Ave. #151, Campbell, CA 95008
E-mail: krista@jacobseniplaw.com; Tel: 408.455.5539 (M)

## Experience

**JACOBSEN IP LAW,** Campbell, CA (February 2014 - present)
*Attorney and Counselor at Law.* Solo practitioner providing expert consultant, expert witness, patent litigation support, patent prosecution, and intellectual property (IP) counseling services.

**SANTA CLARA UNIVERSITY SCHOOL OF LAW,** Santa Clara, CA (January 2015 - present)
*Lecturer in Law.* Co-teaching Pretrial Litigation Techniques (Fall 2015-19), Law Practice Management (Spring 2015-21, Fall 2021), and Using Expert Witnesses and Consultants to Convey Complex Information (Spring 2022).

**DISRUPTIVE FORCE LLC,** Campbell, CA (February 2015 - present)
*Co-founder and CEO.*

**HEADWATER PARTNERS,** Redwood Shores, CA (July 2011 - February 2014)
*Head Counsel.* Responsibilities included general counsel duties and patent prosecution.

**COVINGTON & BURLING, LLP**, Redwood Shores, CA (October 2009 - July 2011)
*Associate.* IP litigation.

**HELLER EHRMAN,** Menlo Park, CA (May-July 2008)
*Summer Associate.* IP litigation. Researched and drafted legal memoranda and briefs.

**BLAKELY SOKOLOFF TAYLOR & ZAFMAN**, Sunnyvale, CA (June-August 2007)
*Summer Associate.* Patent prosecution. Composed responses to United States Patent and Trademark Office office actions and wrote portions of patent applications, including claims.

**CONSULTANT** (July 2004 - September 2007)
Responsibilities included assisting clients to determine and execute digital subscriber line (DSL) standardization and product strategies, writing simulations, generating and presenting technical tutorials, drafting and prosecuting patent applications, and helping with other patent issues. Clients included 2Wire, Inc., PMC-Sierra, Atheros Communications, and Beyer Law Group.

**TEXAS INSTRUMENTS (TI)** (formerly AMATI COMMUNICATIONS), San Jose, CA (January 1994 - May 2004).

*Lead xDSL Standards Strategist* (2001-04)
- Led TI's DSL standardization efforts, managed standards resources and budget, and communicated standards progress and status within TI.
- Developed and presented dozens of technical proposals for regional and international standards organizations, including ETSI TM6, ITU-T SG15/Q4, T1E1.4, and IEEE 802.3ah (Ethernet in the First Mile).
- Wrote DSL white papers, technical reports, technical book chapters, and articles for external publications.
- Participated as a member of business unit patent committee and worked with TI legal department to ensure protection of intellectual property and to provide technical assistance.
- Wrote and ran DSL system simulations.
- Made presentations at industry conferences and events.

Previous roles with Amati/TI were *Project Manager, ADSL over ISDN* (2000-01)*, Project Manager, VDSL* (1999-2000), *Senior Staff Engineer* (1998-99), *Staff Engineer* (1997-98), *Senior Systems Engineer* (1996-97), *Consultant* (1994-96).

**VITEL COMMUNICATIONS CORPORATION**, Santa Clara, CA (August 1991 - May 1992).
*Member of telecommunications group.* Worked on a team that developed a video telephony transceiver.

# Krista S. Jacobsen

## Bar Memberships and Registrations

**STATE BAR OF CALIFORNIA**
Member No. 267868 (admitted December 7, 2009)

**COLORADO STATE BAR**
Registration No. 43,294 (admitted May 24, 2011 (currently inactive))

**UNITED STATES PATENT AND TRADEMARK OFFICE**
Registration No. 59,374 (registered October 11, 2006)

## Education

**SANTA CLARA UNIVERSITY SCHOOL OF LAW** (Santa Clara, CA)

JD (*magna cum laude*), 2009

Honors and Awards
- Santa Clara University School of Law Intellectual Property (IP) Fellowship (2006-09)
- Dean's List (2006-09)
- Order of the Coif (2009)
- ABA-BNA Award for Excellence In the Study of Intellectual Property Law (Spring 2008)
- CALI Award for Excellence In: Managing Complex IP Litigation (Fall 2008), IP Litigation Techniques (Spring 2008), Patent Prosecution (Spring 2008), Protection of IP (Spring 2008), Advocacy (Fall 2007), Contracts (Spring 2007)
- Witkin Award for Excellence In: Opening Statements and Closing Arguments (Fall 2008), Pretrial Litigation Techniques (Fall 2008), Mass Communication (Fall 2007), Property (Spring 2007), Legal Analysis, Research and Writing, Section H (Spring 2007)
- Grand Prize, First Annual San Francisco Intellectual Property Law Association Student Writing Competition (February 2009)
- Selected to represent Santa Clara University in the Dean Jerome Prince Memorial Evidence Moot Court Competition (Spring 2009) and Constance Baker Motley National Moot Court Competition in Constitutional Law (Spring 2008)

Activities
- Co-President, Santa Clara University Student Intellectual Property Law Association (2008-09)
- Vice President, Alumni Relations, Santa Clara University Intellectual Property Association (2007-08)
- Associate, Santa Clara Computer and High Tech Law Journal (2007-08)

**STANFORD UNIVERSITY** (Stanford, CA)

Ph.D. in electrical engineering, 1996
- Dissertation: *Discrete Multi-Tone-Based Communications in the Reverse Channel of Hybrid Fiber-Coax Networks*
- Adviser: John M. Cioffi (http://www.stanford.edu/group/cioffi)

MSEE, 1993
- Digital communications specialization

Honors and Awards
- IBM Graduate Fellowship (1994-95)
- National Science Foundation Graduate Fellowship (1991-94)
- IEEE Communications Society Scholarship (1993)

**UNIVERSITY OF DENVER** (Denver, CO)

BSEE (*summa cum laude*), 1991
- Communications specialization

Honors and Awards
- Winner, Denver Section IEEE Student Paper Contest (1991)
- University of Denver Pioneer Award (1991)
- University of Denver Distinguished Senior Woman Award (1990)
- Phi Beta Kappa (1988)
- University of Denver Honors Scholarship (1986-91)
- Colorado Scholars Scholarship (1987-91)