**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC,<br>     Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 7:25-cv-0376-DC-DTG |
| GOOGLE LLC,<br>     Defendant. | §<br>§<br>§<br>§<br>§ | |

**Joint Motion to Extend the Deadline**
**to File a Proposed Scheduling Order**

Plaintiff Headwater Research, LLC and Defendant Google LLC respectfully file this joint motion to extend the deadline to file the proposed scheduling order in this case from December 8 until December 11, 2025, for the reasons set forth below.

1.  Plaintiff filed nine patent infringement cases against Google on or about May 16, August 27, and November 7, 2025. (*See*, -376 Case at Dkt 1; *see also* Case Nos. 25-cv-231, 25-cv 367, 25-cv 369, 25-cv-372, 25-cv-374, 25-cv-378, 25-cv-380, and 25-cv-518.) All nine cases are pending in this Court.

2.  In seven of the nine cases, the Court ordered that the initial status conference take place on December 17, 2025. (*See e.g.*, Dkt. 19.) By that same order, the Court directed the parties to submit proposed scheduling orders at least seven business days before the initial status conferences—Monday, December 8, 2025. (*Id.*)

3.  Both parties have been working diligently and in good faith to negotiate and draft scheduling orders in each of the pending cases, attempting to

minimize disputes, coordinate deadlines when appropriate, and generally promote efficient adjudication of these cases for the parties and the Court.

4. In the course of negotiating this proposed scheduling order, counsel for both parties conferred and agreed to jointly submit this Motion asking for an extra three days to finalize and file the required proposed scheduling orders.

5. Neither party is making this Motion for the purpose of delay or in bad faith.

For these reasons, Headwater Research and Google respectfully request the Court enter an order extending the parties' deadline to submit a proposed scheduling order in this action until and including December 11, 2025.

Dated: December 8, 2025

Jointly submitted,

*/s/ Peter Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
Texas State Bar No. 24071564
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5948
Facsimile: (214) 953-5822
nstclair@jw.com

Matthias A. Kamber
Cal. Bar No. 232147
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

- 3 -

CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF
Headwater Research LLC**

Andrea P. Roberts
Cal. Bar No. 228128
andrearoberts@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA.94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Ariell N. Bratton
Cal. Bar No. 317587
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Counsel for Defendant Google LLC*

**Certificate of Conference**

Pursuant to Local Court Rule CV-7(g), I certify that on December 5, 2025, Sami Al-Marzoog, counsel for defendant Google, conferred with Peter Tong and Jason Wietholter, counsel for plaintiff Headwater Research regarding this Motion. The parties agreed to jointly request this extension of time to file their required proposed scheduling order until and including December 11, 2025.

Dated:  December 8, 2025        */s/ Sami Al Marzoog*
                                Sami Al Marzoog


**Certificate of Service**

I, Nathaniel St. Clair, II, an attorney of record in this matter, hereby certify that on December 8, 2025, I electronically filed the following document:

**Joint Motion to Extend the Deadline
to File a Proposed Scheduling Order**

with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to the following counsels of record:

    Dale Chang – dchang@raklaw.com
    Kristopher Davis – kdavis@raklaw.com
    Marc Fenster – mfenster@raklaw.com
    Brian Ledahl – bledahl@raklaw.com
    Reza Mirzaie – rmirzaie@raklaw.com
    James Pickens – jpickens@raklaw.com
    James S. Tsuei – jtsuei@raklaw.com
    Jason M. Wietholter – jwietholter@raklaw.com
    **RUSS AUGUST & KABAT**
    12424 Wilshire Blvd., 12th Floor
    Los Angeles, DA  90025

                                */s/ Nathaniel St. Clair, II*