## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,  §<br>    Plaintiff,  §<br>  §<br>  §<br>v.  §<br>  §<br>GOOGLE, LLC,  §<br>    Defendant.  §<br>  § | Civil Action No. 7:25-cv-0376-DC-DTG |

### [Proposed] Order

This matter has come before the Court on the parties' Joint Motion to Extend the Deadline to File a Proposed Scheduling Order. The Court, being familiar with the Motion, the applicable law, and the relevant facts, orders as follows:

It is hereby ordered that the parties' Joint Motion to Extend the Deadline to File a Proposed Scheduling Order is GRANTED. To that end, the parties shall file their proposed scheduling order in this action on or before December 11, 2025.

DATED:  December ____, 2025.

 

_____
Hon. Derek T. Gilliland
United States Magistrate Judge