# Exhibit 4

**Exhibit 4 - U.S. Patent No. 8,023,425 ("'425 Patent")**

Accused Instrumentalities: Google Fi wireless service (including mobile phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems) including Fi network elements and client-side logic including Fi app and Fi configuration on Android, Google Pixel smartphones running Android used on Google Fi, and other smartphones and other wireless end user devices used on the Google Fi network.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A first end point device comprising: | Google sells and uses end point devices described by Google's website below.  These devices constitute a first end point device as described in claim 1.<br>For example, the Accused Devices are mobile phones and tablets with wireless capabilities.<br><br>*See e.g.,* https://store.google.com/category/phones?hl=en-US:<br><br><br><br>*See also, e.g.,*  https://store.google.com/category/watches_trackers?hl=en-US; tps://www.google.com/chromebook/; https://built-in.google/cars/<br><br>*See also, e.g.,* https://fi.google.com/about/phones?srsltid=AfmBOoroIdnAGg1hvoXlfV2IId95upwcqyyuwRjHiWD86MvpmR0wT8SX: |

| Claim | Public Documentation |
|---|---|
|  |  https://support.google.com/fi/answer/6224695?hl=en: ... https://support.google.com/fi/answer/6330195?hl=en: |

| Claim | Public Documentation |
|-------|---------------------|
|  | # Add tablets and laptops to your Google Fi plan **Important:** Google Fi supports data-only eSIM for tablets and laptops. To use your cellular-enabled tablet, laptop, or other compatible device with a data-only SIM at no charge: 1. Sign up for Google Fi ⧉ . 2. Activate your phone. You can use data-only SIMs with a Flexible plan or Unlimited Premium plan. You can't add a data-only SIM with an Unlimited Standard or Unlimited Essentials plan. https://support.google.com/fi/answer/12812644: # Use your Google Pixel or Samsung Galaxy Watch with Google Fi When you use a Google Pixel Watch first generation and newer or Samsung Galaxy Watch5 and newer with Google Fi, you can make phone calls, send messages, and use data. https://www.google.com/chromebook/shop-chromebooks/?modal-id=lenovo-chromebook-plus-14-10-pdp-modal |

| Claim | Public Documentation |
|-------|---------------------|
|       | **New**<br><br>**Lenovo Chromebook Plus 14**<br><br>The most advanced Chromebook Plus yet.<br><br>Configurations<br><br>MediaTek Kompanio Ultra CPU, 16 GB RAM, 256 GB storage<br><br>A Google Pixel phone is a first end-point device. Google sells/activates Pixel phones on Google Fi (MVNO), documents hotspot functionality for those devices, and supports additional devices on its network.<br>Pixel help states "Share a mobile connection by tethering or hotspot on Pixel." https://support.google.com/pixelphone/answer/2812516 .<br>Google Fi Help states "Tether or create a Wi-Fi hotspot (Fi)." Notes sharing connection with up to 10 devices. https://support.google.com/fi/answer/6182204 .<br>Google Fi sells phones. https://fi.google.com/about/phones/<br><br>Google Fi overview (mobile service for phones): https://fi.google.com/about/ |

https://fi.google.com/about/phones

https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV







For further example, Google Chromebooks are first end point devices used as wi-fi hotspots. https://support.google.com/chromebook/answer/14784029?hl=en

| Claim | Public Documentation |
|-------|---------------------|
|       | **Use your Chromebook as a Wi-Fi hotspot**<br><br>You can use your Chromebook as a Wi-Fi hotspot to connect other devices to the Internet.<br><br>**What you need**<br><br>To turn on hotspot, your Chromebook must:<br><br>• Have cellular capability<br>• Be equipped with a supported Wi-Fi chipset and supported modem firmware and ensure your device is hotspot enabled<br>• Have a mobile data plan with tethering subscription<br><br>**Tips:**<br><br>• Not all mobile providers support this feature.<br>• VPN doesn't affect the data sent from a mobile provider to a customer.<br><br>**Set up your Chromebook hotspot**<br><br>1. At the bottom right, select the time.<br>2. Select Settings ⚙.<br>3. Under "Network," select **Hotspot**.<br>4. On the right of "Hotspot name," select **Configure**.<br>5. Enter your preferred hotspot name and password.<br>   • Hotspot name should not be empty and not exceed 32 characters.<br>6. Select **Save**.<br><br>**Turn on or off your Chromebook hotspot**<br><br>**Important:** If your hotspot is turned on, the connected devices use your mobile data and it reduces Chromebook's battery percentage.<br><br>To turn on or off your Chromebook hotspot:<br><br>1. At the bottom right, select the time.<br>2. Select Settings ⚙.<br>3. Under "Network," turn on or off **Hotspot**.<br><br>**Tips:**<br><br>• If you previously turned a hotspot on, you can find the hotspot setting in your Quick Settings.<br>• If you find the Hotspot option but can't turn it on or off, your device may not support the hotspot function.<br>• If your device is connected to the mobile network but the Hotspot option isn't visible in the settings page, your device hardware can't support this feature.<br>   • If a mobile network is connected but Hotspot option isn't available, your device hardware doesn't support the Hotspot feature.<br><br>**Manage your hotspot**<br><br>1. At the bottom right, select the time.<br>2. Select Settings ⚙.<br>3. Under "Network," select **Hotspot**.<br>4. To update the hotspot name, select **Configure**.<br>5. You can also:<br>   • Turn off hotspot automatically.<br>      ber of devices connected.<br>   Wi-Fi to extend compatibility. If not, ChromeOS prefers the 5GHz band if it's [Screenshot] |

| Claim | Public Documentation |
|-------|---------------------|
|       | By way of example, Android automotive OS enables automakers to connect mobile devices to their vehicles. https://developer.android.com/training/cars/platforms/automotive-os  **Frequently asked questions**  Which vehicles come with Google built-in? 🔗  See the Cars with Google built-in site for a list of OEMs that have models with Google built-in. Hardware specifications and other device details can be obtained using the Play Console's Device Catalog. |

| Claim | Public Documentation |
|-------|----------------------|
|       | https://9to5google.com/2024/05/17/rivians-software-is-based-on-android-automotive-google-says/#:~:text=Yes%2C%20Rivian%20uses%20Android%20Automotive,software%20and%20built%2Din%20apps.  Google's Android Automotive software has been adopted by many carmakers for the EV era, but it tends to vary between different brands. This week Google and Rivian confirmed to *9to5Google* that the EV-maker uses Android Automotive as the base of its software experience, something that was previously not known. Rivian's operating system powers the software experience on the Rivian R1T and R1S, and will also power the upcoming R2 and R3. The platform is specific to the company's vehicles and controls virtually of the features in the EVs. However, it's Android at its core. Google this week confirmed to *9to5Google* that Rivian is using Android Automotive as the "base OS" for its software. Rivian has never officially confirmed this detail, though many have suspected this is the case. |

| Claim | Public Documentation |
|---|---|
| | https://riviantrackr.com/news/rivian-offers-free-wi-fi-hotspot-for-owners-during-socal-wildfires/ <br><br> **Rivian Offers Free Wi-Fi Hotspot for Owners During SoCal Wildfires** <br><br> 🕐 01/17/2025  -  🔗 JOSE CASTILLO <br><br> https://support.google.com/googlepixelwatch/answer/12651780?hl=en |

