# Exhibit 5

**Exhibit 05 - U.S. Patent No. 8,631,102 ("'102 Patent")**

Accused Instrumentalities: Google Fi wireless service (including mobile phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems) including Fi network elements and client-side logic including Fi app and Fi configuration on Android, Google Pixel smartphones running Android used on Google Fi, and other smartphones and other wireless end user devices used on the Google Fi network.

Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] An end-user device, comprising: | Google sells and uses end-user devices described by Google's websites below.<br><br>*See e.g.,* https://store.google.com/category/phones?hl=en-US:<br><br><br><br>*See also, e.g.,* https://store.google.com/category/watches_trackers?hl=en-US; tps://www.google.com/chromebook/; https://built-in.google.com/cars/<br><br>*See also, e.g.,* https://fi.google.com/about/phones?srsltid=AfmBOoroIdnAGg1hvoXlfV2IId95upwcqyyuwRjHiWD86MvpmR0wT8SX: |

| Claim | Public Documentation |
|-------|----------------------|
| |  |

https://support.google.com/fi/answer/6224695?hl=en:

https://support.google.com/fi/answer/6330195?hl=en:

| Claim | Public Documentation |
|---|---|
| | ## Add tablets and laptops to your Google Fi plan

**Important:** Google Fi supports data-only eSIM for tablets and laptops.

To use your cellular-enabled tablet, laptop, or other compatible device with a data-only SIM at no charge:

1. Sign up for Google Fi ⧉ .
2. Activate your phone.

You can use data-only SIMs with a Flexible plan or Unlimited Premium plan. You can't add a data-only SIM with an Unlimited Standard or Unlimited Essentials plan.

https://support.google.com/fi/answer/12812644:

## Use your Google Pixel or Samsung Galaxy Watch with Google Fi

When you use a Google Pixel Watch first generation and newer or Samsung Galaxy Watch5 and newer with Google Fi, you can make phone calls, send messages, and use data.

https://www.google.com/chromebook/shop-chromebooks/?modal-id=lenovo-chromebook-plus-14-10-pdp-modal |

| Claim | Public Documentation |
|-------|----------------------|
| | New<br><br>**Lenovo Chromebook Plus 14**<br><br>The most advanced Chromebook Plus yet.<br><br>Configurations<br><br>MediaTek Kompanio Ultra CPU, 16 GB RAM, 256 GB storage<br><br>A Google Pixel phone is a first end user device. Google sells/activates Pixel phones on Google Fi (MVNO), documents hotspot functionality for those devices, and supports additional devices on its network.<br>Pixel help states "Share a mobile connection by tethering or hotspot on Pixel." https://support.google.com/pixelphone/answer/2812516 .<br>Google Fi Help states "Tether or create a Wi-Fi hotspot (Fi)." Notes sharing connection with up to 10 devices. https://support.google.com/fi/answer/6182204 .<br>Google Fi sells phones. https://fi.google.com/about/phones/<br><br>Google Fi overview (mobile service for phones): https://fi.google.com/about/ |

https://fi.google.com/about/phones

https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV







For further example, Google Chromebooks are first end point devices used as wi-fi hotspots.
https://support.google.com/chromebook/answer/14784029?hl=en

| Claim | Public Documentation |
|-------|---------------------|
|  | **Use your Chromebook as a Wi-Fi hotspot**<br>You can use your Chromebook as a Wi-Fi hotspot to connect other devices to the Internet.<br><br>**What you need**<br>To turn on hotspot, your Chromebook must:<br>• Have cellular capability<br>• Be equipped with a supported Wi-Fi chipset and supported modem firmware and ensure your device is hotspot enabled<br>• Have a mobile data plan with tethering subscription<br>**Tips:**<br>• Not all mobile providers support this feature.<br>• VPN doesn't affect the data sent from a mobile provider to a customer.<br><br>**Set up your Chromebook hotspot**<br>1. At the bottom right, select the time.<br>2. Select Settings ⊙.<br>3. Under "Network," select **Hotspot**.<br>4. On the right of "Hotspot name," select **Configure**.<br>5. Enter your preferred hotspot name and password.<br>  • Hotspot name should not be empty and not exceed 32 characters.<br>6. Select **Save**.<br><br>**Turn on or off your Chromebook hotspot**<br>**Important:** If your hotspot is turned on, the connected devices use your mobile data and it reduces Chromebook's battery percentage.<br><br>To turn on or off your Chromebook hotspot:<br>1. At the bottom right, select the time.<br>2. Select Settings ⊙.<br>3. Under "Network," turn on or off **Hotspot**.<br>**Tips:**<br>• If you previously turned a hotspot on, you can find the hotspot setting in your Quick Settings.<br>• If you find the Hotspot option but can't turn it on or off, your device may not support the hotspot function.<br>• If your device is connected to the mobile network but the Hotspot option isn't visible in the settings page, your device hardware can't support this feature.<br>  • If a mobile network is connected but Hotspot option isn't available, your device hardware doesn't support the Hotspot feature.<br><br>**Manage your hotspot**<br>1. At the bottom right, select the time.<br>2. Select Settings ⊙.<br>3. Under "Network," select **Hotspot**.<br>4. To update the hotspot name, select **Configure**.<br>5. You can also:<br>  • Turn off hotspot automatically.<br>  [Screenshot] ...ber of devices connected.<br>  ...Wi-Fi to extend compatibility. If not, ChromeOS prefers the 5GHz band if it's |

| Claim | Public Documentation |
|-------|---------------------|
|       | By way of example, Android automotive OS enables automakers to connect mobile devices to their vehicles. https://developer.android.com/training/cars/platforms/automotive-os <br><br> **Frequently asked questions** <br><br> Which vehicles come with Google built-in? 🔗 <br><br> See the Cars with Google built-in site for a list of OEMs that have models with Google built-in. Hardware specifications and other device details can be obtained using the Play Console's Device Catalog. |

