Exhibit 6

## Exhibit 6 - U.S. Patent No. 8,799,451 ("'451 Patent")

Accused Instrumentalities: Google Fi wireless service (including mobile phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems) including Fi network elements and client-side logic including Fi app and Fi configuration on Android, Google Pixel smartphones running Android used on Google Fi, and other smartphones and other wireless end user devices used on the Google Fi network.

## Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre] A first end-user device capable of operating as an intermediate networking device, the first end-user device comprising: | Google sells and uses devices described by Google's website below.  These devices constitute a first end user device as described in claim 1. *See, e.g.*:<br>*See e.g.*, https://store.google.com/category/phones?hl=en-US:<br><br><br><br>*See also, e.g.*,  https://store.google.com/category/watches_trackers?hl=en-US; tps://www.google.com/chromebook/; https://built-in.google/cars/<br><br>*See also, e.g.*, https://fi.google.com/about/phones?srsltid=AfmBOoroIdnAGg1hvoXlfV2IId95upwcqyyuwRjHiWD86MvpmR0wT8SX: |



[https://support.google.com/fi/answer/6224695?hl=en](https://support.google.com/fi/answer/6224695?hl=en):

# Use a phone designed for Fi or bring your own phone

Are you a new Google Fi Wireless user in the United States having an issue when activating your service? We can help! Click the button below to use our troubleshooter:

**Resolve activation issue**

You can get nationwide coverage with a new phone designed for Google Fi or switch to Google Fi with your existing phone.

[https://support.google.com/fi/answer/6330195?hl=en](https://support.google.com/fi/answer/6330195?hl=en):

## Add tablets and laptops to your Google Fi plan

**Important:** Google Fi supports data-only eSIM for tablets and laptops.

To use your cellular-enabled tablet, laptop, or other compatible device with a data-only SIM at no charge:

1. Sign up for Google Fi ⧉ .
2. Activate your phone.

You can use data-only SIMs with a Flexible plan or Unlimited Premium plan. You can't add a data-only SIM with an Unlimited Standard or Unlimited Essentials plan.

https://support.google.com/fi/answer/12812644:

## Use your Google Pixel or Samsung Galaxy Watch with Google Fi

When you use a Google Pixel Watch first generation and newer or Samsung Galaxy Watch5 and newer with Google Fi, you can make phone calls, send messages, and use data.

https://www.google.com/chromebook/shop-chromebooks/?modal-id=lenovo-chromebook-plus-14-10-pdp-modal

New

# Lenovo Chromebook Plus 14

The most advanced Chromebook Plus yet.

Configurations

MediaTek Kompanio Ultra CPU, 16 GB RAM, 256 GB storage

A Google Pixel phone is a first end-userdevice. Google sells/activates Pixel phones on Google Fi (MVNO), documents hotspot functionality for those devices, and supports additional devices on its network.

Pixel help states "Share a mobile connection by tethering or hotspot on Pixel." https://support.google.com/pixelphone/answer/2812516 .

Google Fi Help states "Tether or create a Wi-Fi hotspot (Fi)." Notes sharing connection with up to 10 devices. https://support.google.com/fi/answer/6182204 .

Google Fi sells phones. https://fi.google.com/about/phones/

Google Fi overview (mobile service for phones): https://fi.google.com/about/

https://fi.google.com/about/phones

https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV







See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US:

| Connectivity and Location | Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO |
| | Bluetooth® v5.3 with antenna diversity for enhanced quality and connection |
| | NFC |
| | Google Cast |
| | Dual Band GNSS GPS, GLONASS, Galileo |
| Network[35] | 5G + Sub 6GHz Model GXQ96[36] |
| | GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz) |
| | UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19 |
| | LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71 |
| | 5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78[37] |
| | eSIM |

https://store.google.com/product/pixel_tablet_specs?hl=en-US:

### Connectivity and location

Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band (2.4 GHz, 5.0 GHz)

Bluetooth v5.2

Ultra-Wideband chip for accurate ranging

Google Cast

https://store.google.com/product/pixel_watch_3_specs?hl=en-US:

### Connectivity

| | 41mm | 45mm |
|---|---|---|
| | 4G LTE and UMTS[5] | 4G LTE and UMTS[5] |
| | Bluetooth® 5.3 | Bluetooth® 5.3 |
| | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz |
| | NFC | NFC |
| | Ultra-Wideband[6] | Ultra-Wideband[6] |

https://support.google.com/chromebook/answer/10963534?hl=en.

Pixels include cellular modems for LTE/5G and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs : https://store.google.com/product/pixel_9_specs https://fi.google.com/about/, https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-facts&rd=1 ;

|  | The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161- |

| | 2513259130&p=broadband-facts&rd=1 |
|---|---|

- Government taxes and fees, and other provider surcharges may also apply

- Learn more about Google Fi Subscription Information ⬦

| One-time fees | None |
|---|---|
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⬦ .<br><br>- Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⬦ .

## Performance

|  | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⬦ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

|  | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to |

| | |
|---|---|
| | ;<br>https://support.apple.com/HT204023 |



: https://support.google.com/pixelphone/answer/2812516

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

**Use the Settings app**

| Step 1: Turn on your phone's hotspot | ⌄ |
|---|---|

| Step 2: Connect another device to your phone's hotspot | ⌄ |
|---|---|

**Use notifications**

| Step 1: Check that your devices can tether using notifications | ⌄ |
|---|---|

| Step 2: Set up tethering using notifications | ⌄ |
|---|---|

| Step 3: Tether using notifications | ⌄ |
|---|---|

### Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

### Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.



Step 2: Connect another device to your phone's hotspot ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

Tether by Bluetooth

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering

module interacts with tethering entitlement.
https://source.android.com/docs/core/ota/modular-system/tethering

For further example, Google Chromebooks are first end point devices used as wi-fi hotspots.
https://support.google.com/chromebook/answer/14784029?hl=en

### Use your Chromebook as a Wi-Fi hotspot

You can use your Chromebook as a Wi-Fi hotspot to connect other devices to the Internet.

#### What you need

To turn on hotspot, your Chromebook must:

- Have cellular capability
- Be equipped with a supported Wi-Fi chipset and supported modem firmware and ensure your device is hotspot enabled
- Have a mobile data plan with tethering subscription

**Tips:**

- Not all mobile providers support this feature.
- VPN doesn't affect the data sent from a mobile provider to a customer.

#### Set up your Chromebook hotspot

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," select **Hotspot**.
4. On the right of "Hotspot name," select **Configure**.
5. Enter your preferred hotspot name and password.
   - Hotspot name should not be empty and not exceed 32 characters.
6. Select **Save**.

#### Turn on or off your Chromebook hotspot

**Important:** If your hotspot is turned on, the connected devices use your mobile data and it reduces Chromebook's battery percentage.

To turn on or off your Chromebook hotspot:

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," turn on or off **Hotspot**.

**Tips:**

- If you previously turned a hotspot on, you can find the hotspot setting in your Quick Settings.
- If you find the Hotspot option but can't turn it on or off, your device may not support the hotspot function.
- If your device is connected to the mobile network but the Hotspot option isn't visible in the settings page, your device hardware can't support this feature.
   - If a mobile network is connected but Hotspot option isn't available, your device hardware doesn't support the Hotspot feature.

#### Manage your hotspot

1. At the bottom right, select the time.
2. Select Settings ⚙.
3. Under "Network," select **Hotspot**.
4. To update the hotspot name, select **Configure**.
5. You can also:
   - Turn off hotspot automatically.
   - Screenshot ber of devices connected.
   Wi-Fi to extend compatibility. If not, ChromeOS prefers the 5GHz band if it's

By way of example, Android automotive OS enables automakers to connect mobile devices to their vehicles. https://developer.android.com/training/cars/platforms/automotive-os

## Frequently asked questions

Which vehicles come with Google built-in? 🔗

See the Cars with Google built-in site for a list of OEMs that have models with Google built-in. Hardware specifications and other device details can be obtained using the Play Console's Device Catalog.

https://9to5google.com/2024/05/17/rivians-software-is-based-on-android-automotive-google-says/#:~:text=Yes%2C%20Rivian%20uses%20Android%20Automotive,software%20and%20b

[uilt%2Din%20apps](#).



Google's Android Automotive software has been **adopted by many carmakers** for the EV era, but it tends to vary between different brands. This week Google and Rivian confirmed to *9to5Google* that the EV-maker uses Android Automotive as the base of its software experience, something that was previously not known.

Rivian's operating system powers the software experience on the Rivian R1T and R1S, and will also power the **upcoming R2 and R3**. The platform is specific to the company's vehicles and controls virtually of the features in the EVs.

However, it's Android at its core.

Google this week confirmed to *9to5Google* that Rivian is using Android Automotive as the "base OS" for its software. Rivian has never officially confirmed this detail, though **many have suspected** this is the case.

https://riviantrackr.com/news/rivian-offers-free-wi-fi-hotspot-for-owners-during-socal-wildfires/



**Rivian Offers Free Wi-Fi Hotspot for Owners During SoCal Wildfires**

🕐 01/17/2025 - 🖉 JOSE CASTILLO

https://support.google.com/googlepixelwatch/answer/12651780?hl=en



For example, phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems are all additional devices with which the first end user device is configured to communicate over the network.

Further, Google IoT and M2M machines require a tethering capable android phone or tablet in order to activate the devices.

https://support.google.com/googlenest/answer/7029485?hl=en&co=GENIE.Platform%3DAndro

id

Set up your Google Nest or Home speaker or display

The Google Home app ⌂ guides you through the steps to set up your Google Nest or Home speaker or display.

If you want to set up another device, you can find additional instructions below:

- Set up smart devices in the Google Home or Nest app
- Connect third-party smart home devices in the Google Home app

**Click here for the guided setup tool**

**Android**    iPhone & iPad

What you need to get started

- A Google Nest or Home speaker or display.
- Latest version of the Google Home app ⌂.
- A Google Account. ⌂
- An Android phone or tablet that:
  - Has Android 9.0 or later.
  - Works with 2.4 GHz and 5 GHz Wi-Fi network (a WPA-2 Enterprise network won't work).
  - Has Bluetooth turned on. Learn how to turn on Bluetooth on Android devices.
  - Is connected to the same Wi-Fi network you want to connect your Google Nest or Home speaker or display to.
- An Internet connection and secure wireless network.

Get started with your speaker or display

**Tip:** Keep your mobile device close to your speaker or display throughout the setup process.

1. Plug in your Nest speaker or display.
   - If the device has been used before, factory reset your speaker or display before you continue.
2. On your phone or tablet, open the Google Home app ⌂.
   - If you haven't set up a home, Tap Add + › Home ⌂ to set one up.
3. From the Home tab, tap Add + › Device ⊕ › Search for device ⌂.
   - **Nest Hub 2nd gen:** From the Home tab, tap Add + › Device ⊕ › Scan QR code ⌇.
4. Choose the home you want to add your device to and tap **Next**.
   - To add a device to a new home, tap **Add home** and complete the steps to create a new home.
5. Follow the in-app steps.

If the app can't find your device, go to Can't find Google smart speaker or display in the Google Home app.

Finish setting up your Nest speaker or display

After you connect your Nest speaker or display to Wi-Fi, follow the in-app steps to customize your device. You can choose to opt in to features such as:



| | |
|---|---|
| [1a] one or more modems enabling the first end-user device to communicate with a network system over a first network and with one or more other end-user devices over a second network, the | The Accused Instrumentalities comprise "one or more modems enabling the first end-user device to communicate with a network system over a first network and with one or more other end-user devices over a second network, the first network comprising a wireless access network." |

| first network comprising a wireless access network; | The Accused Instrumentalities connect to Google's network and other networks as described below.<br><br>For example, the Google Pixel includes both a wireless cellular modem and a wireless wi-fi modem.. The wireless cellular modem communicates over a wide area network (such as the cellular network of a telecommunications service provider) and also broadcasts a second network (the "hotspot" network) over which it communicates with other end-user devices connected to the second network. *See, e.g.*, *See e.g.*, https://store.google.com/category/phones?hl=en-US:<br><br><br><br>*See also, e.g.*, https://store.google.com/category/watches_trackers?hl=en-US; tps://www.google.com/chromebook/; https://built-in.google/cars/<br><br>*See also, e.g.*, https://fi.google.com/about/phones?srsltid=AfmBOoroIdnAGg1hvoXlfV2IId95upwcqyyuwRjHiWD86MvpmR0wT8SX: |



https://support.google.com/fi/answer/6224695?hl=en:

# Use a phone designed for Fi or bring your own phone

Are you a new Google Fi Wireless user in the United States having an issue when activating your service? We can help! Click the button below to use our troubleshooter:

**Resolve activation issue**

You can get nationwide coverage with a new phone designed for Google Fi or switch to Google Fi with your existing phone.

https://support.google.com/fi/answer/6330195?hl=en:

# Add tablets and laptops to your Google Fi plan

**Important:** Google Fi supports data-only eSIM for tablets and laptops.

To use your cellular-enabled tablet, laptop, or other compatible device with a data-only SIM at no charge:

1. Sign up for Google Fi ⧉ .
2. Activate your phone.

You can use data-only SIMs with a Flexible plan or Unlimited Premium plan. You can't add a data-only SIM with an Unlimited Standard or Unlimited Essentials plan.

https://support.google.com/fi/answer/12812644:

# Use your Google Pixel or Samsung Galaxy Watch with Google Fi

When you use a Google Pixel Watch first generation and newer or Samsung Galaxy Watch5 and newer with Google Fi, you can make phone calls, send messages, and use data.

https://www.google.com/chromebook/shop-chromebooks/?modal-id=lenovo-chromebook-plus-14-10-pdp-modal

New

# Lenovo Chromebook Plus 14

The most advanced Chromebook Plus yet.

Configurations

MediaTek Kompanio Ultra CPU, 16 GB RAM, 256 GB storage

A Google Pixel phone is a first end-userdevice. Google sells/activates Pixel phones on Google Fi (MVNO), documents hotspot functionality for those devices, and supports additional devices on its network.

Pixel help states "Share a mobile connection by tethering or hotspot on Pixel." https://support.google.com/pixelphone/answer/2812516 .

Google Fi Help states "Tether or create a Wi-Fi hotspot (Fi)." Notes sharing connection with up to 10 devices. https://support.google.com/fi/answer/6182204 .

Google Fi sells phones. https://fi.google.com/about/phones/

Google Fi overview (mobile service for phones): https://fi.google.com/about/

https://fi.google.com/about/phones

https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV



Google Fi Wireless    **Phones**    Plans    Coverage    Safety    Offers    How it works    Try Fi for free

← What's the phone model?

Newest models (iPhone 14, 15 or 16 series)

Newer models (iPhone SE 2020, SE 2022, 11, 12 or 13 series)

Recent models (8 or X series)

Older models (iPhone SE 2016, iPhone 7 or older)



See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US:

## Connectivity and Location

Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO

Bluetooth® v5.3 with antenna diversity for enhanced quality and connection

NFC

Google Cast

Dual Band GNSS
GPS, GLONASS, Galileo

## Network[35]

5G + Sub 6GHz Model GXQ96[36]

GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)

UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19

LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71

5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78[37]

eSIM

https://store.google.com/product/pixel_tablet_specs?hl=en-US:

## Connectivity and location ⌃

Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band
(2.4 GHz, 5.0 GHz)

Bluetooth v5.2

Ultra-Wideband chip for accurate ranging

Google Cast

https://store.google.com/product/pixel_watch_3_specs?hl=en-US:

| Connectivity | 41mm | 45mm |
|---|---|---|
| | 4G LTE and UMTS[5] | 4G LTE and UMTS[5] |
| | Bluetooth® 5.3 | Bluetooth® 5.3 |
| | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz |
| | NFC | NFC |
| | Ultra-Wideband[6] | Ultra-Wideband[6] |

https://support.google.com/chromebook/answer/10963534?hl=en.

Pixels include cellular modems for LTE/5G and use Google Fi's cellular access.
https://store.google.com/product/pixel_8_specs : https://store.google.com/product/pixel_9_specs
https://fi.google.com/about/,
https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-
3208606572&p=broadband-facts&rd=1
;

|  | The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161- |
|--|--|

| | 2513259130&p=broadband-facts&rd=1 |

- Government taxes and fees, and other provider surcharges may also apply

- Learn more about Google Fi Subscription Information ⌐

| One-time fees | None |
|---|---|
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⌐ . <br><br> - Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⌐ .

## Performance

|  | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⌐ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

|  | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management |

|  |  |
|---|---|
|  | ;<br>https://support.apple.com/HT204023 |



Store    Mac    iPad    iPhone    Watch    Vision    AirPods    TV & Home    Entertainment    Accessories    Support

# How to set up a Personal Hotspot on your iPhone or iPad

A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network.

## Set up Personal Hotspot

1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot.
2. Turn on Allow Others to Join.

If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan.

Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password.

## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB

When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model.

Use these steps to connect:

: https://support.google.com/pixelphone/answer/2812516

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

**Use the Settings app**

| Step 1: Turn on your phone's hotspot | ⌄ |
|---|---|

| Step 2: Connect another device to your phone's hotspot | ⌄ |
|---|---|

**Use notifications**

| Step 1: Check that your devices can tether using notifications | ⌄ |
|---|---|

| Step 2: Set up tethering using notifications | ⌄ |
|---|---|

| Step 3: Tether using notifications | ⌄ |
|---|---|

### Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

### Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.



Step 2: Connect another device to your phone's hotspot ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

Tether by Bluetooth

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering

; https://www.apple.com/iphone-16/specs/

| Cellular and Wireless | Model A3081[a] Model A3082[a] | FDD-5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n66, n70, n71, n75, n76) |
|---|---|---|
| | | TDD-5G NR (Bands n38, n40, n41, n48, n53, n77, n78, n79) |
| | | 5G NR mmWave (Bands n258, n260, n261) |
| | | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71) |
| | | TDD-LTE (Bands 34, 38, 39, 40, 41, 42, 48, 53) |
| | | UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| | All models | 5G (sub-6 GHz and mmWave) with 4x4 MIMO[d] |
| | | Gigabit LTE with 4x4 MIMO[d] |
| | | Wi-Fi 7 (802.11be) with 2x2 MIMO[e] |
| | | Bluetooth 5.3 |
| | | Second-generation Ultra Wideband chip[f] |
| | | Thread networking technology |
| | | NFC with reader mode |
| | | Express Cards with power reserve |

| | | |
|---|---|---|
| **Cellular and Wireless** | Model A3081[±] Model A3082[±] | FDD‑5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n66, n70, n71, n75, n76) |
| | | TDD‑5G NR (Bands n38, n40, n41, n48, n53, n77, n78, n79) |
| | | 5G NR mmWave (Bands n258, n260, n261) |
| | | FDD‑LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71) |
| | | TDD‑LTE (Bands 34, 38, 39, 40, 41, 42, 48, 53) |
| | | UMTS/HSPA+/DC‑HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| | All models | 5G (sub‑6 GHz and mmWave) with 4x4 MIMO[10] |
| | | Gigabit LTE with 4x4 MIMO[11] |
| | | Wi‑Fi 7 (802.11be) with 2x2 MIMO[12] |
| | | Bluetooth 5.3 |
| | | Second‑generation Ultra Wideband chip[12] |
| | | Thread networking technology |
| | | NFC with reader mode |
| | | Express Cards with power reserve |

https://support.apple.com/HT204023

# How to set up a Personal Hotspot on your iPhone or iPad

A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network.

## Set up Personal Hotspot

1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot.

2. Turn on Allow Others to Join.

If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan.

Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password.

## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB

When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⊙. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model.

Use these steps to connect:

### Wi-Fi

Make sure the device you're connecting to has Personal Hotspot turned on. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot to verify the Wi-Fi password and name of the phone. Stay on this screen until you've connected your other device to the Personal Hotspot.

On the device that you want to connect, go to Settings > Wi-Fi and look for your iPhone or iPad in the list. Then tap the Personal Hotspot to join. If asked, enter the password for your Personal Hotspot.

If other devices have joined your Personal Hotspot using Wi-Fi, you can use only cellular data to connect to the internet from the device providing the Personal Hotspot.

### Bluetooth

Personal Hotspot supports Bluetooth connections with Mac and third-party devices.

To make sure that your iPhone or iPad is discoverable, go to Settings > Bluetooth and stay on that screen. Then on your Mac, follow the steps to connect a Bluetooth device.



**USB**

Make sure that you have either the Finder or the latest version of iTunes on your Mac. Then connect your iPhone or iPad to your computer with the USB cable that came with your device. If you see an alert that says "Trust This Computer?" tap Trust.

## Disconnect devices

To disconnect a device, turn off Personal Hotspot, or select another Wi-Fi or cellular connection on the device connected to the Personal Hotspot.

## Set or change your Wi-Fi password

You need to set a Wi-Fi password in order to set up a Personal Hotspot. To change the Wi-Fi password, go to Settings > Cellular > Personal Hotspot or Settings > Personal Hotspot, then tap the Wi-Fi password.*

Choose a Wi-Fi password that's at least eight characters long and use ASCII characters. If you use non-ASCII characters, other devices will be unable to join your Personal Hotspot. Non-ASCII characters include characters in Japanese, Russian, Chinese, and other languages. ASCII characters include:

- All the letters in English, both lowercase and uppercase
- The digits 0 through 9
- Some punctuation marks

* When you change your password, any connected devices will be disconnected.

## Learn more

- Certain apps and features that require a Wi-Fi connection might not work while using a Personal Hotspot. For example, you might not be able to make an iCloud backup or upload photos to iCloud Photo Library or Photo Stream.
- Get help with Personal Hotspot on your iOS and iPadOS devices.

| | |
|---|---|
| [1b] at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to:<br><br>[1c] provide a forwarding service to the one or more other end-user devices, the forwarding service for forwarding first traffic between the one or more other end-user devices and the network system, | The Accused Instrumentalities comprise "at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to: provide a forwarding service to the one or more other end-user devices, the forwarding service for forwarding first traffic between the one or more other end-user devices and the network system." |

For example, Google Pixel devices have at least one processor configures to execute instructions. For example, Google Pixel devices operate on a Google Tensor G4 Processor with Titan M2 security coprocessor.

https://store.google.com/category/phones

Processor                                Google Tensor G4

                                         Titan M2 security coprocessor

Further, Google offers numerous other cell phones for sale, and Google Fi operates with more compatible devices on its network. https://fi.google.com/about/phones

https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV

Google Fi Wireless    Phones    Plans    Coverage    Safety    Offers    How it works    Try Fi for free

What's the phone manufacturer?

Apple    Google    htc    HUAWEI

LG    motorola    SAMSUNG    Other





For example, one such compatible phone, the Apple iPhone 16 has an A18 six-core CPU, five-core GPU, sixteen-core Neural Engine architecture-based application processor. *See* https://www.apple.com/iphone-16/specs

| Chip | | A18 chip |
|---|---|---|
| | A18 | New 6-core CPU with 2 performance and 4 efficiency cores |
| | | New 5-core GPU |
| | | New 16-core Neural Engine |

*See e.g.*, https://store.google.com/category/phones?hl=en-US:



*See also, e.g.*, https://store.google.com/category/watches_trackers?hl=en-US; tps://www.google.com/chromebook/; https://built-in.google/cars/

*See also, e.g.*, https://fi.google.com/about/phones?srsltid=AfmBOoroIdnAGg1hvoXlfV2IId95upwcqyyuwRjHiWD86MvpmR0wT8SX:

https://support.google.com/fi/answer/6224695?hl=en:

## Use a phone designed for Fi or bring your own phone

Are you a new Google Fi Wireless user in the United States having an issue when activating your service? We can help! Click the button below to use our troubleshooter:

Resolve activation issue

You can get nationwide coverage with a new phone designed for Google Fi or switch to Google Fi with your existing phone.

https://support.google.com/fi/answer/6330195?hl=en:

## Add tablets and laptops to your Google Fi plan

**Important:** Google Fi supports data-only eSIM for tablets and laptops.

To use your cellular-enabled tablet, laptop, or other compatible device with a data-only SIM at no charge:

1. Sign up for Google Fi ⬀.
2. Activate your phone.

You can use data-only SIMs with a Flexible plan or Unlimited Premium plan. You can't add a data-only SIM with an Unlimited Standard or Unlimited Essentials plan.

https://support.google.com/fi/answer/12812644:

# Use your Google Pixel or Samsung Galaxy Watch with Google Fi

When you use a Google Pixel Watch first generation and newer or Samsung Galaxy Watch5 and newer with Google Fi, you can make phone calls, send messages, and use data.

https://www.google.com/chromebook/shop-chromebooks/?modal-id=lenovo-chromebook-plus-14-10-pdp-modal


New

# Lenovo Chromebook Plus 14

The most advanced Chromebook Plus yet.

Configurations

MediaTek Kompanio Ultra CPU, 16 GB RAM, 256 GB storage

A Google Pixel phone is a first end-userdevice. Google sells/activates Pixel phones on Google Fi (MVNO), documents hotspot functionality for those devices, and supports additional devices on its network.

Pixel help states "Share a mobile connection by tethering or hotspot on Pixel." https://support.google.com/pixelphone/answer/2812516 .

Google Fi Help states "Tether or create a Wi-Fi hotspot (Fi)." Notes sharing connection with up to 10 devices. https://support.google.com/fi/answer/6182204 .

Google Fi sells phones. https://fi.google.com/about/phones/

Google Fi overview (mobile service for phones): https://fi.google.com/about/

https://fi.google.com/about/phones

https://fi.google.com/compatibility?srsltid=AfmBOoqZ1VnKeNRzMks6iiCwtk1tTo9A-yfYzgx0MaUhvct2kDtAmdNV







See, e.g., https://store.google.com/product/pixel_9a_specs?hl=en-US:

**Connectivity and Location**

Wi-Fi 6E with 2.4GHz+5GHz+6GHz, 2x2 MIMO

Bluetooth® v5.3 with antenna diversity for enhanced quality and connection

NFC

Google Cast

Dual Band GNSS
GPS, GLONASS, Galileo

**Network**[35]

5G + Sub 6GHz Model GXQ96[36]

GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)

UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19

LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/20/25/26/28/29/30/38/41/48/66/71

5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/41/48/66/70/71/77/78[37]

eSIM

https://store.google.com/product/pixel_tablet_specs?hl=en-US:

## Connectivity and location ∧

Wi-Fi 6 (802.11 a/b/g/n/ac/ax) with 2x2 MIMO, simultaneous dual-band
(2.4 GHz, 5.0 GHz)

Bluetooth v5.2

Ultra-Wideband chip for accurate ranging

Google Cast

https://store.google.com/product/pixel_watch_3_specs?hl=en-US:

| Connectivity | 41mm | 45mm |
|---|---|---|
| | 4G LTE and UMTS[5] | 4G LTE and UMTS[5] |
| | Bluetooth® 5.3 | Bluetooth® 5.3 |
| | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz | Wi-Fi 802.11a/b/g/n/ac/ax 2.4Ghz, 5Ghz |
| | NFC | NFC |
| | Ultra-Wideband[6] | Ultra-Wideband[6] |

https://support.google.com/chromebook/answer/10963534?hl=en.

Pixels include cellular modems for LTE/5G and use Google Fi's cellular access. https://store.google.com/product/pixel_8_specs : https://store.google.com/product/pixel_9_specs https://fi.google.com/about/, https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606572&p=broadband-facts&rd=1 ;

The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161-

2513259130&p=broadband-facts&rd=1

- Government taxes and fees, and other provider surcharges may also apply

- Learn more about Google Fi Subscription Information ⊠

| One-time fees | None |
|---|---|
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⊠ . <br><br> - Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⊠ .

## Performance

|  | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⊠ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

|  | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to |

https://support.apple.com/HT204023



# How to set up a Personal Hotspot on your iPhone or iPad

A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network.

## Set up Personal Hotspot

1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot.
2. Turn on Allow Others to Join.

If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan.

Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password.

## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB

When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⊝. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model.

Use these steps to connect:

: https://support.google.com/pixelphone/answer/2812516

# Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

## Tether by Wi-Fi hotspot

### Use the Settings app

Step 1: Turn on your phone's hotspot    ⌄

Step 2: Connect another device to your phone's hotspot    ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications    ⌄

Step 2: Set up tethering using notifications    ⌄

Step 3: Tether using notifications    ⌄

## Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

## Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.



Step 2: Connect another device to your phone's hotspot    ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications    ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

• Pixel phones
• Pixel C tablet
• Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications    ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications    ⌃

**Step 1: Make sure your devices are ready**
• Check that all devices are set up to tether via notifications (above).
• Keep your phone with mobile data nearby.
• Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
• You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
• To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
• If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
• When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
• To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

Tether by Bluetooth

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering

For further example, the Apple iPhone 16 has an A18 six-core CPU, five-core GPU, sixteen-core Neural Engine architecture-based application processor. *See, e.g.*, https://www.apple.com/iphone-16/specs/



Chip

A18 chip

New 6-core CPU with 2 performance and 4 efficiency cores

New 5-core GPU

New 16-core Neural Engine

https://support.apple.com/HT204023

# How to set up a Personal Hotspot on your iPhone or iPad

A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network.

## Set up Personal Hotspot

1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot.

2. Turn on Allow Others to Join.

If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan.

Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password.

## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB

When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⊕. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model.

Use these steps to connect:

### Wi-Fi

Make sure the device you're connecting to has Personal Hotspot turned on. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot to verify the Wi-Fi password and name of the phone. Stay on this screen until you've connected your other device to the Personal Hotspot.

On the device that you want to connect, go to Settings > Wi-Fi and look for your iPhone or iPad in the list. Then tap the Personal Hotspot to join. If asked, enter the password for your Personal Hotspot.

If other devices have joined your Personal Hotspot using Wi-Fi, you can use only cellular data to connect to the internet from the device providing the Personal Hotspot.

### Bluetooth

Personal Hotspot supports Bluetooth connections with Mac and third-party devices.

To make sure that your iPhone or iPad is discoverable, go to Settings > Bluetooth and stay on that screen. Then on your Mac, follow the steps to connect a Bluetooth device.



### USB

Make sure that you have either the Finder or the latest version of iTunes on your Mac. Then connect your iPhone or iPad to your computer with the USB cable that came with your device. If you see an alert that says "Trust This Computer?" tap Trust.

## Disconnect devices

To disconnect a device, turn off Personal Hotspot, or select another Wi-Fi or cellular connection on the device connected to the Personal Hotspot.

## Set or change your Wi-Fi password

You need to set a Wi-Fi password in order to set up a Personal Hotspot. To change the Wi-Fi password, go to Settings > Cellular > Personal Hotspot or Settings > Personal Hotspot, then tap the Wi-Fi password.*

Choose a Wi-Fi password that's at least eight characters long and use ASCII characters. If you use non-ASCII characters, other devices will be unable to join your Personal Hotspot. Non-ASCII characters include characters in Japanese, Russian, Chinese, and other languages. ASCII characters include:

- All the letters in English, both lowercase and uppercase
- The digits 0 through 9
- Some punctuation marks

* When you change your password, any connected devices will be disconnected.

## Learn more

- Certain apps and features that require a Wi-Fi connection might not work while using a Personal Hotspot. For example, you might not be able to make an iCloud backup or upload photos to iCloud Photo Library or Photo Stream.
- Get help with Personal Hotspot on your iOS and iPadOS devices.

See eg tethering module, network policy, connectivity service, network management service, eBPF, packages/modules/Connectivity, packages/modules/Tethering, and all code or functionality referenced at https://source.android.com/docs/core/ota/modular-system/tethering

Google Pixel products are an end-user smartphone with integrated 5G and Wi-Fi radios capable of acting as an intermediate networking device.
https://store.google.com/product/pixel_8_pro_specs

For further example, Google Chromebooks are first end point devices used as wi-fi hotspots.
https://support.google.com/chromebook/answer/14784029?hl=en



By way of example, Android automotive OS enables automakers to connect mobile devices to their vehicles. https://developer.android.com/training/cars/platforms/automotive-os

## Frequently asked questions

Which vehicles come with Google built-in? 🔗

See the Cars with Google built-in site for a list of OEMs that have models with Google built-in. Hardware specifications and other device details can be obtained using the Play Console's Device Catalog.

https://9to5google.com/2024/05/17/rivians-software-is-based-on-android-automotive-google-says/#:~:text=Yes%2C%20Rivian%20uses%20Android%20Automotive,software%20and%20b

uilt%2Din%20apps.



Google's Android Automotive software has been adopted by many carmakers for the EV era, but it tends to vary between different brands. This week Google and Rivian confirmed to *9to5Google* that the EV-maker uses Android Automotive as the base of its software experience, something that was previously not known.

Rivian's operating system powers the software experience on the Rivian R1T and R1S, and will also power the upcoming R2 and R3. The platform is specific to the company's vehicles and controls virtually of the features in the EVs.

However, it's Android at its core.

Google this week confirmed to *9to5Google* that Rivian is using Android Automotive as the "base OS" for its software. Rivian has never officially confirmed this detail, though many have suspected this is the case.

https://riviantrackr.com/news/rivian-offers-free-wi-fi-hotspot-for-owners-during-socal-wildfires/

**Rivian Offers Free Wi-Fi Hotspot for Owners During SoCal Wildfires**

🕐 01/17/2025  -  🖋 JOSE CASTILLO

https://support.google.com/googlepixelwatch/answer/12651780?hl=en

For example, phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems are all additional devices with which the first end user device is configured to communicate over the network.
Further, Google IoT and M2M machines require a tethering capable android phone or tablet in order to activate the devices.

https://support.google.com/googlenest/answer/7029485?hl=en&co=GENIE.Platform%3DAndro

### Set up your Google Nest or Home speaker or display

The Google Home app ⌂ guides you through the steps to set up your Google Nest or Home speaker or display.

If you want to set up another device, you can find additional instructions below:

- Set up smart devices in the Google Home or Nest app
- Connect third-party smart home devices in the Google Home app

**Click here for the guided setup tool**

Android    iPhone & iPad

### What you need to get started

- A Google Nest or Home speaker or display.
- Latest version of the Google Home app ⌂.
- A Google Account. ⓘ
- An Android phone or tablet that:
  - Has Android 9.0 or later.
  - Works with 2.4 GHz and 5 GHz Wi-Fi network (a WPA-2 Enterprise network won't work).
  - Has Bluetooth turned on. Learn how to turn on Bluetooth on Android devices.
  - Is connected to the same Wi-Fi network you want to connect your Google Nest or Home speaker or display to.
- An Internet connection and secure wireless network.

### Get started with your speaker or display

**Tip:** Keep your mobile device close to your speaker or display throughout the setup process.

1. Plug in your Nest speaker or display.
   - If the device has been used before, factory reset your speaker or display before you continue.
2. On your phone or tablet, open the Google Home app ⌂.
   - If you haven't set up a home, Tap Add + › Home ⌂ to set one up.
3. From the Home tab, tap Add + › Device ⊕ › Search for device ⌕.
   - **Nest Hub 2nd gen:** From the Home tab, tap Add + › Device ⊕ › Scan QR code ⌖.
4. Choose the home you want to add your device to and tap **Next**.
   - To add a device to a new home, tap **Add home** and complete the steps to create a new home.
5. Follow the in-app steps.

If the app can't find your device, go to Can't find Google smart speaker or display in the Google Home app.

### Finish setting up your Nest speaker or display

After you connect your Nest speaker or display to Wi-Fi follow the in-app steps to customize your device. You can choose to opt in to features such as:

id

https://support.google.com/googlepixelwatch/answer/12651780?hl=en



| [1d] [at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to:] implement a first service policy, the first service policy for assisting in control of the first traffic, | The Accused Instrumentalities comprise "at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to: … implement a first service policy, the first service policy for assisting in control of the first traffic." |
|---|---|
| | *See, e.g.*, See eg tethering module, network policy, connectivity service, network management service, eBPF, packages/modules/Connectivity, packages/modules/Tethering, and all code or functionality referenced at https://source.android.com/docs/core/ota/modular-system/tethering Google Pixel products are an end-user smartphone with integrated 5G and Wi-Fi radios capable of acting as an intermediate networking device. https://store.google.com/product/pixel_8_pro_specs https://store.google.com/product/pixel_8_specs : https://store.google.com/product/pixel_9_specs |
| | https://fi.google.com/about/, https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-facts&rd=1 ; |
| | The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161- |

| | 2513259130&p=broadband-facts&rd=1 |
|---|---|
| | |

- Government taxes and fees, and other provider surcharges may also apply
- Learn more about Google Fi Subscription Information ⌐

| | |
|---|---|
| One-time fees | None |
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⌐ .<br><br>- Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⌐ .

## Performance

| | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⌐ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

| | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management |

https://support.google.com/pixelphone/answer/2812516

# Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

## Tether by Wi-Fi hotspot

### Use the Settings app

Step 1: Turn on your phone's hotspot    ⌄

Step 2: Connect another device to your phone's hotspot    ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications    ⌄

Step 2: Set up tethering using notifications    ⌄

Step 3: Tether using notifications    ⌄

## Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

## Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a…" notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.



Step 2: Connect another device to your phone's hotspot                                        ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications                                ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible
phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications                                                  ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications                                                            ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** ›
  **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification
  will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it
disconnects. Learn how to fix Wi-Fi hotspot problems.

Tether by Bluetooth

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering

https://support.apple.com/HT204023

# How to set up a Personal Hotspot on your iPhone or iPad

A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network.

## Set up Personal Hotspot

1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot.

2. Turn on Allow Others to Join.

If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan.

Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password.

## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB

When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⊙. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model.

Use these steps to connect:

### Wi-Fi

[Make sure the device you're connecting to has Personal Hotspot turned on](#). Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot to verify the Wi-Fi password and name of the phone. Stay on this screen until you've connected your other device to the Personal Hotspot.

On the device that you want to connect, go to Settings > Wi-Fi and look for your iPhone or iPad in the list. Then tap the Personal Hotspot to join. If asked, enter the password for your Personal Hotspot.

If other devices have joined your Personal Hotspot using Wi-Fi, you can use only cellular data to connect to the internet from the device providing the Personal Hotspot.

### Bluetooth

Personal Hotspot supports Bluetooth connections with Mac and third-party devices.

To make sure that your iPhone or iPad is discoverable, go to Settings > Bluetooth and stay on that screen. Then on your Mac, follow the [steps to connect a Bluetooth device](#).



**USB**

Make sure that you have either the Finder or the latest version of iTunes on your Mac. Then connect your iPhone or iPad to your computer with the USB cable that came with your device. If you see an alert that says "Trust This Computer?" tap Trust.

## Disconnect devices

To disconnect a device, turn off Personal Hotspot, or select another Wi-Fi or cellular connection on the device connected to the Personal Hotspot.

## Set or change your Wi-Fi password

You need to set a Wi-Fi password in order to set up a Personal Hotspot. To change the Wi-Fi password, go to Settings > Cellular > Personal Hotspot or Settings > Personal Hotspot, then tap the Wi-Fi password.*

Choose a Wi-Fi password that's at least eight characters long and use ASCII characters. If you use non-ASCII characters, other devices will be unable to join your Personal Hotspot. Non-ASCII characters include characters in Japanese, Russian, Chinese, and other languages. ASCII characters include:

- All the letters in English, both lowercase and uppercase
- The digits 0 through 9
- Some punctuation marks

\* When you change your password, any connected devices will be disconnected.

## Learn more

- Certain apps and features that require a Wi-Fi connection might not work while using a Personal Hotspot. For example, you might not be able to make an iCloud backup or upload photos to iCloud Photo Library or Photo Stream.
- Get help with Personal Hotspot on your iOS and iPadOS devices.

| | |
|---|---|
| [1e] [at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to:] implement a second service policy, the second service policy for assisting in control of second traffic, the second traffic associated with access by the first end-user device to one or more services over the first network, wherein the second service policy differs from the first service policy, and | The Accused Instrumentalities comprise "at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to: … implement a second service policy, the second service policy for assisting in control of second traffic, the second traffic associated with access by the first end-user device to one or more services over the first network, wherein the second service policy differs from the first service policy." <br><br> For example, the accused instrumentalities apply different policies to device data vs tethered data, as evidenced by various plan offerings allowing for certain levels of tethered data per billing period. See, e.g. https://fi.google.com/about/plans/unlimited-standard <br><br> https://fi.google.com/about/, https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-facts&rd=1 ; <br><br> The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161- |

| | 2513259130&p=broadband-facts&rd=1 |
| | |

| | |
|---|---|
| | - Government taxes and fees, and other provider surcharges may also apply |
| | - Learn more about Google Fi Subscription Information ⌕ |
| One-time fees | None |
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⌕ . |
| | - Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⌕ .

## Performance

| | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⌕ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

| | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to |

https://support.google.com/pixelphone/answer/2812516

# Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

## Tether by Wi-Fi hotspot

### Use the Settings app

Step 1: Turn on your phone's hotspot                                    ⌄

Step 2: Connect another device to your phone's hotspot                  ⌄

### Use notifications

Step 1: Check that your devices can tether using notifications          ⌄

Step 2: Set up tethering using notifications                            ⌄

Step 3: Tether using notifications                                      ⌄

## Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

## Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.



Step 2: Connect another device to your phone's hotspot

**Use notifications**

Step 1: Check that your devices can tether using notifications

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

• Pixel phones
• Pixel C tablet
• Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications

**Step 1: Make sure your devices are ready**
• Check that all devices are set up to tether via notifications (above).
• Keep your phone with mobile data nearby.
• Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
• You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
• To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
• If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
• When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
• To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

Tether by Bluetooth

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering

See eg tethering module, network policy, connectivity service, network management service, eBPF, packages/modules/Connectivity, packages/modules/Tethering, and all code or functionality referenced at https://source.android.com/docs/core/ota/modular-system/tethering Google Pixel products are an end-user smartphone with integrated 5G and Wi-Fi radios capable of acting as an intermediate networking device.
https://store.google.com/product/pixel_8_pro_specs



| | |
|---|---|
| [1f] [at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to:] monitor or identify successful use or attempted use of the forwarding service; and | The Accused Instrumentalities comprise "at least one processor configured to execute one or more instructions that, when executed by the at least one processor, cause the at least one processor to: … monitor or identify successful use or attempted use of the forwarding service."<br><br>For example, the accused instrumentalities monitor and identify device data vs tethered data, as evidenced by various plan offerings allowing for certain levels of tethered data per billing period. See, e.g. https://fi.google.com/about/plans/unlimited-standard<br><br>https://support.google.com/fi/answer/6182204?hl=en<br><br>## Tether or create a Wi-Fi hotspot<br><br>With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.<br><br>You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.<br><br>## Learn about charges for Wi-Fi hotspots & tethering<br><br>We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.<br><br>• **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.<br>• **Unlimited Standard:** 25 GB of high-speed hotspot tethering.<br>• **Unlimited Essentials:** Tethering not available in Unlimited Essentials.<br>• **Unlimited Premium:** 50 GB of high-speed hotspot tethering.<br>• **Google Fi trial:** We include tethering in your trial.<br><br>**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life. |

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering

See eg tethering module, network policy, connectivity service, network management service, eBPF, packages/modules/Connectivity, packages/modules/Tethering, and all code or functionality referenced at https://source.android.com/docs/core/ota/modular-system/tethering Google Pixel products are an end-user smartphone with integrated 5G and Wi-Fi radios capable of acting as an intermediate networking device. https://store.google.com/product/pixel_8_pro_specs

https://fi.google.com/about/, https://support.google.com/fi/answer/6343762?visit_id=638919132626950795-3208606557&p=broadband-facts&rd=1 ;

The 3G, 4G, and/or 5G modem(s) in the Accused Instrumentalities connect to the 3G, 4G (including 4G LTE), and/or 5G wireless network described on https://support.google.com/fi/answer/6343762?visit_id=638919180344043161-

2513259130&p=broadband-facts&rd=1

- Government taxes and fees, and other provider surcharges may also apply

- Learn more about Google Fi Subscription Information ⬚

| One-time fees | None |
|---|---|
| Service contract term | None |
| Early termination fee | None |
| Bring your own device | - Yes. Phones Designed for Fi support our network of networks, including T-Mobile and US Cellular. Other phones Compatible with Google Fi support only our T-Mobile network. Learn more about compatible devices ⬚ . <br><br> - Data-only SIM cards available for compatible unlocked GSM devices. Learn more about data-only SIM cards. |

Learn more about other charges & terms with Google Fi Terms of Service ⬚ .

## Performance

| | 2G | 3G | 4G | 5G |
|---|---|---|---|---|
| Typical Download Speed | 40-200 Kbps | 400 Kbps-1.4 Mbps | 9-47 Mbps | 30-75 Mbps |
| Typical Upload Speed | 20-80 Kbps | 100-500 Kbps | 4-20 Mbps | 4-20 Mbps |
| Typical Latency | 400-900 ms | 100-450 ms | 30-50 ms | 30-50 ms |

Learn more about performance with Google Fi Coverage Map ⬚ . You have access to roam onto other carrier networks when you travel into Extended network areas. Coverage speeds and connections may vary in Extended network areas.

Peak LTE and 5G modem capability when operating simultaneously may be lower and is network dependent.

5G service not available in all areas. 5G service, speed and performance depend on many factors including, but not limited to, carrier network capabilities, device configuration and capabilities, network traffic, location, signal strength and signal obstruction. Actual results may vary. For Pixel, go to g.co/pixel/networkinfo for info.

## Network Management

| | Flexible plan | Unlimited Essentials | Unlimited Standard | Unlimited Premium |
|---|---|---|---|---|
| Application-specific network management practices? | No | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, like DVD-quality (480p). | Yes. Certain categories of data usage like video may be managed at a particular speed or resolution, e.g., DVD-quality (480p). |
| Subscriber-triggered network management practices? | • Yes. Google Fi engages in reasonable network management policies to protect its | • Yes. Google Fi engages in reasonable network management | • Yes. Google Fi engages in reasonable network management policies to | • Yes. Google Fi engages in reasonable network management policies to |

https://support.google.com/pixelphone/answer/2812516

## Share a mobile connection by tethering or hotspot on Pixel

You can use your phone's mobile data to connect another phone, tablet, or computer to the internet. Sharing a connection this way is called tethering or using a hotspot.

- Most Android phones can share mobile data by Wi-Fi, Bluetooth, or USB using the Settings app.
- All Pixel and some Nexus phones can also share mobile data by Wi-Fi using notifications.
- Pixel 3 and later Pixel phones can also use tethering to share a Wi-Fi connection with other devices.

**Important:** Some mobile carriers limit or charge extra for tethering. We recommend checking with your carrier.

**Important:** Some of these steps work only on Android 9.0 and up. Learn how to check your Android version.

### Tether by Wi-Fi hotspot

**Use the Settings app**

Step 1: Turn on your phone's hotspot                                          ⌄

Step 2: Connect another device to your phone's hotspot                        ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications               ⌄

Step 2: Set up tethering using notifications                                  ⌄

Step 3: Tether using notifications                                           ⌄

### Tether by Bluetooth

**Important:** Mac computers that runs macOS Monterey and up can't tether with Android through Bluetooth.

1. Pair your phone with the other device.
2. Set up the other device to get its network connection by Bluetooth. Follow the instructions that came with the device.
3. Open your phone's Settings app.
4. Tap **Network & internet** › **Hotspot & tethering**.
5. Tap **Bluetooth tethering**.

### Tether by USB cable

**Important:** Mac computers can't tether with Android by USB.

1. Using a USB cable, connect your phone to the other device. A "Connected as a..." notification shows at the top of the screen.
2. Open your phone's Settings app.
3. Tap **Network & internet** › **Hotspot & tethering**.



Step 2: Connect another device to your phone's hotspot                           ⌄

**Use notifications**

Step 1: Check that your devices can tether using notifications               ⌃

Make sure that your phone can receive shared mobile data via notifications. Eligible phones include:

- Pixel phones
- Pixel C tablet
- Nexus 5X, Nexus 6P, Nexus 6, and Nexus 9

Step 2: Set up tethering using notifications                                ⌃

**Step 1: Sign in to the same account on all devices**
1. Sign in to the same Google Account on all devices. Learn how to add accounts.
2. Turn on Bluetooth and Wi-Fi. Learn how to turn them on.

**Step 2: Let your phone share its connection**
1. Open your phone's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Provide data connection**.

**Step 3: Let your other devices use your phone's connection**
1. Open your other device's Settings app.
2. Tap **Google** › **Instant Tethering**.
3. Turn on **Get data connection**.

**Tip:** This kind of tethering is on by default for most devices that can use it.

Step 3: Tether using notifications                                          ⌃

**Step 1: Make sure your devices are ready**
- Check that all devices are set up to tether via notifications (above).
- Keep your phone with mobile data nearby.
- Unlock the device that you want to connect.

**Step 2: On the other device that's not connection**
- You get a "Wi-Fi hotspot available" notification. Tap it and follow the on-screen steps.
- To connect later without the notification, open your Settings app and tap **Google** › **Instant Tethering** › your phone › **Connect**.
- If you get a verification notification, tap **Continue**.

**Step 3: On your phone with mobile data**
- When you connect, you'll get a "Sharing data connection" notification. This notification will stay on as long as you're connected.
- To disconnect, on the notification, tap **Disconnect**.

**Tip:** When you don't use an Instant Tethering connection for about 10 minutes, it disconnects. Learn how to fix Wi-Fi hotspot problems.

Tether by Bluetooth

https://support.google.com/fi/answer/6182204?hl=en

## Tether or create a Wi-Fi hotspot

With your Google Fi phone, you can use the portable Wi-Fi hotspot to share your internet connection with up to 10 devices at a time. For example, if you want to use your laptop at the airport, you can turn your phone into a Wi-Fi hotspot to connect your laptop to the internet.

You can also share your phone's internet connection through a USB cable or Bluetooth connection. This is known as tethering. To find out if Wi-Fi hotspot works on your device, check our list of compatible phones.

### Learn about charges for Wi-Fi hotspots & tethering

We don't charge extra for Wi-Fi or tethering. The amount of data you get for these features depends on your plan.

- **Flexible:** Data for Wi-Fi hotspots and tethering comes out of your Flexible plan data budget. The Flexible plan is $10 USD per GB, just like data on your phone.
- **Unlimited Standard:** 25 GB of high-speed hotspot tethering.
- **Unlimited Essentials:** Tethering not available in Unlimited Essentials.
- **Unlimited Premium:** 50 GB of high-speed hotspot tethering.
- **Google Fi trial:** We include tethering in your trial.

**Important:** Hotspots can use a lot of your device's battery so turn the connection off when not in use. Learn how to manage battery life.

For example, Android devices implement IMS service entitlement (standard Android carrier-provisioning/entitlement library/app). https://source.android.com/docs/core/connect/ims-service-entitlement .Android devices implement Carrier configuration frameworks (carrier-defined behavior/policy). https://source.android.com/docs/core/connect/carrier And Android devices' tethering module interacts with tethering entitlement. https://source.android.com/docs/core/ota/modular-system/tethering

:
https://support.apple.com/HT204023

# How to set up a Personal Hotspot on your iPhone or iPad

A Personal Hotspot lets you share the cellular data connection of your iPhone or iPad (Wi-Fi + Cellular) when you don't have access to a Wi-Fi network.

## Set up Personal Hotspot

1. Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot.

2. Turn on Allow Others to Join.

If you don't see the option for Personal Hotspot, contact your carrier to make sure that you can use Personal Hotspot with your plan.

Learn how to use Instant Hotspot on your Mac, iPhone, iPad, iPod touch, or Apple VisionPro to connect to your Personal Hotspot without entering its password.

## Connect to Personal Hotspot with Wi-Fi, Bluetooth, or USB

When you connect a device to your Personal Hotspot, the status bar displays a green Personal Hotspot icon ⊜. View the devices connected to your Personal Hotspot by swiping down from the top-right corner of your screen to open Control Center. The number of devices that can join your Personal Hotspot at one time depends on your carrier and iPhone model.

Use these steps to connect:

### Wi-Fi

[Make sure the device you're connecting to has Personal Hotspot turned on](#). Go to Settings > Personal Hotspot, or Settings > Cellular > Personal Hotspot to verify the Wi-Fi password and name of the phone. Stay on this screen until you've connected your other device to the Personal Hotspot.

On the device that you want to connect, go to Settings > Wi-Fi and look for your iPhone or iPad in the list. Then tap the Personal Hotspot to join. If asked, enter the password for your Personal Hotspot.

If other devices have joined your Personal Hotspot using Wi-Fi, you can use only cellular data to connect to the internet from the device providing the Personal Hotspot.

### Bluetooth

Personal Hotspot supports Bluetooth connections with Mac and third-party devices.

To make sure that your iPhone or iPad is discoverable, go to Settings > Bluetooth and stay on that screen. Then on your Mac, follow the [steps to connect a Bluetooth device](#).



### USB

Make sure that you have either the Finder or the latest version of iTunes on your Mac. Then connect your iPhone or iPad to your computer with the USB cable that came with your device. If you see an alert that says "Trust This Computer?" tap Trust.

## Disconnect devices

To disconnect a device, turn off Personal Hotspot, or select another Wi-Fi or cellular connection on the device connected to the Personal Hotspot.

## Set or change your Wi-Fi password

You need to set a Wi-Fi password in order to set up a Personal Hotspot. To change the Wi-Fi password, go to Settings > Cellular > Personal Hotspot or Settings > Personal Hotspot, then tap the Wi-Fi password.*

Choose a Wi-Fi password that's at least eight characters long and use ASCII characters. If you use non-ASCII characters, other devices will be unable to join your Personal Hotspot. Non-ASCII characters include characters in Japanese, Russian, Chinese, and other languages. ASCII characters include:

- All the letters in English, both lowercase and uppercase
- The digits 0 through 9
- Some punctuation marks

* When you change your password, any connected devices will be disconnected.

## Learn more

- Certain apps and features that require a Wi-Fi connection might not work while using a Personal Hotspot. For example, you might not be able to make an iCloud backup or upload photos to iCloud Photo Library or Photo Stream.
- Get help with Personal Hotspot on your iOS and iPadOS devices.

| | |
|---|---|
| memory coupled to the at least one processor and configured to provide the | The Accused Instrumentalities comprise memory coupled to the at least one processor and configured to provide the at least one processor with one or more instructions. |

| at least one processor with the one or more instructions. | For example, Google Pixel products are an end-user smartphone with integrated 5G and Wi-Fi radios capable of acting as an intermediate networking device with processors coupled to memory.  https://support.google.com/pixelphone/answer/7158570?hl=en |
|---|---|



### Pixel 10 phones (2025)

Pixel 10 Pro XL ⌄

Pixel 10 Pro ⌄

Pixel 10 ⌃

| Display | • 6.3-inch (160 mm) Super Actua display[1]<br>• 20:9 aspect ratio<br>• 1080 x 2424 OLED at 422 PPI<br>• Smooth Display (60-120Hz)[2]<br>• Corning® Gorilla® Glass Victus® 2 cover glass<br>• Up to 2000 nits (HDR) and up to 3000 nits (peak brightness)[3]<br>• >2,000,000:1 contrast ratio<br>• HDR support<br>• Full 24-bit depth for 16 million colors |
|---|---|
| Dimensions & weight[4] | **Dimensions**<br>• 6.0 height x 2.8 width x 0.3 depth (inches)<br>• 152.8 height x 72.0 width x 8.6 depth (mm)<br>**Weight**<br>• 7.2 oz<br>• 204 g |
| Battery & charging | • 24+ hour battery life[5]<br>• Up to 100-hour battery life with Extreme Battery Saver[5]<br>• Typical 4970 mAh (minimum 4835 mAh)[6]<br>• Fast charging up to 55% in about 30 minutes using 30W USB-C® PPS charger or higher (sold separately)[7]<br>• Pixelsnap wireless charging (Qi2-certified) up to 15W[8] |
| Memory & storage | **Memory**<br>• 12 GB RAM<br>**Storage**<br>• **[US]:** 128 GB / 256 GB[9]<br>• **[ROW]:** 128 GB / 256 GB[9] |
| Processor | • Google Tensor G5<br>• Titan M2 security coprocessor |



Pixel 10 phones (2025)

Pixel 10 Pro XL

Pixel 10 Pro

Pixel 10

Pixel 9a phone (2025)

Pixel 9a

Pixel 9 Pro Fold (2024)

Pixel 9 Pro Fold

Pixel 9 phones (2024)

Pixel 9 Pro XL

Pixel 9 Pro

Pixel 9

Pixel 8a phone (2024)

Pixel 8a

Pixel 8 phones (2023)

Pixel 8 Pro

Pixel 8

| | https://store.google.com/product/pixel_8_pro_specs |
| | https://discussions.apple.com/thread/255902884?sortBy=rank (iPhone 16 has 8GB RAM) |