UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. GOOGLE LLC, *Defendant*. | Case No. 7:25-CV-00376-DC-DTG  **JURY TRIAL DEMANDED** |

# NOTICE OF VENUE DISCOVERY AND OPPOSITION DEADLINE

Pursuant to the Court's Standing Order Governing Patent Proceedings, Plaintiff Headwater Research LLC hereby provides notice that it will serve venue discovery requests upon Defendant Google LLC, and that this venue discovery will delay its response to Google's pending Motion to Transfer (ECF No. 26). Google filed its Motion to Transfer on December 5, 2025. Under OGP § III, the venue discovery period runs for 10 weeks from December 5, 2025 through February 13, 2026, and the deadline for Headwater to respond to the transfer motion is February 27, 2026.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Qi (Peter) Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com

1

Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
Paul A. Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

      I certify that on December 12, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                    */s/ Qi (Peter) Tong*
                                                    Qi (Peter) Tong