UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § § | |
| vs. | § § § | NO:  MO:25-CV-00376-DC-DTG |
| **GOOGLE LLC**<br>*Defendant* | § | |

## ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on Wednesday, December 17, 2025 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **15th day of December, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE