IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § GOOGLE LLC, § § *Defendant*. § § § | Case No. 7:25-cv-00376-DC-DTG JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF VENUE-RELATED DEADLINES[1]**

The Parties Headwater Research LLC and Google LLC jointly moved to extend several venue-related deadlines in view of the upcoming holidays. The parties have met and conferred and agree to the following:

- That the time to respond to any venue discovery served on or before January 2, 2026 should be extended by 2 weeks, for a total of 34 days (up from the default 20 days).

- That the close of venue discovery should be extended by 2 weeks, to February 27, 2026.

- That Headwater's deadline for filing an opposition brief to Google's Motion to Transfer should be due two weeks thereafter, on March 13, 2026, and Google's reply should be due two weeks thereafter, on March 27, 2026.

- That Headwater will not argue that these extensions create any new argument against transfer. For clarity, Headwater may make any argument about practical

---

[1] One version of this joint motion is being filed in 7:25-CV-00369-DC-DTG, based on a December 4, 2025 filing date of Google's Motion to Transfer. A second version of this joint motion with deadlines offset by 1 day is being filed across cases ending 7:25-CV-00372, -00374, -00376, -00378, -00380, and -00518 based on a December 5, 2025 filing date of Google's motion to transfer.

considerations or co-pending cases that it would have made even without these extensions.

The proposed extensions are not expected to interfere with the parties' proposed schedules, as transfer-related briefing should conclude months before the parties' proposed date for a *Markman* hearing.

Dated: December 23, 2025

Jointly submitted,

*/s/ Peter Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com

*/s/ Robert W. Unikel*
**PAUL HASTINGS LLP**
Robert W. Unikel
Ill. Bar No. 6216974
robertunikel@paulhastings.com
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
Cal. Bar No. 232147
matthiaskamber@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Andrea P. Roberts
Cal. Bar No. 228128
andrearoberts@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Robert R. Laurenzi
N.Y. Bar No. 3024676
robertlaurenzi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton
Cal. Bar No. 317587

**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

ariellbratton@paulhastings.com
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

**JACKSON WALKER LLP**
Nathaniel St. Clair, II
Tex. Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

**ATTORNEYS FOR DEFENDANT**
**Google LLC**

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Robert W. Unikel*
Robert W. Unikel