**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § | |
| *Plaintiff,* | § § | Case No. 7:25-cv-00376-DC-DTG |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | |
| *Defendant.* | § § § | |

**ORDER GRANTING JOINT MOTION FOR**
**EXTENSION OF VENUE-RELATED DEADLINES**

The Parties Headwater Research LLC and Google LLC jointly moved to extend several venue-related deadlines in view of the upcoming holidays. Having considered the Motion and in view of its joint nature, the Court finds good cause to order the following:

- That the time to respond to any venue discovery served on or before January 2, 2026 is extended by 2 weeks, for a total of 34 days (up from the default 20 days).

- That the close of venue discovery is extended by 2 weeks, to February 27, 2026.

- That Headwater's deadline for filing an opposition brief to Google's Motion to Transfer shall be due two weeks thereafter, on March 13, 2026, and Google's reply shall be due two weeks thereafter, on March 27, 2026.

- That Headwater will not argue that these extensions create any new argument against transfer. For clarity, Headwater may make any argument about practical considerations or co-pending cases that it would have made even without these extensions.

SIGNED this _____ day of _____, 20____.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE