UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 7:25-CV-00376-DC-DTG<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION TO EXTEND DEADLINES
FOR GOOGLE'S MOTION TO DISMISS**

  Plaintiff Headwater Research LLC moves for a 1-week extension of the deadline to file its response in opposition to Google's Motion to Dismiss, which was filed on December 22, 2025. Headwater seeks this extension because the period for reply falls over the Christmas and New Years holidays. Headwater's counsel has met and conferred with Google, and Google's counsel confirmed that this relief is unopposed as long as a reciprocal 1-week extension is provided to Google, a condition that Headwater has agreed to. The extensions will set Headwater's deadline to file its response to January 12, 2026, and Google's Reply will be due January 26, 2026. Headwater represents that it will file opposition briefs in each of these cases by the opposition deadline, but otherwise reserves its rights to amend in compliance with applicable rules and court orders (e.g., as contingent relief). A proposed order to this effect is filed herewith.

Dated: January 2, 2026,        Respectfully submitted,

                */s/ Peter Tong*
                Marc Fenster
                CA State Bar No. 181067
                Email: mfenster@raklaw.com
                Reza Mirzaie

1

CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I certify that on January 2, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

>                    */s/ Peter Tong*
>                    Peter Tong

## CERTIFICATE OF CONFERENCE

I certify that on December 29, 2025, the parties met and conferred, and the motion is unopposed.

>                    */s/ Peter Tong*
>                    Peter Tong