**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 7:25-CV-00376-DC-DTG |
| v. | **Jury Trial Demanded** |
| GOOGLE LLC, | |
| *Defendant*. | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR GOOGLE'S MOTION TO DISMISS

Before the Court is Headwater Research LLC's Unopposed Motion to Extend Deadlines for Google's Motion to Dismiss. Google filed a Motion to Dismiss on December 22, 2025, shortly before the end-of-year holidays. Headwater moved to extend its deadline to file a response by 1 additional week and to extend Google's deadline to file its reply by 1 additional week.

The Court has considered the motion, and in view of its unopposed nature, and finds good cause to **GRANT** Headwater's Motion to Extend Deadlines. It is **ORDERED** that Headwater shall file its response by January 12, 2026, and Google's shall file its Reply by January 26, 2026.

SIGNED this _____day of _____, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE