IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00376-DC-DTG |
| **GOOGLE LLC,** | § | |
| *Defendant,* | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED FIRST MOTION
FOR AN EXTENSION OF TIME TO FILE RESPONSE (DKT. NO. 36)**

Before the Court is the plaintiff's unopposed first motion for an extension of time to respond to the defendant, Google LLC's motion to dismiss (Dkt. No. 36). The plaintiff requests a seven (7) day extension of time to respond to the defendant's motion to dismiss (Dkt. No. 34) and a seven (7) day extension for the defendant to file its reply. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the plaintiff, shall respond to the defendant's motion to dismiss on or before January 12, 2026 and the defendant's shall file its reply by January 26, 2026.

**SIGNED** this 6th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE