IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC,**<br>*Plaintiff,* | § § § § | |
| v. | § § | CASE NO. 7:25-CV-00376-DC-DTG |
| **GOOGLE LLC,**<br>*Defendant,* | § § § § § | |

**ORDER GRANTING JOINT MOTION FOR**
**EXTENSION OF VENUE-RELATED DEADLINES (DKT. NO. 35)**

Before the Court is the parties' joint motion to extend venue-related deadlines (Dkt. No. 35). Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion.

It is **ORDERED** that the time to respond to any venue discovery served on or before January 2, 2026 is extended by 2 weeks, for a total of 34 days, and the close of venue discovery is extended to February 27, 2026. It is further **ORDERED** that the plaintiff's deadline to file an opposition brief to Google's Motion to Transfer is extended and such opposition shall be due on or before March 13, 2026. The defendant's reply shall be due on or before March 27, 2026.

It is further **ORDERED** that the plaintiff will not argue that these extensions create any new argument against transfer. For clarity, Headwater may make any argument about practical considerations or co-pending cases that it would have made even without these extensions.

**SIGNED** this 6th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE