IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br>*Plaintiff,* | §<br>§<br>§ |
| *v.* | §    CASE NO. 7:25-CV-00376-DC-DTG<br>§<br>§ |
| **GOOGLE LLC,**<br>*Defendant,* | §<br>§<br>§ |

### ORDER GRANTING MOTION FOR
### LEAVE TO FILE UNDER SEAL (DKT. NO. 26)

Before the Court is the defendant's motion for leave to file under seal (Dkt. No. 26). Under the Court's local rules, if a response to a case management motion is not filed within seven (7) days after the filing of the motion, the Court may grant the motion as unopposed. Local Court Rule CV-7(D)(2). More than seven days have passed since the defendant filed the motion to file under seal and the plaintiff has not filed a response in opposition. Accordingly, the Court **GRANTS** the motion as unopposed.

The Clerk is **DIRECTED** to file the defendant's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (Dkt. No. 26-2), the accompanying Declaration of Robert Greenwalt (Dkt. No. 26-3), and Exhibit Nos. 9, 17, 18, 20, and 53 attached to the Declaration of Andrea P. Roberts (Dkt. Nos. 26-4 through 26-8) under seal and title each document respectively.

The defendant is **ORDERED** to file a redacted copy of the motion to file under seal and the sealed document(s) within seven (7) days of the date of this order. If a redacted copy is not timely filed, the Court may order the original document to be unsealed.

**SIGNED** this 6th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE