IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> *Defendant*. § <br> § | Case No. 7:25-cv-00376-DC-DTG <br><br> JURY TRIAL DEMANDED |

**DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Google LLC ("Google") respectfully seeks leave to file under seal the unredacted versions of Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. §1404(a) (the "Motion to Transfer"), the Declaration of Robert Greenwalt in Support of the Motion to Transfer (the "Greenwalt Declaration"), and Exhibit Nos. 9, 17, 18, 20, and 53 attached to the Declaration of Andrea P. Roberts in Support of the Motion to Transfer (the "Roberts Declaration").

Magistrate Judge Gilliland's Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions (the "Standing Order") grants leave to "any party in a patent case to file materials containing confidential information under seal." The Standing Order also provides certain requirements for the redacted public version of any document filed under seal.

Accordingly, Google respectfully requests to file under seal the unredacted version of Google's Motion to Transfer, the Greenwalt Declaration, and Exhibit Nos. 9, 17, 18, 20, and 53 attached to the Roberts Declaration. Google intends to file redacted public versions of these documents in accordance with Judge Gilliland's Standing Order.

| | |
|---|---|
| DATED: December 5, 2025 | Respectfully Submitted, |
| JACKSON WALKER LLP | PAUL HASTINGS LLP |
| Nathaniel St. Clair, II<br>Tex. State Bar No. 24071564<br>nstclair@jw.com<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Telephone: (214) 953-6000<br>Facsimile: (214) 953-5822 | By: */s/ Matthias A. Kamber*<br>Matthias A. Kamber<br>Cal. Bar No. 232147<br>matthiaskamber@paulhastings.com<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100<br><br>Robert W. Unikel<br>Ill. Bar No. 6216974<br>robertunikel@paulhastings.com<br>71 South Wacker Drive, Suite 4500<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br><br>Andrea P. Roberts<br>Cal. Bar No. 228128<br>andrearoberts@paulhastings.com<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Robert R. Laurenzi<br>NY Bar No. 3024676<br>robertlaurenzi@paulhastings.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br><br>Ariell N. Bratton<br>Cal. Bar No. 317587<br>ariellbratton@paulhastings.com<br>4655 Executive Drive, Suite 350<br>San Diego, CA 92121<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>*Attorneys for Defendant*<br>*GOOGLE LLC* |

-3-

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on December 5, 2025, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record who have appeared in this case were served with the foregoing document via electronic mail.

                                                            */s/ Matthias A. Kamber*
                                                             Matthias A. Kamber