**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 7:25-cv-00376-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER GRANTING DEFENDANT GOOGLE LLC'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Before the Court is Defendant Google LLC's Motion for Leave to File Under Seal Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a), the accompanying Declaration of Robert Greenwalt, and Exhibit Nos. 9, 17, 18, 20, and 53 attached to the Declaration of Andrea P. Roberts.

Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court **GRANTS** Defendant Google LLC's Motion for Leave to File Under Seal.

**IT IS SO ORDERED.**

**SIGNED** this _____ day of _____, 2025.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE