**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § <br> § | Civil Action No. 7:25-CV-00376 <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF ROBERT GREENWALT IN SUPPORT OF DEFENDANT
GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT
OF CALIFORNIA UNDER 28 U.S.C. § 1404(A)**

**REDACTED IN ITS ENTIRETY**