# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff,* | § | Case No. 7:25-cv-00376-DC-DTG |
| v. | § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § | |
| *Defendant.* | § | |

## ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A)

Before the Court is Defendant Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Motion"). Having read and considered the Motion and all supporting papers and responses and replies thereto, and the argument of the parties, the Court hereby **GRANTS** Google's Motion.

It is therefore **ORDERED** that *Headwater Research LLC v. Google LLC*, Case No. 7:25-cv-00376-DC-DTG, be **TRANSFERRED** to the Northern District of California.

**SIGNED** this _____ day of _____, 2025.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE