UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 7:25-CV-00376-DC-DTG |
| v. | § § § | |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### Notice of Appearance

Please take notice that Paige Vonne Welch of the law firm Jackson Walker L.L.P. files this Notice of Appearance as counsel for defendant, Google LLC, for the purpose of receiving service of all pleadings, notices, CM/ECF notifications, orders, and other papers in the above-captioned matter.

Date: January 21, 2026

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ *Paige V. Welch*
Paige Vonne Welch
Texas State Bar No. 24138184
pwelch@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 (facsimile)

## Certificate of Service

I hereby certify that on January 21, 2026, I electronically filed the following document:

## Notice of Appearance

with the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division, using the CM/ECF system, which will send notification and a copy of this filing to all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Paige V. Welch*
Paige Vonne Welch