IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 7:25-CV-00376-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Stephanie Adamakos, who is admitted or otherwise authorized to practice in this Court, enters her appearance as counsel for Defendant Google LLC and consents to electronic service of all papers in this action.

DATED:  January 28, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Stephanie Adamakos*
　　　　　　　　　　　　　　　　　　　　Stephanie Adamakos
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1718981
　　　　　　　　　　　　　　　　　　　　stephanieadamakos@paulhastings.com
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　2050 M Street NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20036
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 551-1700
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 551-1705

　　　　　　　　　　　　　　　　　　　　*Counsel for Google LLC*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of January, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                        */s/ Stephanie Adamakos*
                                        Stephanie Adamakos