UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 7:25-cv-00376-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF IPR PETITION

Pursuant to the Court's Order Governing Proceedings in Patent Cases, Plaintiff Headwater Research LLC, respectfully notifies the Court of the following IPR petition:

**IPR2026-00050**:

- Google filed an IPR petition relating to the claims of U.S. Patent No. 8,631,102 on October 31, 2025.

- A decision on whether to institute is expected on or before May 7, 2026.

- Any final written decision would be expected on or before May 7, 2027, which may be extended by 6 months for good cause.

1

Dated: February 24, 2026                                    Respectfully submitted,

                                                                                  */s/ Peter Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 24, 2026 with a copy of this document via the Court's ECF system.

*/s/ Peter Tong*
Peter Tong
