**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Case No. 7:25-cv-00376-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF PETER TONG IN SUPPORT OF PLAINTIFF HEADWATER'S
OPPOSITION TO GOOGLE'S MOTIONS TO TRANSFER**

I, Qi (Peter) Tong, declare and state as follows:

I am a member of the State Bar of Texas, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Opposition to Defendant's Motions to Transfer. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto. Exhibits may be highlighted and/or excerpted.

1.      Attached as **Exhibit 01** is a true and correct copy of the Verdict from *Headwater Research LLC v. Samsung Elec. Co. et al,* No. 2:23-cv-00103 (E.D. Tex.), dated April 25, 2025.

2.      Attached as **Exhibit 02** is a true and correct copy of the Verdict from *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless et al*, No. 2:23-cv-00352 (E.D. Tex.), dated July 23, 2025.

3.      Attached as **Exhibit 03** is a true and correct copy of the redacted public version of Samsung's Motion to Strike "Battery Testing" Opinions Offered by Dr. Richard D. Wesel from *Headwater Research LLC v. Samsung Elec. Co. et al* , No. 2:22-cv-00422 (E.D. Tex.), dated May 10, 2024.

4.      Attached as **Exhibit 04** is a true and correct copy of excerpts from the trial transcript for Dr. RichardWesel regarding battery testing from *Headwater Research LLC v. Samsung Elec. Co.,* No. 2:22-cv-00422 (E.D. Tex.), dated January 14, 2025.

5.      Attached as **Exhibit 05** is a true and correct copy of excerpts from the trial transcript for Rachel Roberts on behalf of Samsung from *Headwater Research LLC v. Samsung Elec. Co. et al*, No. 2:22-cv-00422 (E.D. Tex.), dated January 15, 2025.

6. Attached as **Exhibit 06** is a true and correct copy of excerpts from the trial transcript for Steven Rice on behalf of Verizon from *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless et al*, No. 2:23-cv-00352 (E.D. Tex.), dated July 18, 2025.

7. Attached as **Exhibit 07** is a true and correct printout of the Kevin Hess (Austin) profile as obtained from the McKool Smith website.

8. Attached as **Exhibit 08** is a true and correct printout of the Mitch Verboncoeur (Austin) profile as obtained from the McKool Smith website.

9. Attached as **Exhibit 09** is a true and correct printout of the Richard Kamprath (Dallas) profile as obtained from the McKool Smith website.

10. Attached as **Exhibit 10** is a true and correct printout of the William Merritt (Grand Prairie) profile as obtained from the State Bar of Texas website.

11. Attached as **Exhibit 11** is a true and correct printout of the Theodore Stevenson (Dallas) profile as obtained from the Alston & Bird website.

12. Attached as **Exhibit 12** is a true and correct printout of the Chris Bovenkamp (Dallas) profile as obtained from the Charhon Callahan Robson & Garza website.

13. Attached as **Exhibit 13** is a true and correct printout of the Eric Hansen (Dallas) profile as obtained from the McKool Smith website.

14. Attached as **Exhibit 14** is a true and correct printout of the Jonathan Powers (Dallas) profile as obtained from the McKool Smith website.

15. Attached as **Exhibit 15** is a true and correct copy of the combined Minute Entries from Trial Days 1–5 in *Headwater Research LLC v. Samsung Elec. Co. et al,* No. 2:22-cv-00422 (E.D. Tex.), dated January 13–17, 2025.

16. Attached as **Exhibit 16** is a true and correct copy of the Combined Minute Entries from Trial Days 1–5 in *Headwater Research LLC v. Samsung Elec. Co. et al,* No. 2:23-cv-00103 (E.D. Tex.), dated April 21–25, 2025.

17. Attached as **Exhibit 17** is a true and correct copy of the Combined Minute Entries from Trial Days 1–5 in *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless et al*, No. 2:23-cv-00352 (E.D. Tex.), dated July 16–22, 2025.

18. Attached as **Exhibit 18** is a true and correct copy of excerpts from the trial transcript for Honjung Son of Samsung in *Headwater Research LLC v. Samsung Elec. Co. et al,* No. 2:22-cv-00422 (E.D. Tex.), dated January 15, 2025.

19. Attached as **Exhibit 19** is a true and correct copy of excerpts from the trial transcript for Rachel Roberts on behalf of Samsung from *Headwater Research LLC v. Samsung Elec. Co. et al*, No. 2:23-cv-00103 (E.D. Tex.), dated April 22, 2025.

20. Attached as **Exhibit 20** is a true and correct copy of the entire testimony of Krista Jacobsen played at trial in *Headwater Research LLC v. Samsung Elec. Co. et al,* No. 2:22-cv-00422 (E.D. Tex.), dated January 15, 2025.

21. Attached as **Exhibit 21** is a true and correct copy of the redacted printout of Dr. Raleigh's American Airline Flight Records for 2024–2026.

22. Attached as **Exhibit 22** is a true and correct copy of the Docket Navigator Report showing all active Headwater cases in Texas, retrieved March 10, 2026.

23. Attached as **Exhibit 23** is a true and correct copy of excerpts from the trial transcript of Edward Diaz on behalf of Verizon Wireless in *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless et al*, No. 2:23-cv-00352 (E.D. Tex.), dated July 18, 2025.

24. Attached as **Exhibit 24** is a true and correct copy of excerpts from the trial transcript of Sid Sibal on behalf of Verizon in *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless et al*, No. 2:23-cv-00352 (E.D. Tex.), dated July 18, 2025.

25. Attached as **Exhibit 25** is a true and correct copy of the redacted public version of Google's Motion to Transfer in *Flypsi, Inc. v. Google LLC*, No. 6:22-cv-00031-ADA, Dkt. 45 (W.D. Tex.), dated July 25, 2025.

26. Attached as **Exhibit 26** is a true and correct copy of the Witness List from *Flypsi, Inc. v. Google LLC*, No. 6:22-cv-00031-ADA, Dkt. 289 (W.D. Tex.), dated February 26, 2024.

27. Attached as **Exhibit 27** is a true and correct copy of the redacted public version of Google's Motion to Transfer in *Touchstream Tech., Inc. v. Google LLC*, No. 6:21-cv-00569-ADA, Dkt. 28 (W.D. Tex.), dated December 30, 2021.

28. Attached as **Exhibit 28** is a true and correct copy of the Witness List from *Touchstream Tech., Inc. v. Google LLC*, No. 6:21-cv-00569-ADA, Dkt. 243 (W.D. Tex.) , dated July 21, 2023.

29. Attached as **Exhibit 29** are true and correct copies of photos of physical evidence taken at Headwater's office in Texas.

30. Attached as **Exhibit 30** is a true and correct copy the Deposition Transcript of Jennifer Smith from *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00231-DC-DTG, dated November 25, 2025.

31. Attached as **Exhibit 31** is a true and correct copy of the redacted public version of the Memorandum Opinion and Order regarding IBM's Motion to Transfer Venue to the Northern District of California from *VirtaMove, Corp. v. International Business Machines Corp.*, No. 2:24-cv-00064-JRG, Dkt. 139-1 (E.D. Tex.), dated February 5, 2025.

32. Attached as **Exhibit 32** is a true and correct copy of the TravelMath website showing distance from Overland Park, Kansas to Midland, TX., retrieved March 11, 2026.

33. Attached as **Exhibit 33** is a true and correct copy of the TravelMath website showing distance from Overland Park, Kansas to San Francisco, CA, retrieved March 11, 2026.

34. Attached as **Exhibit 34** is a true and correct copy of the NDCA Local Civil Rules, available at https://cand.uscourts.gov/rules-forms-fees/local-rules/civil-local-rules, effective October 3, 2025.

35. Attached as **Exhibit 35** is a true and correct copy of the NDCA General Order No. 44, available at https://cand.uscourts.gov/sites/default/files/general-orders/GO-44_11-19-2025.pdf.

36. Attached as **Exhibit 36** is a true and correct copy of the NDCA Order Determining [*Google v. Headwater*] Cases Are Not Related, *Google LLC v. Headwater Research LLC*, No. 5:25-cv-07453-NW, Dkt. 35 (N.D. Cal.), dated January 21, 2026.

37. Attached as **Exhibit 37** is a true and correct copy of the Google Maps screenshot showing Wi-Fi Alliance in Austin, TX.

38. Attached as **Exhibit 38** is a true and correct copy of the Wi-Fi Alliance "Who We Are" website screenshot, retrieved March 11, 2026.

39. Attached as **Exhibit 39** is a true and correct copy of the Docket Navigator Report showing time to trial statistics in WDTX from 2020–2025 is on average 28 months, retrieved December 10, 2025.

40. Attached as **Exhibit 40** is a true and correct copy of the Docket Navigator Report showing time to trial statistics in NDCA from 2020–2025 is on average 40 months, retrieved December 10, 2025.

41. Attached as **Exhibit 41** is a true and correct copy of the Order Granting Plaintiffs' Motion to Conditionally Certify the Collective Action and Motion for Equitable Tolling from *Barbara Greist v. Lendus, LLC*, No. 3:24-cv-02411-AMO, Dkt. 70 (N.D. Cal.), dated June 6, 2025.

42. Attached as **Exhibit 42** is a compilation of true and correct copy of printouts of LinkedIn Profiles of third-party employees.

43. Attached as **Exhibit 43** is a compilation of true and correct copy of printouts of the LinkedIn Profiles of Non-Telus Third Parties.

44. Attached as **Exhibit 44** is a compilation of true and correct copy of printouts of the LinkedIn Profiles of Google employees.

45. Attached as **Exhibit 45** is a true and correct copy of the Redacted Memorandum and Order regarding ASUSTek"s Motion to Transfer Venue from *Atlas Global Tech. LLC v. ASUSTek Computer Inc.*, No. 6:21-cv-00820-ADA, Dkt. 71 (W.D. Tex.), dated Nov. 8, 2022.

46. **Exhibit 46** has been intentionally omitted for numbering synchronization.

47. **Exhibit 47** has been intentionally omitted for numbering synchronization.

48. **Exhibit 48** has been intentionally omitted for numbering synchronization.

49. **Exhibit 49** has been intentionally omitted for numbering synchronization.

50. Attached as **Exhibit 50** are true and correct screenshots of the Telus Website.

51. Attached as **Exhibit 51** is a true and correct copy of excerpts from the Deposition Transcript of Robert Greenwalt from *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00376-DC-DTG, dated February 20, 2026.

52. Attached as **Exhibit 52** is a true and correct copy of Headwater's Supplemental Objections and Responses Google's First Set of Interrogatories Regarding Venue (Nos.1-5) from *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00376-DC-DTG, dated February 27, 2026.

53. Attached as **Exhibit 53** is a true and correct copy of excerpts from the Deposition Transcript of Dr. Greg Raleigh from *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00369-DC-DTG, dated February 26, 2026.

54. Attached as **Exhibit 54** is a true and correct copy of excerpts from Google's Second Supplemental Objections and Responses to Plaintiff's First Set of Venue Interrogatories (Nos. 1–4) from *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00376-DC-DTG, dated February 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2026, at Dallas, Texas.

*/s/ Peter Tong*
Peter Tong

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System.

*/s/ Peter Tong*
Peter Tong