# Exhibit 01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § § | |
| *Plaintiff,* | | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00103-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § § | |
| *Defendants.* | § | |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Headwater"** refers to Plaintiff Headwater Research LLC.

- **"Samsung"** refers collectively to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

- The **"'733 Patent"** refers to U.S. Patent No. 8,406,733.

- The **"'117 Patent"** refers to U.S. Patent No. 9,198,117.

- The **"Asserted Claims"** refers collectively to claims 1, 7, and 19 of the '733 Patent and claims 1, 12, and 16 of the '117 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE

## INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR

## VERDICT COMPLIES WITH THEM

3

**QUESTION NO. 1A**

Did Headwater prove by a preponderance of the evidence that Samsung infringed any of the following claims of the **'733 Patent**?

Claim 1    Yes: ✓    OR    No: _____

Claim 7    Yes: ✓    OR    No: _____

Claim 19   Yes: ✓    OR    No: _____

**QUESTION NO. 1B**

Did Headwater prove by a preponderance of the evidence that Samsung infringed any of the following claims of the **'117 Patent**?

Claim 1    Yes: ✓    OR    No: _____

Claim 12   Yes: ✓    OR    No: _____

Claim 16   Yes: ✓    OR    No: _____

If you answered "NO" to an asserted claim addressed in Question Nos. 1A or 1B, then DO NOT answer the corresponding question related to that asserted claim in Question Nos. 2A or 2B. For example, if you answered "YES" as to Claim 1 of the '733 Patent in Question No. 1A, then answer Question No. 2A as to Claim 1 of the '733 Patent. However, if you answered "NO" as to Claim 12 of the '117 Patent in Question No. 1B, then DO NOT answer Question No. 2B as to Claim 12 of the '117 Patent.

Also, if you answered "NO" for ALL Asserted Claims in Question Nos. 1A and 1B, then you SHOULD NOT answer any other question, and in that case proceed directly to the final page of the Verdict Form.

**QUESTION NO. 2A**

Did Samsung prove by clear and convincing evidence that any of the following claims of the **'733 Patent** are invalid?

Claim 1   Yes: _____   **OR**   No: ✓_____

Claim 7   Yes: _____   **OR**   No: ✓_____

Claim 19  Yes: _____   **OR**   No: ✓_____

**QUESTION NO. 2B**

Did Samsung prove by clear and convincing evidence that any of the following claims of the **'117 Patent** are invalid?

Claim 1   Yes: _____   **OR**   No: ✓_____

Claim 12  Yes: _____   **OR**   No: ✓_____

Claim 16  Yes: _____   **OR**   No: ✓_____

**Only answer Question No. 3 if you have found that at least one of the Asserted Claims is both infringed ("YES" as to that claim in Question No. 1A or Question No. 1B) and not invalid ("NO" as to that same claim in Question No. 2A or Question No. 2B).**

## QUESTION NO. 3

What sum of money, if paid now in cash as a lump sum, has Headwater proven by a preponderance of the evidence would compensate it for its damages as to any and all infringement that you have found?

Answer in United States Dollars and Cents, if any:

$ _278,791,460.00_

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it with them when the jury is brought back into the courtroom.

Signed this __25__ day of April, 2025.

_____
Jury Foreperson