# Exhibit 04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,        (  CAUSE NO. 22:2-CV-422-JRG
                                 )
        Plaintiff,               (
                                 )
vs.                              (
                                 )
SAMSUNG ELECTRONICS CO., LTD.,   (
et al.,                    )  MARSHALL, TEXAS
                                 (  JANUARY 14, 2025
        Defendants.        )  9:00 A.M.
_____

WESEL

_____

TRIAL ON THE MERITS


BEFORE THE HONORABLE RODNEY GILSTRAP
UNITED STATES CHIEF DISTRICT JUDGE
and a jury
_____

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

```
1                    A P P E A R A N C E S

2        FOR THE PLAINTIFF:    RUSS AUGUST & KABAT -
                               LOS ANGELES
3                              12424 WILSHIRE BOULEVARD
                               12TH FLOOR
4                              LOS ANGELES, CA 90025
                               (310) 826-7474
5                              BY: MR. MARC FENSTER
                                   MR. REZA MIRZAIE
6                                  MR. BRIAN LEDAHL
                                   MR. JASON WIETHOLTER
7
                               JAMES N. PICKENS
8                              ATTORNEY At LAW
                               1104 NW 88TH WAY
9                              PLANTATION, FLORIDA  33322
                               (954) 637-2393
10
                               MILLER FAIR HENRY, PLLC
11                             1507 BILL OWENS PARKWAY
                               LONGVIEW, TEXAS  75604
12                             (903) 757-6400
                               BY:  MS. ANDREA FAIR
13
         FOR THE DEFENDANTS:   FISH & RICHARDSON PC - ATLANTA
14                             1180 PEACHTREE STREET NE
                               21ST Floor
15                             ATLANTA, GEORGIA  30309
                               (404) 724-2792
16                             BY:  MR. THAD KODISH

17                             FISH & RICHARDSON, PC -
                               WASHINGTON, DC
18                             1000 MAINE AVE., SW
                               SUITE 1000
19                             WASHINGTON, DC 20024
                               (202) 783-5070
20                             BY:  MR. MICHAEL McKEON

21                             GILLAM & SMITH, LLP
                               303 SOUTH WASHINGTON AVENUE
22                             MARSHALL, TEXAS  75670
                               (903) 934-8450
23                             BY:  MS. MELISSA SMITH

24       OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                               100 E. HOUSTON STREET
25                             MARSHALL, TEXAS  75670
                               (903) 923-8546
```

<u>RICHARD DALE WESEL, Ph.D.,</u>

having been first duly sworn, testified under oath as follows:

<u>DIRECT EXAMINATION</u>

BY MR. PICKENS:

Q.    Good morning, Doctor Wesel.

A.    Good morning, Mr. Pickens.

Q.    Please state your full name for the record.

A.    My name is Richard Dale Wesel.

Q.    Have you been retained by Headwater as an independent

expert to provide testimony in this case?

A.    Yes, I have.

Q.    Do you have any relationship to any of the parties in

this lawsuit?

A.    No, I don't.

Q.    Did you prepare any demonstrative slides to aid in your

presentation today?

A.    Yes.  We have them here on the monitor.

Q.    Doctor Wesel, what degrees do you have?

A.    I have a Bachelor of Science and Master of Science

degrees in electrical engineering from MIT, and I have a Ph.D.

in electrical engineering from Stanford.

Q.    And are you a professor currently?

A.    Yes, I'm a professor of UCLA.

Q.    And what do you teach?

A.    I teach electrical engineering.  My research and teaching

08:49   1          MR. PICKENS:  Mr. Mahon, can we please have slide 3?

   2    Q.  (BY MR. PICKENS)  And so, Doctor Wesel, when you started

   3    this investigation, did you look at a lot of material?

   4    A.  Yes, I did.  I looked at a lot of material.

   5    Q.  And, for example, did you look at the accused products in

   6    the investigation, which are listed in Plaintiff's Exhibit

   7    418?

   8    A.  Yes, I did.

08:49   9    Q.  Did you review deposition testimony of Samsung's

   10   engineers and Google's engineers about the accused products?

   11   A.  Yes, I did.

   12   Q.  Did you review the product manuals, including Joint

   13   Exhibits 38, 40, 42, 43, 44, 45, 46, 48, 50, and 55?

   14   A.  Yes, I reviewed those.

   15   Q.  Did you review Samsung web pages and confidential

08:50   16   documents, including Joint Exhibits 3, 20, 29, 39, and

   17   Plaintiff's Exhibit 200?

   18   A.  Yes, I reviewed those as well.

   19   Q.  Did you review Samsung's responses to discovery requests,

   20   including Joint Exhibit 32, the Exhibit A to their response to

   21   Interrogatory 6, and Joint Exhibit 33, their responses to

   22   requests for admission 15, 17, 21, and 23?

   23   A.  Yes, I considered those in my analysis as well.

08:50   24   Q.  Did you consider Android developer documents from Google

   25   like Joint Exhibits 19, 47, 49, 51, 52, 53, 56, 57, 58, 70,

303

1    and Plaintiff's Exhibits 128, 180, 204, 211, 212, and 215?

2    A.    Yes.

3    Q.    Did you review Android source code, Joint Exhibits 54,

08:51    4    63, 64, 67, 74, and Plaintiff's Exhibit 23?

5    A.    Yes.

6    Q.    And did you also review the source code that Samsung

7    actually puts on its smartphones, Joint Exhibit 17?

8    A.    Yes, I did.

9    Q.    And do you have a copy of that with you today?

10    A.    Yes.

11    Q.    And, finally, did you review documents relating to

08:51    12    battery testing and the measurements your test performed,

13    including Plaintiff's Exhibit 115, 256, 266, and 267?

14    A.    Yes, I reviewed those as well.

15    Q.    And did you actually test a product, like the one that

16    you have up there with you?

17    A.    Yes, I did.

18    Q.    On the next slide you've shown an image.  What are you

19    showing here?

08:52    20    A.    Well, there's a computer running Android Studio which is

21    a software development system, and the computer is connected

22    to a Samsung accused device.  And so this is -- I used Android

23    Studio to download the battery stats for my test.

24    Q.    Can you provide a summary of the conclusions that you

25    reached in your investigation?

08:52   1   A.   Sure.   They're on this slide.   I concluded that Samsung's

        2   smartphones infringe claims 1, 8, 9, and 12 of the '976

        3   Patent, and I concluded that Samsung benefits significantly

        4   from the patented technology, which increases daily battery

        5   life of its smartphones by up to 17 percent as shown by the

        6   testing.

        7          And I also determined that the patented technology cannot

08:53   8   be replaced with any non-infringing alternative.

        9              MR. PICKENS:  Mr. Mahon, can we please have slide

        10  24.

        11  Q.   (BY MR. PICKENS)  So, Doctor Wesel, what operating system

        12  do the accused Samsung phones use?

        13  A.   They use the Android operating system.

        14  Q.   And where does Android operating system come from?

        15  A.   It comes from Google.

        16  Q.   And what versions of the Android operating system do they

        17  use?

08:53  18  A.   Well, the accused products use Android operating system

        19  versions 6 through 13.

        20  Q.   And did you find that any of these Android versions are

        21  representative of other products using the same version of

        22  Android?

        23  A.   That's correct.  I found that Android version 6.0 is

08:54  24  representative of all the Android versions 6.X.  Android

        25  version 7.0, 8.0, 9.0, 10.0, 11.0, 12.0, and 13.0 are

1    respectively representative of Android OS version 7.X, 8.X,

2    9.X, 10.X, 11.X, 12.X, and 13.X.

3    Q.   And does this cover the range of products at issue in

4    this case?

5    A.   Yes, it does.

09:55  6    Q.   Now, Dr. Wesel, what are the features accused --

7         MR. PICKENS:  Mr. Mahon, if we could have slide 26.

8    Q.   (BY MR. PICKENS)  What are the features that you

9    investigated?

10   A.   There were five features that I investigated--power

11   saving, which is also known as battery saver; doze mode; app

12   standby, which was also called adaptive battery; data saver,

09:55  13   and roaming reduction.

14   Q.   And did you find that all five features meet the claim

15   elements?

16   A.   Yes, I did find that.

17        MR. PICKENS:  Mr. Mahon, could we please have slide

18   32.

19   Q.   (BY MR. PICKENS)  So, Doctor Wesel, do you see the

20   timeline on your demonstrative?

21   A.   I do see that, yes.

09:55  22   Q.   So first when is the priority date of the '976 Patent?

23   A.   The priority date of the '976 Patent, as we discussed

24   earlier, is in May of 2010.

25   Q.   And what are the green flags you're showing here?

1    changing the application of the first differential traffic

2    control policy based on a power state of the device.

3    Q.    And was this -- were these additional elements addressed

4    in rebuttal by Samsung?

5    A.    No, they were not.

09:56    6    Q.    And did you find that these were met by the doze, power

7    saving, and app standby features?

8    A.    Yes, they are.

9    Q.    And so looking at slide 79, why does doze meet the

10    limitation?

11    A.    Well, if a user leaves a device unplugged, then doze mode

12    doesn't engage while a battery powered device is plugged into

09:57    13    a power charger.  And whether a device is plugged in or not is

14    a power state of the device, so doze mode meets this element.

15    Q.    And why did you find that app standby meets this?

16    A.    Similar to doze mode, whether or not app standby is

17    plugged in -- so, again, affects whether the policy will be in

18    place.  So, again, it meets this element.

19    Q.    And why did you find that power saving mode meets this

09:58    20    element?

21    A.    Power saving mode is configured to turn on when the

22    battery is getting low, and the amount of battery that you

23    have is a power state of the device.

24    Q.    And so do all the products satisfy claim 12?

25    A.    Yes, they do.

```
 1    Q.    Okay.  So you also mentioned that you did some testing of

 2    the products like the S21.

 3    A.    Yes.

 4    Q.    And did your testing confirm in -- that there's

 5    infringement?

 6    A.    Yes, my -- when I tested the devices, when power saving

 7    mode was on, the applications in the background didn't use the

 8    cellular radio.

 9    Q.    And which products did you test?

10    A.    I tested Samsung S5 running Android 6.0 and a Samsung S21

11    running Android 13.0.

12    Q.    And did you investigate whether the features saved

13    battery life?

14    A.    Yes, I did.

15    Q.    And what did you find?

16    A.    I found out that -- my testing confirmed that the

17    features do save battery life.

18    Q.    Now, it says -- I see on your slide 86 you've excerpted

19    Joint Exhibit 20 where it says, once power saving is enabled,

20    background apps will be restricted from mobile data and that

21    will extend battery life.  Do you see that?

22    A.    Yes, I see that.

23    Q.    And is that what your test found?

24    A.    Exactly, yes.  My test was consistent with what the

25    documentation expected would happen.
```

09:58 (line 6)
09:58 (line 14)
09:59 (line 23)

1  Q.    Showing your slide 87, so what's the benefit from the

2  claimed invention that you were measuring in contrast to other

3  benefits that these features might have?

4  A.    Well, so talking about power saving mode, power saving

5  mode saves your battery in several ways.  It could reduce

09:59   6  processor speed or disable other battery-consuming features,

7  for -- you know, it might change the way your display is

8  working.

9        But I was trying to isolate only battery consumption that

10  is from the cellular modem.

11  Q.    And does that relate directly to the claimed invention?

12  A.    Yes, exactly, because that's what the invention does.

10:00   13  The invention disallows apps that are not interacting in the

14  device display foreground from using the cellular radio modem.

15  The invention doesn't provide these other benefits.

16  Q.    And so how did you measure the benefit from the claimed

17  invention in contrast to other potential benefits from

18  Android?

19  A.    Well, so when we got -- when I got the data from this

10:00   20  battery stats tool, when I could read the battery stats, that

21  data tells you how much cellular modem use happened, and it

22  tells you -- it makes a computation that determines how much

23  battery life -- how much battery drain was due to the cellular

24  modem.

25  Q.    And does Samsung use the battery stats tool?

350

```
         1   A.    Yes, they do.

         2   Q.    And is that why you used it for the test?

10:01    3   A.    Yeah.   I thought it would be a great choice to use the

         4   same tool that Samsung uses.

         5   Q.    And so -- looking at your slide 88, so can you

         6   explain -- so what is the test that you did?   What are the

         7   runs that you did?

         8   A.    So what I would do in the tests that I ran is open the

         9   calculator app in the foreground and then unplug the device

10:01   10   and wait for an hour and see what happened by looking at the

        11   battery stats after that hour.   And I would run the test with

        12   power saving mode on and I would run the test with power

        13   saving mode off and look at the difference.

        14   Q.    Now, how did you decide which apps to put on your test

        15   device?

        16   A.    Well, there is something called the average user profile

10:02   17   that Samsung uses that tries to characterize what would be the

        18   normal use of the phone.

        19   Q.    And is that Plaintiff's Exhibit 115?

        20   A.    Yes.

        21   Q.    And so when you did your test, did you try to do it just

        22   the way Samsung does?

        23   A.    I used apps from the average user profile, yes.

10:02   24   Q.    And according to Samsung, about how long of a time period

        25   was the average user on the cellular network not on the WiFi?
```

1    A.    The average user profile has the -- the normal user would

2    have cellular modem instead of WiFi from 8:00 to 5:00.  So

3    nine hours.

4    Q.    So looking at your slide 89, so you -- just to confirm,

10:03    5    so did you test it both with the accused features off and the

6    accused feature on to see the difference?

7    A.    That's right.  That was the whole point of the test.

8    Q.    Okay.  And what is -- on slide 90, what was the -- what

9    are some of the test results that you got comparing power

10    saving off versus on?

11    A.    Well, so for the Samsung Galaxy S5 with power saving mode

10:03    12    enabled, there -- the five apps -- for five apps, the

13    calculated savings from not using the mobile radio in the

14    background was 393.1 milliamp hours.  And when doze mode was

15    enabled, it's less than battery saving mode because it takes a

16    while for the phone to be idle enough for doze mode to turn

17    on, and so it was 248.63 milliamp hours.

18    Q.    And what were the results when you tested the S21 running

10:04    19    Android 13?

20    A.    When power saving mode was enabled, the savings was 585.9

21    milliamp hours.  And just to be clear, I ran the test with

22    power saving mode, and then I did some computations to infer

23    what the savings would be with doze mode because the apps in

24    the background are disallowed for a smaller period of time,

10:04    25    and that's how we get to the 370.58 milliamp hours.

1    Q.    Okay.    And so did you use one or more than one approach

2    to estimate what the savings were using all the measurements

3    that you took?

4    A.    I used three approaches.    So one approach was to compute

10:05    5    the mobile radio savings for five apps that are in the Samsung

6    average user profile.    Those apps are Facebook, Instagram,

7    Facebook Messenger, Snapchat, and Yahoo Finance.

8        And then a second approach was to use the mobile radio

9    savings for all of the installed apps.

10        And then a third approach was to just look at the total

11    mobile radio savings.

12    Q.    And did you take the average of all three approaches?

10:06    13    A.    That's correct.

14    Q.    And so what was the range of benefits from the power

15    saving mode for the accused products?

16    A.    The range of benefits was between eight percent and 17

17    percent.

18    Q.    And what was the range you determined for the doze mode?

19    A.    Between five percent and 11 percent.

20    Q.    Now, I see on this slide you have a list of products and

10:06    21    their battery capacities from Plaintiff's Exhibit 267.    And so

22    why are you showing that?

23    A.    Well, these are just examples of the savings that you

24    would get with various devices, and it just depends on -- the

25    way that I computed these numbers, it's really just depending

```
            1    on the battery capacity of the device.
10:06       2        So basically using the S5 cellular drain measurements
            3    which were the more -- it's the more conservative phone
            4    because for the S5 as compared to the S21, the S5 uses less
            5    battery to use its cellular modem.
            6        So using the most conservative for my tests of the
            7    cellular battery drain, then we compute the battery life
            8    improvement as a function of how big the battery is.  In other
10:07       9    words, if you've got a really big battery, the benefit from
           10    the not using a certain amount of battery becomes less by a
           11    percentage.
           12        And so that's what we're seeing here.  You can see when
           13    you look at this table, that the bigger batteries, and they're
           14    listed here bigger batteries at the top, the bigger batteries
           15    have a smaller percentage improvement.
           16    Q.   And did you have data in Plaintiff's Exhibit 266 on the
10:07      17    power profiles showing how much each of the products -- how
           18    much power it costs to use the cellular modem in each of the
           19    products?
           20    A.   Yes.  That's what the power -- the power profile tells us
           21    what Samsung has determined is the cellular -- the expected
           22    cellular drain of the modem within each phone.
           23    Q.   And you used the S5?
           24    A.   That's correct.
10:08      25    Q.   And did that have an LTE radio that had a lower power
```

1    consumption than many of the others?

2    A.    It was at the lower end of the range, that's correct.

3    Q.    And so did that make your overall benefit opinion here a

4    higher or lower using the S5?

5    A.    It made it lower.

6    Q.    And so could you please summarize briefly, you know, what

7    were the benefits for each of the models that you're -- here

10:09    8    on the table?

9    A.    Okay.  So here we go.  So the -- let's talk about the

10    phones in power saving mode that had an eight percent savings.

11    Those were the Galaxy S23 Ultra.

12        Oh, fantastic.  How do I get rid of that?  Oh, dear.

13    Okay.

10:09    14        So the Galaxy S23 Ultra, the s22 Ultra, the S21+, the S21

15    Ultra, and the S20.

16        And phones with power saving modes in phones that had a 9

17    percent battery life improvement from power saving mode were

18    the Galaxy S23+, the S22+, the S21 FE, the S20 FE, the S10

19    Lite, the S10 5G.

20        The phones that had a 10 percent battery life improvement

10:09    21    in power saving mode were the S21, the S20, and the S10+.

22        The phones that had an 11 percent battery life

23    improvement from power saving mode were the Galaxy S23 and the

24    S22.

25        And the phones that had a 12 percent battery life

1    improvement in power saving mode were the S10, the S9+, and

2    the S8+.

3        The phones that had a 14 percent battery life improvement

10:10    4    in power saving mode were the S10E, the S9, the S8, the S7,

5    the S7 Edge.

6        And the phone that had a 15 percent battery life

7    improvement in power saving mode was the S5.

8        And the phone that had a 17 percent battery life

9    improvement was the S6 with the smallest battery capacity of

10    2550.

11    Q.    Okay.   And now for doze mode, which models had -- did you

10:10    12    calculate in your opinion had a five percent improvement?

13    A.    For doze mode, it was the Galaxy S23 Ultra, S22 Ultra,

14    S21 Ultra, and S20 Ultra that had a 5 percent battery life

15    improvement.

16    Q.    And for doze, which ones had a 6 percent improvement?

17    A.    That would be the S21+, the S23+, the S22+, the S21 FE,

10:11    18    the S20 FE, the S10 Lite, and the S10 5G.

19    Q.    Which ones had a 7 percent improvement?

20    A.    That would be the S21, the S20, the S10+, the Galaxy S23,

21    and the S22.

22    Q.    Which ones had an 8 percent improvement?

23    A.    The S10, the S9+, and the S8+.

24    Q.    Which ones had a 9 percent improvement for doze?

25    A.    The S10e, the S9, the S8, the S7, the S7 Edge.

10:12    1    Q.   And which one had a 10 percent for doze?

2    A.   The S5.

3    Q.   And which one had 11 percent for doze?

4    A.   The S6.

5         MR. PICKENS:  Mr. Mahon, could we have slide 102?

6    Q.   (BY MR. PICKENS)  Did you analyze any licenses that you

7    found are not technically comparable to the Headwater '976

8    Patent?

9    A.   Yes.  I analyzed the BNR.  I analyzed the patents in the

10:12    10   BNR license, and I found that the BNR does not provide

11   comparable technical benefits to the '976 Patent.

12   Q.   I see on the slide you said that this BNR license patents

13   that covered beamforming, proximity detection, integrated

14   circuit packaging, turning off a display when the user holds

15   the phone up to their ear.  Do you see that?

16   A.   Yes, I see that.

17   Q.   Are any of those technologies comparable to the '976

18   Patent?

19   A.   No, they're not.

10:12    20   Q.   Finally, Doctor Wesel, did you analyze the lack of -- a

21   lack of non-infringing alternatives to the claimed inventions?

22   A.   Yes, I did.

23   Q.   I see here you're showing Plaintiff's Exhibit 180, the

24   Android compatibility definition.  Why is this relevant?

25   A.   Well, so Samsung phones use the Android operating system,

I HEREBY CERTIFY THAT THE FOREGOING IS A
CORRECT TRANSCRIPT FROM THE RECORD OF
PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
COURT AND THE JUDICIAL CONFERENCE OF THE
UNITED STATES.


S/Shawn McRoberts                01/14/2025

_____DATE_____
SHAWN McROBERTS, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER