# Exhibit 05

```
1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF TEXAS
2                              MARSHALL DIVISION

3   HEADWATER RESEARCH, LLC.,       (  CAUSE NO. 22:2-CV-422-JRG
                                     )
4             Plaintiff,            (
                                     )
5   vs.                             (
                                     )
6   SAMSUNG ELECTRONICS CO., LTD., (
    et al.,                ) MARSHALL, TEXAS
7                                   ( JANUARY 15, 2025
             Defendants.           )  8:30 A.M.
8   _____

9
                              RACHEL ROBERTS
10
    _____
11
                          TRIAL ON THE MERITS
12

13              BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE
14                          and a jury

    _____
15

16

17

18

19

20

21

22
                      SHAWN McROBERTS, RMR, CRR
23                     100 E. HOUSTON STREET
                       MARSHALL, TEXAS  75670
24                        (903) 923-8546
                  shawn_mcroberts@txed.uscourts.gov
25
```

<pre>
1                    A P P E A R A N C E S

2     FOR THE PLAINTIFF:     RUSS AUGUST & KABAT -
                            LOS ANGELES
3                            12424 WILSHIRE BOULEVARD
                            12TH FLOOR
4                            LOS ANGELES, CA 90025
                            (310) 826-7474
5                            BY: MR. MARC FENSTER
                                 MR. REZA MIRZAIE
6                                 MR. BRIAN LEDAHL
                                 MR. JASON WIETHOLTER
7
                            JAMES N. PICKENS
8                            ATTORNEY At LAW
                            1104 NW 88TH WAY
9                            PLANTATION, FLORIDA  33322
                            (954) 637-2393
10
                            MILLER FAIR HENRY, PLLC
11                           1507 BILL OWENS PARKWAY
                            LONGVIEW, TEXAS  75604
12                           (903) 757-6400
                            BY:  MS. ANDREA FAIR
13
     FOR THE DEFENDANTS:    FISH & RICHARDSON PC - ATLANTA
14                           1180 PEACHTREE STREET NE
                            21ST Floor
15                           ATLANTA, GEORGIA  30309
                            (404) 724-2792
16                           BY:  MR. THAD KODISH

17                           FISH & RICHARDSON, PC -
                            WASHINGTON, DC
18                           1000 MAINE AVE., SW
                            SUITE 1000
19                           WASHINGTON, DC 20024
                            (202) 783-5070
20                           BY:  MR. MICHAEL McKEON

21                           GILLAM & SMITH, LLP
                            303 SOUTH WASHINGTON AVENUE
22                           MARSHALL, TEXAS  75670
                            (903) 934-8450
23                           BY:  MS. MELISSA SMITH

24     OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                            100 E. HOUSTON STREET
25                           MARSHALL, TEXAS  75670
                            (903) 923-8546
</pre>

1        MR. FENSTER:  Your Honor, at this time I'm proud to

2   announce that Plaintiff rests its case in chief.

11:09    3        THE COURT:  All right.  Plaintiff having rested its

4   case in chief, we'll turn to the Defendants' case in chief.

5      Are the Defendants prepared to call their first witness?

6        MS. SMITH:  We are, Your Honor.

7        THE COURT:  Please proceed to call your first

8   witness.

9        MS. SMITH:  Your Honor, Samsung calls Mrs. Rachel

10  Roberts.

11       THE COURT:  All right.  Mrs. Roberts, if you'll come

12  forward and be sworn, please.

13       (Whereupon, the oath was administered by the Clerk.)

11:10   14       THE COURT:  Please come around, have a seat on the

15  witness stand.

16      All right, Ms. Smith.  You may proceed with direct

17  examination.

18       MS. SMITH:  May it please to Court.

19                    RACHEL ROBERTS,

20  having been first duly sworn, testified under oath as follows:

21                    DIRECT EXAMINATION

22  BY MS. SMITH:

23  Q.   Good morning, Mrs. Roberts.

24  A.   Good morning.

25  Q.   If you would, introduce yourself to the ladies and

1  gentlemen of the jury.

2  A.    Good morning.  My name is Rachel Roberts, and I am the

3  corporate representative for Samsung.

11:10   4  Q.    You have told us you're the corporate representative for

5  Samsung.   Where do you work?

6  A.    I work for Samsung Electronics America.

7  Q.    And what does Samsung Electronics America do?

8  A.    It is the sales and marketing company for Samsung in the

9  U.S.

10  Q.    And I believe we can look at DDX 2.2.   Does that look

11  familiar, Mrs. Roberts?

12  A.    Yes, ma'am.

13  Q.    And you've brought some slides today to share with the

14  jurors in this case?

15  A.    I did.

11:11   16  Q.    All right.   Are we seeing some of those products that SEA

17  markets and sells?

18  A.    Yes, ma'am.   So Samsung Electronics America sells mobile

19  phones, tablets, watches, TVs, home appliances.   Any of those

20  products sold in the U.S., they come from Samsung Electronics

21  America.

22  Q.    What office are you based out of?

23  A.    I am based out of Overland Park, Kansas, and I also have

24  an office down in Plano, Texas.

25  Q.    You mentioned the office in Plano, Texas.   How many

|  |  |  |
|---|---|---|
|  | 1 | employees does Samsung have in Texas? |
| 11:12 | 2 | A.    Over 6,000. |
|  | 3 | Q.    And how many employees does Samsung have in the U.S.? |
|  | 4 | A.    About over 20,000. |
|  | 5 | Q.    Okay.  Flipping to the next slide, which is DDX 2-3, what |
|  | 6 | specifically does SEA do in Plano? |
|  | 7 | A.    In Plano is the headquarters for the mobile business |
|  | 8 | unit.  So any of the mobile products, including phones, |
|  | 9 | tablets, watches, are coming out of the Plano office. |
| 11:12 | 10 | Q.    Okay.  And what do you specifically do at Samsung |
|  | 11 | America? |
|  | 12 | A.    I'm a senior manager of product management. |
|  | 13 | Q.    So in practical terms for the jurors, what does that mean |
|  | 14 | to be a senior manager of product management? |
|  | 15 | A.    It's -- it means how I market our products and who we |
|  | 16 | market them to.  I use my over 20 years of experience to |
|  | 17 | understand consumer preferences and then help to drive those |
|  | 18 | marketing of Samsung products. |
|  | 19 | Q.    Well, if you'd share with the ladies and gentlemen of the |
| 11:12 | 20 | jury what a day in the life of a senior manager of product |
|  | 21 | management, what's that look like? |
|  | 22 | A.    Absolutely.  So I interface with about 15 to 20 different |
|  | 23 | teams within Samsung, almost the heartbeat of the |
|  | 24 | organization, so to speak.  So we are responsible for building |
|  | 25 | the go-to-market process:  marketing, advertising, training |

1          I HEREBY CERTIFY THAT THE FOREGOING IS A

2     CORRECT TRANSCRIPT FROM THE RECORD OF

3     PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

4     I FURTHER CERTIFY THAT THE TRANSCRIPT FEES

5     FORMAT COMPLY WITH THOSE PRESCRIBED BY THE

6     COURT AND THE JUDICIAL CONFERENCE OF THE

7     UNITED STATES.

8

9     S/Shawn McRoberts            01/15/2025

10    _____DATE_____
      SHAWN McROBERTS, RMR, CRR
11    FEDERAL OFFICIAL COURT REPORTER

12        .

13

14

15

16

17

18

19

20

21

22

23

24

25