# Exhibit 06

```
1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
2                          MARSHALL DIVISION

3   HEADWATER RESEARCH, LLC.,      (  CAUSE NO. 2:23-CV-352-JRG
                                   )
4           Plaintiff,             (
                                   )
5   vs.                            (
                                   )
6   CELLCO PARTNERSHIP, D/B/A      (
    VERIZON WIRELESS, et al.,      )  MARSHALL, TEXAS
7                                  (  JULY 18, 2025
            Defendants.            )  8:30 A.M.
8   _____

9
                              VOLUME 3
10
    _____
11
                         TRIAL ON THE MERITS
12

13        BEFORE THE HONORABLE RODNEY GILSTRAP
           UNITED STATES CHIEF DISTRICT JUDGE
14                       and a jury
    _____
15

16

17

18

19

20

21

22
                  SHAWN McROBERTS, RMR, CRR
23                  100 E. HOUSTON STREET
                   MARSHALL, TEXAS  75670
24                     (903) 923-8546
               shawn_mcroberts@txed.uscourts.gov
25
```

```
 1                    A P P E A R A N C E S

 2       FOR THE PLAINTIFF:    RUSS AUGUST & KABAT -
                               LOS ANGELES
 3                             12424 WILSHIRE BOULEVARD
                               12TH FLOOR
 4                             LOS ANGELES, CA 90025
                               (310) 826-7474
 5                             BY: MR. MARC FENSTER
                                   MR. REZA MIRZAIE
 6                                 MR. BRIAN LEDAHL

 7                             MILLER FAIR HENRY, PLLC
                               1507 BILL OWENS PARKWAY
 8                             LONGVIEW, TEXAS  75604
                               (903) 757-6400
 9                             BY:  MS. ANDREA FAIR

10       FOR THE DEFENDANTS:   GIBSON DUNN & CRUTCHER, LLP
                               NYC
11                             200 PARK AVE., 48TH FLOOR
                               NEW YORK, NEW York  10166-0193
12                             (212) 351-2490
                               BY:  MR. JOSH KREVITT
13                                  MR. BRIAN ROSENTHAL
                                    MS. KATHERINE DOMINGUEZ
14                                  MR. CHARLES SIM
                                    MR. ELIYAHU BALSAM
15
                               THE DACUS FIRM, PC
16                             821 ESE LOOP 323, SUITE 430
                               TYLER, TEXAS  75701
17                             (903) 705-1117
                               BY:  MR. DERON DACUS
18
         OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
19                             100 E. HOUSTON STREET
                               MARSHALL, TEXAS  75670
20                             (903) 923-8546

21

22

23

24

25
```

```
03:13   1              THE COURT:  You may distribute them.
        2              MR. KREVITT:  Thank you.
        3              THE COURT:  Mr. Krevitt, you may proceed with direct
        4    examination.
        5              MR. KREVITT:  Thank you very much, Your Honor.
        6                              STEVEN RICE,
        7    having been first duly sworn, testified under oath as follows:
        8                          DIRECT EXAMINATION
        9    BY MR. KREVITT:
       10    Q.   Good afternoon, Mr. Rice.
       11    A.   Good afternoon.
       12    Q.   Would you take a moment to introduce yourself to the
       13    jury?
       14    A.   Yep.  My name is Steven Rice.  I live in Keller, Texas
       15    with my wife and two kids.  We've been there for about 10
       16    years, 10 or 11 years, and I grew up down the road in Rustin,
       17    Louisiana, which is a couple of hours from here.
       18    Q.   Where do you work now?
03:13  19    A.   So I work for Verizon.  I am the vice president of
       20    network planning.
       21    Q.   And you've been here the whole trial?
       22    A.   Yes, I have.
       23    Q.   You're here as the corporate representative on behalf of
       24    Verizon?
       25    A.   Yes, I am.
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q.   And when did you start at Verizon?                      |
|       | 2  | A.   So I started at Verizon about 16 years ago.  It was     |
|       | 3  | around 2009.                                                 |
|       | 4  | Q.   And what were you doing before that?                    |
|       | 5  | A.   So before that, I worked for a company called Altel. It |
| 03:14 | 6  | was a smaller wireless company similar to Verizon but a lot  |
|       | 7  | smaller.                                                     |
|       | 8  | Q.   How did you end up at Verizon?                          |
|       | 9  | A.   In that time frame, 2009, Verizon bought Altel.         |
|       | 10 | Q.   And so you moved over immediately to Verizon?           |
|       | 11 | A.   Came over immediately when we were acquired.            |
|       | 12 | Q.   Was that an easy decision for you, hard decision,       |
|       | 13 | obvious?                                                     |
|       | 14 | A.   It wasn't straightforward decision.  Verizon was a much |
| 03:14 | 15 | larger company, and we were living in Little Rock at the time, |
|       | 16 | so weren't sure that we wanted to make a move with two young |
|       | 17 | kids.  So I had a chance to talk to Verizon about it.  They  |
|       | 18 | understood.  We stayed in Little Rock for a couple of years  |
|       | 19 | just to make sure it was the right fit and something we would |
|       | 20 | want to stick with.  And after that, we made the decision to |
|       | 21 | move the family to the Dallas area, to Keller.               |
|       | 22 | Q.   And you've been at Verizon ever since?                  |
|       | 23 | A.   Yes, I have.                                            |
|       | 24 | Q.   How's that worked out for you?                          |
|       | 25 | A.   It's worked out good.                                   |

```
1            I HEREBY CERTIFY THAT THE FOREGOING IS A
2       CORRECT TRANSCRIPT FROM THE RECORD OF
3       PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
4       I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
5       FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
6       COURT AND THE JUDICIAL CONFERENCE OF THE
7       UNITED STATES.
8
9       S/Shawn McRoberts                  07/18/2025
10      _____DATE_____
        SHAWN McROBERTS, RMR, CRR
11      FEDERAL OFFICIAL COURT REPORTER
12   .
```