# Exhibit 08

![McKool Smith]

# Mitch Verboncoeur
Principal  |  mverboncoeur@mckoolsmith.com



**Austin** T: 512.692.8757

Mitch Verboncoeur is a Principal in McKool Smith's Austin office. He focuses his practice on high-technology, intellectual property, and commercial litigation. He has represented plaintiffs and defendants in federal district courts, federal circuit courts, and the Supreme Court across a range of technologies, including cable television, video coding, RF hardware, and cellular technologies.

Mitch's experience includes presenting and cross-examining witnesses at trial, developing trial strategies, arguing claim construction, and drafting appellate briefs. Among other successes, he has helped secure exclusion orders for his clients from the International Trade Commission. He has successfully developed and implemented multi-venue litigation strategies for enforcing intellectual property portfolios.

Mitch's pro bono experience includes appellate briefing and successfully negotiating a joint stipulation of remand from the Second Circuit on behalf of asylum-seekers.

While attending law school, Mitch was a student supervisor with the Yale Landlord-Tenant Legal Services Clinic and provided a full range of legal services to low-income New Haven tenants. He was also a term-time law clerk with New Haven Legal Assistance, where he provided legal services to low-income New Haven residents.

During college, Mitch worked with an astrophysics research team using computational methods to study planet formation and analyze the orbital stability of extrasolar planets. He was also a Cornell Scholar and the 2014 Scholar-Athlete of the Year.

## Representative Matters

- **Ericsson.** Represented Ericsson in reaching a settlement with Lenovo in a global patent licensing dispute involving a multi-year cross-license agreement, resulting in the withdrawal of all pending litigation and administrative

303 Colorado Street
Suite 2100
Austin, TX 78701

### Education
J.D., Yale Law School, 2017

B.A., *summa cum laude*, Physics and Philosophy, Rollins College, 2014

### Court Admissions
State of Texas

District of Columbia

The U.S. District Court for the Northern, Southern, Eastern, and Western Districts of Texas

The U.S. Court of Appeals for the Second Circuit

The U.S. Court of Appeals for the Federal Circuit

# Mitch Verboncoeur (cont'd)

proceedings, including before the USITC.

## Rankings & Honors

- Named among the top five "Leading Section 337 ITC Attorneys" by the Patexia ITC Intelligence Report, 2024
- Named among the Top Most Active and Performing Attorneys Representing Complainants by the Patexia ITC Intelligence Report, 2023 - 2025
- Named a Texas "Rising Star" by *Super Lawyers* for 2024 - 2025

## Speaking Engagements

Josh Newcomer and Mitch Verboncoeur to present at the 17th Annual Practitioners' Think Tank on ITC Litigation & Enforcement
03.31.2025

P2

www.mckoolsmith.com    Austin  Dallas  Houston  Los Angeles  Marshall  New York  Washington, D.C.