# Exhibit 09

**McKool Smith**

# Richard A. Kamprath

Principal | rkamprath@mckoolsmith.com



**Dallas** T: 214.978.4210

Richard Kamprath is a Principal in the Dallas office of McKool Smith. Richard is a trial lawyer who specializes in licensing and litigation.

Richard's practice includes creating and implementing global litigation strategies to maximize his clients' portfolio values of both standard essential and non-standard essential technology. He has been successful in licensing many different technology areas including technology related to cellular, WiFi, video coding, hardware (RF, analog, and digital), software, encryption, and wired/wireless communication.

He has also had success for his clients in the courtroom including a $172 million dollar jury verdict against Qualcomm, a $15 million jury verdict against Samsung, and two exclusion orders in the International Trade Commission against Comcast. Richard has played a key role in these cases, both directing and crossing witnesses on the stand, and coming up with trial strategy.

He has been recognized by multiple publications as a Rising Star in patent litigation for the past several years.

Prior to joining the firm, Richard clerked for the Honorable Jorge Solis in the U.S. District Court for the Northern District of Texas, where he contributed to a variety of civil and criminal matters. Prior to attending law school, Richard worked as an electrical engineer for an oilfield services company in its research and development facility, where he designed circuits for both Wireline and LWD downhole tools. During his graduate work at Texas A&M, Richard studied analog and mixed-signal circuit design and wrote his thesis on impedance matching techniques for Ethernet communication systems. He also taught labs in microelectronics and digital circuit design.

## Representative Matters

- ***InterDigital v. Disney+, Hulu, and ESPN+*(CDCA)** Represented InterDigital against Disney+, Hulu, and ESPN+ in a dispute related to OTT streaming and

300 Crescent Court
Suite 1200
Dallas, TX 75201

**Education**

J.D., *cum laude*, Southern Methodist University Dedman School of Law, 2011

M.S., Electrical Engineering, Texas A&M University, 2007

B.S., Electrical Engineering, Texas A&M University, 2004

**Clerkships**

Hon. Jorge Solis, U.S. District Court, Northern District of Texas

**Court Admissions**

State of Texas

The U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas

The U.S. Court of Appeals for the Federal Circuit

The U.S. Court of Appeals for the Fifth Circuit

The U.S. Supreme Court

**Bar Associations**

Federal Circuit Bar Association

United States Patent and Trademark Office

## Richard A. Kamprath (cont'd)

related technology.

- **ublox v. InterDigital**(SDCA, Delaware Chancery Court) Represented InterDigital in a declaratory judgment action filed by ublox related to cellular portfolio licensing.
- **Tesla v. InterDigital**(English Royal Courts of Justice) Served as an expert witness on US law on behalf of InterDigital in a case related to licensing.
- **RightQuestion v. Samsung**(EDTX) Represented RightQuestion against Samsung in a patent infringement suit related to encryption and authentication technology.
- **Rovi/TiVo v. Comcast, et al.**(SDNY, ITC) Represented Rovi/TiVo in a patent infringement dispute against Comcast, Arris, and Technicolor involving interactive program guides and related functionality.
- **Nokia v. Apple.**(EDTX, ITC) Represented Nokia in a global licensing dispute against Apple involving H.264 video compression technology and LTE technology.
- **Ericsson v. Apple.**(EDTX, NDCA, ITC, PTAB) Represented Ericsson in a global, portfolio-wide, FRAND licensing dispute against Apple involving LTE technology.
- **ParkerVision Inc. v. Qualcomm Inc., et al.**(MDFL) Represented ParkerVision in a patent infringement lawsuit against Qualcomm, Samsung, and HTC involving patents related to radio-frequency transmitter technology, digital signal processing and baseband technology, and protocol conversion technology for use in wireless telecommunications devices.
- **Odyssey Wireless v. Apple, et al.**(EDNC) Represented Odyssey Wireless against Apple, Samsung, LG, and Motorola in a patent infringement lawsuit involving technology related to the LTE standard including frequency hopping and carrier aggregation.
- **Summit 6 LLC v. Apple, et al.**(NDTX) Represented Summit 6 in a patent infringement lawsuit against Apple, Twitter, HTC, LG, and Motorola involving digital content processing and uploading technology.
- **Rockstar Consortium v. Samsung, et al.**(EDTX, NDCA) Represented Rockstar in a patent infringement lawsuit against Samsung, ASUS, LG, HTC, Pantech, ZTE, and Google involving patents related to software and radio-frequency electromagnetic shielding technology for use in wireless telecommunications devices.
- **Summit 6 LLC v. Research in Motion, et al.**(NDTX) Represented Summit 6 in a patent infringement lawsuit against Research in Motion, Facebook, Samsung, Multiply, and Photobucket involving digital content processing and uploading

International Trade Commission Trial Lawyers Association

Dallas Bar Association

Dallas Association of Young Lawyers

P2

www.mckoolsmith.com    Austin  Dallas  Houston  Los Angeles  Marshall  New York  Washington, D.C.

**McKool Smith**

## Richard A. Kamprath (cont'd)

technology.

- **Ericsson v. Samsung.(ITC)** Represented Ericsson in a Section 337 action against Samsung involving several patents coving the direct conversion receiver technology and carrier signal modulation techniques.
- **Prep Solutions Ltd. v. Techono Ltd. et al.**, Secured a $3.8 million default judgment on behalf of Prep Solutions Ltd. against seven defendants, with the Court finding that the defendants willfully infringed 13 of Prep Solutions' copyrights. In addition to the monetary award, the Court entered a permanent injunction, ordering the transfer of the defendants' website assets to Prep Solutions, further protecting the company's intellectual property rights.

## Rankings & Honors

- Ranked among the top 250 Attorneys representing patent owners by Patexia's Intelligence Report (2023)
- Named among the Top 25 Most Active and Performing Attorneys Representing Complainants by the Patexia ITC Intelligence Report, 2023 - 2025
- Recognized by *Best Lawyers in America* for Commercial and IP, 2021-2026
- Named by his peers to the list of *Super Lawyers, 2016 - present*
- United States District Court, Northern Division (Non-Appropriated Fund Committee Member, 2016-2018

## Market Feedback

The following market and client insights were provided in McKool Smith's *Chambers USA's* 2025 Client & Market Intelligence Report.

Client Feedback:

- "Richard Kamprath at McKool Smith is fantastic. [McKool's] next generation is hungry and wants to prove themselves and they are leading the charge."
- "Richard Kamprath's client service and general level of service is very strong. His level of sophistication is very strong. His commercial vision is very strong. He is our primary contact."
- "We love him."

## Publications

Richard Kamprath published the article, "Hedonic Regression Shows Promise For Modeling IP Damages" in *Law360* 04.29.2021

"Patent Reversion: An Employee-Inventor's Second Bite at the Apple," *11 Chicago-Kent Journal of Intellectual Property 186* (2012)

"Patent Pleading Standards After Iqbal: Applying Infringement Contentions as a Guide," *13 SMU Science & Technology Law Review 301* (2010)

P3

www.mckoolsmith.com   Austin  Dallas  Houston  Los Angeles  Marshall  New York  Washington, D.C.

# Richard A. Kamprath (cont'd)

"Chinese Patent Law Research Guide," *Foreign Law Research Guide* (2010)

## Speaking Engagements

McKool Smith Sponsors and Richard Kamprath to Moderate Panel at IPBC Europe
03.25.2025

Richard Kamprath Speaks at IPBC Europe
03.18.2024

P4

www.mckoolsmith.com    Austin  Dallas  Houston  Los Angeles  Marshall  New York  Washington, D.C.