# Exhibit 10



https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=179244     March 11, 2026 at 1:35 PM CDT

SEARCH THIS SITE

**STATE BAR of TEXAS**   TexasBarCLE   Bar Books   Member Benefits   Career Center     LOGIN

FOR THE PUBLIC     FOR LAWYERS     ABOUT TEXAS BAR     NEWS & PUBLICATIONS     ACCESS TO JUSTICE     EVENTS     Language Google Translate

FIND A LAWYER

## Find a Lawyer

← Back to Search Results



**MR. WILLIAM E. 'BILL' MERRITT**
▼ Non-Practicing (click for detail)

*Bar Card Number:* 13967700
*TX License Date:* 11/11/1977

*Primary Practice Location:*

2821 Fairway Park St.
Grand Prairie, TX 75050

*Practice Areas:* None Reported By Attorney

*Statutory Profile Last Certified On:* 04/29/2020



### PRACTICE INFORMATION

*Firm:* None Reported By Attorney

*Firm Size:* Solo

*Occupation:* Private Law Practice

*Practice Areas: None Reported By Attorney*

*Services Provided:*
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Not Specified

*Fee Options Provided:* ⓘ
None Reported By Attorney

*Please note:* Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and his/her client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.

*Foreign Language Assistance:*
None Reported By Attorney

### LAW SCHOOL

| School Degree earned | Graduation Date |
|---|---|
| Southern Methodist University | 05/1977 |

### PUBLIC DISCIPLINARY HISTORY

**State Bar of Texas**
No Public Disciplinary History

**Other States**
None Reported By Attorney

### CONTACT INFORMATION

📞 Tel: --

### COURTS OF ADMITTANCE

*Federal:*
None Reported By Attorney

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
Florida

*Please note:* This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral

service.



KNOWLEDGE CENTER    LEGAL VENDORS    MERCHANDISE    STATE BAR JOBS    ADVERTISE    SITE MAP    ✉ CONTACT

The State Bar of Texas is committed to keeping our site compliant with all applicable laws and regulations, including the Americans with Disabilities Act (ADA). Please contact us here with any needs, suggestions, or questions regarding ADA accessibility. The State Bar of Texas presents the information on this web site as a service to our members and other Internet users. While the information on this site is about legal issues, it is not legal advice. Moreover, due to the rapidly changing nature of the law and our reliance on information provided by outside sources, we make no warranty or guarantee concerning the accuracy or reliability of the content at this site or at other sites to which we link.

© 2026    State Bar of Texas | 800.204.2222         Terms of Use    Privacy Policy    Cookie Policy    Member Fees Objections