# Exhibit 11



## ALSTON & BIRD

Professionals    Services    News & Insights    Our Firm    Offices    Careers

# Theodore Stevenson, III



Partner, Dallas

Phone: **+1 214 922 3507**    Email: **ted.stevenson@alston.com**

A preeminent trial attorney, Ted's clients turn to him for staunch advocacy when key intellectual property assets are on the line.

**Read Full Biography**

---

**Experience**      View Biography      News & Insights      Credentials



- Won a full defense verdict following a jury trial in the Eastern District of Texas for T-Mobile against General Access Solutions, who was seeking $253 million on two base station patents. General Access initially sued under three patents as to 4G and 5G network infrastructure and sought damages of nearly $1 billion, but reduced its damages request after one of its patents was invalidated in an IPR proceeding. The remaining patents proceeded to trial, where Ted led the trial team representing T-Mobile and its equipment suppliers to a successful verdict. *General Access Solutions v. T-Mobile*.

- Led the trial team representing Ericsson in a breach of FRAND jury trial, in which multiple billions of dollars were in dispute, against Apple in the Eastern District of Texas. The case, which arose out of Ericsson's global essential patent licensing program, involved breach of breach of FRAND assertions by Apple based on Ericsson's 4G and 5G royalty rates. Apple requested that the court conduct a rate-setting bench trial following the jury verdict on breach of FRAND, and Ericsson consented to the rate setting by the court. The parties reached a global patent licensing agreement on the final day of the jury trial, obviating the need for a rate setting trial. *Ericsson v. Apple*.

- Represented Nokia in asserting its portfolio of H.264 and H.265 essential video coding patents against Hewlett Packard and Amazon. The assertion comprised two ITC cases as well as multiple U.S. district court cases and cases in Europe and Brazil. Ted tried both ITC cases, which resulted in initial determinations in favor of Nokia, finding the patents infringed, valid, and rejecting the RAND defenses that were raised. Both defendants settled with Nokia following issuance of the initial determination. *Nokia v. Hewlett Packard and Amazon*.

- Represented Ericsson in its global 4G, 5G, and H.265 essential licensing assertion against Lenovo and Motorola Mobility. The

- represented Ericsson in a global, multijurisdictional FRAND dispute against Lenovo and Motorola Mobility. The dispute involved multiple ITC cases by Ericsson and Lenovo against each other, as well as a district court case in the Eastern District of North Carolina and cases in Europe, Brazil, and Colombia. At an early stage in the dispute, Lenovo moved for an anti-suit injunction designed to shut down all the litigation and force the dispute into a rate setting trial in the UK. Ted persuaded the district court to deny the injunction, allowing the ITC cases to proceed to initial determination. Ted tried the ITC cases, which resulted in initial determination wins for Ericsson, with the administrative law judges finding the Ericsson-asserted patents to be infringed, valid, and rejecting the breach of F/RAND and license defenses that were asserted by Lenovo and Motorola Mobility. The cases settled following entry of the initial determinations and before ITC review. *Ericsson v. Lenovo and Motorola Mobility.*

- Represented PanOptis in a patent infringement and breach of FRAND jury trial in which PanOptis asserted its 4G essential and H.264 patents against the second largest seller of cell phones worldwide. The jury found five patents were willfully infringed by the defendant and awarded damages. Based on the verdict of willful infringement, plus its finding that the defendant resorted to gamesmanship in its defense of the case, the district court found it to be an exceptional case and awarded PanOptis attorney fees. For the damages case, a bottoms up valuation model was presented that isolated the technical benefit of the PanOptis patents individually, financially quantified the technical benefit, and applied that to the defendant's phones to determine the reasonable royalty that should have been paid resulting in royalties awarded by the jury of just under $3 per phone. *PanOptis v. Huawei.*

- Won a defense verdict for Ericsson in the first jury-related breach of FRAND case related to cellular patents in the Eastern District of Texas. HTC brought the case challenging that Ericsson's royalty rates for its global portfolio of 4G essential patents were excessive. The jury rejected all of HTC's arguments and found that Ericsson's royalty rates, which were $2.50 per phone or 1 percent with a cap and floor, in compliance with FRAND. The district court confirmed the verdict with a detailed declaratory judgment that held that Ericsson fully complied with FRAND and rejecting all HTC's theories of recovery. The case is currently on appeal. *HTC v. Ericsson.*

- Represented Ericsson in a global essential patent cross-licensing dispute against Samsung. Samsung obtained a secret anti-suit injunction from the Wuhan Intermediate Court in China purporting to prevent Ericsson from seeking a FRAND adjudication or an injunction on any of its standard essential patents. Ted argued and won a highly publicized anti-interference injunction from the Eastern District of Texas preventing Samsung from enforcing its anti-suit injunction and ordering indemnity. The dispute also involved numerous patents asserted by both parties in district court, the ITC, and in foreign venues. The matter settled with a global patent license agreement. *Ericsson v. Samsung.*

- Asserted eight patents owned by Nokia covering H.264 video coding technology against Lenovo in litigation pending in the U.S. International Trade Commission, the Northern District of California, and the Eastern District of North Carolina. The case settled prior to the initial ITC hearing. *Nokia v. Lenovo.*

- Defended Ericsson against breach of FRAND and antitrust claims brought by one of the top 10 cell phone manufacturers in the world. Counter-asserted Ericsson patents related to cell phone security features against the plaintiff, and won a jury verdict of willful infringement and a nine-figure judgment. Defended Ericsson in a bench trial in California district court, and recently won an appeal from the Federal Circuit remanding the case and holding that the California district court should have held a jury trial. *TCL v. Ericsson.*

- Defended a U.S.-based multinational telecommunications company against allegations of patent infringement under patents the plaintiff alleged covered downloading of ringtones to cell phones. Ted took a trial deposition of the inventor, who was outside the district. The next business day following Ted's cross of the inventor, the plaintiff walked away and voluntarily dismissed its case with prejudice.

**Read More**  +

View Biography  ›

## Related Services & Industries

**Intellectual Property**

**Intellectual Property Litigation**

**Intellectual Property Licensing Transactions**

**ITC Section 337**

**Patent Litigation**

**Trade Secrets**



Professionals

Services

News & Insights

Our Firm

Offices

Careers

Join Our Team

Careers

Receive Our Updates

Subscribe

Alumni
Secure Login

Disclaimer

Disclosures
Cookie Settings

Privacy

Scams & Fraud

Contact Us

©2026
ALSTON
& BIRD
LLP

ENGLISH

CONNECT