# Exhibit 12



# CHRIS BOVENKAMP
PARTNER

cbovenkamp@ccrglaw.com

**DIRECT:** (214) 521-6400
**FAX:** (214) 764-8392

## BIOGRAPHY

Chris Bovenkamp's practice focuses on intellectual property litigation and has spanned many different clients, technologies, and types of cases. Most recently, for example, Mr. Bovenkamp has worked on behalf of Rovi/TiVo and Ericsson in patent cases before the International Trade Commission, Egenera in a patent case in the District Court of Massachusetts, and Clear Imaging Research and Nokia in IPRs before the Patent Trial and Appeal Board. Mr. Bovenkamp is a registered patent attorney.

Mr. Bovenkamp earned undergraduate degrees in Computer Science and Criminal Justice from Texas Christian University in 1995. He attended law school at Texas Tech where he served as the Technology Editor for Law Review and competed in Texas Tech's client counseling, negotiation, mock trial, and moot court competitions as a member of the Board of Barristers. Mr. Bovenkamp received his J.D. from Texas Tech in 1998.

Mr. Bovenkamp cut his teeth on patent litigation in the Eastern District of Texas, but has litigated and tried cases across the country. Highlights include a $150 million jury verdict on behalf of client TGIP against AT&T, a $20 million jury verdict for Anascape against Nintendo, and the successful licensing of a large portfolio of patents to Comcast. Besides patent cases, Mr. Bovenkamp has represented clients in trademark, trade secret, and copyright matters including the successful defense of a lending company accused of trademark and trade dress infringement.

Mr. Bovenkamp previously practiced with Hughes & Luce, LLP and McKool Smith, PC, where he was a Principal.

## EDUCATION

J.D., magna cum laude, Texas Tech, 1998

B.S., cum laude, Computer Science, TCU, 1995

B.S., cum laude, Criminal Justice, TCU, 1995

---

**CHARHON CALLAHAN ROBSON & GARZA, PLLC**

www.ccrglaw.com

3333 Lee Parkway
Suite 460
Dallas, TX 75219

**EMAIL:** info@ccrglaw.com
**MAIN:** (214) 521-6400
**FAX:** (214) 764-8392