# Exhibit 13

# Eric S. Hansen

Principal | ehansen@mckoolsmith.com



**Dallas** T: 214.978.4204

Eric Hansen is a Principal in the Dallas office of McKool Smith. Prior to joining the firm, Eric was a law clerk for the United States District Court for the Eastern District of Texas, where he worked for Magistrate Judge Chad Everingham assisting with legal research, opinion drafting, and trial work. Prior to working for the Court, Eric represented clients both in district court and before the United States Patent and Trademark Office.

Eric represents companies as both plaintiffs and defendants in actions spanning the chemical, electrical, and mechanical arts. He has successfully represented clients in all phases of litigation, from pre-filing diligence through discovery, claim construction, trial, and appeal.

While attending law school, Eric was the production editor and editorial board member of the *Northwestern Journal of Technology and Intellectual Property Law*.

## Representative Matters

- **Ericsson**. Represented Ericsson against Samsung before the ITC in both Ericsson's offensive case and defensive case. Also represented Ericsson against Samsung in concurrent patent assertions in the Eastern District of Texas. These cases involved power distribution, semiconductor manufacturing, WCDMA, LTE, and 802.11 technology and patents. Eric participated in Ericsson's defensive ITC hearing, and the litigation settled on terms favorable to Ericsson prior to the initial determination.
- **MOSAID Technologies Inc.** Represented MOSAID in a patent infringement lawsuit involving technology relating to 802.11 compliant Wi-Fi devices. Eric helped secure key ruling on motion to compel prior to favorable settlement.
- ***Weatherford International v. Halliburton***. Represented Halliburton in a suit in which Weatherford alleged infringement of patents covering method of forming composite parts for use in downhole tools, such as frac plugs, bridge plugs, and packers.

300 Crescent Court
Suite 1200
Dallas, TX 75201

### Education

J.D., Northwestern University Law School, 2007

M.S., Electrical Engineering, University of Texas at Dallas, 2010

B.S., Materials Science and Engineering, B.S., Mathematics, Massachusetts Institute of Technology, 2003

### Clerkships

Hon. Chad Everingham, U.S. District Court, Eastern District of Texas

### Court Admissions

United States District Court for the Eastern District of Texas

### Bar Associations

State Bar of Texas

United States Patent and Trademark Office

## Eric S. Hansen (cont'd)

- **Negotiated Data Solutions Inc**. Represented Negotiated Data Solutions in litigation asserting infringement by communications technologies employed by modern computers and wireless devices. Remaining defendants settled following favorable claim construction ruling.
- **Solid State Storage Solutions Inc.** Represented Solid State Storage Solutions in litigation asserting foundational flash memory patents against manufacturers of bleeding edge SSDs. Defendants settled following favorable rulings from the Federal Circuit on Mandamus petitions.
- *Daingean v. T-Mobile.* Secured a significant patent defense verdict on behalf of T-Mobile in a dispute against Daingean Technologies for alleged infringement of a 5G telecommunications patent.

## Rankings & Honors

- Named among the Top Most Active and Performing Attorneys Representing Complainants by the Patexia ITC Intelligence Report, 2023 - 2025

P2

www.mckoolsmith.com    Austin  Dallas  Houston  Los Angeles  Marshall  New York  Washington, D.C.