# Exhibit 14

**McKool Smith**

# Jonathan Powers

Principal | jpowers@mckoolsmith.com



**Dallas** T: 214-978-4088

Jonathan's practice focuses on patent litigation and complex commercial disputes. He's represented both plaintiffs and defendants in patent infringement matters across a wide range of technology fields, including wireless communications, video coding, fiber optics, and video compression. Jonathan's clients have ranged from solo-inventors to multi-national corporations. He also served on secondment at Ericsson, assisting in-house counsel in multiple patent infringement actions. Additionally, Jonathan served as a judicial clerk for the Honorable Robert W. Schroeder III of the U.S. District Court for the Eastern District of Texas.

Jonathan has experience in all aspects of litigation, including pre-suit investigation, developing case strategy, working with fact and expert witnesses, taking adverse depositions of key witnesses, presenting witnesses at trial, and drafting appellate briefs. He joined McKool Smith's Dallas office in 2015 after graduating from the University of Chicago Law School.

## Rankings & Honors

- Recognized by "*Best Lawyers in America*" as Ones to Watch for Patent Litigation, 2023-2026

## Publications

"Legal Distancing: Reducing your odds of catching/spreading Trade-Secret litigation in these tumultuous times," by Robert Manley
05.12.2020

300 Crescent Court
Suite 1200
Dallas, TX 75201

### Education

J.D., The University of Chicago Law School, 2015

B.S., Bioinformatics, Baylor University, 2012

### Clerkships

Hon. Robert W. Schroeder III, U.S. District Court, Eastern District of Texas

### Court Admissions

State of Texas

U.S. District Court for the Northern, Southern, and Eastern Districts of Texas

U.S. Court of Appeals for the 5th Circuit

U.S. Court of Appeals for the Federal Circuit