# Exhibit 15

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:22-CV-00422-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 13, 2025

**OPEN: 09:15 AM**                                    **ADJOURN: 05:46 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANTS:         See attached

LAW CLERKS:                                    Riley Zoch
                                                       Brendan McLaughlin
                                                       Danielle Zapata

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:15 AM | Court opened. |
| 09:15 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:28 AM | Court called for announcements from the parties. |
| 09:29 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:39 AM | Prospective Jurors began introduction of themselves. |
| 10:02 AM | Court provided additional instructions to Jury Pool. |
| 10:06 AM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 10:36 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:05 AM | Bench conference with counsel re: challenges for cause. |
| 11:08 AM | Bench conference concluded. |
| 11:08 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:10 AM | Remainder of Jury Pool recessed. |
| 11:12 AM | Counsel approached bench. |
| 11:12 AM | Strike conference began with specifically named juror(s). |

| TIME | MINUTE ENTRY |
|------|--------------|
| 11:22 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:22 AM | Recess. |
| 11:48 AM | Court reconvened. |
| 11:49 AM | Instructions given by the Court.  Jurors selected. |
| 11:52 AM | Jurors sworn. |
| 11:54 AM | Remainder of Jury Pool excused. |
| 11:54 AM | Additional instructions given by the Court. |
| 12:14 PM | Jury recessed for lunch. |
| 12:15 PM | Recess. |
| 01:17 PM | Court reconvened. |
| 01:17 PM | Jury returned to courtroom. |
| 01:18 PM | Court gave preliminary instructions to Jury. |
| 01:51 PM | Notebooks provided to Jury. |
| 01:52 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:58 PM | Plaintiff's opening statement by Mr. Fenster. |
| 02:29 PM | Defendants' opening statement by Mr. McKeon. |
| 03:00 PM | Opening statements concluded. |
| 03:00 PM | Rule invoked. |
| 03:01 PM | Plaintiff's case-in-chief: |
| 03:01 PM | Witness sworn. |
| 03:02 PM | Jury recessed for break. |
| 03:02 PM | Recess. |
| 03:16 PM | Court reconvened. |
| 03:16 PM | Jury returned to courtroom. |
| 03:17 PM | Direct examination of Dr. Greg Raleigh by Ms. Fair. |
| 04:19 PM | **Courtroom sealed**. |
| 04:21 PM | Continuation direct examination of Dr. Greg Raleigh by Ms. Fair. |
| 04:27 PM | **Courtroom unsealed**. |
| 04:27 PM | Continuation direct examination of Dr. Greg Raleigh by Ms. Fair. |
| 04:29 PM | Cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 04:37 PM | Bench conference. |
| 04:40 PM | Bench conference concluded. |
| 04:40 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 04:41 PM | Bench conference. |
| 04:42 PM | Bench conference concluded. |
| 04:43 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 04:43 PM | Bench conference. |
| 04:44 PM | Bench conference concluded. |
| 04:44 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 05:26 PM | Bench conference. |
| 05:30 PM | Bench conference concluded. |
| 05:30 PM | Continuation cross examination of Dr. Greg Raleigh by Ms. Smith. |
| 05:33 PM | Bench conference. |
| 05:33 PM | Redirect examination of Dr. Greg Raleigh by Ms. Fair. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:43 PM | Completion of testimony of Dr. Greg Raleigh. |
| 05:43 PM | Court provided instructions to the Jury. |
| 05:44 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:46 PM | Court reminded the parties of their ongoing meet and confer obligations. |
| 05:46 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:22-CV-00422-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

## MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
#### January 14, 2025

**OPEN: 08:24 AM**                                    **ADJOURN: 05:43 PM**

ATTORNEYS FOR PLAINTIFF:          See attached

ATTORNEYS FOR DEFENDANTS:          See attached

LAW CLERKS:                                    Riley Zoch
                                                          Brendan McLaughlin
                                                          Danielle Zapata

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:26 AM | Jury entered the courtroom. |
| 08:26 AM | Continuation Plaintiff's case-in-chief: |
| 08:26 AM | Ms. Fair introduced the video designation of Dr. Alireza Raissinia. |
| 08:34 AM | Video designation of Dr. Alireza Raissinia concluded. |
| 08:34 AM | Witness sworn. |
| 08:35 AM | Direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:40 AM | **Courtroom sealed**. |
| 09:41 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:46 AM | **Courtroom unsealed**. |
| 09:47 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:53 AM | **Courtroom sealed**. |
| 09:54 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 09:55 AM | **Courtroom unsealed**. |
| 09:55 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:56 AM | Bench conference concluded |
| 09:56 AM | Continuation direct examination of Dr. Richard Wesel by Mr. Pickens. |
| 10:19 AM | Jury recessed for break. |
| 10:19 AM | Recess. |
| 10:32 AM | Court reconvened. |
| 10:32 AM | Jury returned to courtroom. |
| 10:32 AM | Cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 10:48 AM | Bench conference. |
| 10:48 AM | Bench conference concluded. |
| 10:49 AM | Continuation cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 11:48 AM | Bench conference. |
| 11:54 AM | Bench conference concluded. |
| 11:54 AM | Jury recessed for break. |
| 11:55 AM | Court directed counsel to meet and confer and ordered the submission of a jointly prepared updated final jury instructions and verdict form by 5:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 11:56 AM | Recess. |
| 12:03 PM | Court reconvened. |
| 12:04 PM | Jury returned to courtroom. |
| 12:04 PM | Continuation cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 12:14 PM | Bench conference. |
| 12:15 PM | Bench conference concluded. |
| 12:15 PM | Continuation cross examination of Dr. Richard Wesel by Mr. McKeon. |
| 12:21 PM | Redirect examination of Dr. Richard Wesel by Mr. Pickens. |
| 12:41 PM | Jury recessed for lunch break. |
| 12:42 PM | Recess. |
| 01:32 PM | Court reconvened. |
| 01:33 PM | Jury returned to courtroom. |
| 01:33 PM | Continuation redirect examination of Dr. Richard Wesel by Mr. Pickens. |
| 01:47 PM | Completion of testimony of Dr. Richard Wesel. |
| 01:48 PM | Witness sworn. |
| 01:49 PM | Court provided explanation to Jury re: use of an adverse witness. |
| 01:50 PM | Direct examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. Fenster. |
| 02:32 PM | Cross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 02:41 PM | Bench conference. |
| 02:44 PM | Bench conference concluded. |
| 02:44 PM | Continuation cross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 02:59 PM | Bench conference. |
| 03:01 PM | Bench conference concluded. |
| 03:01 PM | Continuation cross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 03:05 PM | Redirect examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. Fenster. |
| 03:15 PM | Recross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 03:17 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:22 PM | Bench conference concluded. |
| 03:22 PM | Continuation recross examination of Mr. Jeffrey Sharkey (adverse witness) by Mr. McKeon. |
| 03:23 PM | Completion of testimony of Mr. Jeffrey Sharkey (adverse witness). |
| 03:23 PM | Ms. Fair introduced the video designation of Mr. James Lavine. |
| 03:36 PM | Video designation of Mr. James Levine concluded. |
| 03:37 PM | Jury recessed for break. |
| 03:37 PM | Recess. |
| 03:58 PM | Court reconvened. |
| 03:58 PM | Jury returned to courtroom. |
| 03:58 PM | Ms. Fair introduced the video designation of Mr. Kantha Kanchiraju. |
| 04:03 PM | Video designation of Mr. Kantha Kanchiraju concluded. |
| 04:03 PM | Ms. Fair introduced the video designation of Mr. Sougata Saha. |
| 04:03 PM | **Courtroom sealed**. |
| 04:04 PM | Continuation of video designation of Mr. Sougata Saha. |
| 04:11 PM | Video designation of Mr. Sougata Saha concluded. |
| 04:11 PM | **Courtroom unsealed**. |
| 04:12 PM | Witness sworn. |
| 04:13 PM | Direct examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 04:30 PM | Cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 04:55 PM | Redirect examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 04:57 PM | Completion of testimony of Dr. Andreas Groehn. |
| 04:58 PM | Witness sworn. |
| 04:58 PM | Direct examination of Mr. David Kennedy by Ms. Fair. |
| 05:40 PM | Bench conference. |
| 05:40 PM | Bench conference concluded. |
| 05:40 PM | Court provided instructions to the Jury. |
| 05:41 PM | Jury recessed until 8:30 tomorrow morning. |
| 05:42 PM | Court directed counsel to continue with meet and confer efforts and reminded the parties of the deadline for the submission of an updated proposed final jury instructions and verdict form. |
| 05:43 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:22-CV-00422-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 15, 2025

**OPEN: 08:41 AM**                                    **ADJOURN: 5:56 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANTS:           See attached

LAW CLERKS:                          Riley Zoch
                                     Brendan McLaughlin
                                     Danielle Zapata

COURT REPORTER:                      Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:41 AM | Court opened. |
| 08:42 AM | Exhibits used prior day read into the record. |
| 08:44 AM | Jury entered the courtroom. |
| 08:45 AM | Continuation Plaintiff's case-in-chief: |
| 08:45 AM | Continuation direct examination of Mr. David Kennedy by Ms. Fair. |
| 08:46 AM | **Courtroom sealed**. |
| 08:46 AM | Continuation direct examination of Mr. David Kennedy by Ms. Fair. |
| 08:57 AM | **Courtroom unsealed**. |
| 08:57 AM | Continuation direct examination of Mr. David Kennedy by Ms. Fair. |
| 08:58 AM | Cross examination of Mr. David Kennedy by Mr. McKeon. |
| 09:11 AM | **Courtroom sealed**. |
| 09:11 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 09:17 AM | Bench conference. |
| 09:18 AM | Bench conference concluded. |
| 09:18 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 09:23 AM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:23 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 10:00 AM | Bench conference. |
| 10:03 AM | Bench conference concluded. |
| 10:03 AM | Continuation cross examination of Mr. David Kennedy by Mr. McKeon. |
| 10:15 AM | Redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:27 AM | **Courtroom sealed**. |
| 10:27 AM | Continuation redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:30 AM | **Courtroom unsealed**. |
| 10:30 AM | Continuation redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:36 AM | Bench conference. |
| 10:37 AM | Bench conference concluded. |
| 10:37 AM | Continuation redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:41 AM | Recross examination of Mr. David Kennedy by Mr. McKeon. |
| 10:49 AM | Additional redirect examination of Mr. David Kennedy by Ms. Fair. |
| 10:49 AM | Completion of testimony of Mr. David Kennedy. |
| 10:50 AM | Jury recessed for break. |
| 10:50 AM | Bench conference. |
| 10:51 AM | Bench conference concluded. |
| 10:51 AM | Recess. |
| 11:09 AM | Court reconvened. |
| 11:09 AM | Jury returned to courtroom. |
| 11:09 AM | Plaintiff rested its case-in-chief. |
| 11:09 AM | Defendants' case-in-chief: |
| 11:10 AM | Witness sworn. |
| 11:10 AM | Direct examination of Ms. Rachel Roberts by Ms. Smith. |
| 11:42 AM | Cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 11:44 AM | Bench conference. |
| 11:47 AM | Bench conference concluded. |
| 11:47 AM | Continuation cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 11:52 AM | Bench conference. |
| 11:53 AM | Bench conference concluded. |
| 11:53 AM | Continuation cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 12:23 PM | Bench conference. |
| 12:24 PM | Bench conference concluded. |
| 12:24 PM | Continuation cross examination of Ms. Rachel Roberts by Mr. Mirzaie. |
| 12:26 PM | Jury recessed for lunch break. |
| 12:27 PM | Recess. |
| 01:48 PM | Court reconvened. |
| 01:49 PM | Jury returned to courtroom. |
| 01:49 PM | Redirect examination of Ms. Rachel Roberts by Ms. Smith. |
| 02:05 PM | Completion of testimony Ms. Rachel Roberts. |
| 02:05 PM | Witness sworn. |
| 02:06 PM | Direct examination of Ms. Hannah Sifuentes by Ms. Smith. |
| 02:40 PM | Cross examination of Ms. Hannah Sifuentes by Mr. Davis. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:50 PM | Redirect examination of Ms. Hannah Sifuentes by Ms. Smith. |
| 02:52 PM | Bench conference. |
| 02:53 PM | Bench conference concluded. |
| 02:53 PM | Continuation redirect examination of Ms. Hannah Sifuentes by Ms. Smith. |
| 02:55 PM | Recross examination of Ms. Hannah Sifuentes by Mr. Davis. |
| 02:56 PM | Completion of testimony of Ms. Hannah Sifuentes. |
| 02:57 PM | Jury recessed for break. |
| 02:57 PM | Recess. |
| 03:16 PM | Court reconvened. |
| 03:17 PM | Jury returned to courtroom. |
| 03:17 PM | Ms. Smith introduced the video designation of Dr. Douglas Chrissan. |
| 03:23 PM | Video designation of Dr. Douglas Chrissan concluded. |
| 03:23 PM | Ms. Smith introduced the video designation of Mr. James Fitzgerald. |
| 03:26 PM | Video designation of Mr. James Fitzgerald concluded. |
| 03:26 PM | Ms. Smith introduced the video designation of Mr. Jeff Green. |
| 03:31 PM | Video designation of Mr. Jeff Green concluded. |
| 03:31 PM | Ms. Smith introduced the video designation of Ms. Krista Jacobsen. |
| 03:34 PM | Video designation of Ms. Krista Jacobsen concluded. |
| 03:34 PM | Ms. Smith introduced the video designation of Mr. David Johnson. |
| 03:37 PM | Video designation of Mr. David Johnson concluded. |
| 03:37 PM | Ms. Smith introduced the video designation of Dr. Greg Raleigh. |
| 03:38 PM | Court provided explanation to the Jury re: Dr. Greg Raleigh testifying by video designation who earlier testified live during the trial. |
| 03:38 PM | Continuation of video designation of Dr. Greg Raleigh. |
| 03:50 PM | Video designation of Dr. Greg Raleigh concluded. |
| 03:51 PM | Witness sworn.  (Interpreter, Ms. Jamie Wright, previously sworn.) |
| 03:54 PM | Direct examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Kodish. |
| 03:58 PM | Due to technical difficulties, Jury recessed for break. |
| 03:59 PM | Off the record. |
| 04:03 PM | On the record. |
| 04:03 PM | Jury returned to courtroom. |
| 04:04 PM | Continuation direct examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Kodish. |
| 04:16 PM | Bench conference. |
| 04:18 PM | Bench conference concluded. |
| 04:19 PM | Continuation direct examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Kodish. |
| 04:28 PM | Cross examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Mirzaie. |
| 04:41 PM | Bench conference. |
| 04:41 PM | Bench conference concluded. |
| 04:42 PM | Continuation cross examination of Mr. Hongjung Son (with aid of interpreter) by Mr. Mirzaie. |
| 04:46 PM | Completion of testimony of Mr. Hongjung Son. |
| 04:47 PM | Mr. McKeon introduced the video designation of Mr. Dan Durig. |
| 04:49 PM | Video designation of Mr. Dan Durig concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:50 PM | Witness sworn. |
| 04:50 PM | Direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:14 PM | **Courtroom sealed**. |
| 05:14 PM | Continuation direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:26 PM | **Courtroom unsealed**. |
| 05:27 PM | Continuation direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:45 PM | Bench conference. |
| 05:45 PM | Bench conference concluded. |
| 05:45 PM | Continuation direct examination of Dr. Keith Ugone by Mr. Reger. |
| 05:54 PM | Court instructions to Jury. |
| 05:55 PM | Jury recessed until 8:30 tomorrow morning. |
| 05:56 PM | Court adjourned. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:22-CV-00422-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 16, 2025

**OPEN: 08:28 AM**                                    **ADJOURN: 08:41 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch |
| | Brendan McLaughlin |
| | Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:31 AM | Continuation Defendants' case-in-chief: |
| 08:31 AM | Cross examination of Dr. Keith Ugone by Mr. Mirzaie. |
| 08:49 AM | Bench conference. |
| 08:51 AM | Bench conference concluded. |
| 08:51 AM | Continuation cross examination of Dr. Keith Ugone by Mr. Mirzaie. |
| 09:31 AM | Redirect examination of Dr. Keith Ugone by Mr. Reger. |
| 09:38 AM | Recross examination of Dr. Keith Ugone by Mr. Mirzaie. |
| 09:39 AM | Completion of testimony of Dr. Keith Ugone. |
| 09:39 AM | Witness sworn. |
| 09:40 AM | Direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 10:13 AM | Jury recessed for break. |
| 10:14 AM | Recess. |
| 10:29 AM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:29 AM | Jury returned to courtroom. |
| 10:30 AM | Continuation direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 11:26 AM | Bench conference. |
| 11:28 AM | Bench conference concluded. |
| 11:28 AM | Continuation direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 11:53 AM | Jury recessed for lunch break. |
| 11:57 AM | Recess. |
| 12:50 PM | Court reconvened. |
| 12:51 PM | Court made rulings as set forth in the record re: an issue brought by Plaintiff. |
| 12:52 PM | Jury returned to courtroom. |
| 12:52 PM | Continuation direct examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 01:18 PM | Cross examination of Dr. Daniel Schonfeld by Mr. Fenster. |
| 02:18 PM | Bench conference. |
| 02:18 PM | Bench conference concluded. |
| 02:18 PM | Continuation cross examination of Dr. Daniel Schonfeld by Mr. Fenster. |
| 02:32 PM | Redirect examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 02:39 PM | Bench conference. |
| 02:40 PM | Bench conference concluded. |
| 02:40 PM | Continuation redirect examination of Dr. Daniel Schonfeld by Mr. Thompson. |
| 02:43 PM | Recross examination of Dr. Daniel Schonfeld by Mr. Fenster. |
| 02:46 PM | Completion of testimony of Dr. Daniel Schonfeld. |
| 02:46 PM | Defendants rested its case-in-chief. |
| 02:47 PM | Jury recessed for break. |
| 02:47 PM | Recess. |
| 03:03 PM | Court reconvened. |
| 03:03 PM | Jury returned to courtroom. |
| 03:03 PM | Plaintiff's rebuttal case: |
| 03:04 PM | Witness sworn. |
| 03:05 PM | Direct examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Wietholter. |
| 03:28 PM | Cross examination of rebuttal witness Mr. Erik de la Iglesia by Mr. McKeon. |
| 03:33 PM | Redirect examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Wietholter. |
| 03:34 PM | Completion of rebuttal testimony of Mr. Erik de la Iglesia. |
| 03:35 PM | Direct examination of rebuttal witness Dr. Richard Wesel by Mr. Pickens. |
| 03:53 PM | Bench conference. |
| 03:54 PM | Bench conference concluded. |
| 03:54 PM | Continuation direct examination of rebuttal witness Dr. Richard Wesel by Mr. Pickens. |
| 03:55 PM | Cross examination of rebuttal witness Dr. Richard Wesel by Mr. McKeon. |
| 04:02 PM | Redirect examination of rebuttal witness Dr. Richard Wesel by Mr. Pickens. |
| 04:03 PM | Completion of testimony of Dr. Richard Wesel. |
| 04:04 PM | Plaintiff rested its rebuttal case. |
| 04:04 PM | Both sides rested. |
| 04:04 PM | Court provided instructions to Jury. |
| 04:07 PM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 04:08 PM | Court will take up Rule 50(a) motions following recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:10 PM | Recess. |
| 04:27 PM | Court reconvened. |
| 04:27 PM | Court took up Rule 50(a) motions. |
| 04:27 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 04:35 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:57 PM | Argument concluded. |
| 04:57 PM | Court made rulings as set forth in the record. |
| 04:57 PM | Completion of hearing re: Rule 50(a) motions. |
| 04:58 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 04:59 PM | Recess. |
| 08:20 PM | Court reconvened. |
| 08:22 PM | Court provided instructions. |
| 08:23 PM | Formal charge conference started. |
| 08:23 PM | Ms. Hayden argued for the Plaintiff. Mr. Graubart for the Defendants. |
| 08:41 PM | Formal charge conference completed. |
| 08:41 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| **v.** | § | **CASE NO.  2:22-CV-00422-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

### MINUTES FOR JURY TRIAL DAY NO. 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
#### January 17, 2025

**OPEN:  08:21 AM**                                     **ADJOURN:  03:52 PM**

ATTORNEYS FOR PLAINTIFF:                    See attached

ATTORNEYS FOR DEFENDANTS:              See attached

LAW CLERKS:                                             Riley Zoch
                                                                      Brendan McLaughlin
                                                                      Danielle Zapata

COURT REPORTER:                                  Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                            Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:21 AM | Court opened. |
| 08:22 AM | Off the record. |
| 08:23 AM | On the record. |
| 08:23 AM | Exhibits used prior day read into the record. |
| 08:25 AM | Off the record. |
| 08:26 AM | On the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:27 AM | Court proceeded to charge the Jury with final instructions. |
| 09:21 AM | Closing argument by Plaintiff's counsel, Mr. Fenster. |
| 09:50 AM | Closing argument by Defendants' counsel, Mr. McKeon. |
| 10:31 AM | Final closing argument by Plaintiff's counsel, Mr. Fenster. |
| 10:47 AM | Closing arguments concluded. |
| 10:48 AM | Court gave final instructions to the Jury. |
| 10:53 AM | Jury retired to jury room to deliberate. |
| 10:55 AM | Court recessed. |
| 01:40 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:40 PM | Court informed counsel of a Jury note received by the Court. |
| 01:42 PM | Discussion with counsel. |
| 01:45 PM | Off the record |
| 01:49 PM | On the record. |
| 01:49 PM | Discussion with counsel. |
| 02:03 PM | Off the record. |
| 02:14 PM | On the record. |
| 02:14 PM | Court instructed CSO to hand-deliver response to Jury. |
| 02:15 PM | Recess. |
| 02:34 PM | Court reconvened. |
| 02:35 PM | Court informed counsel of a follow-up Jury note received by the Court. |
| 02:35 PM | Discussion with counsel. |
| 02:36 PM | Off the record. |
| 02:41 PM | On the record. |
| 02:41 PM | Discussion with counsel. |
| 02:52 PM | Court instructed CSO to hand-deliver response to Jury. |
| 02:52 PM | Recess. |
| 03:44 PM | Court reconvened. |
| 03:44 PM | Court informed counsel of a Jury note received by the Court. |
| 03:45 PM | Jury entered the courtroom. |
| 03:47 PM | Court announced the verdict into the record. |
| 03:48 PM | Jurors polled representing a unanimous verdict. |
| 03:48 PM | Court accepted the Jury's verdict. |
| 03:52 PM | Jurors released and excused by the Court. |
| 03:52 PM | Court adjourned. |