# Exhibit 16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC** § | |
| § | |
| v. § | CASE NO. 2:23-CV-00103-JRG-RSP |
| § | |
| **SAMSUNG ELECTRONICS CO., LTD,** § | |
| *et al* § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 21, 2025

**OPEN: 09:06 AM**  **ADJOURN: 06:17 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:06 AM | Court opened. |
| 09:07 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:19 AM | Court called for announcements from the parties. |
| 09:20 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:29 AM | Prospective Jurors began introduction of themselves. |
| 09:53 AM | Court provided additional instructions to Jury Pool. |
| 09:57 AM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 10:27 AM | Bench conference. |
| 10:28 AM | Bench conference concluded. |
| 10:29 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 10:59 AM | Bench conference with counsel re: challenges for cause. |
| 11:00 AM | Bench conference concluded. |
| 11:00 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:02 AM | Remainder of Jury Pool recessed. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:03 AM | Counsel approached bench. |
| 11:03 AM | Strike conference began with specifically named juror(s). |
| 11:09 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:09 AM | Recess. |
| 11:38 AM | Court reconvened. |
| 11:38 AM | Instructions given by the Court. Jurors selected. |
| 11:41 AM | Jurors sworn. |
| 11:43 AM | Remainder of Jury Pool excused. |
| 11:44 AM | Additional instructions given by the Court. |
| 12:02 PM | Jury recessed for lunch. |
| 12:03 PM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:50 PM | Jury returned to courtroom. |
| 12:51 PM | Court gave preliminary instructions to Jury. |
| 01:26 PM | Notebooks provided to Jury. |
| 01:27 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:35 PM | Plaintiff's opening statement by Mr. Fenster. |
| 02:06 PM | Defendants' opening statement by Mr. McKeon. |
| 02:36 PM | Opening statements concluded. |
| 02:36 PM | Jury recessed for break. |
| 02:37 PM | Recess. |
| 02:46 PM | Court reconvened. |
| 02:46 PM | Jury returned to courtroom. |
| 02:47 PM | Rule invoked. |
| 02:48 PM | Plaintiff's case-in-chief: |
| 02:48 PM | Witness sworn. |
| 02:48 PM | Direct examination of Dr. Gregory Raleigh by Ms. Fair. |
| 03:20 PM | Bench conference. |
| 03:23 PM | Bench conference concluded. |
| 03:24 PM | Continuation direct examination of Dr. Gregory Raleigh by Ms. Fair. |
| 03:25 PM | Cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:00 PM | Bench conference. |
| 04:08 PM | Bench conference concluded. |
| 04:08 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:09 PM | Bench conference. |
| 04:10 PM | Bench conference concluded. |
| 04:10 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:18 PM | **Courtroom sealed**. |
| 04:18 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:21 PM | Bench conference. |
| 04:26 PM | Bench conference concluded. |
| 04:26 PM | Continuation cross examination of Dr. Gregory Raleigh by Mr. McKeon. |
| 04:28 PM | Redirect examination of Dr. Gregory Raleigh by Ms. Fair. |
| 04:29 PM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:30 PM | Continuation redirect examination of Dr. Gregory Raleigh by Ms. Fair. |
| 04:34 PM | Completion of testimony of Dr. Gregory Raleigh. |
| 04:35 PM | Ms. Fair introduced the video designation of Mr. Changhyup Jwa. |
| 04:55 PM | Video designation of Mr. Changhyup Jwa concluded. |
| 04:55 PM | Ms. Fair introduced the video designation of Mr. Byeongchul Nam. |
| 05:02 PM | Video designation of Mr. Byeongchul Nam concluded. |
| 05:02 PM | Jury recessed for break. |
| 05:03 PM | Recess. |
| 05:14 PM | Court reconvened. |
| 05:15 PM | Jury returned to courtroom. |
| 05:16 PM | Witness sworn. |
| 05:17 PM | Direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 06:13 PM | Bench conference. |
| 06:13 PM | Bench conference concluded. |
| 06:13 PM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 06:14 PM | Court provided instructions to the Jury. |
| 06:15 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:16 PM | Court will be available in the morning to take up any unresolved overnight disputes. Court encouraged the parties to continue with their meet and confer obligations. |
| 06:16 PM | Court reminded the parties of the reading into the record tomorrow morning those exhibits used prior day. |
| 06:17 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 22, 2025

**OPEN:** 08:36 AM                  **ADJOURN:** 06:16 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:36 AM | Court opened. |
| 08:36 AM | Exhibits used prior day read into the record. |
| 08:37 AM | Jury entered the courtroom. |
| 08:38 AM | Continuation Plaintiff's case-in-chief: |
| 08:38 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 09:02 AM | **Courtroom sealed**. |
| 09:02 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 09:09 AM | **Courtroom unsealed**. |
| 09:10 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 09:20 AM | Bench conference. |
| 09:21 AM | Bench conference concluded. |
| 09:21 AM | Continuation direct examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 10:00 AM | Jury recessed for break. |
| 10:00 AM | Recess. |
| 10:12 AM | Court reconvened. |
| 10:13 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:13 AM | Cross examination of Mr. Erik de la Iglesia by Mr. McKeon. |
| 11:38 AM | Bench conference. |
| 11:42 AM | Bench conference concluded. |
| 11:42 AM | Continuation cross examination of Mr. Erik de la Iglesia by Mr. McKeon. |
| 11:59 AM | Jury recessed for lunch break. |
| 12:03 PM | Recess. |
| 12:49 PM | Court reconvened. |
| 12:49 PM | Jury returned to courtroom. |
| 12:49 PM | Continuation cross examination of Mr. Erik de la Iglesia by Mr. McKeon. |
| 01:13 PM | Redirect examination of Mr. Erik de la Iglesia by Mr. Fenster. |
| 01:37 PM | Completion of testimony of Mr. Erik de la Iglesia. |
| 01:38 PM | Witness sworn. |
| 01:39 PM | Direct examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 01:55 PM | Cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 02:10 PM | Bench conference. |
| 02:10 PM | Bench conference concluded. |
| 02:11 PM | Continuation cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 02:15 PM | Bench conference. |
| 02:17 PM | Bench conference concluded. |
| 02:17 PM | Continuation cross examination of Dr. Andreas Groehn by Ms. Smith. |
| 02:32 PM | Redirect examination of Dr. Andreas Groehn by Mr. Ledahl. |
| 02:35 PM | Completion of testimony of Dr. Andreas Groehn. |
| 02:36 PM | Ms. Fair introduced the video designation of Mr. Han Kwak. |
| 02:47 PM | Video designation of Mr. Han Kwak concluded. |
| 02:47 PM | Jury recessed for break. |
| 02:48 PM | Court directed counsel to meet and confer and ordered the submission of a jointly prepared updated final jury instructions and verdict form by 4:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 02:49 PM | Recess. |
| 03:07 PM | Court reconvened. |
| 03:07 PM | Jury returned to courtroom. |
| 03:08 PM | Witness sworn. |
| 03:08 PM | Direct examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 04:03 PM | Objection raised. |
| 04:03 PM | Jury returned to jury room. |
| 04:04 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 04:09 PM | Jury returned to courtroom. |
| 04:09 PM | Continuation direct examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 04:13 PM | Cross examination of Mr. Stephen E. Dell by Mr. Reger. |
| 04:44 PM | Bench conference. |
| 04:46 PM | Bench conference concluded. |
| 04:47 PM | Continuation cross examination of Mr. Stephen E. Dell by Mr. Reger. |
| 04:50 PM | Bench conference. |
| 04:51 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:51 PM | Continuation cross examination of Mr. Stephen E. Dell by Mr. Reger. |
| 05:07 PM | Bench conference. |
| 05:08 PM | Bench conference concluded. |
| 05:08 PM | Redirect examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 05:10 PM | **Courtroom sealed**. |
| 05:11 PM | Continuation redirect examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 05:14 PM | **Courtroom unsealed**. |
| 05:14 PM | Continuation redirect examination of Mr. Stephen E. Dell by Mr. Ledahl. |
| 05:15 PM | Completion of testimony of Mr. Stephen E. Dell. |
| 05:16 PM | Jury recessed for break. |
| 05:17 PM | Recess. |
| 05:24 PM | Court reconvened. |
| 05:25 PM | Jury returned to courtroom. |
| 05:25 PM | Plaintiff rested its case-in-chief. |
| 05:25 PM | Defendants' case-in-chief: |
| 05:25 PM | Witness sworn. |
| 05:26 PM | Direct examination of Ms. Rachel Roberts by Ms. Smith. |
| 06:12 PM | Bench conference. |
| 06:12 PM | Bench conference concluded. |
| 06:12 PM | Court instructions to the Jury. |
| 06:13 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:14 PM | Court directed counsel to continue with meet and confer efforts and reminded the parties of the deadline for the submission of an updated proposed final jury instructions and verdict form. |
| 06:16 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 23, 2025

**OPEN:** 08:30 AM                                             **ADJOURN:** 06:09 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Defendants' case-in-chief: |
| 08:33 AM | Continuation direct examination of Ms. Rachel Roberts by Ms. Smith. |
| 08:38 AM | Cross examination of Ms. Rachel Roberts by Ms. Fair. |
| 08:50 AM | Bench conference. |
| 08:54 AM | Bench conference concluded. |
| 08:54 AM | Continuation cross examination of Ms. Rachel Roberts by Ms. Fair. |
| 09:26 AM | Redirect examination of Ms. Rachel Roberts by Ms. Smith. |
| 09:34 AM | Recross examination of Ms. Rachel Roberts by Ms. Fair. |
| 09:38 AM | Additional redirect examination of Ms. Rachel Roberts by Ms. Smith. |
| 09:40 AM | Completion of testimony of Ms. Rachel Roberts. |
| 09:40 AM | Jury recessed for break. |
| 09:41 AM | Recess. |
| 10:06 AM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:06 AM | Jury returned to courtroom. |
| 10:07 AM | Witness sworn. |
| 10:08 AM | Direct examination of Mr. Todd Hansen by Mr. Yang. |
| 10:46 AM | Cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 10:54 AM | Bench conference. |
| 10:55 AM | Bench conference concluded. |
| 10:56 AM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 11:22 AM | Bench conference. |
| 11:26 AM | Bench conference concluded. |
| 11:26 AM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 11:31 AM | Disruption of court proceedings due to rainstorm. |
| 11:31 AM | Jury retired to jury room. |
| 11:32 AM | Off the record. |
| 11:35 AM | On the record. |
| 11:35 AM | Recess. |
| 11:39 AM | Court reconvened. |
| 11:40 AM | Recess for lunch break. |
| 12:40 PM | Court reconvened. |
| 12:41 PM | Jury returned to courtroom. |
| 12:42 PM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 01:00 PM | Bench conference. |
| 01:00 PM | Bench conference concluded. |
| 01:00 PM | Continuation cross examination of Mr. Todd Hansen by Mr. Mirzaie. |
| 01:06 PM | Redirect examination of Mr. Todd Hansen by Mr. Yang. |
| 01:15 PM | Completion of testimony of Mr. Todd Hansen. |
| 01:16 PM | Witness sworn. |
| 01:17 PM | Direct examination of Dr. Ian Foster by Mr. Thompson. |
| 02:15 PM | Objection raised. |
| 02:15 PM | Jury retired to jury room. |
| 02:15 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 02:32 PM | Jury returned to courtroom. |
| 02:33 PM | Continuation direct examination of Dr. Ian Foster by Mr. Thompson. |
| 03:24 PM | Bench conference. |
| 03:28 PM | Bench conference concluded. |
| 03:28 PM | Continuation direct examination of Dr. Ian Foster by Mr. Thompson. |
| 03:39 PM | Jury recessed for break. |
| 03:39 PM | Recess. |
| 03:52 PM | Court reconvened. |
| 03:52 PM | Jury returned to courtroom. |
| 03:54 PM | Cross examination of Dr. Ian Foster by Mr. Fenster. |
| 05:09 PM | Redirect examination of Dr. Ian Foster by Mr. Thompson. |
| 05:20 PM | Recross examination of Dr. Ian Foster by Mr. Fenster. |
| 05:23 PM | Additional redirect examination of Dr. Ian Foster by Mr. Thompson. |
| 05:24 PM | Completion of testimony of Dr. Ian Foster. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:24 PM | Jury recessed for break. |
| 05:25 PM | Recess. |
| 05:31 PM | Court reconvened. |
| 05:32 PM | Jury returned to courtroom. |
| 05:33 PM | Witness sworn. |
| 05:33 PM | Direct examination of Dr. Ray Perryman by Mr. Reger. |
| 05:54 PM | **Courtroom sealed**. |
| 05:54 PM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 05:57 PM | **Courtroom unsealed**. |
| 05:58 PM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 06:02 PM | Bench conference. |
| 06:04 PM | Bench conference concluded. |
| 06:04 PM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 06:05 PM | Court instructions to the Jury. |
| 06:05 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:09 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC** | § |
| | § |
| v. | § CASE NO. 2:23-CV-00103-JRG-RSP |
| | § |
| **SAMSUNG ELECTRONICS CO., LTD,** | § |
| *et al* | § |

### MINUTES FOR JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 24, 2025

**OPEN:** 08:26 AM                                    **ADJOURN:** 01:53 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:28 AM | Continuation Defendants' case-in-chief: |
| 08:28 AM | Continuation direct examination of Dr. Ray Perryman by Mr. Reger. |
| 09:03 AM | Cross examination of Dr. Ray Perryman by Mr. Mirzaie. |
| 09:57 AM | Redirect examination of Dr. Ray Perryman by Mr. Reger. |
| 10:02 AM | Completion of testimony of Dr. Ray Perryman. |
| 10:02 AM | Mr. McKeon introduced the video designation of Mr. James Fitzgerald. |
| 10:05 AM | Video designation of Mr. James Fitzgerald concluded. |
| 10:06 AM | Jury recessed for break. |
| 10:06 AM | Recess. |
| 10:17 AM | Court reconvened. |
| 10:17 AM | Jury returned to courtroom. |
| 10:18 AM | Mr. McKeon introduced the video designation of Dr. Gregory Raleigh. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:18 AM | Court provided explanation to the Jury re: testimony offered by video designation when witness is present in the courtroom. |
| 10:30 AM | Video designation of Dr. Gregory Raleigh concluded. |
| 10:30 AM | Defendants rested its case-in-chief. |
| 10:30 AM | Plaintiff's rebuttal case: |
| 10:33 AM | Direct examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Fenster. |
| 11:00 AM | Cross examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Yang. |
| 11:27 AM | Redirect examination of rebuttal witness Mr. Erik de la Iglesia by Mr. Fenster. |
| 11:30 AM | Completion of rebuttal testimony of Mr. Erik de la Iglesia. |
| 11:30 AM | Plaintiff rested its rebuttal case. |
| 11:30 AM | Both sides rested. |
| 11:30 AM | Court provided instructions to Jury. |
| 11:32 AM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 11:33 AM | Court will take up Rule 50(a) motions following lunch break. |
| 11:36 AM | Recess for lunch break. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Court took up Rule 50(a) motions. |
| 12:49 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 12:51 PM | Court began hearing argument on Rule 50(a) motions. |
| 01:52 PM | Argument concluded. |
| 01:52 PM | Court made rulings as set forth in the record. |
| 01:53 PM | Completion of hearing re: Rule 50(a) motions. |
| 01:53 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 01:53 PM | Recess. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00103-JRG-RSP |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD,** | § | |
| *et al* | | |

### MINUTES FOR JURY TRIAL DAY NO. 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 25, 2025

**OPEN: 07:58 AM**        **ADJOURN: 03:06 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Nathan Gershengorin |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 07:58 AM | Court opened. |
| 07:58 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:00 AM | Court provided instructions. |
| 08:01 AM | Formal charge conference started. |
| 08:22 AM | Formal charge conference completed. |
| 08:23 AM | Recess. |
| 08:43 AM | Court reconvened. |
| 08:43 AM | Exhibits used prior day read into the record. |
| 08:45 AM | Jury entered the courtroom. |
| 08:46 AM | Court proceeded to charge the Jury with final instructions. |
| 09:50 AM | Closing argument by Plaintiff's counsel, Mr. Fenster. |
| 10:24 AM | Bench conference |
| 10:27 AM | Bench conference concluded. |
| 10:27 AM | Closing argument by Defendants' counsel, Mr. McKeon. |
| 11:08 AM | Final closing argument by Plaintiff's counsel, Mr. Fenster. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:15 AM | Closing arguments concluded. |
| 11:16 AM | Court gave final instructions to the Jury. |
| 11:21 AM | Jury retired to jury room to deliberate. |
| 11:22 AM | Court recessed. |
| 02:56 PM | Court reconvened. |
| 02:56 PM | Court informed counsel of a Jury note received by the Court. |
| 02:57 PM | Jury entered the courtroom. |
| 02:58 PM | Court announced the verdict into the record. |
| 03:01 PM | Jurors polled representing a unanimous verdict. |
| 03:06 PM | Jurors released and excused by the Court. |
| 03:06 PM | Court adjourned. |