# Exhibit 17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC** § <br> § <br> v. § **CASE NO. 2:23-CV-00352-JRG-RSP** <br> § <br> **CELLCO PARTNERSHIP d/b/a** § <br> **VERIZON WIRELESS,** *et al* § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 16, 2025

**OPEN: 12:53 PM**  **ADJOURN: 06:09 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch <br> Danielle Zapata <br> Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 12:53 PM | Court opened. |
| 12:53 PM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 01:07 PM | Court called for announcements from the parties. |
| 01:08 PM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 01:18 PM | Prospective Jurors began introduction of themselves. |
| 01:39 PM | Court provided additional instructions to Jury Pool. |
| 01:43 PM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 02:13 PM | *Voir dire* on behalf of Defendants by Mr. Dacus. |
| 02:44 PM | Bench conference with counsel re: challenges for cause. |
| 02:47 PM | Bench conference concluded. |
| 02:47 PM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 02:49 PM | Remainder of Jury Pool recessed. |
| 02:50 PM | Counsel approached bench. |
| 02:51 PM | Strike conference began with specifically named juror(s). |

| TIME | MINUTE ENTRY |
|---|---|
| 03:03 PM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 03:03 PM | Recess. |
| 03:36 PM | Court reconvened. |
| 03:36 PM | Instructions given by the Court. Jurors selected. |
| 03:39 PM | Jurors sworn. |
| 03:41 PM | Remainder of Jury Pool excused. |
| 03:42 PM | Additional instructions given by the Court. |
| 03:59 PM | Jury recessed for break. |
| 03:59 PM | Court addressed Dkt. No. 38 and GRANTED same. |
| 04:01 PM | Recess. |
| 04:20 PM | Court reconvened. |
| 04:21 PM | Jury returned to courtroom. |
| 04:21 PM | Court gave preliminary instructions to Jury. |
| 04:56 PM | Notebooks provided to Jury. |
| 04:56 PM | Continuation of Court's preliminary instructions to Jury. |
| 05:03 PM | Plaintiff's opening statement by Mr. Fenster. |
| 05:33 PM | Defendants' opening statement by Mr. Krevitt. |
| 06:03 PM | Opening statements concluded. |
| 06:04 PM | Court provided instructions to the Jury. |
| 06:04 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:05 PM | Court will be available in the morning to take up any unresolved overnight disputes. Court encouraged the parties to continue with their meet and confer obligations. |
| 06:09 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | |
| **VERIZON WIRELESS,** *et al* | § | |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 17, 2025

**OPEN:** 08:31 AM  **ADJOURN:** 06:19 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:31 AM | Court opened. |
| 08:33 AM | Jury entered the courtroom. |
| 08:33 AM | Rule invoked. |
| 08:34 AM | Plaintiff's case-in-chief: |
| 08:34 AM | Witness sworn. |
| 08:34 AM | Direct examination of Dr. Gregory Raleigh by Ms. Fair. |
| 09:21 AM | Cross examination of Dr. Gregory Raleigh by Mr. Krevitt. |
| 09:53 AM | Redirect examination of Dr. Gregory Raleigh by Ms. Fair. |
| 10:01 AM | Recross examination of Dr. Gregory Raleigh by Mr. Krevitt. |
| 10:03 AM | Completion of testimony of Dr. Gregory Raleigh. |
| 10:03 AM | Jury recessed for break. |
| 10:08 AM | Recess. |
| 10:18 AM | Court reconvened. |
| 10:19 AM | Jury returned to courtroom. |
| 10:20 AM | Ms. Fair introduced the video deposition designation of Mr. Thomas Russell. |
| 10:36 AM | Video deposition designation of Mr. Thomas Russell concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:36 AM | Ms. Fair introduced the video deposition designation of Mr. Kartik Umamaheswaran. |
| 10:49 AM | Video deposition designation of Mr. Kartik Umamaheswaran concluded. |
| 10:49 AM | Ms. Fair introduced the video deposition designation of Mr. Michael Kondratiuk. |
| 10:54 AM | Video deposition designation of Mr. Michael Kondratiuk concluded. |
| 10:54 AM | Ms. Fair introduced the video deposition designation of Mr. Amith Yamasani. |
| 10:55 AM | Court provided an instruction re: witness, Mr. Amith Yamasani. |
| 10:55 AM | Continuation of video deposition designation of Mr. Amith Yamasani. |
| 11:14 AM | Video deposition designation of Mr. Amith Yamasani concluded. |
| 11:14 AM | Ms. Fair introduced the video deposition designation of Mr. Michael Schiksnis. |
| 11:14 AM | **Courtroom sealed**. |
| 11:15 AM | Continuation of video deposition designation of Mr. Michael Schiksnis. |
| 11:16 AM | Video deposition designation of Mr. Michael Schiksnis concluded. |
| 11:16 AM | **Courtroom unsealed**. |
| 11:17 AM | Ms. Fair introduced the video deposition designation of Mr. David Chan. |
| 11:18 AM | Court provided an instruction re: witness, Mr. David Chan. |
| 11:37 AM | Video deposition designation of Mr. David Chan concluded. |
| 11:38 AM | Jury recessed for lunch break. |
| 11:39 AM | Recess. |
| 12:42 PM | Court reconvened. |
| 12:45 PM | Jury returned to courtroom. |
| 12:45 PM | Witness sworn. |
| 12:46 PM | Court provided explanation to Jury re: use of an adverse witness. |
| 12:47 PM | Direct examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 01:05 PM | **Courtroom sealed**. |
| 01:06 PM | Continuation direct examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 01:21 PM | **Courtroom unsealed**. |
| 01:22 PM | Continuation direct examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 01:32 PM | Cross examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Rosenthal. |
| 02:11 PM | Redirect examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 02:18 PM | Recross examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Rosenthal. |
| 02:20 PM | Completion of testimony of Mr. Kartik Venkatraman (adverse witness). |
| 02:20 PM | Ms. Fair introduced the video deposition designation of Mr. Kyle Malady. |
| 02:23 PM | Video deposition designation of Mr. Kyle Malady concluded. |
| 02:24 PM | Jury recessed for break. |
| 02:25 PM | Recess. |
| 02:37 PM | Court reconvened. |
| 02:38 PM | Jury returned to courtroom. |
| 02:38 PM | Witness sworn. |
| 02:39 PM | Direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 04:09 PM | **Courtroom sealed.** |
| 04:10 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:17 PM | **Courtroom unsealed.** |
| 04:18 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 04:29 PM | Objection made. |
| 04:29 PM | Jury retired to jury room. |
| 04:29 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 04:33 PM | Jury returned to courtroom. |
| 04:34 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 05:01 PM | Bench conference. |
| 05:02 PM | Bench conference concluded. |
| 05:02 PM | Jury recessed for break. |
| 05:05 PM | Recess. |
| 05:15 PM | Court reconvened. |
| 05:15 PM | Jury returned to courtroom. |
| 05:16 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 05:44 PM | Cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 06:01 PM | Bench conference. |
| 06:02 PM | Bench conference concluded. |
| 06:02 PM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 06:17 PM | Court provided instructions to the Jury. |
| 06:17 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:18 PM | Court will be available in the morning to take up any unresolved overnight disputes. Court encouraged the parties to continue with their meet and confer obligations. |
| 06:19 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | |
| **VERIZON WIRELESS,** *et al* | § | |

### MINUTES FOR JURY TRIAL DAY NO. 3
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 18, 2025

**OPEN:** 08:32 AM                                                                           **ADJOURN:** 06:06 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:                                      Riley Zoch
                                                          Danielle Zapata
                                                          Gregory Saltz

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                      Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:32 AM | Court opened. |
| 08:33 AM | Exhibits used prior day read into the record. |
| 08:36 AM | Jury entered the courtroom. |
| 08:36 AM | Continuation Plaintiff's case-in-chief: |
| 08:36 AM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 09:06 AM | Bench conference. |
| 09:08 AM | Bench conference concluded. |
| 09:09 AM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 09:20 AM | Bench conference. |
| 09:23 AM | Bench conference concluded. |
| 09:23 AM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 09:55 AM | Redirect examination of Dr. Richard Wesel by Mr. Fenster. |
| 10:26 AM | Recross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 10:33 AM | Completion of testimony of Dr. Richard Wesel. |
| 10:34 AM | Jury recessed for break. |
| 10:35 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:46 AM | Court reconvened. |
| 10:48 AM | Jury returned to courtroom. |
| 10:48 AM | Ms. Fair introduced the video deposition designation of Mr. Ed Diaz. |
| 10:48 AM | Court provided explanation to the Jury re: testimony offered by video deposition when witness is present in the courtroom to later provide live testimony. |
| 10:53 AM | Video deposition designation of Mr. Ed Diaz concluded. |
| 10:53 AM | Witness affirmed. |
| 10:54 AM | Direct examination of Dr. Coleman Bazelon by Mr. Ledahl. |
| 11:24 AM | Cross examination of Dr. Coleman Bazelon by Mr. Dacus. |
| 12:10 PM | Bench conference. |
| 12:11 PM | Bench conference concluded. |
| 12:12 PM | Redirect examination of Dr. Coleman Bazelon by Mr. Ledahl. |
| 12:19 PM | Recross examination of Dr. Coleman Bazelon by Mr. Dacus. |
| 12:23 PM | Completion of testimony of Dr. Coleman Bazelon. |
| 12:23 PM | Jury recessed for lunch break. |
| 12:25 PM | Court directed counsel to meet and confer and ordered the submission of a jointly prepared updated final jury instructions and verdict form by 12:00 noon on Monday in Word format and electronically transmitted to Court staff. |
| 12:26 PM | Recess. |
| 01:39 PM | Court reconvened. |
| 01:39 PM | Jury returned to courtroom. |
| 01:40 PM | Witness sworn. |
| 01:40 PM | Direct examination of Mr. Jim Bergman by Mr. Ledahl. |
| 02:12 PM | Cross examination of Mr. Jim Bergman by Ms. Dominguez. |
| 02:42 PM | Redirect examination of Mr. Jim Bergman by Mr. Ledahl. |
| 02:45 PM | Completion of testimony of Mr. Jim Bergman. |
| 02:46 PM | Plaintiff rested its case-in-chief. |
| 02:46 PM | Jury recessed for break. |
| 02:47 PM | Court addressed the following:<br>• Dkt. No. 309; and<br>• Dkt. No. 381. |
| 02:57 PM | Recess. |
| 03:11 PM | Court reconvened. |
| 03:12 PM | Jury returned to courtroom. |
| 03:12 PM | Defendants' case-in-chief: |
| 03:12 PM | Witness sworn. |
| 03:13 PM | Direct examination of Mr. Steven Rice by Mr. Krevitt. |
| 03:47 PM | Bench conference. |
| 03:51 PM | Bench conference concluded. |
| 03:52 PM | Cross examination of Mr. Steven Rice by Ms. Fair. |
| 04:13 PM | Redirect examination of Mr. Steven Rice by Mr. Krevitt. |
| 04:18 PM | Completion of testimony of Mr. Steven Rice. |
| 04:19 PM | Witness sworn. |
| 04:20 PM | Direct examination of Mr. Ed Diaz by Ms. Dominguez. |
| 04:40 PM | Cross examination of Mr. Ed Diaz by Mr. Chang. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:43 PM | Objection raised. |
| 04:43 PM | Jury retired to the jury room. |
| 04:44 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 04:49 PM | Jury returned to courtroom. |
| 04:49 PM | Continuation cross examination of Mr. Ed Diaz by Mr. Chang. |
| 04:52 PM | Redirect examination of Mr. Ed Diaz by Ms. Dominguez. |
| 04:54 PM | Recross examination of Mr. Ed Diaz by Mr. Chang. |
| 04:55 PM | Additional redirect examination of Mr. Ed Diaz by Ms. Dominguez. |
| 04:56 PM | Completion of testimony of Mr. Ed Diaz. |
| 04:56 PM | Mr. Dacus introduced the video deposition designation of Dr. Gregory Raleigh. |
| 04:57 PM | Court provided explanation to the Jury re: testimony offered by video deposition when witness is present in the courtroom and previously provided live testimony. |
| 04:57 PM | Continuation of video deposition designation of Dr. Gregory Raleigh. |
| 05:12 PM | Video deposition designation of Dr. Gregory Raleigh concluded. |
| 05:12 PM | Mr. Dacus introduced the video deposition designation of Mr. Alireza Raissinia. |
| 05:12 PM | Bench conference. |
| 05:13 PM | Bench conference concluded. |
| 05:13 PM | Continuation video deposition designation of Mr. Alireza Raissinia. |
| 05:21 PM | Video deposition designation of Mr. Alireza Raissinia concluded. |
| 05:21 PM | Mr. Dacus introduced the video deposition designation of Mr. James Lavine. |
| 05:24 PM | Video deposition designation of Mr. James Lavine concluded. |
| 05:24 PM | Witness sworn. |
| 05:25 PM | Direct examination of Mr. Sid Sibal by Mr. Krevitt. |
| 05:40 PM | Cross examination of Mr. Sid Sibal by Mr. Wang. |
| 05:53 PM | Redirect examination of Mr. Sid Sibal by Mr. Krevitt. |
| 05:53 PM | Completion of testimony of Mr. Sid Sibal. |
| 05:53 PM | Bench conference. |
| 05:54 PM | Bench conference concluded. |
| 05:54 PM | Witness sworn |
| 05:55 PM | Direct examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 06:02 PM | Court provided instructions to the Jury. |
| 06:03 PM | Jury recessed for the day to return at 12:00 PM on Monday. |
| 06:05 PM | Court reminded the parties of the 12:00 noon deadline on Monday for submission of jointly prepared updated final jury instructions and verdict form. |
| 06:06 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | |
| **VERIZON WIRELESS,** *et al* | § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 21, 2025

**OPEN: 01:08 PM**  **ADJOURN: 05:34 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 01:08 PM | Court opened. |
| 01:09 PM | Exhibits used prior day read into the record. |
| 01:11 PM | Jury entered the courtroom. |
| 01:12 PM | Continuation Defendants' case-in-chief: |
| 01:12 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 02:01 PM | Bench conference. |
| 02:02 PM | Bench conference concluded. |
| 02:02 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 02:49 PM | Cross examination of Dr. Kevin Jeffay by Mr. Fenster. |
| 03:20 PM | Jury recessed for break. |
| 03:21 PM | Recess. |
| 03:46 PM | Court reconvened. |
| 03:46 PM | Jury returned to courtroom. |
| 03:47 PM | Continuation cross examination of Dr. Kevin Jeffay by Mr. Fenster. |
| 04:24 PM | Redirect examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 04:40 PM | Recross examination of Dr. Kevin Jeffay by Mr. Fenster. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:42 PM | Completion of testimony of Dr. Kevin Jeffay. |
| 04:43 PM | Bench conference. |
| 04:43 PM | Bench conference concluded. |
| 04:44 PM | Witness sworn. |
| 04:45 PM | Direct examination of Dr. Thomas Hazlett by Mr. Dacus. |
| 05:10 PM | Cross examination of Dr. Thomas Hazlett by Mr. Ledahl. |
| 05:24 PM | Redirect examination of Dr. Thomas Hazlett by Mr. Dacus. |
| 05:27 PM | Completion of testimony of Dr. Thomas Hazlett. |
| 05:27 PM | Court provided instructions to the Jury. |
| 05:28 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:34 PM | Court adjourned. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | |
| **VERIZON WIRELESS,** *et al* | § | |

### MINUTES FOR JURY TRIAL DAY NO. 5
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 22, 2025

**OPEN: 08:28 AM**            **ADJOURN: 04:19 PM**

ATTORNEYS FOR PLAINTIFF:     See attached

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERKS:     Riley Zoch
    Danielle Zapata
    Gregory Saltz

COURT REPORTER:     Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation Defendants' case-in-chief: |
| 08:30 AM | Witness sworn. |
| 08:31 AM | Direct examination of Ms. Laura Stamm by Ms. Dominguez. |
| 08:59 AM | Cross examination of Ms. Laura Stamm by Mr. Mirzaie. |
| 09:27 AM | Bench conference. |
| 09:28 AM | Bench conference concluded. |
| 09:28 AM | Continuation cross examination of Ms. Laura Stamm by Mr. Mirzaie. |
| 09:33 AM | Redirect examination of Ms. Laura Stamm by Ms. Dominguez. |
| 09:43 AM | Completion of testimony of Ms. Laura Stamm. |
| 09:43 AM | Witness sworn. |
| 09:44 AM | Bench conference. |
| 09:44 AM | Bench conference concluded. |
| 09:44 AM | Direct examination of Ms. Hannah Sifuentes by Mr. Vincent. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:04 AM | Cross examination of Ms. Hannah Sifuentes by Mr. Davis. |
| 10:08 AM | Redirect examination of Ms. Hannah Sifuentes by Mr. Vincent. |
| 10:12 AM | Completion of testimony of Ms. Hannah Sifuentes. |
| 10:12 AM | Defendants rested their case-in-chief. |
| 10:12 AM | Plaintiff offered no rebuttal witnesses. |
| 10:12 AM | Both sides rested. |
| 10:13 AM | Court provided instructions to the Jury. |
| 10:15 AM | Jury excused for the reminder of the day to return tomorrow at 8:00 AM. |
| 10:16 AM | Court will take up Rule 50(a) motions following recess. |
| 10:17 AM | Recess. |
| 10:33 AM | Court reconvened. |
| 10:33 AM | Court took up Rule 50(a) motions. |
| 10:34 AM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 10:37 AM | Court began hearing argument on Rule 50(a) motions. |
| 11:47 AM | Argument concluded. |
| 11:48 AM | Court made rulings as set forth in the record with the exception of a CARRIED ruling on one remaining motion. |
| 11:52 AM | Court to recess and reconvene after lunch to conduct informal charge conference (off the record) in chambers. |
| 11:53 AM | Recess. |
| 12:38 PM | Court reconvened. |
| 12:39 PM | Court made ruling as set forth in the record re: CARRIED motion from Rule 50(a) hearing. |
| 12:42 PM | Completion of hearing re: Rule 50(a) motions. |
| 12:42 PM | Informal charge conference to be held in chambers following recess. |
| 12:44 PM | Recess. |
| 04:00 PM | Court reconvened. |
| 04:01 PM | Court provided instructions. |
| 04:03 PM | Formal charge conference started. |
| 04:17 PM | Formal charge conference completed. |
| 04:19 PM | Court adjourned. |