# Exhibit 18

```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
                           MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,      (   CAUSE NO. 22:2-CV-422-JRG
                               )
         Plaintiff,            (
                               )
vs.                            (
                               )
SAMSUNG ELECTRONICS CO., LTD., (
et al.,                        )   MARSHALL, TEXAS
                               (   JANUARY 15, 2025
         Defendants.           )   8:30 A.M.
_____


                              VOLUME 3

_____

                         TRIAL ON THE MERITS


             BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
                          and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
 1                      A P P E A R A N C E S

 2          FOR THE PLAINTIFF:    RUSS AUGUST & KABAT -
                                  LOS ANGELES
 3                                12424 WILSHIRE BOULEVARD
                                  12TH FLOOR
 4                                LOS ANGELES, CA 90025
                                  (310) 826-7474
 5                                BY: MR. MARC FENSTER
                                      MR. REZA MIRZAIE
 6                                    MR. BRIAN LEDAHL
                                      MR. JASON WIETHOLTER
 7
                                  JAMES N. PICKENS
 8                                ATTORNEY At LAW
                                  1104 NW 88TH WAY
 9                                PLANTATION, FLORIDA  33322
                                  (954) 637-2393
10
                                  MILLER FAIR HENRY, PLLC
11                                1507 BILL OWENS PARKWAY
                                  LONGVIEW, TEXAS  75604
12                                (903) 757-6400
                                  BY:  MS. ANDREA FAIR
13
            FOR THE DEFENDANTS:   FISH & RICHARDSON PC - ATLANTA
14                                1180 PEACHTREE STREET NE
                                  21ST Floor
15                                ATLANTA, GEORGIA  30309
                                  (404) 724-2792
16                                BY:  MR. THAD KODISH

17                                FISH & RICHARDSON, PC -
                                  WASHINGTON, DC
18                                1000 MAINE AVE., SW
                                  SUITE 1000
19                                WASHINGTON, DC 20024
                                  (202) 783-5070
20                                BY:  MR. MICHAEL McKEON

21                                GILLAM & SMITH, LLP
                                  303 SOUTH WASHINGTON AVENUE
22                                MARSHALL, TEXAS  75670
                                  (903) 934-8450
23                                BY:  MS. MELISSA SMITH

24          OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                                  100 E. HOUSTON STREET
25                                MARSHALL, TEXAS  75670
                                  (903) 923-8546
```

03:53  1      MR. McKEON: Your Honor, can we bring up this
2  version of the device that is working?
3      THE INTERPRETER: That will work for me.
4      THE COURT: All right. You can approach with a
5  substitute. We also have a court IT person we can call if
6  necessary. Let's see if this will --
7      THE INTERPRETER: Thank you, Your Honor.
8      THE COURT: -- fill the bill.
03:54  9      THE INTERPRETER: Yes, Your Honor. I'm ready.
10      THE COURT: All right. Counsel, you may proceed
11  with direct examination then.
12      MR. KODISH: Thank you, Your Honor.
13      Good afternoon, ladies and gentlemen of the jury. My
14  name is Thad Kodish. I am pleased for your attention. I
15  represent Samsung.
16                    HONJUNG SON,
17  having been first duly sworn, testified under oath as follows:
18                 DIRECT EXAMINATION
19  BY MR. KODISH:
20  Q.  Good afternoon, Mr. Son.
21  A.  Good afternoon.
03:54  22  Q.  Would you please introduce yourself to the ladies and
23  gentlemen of the jury?
24  A.  Hello. My name is Honjung Son, and I'm working at
25  Samsung Electronics.

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | Q.   Mr. Son, do you speak some English?                             |
|       | 2  | A.   Yes.                                                            |
|       | 3  | Q.   But I understand you are using a translator to aid your         |
| 03:55 | 4  | testimony today.  Is that correct?                                   |
|       | 5  | A.   Yes.                                                            |
|       | 6  | Q.   Will you please tell the jury why you are using a               |
|       | 7  | translator?                                                          |
|       | 8  | A.   My mother tongue is Korean, so I'm not fluent in English.       |
| 03:55 | 9  | And today I want to be precise, so I need the help of                |
|       | 10 | translator.                                                          |
|       | 11 |           THE INTERPRETER:  Your Honor, it stopped again.            |
|       | 12 |           MR. McKEON:  Your Honor, may we have our capable           |
|       | 13 | paralegal --                                                         |
| 03:56 | 14 |           THE COURT:  If you have somebody on staff that can        |
|       | 15 | fix the problem, let me know.                                        |
|       | 16 |           MR. McKEON:  She fixes all the problems in our war         |
|       | 17 | room, Your Honor.                                                    |
| 03:56 | 18 |           THE COURT:  Have a seat, Mr. McKeon.                       |
|       | 19 |     Ladies and gentlemen of the jury, I don't know how long          |
|       | 20 | this is going to take.  I'm going to let you retire to the           |
| 03:57 | 21 | jury room and at least have the benefit of standing up,              |
|       | 22 | getting something to drink, visiting the restroom.  As soon as       |
|       | 23 | we're ready, I'll have you in here.                                  |
|       | 24 |       The jury's excused to the jury room.                           |
| 03:58 | 25 |           (Whereupon, the jury left the courtroom.)                  |