# Exhibit 19

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                          MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,       (  CAUSE NO. 2:23-CV-103-JRG
                                )
        Plaintiff,              (
                                )
vs.                             (
                                )
SAMSUNG ELECTRONICS CO., LTD.,  (
et al.,                         )  MARSHALL, TEXAS
                                (  APRIL 22, 2025
        Defendants.             )  8:30 A.M.
_____


                              VOLUME 2

_____

                        TRIAL ON THE MERITS


               BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE
                            and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
 1                    A P P E A R A N C E S

 2         FOR THE PLAINTIFF:     RUSS AUGUST & KABAT -
                                  LOS ANGELES
 3                                12424 WILSHIRE BOULEVARD
                                  12TH FLOOR
 4                                LOS ANGELES, CA 90025
                                  (310) 826-7474
 5                                BY: MR. MARC FENSTER
                                      MR. REZA MIRZAIE
 6                                    MR. BRIAN LEDAHL

 7                                MILLER FAIR HENRY, PLLC
                                  1507 BILL OWENS PARKWAY
 8                                LONGVIEW, TEXAS  75604
                                  (903) 757-6400
 9                                BY:  MS. ANDREA FAIR

10         FOR THE DEFENDANTS:    FISH & RICHARDSON PC - ATLANTA
                                  1180 PEACHTREE STREET NE
11                                21ST Floor
                                  ATLANTA, GEORGIA  30309
12                                (404) 724-2792
                                  BY:  MR. THAD KODISH
13
                                  FISH & RICHARDSON, PC -
14                                WASHINGTON, DC
                                  1000 MAINE AVE., SW
15                                SUITE 1000
                                  WASHINGTON, DC 20024
16                                (202) 783-5070
                                  BY:  MR. MICHAEL McKEON
17
                                  FISH & RICHARDSON, P.C. -
18                                DALLAS
                                  1717 MAIN STREET, SUITE 5000
19                                DALLAS, TEXAS  75201
                                  (214) 292-4084
20                                BY:  MR. THOMAS REGER

21                                GILLAM & SMITH, LLP
                                  303 SOUTH WASHINGTON AVENUE
22                                MARSHALL, TEXAS  75670
                                  (903) 934-8450
23                                BY:  MS. MELISSA SMITH

24         OFFICIAL REPORTER:     SHAWN M. McROBERTS, RMR, CRR
                                  100 E. HOUSTON STREET
25                                MARSHALL, TEXAS  75670
                                  (903) 923-8546
```

## **INDEX**

**EXAMINATION**

| Witness Name | Page |
|---|---|
| ERIK DE LA INGLESIA | |
|     Direct By MR. FENSTER | 309 |
|     Cross By MR. McKEON | 360 |
|     Redirect By MR. FENSTER | 452 |
| ANDREAS GROEHN, PH.D. | |
|     Direct By MR. LEDAHL | 466 |
|     Cross By MS. SMITH | 479 |
|     Redirect By MR. LEDAHL | 506 |
| HAN KWAK | |
|     BY VIDEO DEPOSITION | 509 |
| STEPHEN DELL | |
|     Direct By MR. LEDAHL | 516 |
|     Cross By MR. REGER | 563 |
|     Redirect By MR. LEDAHL | 611 |
| RACHEL ROBERTS | |
|     Direct By MS. SMITH | 619 |

```
05:25   1              (Whereupon, the jury entered the courtroom.)
        2              THE COURT:  Please be seated.
        3         Plaintiff, call your next witness, please.
        4              MR. FENSTER:  Your Honor, I'm pleased to report that
        5    the Plaintiff rests its case in chief.
        6              THE COURT:  All right.  The Plaintiff having rested
        7    its case in chief, we're turn to the Defendants' case in
        8    chief.
        9         Are Defendants prepared to call their first witness?
       10              MS. SMITH:  We are, Your Honor.
       11              THE COURT:  Please call your first witness.
05:25  12              MS. SMITH:  Your Honor, Samsung calls Ms. Rachel
       13    Roberts.
       14              THE COURT:  All right.  Mrs. Roberts if you'll come
       15    forward and be sworn, please.
       16              (Whereupon, the oath was administered by the Clerk.)
       17              THE COURT:  Please come around, ma'am; have a seat
05:26  18    on the witness stand.
       19         All right, Ms. Smith.  You may proceed with direct
       20    examination.
       21              MS. SMITH:  May it please the Court, Your Honor.
       22                              RACHEL ROBERTS,
       23    having been first duly sworn, testified under oath as follows:
       24                            DIRECT EXAMINATION
       25    BY MS. SMITH:
```

```
          1    Q.   Good evening, Mrs. Roberts.
          2    A.   Good evening.
          3    Q.   If you would, introduce yourself to the ladies and
          4    gentlemen of the jury.
          5    A.   Good evening.  My name is Rachel Roberts, and I am the
          6    corporate representative for Samsung.
          7    Q.   And you said you're the corporate rep for Samsung.  Where
          8    do you work?
05:26     9    A.   I work for Samsung Electronics America, also referred to
         10    as SEA, or Samsung America.
         11    Q.   And what does Samsung America do?
         12    A.   So Samsung America is the marketing and sales in the U.S.
         13    for all Samsung consumer products.  So whether it's a TV, a
         14    fridge, a phone, if it's sold in the U.S. market it comes from
         15    Samsung America.
         16    Q.   I believe we've brought some slides with us today.
         17              MS. SMITH:  If we could queue up the first one.
05:27    18    Thank you.  And go one forward, please, sir.  Thank you.
         19    Q.   (BY MS. SMITH)  The sales and marketing of the products
         20    you just mentioned, are we seeing some of those on the screen,
         21    ma'am?
         22    A.   Yes, ma'am; absolutely.  So from watches to phones,
         23    tablets, TVs, computers, all of those are considered consumer
         24    electronics sold by Samsung Electronics America in the U.S.
         25    Q.   What office are you based out of?
```

```
05:27     1    A.   So I'm based out of Overland Park, Kansas, as well as an
          2    office in Plano, Texas.
          3              MS. SMITH:  If we could go to the next slide here.
          4    Q.   (BY MS. SMITH)  About how many employees does Samsung
          5    have in Texas?
          6    A.   So we have over 6,000 employees in Texas.
          7    Q.   And what about the U.S.?
          8    A.   A little over 20,000 in the U.S. overall.
          9    Q.   Okay.  Now, we've heard that Samsung America's parent
         10    company is South Korean.  Correct?
         11    A.   Yes, ma'am.
         12    Q.   Have you ever had an opportunity to travel to South Korea
         13    for your work?
05:28    14    A.   Yes.  I actually had my first trip to South Korea early
         15    last month.  I got to go and see some colleagues that I've
         16    worked with for many years that I've only met via email or on
         17    video conferencing.  So it was nice to see them in person,
         18    enjoy some of Korean barbecue, do a little shopping for Korean
         19    skin care, and get souvenirs for the kids.
         20    Q.   But fair to say, you do most of your work in the U.S.?
         21    A.   Yes, ma'am.
         22    Q.   All right.  What does Samsung America do in Plano
05:29    23    specifically?
         24    A.   So Plano, Texas is the headquarters for our MX division.
         25    So all of our mobile phones and tablets and wearable products
```

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | are based in Plano, Texas.                                      |
|       | 2  | Q.   And what do you personally do at Samsung America?          |
|       | 3  | A.   So at Samsung America I am the director of smartphone     |
|       | 4  | product management.                                             |
|       | 5  | Q.   And for the benefit of the ladies and gentlemen of the    |
|       | 6  | jury in just practical terms, what does being the director of  |
| 05:29 | 7  | smartphone product management, what's that entail on a         |
|       | 8  | day-to-day?                                                     |
|       | 9  | A.   So it means I help develop how we market our devices and |
|       | 10 | who we market them to.  I use my over 20 years of experience   |
|       | 11 | understanding consumer preferences, their purchase behaviors,  |
|       | 12 | and then I work with 15 to 20 different groups across Samsung  |
|       | 13 | America to build those go-to-market strategies and bring those |
|       | 14 | devices to the consumer market.                                 |
| 05:29 | 15 | Q.   And you just told us your job is to understand customer   |
|       | 16 | preferences.  Is that, in your opinion, an easy task?          |
|       | 17 | A.   Certainly not.  Consumers are very diverse, it's          |
|       | 18 | constantly changing, it's something that we are constantly     |
|       | 19 | researching to make sure that we're meeting and exceeding      |
|       | 20 | those consumers' wants and needs.                               |
|       | 21 | Q.   And Mrs. Roberts, you've been here for -- you were here  |
|       | 22 | yesterday and today throughout the course of this trial.       |
|       | 23 | Correct?                                                        |
|       | 24 | A.   Yes, ma'am.                                                |
|       | 25 | Q.   Were you here for Dr. Groehn's testimony just a few hours |