# Exhibit 20

1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF TEXAS
2                          MARSHALL DIVISION

3    HEADWATER RESEARCH, LLC.,      (  CAUSE NO. 22:2-CV-422-JRG
                                    )
4              Plaintiff,           (
                                    )
5    vs.                            (
                                    )
6    SAMSUNG ELECTRONICS CO., LTD., (
     et al.,                        )  MARSHALL, TEXAS
7                                   (  JANUARY 15, 2025
               Defendants.          )  8:30 A.M.
8    _____

9
                              VOLUME 3
10
11   _____

                         TRIAL ON THE MERITS
12

13            BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE
14                         and a jury
     _____
15

16

17

18

19

20

21

22
                    SHAWN McROBERTS, RMR, CRR
23                   100 E. HOUSTON STREET
                   MARSHALL, TEXAS  75670
24                      (903) 923-8546
               shawn_mcroberts@txed.uscourts.gov
25

2

```
 1                      A P P E A R A N C E S

 2      FOR THE PLAINTIFF:     RUSS AUGUST & KABAT -
                               LOS ANGELES
 3                             12424 WILSHIRE BOULEVARD
                               12TH FLOOR
 4                             LOS ANGELES, CA 90025
                               (310) 826-7474
 5                             BY: MR. MARC FENSTER
                                   MR. REZA MIRZAIE
 6                                 MR. BRIAN LEDAHL
                                   MR. JASON WIETHOLTER
 7
                               JAMES N. PICKENS
 8                             ATTORNEY At LAW
                               1104 NW 88TH WAY
 9                             PLANTATION, FLORIDA  33322
                               (954) 637-2393
10
                               MILLER FAIR HENRY, PLLC
11                             1507 BILL OWENS PARKWAY
                               LONGVIEW, TEXAS  75604
12                             (903) 757-6400
                               BY:  MS. ANDREA FAIR
13
        FOR THE DEFENDANTS:    FISH & RICHARDSON PC - ATLANTA
14                             1180 PEACHTREE STREET NE
                               21ST Floor
15                             ATLANTA, GEORGIA  30309
                               (404) 724-2792
16                             BY:  MR. THAD KODISH

17                             FISH & RICHARDSON, PC -
                               WASHINGTON, DC
18                             1000 MAINE AVE., SW
                               SUITE 1000
19                             WASHINGTON, DC 20024
                               (202) 783-5070
20                             BY:  MR. MICHAEL McKEON

21                             GILLAM & SMITH, LLP
                               303 SOUTH WASHINGTON AVENUE
22                             MARSHALL, TEXAS  75670
                               (903) 934-8450
23                             BY:  MS. MELISSA SMITH

24      OFFICIAL REPORTER:     SHAWN M. McROBERTS, RMR, CRR
                               100 E. HOUSTON STREET
25                             MARSHALL, TEXAS  75670
                               (903) 923-8546
```

```
 1   first one that I worked on at ItsOn, but they'd worked on

 2   prior versions.  That's why we built the model.

 3   Q.   Thank you.

 4        Did ItsOn have any contact with Google during the time

 5   you were employed there?

 6   A.   Yes.  We met with Google several times and more

 7   specifically with their Android, you know, team.

 8   Q.   Did Google ever express any interest in potentially

 9   acquiring ItsOn?

10   A.   They did.  We went through diligence at least one time

11   with them that I recall.

12             THE COURT:  Does that complete this witness by

13   deposition?

14             MS. SMITH:  It does, Your Honor.

15             THE COURT:  Call your next witness, please.

16             MS. SMITH:  Your Honor, Samsung will now play the

17   video testimony of Ms. Krista Jacobsen.  Ms. Jacobsen is a

18   lawyer.  She's a former head counsel for Headwater.

19        The video, Your Honor, runs 2 minutes and 5 seconds for

20   Defendants and zero for Plaintiff.

21             THE COURT:  Please proceed.

22             MS. SMITH:  Thank you.

23                      KRISTA SUSAN JACOBSEN

24                      BY VIDEO DEPOSITION

25   Q.   Good morning, Ms. Jacobsen.
```

03:31    5

03:31    11

1      A.    Good morning.

03:32    2      Q.    Can you please state your full name and address for the

3      record?

4      A.    Krista Susan Jacobsen.

5      Q.    Are you familiar with the company Headwater Research,

6      LLC?

7      A.    Yes.

8      Q.    You filed a bunch of patent applications for Headwater

9      over the years.  Correct?

10      A.    I worked at Headwater.  We filed, either directly or

11      through outside counsel, a number of patent applications, yes.

03:32    12      Q.    And you yourself prosecuted some of the patent

13      applications for Headwater.  Correct?

14      A.    That's correct.

15      Q.    Where did you attend college?

16      A.    I did my undergraduate work at University of Denver.  I

17      got a Master's and Ph.D. in electrical engineering at

18      Stanford.  And then I went to law school at Santa Clara.

19      Q.    And you received your Ph.D. from Stanford in electrical

03:32    20      engineering in 1996?

21      A.    Correct.

22      Q.    Do you know Dr. Richard Wesel?

23      A.    Yes.

24      Q.    How do you know Doctor Wesel?

25      A.    We were in the same research group, and we were

```
 1    officemates at Stanford.
 2    Q.    Have you had any contact with Doctor Wesel since your
 3    time at Stanford?
 4    A.    Yes.
 5    Q.    And what is the nature of your relationship with Doctor
 6    Wesel today?
 7    A.    We are friends.
 8    Q.    When you joined Headwater, what was your first position
 9    or title?
10    A.    It was head counsel.
11    Q.    And did you hold that title as head counsel throughout
12    the duration of your time in Headwater?
13    A.    Yes.
14    Q.    In your role as head counsel, were you involved in
15    drafting patent applications for Headwater?
16    A.    Yes.
17              THE COURT:  Does that complete this deposition
18    witness?
19              MS. SMITH:  It does, Your Honor.
20              THE COURT:  Call your next witness.
21              MS. SMITH:  Your Honor, Samsung will now play the
22    video testimony of Mr. David Johnson.  Mr. Johnson is the
23    former CFO of both ItsOn and Headwater.
24        The video runs 2 minutes and 49 seconds for Defendants
25    and zero for Plaintiff.
```

(03:33 at line 5)
(03:34 at line 15)