# Exhibit 21




Back to your account (/aadvantage-program/profile/account-summary)

# Activity

## Transactions

Search transactions | Sort and filter (1)

**Custom date range**
December 01, 2024 - February 24, 2026

📅 Change dates

**Total for transactions this period** ⓘ

| | AAdvantage® miles | Loyalty Points |
|---|---|---|
| Earned: | ▮▮▮▮ | |
| Used: | 0 | |
| Total: | ▮▮▮▮ | Total: ▮▮▮▮ |

Transactions may take up to 2 weeks to post | Request missing flights ↗ (/forms/request-flight-miles/#!/request) | Buy miles ↗ (/aadvantage-program/buy-gift-transfer/en_US/home/buy)

## Results

| Activity date | Description | | AAdvantage® miles | Loyalty Points | |
|---|---|---|---|---|---|
| Feb 23, 2026  Posted Feb 23, 2026 | RNO-DFW | ✈ Flights | ▮▮▮ | ▮▮▮ | > |
| Feb 04, 2026  Posted Feb 05, 2026 | DFW-SFO | ✈ Flights | ▮▮▮ | ▮▮▮ | > |
| Feb 02, 2026  Posted Feb 02, 2026 | RNO-DFW | ✈ Flights | ▮▮▮ | ▮▮▮ | > |
| Nov 20, 2025  Posted Nov 21, 2025 | DFW-SFO | ✈ Flights | ▮▮▮ | ▮▮▮ | > |
| Nov 18, 2025  Posted Nov 19, 2025 | RNO-DFW | ✈ Flights | ▮▮▮ | ▮▮▮ | > |
| Oct 01, 2025  Posted Oct 02, 2025 | DFW-RNO | ✈ Flights | ▮▮▮ | ▮▮▮ | > |
| Sep 29, 2025 | RNO-DFW | | ▮▮▮ | ▮▮▮ | > |

| Date | Route | | | |
|---|---|---|---|---|
| **Aug 13, 2025** Posted Aug 15, 2025 | **DFW-RNO** ✈ Flights | ▬ | ▬ | › |
| **Aug 10, 2025** Posted Aug 11, 2025 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Jul 24, 2025** Posted Jul 24, 2025 | **DFW-SJC** ✈ Flights | ▬ | ▬ | › |
| **Jul 12, 2025** Posted Jul 13, 2025 | **SFO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Jul 03, 2025** Posted Jul 04, 2025 | **DFW-RNO** ✈ Flights | ▬ | ▬ | › |
| **Jul 02, 2025** Posted Jul 02, 2025 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Jun 19, 2025** Posted Jun 21, 2025 | **DFW-RNO** ✈ Flights | ▬ | ▬ | › |
| **Jun 16, 2025** Posted Jun 17, 2025 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Apr 26, 2025** Posted Apr 27, 2025 | **DFW-RNO** ✈ Flights | ▬ | ▬ | › |
| **Apr 15, 2025** Posted Apr 15, 2025 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Feb 20, 2025** Posted Feb 21, 2025 | **DFW-SFO** ✈ Flights | ▬ | ▬ | › |
| **Feb 18, 2025** Posted Feb 19, 2025 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Jan 18, 2025** Posted Jan 19, 2025 | **DFW-RNO** ✈ Flights | ▬ | ▬ | › |
| **Jan 06, 2025** Posted Jan 06, 2025 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |
| **Dec 03, 2024** Posted Dec 03, 2024 | **RNO-DFW** ✈ Flights | ▬ | ▬ | › |

(Posted Sep 29, 2025 — ✈ Flights)

Showing 22 of 22 transactions

## Help

Contact American (/i18n/customer-service/contact-american/american-customer-service.jsp?anchorEvent=false&from=footer)

Receipts and refunds (/i18n/customer-service/contact-american/receipts-and-refunds.jsp?anchorEvent=false&from=footer)

FAQs (/i18n/customer-service/faqs/faqs.jsp?anchorEvent=false&from=footer)

Agency reference (/i18n/customer-service/travel-professional-online-resources.jsp?anchorEvent=false&from=footer)

Cargo (https://www.aacargo.com/)

Bag and optional fees (/i18n/customer-service/support/optional-service-fees.jsp?anchorEvent=false&from=footer)

Tarmac delay contingency plan (/i18n/customer-service/support/contingency-plans.jsp?anchorEvent=false&from=footer?)

Customer service plan (/i18n/customer-service/support/customer-service-plan.jsp?anchorEvent=false&from=footer?)

Conditions of carriage (/i18n/customer-service/support/conditions-of-carriage.jsp?anchorEvent=false&from=footer?)

## About American

About us (/i18n/customer-service/about-us/about-us.jsp?anchorEvent=false&from=footer)

We're hiring! Join our team (https://jobs.aa.com/?utm_source=CorpSite&utm_campaign=aa.comownedchannel)

Investor relations (https://americanairlines.gcs-web.com)

Newsroom (http://news.aa.com)

Legal, privacy, copyright (/i18n/customer-service/support/legal-privacy-copyright.jsp?anchorEvent=false&from=footer)

Cookie preferences

Environmental, social and governance (https://news.aa.com/esg/)

Modern Slavery Report (/i18n/customer-service/about-us/combating-modern-slavery-human-trafficking.jsp?anchorEvent=false&from=footer)

Browser compatibility (/i18n/customer-service/support/browser-compatibility.jsp?anchorEvent=false&from=footer)

Web accessibility (/i18n/customer-service/about-us/web-accessibility.jsp?anchorEvent=false&from=footer)

## Extras

Business programs (/i18n/customer-service/programs-products/business-travel-services.jsp)

Gift cards (https://giftcards.aa.com)

Trip insurance (/i18n/plan-travel/extras/trip-insurance.jsp?anchorEvent=false&from=footer)


(utm_medium=referral&utm_source


(https://www.aa.com/aadvantage-transfer/en_US/home/buy?cint=DSP||20190919|BGT|ADV|FTI

(https://aadvantagecars.com/?clientID=399340)

Feedback

Link opens in new window. Site may not meet accessibility guidelines. AA.com

(http://facebook.com/aa) (http://youtube.com/americanairlines) (http://twitter.com/americanair)

(https://www.instagram.com/americanair/)