# Exhibit 22

# Cases Search

**Parties:** begins Headwater   **Courts:** Texas (all districts)   **Case Status:** Active

| Case |
| --- |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00518 (WDTX) |
| Headwater Research LLC v. Walmart Inc.<br>2-25-cv-00961 (EDTX) |
| Headwater Research LLC v. Uber Technologies, Inc. et al<br>2-25-cv-00962 (EDTX) |
| Headwater Research LLC v. Target Corporation d/b/a Target<br>2-25-cv-00963 (EDTX) |
| Headwater Research LLC v. Supercell Oy<br>2-25-cv-00964 (EDTX) |
| Headwater Research LLC v. Tencent Holdings Limited<br>2-25-cv-00965 (EDTX) |
| Headwater Research LLC v. Comcast Cable Communications, LLC d/b/a Xfinity et al<br>2-25-cv-00914 (EDTX) |
| Headwater Research LLC v. Charter Communications, Inc. et al<br>2-25-cv-00916 (EDTX) |
| Headwater Research LLC v. Comcast Cable Communications, LLC d/b/a Xfinity et al<br>2-25-cv-00917 (EDTX) |
| Headwater Research LLC v. Charter Communications, Inc. et al<br>2-25-cv-00919 (EDTX) |
| Headwater Research LLC v. DISH Network Corporation et al<br>2-25-cv-00920 (EDTX) |
| Headwater Research LLC v. DISH Network Corporation et al<br>2-25-cv-00921 (EDTX) |
| Headwater Research LLC v. Dish Network Corp. et al<br>2-25-cv-00907 (EDTX) |
| Headwater Research LLC v. Comcast Cable Communications, LLC, d/b/a Xfinity et al<br>2-25-cv-00908 (EDTX) |
| Headwater Research LLC v. Comcast Cable Communications, LLC d/b/a Xfinity et al<br>2-25-cv-00909 (EDTX) |
| Headwater Research LLC v. Amazon.com Services LLC et al<br>2-25-cv-00897 (EDTX) |
| Headwater Research LLC v. Charter Communications, Inc. et al<br>2-25-cv-00901 (EDTX) |

| |
|---|
| Headwater Research LLC v. Dish Network Corp. et al<br>2-25-cv-00902 (EDTX) |
| Headwater Research LLC v. Comcast Cable Communications, LLC d/b/a Xfinity et al<br>2-25-cv-00903 (EDTX) |
| Headwater Research LLC v. Charter Communications, Inc. et al<br>2-25-cv-00904 (EDTX) |
| Headwater Research LLC v. Dish Network Corp. et al<br>2-25-cv-00905 (EDTX) |
| Headwater Research LLC v. Charter Communications, Inc. et al<br>2-25-cv-00906 (EDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00367 (WDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00369 (WDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00372 (WDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00374 (WDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00376 (WDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00378 (WDTX) |
| Headwater Research LLC v. Google LLC<br>7-25-cv-00380 (WDTX) |
| Headwater Research LLC v. Amazon.com, Inc. et al<br>7-25-cv-00286 (WDTX) |
| Headwater Research LLC v. Verizon Communications Inc. et al<br>2-23-cv-00352 (EDTX) |