# Exhibit 23

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
                              MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,          (  CAUSE NO. 2:23-CV-352-JRG
                                   )
          Plaintiff,               (
                                   )
vs.                                (
                                   )
CELLCO PARTNERSHIP, D/B/A          (
VERIZON WIRELESS, et al.,          )  MARSHALL, TEXAS
                                   (  JULY 18, 2025
          Defendants.              )  8:30 A.M.
_____


                               VOLUME 3

_____

                          TRIAL ON THE MERITS


              BEFORE THE HONORABLE RODNEY GILSTRAP
               UNITED STATES CHIEF DISTRICT JUDGE
                            and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
 1                    A P P E A R A N C E S

 2      FOR THE PLAINTIFF:    RUSS AUGUST & KABAT -
                              LOS ANGELES
 3                            12424 WILSHIRE BOULEVARD
                              12TH FLOOR
 4                            LOS ANGELES, CA 90025
                              (310) 826-7474
 5                            BY: MR. MARC FENSTER
                                  MR. REZA MIRZAIE
 6                                MR. BRIAN LEDAHL

 7                            MILLER FAIR HENRY, PLLC
                              1507 BILL OWENS PARKWAY
 8                            LONGVIEW, TEXAS  75604
                              (903) 757-6400
 9                            BY:  MS. ANDREA FAIR

10      FOR THE DEFENDANTS:   GIBSON DUNN & CRUTCHER, LLP
                              NYC
11                            200 PARK AVE., 48TH FLOOR
                              NEW YORK, NEW York  10166-0193
12                            (212) 351-2490
                              BY:  MR. JOSH KREVITT
13                                 MR. BRIAN ROSENTHAL
                                   MS. KATHERINE DOMINGUEZ
14                                 MR. CHARLES SIM
                                   MR. ELIYAHU BALSAM
15
                              THE DACUS FIRM, PC
16                            821 ESE LOOP 323, SUITE 430
                              TYLER, TEXAS  75701
17                            (903) 705-1117
                              BY:  MR. DERON DACUS
18
        OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
19                            100 E. HOUSTON STREET
                              MARSHALL, TEXAS  75670
20                            (903) 923-8546

21

22

23

24

25
```

```
                1            MS. DOMINGUEZ:  Your Honor, we have some binders.
                2    May we pass them out?
                3            THE COURT:  Please distribute binders.
                4                           EDWARD DIAZ,
                5    having been first duly sworn, testified under oath as follows:
                6                       DIRECT EXAMINATION
                7    BY MS. DOMINGUEZ:
04:20           8    Q.   Good afternoon, Mr. Diaz.  Would you please introduce
                9    yourself to the jury?
               10    A.   Good afternoon.  My name is Edward Diaz.  I am a senior
               11    director of standards -- technology standards planning at
               12    Verizon.
               13    Q.   And could you tell the jury a little bit about yourself?
               14    A.   Sure.  I grew up in Los Angeles, California.  I went to
               15    college at UCLA.  While I was going through college, I worked
               16    part time to help pay for that.  And so I worked at Costco.
               17         That's where I met my wife.  She worked there also.
04:21          18    We've been together for 30 years, married for 27.  We have
               19    three kids.  My oldest is a hairdresser.  My middle child is a
               20    sergeant in the United States Marine Corps.  He's at Camp
               21    Pendleton -- or, I'm sorry, Camp LeJeune in North Carolina.
               22    And my youngest just finished his first year of college.
               23    Q.   So you mentioned you went to college.  Did you pursue any
               24    higher education or further education?
04:21          25    A.   Yeah.  Later in my career, I received a Master's of
```