# Exhibit 24

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,      (  CAUSE NO. 2:23-CV-352-JRG
                               )
         Plaintiff,            (
                               )
vs.                            (
                               )
CELLCO PARTNERSHIP, D/B/A      (
VERIZON WIRELESS, et al.,      )  MARSHALL, TEXAS
                               (  JULY 18, 2025
         Defendants.           )  8:30 A.M.
_____


                            VOLUME 3

_____

                       TRIAL ON THE MERITS


              BEFORE THE HONORABLE RODNEY GILSTRAP
               UNITED STATES CHIEF DISTRICT JUDGE
                          and a jury
_____
```

```
                    SHAWN McROBERTS, RMR, CRR
                      100 E. HOUSTON STREET
                    MARSHALL, TEXAS   75670
                         (903) 923-8546
                 shawn_mcroberts@txed.uscourts.gov
```

```
 1                    A P P E A R A N C E S

 2        FOR THE PLAINTIFF:    RUSS AUGUST & KABAT -
                                LOS ANGELES
 3                              12424 WILSHIRE BOULEVARD
                                12TH FLOOR
 4                              LOS ANGELES, CA 90025
                                (310) 826-7474
 5                              BY: MR. MARC FENSTER
                                    MR. REZA MIRZAIE
 6                                  MR. BRIAN LEDAHL

 7                              MILLER FAIR HENRY, PLLC
                                1507 BILL OWENS PARKWAY
 8                              LONGVIEW, TEXAS  75604
                                (903) 757-6400
 9                              BY:  MS. ANDREA FAIR

10        FOR THE DEFENDANTS:   GIBSON DUNN & CRUTCHER, LLP
                                NYC
11                              200 PARK AVE., 48TH FLOOR
                                NEW YORK, NEW York  10166-0193
12                              (212) 351-2490
                                BY:  MR. JOSH KREVITT
13                                   MR. BRIAN ROSENTHAL
                                     MS. KATHERINE DOMINGUEZ
14                                   MR. CHARLES SIM
                                     MR. ELIYAHU BALSAM
15
                                THE DACUS FIRM, PC
16                              821 ESE LOOP 323, SUITE 430
                                TYLER, TEXAS  75701
17                              (903) 705-1117
                                BY:  MR. DERON DACUS
18
          OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
19                              100 E. HOUSTON STREET
                                MARSHALL, TEXAS  75670
20                              (903) 923-8546

21

22

23

24

25
```

```
05:24    1              THE COURT:  Does that complete this witness by
         2   deposition?
         3              MR. DACUS:  It does, Your Honor.
         4              THE COURT:  All right.  Defendants, call your next
         5   witness.
         6              MR. KREVITT:  Thank you, Your Honor.  At this time
         7   Defendants call Mr. Sid Sibal.
         8              THE COURT:  All right.  If you'll come forward,
         9   Mr. Sibal, to be sworn.
        10       Let's distribute binders in the meantime.
        11              MR. KREVITT:  May I approach, Your Honor?
        12              THE COURT:  Let me just get the witness here, then
05:24   13   you may.
        14              (Whereupon, the oath was administered by the Clerk.)
        15              THE COURT:  Please come around, sir; have a seat on
        16   the witness stand.
        17       While he's doing that, let's distribute binders.
        18              MR. KREVITT:  Sorry, about that, Your Honor.
05:25   19              THE COURT:  All right, Mr. Krevitt.  You may proceed
        20   with direct examination.
        21              MR. KREVITT:  Thank you very much, Your Honor.
        22                              SID SIBAL,
        23   having been first duly sworn, testified under oath as follows:
        24                          DIRECT EXAMINATION
        25   BY MR. KREVITT:
```

|       |    |                                                                                   |
|-------|----|-----------------------------------------------------------------------------------|
|       | 1  | Q.   Good afternoon, Mr. Sibal.                                                   |
|       | 2  | A.   Good afternoon.                                                              |
|       | 3  | Q.   Would you please introduce yourself to the jury and give                     |
|       | 4  | the jury a sense -- a brief sense of your background?                             |
|       | 5  | A.   Hi.  I'm Sid Sibal.  I came to the United States about 35                    |
|       | 6  | years ago.  I came here to get my graduate degree in                              |
| 05:25 | 7  | electrical engineering from the University of Houston.  I met                     |
|       | 8  | my wife, who was also a graduate student there, and we've been                    |
|       | 9  | married for 25 years now.  I have a son.  He is a senior in                       |
|       | 10 | college.  We lived in Houston for about 10 years, and then we                     |
|       | 11 | moved up north to Chicago, and then to New Jersey.                                |
|       | 12 | Q.   And who do you work for?                                                     |
|       | 13 | A.   I work for Verizon Wireless.                                                 |
|       | 14 | Q.   How long have you worked for Verizon?                                        |
|       | 15 | A.   So since 2012, so about 13 years or so.                                      |
| 05:26 | 16 | Q.   And what is your role?                                                       |
|       | 17 | A.   I'm a senior director of device operations.                                  |
|       | 18 | Q.   And would you do me a favor?  Would you please explain to                    |
|       | 19 | the ladies and gentlemen of the jury what that means?  What is                    |
|       | 20 | entailed in being the senior director of device operations?                       |
|       | 21 | A.   Sure.  So basically it means I and my team work with                         |
|       | 22 | phone manufacturers, such as Google, Samsung, Apple, Motorola,                    |
| 05:26 | 23 | to make sure the phones work well with our Verizon network.                       |
|       | 24 | Q.   Why is that necessary?  Why do you need to work with the                     |
|       | 25 | phone manufacturers to make sure the phones work well with the                    |