# Exhibit 26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FLYPSI, INC.　　　　　　　　　§
　　　　　　　　　　　　　　　§　　CIVIL NO:
vs.　　　　　　　　　　　　　　§　　WA:22-CV-00031-ADA
　　　　　　　　　　　　　　　§
GOOGLE, LLC　　　　　　　　§

# **LIST OF WITNESSES**

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. Peter Rinfret | 1. Patrick Wynn |
| 2. Anthony Jawad via video deposition | 2. Craig Walker via video deposition |
| 3. Sean Wang via video deposition | 3. Anthony Jawad |
| 4. Scott Nettles | 4. Matthew Rilley |
| 5. David Rosenthal via video deposition | 5. Oded Gottesman |
| 6. Justin Lewis | 6. Christopher Martinez |
| 7. Thomas Ford via video deposition | 7. Peter Rinfret recalled for bench trial |
| 8. Tom Conte | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |