# Exhibit 29