| Claim | Public Documentation |
|-------|---------------------|
|  | Further, Google IoT and M2M machines require a tethering capable android phone or tablet in order to activate the devices. https://support.google.com/googlenest/answer/7029485?hl=en&co=GENIE.Platform%3DAndroid<br><br>**Set up your Google Nest or Home speaker or display**<br>The Google Home app guides you through the steps to set up your Google Nest or Home speaker or display.<br>If you want to set up another device, you can find additional instructions below:<br>• Set up smart devices in the Google Home or Nest app<br>• Connect third-party smart home devices in the Google Home app<br>[Click here for the guided setup tool]<br>Android    iPhone & iPad<br><br>**What you need to get started**<br>• A Google Nest or Home speaker or display.<br>• Latest version of the Google Home app.<br>• A Google Account.<br>• An Android phone or tablet that:<br>  • Has Android 9.0 or later.<br>  • Works with 2.4 GHz and 5 GHz Wi-Fi network (a WPA-2 Enterprise network won't work).<br>  • Has Bluetooth turned on. Learn how to turn on Bluetooth on Android devices.<br>  • Is connected to the same Wi-Fi network you want to connect your Google Nest or Home speaker or display to.<br>  • An Internet connection and secure wireless network.<br><br>**Get started with your speaker or display**<br>**Tip:** Keep your mobile device close to your speaker or display throughout the setup process.<br>1. Plug in your Nest speaker or display.<br>  • If the device has been used before, factory reset your speaker or display before you continue.<br>2. On your phone or tablet, open the Google Home app.<br>  • If you haven't set up a home, Tap Add  ›  Home to set one up.<br>3. From the Home tab, tap Add  +  ›  Device  ›  Search for device.<br>  • **Nest Hub 2nd gen:** From the Home tab, tap Add  +  ›  Device  ›  Scan QR code.<br>4. Choose the home you want to add your device to and tap **Next**.<br>  • To add a device to a new home, tap **Add home** and complete the steps to create a new home.<br>5. Follow the in-app steps.<br>If the app can't find your device, go to Can't find Google smart speaker or display in the Google Home app.<br><br>**Finish setting up your Nest speaker or display**<br>After you connect your Nest speaker or display to Wi-Fi, follow the in-app steps to customize your device. You can choose to opt in to features such as:<br><br>https://support.google.com/googlepixelwatch/answer/12651780?hl=en |

| Claim | Public Documentation |
|-------|---------------------|
|       |  |

| Claim | Public Documentation |
|---|---|
| [1a] an access network modem configured to communicate data over at least one access network, the access network modem providing a connection via at least one 2G, 3G or 4G wireless network; | The Accused Instrumentalities include an access network modem configured to communicate data over at least Google's access network. This access network modem in the Accused Instrumentalities provides a connection to a 3G or 4G wireless network in Google's access network.<br><br>The 3G or 4G modem(s) in the Accused Instrumentalities connect to the 4G or 3G wireless network described below. Further, the Accused Instrumentalities are configured to communicate data over the 4G or 3G wireless network in accordance with a subscriber's data plan, such as internet data, as described below.<br><br>See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US:<br><br>**Connectivity and Location**<br>Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO<br>Bluetooth® v5.3 with antenna diversity for enhanced quality and connection<br>NFC<br>Google Cast<br>Dual Band GNSS<br>GPS, GLONASS, Galileo<br><br>**Network** [35]<br>5G + Sub 6GHz Model GXQ96 [36]<br>GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br>UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19<br>LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71<br>5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78 [37]<br>eSIM<br><br>https://store.google.com/product/pixel_tablet_specs?hl=en-US: |

| Claim | Public Documentation |
|-------|---------------------|

**Connectivity and location** ⌃

Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band (2.4 GHz, 5.0 GHz)

Bluetooth v5.2

Ultra-Wideband chip for accurate ranging

Google Cast

https://store.google.com/product/pixel_watch_3_specs?hl=en-US:

**Connectivity**

| | 41mm | 45mm |
|---|---|---|
| | 4G LTE and UMTS[5] | 4G LTE and UMTS[5] |
| | Bluetooth® 5.3 | Bluetooth® 5.3 |
| | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz |
| | NFC | NFC |
| | Ultra-Wideband[6] | Ultra-Wideband[6] |

https://support.google.com/chromebook/answer/10963534?hl=en.

Pixels include cellular modems for LTE/5G (LTE satisfies the "4G" requirement) and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs ): https://store.google.com/product/pixel_9_specs

| | https://fi.google.com/about/, facts&rd=1 | https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-band- |
|---|---|---|

| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⧉ .<br><br>- Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |
|---|---|

Learn more about other charges & terms with Google Fi Terms of Service ⧉ .

## Performance

|  | **2G** | **3G** | **4G** | **5G** |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⧉ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

| Claim | Public Documentation |
|---|---|
|  |  |
| [1b] a local area network modem configured to communicate data with one or more additional end point devices over a local area network, the local area network modem providing a connection via at least one of Bluetooth, Wi-Fi or USB; | The Accused Instrumentalities include a local area network modem that is configured to provide a Wi-Fi, Bluetooth, or USB connection to communicate data over a local area network with one or more connected end point devices (a tethered device such as another laptop, tablet, or smartphone), as described below. See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US:<br><br>**Connectivity and Location**<br><br>Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO<br><br>Bluetooth® v5.3 with antenna diversity for enhanced quality and connection<br><br>NFC<br><br>Google Cast<br><br>Dual Band GNSS<br>GPS, GLONASS, Galileo<br><br>**Network**[36]<br><br>5G + Sub 6GHz Model GXQ96[36]<br><br>GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br><br>UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19<br><br>LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71<br><br>5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/7O/71/77/78[37]<br><br>eSIM |

| Claim | Public Documentation |
|---|---|
|  | https://store.google.com/product/pixel_tablet_specs?hl=en-US: <br><br> **Connectivity and location** ∧ <br><br> Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band (2.4 GHz, 5.0 GHz) <br><br> Bluetooth v5.2 <br><br> Ultra-Wideband chip for accurate ranging <br><br> Google Cast <br><br> https://store.google.com/product/pixel_watch_3_specs?hl=en-US: <br><br> **Connectivity** <br><br>          **41mm**          **45mm** <br> 4G LTE and UMTS[5]      4G LTE and UMTS[5] <br> Bluetooth® 5.3      Bluetooth® 5.3 <br> Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz      Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz <br> NFC      NFC <br> Ultra-Wideband[6]      Ultra-Wideband[6] <br><br> https://support.google.com/chromebook/answer/10963534?hl=en. <br><br> Pixels include cellular modems for LTE/5G (LTE satisfies the "4G" requirement) and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs ): https://store.google.com/product/pixel_9_specs |

| Claim | Public Documentation |
|---|---|
| | https://fi.google.com/about/.        https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-facts&rd=1 |

<table>
<tr><td>Bring your own device</td><td>- Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⧉ .<br><br>- Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards.</td></tr>
</table>

Learn more about other charges & terms with Google Fi Terms of Service ⧉ .

## Performance

| | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⧉ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

|  | https://support.google.com/fi/answer/6182204?hl=en |
|--|------------------------------------------------------|

# Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

## Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

## Connect to other devices

### Android

| Claim | Public Documentation |
|-------|----------------------|
|       | As another example, Android devices have a local access network modem that can connect to tethered devices by Wi-Fi, Bluetooth, or USB as explained by Google's website https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi:<br><br>## Share a mobile connection by hotspot or tethering on Android<br><br>You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering.<br><br>Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB.<br><br>**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.<br><br>**Important:** Some of these steps work only on Android 9 and up. Learn how to check your Android version. |

| Claim | Public Documentation |
|---|---|
| | **Choose how to tether**<br><br>Tether by Wi-Fi ⌃<br><br>1. Swipe down from the top of the screen.<br>2. Touch and hold Hotspot ⊚.<br>3. Turn on **Wi-Fi hotspot**.<br><br>**Tip:** To find or change your hotspot name or password, tap it. You may need to first tap **Set up Wi-Fi hotspot**.<br><br>Tether by Bluetooth ⌃<br><br>1. Pair your phone with the other device.<br>2. Set up the other device's network connection with Bluetooth.<br>3. On your phone, swipe down from the top of the screen.<br>4. Touch and hold Hotspot ⊚.<br>5. Turn on **Bluetooth tethering**.<br><br>Tether by USB cable ⌃<br><br>**Important:** Mac computers can't tether with Android by USB.<br><br>1. Connect your phone to the other device with a USB cable. A notification shows at the top of the screen.<br>2. On your phone, swipe down from the top of the screen.<br>3. Touch and hold Hotspot ⊚.<br>4. Turn on **USB tethering**. |

| Claim | Public Documentation |
|-------|---------------------|
|       | "Share a mobile connection by hotspot or tethering on Android": https://support.google.com/android/answer/9059108 <br><br> ## Share a mobile connection by hotspot or tethering on Android <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering. <br><br> Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version. <br><br> ### Turn on your hotspot <br> 1. Swipe down from the top of the screen. <br> 2. Tap Hotspot ⊛. <br>    • If you don't find Hotspot ⊛, at the bottom left, tap Edit ✏ and drag Hotspot ⊛ into your Quick Settings. <br><br> **Connect another device to your phone's hotspot** |

| Claim | Public Documentation |
|-------|----------------------|
|       | "Share a mobile connection by tethering or hotspot on Pixel": https://support.google.com/pixelphone/answer/2812516 <br><br> ## Share a mobile connection by tethering or hotspot on Pixel <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. <br><br> • Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app. <br> • All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications. <br> • Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version. <br><br> ### Tether by Wi-Fi hotspot |

| Claim | Public Documentation |
|-------|---------------------|
| | AOSP includes wifi hotspot capability. https://source.android.com/docs/core/connect/wifi-softap<br><br>AOSP › Docs › Core Topics    Was this helpful? 👍 👎<br><br>**Wi-Fi hotspot (Soft AP)** 🔖 ▾<br><br>Android provides support for Wi-Fi hotspot (Soft AP) including tethering through a Wi-Fi hotspot and local-only Wi-Fi hotspots.<br><br>The soft AP feature allows for the configuration of the following:<br><br>• SSID and BSSID<br>• Security type (including WPA3)<br>• Hidden SSID<br>• Operating band and channel (including ACS)<br>• Maximum number of allowed clients<br>• Autoshutdown timeout value<br>• Allowlist and blocklist to allow user control of associated devices<br>• Level of MAC randomization for the AP BSSID<br>• 802.11ax and 802.11be<br><br>Device capabilities determine the availability of these controls. Android 11 introduces APIs to obtain these capabilities. Device manufacturers can also specify base device capabilities using overlays.<br><br>Note that some of the APIs are system APIs and are restricted through permissions so that only the system's Settings app can access them. |

For further example, Google Chromebooks are first end point devices used as wi-fi hotspots. https://support.google.com/chromebook/answer/14784029?hl=en

### Use your Chromebook as a Wi-Fi hotspot

You can use your Chromebook as a Wi-Fi hotspot to connect other devices to the Internet.

#### What you need

To turn on hotspot, your Chromebook must:

- Have cellular capability
- Be equipped with a supported Wi-Fi chipset and supported modem firmware and ensure your device is hotspot enabled
- Have a mobile data plan with tethering subscription

**Tips:**

- Not all mobile providers support this feature.
- VPN doesn't affect the data sent from a mobile provider to a customer.

#### Set up your Chromebook hotspot

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," select **Hotspot**.
4. On the right of "Hotspot name," select **Configure**.
5. Enter your preferred hotspot name and password.
   - Hotspot name should not be empty and not exceed 32 characters.
6. Select **Save**.

#### Turn on or off your Chromebook hotspot

**Important:** If your hotspot is turned on, the connected devices use your mobile data and it reduces Chromebook's battery percentage.

To turn on or off your Chromebook hotspot:

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," turn on or off **Hotspot**.

**Tips:**

- If you previously turned a hotspot on, you can find the hotspot setting in your Quick Settings.
- If you find the Hotspot option but can't turn it on or off, your device may not support the hotspot function.
- If your device is connected to the mobile network but the Hotspot option isn't visible in the settings page, your device hardware can't support this feature.
   - If a mobile network is connected but Hotspot option isn't available, your device hardware doesn't support the Hotspot feature.

#### Manage your hotspot

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," select **Hotspot**.
4. To update the hotspot name, select **Configure**.
5. You can also:
   - Turn off hotspot automatically.
   - [...] ber of devices connected.
   - [...] Wi-Fi to extend compatibility. If not, ChromeOS prefers the 5GHz band if it's

Screenshot

| Claim | Public Documentation |
|---|---|
|  | By way of example, Android automotive OS enables automakers to connect mobile devices to their vehicles. https://developer.android.com/training/cars/platforms/automotive-os <br><br> **Frequently asked questions** <br><br> Which vehicles come with Google built-in? 🔗 <br><br> See the Cars with Google built-in site for a list of OEMs that have models with Google built-in. Hardware specifications and other device details can be obtained using the Play Console's Device Catalog. |

| Claim | Public Documentation |
|---|---|
| | https://9to5google.com/2024/05/17/rivians-software-is-based-on-android-automotive-google-says/#:~:text=Yes%2C%20Rivian%20uses%20Android%20Automotive,software%20and%20built%2Din%20apps.  Google's Android Automotive software has been adopted by many carmakers for the EV era, but it tends to vary between different brands. This week Google and Rivian confirmed to *9to5Google* that the EV-maker uses Android Automotive as the base of its software experience, something that was previously not known. Rivian's operating system powers the software experience on the Rivian R1T and R1S, and will also power the upcoming R2 and R3. The platform is specific to the company's vehicles and controls virtually of the features in the EVs. However, it's Android at its core. Google this week confirmed to *9to5Google* that Rivian is using Android Automotive as the "base OS" for its software. Rivian has never officially confirmed this detail, though many have suspected this is the case. |

| Claim | Public Documentation |
|-------|---------------------|
|       | https://riviantrackr.com/news/rivian-offers-free-wi-fi-hotspot-for-owners-during-socal-wildfires/<br><br>**Rivian Offers Free Wi-Fi Hotspot for Owners During SoCal Wildfires**<br><br>🕐 01/17/2025  -  ✍ JOSE CASTILLO<br><br>https://support.google.com/googlepixelwatch/answer/12651780?hl=en<br><br>For example, phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems are additional end point devices with which the first end point device is configured to communicate over the network. Further, Google IoT and M2M machines require a tethering capable android phone or tablet in order to activate the devices. |

| Claim | Public Documentation |
|-------|---------------------|
|  | https://support.google.com/googlenest/answer/7029485?hl=en&co=GENIE.Platform%3DAndroid<br><br>**Set up your Google Nest or Home speaker or display**<br><br>The Google Home app 🏠 guides you through the steps to set up your Google Nest or Home speaker or display.<br><br>If you want to set up another device, you can find additional instructions below:<br>• Set up smart devices in the Google Home or Nest app<br>• Connect third-party smart home devices in the Google Home app<br><br>[ Click here for the guided setup tool ]<br><br>Android    iPhone & iPad<br><br>**What you need to get started**<br>• A Google Nest or Home speaker or display.<br>• Latest version of the Google Home app 🏠.<br>• A Google Account. ⁇<br>• An Android phone or tablet that:<br>  • Has Android 9.0 or later.<br>  • Works with 2.4 GHz and 5 GHz Wi-Fi network (a WPA-2 Enterprise network won't work).<br>  • Has Bluetooth turned on. Learn how to turn on Bluetooth on Android devices.<br>  • Is connected to the same Wi-Fi network you want to connect your Google Nest or Home speaker or display to.<br>• An Internet connection and secure wireless network.<br><br>**Get started with your speaker or display**<br>**Tip:** Keep your mobile device close to your speaker or display throughout the setup process.<br>1. Plug in your Nest speaker or display.<br>  • If the device has been used before, factory reset your speaker or display before you continue.<br>2. On your phone or tablet, open the Google Home app 🏠.<br>  • If you haven't set up a home, Tap Add ⊕ › Home 🏠 to set up.<br>3. From the Home tab, tap Add ➕ › Device ⊕ › Search for device 🔍.<br>  • **Nest Hub 2nd gen:** From the Home tab, tap Add ➕ › Device ⊕ › Scan QR code ⌘.<br>4. Choose the home you want to add your device to and tap **Next**.<br>  • To add a device to a new home, tap **Add home** and complete the steps to create a new home.<br>5. Follow the in-app steps.<br><br>If the app can't find your device, go to Can't find Google smart speaker or display in the Google Home app.<br><br>**Finish setting up your Nest speaker or display**<br>After you connect your Nest speaker or display to Wi-Fi, follow the in-app steps to customize your device. You can choose to opt in to features such as:<br><br>https://support.google.com/googlepixelwatch/answer/12651780?hl=en |

| Claim | Public Documentation |
|-------|----------------------|
|       |  |

| Claim | Public Documentation |
|---|---|
| [1c] a forwarding agent configured to forward the data between the access network modem and the local area network modem according to an access network forwarding policy to implement a network access forwarding service, the forwarding agent including a policy implementation agent configured to forward the data in the first end point device's communications stack, and a firewall agent configured to pass or redirect the data to one or more specific access network routing paths according to the access network forwarding policy; and | The Accused Instrumentalities include a forwarding agent to forward data between the 3G or 4G modem to the Wi-Fi, Bluetooth, or USB according to an access network forwarding policy to implement a network access forwarding service (often referred to as a "tethering," "hotspot," or "sharing" service).<br><br>The Accused Instrumentalities comprise a communication stack of data (such as data from the internet and/or data from a tethered device) to be forwarded between the 3G/4G modem to the Wi-Fi/Bluetooth/USB modem. The forwarding agent includes a policy implementation agent configured to forward this data from the communication stack.<br><br>The forwarding agent includes a firewall agent configured to pass or redirect data according to the access network forwarding policy. For data forwarded from the 3G/4G modem, this includes passing or redirecting data to one of the Wi-Fi, Bluetooth, or USB modem. For data forwarded in the other direction, this includes passing or redirecting data to the 3G or 4G modem and out to the network.<br><br>For example,<br><br>See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US: |

| Claim | Public Documentation |
|-------|---------------------|
| | **Connectivity and Location** Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO<br><br>Bluetooth® v5.3 with antenna diversity for enhanced quality and connection<br><br>NFC<br><br>Google Cast<br><br>Dual Band GNSS<br>GPS, GLONASS, Galileo<br><br>**Network**[35] 5G + Sub 6GHz Model GXQ96 [36]<br><br>GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br><br>UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19<br><br>LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71<br><br>5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78 [37]<br><br>eSIM<br><br>https://store.google.com/product/pixel_tablet_specs?hl=en-US: |

| Claim | Public Documentation |
|-------|---------------------|

**Connectivity and location**    ⌃

Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band
(2.4 GHz, 5.0 GHz)

Bluetooth v5.2

Ultra-Wideband chip for accurate ranging

Google Cast

https://store.google.com/product/pixel_watch_3_specs?hl=en-US:

| **Connectivity** | **41mm** | **45mm** |
|------------------|----------|----------|
| | 4G LTE and UMTS[5] | 4G LTE and UMTS[5] |
| | Bluetooth® 5.3 | Bluetooth® 5.3 |
| | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz |
| | NFC | NFC |
| | Ultra-Wideband[6] | Ultra-Wideband[6] |

https://support.google.com/chromebook/answer/10963534?hl=en: Pixels include cellular modems for LTE/5G (LTE satisfies the "4G" requirement) and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs ): https://store.google.com/product/pixel_9_specs

| | https://fi.google.com/about/, facts&rd=1 | https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-band- |
|---|---|---|

| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⧉ .<br><br>- Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |
| --- | --- |

Learn more about other charges & terms with Google Fi Terms of Service ⧉ .

## Performance

|  | **2G** | **3G** | **4G** | **5G** |
| --- | --- | --- | --- | --- |
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⧉ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

| Claim | Public Documentation |
|-------|---------------------|
|       |                     |

| | https://support.google.com/fi/answer/6182204?hl=en |
|---|---|

# Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

## Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

## Connect to other devices

### Android

| Claim | Public Documentation |
|-------|---------------------|
|       | As another example, Android devices have a local access network modem that can connect to tethered devices by Wi-Fi, Bluetooth, or USB as explained by Google's website https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi: <br><br> ## Share a mobile connection by hotspot or tethering on Android <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering. <br><br> Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9 and up. Learn how to check your Android version. |

| Claim | Public Documentation |
|-------|---------------------|
|       | **Choose how to tether** |

Under Public Documentation:

## Choose how to tether

**Tether by Wi-Fi** ⌃

1. Swipe down from the top of the screen.
2. Touch and hold Hotspot ⑩.
3. Turn on **Wi-Fi hotspot**.

**Tip:** To find or change your hotspot name or password, tap it. You may need to first tap **Set up Wi-Fi hotspot**.

**Tether by Bluetooth** ⌃

1. Pair your phone with the other device.
2. Set up the other device's network connection with Bluetooth.
3. On your phone, swipe down from the top of the screen.
4. Touch and hold Hotspot ⑩.
5. Turn on **Bluetooth tethering**.

**Tether by USB cable** ⌃

**Important:** Mac computers can't tether with Android by USB.

1. Connect your phone to the other device with a USB cable. A notification shows at the top of the screen.
2. On your phone, swipe down from the top of the screen.
3. Touch and hold Hotspot ⑩.
4. Turn on **USB tethering**.

| Claim | Public Documentation |
|-------|---------------------|
| | "Share a mobile connection by hotspot or tethering on Android": https://support.google.com/android/answer/9059108 <br><br> ## Share a mobile connection by hotspot or tethering on Android <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering. <br><br> Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version. <br><br> ### Turn on your hotspot <br> 1. Swipe down from the top of the screen. <br> 2. Tap Hotspot. <br>     • If you don't find Hotspot, at the bottom left, tap Edit and drag Hotspot into your Quick Settings. <br><br> **Connect another device to your phone's hotspot** |

| Claim | Public Documentation |
|-------|---------------------|
|  | "Share a mobile connection by tethering or hotspot on Pixel": https://support.google.com/pixelphone/answer/2812516 <br><br> ## Share a mobile connection by tethering or hotspot on Pixel <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. <br><br> • Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app. <br> • All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications. <br> • Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version. <br><br> ### Tether by Wi-Fi hotspot |

| Claim | Public Documentation |
|---|---|
| | AOSP includes wifi hotspot capability. https://source.android.com/docs/core/connect/wifi-softap <br><br> AOSP › Docs › Core Topics         Was this helpful? 👍 👎 <br><br> **Wi-Fi hotspot (Soft AP)** 🔖 ▾ <br><br> Android provides support for Wi-Fi hotspot (Soft AP) including tethering through a Wi-Fi hotspot and local-only Wi-Fi hotspots. <br><br> The soft AP feature allows for the configuration of the following: <br><br> • SSID and BSSID <br> • Security type (including WPA3) <br> • Hidden SSID <br> • Operating band and channel (including ACS) <br> • Maximum number of allowed clients <br> • Autoshutdown timeout value <br> • Allowlist and blocklist to allow user control of associated devices <br> • Level of MAC randomization for the AP BSSID <br> • 8O2.11ax and 8O2.11be <br><br> Device capabilities determine the availability of these controls. Android 11 introduces APIs to obtain these capabilities. Device manufacturers can also specify base device capabilities using overlays. <br><br> Note that some of the APIs are system APIs and are restricted through permissions so that only the system's Settings app can access them. <br><br><br> ; *see also* https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi: <br><br> The access network forwarding policy may specify other information such as whether tethering is allowed, a connection speed for tethering, and data limits on tethering. |

| | • AOSP – Tethering module: https://source.android.com/docs/core/ota/modular-system/tethering |
|---|---|

## Overview

The Tethering module shares an Android device's internet connection with other connected client devices, which can connect to tethering devices over Wi-Fi, USB, Bluetooth, or Ethernet. This module includes the tethering component (USB, Wi-Fi access point, Bluetooth, etc.) and its dependencies (interaction with tethering entitlement, `IpServer`, and `offloadController`). This module is updatable, meaning it can receive updates to functionality outside of the normal Android release cycle.

The Tethering module enables OEMs throughout the Android ecosystem to use a single, standard reference implementation that brings the following benefits.

- End users get a consistent experience across Android devices and fixes to interoperability issues through module updates.

- OEMs can fulfill carrier requirements while also reducing costs for individual customizations (as they don't need different implementations of the same requirements in different ways).

## Split tunneling

To support split tunneling use cases, a new API is added to Android 13 to specify exclude routes.

Split tunneling refers to the configuration where certain traffic goes through the VPN while other traffic does not. A common example is where an organization wants general web surfing, bandwidth-heavy (for example, YouTube, Netflix) or latency-sensitive applications (for example, Office 365) to bypass the VPN. Before split tunneling was available, `VpnService.Builder` allowed the VPN client to indicate that only some subnets should be routed to it (**include** routes). With split tunneling, you have the ability to specify the inverse: to route all traffic to the VPN, except for specific subnets (**exclude** routes).

The signature of the new split tunneling API is:

```
public Builder excludeRoute(@NonNull IpPrefix prefix)
```

## CrossDevice

CrossDevice, introduced in Android 13, aims to provide cross-device communication technologies using standard protocols. It provides APIs and features for device discovery, authenticated connection, and other cross-device experiences.

| Claim | Public Documentation |
|-------|---------------------|
|  | •      AOSP     –     Tethering     data:     https://source.android.com/docs/core/data/tethering-data<br><br># Tethering data 🔖 ▾<br><br>Tethering involves forwarding of traffic from one network interface to another using `iptables` forwarding framework periodically records tethering statistics between any interface pairs returned by `ConnectivityService.getTetheredIfacePairs()`. |

| | • AOSP – Tethering offload: https://source.android.com/docs/core/data/tethering-offload |
|---|---|

# Tethering hardware offload  🔖 ▾

Tethering offload enables devices to save power and improve performance by offloading the tethering traffic (over USB, Wi-Fi) to the hardware. The tethering traffic is offloaded by providing a direct path between the modem and the peripherals, bypassing the app processor.

## Specifications

Starting in Android 8.1, devices can use tethering offload to offload IPv4, IPv6, or IPv4+IPv6 forwarding to the hardware.

The offload feature doesn't need to offload all packets. The framework is capable of handling any packet in software. Control packets are typically processed in software. Because IPv4 ports are shared between tethered traffic and device traffic, IPv4 session setup/teardown packets (for example, SYN/SYN+ACK, FIN) must be processed in software so the kernel can construct the flow state. The framework provides the control plane and state machines. It also provides the hardware with information on upstream and downstream interfaces/prefixes.

For IPv4, the hardware allows IPv4 network address translation (NAT) session setup packets to reach the CPU. The kernel creates NAT entries, and the HAL implementation observes the entries from the framework-provided file descriptors and handles these flows in hardware. This means the HAL implementation doesn't require `CAP_NET_*` because the HAL gets opened `NF_NETLINK_CONNTRACK` sockets from the framework. Periodically, the hardware sends NAT state updates for currently active flows to the framework, which refreshes the corresponding kernel connection tracking state entries.

For IPv6, the framework programs a list of IPv6 destination prefixes to which traffic must not be offloaded. All other tethered packets can be offloaded.

For data usage accounting, `NetworkStatsService` data usage polls causes the framework to request traffic stats from hardware. The framework also communicates data usage limits to the hardware via the HAL.

## Hardware requirements

To implement tethering offload, your hardware must be capable of forwarding IP packets between the modem and Wi-Fi/USB without sending the traffic through the main processor.

| Claim | Public Documentation |
|-------|---------------------|
|       |                     |

| | |
|---|---|
| [1d] a service processor configured to: | The Accused Instrumentalities include "a service processor."<br><br><br>https://store.google.com/category/phones<br><br> |



| Claim | Public Documentation |
|---|---|
| |  |

| [1d1] detect an event associated with the access network forwarding service; | In the Accused Instrumentalities, the service processor is configured to detect an event associated with the access network forwarding service. |
|---|---|
| | Example events include users requesting to perform tethering and/or attempting to enable tethering. Other example events include detecting that users request/attempt to perform tethering and/or cellular data activity when a user lacks a subscription with Google that allows tethering and/or cellular data. |
| | For example, phones detect when a user attempts to enable tethering without a SIM card or Google Fi subscription plan: |

| | User      enables      hotspot/tethering: https://support.google.com/pixelphone/answer/2812516 |
|---|---|

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

**Use the Settings app**

Step 1: Turn on your phone's hotspot                                         ⌄

Step 2: Connect another device to your phone's hotspot                       ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications              ⌄

Step 2: Set up tethering using notifications                                 ⌄

Step 3: Tether using notifications                                           ⌄

### Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

### Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.

| | In AOSP, tethering has "interaction with tethering entitlement" before activation: https://source.android.com/docs/core/ota/modular-system/tethering |
|---|---|

## Overview

The Tethering module shares an Android device's internet connection with other connected client devices, which can connect to tethering devices over Wi-Fi, USB, Bluetooth, or Ethernet. This module includes the tethering component (USB, Wi-Fi access point, Bluetooth, etc.) and its dependencies (interaction with tethering entitlement, `IpServer`, and `offloadController`). This module is updatable, meaning it can receive updates to functionality outside of the normal Android release cycle.

The Tethering module enables OEMs throughout the Android ecosystem to use a single, standard reference implementation that brings the following benefits.

- End users get a consistent experience across Android devices and fixes to interoperability issues through module updates.
- OEMs can fulfill carrier requirements while also reducing costs for individual customizations (as they don't need different implementations of the same requirements in different ways).

## Split tunneling

To support split tunneling use cases, a new API is added to Android 13 to specify exclude routes.

Split tunneling refers to the configuration where certain traffic goes through the VPN while other traffic does not. A common example is where an organization wants general web surfing, bandwidth-heavy (for example, YouTube, Netflix) or latency-sensitive applications (for example, Office 365) to bypass the VPN. Before split tunneling was available, `VpnService.Builder` allowed the VPN client to indicate that only some subnets should be routed to it (**include** routes). With split tunneling, you have the ability to specify the inverse: to route all traffic to the VPN, except for specific subnets (**exclude** routes).

The signature of the new split tunneling API is:

```
public Builder excludeRoute(@NonNull IpPrefix prefix)
```

## CrossDevice

CrossDevice, introduced in Android 13, aims to provide cross-device communication technologies using standard protocols. It provides APIs and features for device discovery, authenticated connection, and other cross-device experiences.

### CrossDevice motivation

- Tighter collaboration with OEM partners. OEMs can integrate their own account key system with CrossDevice implementation instead of needing to use Google's solution.
- More visible implementation of the protocol. The CrossDevice module is open source, providing more visibility into the implementation details and better privacy story for CrossDevice technologies implementation.

### CrossDevice module boundary

| | | |
|---|---|---|
| CrossDevice APIs | In | `packages/modules/CrossDevice/framework` |
| | | • `NearbyManager` |
| | | • `AccountProviderBase` |
| CrossDevice Services | In | `packages/modules/CrossDevice/service` |
| | | • `NearbyService` - scanning API |

### CrossDevice package format

| Claim | Public Documentation |
|---|---|
| [1d2] present a notification message to a user of the first end point device in response to the event, the notification message including an offer to activate the access network forwarding service; | In the Accused Instrumentalities, the service processor is configured to present a notification message to the user of the first end point device in response to the event.<br><br>For example, Android devices present a notification message to a user, the notification message including an offer to activate the access network with on-device Hotspot prompts and configuration UI: https://support.google.com/pixelphone/answer/2812516 |

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

#### Use the Settings app

Step 1: Turn on your phone's hotspot                                          ⌄

Step 2: Connect another device to your phone's hotspot                        ⌄

#### Use notifications

Step 1: Check that your devices can tether using notifications                ⌄

Step 2: Set up tethering using notifications                                  ⌄

Step 3: Tether using notifications                                           ⌄

### Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

### Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.

Step 2: Connect another device to your phone's hotspot                       ⌄

#### Use notifications

Step 1: Check that your devices can tether using notifications               ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications                                 ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications                                          ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

### Tether by Bluetooth

| Claim | Public Documentation |
|---|---|
| | https://support.google.com/fi/answer/6182204?hl=en<br><br>## Tether or create a Wi-Fi hotspot<br><br>With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.<br><br>You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.<br><br>### Learn about charges for Wi-Fi hotspots & tethering<br><br>We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.<br><br>• **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.<br>• **Unlimited Standard:** 25 GB of high-speed hotspot tethering.<br>• **Unlimited Essentials:** Tethering not available in Unlimited Essentials.<br>• **Unlimited Premium:** 50 GB of high-speed hotspot tethering.<br>• **Google Fi trial:** We include tethering in your trial.<br><br>**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life. |

| Claim | Public Documentation |
|---|---|
|  |  |
| [1d3] receive a user response for activating the access network forwarding service; | In the Accused Instrumentalities, the service processor receives a user response to activate the access network forwarding service .<br><br>*See, e.g.,* : https://support.google.com/pixelphone/answer/2812516 |

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

#### Use the Settings app

Step 1: Turn on your phone's hotspot                                         ⌄

Step 2: Connect another device to your phone's hotspot                       ⌄

#### Use notifications

Step 1: Check that your devices can tether using notifications               ⌄

Step 2: Set up tethering using notifications                                 ⌄

Step 3: Tether using notifications                                           ⌄

### Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** ⟩ **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

### Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** ⟩ **Hotspot & tethering**.

Step 2: Connect another device to your phone's hotspot                       ⌄

#### Use notifications

Step 1: Check that your devices can tether using notifications               ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications                                 ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** ⟩ **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** ⟩ **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications                                           ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** ⟩ **Instant Tethering** ⟩ your phone ⟩ **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

### Tether by Bluetooth

Another example of a user response includes a user selection of a data plan that includes hotspot data.

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

| | https://support.google.com/pixelphone/answer/2812516#zippy=%2Cstep-tether-using-notifications |
|---|---|

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

**Use the Settings app**

Step 1: Turn on your phone's hotspot ⌄

Step 2: Connect another device to your phone's hotspot ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications ⌄

Step 2: Set up tethering using notifications ⌄

Step 3: Tether using notifications ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

| Claim | Public Documentation |
|---|---|
| [1d4] provide information regarding the user response to an activation server as part of enabling the access network forwarding service for the first end point device; | In the Accused Instrumentalities, the service processor is configured to provide information regarding the user response to a Google activation server as part of enabling the access network forwarding service for the first end point device.  For example, the provided information includes the type of data plan or hotspot/tethering plan selected by the user. Other |

| | information may include personal information about the end-user and billing arrangements. This information is used to enable data service and tethering on the first end point device as part of a data subscription plan with Google.<br><br>For example, in Android devices, the service processor provides information about the user subscribing to a data plan with personal hotspot capabilities.  For example, the information may include whether the user has purchased hotspot access.<br><br>https://source.android.com/docs/core/connect/ims-service-entitlement |
|---|---|



| Claim | Public Documentation |
|-------|---------------------|
| | https://support.google.com/fi/answer/6182204?hl=en<br><br>## Tether or create a Wi-Fi hotspot<br><br>With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.<br><br>You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.<br><br>## Learn about charges for Wi-Fi hotspots & tethering<br><br>We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.<br><br>• **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.<br>• **Unlimited Standard:** 25 GB of high-speed hotspot tethering.<br>• **Unlimited Essentials:** Tethering not available in Unlimited Essentials.<br>• **Unlimited Premium:** 50 GB of high-speed hotspot tethering.<br>• **Google Fi trial:** We include tethering in your trial.<br><br>**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.<br><br>https://source.android.com/docs/core/connect/carrier |

# Carrier configuration ⬚ ▾

Android 6.0 and higher include a capability for privileged apps to provide carrier-specific configuration to the platform. This functionality, based on the UICC Carrier Privileges introduced in Android 5.1 (Lollipop MR1), allows carrier configuration to be moved away from the static configuration overlays and gives carriers and OEMs the ability to dynamically provide carrier configuration to the platform through a defined interface.

A properly signed carrier app can either be preloaded in the system image, installed automatically, or manually installed through an app store. The app is queried by the platform to provide configuration for settings including:

- Roaming/nonroaming networks
- Visual voicemail
- SMS/MMS network settings
- VoLTE/IMS configurations

> ★ **Note:** This app must be signed with the certificate that has a matching signature to one on the SIM. See How is privilege granted to a carrier app for details.

The determination of what values to return is entirely up to the carrier app and can be dynamic based on detailed information passed to the app through the platform.

The key benefits of this approach are:

- **Dynamic configuration** - Support for concepts like non-MCCMNC derived configuration, for example, mobile virtual network operators (MVNOs) or customer opt in to extra services.
- **Support for devices sold through any channel** - For example, an open market phone can be automatically configured with the right settings by downloading an app from an app store.
- **Security** - Privilege to provide this configuration is given only to apps signed by the carrier.
- **Defined API** - Previously this configuration was stored mostly in internal XML overlays within the framework and not through a public API. The carrier config API in Android 6.0 is public and well defined.

## How it works

### Load the config

The carrier configuration supplied by this feature is a set of key-value pairs that change various telephony-related behaviors in the platform.

The set of values for a particular device is determined by querying the following components in order:

1. The carrier app (this is optional, but it's the recommended location for additional configuration beyond what exists in the Android Open Source Project (AOSP))
2. The platform config app bundled with the system image
3. Default values, hardcoded into the framework (equivalent to the behavior prior to Android 6.0)

The Tethering module shares an Android device's internet connection with other connected client devices, which can connect to tethering devices over Wi-Fi, USB, Bluetooth, or Ethernet. This module includes the tethering component (USB, Wi-Fi access point, Bluetooth, etc.) and its dependencies (interaction with tethering entitlement, `IpServer`, and `offloadController`). This module is updatable, meaning it can receive updates to functionality outside of the normal Android release cycle.

The Tethering module enables OEMs throughout the Android ecosystem to use a single, standard reference implementation that brings the following benefits.

- End users get a consistent experience across Android devices and fixes to interoperability issues through module updates.

- OEMs can fulfill carrier requirements while also reducing costs for individual customizations (as they don't need different implementations of the same requirements in different ways).

## Split tunneling

To support split tunneling use cases, a new API is added to Android 13 to specify exclude routes.

Split tunneling refers to the configuration where certain traffic goes through the VPN while other traffic does not. A common example is where an organization wants general web surfing, bandwidth-heavy (for example, YouTube, Netflix) or latency-sensitive applications (for example, Office 365) to bypass the VPN. Before split tunneling was available, `VpnService.Builder` allowed the VPN client to indicate that only some subnets should be routed to it (**include** routes). With split tunneling, you have the ability to specify the inverse: to route all traffic to the VPN, except for specific subnets (**exclude** routes).

The signature of the new split tunneling API is:

```
public Builder excludeRoute(@NonNull IpPrefix prefix)
```

## CrossDevice

CrossDevice, introduced in Android 13, aims to provide cross-device communication technologies using standard protocols. It provides APIs and features for device discovery, authenticated connection, and other cross-device experiences.

### CrossDevice motivation

- Tighter collaboration with OEM partners. OEMs can integrate their own account key system with CrossDevice implementation instead of needing to use Google's solution.

- More visible implementation of the protocol. The CrossDevice module is open source, providing more visibility into the implementation details and better privacy story for CrossDevice technologies implementation.

### CrossDevice module boundary

| CrossDevice APIs | In `packages/modules/CrossDevice/framework` |
| --- | --- |
| | • `NearbyManager` |
| | • `AccountProviderBase` |
| CrossDevice Services | In `packages/modules/CrossDevice/service` |
| | • `NearbyService` - scanning API |

### CrossDevice package format

The main function of this module is included in an APEX package. The resources are packaged in an APK.

https://source.android.com/docs/core/ota/modular-system/tethering

## Module boundary

For Android 12 and higher, all the files/folders under `packages/modules/Connectivity` are in the Tethering module scope.

For Android 11 and lower, the Tethering module has the following Android 10 files in `packages/modules/Tethering`.

- `frameworks/base/services/core/java/com/android/server/connectivity/Tethering.java`
- `frameworks/base/services/core/java/com/android/server/connectivity/tethering/`
- `frameworks/base/services/core/java/com/android/server/NetworkManagementService.java`
- `frameworks/base/services/net/java/android/net/ip/{InterfaceController,IpServer,RouterAdvertisementDaemon}.java`
- `frameworks/base/services/net/java/android/net/{netlink,dhcp}/*`
- `frameworks/base/services/net/java/android/net/util/{InterfaceSet,InterfaceParams,NetdService,PrefixUtils,SharedLog,VersionedBroadcastListener}.java`
- `frameworks/base/core/java/android/net/{ITetheringEventCallback,ITetheringStatsProvider}.aidl`
- `frameworks/base/core/java/android/net/{NetworkUtils,util/IpUtils}.java`
- `frameworks/base/core/java/com/android/internal/util/{BitUtils,IndentingPrintWriter,State,StateMachine}.java`
- `frameworks/base/core/java/com/android/server/connectivity/MockableSystemProperties.java`
- `frameworks/base/core/java/android/os/INetworkManagementService.aidl`
- `frameworks/base/core/java/android/bluetooth/BluetoothPan.java`
- `frameworks/base/services/core/jni/com_android_server_connectivity_tethering_OffloadHardwareInterface.cpp`
- `packages/apps/Settings/src/com/android/settings/wifi/tether/TetherService.java`
- `packages/apps/Settings/src/com/android/settings/network/TetherProvisioningActivity.java`

## Module format

The Tethering module (`com.android.tethering`) is in APEX format and is available for devices running Android 11 or higher.

## Include ConnectivityService

From Android 12, the `ConnectivityService` code that implements the central component of L3+ connectivity is added to the Tethering APEX. The scope of Tethering expands into a Connectivity

| Claim | Public Documentation |
|---|---|
| | |
| [1d5] receive a service profile including one or more access network forwarding settings from the activation server, the one or more access network forwarding settings including one or more restriction settings on the access network forwarding service, the one or more access network forwarding settings identifying which access network route or traffic redirection is to be used by the forwarding agent when attempting to forward traffic | In the Accused Instrumentalities, the service processor is configured to receive a service profile including one or more access network forwarding settings from the activation server. Discovery will show that these network forwarding settings identify at least one access network route or traffic redirection to be used in the network when forwarding traffic between the one or more additional endpoints and Google's access network. Discovery will alternatively show that these network forwarding settings identify at least one of the Bluetooth, Wi-Fi, or USB routes.<br><br>For example, the received restriction settings on the access network forwarding service include restrictions on data usage, such as allowing certain data amounts at premium speeds and then at lower speeds, based on subscription level, with these threshold amounts changing over time.<br><br>https://support.google.com/fi/answer/6182204?hl=en |

| Claim | Public Documentation |
|---|---|
| between the one or more additional end point devices and the access network; and | ## Tether or create a Wi-Fi hotspot<br><br>With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.<br><br>You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.<br><br>### Learn about charges for Wi-Fi hotspots & tethering<br>We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.<br><br>• **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.<br>• **Unlimited Standard:** 25 GB of high-speed hotspot tethering.<br>• **Unlimited Essentials:** Tethering not available in Unlimited Essentials.<br>• **Unlimited Premium:** 50 GB of high-speed hotspot tethering.<br>• **Google Fi trial:** We include tethering in your trial.<br><br>**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.<br><br>https://source.android.com/docs/core/connect/carrier |

# Carrier configuration 🔖 ▾

Android 6.0 and higher include a capability for privileged apps to provide carrier-specific configuration to the platform. This functionality, based on the UICC Carrier Privileges introduced in Android 5.1 (Lollipop MR1), allows carrier configuration to be moved away from the static configuration overlays and gives carriers and OEMs the ability to dynamically provide carrier configuration to the platform through a defined interface.

A properly signed carrier app can either be preloaded in the system image, installed automatically, or manually installed through an app store. The app is queried by the platform to provide configuration for settings including:

- Roaming/nonroaming networks
- Visual voicemail
- SMS/MMS network settings
- VoLTE/IMS configurations

> ★ **Note:** This app must be signed with the certificate that has a matching signature to one on the SIM. See How is privilege granted to a carrier app for details.

The determination of what values to return is entirely up to the carrier app and can be dynamic based on detailed information passed to the app through the platform.

The key benefits of this approach are:

- **Dynamic configuration** - Support for concepts like non-MCCMNC derived configuration, for example, mobile virtual network operators (MVNOs) or customer opt in to extra services.
- **Support for devices sold through any channel** - For example, an open market phone can be automatically configured with the right settings by downloading an app from an app store.
- **Security** - Privilege to provide this configuration is given only to apps signed by the carrier.
- **Defined API** - Previously this configuration was stored mostly in internal XML overlays within the framework and not through a public API. The carrier config API in Android 6.0 is public and well defined.

## How it works

### Load the config

The carrier configuration supplied by this feature is a set of key-value pairs that change various telephony-related behaviors in the platform.

The set of values for a particular device is determined by querying the following components in order:

1. The carrier app (this is optional, but it's the recommended location for additional configuration beyond what exists in the Android Open Source Project (AOSP))
2. The platform config app bundled with the system image
3. Default values, hardcoded into the framework (equivalent to the behavior prior to Android 6.0)

| | ; | https://fi.google.com/about/plans |
|---|---|---|

Unlimited plans          **Pay-by-the-GB**

Most popular

## Unlimited Premium

Maximum perks & global connectivity

**$110** for 2

$55 each

**Select this plan**

- 📶 100 GB of high-speed data*
- ⌚ Full connectivity for select smartwatches
- 📶 50 GB of high-speed hotspot tethering[1]
- 💳 Data included in Canada and Mexico
- 🌐 International data in 200+ destinations[2]
- ▭ Connectivity for tablets and laptops[3]
- ▶ 6 months of YouTube Premium on us[4]
- 1 100 GB of storage with Google One

## Unlimited Standard

Hotspot tethering for your devices

**$80** for 2

$40 each

**Select this plan**

- 📶 50 GB of high-speed data*
- ⌚ Full connectivity for select smartwatches
- 📶 25 GB of high-speed hotspot tethering[1]
- 💳 Data included in Canada and Mexico
- ↗ See full plan details

New plan

## Unlimited E

Our most afford

**$60** for 2

$30 each

Select this p

- 📶 30 GB of hig
- ⌚ Full connecti smartwatche
- ↗ See full plan

| Claim | Public Documentation |
|---|---|
| | AOSP > Docs > Core Topics<br><br>Was this helpful? 👍 👎<br><br>## Wi-Fi hotspot (Soft AP) 🔖 ▾<br><br>Android provides support for Wi-Fi hotspot (Soft AP) including tethering through a Wi-Fi hotspot and local-only Wi-Fi hotspots.<br><br>The soft AP feature allows for the configuration of the following:<br><br>• SSID and BSSID<br>• Security type (including WPA3)<br>• Hidden SSID<br>• Operating band and channel (including ACS)<br>• Maximum number of allowed clients<br>• Autoshutdown timeout value<br>• Allowlist and blocklist to allow user control of associated devices<br>• Level of MAC randomization for the AP BSSID<br>• 802.11ax and 802.11be<br><br>Device capabilities determine the availability of these controls. Android 11 introduces APIs to obtain these capabilities. Device manufacturers can also specify base device capabilities using overlays.<br><br>Note that some of the APIs are system APIs and are restricted through permissions so that only the system's Settings app can access them.<br><br>https://source.android.com/docs/core/connect/wifi-softap |
| [1d6]   update the access   network forwarding policy with one or more access network   forwarding settings to enable the forwarding agent to forward the data. | The Accused Instrumentalities update the access network forwarding policy with one or more access network forwarding settings to enable the agent to forward the data.<br><br>For example, the Accused Instrumentalities update the access network forwarding policy with one or more access network forwarding settings to enable the forwarding agent to forward the data, such as allowing set amounts of data at premium speeds then throttling to lower speeds based on user subscription. https://support.google.com/fi/answer/6182204?hl=en |

| Claim | Public Documentation |
|-------|----------------------|
|       | ## Tether or create a Wi-Fi hotspot<br><br>With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.<br><br>You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.<br><br>### Learn about charges for Wi-Fi hotspots & tethering<br><br>We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.<br><br>• **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.<br>• **Unlimited Standard:** 25 GB of high-speed hotspot tethering.<br>• **Unlimited Essentials:** Tethering not available in Unlimited Essentials.<br>• **Unlimited Premium:** 50 GB of high-speed hotspot tethering.<br>• **Google Fi trial:** We include tethering in your trial.<br><br>**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.<br><br>https://source.android.com/docs/core/connect/carrier |

# Carrier configuration 🔖 ▾

Android 6.0 and higher include a capability for privileged apps to provide carrier-specific configuration to the platform. This functionality, based on the UICC Carrier Privileges introduced in Android 5.1 (Lollipop MR1), allows carrier configuration to be moved away from the static configuration overlays and gives carriers and OEMs the ability to dynamically provide carrier configuration to the platform through a defined interface.

A properly signed carrier app can either be preloaded in the system image, installed automatically, or manually installed through an app store. The app is queried by the platform to provide configuration for settings including:

- Roaming/nonroaming networks
- Visual voicemail
- SMS/MMS network settings
- VoLTE/IMS configurations

> ★ **Note:** This app must be signed with the certificate that has a matching signature to one on the SIM. See How is privilege granted to a carrier app for details.

The determination of what values to return is entirely up to the carrier app and can be dynamic based on detailed information passed to the app through the platform.

The key benefits of this approach are:

- **Dynamic configuration** - Support for concepts like non-MCCMNC derived configuration, for example, mobile virtual network operators (MVNOs) or customer opt in to extra services.
- **Support for devices sold through any channel** - For example, an open market phone can be automatically configured with the right settings by downloading an app from an app store.
- **Security** - Privilege to provide this configuration is given only to apps signed by the carrier.
- **Defined API** - Previously this configuration was stored mostly in internal XML overlays within the framework and not through a public API. The carrier config API in Android 6.0 is public and well defined.

## How it works

### Load the config

The carrier configuration supplied by this feature is a set of key-value pairs that change various telephony-related behaviors in the platform.

The set of values for a particular device is determined by querying the following components in order:

1. The carrier app (this is optional, but it's the recommended location for additional configuration beyond what exists in the Android Open Source Project (AOSP))
2. The platform config app bundled with the system image
3. Default values, hardcoded into the framework (equivalent to the behavior prior to Android 6.0)

| Claim | Public Documentation |
|---|---|



https://source.android.com/docs/core/connect/wifi-softap

| Claim | Public Documentation |
|---|---|
| | AOSP › Docs › Core Topics                Was this helpful? 👍 👎<br><br>**Wi-Fi hotspot (Soft AP)** 🔖 ▾<br><br>Android provides support for Wi-Fi hotspot (Soft AP) including tethering through a Wi-Fi hotspot and local-only Wi-Fi hotspots.<br><br>The soft AP feature allows for the configuration of the following:<br><br>• SSID and BSSID<br>• Security type (including WPA3)<br>• Hidden SSID<br>• Operating band and channel (including ACS)<br>• Maximum number of allowed clients<br>• Autoshutdown timeout value<br>• Allowlist and blocklist to allow user control of associated devices<br>• Level of MAC randomization for the AP BSSID<br>• 802.11ax and 802.11be<br><br>Device capabilities determine the availability of these controls. Android 11 introduces APIs to obtain these capabilities. Device manufacturers can also specify base device capabilities using overlays.<br><br>Note that some of the APIs are system APIs and are restricted through permissions so that only the system's Settings app can access them.<br><br>As another example, the service process in the Accused Instrumentalities update the access network forwarding policy with one or more access network forwarding settings by updating a selected Bluetooth, Wi-Fi, or USB path to enable the forwarding agent to forward the data. |