| Claim | Public Documentation |
|-------|---------------------|
| | https://9to5google.com/2024/05/17/rivians-software-is-based-on-android-automotive-google-says/#:~:text=Yes%2C%20Rivian%20uses%20Android%20Automotive,software%20and%20built%2Din%20apps. <br><br>  <br><br> Google's Android Automotive software has been adopted by many carmakers for the EV era, but it tends to vary between different brands. This week Google and Rivian confirmed to *9to5Google* that the EV-maker uses Android Automotive as the base of its software experience, something that was previously not known. <br><br> Rivian's operating system powers the software experience on the Rivian R1T and R1S, and will also power the upcoming R2 and R3. The platform is specific to the company's vehicles and controls virtually of the features in the EVs. <br><br> However, it's Android at its core. <br><br> Google this week confirmed to *9to5Google* that Rivian is using Android Automotive as the "base OS" for its software. Rivian has never officially confirmed this detail, though many have suspected this is the case. |

| Claim | Public Documentation |
|-------|----------------------|
|       | https://riviantrackr.com/news/rivian-offers-free-wi-fi-hotspot-for-owners-during-socal-wildfires/ <br><br> **Rivian Offers Free Wi-Fi Hotspot for Owners During SoCal Wildfires** <br><br> 01/17/2025  -  JOSE CASTILLO <br><br> https://support.google.com/googlepixelwatch/answer/12651780?hl=en |

| Claim | Public Documentation |
|-------|---------------------|
|       | Further, Google IoT and M2M machines require a tethering capable android phone or tablet in order to activate the devices. https://support.google.com/googlenest/answer/7029485?hl=en&co=GENIE.Platform%3DAndroid  https://support.google.com/googlepixelwatch/answer/12651780?hl=en |

| Claim | Public Documentation |
|-------|----------------------|
|       |  |

| Claim | Public Documentation |
|---|---|
| [1a] one or more modems for assisting the end-user device in communicating with a network system over a wireless access network, the network system comprising one or more network elements, and | The Accused Instrumentalities comprise one or more modems for assisting the end-user device in communicating with a network system over a wireless access network, the network system comprising one or more network elements. See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US: <br><br> **Connectivity and Location** <br> Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO <br> Bluetooth® v5.3 with antenna diversity for enhanced quality and connection <br> NFC <br> Google Cast <br> Dual Band GNSS <br> GPS, GLONASS, Galileo <br><br> **Network**[36] <br> 5G + Sub 6GHz Model GXQ96[36] <br> GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz) <br> UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19 <br> LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71 <br> 5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78[37] <br> eSIM <br><br> https://store.google.com/product/pixel_tablet_specs?hl=en-US: |

| Claim | Public Documentation |
|---|---|
| | **Connectivity and location** ⌃<br><br>Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band (2.4 GHz, 5.0 GHz)<br><br>Bluetooth v5.2<br><br>Ultra-Wideband chip for accurate ranging<br><br>Google Cast<br><br>https://store.google.com/product/pixel_watch_3_specs?hl=en-US:<br><br>**Connectivity**<br><br>41mm<br>4G LTE and UMTS[5]<br>Bluetooth® 5.3<br>Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz<br>NFC<br>Ultra-Wideband[6]<br><br>45mm<br>4G LTE and UMTS[5]<br>Bluetooth® 5.3<br>Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz<br>NFC<br>Ultra-Wideband[6]<br><br>https://support.google.com/chromebook/answer/10963534?hl=en.<br><br>Pixels include cellular modems for LTE/5G and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs : https://store.google.com/product/pixel_9_specs https://fi.google.com/about/, https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-facts&rd=1 ; |

| | |
|---|---|
| | The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161-2513259130&p=broadband- |

| | |
|---|---|
| | – Government taxes and fees, and other provider surcharges may also apply |
| | – Learn more about Google Fi Subscription Information ⌞ |
| One-time fees | None |
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | – Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⌞ . |
| | – Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⌞ .

## Performance

| | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⌞ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

| | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to |

facts&rd=1

| Claim | Public Documentation |
|---|---|
|  |  |
| [1b] [the one or more modems for] assisting the end-user device in communicating with one or more other devices over a wireless local-area network, a personal-area network, a near-field network, or a combination of these | The Accused Instrumentalities use the one or more modems for assisting (e.g., by modulating and demodulating signals) the end-user device in communicating with other "tethered" devices (such as a laptop or tablet) over a wireless Wi-Fi local area network, a USB personal-area network, a Bluetooth near-field network, or a combination of these.<br><br>See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US: |

| Claim | Public Documentation |
|---|---|
| | **Connectivity and Location**<br><br>Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO<br><br>Bluetooth® v5.3 with antenna diversity for enhanced quality and connection<br><br>NFC<br><br>Google Cast<br><br>Dual Band GNSS<br>GPS, GLONASS, Galileo<br><br>**Network**[35]<br><br>5G + Sub 6GHz Model GXQ96[36]<br><br>GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)<br><br>UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19<br><br>LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71<br><br>5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78[37]<br><br>eSIM<br><br>https://store.google.com/product/pixel_tablet_specs?hl=en-US: |

| Claim | Public Documentation |
|-------|----------------------|
| | **Connectivity and location** ∧ <br><br> Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band (2.4 GHz, 5.0 GHz) <br><br> Bluetooth v5.2 <br><br> Ultra-Wideband chip for accurate ranging <br><br> Google Cast <br><br> https://store.google.com/product/pixel_watch_3_specs?hl=en-US: <br><br> **Connectivity** <br><br><table><tr><td></td><td>**41mm**</td><td>**45mm**</td></tr><tr><td></td><td>4G LTE and UMTS [5]</td><td>4G LTE and UMTS [5]</td></tr><tr><td></td><td>Bluetooth® 5.3</td><td>Bluetooth® 5.3</td></tr><tr><td></td><td>Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz</td><td>Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz</td></tr><tr><td></td><td>NFC</td><td>NFC</td></tr><tr><td></td><td>Ultra-Wideband [6]</td><td>Ultra-Wideband [6]</td></tr></table> <br><br> https://support.google.com/chromebook/answer/10963534?hl=en. <br><br> Pixels include cellular modems for LTE/5G (LTE satisfies the "4G" requirement) and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs ): https://store.google.com/product/pixel_9_specs |

| | https://fi.google.com/about/, facts&rd=1 | https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband- |
|---|---|---|

| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⧉ . |
| | - Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⧉ .

## Performance

|  | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⧉ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

| Claim | Public Documentation |
|-------|----------------------|
|       |                      |

| | https://support.google.com/fi/answer/6182204?hl=en |
|---|---|
| | |

# Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

## Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

## Connect to other devices

### Android

| Claim | Public Documentation |
|-------|---------------------|
|  | As another example, Android devices have a local access network modem that can connect to tethered devices by Wi-Fi, Bluetooth, or USB as explained by Google's website https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi: <br><br> ## Share a mobile connection by hotspot or tethering on Android <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering. <br><br> Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9 and up. Learn how to check your Android version. |

| Claim | Public Documentation |
|-------|---------------------|
|  |  |

| Claim | Public Documentation |
|---|---|
| | "Share a mobile connection by hotspot or tethering on Android": https://support.google.com/android/answer/9059108 <br><br> ## Share a mobile connection by hotspot or tethering on Android <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering. <br><br> Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version. <br><br> ### Turn on your hotspot <br><br> 1. Swipe down from the top of the screen. <br> 2. Tap Hotspot 🔘. <br> • If you don't find Hotspot 🔘, at the bottom left, tap Edit ✏️ and drag Hotspot 🔘 into your Quick Settings. <br><br> **Connect another device to your phone's hotspot** |

| Claim | Public Documentation |
|-------|---------------------|
| | "Share a mobile connection by tethering or hotspot on Pixel": https://support.google.com/pixelphone/answer/2812516 <br><br> ## Share a mobile connection by tethering or hotspot on Pixel <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. <br><br> • Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app. <br> • All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications. <br> • Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version. <br><br> ## Tether by Wi-Fi hotspot |

| Claim | Public Documentation |
|-------|---------------------|
| | AOSP includes wifi hotspot capability. https://source.android.com/docs/core/connect/wifi-softap <br><br> AOSP › Docs › Core Topics     Was this helpful? 👍 👎 <br><br> ## Wi-Fi hotspot (Soft AP) 🔖 ▾ <br><br> Android provides support for Wi-Fi hotspot (Soft AP) including tethering through a Wi-Fi hotspot and local-only Wi-Fi hotspots. <br><br> The soft AP feature allows for the configuration of the following: <br><br> • SSID and BSSID <br> • Security type (including WPA3) <br> • Hidden SSID <br> • Operating band and channel (including ACS) <br> • Maximum number of allowed clients <br> • Autoshutdown timeout value <br> • Allowlist and blocklist to allow user control of associated devices <br> • Level of MAC randomization for the AP BSSID <br> • 802.11ax and 802.11be <br><br> Device capabilities determine the availability of these controls. Android 11 introduces APIs to obtain these capabilities. Device manufacturers can also specify base device capabilities using overlays. <br><br> Note that some of the APIs are system APIs and are restricted through permissions so that only the system's Settings app can access them. <br><br><br><br> As another example, Android devices include one or more modems for assisting the end-user device in communicating with other "tethered" devices (such a laptop or tablet) over a wireless Wi-Fi local area network, a USB personal-area network, a Bluetooth near-field network, or a combination of these, as explained by Google's website https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi: |

| Claim | Public Documentation |
|-------|---------------------|
|       | ## Share a mobile connection by hotspot or tethering on Android<br><br>You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering.<br><br>Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB.<br><br>**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.<br><br>**Important:** Some of these steps work only on Android 9 and up. Learn how to check your Android version.<br><br>… |

| Claim | Public Documentation |
|-------|---------------------|
|       |  |

| Claim | Public Documentation |
|---|---|
| [1c] memory configured to store a plurality of service policy settings, the plurality of service policy settings including a first service policy setting for authorizing the end-user device to provide a forwarding service to the one or more other devices, the forwarding service for forwarding traffic between the one or more other devices and the network system; | The Accused Instrumentalities comprise "memory configured to store a plurality of service policy settings, the plurality of service policy settings including a first service policy setting for authorizing the end-user device to provide a forwarding service to the one or more other devices, the forwarding service for forwarding traffic between the one or more other devices and the network system." <br><br> One or both of these memories are configured to store a plurality of service policy settings, the plurality of service policy settings including a first service policy setting for authorizing the end-user device to provide a forwarding service (tethering) to the one or more other devices, the forwarding service for forwarding traffic between the one or more other devices and the network system. <br><br> The plurality of service policy settings includes a plurality of settings related to the tethering service that forwards traffic between the tethered devices and Google's network. Example carrier-specific service policy settings include whether or not tethering is authorized under a user's subscription plan, the data rate for tethering, the data limit such as in gigabytes per month for high-speed tethering, and the type of network (3G, 4G, 5G) to be used for tethering. Wifi tethering may be disabled also because certain other communications controls are active, such as Samsung's "Data Saver" mode. <br> See, e.g., https://store.google.com/category/phones?hl=en-US: <br><br> ## Pixel. The only phone engineered by Google. <br><br> Pixel 9a   Pixel 9 Pro and Pro XL   Pixel 9 Pro Fold   Pixel 9   Pixel 8 Pro   Pixel 8   Pixel 8a   Compare Phones <br><br> *See also, e.g.,* https://store.google.com/category/watches_trackers?hl=en-US; tps://www.google.com/chromebook/; https://built-in.google/cars/ |

| Claim | Public Documentation |
|-------|---------------------|
| | *See also, e.g.,* https://fi.google.com/about/phones?srsltid=AfmBOoroIdnAGg1hvoXlfV2IId95upwcqyyuwRjHiWD86MvpmR0wT8SX:<br><br> |

| Claim | Public Documentation |
|---|---|
| | https://support.google.com/fi/answer/6330195?hl=en: <br><br> ## Add tablets and laptops to your Google Fi plan <br><br> **Important:** Google Fi supports data-only eSIM for tablets and laptops. <br><br> To use your cellular-enabled tablet, laptop, or other compatible device with a data-only SIM at no charge: <br><br> 1. Sign up for Google Fi ☑ . <br> 2. Activate your phone. <br><br> You can use data-only SIMs with a Flexible plan or Unlimited Premium plan. You can't add a data-only SIM with an Unlimited Standard or Unlimited Essentials plan. <br><br> https://support.google.com/fi/answer/12812644: <br><br> ## Use your Google Pixel or Samsung Galaxy Watch with Google Fi <br><br> When you use a Google Pixel Watch first generation and newer or Samsung Galaxy Watch5 and newer with Google Fi, you can make phone calls, send messages, and use data. <br><br> https://www.google.com/chromebook/shop-chromebooks/?modal-id=lenovo-chromebook-plus-14-10-pdp-modal |

| Claim | Public Documentation |
|-------|---------------------|
|       |  https://store.google.com/product/pixel_9a_specs?hl=en-US: |

| Claim | Public Documentation |
|---|---|
| | ## Memory and storage<br><br>8 GB RAM<br><br>128 GB [10]<br><br>256 GB [11]<br><br><br>https://store.google.com/product/pixel_tablet_specs?hl=en-US:<br>https://store.google.com/product/pixel_watch_3_specs?hl=en-US: |

For further example, Google Chromebooks are first end point devices used as wi-fi hotspots.
https://support.google.com/chromebook/answer/14784029?hl=en

## Use your Chromebook as a Wi-Fi hotspot

You can use your Chromebook as a Wi-Fi hotspot to connect other devices to the Internet.

### What you need

To turn on hotspot, your Chromebook must:

- Have cellular capability
- Be equipped with a supported Wi-Fi chipset and supported modem firmware and ensure your device is hotspot enabled
- Have a mobile data plan with tethering subscription

**Tips:**

- Not all mobile providers support this feature.
- VPN doesn't affect the data sent from a mobile provider to a customer.

### Set up your Chromebook hotspot

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," select **Hotspot**.
4. On the right of "Hotspot name," select **Configure**.
5. Enter your preferred hotspot name and password.
   - Hotspot name should not be empty and not exceed 32 characters.
6. Select **Save**.

### Turn on or off your Chromebook hotspot

**Important:** If your hotspot is turned on, the connected devices use your mobile data and it reduces Chromebook's battery percentage.

To turn on or off your Chromebook hotspot:

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," turn on or off **Hotspot**.

**Tips:**

- If you previously turned a hotspot on, you can find the hotspot setting in your Quick Settings.
- If you find the Hotspot option but can't turn it on or off, your device may not support the hotspot function.
- If your device is connected to the mobile network but the Hotspot option isn't visible in the settings page, your device hardware can't support this feature.
   - If a mobile network is connected but Hotspot option isn't available, your device hardware doesn't support the Hotspot feature.

### Manage your hotspot

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," select **Hotspot**.
4. To update the hotspot name, select **Configure**.
5. You can also:
   - Turn off hotspot automatically.
   - [ber of devices connected.]
   - [Wi-Fi to extend compatibility. If not, ChromeOS prefers the 5GHz band if it's]

Screenshot

| Claim | Public Documentation |
|-------|---------------------|
|       | By way of example, Android automotive OS enables automakers to connect mobile devices to their vehicles. https://developer.android.com/training/cars/platforms/automotive-os<br><br>**Frequently asked questions**<br><br>Which vehicles come with Google built-in? 🔗<br><br>See the Cars with Google built-in site for a list of OEMs that have models with Google built-in. Hardware specifications and other device details can be obtained using the Play Console's Device Catalog. |

| Claim | Public Documentation |
|-------|---------------------|
|       | https://9to5google.com/2024/05/17/rivians-software-is-based-on-android-automotive-google-says/#:~:text=Yes%2C%20Rivian%20uses%20Android%20Automotive,software%20and%20built%2Din%20apps.  Google's Android Automotive software has been adopted by many carmakers for the EV era, but it tends to vary between different brands. This week Google and Rivian confirmed to *9to5Google* that the EV-maker uses Android Automotive as the base of its software experience, something that was previously not known. Rivian's operating system powers the software experience on the Rivian R1T and R1S, and will also power the upcoming R2 and R3. The platform is specific to the company's vehicles and controls virtually of the features in the EVs. However, it's Android at its core. Google this week confirmed to *9to5Google* that Rivian is using Android Automotive as the "base OS" for its software. Rivian has never officially confirmed this detail, though many have suspected this is the case. |

| Claim | Public Documentation |
|-------|---------------------|
|       | https://riviantrackr.com/news/rivian-offers-free-wi-fi-hotspot-for-owners-during-socal-wildfires/<br><br>**Rivian Offers Free Wi-Fi Hotspot for Owners During SoCal Wildfires**<br><br>🕐 01/17/2025 - 🔗 JOSE CASTILLO<br><br>https://support.google.com/googlepixelwatch/answer/12651780?hl=en<br><br>For example, phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems are all additional devices with which the first end user device is configured to communicate over the network. |

| Claim | Public Documentation |
|-------|----------------------|
|       | Further, Google IoT and M2M machines require a tethering capable android phone or tablet in order to activate the devices. https://support.google.com/googlenest/answer/7029485?hl=en&co=GENIE.Platform%3DAndroid <br><br> **Set up your Google Nest or Home speaker or display** <br> The Google Home app ⌂ guides you through the steps to set up your Google Nest or Home speaker or display. <br> If you want to set up another device, you can find additional instructions below: <br> • Set up smart devices in the Google Home or Nest app <br> • Connect third-party smart home devices in the Google Home app <br> **Click here for the guided setup tool** <br> Android    iPhone & iPad <br><br> **What you need to get started** <br> • A Google Nest or Home speaker or display. <br> • Latest version of the Google Home app ⌂. <br> • A Google Account. <br> • An Android phone or tablet that: <br>   • Has Android 9.0 or later. <br>   • Works with 2.4 GHz and 5 GHz Wi-Fi network (a WPA-2 Enterprise network won't work). <br>   • Has Bluetooth turned on. Learn how to turn on Bluetooth on Android devices. <br>   • Is connected to the same Wi-Fi network you want to connect your Google Nest or Home speaker or display to. <br> • An Internet connection and secure wireless network. <br><br> **Get started with your speaker or display** <br> **Tip:** Keep your mobile device close to your speaker or display throughout the setup process. <br> 1. Plug in your Nest speaker or display. <br>   • If the device has been used before, factory reset your speaker or display before you continue. <br> 2. On your phone or tablet, open the Google Home app ⌂. <br>   • If you haven't set up a home, Tap Add + › Home ⌂ to set one up. <br> 3. From the Home tab, tap Add + › Device ⊕ › Search for device ⌕. <br>   • **Nest Hub 2nd gen:** From the Home tab, tap Add + › Device ⊕ › Scan QR code ⌗. <br> 4. Choose the home you want to add your device to and tap **Next**. <br>   • To add a device to a new home, tap **Add home** and complete the steps to create a new home. <br> 5. Follow the in-app steps. <br> If the app can't find your device, go to Can't find Google smart speaker or display in the Google Home app. <br><br> **Finish setting up your Nest speaker or display** <br> After you connect your Nest speaker or display to Wi-Fi, follow the in-app steps to customize your device. You can choose to opt in to features such as: <br><br> https://support.google.com/googlepixelwatch/answer/12651780?hl=en |

| Claim | Public Documentation |
|-------|----------------------|
|       |  |

| [1d] a user interface; and | The Accused Instrumentalities display a user interface through a screen, monitor, or touchscreen. For example, the picture below shows an example user interface for enabling or disabling the forwarding service on a Pixel device. https://www.youtube.com/watch?v=2pHeme8QZlA  (Google Help Youtube channel) |
|---|---|



As another example, Android devices have a local access network modem that can connect to tethered devices by Wi-Fi, Bluetooth, or USB as explained by Google's website

| Claim | Public Documentation |
|---|---|
| | https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi: <br><br> ## Share a mobile connection by hotspot or tethering on Android <br><br> You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot. Some phones can share Wi-Fi connection by tethering. <br><br> Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB. <br><br> **Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier. <br><br> **Important:** Some of these steps work only on Android 9 and up. Learn how to check your Android version. |

| Claim | Public Documentation |
|-------|---------------------|
| | **Choose how to tether**<br><br>**Tether by Wi-Fi** ⌃<br><br>   1. Swipe down from the top of the screen.<br>   2. Touch and hold Hotspot ⓐ.<br>   3. Turn on **Wi-Fi hotspot**.<br><br>   **Tip:** To find or change your hotspot name or password, tap it. You may<br>   need to first tap **Set up Wi-Fi hotspot**.<br><br>**Tether by Bluetooth** ⌃<br><br>   1. Pair your phone with the other device.<br>   2. Set up the other device's network connection with Bluetooth.<br>   3. On your phone, swipe down from the top of the screen.<br>   4. Touch and hold Hotspot ⓐ.<br>   5. Turn on **Bluetooth tethering**.<br><br>**Tether by USB cable** ⌃<br><br>   **Important:** Mac computers can't tether with Android by USB.<br><br>   1. Connect your phone to the other device with a USB cable. A<br>   notification shows at the top of the screen.<br>   2. On your phone, swipe down from the top of the screen.<br>   3. Touch and hold Hotspot ⓐ.<br>   4. Turn on **USB tethering**. |
| [1e] one or more processors configured to execute one or more instructions that, | The Accused Instrumentalities include one or more processors configured to execute one or more instructions that, when executed by the one or more processors, cause the programs to perform the subsequent claim elements. |

| when executed by the one or more processors, cause the one or more processors to: | For example, Google Pixel devices operate on a Google Tensor G4 Processor with Titan M2 security coprocessor.<br><br>https://store.google.com/category/phones<br><br><br><br>Further, Google offers numerous other cell phones for sale, and Google Fi operates with more compatible devices on its network.<br>https://fi.google.com/about/phones<br><br>https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV |





For example, one such compatible phone, the Apple iPhone 16 has an A18 six-core CPU, five-core GPU, sixteen-core Neural Engine architecture-based application processor. *See* https://www.apple.com/iphone-16/specs

| Claim | Public Documentation |
|---|---|
| |  |
| [1e1] at least assist to obtain configuration information from the one or more network elements, the configuration information instructing the one or more processors to modify or to allow modification of the first service policy setting, | In the Accused Instrumentalities, the one or more processors are configured to at least assist to obtain configuration information from the one or more network elements, the configuration information instructing the one or more processors to modify or to allow modification of the first service policy setting. Configuration information is obtained from Google's server(s) and through Google's network equipment. This configuration information is delivered to the Accused Instrumentalities, for example, as part of a carrier update and/or in response to a subscriber account modification or user interface input.  The configuration information instructs the one or more processors to modify or allow modification of the first service policy setting. For example, the configuration instructs the one or more processors to update information regarding whether or not tethering is authorized at high speeds under a user's subscription plan, the data rate for tethering, the data limit such as in gigabytes per month, the type of network (2G, 3G, 4G, 5G) to be used for tethering, and the like.<br><br>: https://support.google.com/pixelphone/answer/2812516 |

# Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

## Tether by Wi-Fi hotspot

### Use the Settings app

Step 1: Turn on your phone's hotspot                                      ⌄

Step 2: Connect another device to your phone's hotspot                    ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications            ⌄

Step 2: Set up tethering using notifications                              ⌄

Step 3: Tether using notifications                                        ⌄

## Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

## Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.

Step 2: Connect another device to your phone's hotspot                    ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications            ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications                              ⌃

**Step 1: Sign in to the same Google Account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications                                        ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

## Tether by Bluetooth

| Claim | Public Documentation |
|---|---|
| | https://support.google.com/fi/answer/6182204?hl=en <br><br> ## Tether or create a Wi-Fi hotspot <br><br> With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet. <br><br> You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones. <br><br> ### Learn about charges for Wi-Fi hotspots & tethering <br><br> We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan. <br><br> • **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone. <br> • **Unlimited Standard:** 25 GB of high-speed hotspot tethering. <br> • **Unlimited Essentials:** Tethering not available in Unlimited Essentials. <br> • **Unlimited Premium:** 50 GB of high-speed hotspot tethering. <br> • **Google Fi trial:** We include tethering in your trial. <br><br> **Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life. |

| Claim | Public Documentation |
|---|---|
| | For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering |
| [1e2] at least assist to obtain, through the user interface, a user input associated with enabling or disabling the forwarding service, and | In the Accused Instrumentalities, the one or more processors are configured to assist to obtain, through the user interface, a user input associated with enabling or disabling the forwarding service.<br><br>For example, with smartphones, the one or more processors are configured to at least assist in obtaining, through the user interfaces shown below, the user inputs including opening the "Mobile Hotspot" menu and tapping "On." On this menu, the user selects one of Wi-Fi, Bluetooth, or USB tethering. These actions are associated with enabling or disabling the forwarding service. *See, e.g,*<br><br>https://support.google.com/pixelphone/answer/2812516 |

# Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

## Tether by Wi-Fi hotspot

### Use the Settings app

Step 1: Turn on your phone's hotspot ⌄

Step 2: Connect another device to your phone's hotspot ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications ⌄

Step 2: Set up tethering using notifications ⌄

Step 3: Tether using notifications ⌄

## Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

## Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.

---

Step 2: Connect another device to your phone's hotspot ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications ⌃

**Step 1: Sign in to the same Google Account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

## Tether by Bluetooth

| Claim | Public Documentation |
|-------|---------------------|
| | https://support.google.com/fi/answer/6182204?hl=en <br><br> ## Tether or create a Wi-Fi hotspot <br><br> With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet. <br><br> You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones. <br><br> ### Learn about charges for Wi-Fi hotspots & tethering <br><br> We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan. <br><br> • **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone. <br> • **Unlimited Standard:** 25 GB of high-speed hotspot tethering. <br> • **Unlimited Essentials:** Tethering not available in Unlimited Essentials. <br> • **Unlimited Premium:** 50 GB of high-speed hotspot tethering. <br> • **Google Fi trial:** We include tethering in your trial. <br><br> **Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life. |

| Claim | Public Documentation |
|-------|---------------------|
|       | For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering |

| Claim | Public Documentation |
|-------|---------------------|
| | ;    *see*    https://support.apple.com/HT204023    (similar    functionality    for    iPhone/iPad) <br><br> # How to set up a Personal Hotspot on your iPhone or iPad <br><br> A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network. <br><br> ## Set up Personal Hotspot <br><br> 1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot. <br> 2. Turn on Allow Others to Join. <br><br> If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan. <br><br> Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password. <br><br> ## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB <br><br> When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⟳. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model. <br><br> Use these steps to connect: |

### Wi-Fi

[Make sure the device you're connecting to has Personal Hotspot turned on](#). Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot to verify the Wi-Fi password and name of the phone. Stay on this screen until you've connected your other device to the Personal Hotspot.

On the device that you want to connect, go to Settings > Wi-Fi and look for your iPhone or iPad in the list. Then tap the Personal Hotspot to join. If asked, enter the password for your Personal Hotspot.

If other devices have joined your Personal Hotspot using Wi-Fi, you can use only cellular data to connect to the internet from the device providing the Personal Hotspot.

### Bluetooth

Personal Hotspot supports Bluetooth connections with Mac and third-party devices.

To make sure that your iPhone or iPad is discoverable, go to Settings > Bluetooth and stay on that screen. Then on your Mac, follow the [steps to connect a Bluetooth device](#).



| Claim | Public Documentation |
|-------|---------------------|
|  | **USB**<br><br>Make sure that you have either the Finder or the latest version of iTunes on your Mac. Then connect your iPhone or iPad to your computer with the USB cable that came with your device. If you see an alert that says "Trust This Computer?" tap Trust.<br><br>## Disconnect devices<br><br>To disconnect a device, turn off Personal Hotspot, or select another Wi-Fi or cellular connection on the device connected to the Personal Hotspot.<br><br>## Set or change your Wi-Fi password<br><br>You need to set a Wi-Fi password in order to set up a Personal Hotspot. To change the Wi-Fi password, go to Settings > Cellular > Personal Hotspot or Settings > Personal Hotspot, then tap the Wi-Fi password.\*<br><br>Choose a Wi-Fi password that's at least eight characters long and use ASCII characters. If you use non-ASCII characters, other devices will be unable to join your Personal Hotspot. Non-ASCII characters include characters in Japanese, Russian, Chinese, and other languages. ASCII characters include:<br><br>• All the letters in English, both lowercase and uppercase<br>• The digits 0 through 9<br>• Some punctuation marks<br><br>\* When you change your password, any connected devices will be disconnected.<br><br>## Learn more<br><br>• Certain apps and features that require a Wi-Fi connection might not work while using a Personal Hotspot. For example, you might not be able to make an iCloud backup or upload photos to iCloud Photo Library or Photo Stream.<br>• Get help with Personal Hotspot on your iOS and iPadOS devices. |

| Claim | Public Documentation |
|-------|---------------------|
|  | *See also* https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi:  |

| Claim | Public Documentation |
|---|---|
| [1e3] modify a second service policy setting of the plurality of service policy settings in accordance with the user input, the second service policy setting for at least assisting in enabling or disabling the forwarding service. | In the Accused instrumentalities, the one or more processors are configured to modify a second service policy setting of the plurality of service policy settings in accordance with the user input, the second service policy setting for at least assisting in enabling or disabling the forwarding service. Example second service policy settings include whether to forward data through a Wi-Fi, Bluetooth, or USB connection, and the like.<br><br>In Android devices, processors are configured to modify a second service policy setting of the plurality of service policy settings in accordance with the user input, the second service policy setting for at least assisting in presently enabling or disabling the forwarding service through a Wi-Fi, Bluetooth, or USB connection.<br><br>For example, with smartphones, the one or more processors are configured to at least assist in obtaining, through the user interfaces shown below, the user inputs including opening the "Mobile Hotspot" menu and tapping "On." On this menu, the user selects one of Wi-Fi, Bluetooth, or USB tethering. These actions are associated with enabling or disabling the forwarding service. *See, e.g.*, https://support.google.com/pixelphone/answer/2812516 |

# Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

## Tether by Wi-Fi hotspot

### Use the Settings app

Step 1: Turn on your phone's hotspot    ⌄

Step 2: Connect another device to your phone's hotspot    ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications    ⌄

Step 2: Set up tethering using notifications    ⌄

Step 3: Tether using notifications    ⌄

## Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

## Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.

Step 2: Connect another device to your phone's hotspot    ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications    ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications    ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications    ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

## Tether by Bluetooth

| Claim | Public Documentation |
|-------|----------------------|
|       | https://support.google.com/fi/answer/6182204?hl=en |

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

| Claim | Public Documentation |
|-------|---------------------|
| | For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering<br><br>AOSP › Docs › Core Topics    Was this helpful? 👍 👎<br><br>**Wi-Fi hotspot (Soft AP)** ▢ ▾<br><br>Android provides support for Wi-Fi hotspot (Soft AP) including tethering through a Wi-Fi hotspot and local-only Wi-Fi hotspots.<br><br>The soft AP feature allows for the configuration of the following:<br><br>• SSID and BSSID<br>• Security type (including WPA3)<br>• Hidden SSID<br>• Operating band and channel (including ACS)<br>• Maximum number of allowed clients<br>• Autoshutdown timeout value<br>• Allowlist and blocklist to allow user control of associated devices<br>• Level of MAC randomization for the AP BSSID<br>• 802.11ax and 802.11be<br><br>Device capabilities determine the availability of these controls. Android 11 introduces APIs to obtain these capabilities. Device manufacturers can also specify base device capabilities using overlays.<br><br>Note that some of the APIs are system APIs and are restricted through permissions so that only the system's Settings app can access them.<br><br>https://source.android.com/docs/core/connect/wifi-softap |

| | https://source.android.com/docs/core/ota/modular-system/tethering |

## Overview

The Tethering module shares an Android device's internet connection with other connected client devices, which can connect to tethering devices over Wi-Fi, USB, Bluetooth, or Ethernet. This module includes the tethering component (USB, Wi-Fi access point, Bluetooth, etc.) and its dependencies (interaction with tethering entitlement, `IpServer`, and `offloadController`). This module is updatable, meaning it can receive updates to functionality outside of the normal Android release cycle.

The Tethering module enables OEMs throughout the Android ecosystem to use a single, standard reference implementation that brings the following benefits.

- End users get a consistent experience across Android devices and fixes to interoperability issues through module updates.

- OEMs can fulfill carrier requirements while also reducing costs for individual customizations (as they don't need different implementations of the same requirements in different ways).

## Split tunneling

To support split tunneling use cases, a new API is added to Android 13 to specify exclude routes.

Split tunneling refers to the configuration where certain traffic goes through the VPN while other traffic does not. A common example is where an organization wants general web surfing, bandwidth-heavy (for example, YouTube, Netflix) or latency-sensitive applications (for example, Office 365) to bypass the VPN. Before split tunneling was available, `VpnService.Builder` allowed the VPN client to indicate that only some subnets should be routed to it (**include** routes). With split tunneling, you have the ability to specify the inverse: to route all traffic to the VPN, except for specific subnets (**exclude** routes).

The signature of the new split tunneling API is:

```
public Builder excludeRoute(@NonNull IpPrefix prefix)
```

## CrossDevice

CrossDevice, introduced in Android 13, aims to provide cross-device communication technologies using standard protocols. It provides APIs and features for device discovery, authenticated connection, and other cross-device experiences.

| Claim | Public Documentation |
|-------|---------------------|
|       | https://source.android.com/docs/core/data/tethering-data<br><br># Tethering data 🔖 ▾<br><br>Tethering involves forwarding of traffic from one network interface to another using `iptables` forwarding framework periodically records tethering statistics between any interface pairs returned by `ConnectivityService.getTetheredIfacePairs()`. |

|  | https://source.android.com/docs/core/data/tethering-offload |

# Tethering hardware offload 🔖 ▾

Tethering offload enables devices to save power and improve performance by offloading the tethering traffic (over USB, Wi-Fi) to the hardware. The tethering traffic is offloaded by providing a direct path between the modem and the peripherals, bypassing the app processor.

## Specifications

Starting in Android 8.1, devices can use tethering offload to offload IPv4, IPv6, or IPv4+IPv6 forwarding to the hardware.

The offload feature doesn't need to offload all packets. The framework is capable of handling any packet in software. Control packets are typically processed in software. Because IPv4 ports are shared between tethered traffic and device traffic, IPv4 session setup/teardown packets (for example, SYN/SYN+ACK, FIN) must be processed in software so the kernel can construct the flow state. The framework provides the control plane and state machines. It also provides the hardware with information on upstream and downstream interfaces/prefixes.

For IPv4, the hardware allows IPv4 network address translation (NAT) session setup packets to reach the CPU. The kernel creates NAT entries, and the HAL implementation observes the entries from the framework-provided file descriptors and handles these flows in hardware. This means the HAL implementation doesn't require `CAP_NET_*` because the HAL gets opened `NF_NETLINK_CONNTRACK` sockets from the framework. Periodically, the hardware sends NAT state updates for currently active flows to the framework, which refreshes the corresponding kernel connection tracking state entries.

For IPv6, the framework programs a list of IPv6 destination prefixes to which traffic must not be offloaded. All other tethered packets can be offloaded.

For data usage accounting, `NetworkStatsService` data usage polls causes the framework to request traffic stats from hardware. The framework also communicates data usage limits to the hardware via the HAL.

## Hardware requirements

To implement tethering offload, your hardware must be capable of forwarding IP packets between the modem and Wi-Fi/USB without sending the traffic through the main processor.

| Claim | Public Documentation |
|-------|---------------------|
|       | :                   |

| Claim | Public Documentation |
|-------|----------------------|
| | ;    *see*    https://support.apple.com/HT204023    (similar    functionality    for    iPhone/iPad) <br><br> ## How to set up a Personal Hotspot on your iPhone or iPad <br><br> A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network. <br><br> ### Set up Personal Hotspot <br><br> 1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot. <br> 2. Turn on Allow Others to Join. <br><br> If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan. <br><br> Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password. <br><br> ### Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB <br><br> When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⊘. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model. <br><br> Use these steps to connect: |

### Wi-Fi

[Make sure the device you're connecting to has Personal Hotspot turned on](). Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot to verify the Wi-Fi password and name of the phone. Stay on this screen until you've connected your other device to the Personal Hotspot.

On the device that you want to connect, go to Settings > Wi-Fi and look for your iPhone or iPad in the list. Then tap the Personal Hotspot to join. If asked, enter the password for your Personal Hotspot.

If other devices have joined your Personal Hotspot using Wi-Fi, you can use only cellular data to connect to the internet from the device providing the Personal Hotspot.

### Bluetooth

Personal Hotspot supports Bluetooth connections with Mac and third-party devices.

To make sure that your iPhone or iPad is discoverable, go to Settings > Bluetooth and stay on that screen. Then on your Mac, follow the [steps to connect a Bluetooth device]().



| Claim | Public Documentation |
|-------|----------------------|
| | **USB**<br><br>Make sure that you have either the Finder or the latest version of iTunes on your Mac. Then connect your iPhone or iPad to your computer with the USB cable that came with your device. If you see an alert that says "Trust This Computer?" tap Trust.<br><br>## Disconnect devices<br><br>To disconnect a device, turn off Personal Hotspot, or select another Wi-Fi or cellular connection on the device connected to the Personal Hotspot.<br><br>## Set or change your Wi-Fi password<br><br>You need to set a Wi-Fi password in order to set up a Personal Hotspot. To change the Wi-Fi password, go to Settings > Cellular > Personal Hotspot or Settings > Personal Hotspot, then tap the Wi-Fi password.*<br><br>Choose a Wi-Fi password that's at least eight characters long and use ASCII characters. If you use non-ASCII characters, other devices will be unable to join your Personal Hotspot. Non-ASCII characters include characters in Japanese, Russian, Chinese, and other languages. ASCII characters include:<br><br>• All the letters in English, both lowercase and uppercase<br>• The digits 0 through 9<br>• Some punctuation marks<br><br>\* When you change your password, any connected devices will be disconnected.<br><br>## Learn more<br><br>• Certain apps and features that require a Wi-Fi connection might not work while using a Personal Hotspot. For example, you might not be able to make an iCloud backup or upload photos to iCloud Photo Library or Photo Stream.<br>• Get help with Personal Hotspot on your iOS and iPadOS devices. |

| Claim | Public Documentation |
|-------|---------------------|
|  |  |

*See also* https://support.google.com/android/answer/9059108?hl=en#zippy=%2Ctether-by-usb-cable%2Ctether-by-bluetooth%2Ctether-by-wi-fi: