# Exhibit 30

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF TEXAS

 3                  MIDLAND/ODESSA DIVISION

 4

 5

 6   HEADWATER RESEARCH LLC,

 7              Plaintiff,

                                   Case Nos.

 8        vs.                      7:25-cv-00231-DC-DTG

                                   7:25-cv-00367-DC-DTG

 9   GOOGLE LLC,

10              Defendant.

     _____/

11

12

13

14

15      VIDEO-RECORDED DEPOSITION OF JENNIFER SMITH

16             Remote Zoom Proceedings

17                  Tyler, Texas

18             Tuesday, November 25, 2025

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 50                      Job No. 7758259
```

Page 1

1    Q. You said earlier your role was Office Manager or
2  Operations Director?
3    A. Uh-huh.
4    Q. Has that always been your role at Headwater?
5    A. No. I think they brought me on -- sorry, my        10:26:13
6  keyboard has my dog hair on it.
7       I think they brought me on and somewhat named me
8  Office Manager, but I did more of the paralegal aspect or
9  the legal assistant aspect as far as assisting James in
10  patent prosecution. I still did a little bit of the        10:26:33
11  overhead, but James was -- was the go-to for that.
12    Q. After Mr. Harris left in 2022 --
13    A. Uh-huh.
14    Q. -- did your job consist of doing any of the
15  prosecution work or legal assistant type work?        10:27:00
16    A. Well, yes, but I assist -- sorry. I assist
17  Farjami & Farjami in California. They're our prosecution
18  counsel. So if they need anything from me, you know,
19  that I may have that they don't have, you know, in our
20  server or whatever, then I'll send it over to them.        10:27:29
21    Q. I think you're referring to maybe a law firm.
22  Could you spell that for me? It sounded like "Johnny" or
23  something.
24    A. Yeah. No, sorry. It's F-A-R-J-A-M-I and
25  Farjami. Farjami & Farjami.        10:27:50

Page 18

1       I'm sorry, my braces, I have a hard time
2  speaking clearly. I just got them. My apologies.
3    Q. No, that's all fine.
4       Can you describe how you worked with Farjami?
5    A. You can call him Farshad. His -- his first name        10:28:13
6  is Farshad, F-A-R-S-H-A-D. We've -- we've talked a few
7  times on the phone, but he may send me an email saying,
8  hey, I'm filing a new divisional in XYZ, and can you send
9  me a spec, you know, the claims, the drawings, things of
10  that nature, the ADS, things of that nature, and I'll        10:28:38
11  send it over.
12    Q. So largely supplying files when needed by the
13  prosecuting law firm?
14    A. Yes.
15    Q. Is that fair?        10:28:56
16    A. Correct.
17    Q. Do you still do patent prosecution with Farshad
18  Farjami?
19    A. Not as much now because I believe he probably
20  has -- he's worked enough of our applications that he        10:29:18
21  probably has a fairly good database of our documents.
22  Every now and again, he'll come to me asking me
23  something, but other than that, that's it.
24    Q. In the past year --
25    A. Uh-huh.        10:29:49

Page 19

1    Q. -- what percentage of your job would you say is
2  kind of operations and office management versus the legal
3  type work?
4    A. 98 percent.
5    Q. 98 percent operations and office management?        10:30:08
6    A. Yes, yes.
7    Q. Let's pick an older year, like maybe 2020 or
8  2021. What percentage split would you say it was?
9    A. I would say probably 75 percent working with
10  James with regard to prosecution. So being his legal        10:30:37
11  assistant.
12       And then the other would be overhead, things
13  like that. But James -- with James still being in the
14  office, he was the main go-to for the overhead issues.
15    Q. And what kind of specific work were you doing        10:31:03
16  for James?
17    A. Same thing. I mean, well, I would set up, you
18  know, a new provisional as -- or a new divisional as much
19  as I could. I would set up a folder. I would pull in
20  the old ADS template, pull in the old specs, claims,        10:31:24
21  drawings, things of that nature, put them in a folder for
22  him to work up.
23       And then -- then he may send something back to
24  me. He may find a mistake that was in an old spec, and
25  he may have me, you know -- you know, renumber things.        10:31:48

Page 20

1  Because I remember a couple of them were numbered wrong
2  on the specification, and so he would have me make
3  corrections, stuff like that.
4    Q. Were you doing any of the technical analysis?
5    A. No.        10:32:10
6    Q. For the work you do today, can you explain what
7  operations means or Director of Operations means in the
8  context of your job today?
9    A. Sure.
10       Well, I make sure the office is running. I make        10:32:28
11  sure that the bills are paid. I speak to our accounting
12  firm all the time. I'm in our bank accounts all the time
13  just making sure that our money is there and we have
14  enough money to pay bills.
15       General overhead. Storing, making sure that all        10:32:55
16  the files, paper files are secure here in the office, but
17  then also working with our company that mirrors our
18  server just to make sure that is up and running, things
19  like that.
20       Paying bills, making sure the lights stay on,        10:33:20
21  which actually we're in a big building so I think that
22  that bill is put into rent, but paying rent. You know,
23  paying all the bills.
24    Q. Do you manage the finances for any other
25  Headwater entity or just for Headwater Research?        10:33:40

Page 21

6 (Pages 18 - 21)

1    A.  Just for Headwater Research.
2    Q.  And are you in the office today?
3    A.  Yes.
4    Q.  How often are you physically present in the
5    office?                              10:34:02
6    A.  I'm going to say about 80 percent of the time.
7    I've got -- you know, like I said, I have three kids.  My
8    oldest daughter, she's a teacher so she's wanting me to
9    come to a couple of her presentations or whatever.  She's
10   excited to be a teacher.  I don't know how she does it.   10:34:29
11       But then my 18-year-old that I adopted, I was
12   busy with her.  But then I've had doctor's appointments
13   and vacations.  So that's about 75, 80 percent.
14   Q.  Do you work remotely at all?
15   A.  From my home.  Sometimes I work from my home.   10:34:46
16   If -- you know, if I have, you know, a work order coming.
17   I'm in an apartment, and I've got animals.  So I'll need
18   to stay home to make sure my animals are put away, even
19   though they're not vicious.  I've got a boxer that will
20   lick you to death, but the maintenance guy is terrified   10:35:11
21   of her.
22   Q.  So there's no in-office requirement or anything
23   like that?
24   A.  No.  I mean, Greg -- Greg wants butts in chairs.
25   I mean, he's -- he's a big butts in chairs kind of   10:35:25

Page 22

1    person, but he understand that things come up, that
2    things happen where, you know, we can't be in the office.
3    We have to work from home sometimes.
4        Surgeries.  I've had surgeries, you know.
5    Q.  And I think you said you're currently full-time   10:35:57
6    for Headwater Research; is that correct?
7    A.  Correct.
8    Q.  So you don't have any other jobs?
9    A.  No.
10   Q.  Have you held any other jobs since 2018?   10:36:08
11   A.  I had a little store on Poshmark and a little
12   store on Mercari, if you're familiar with those.
13   Q.  Are those websites?
14   A.  Yeah, it's -- it's a -- it's a website, and you
15   can create your own store -- excuse me -- within --   10:36:30
16   excuse me -- within the website.  And you can sell
17   clothes, shoes, any kind of item.  I mean, I guess I
18   could sell this desk if I wanted to.
19       But normally I would, you know, go to various
20   stores and find something on clearance and put it on   10:36:53
21   Poshmark, see if I could make any money.
22       But then I -- I got tired of that because it
23   was -- it was -- I was working late into the night, and I
24   just -- I didn't like it so I gave it up.  It was just
25   for extra money.   10:37:10

Page 23

1    Q.  So you were never like making any products?
2    A.  No.
3    Q.  This wasn't like Etsy or something?
4    A.  Oh, no.  No.  You get me to make a product,
5    yeah, you're -- you're in trouble.   10:37:25
6    Q.  Have you ever been to California for work?
7    A.  No.  I've been to California, but not for work,
8    no.
9    Q.  Since 2018, how many times have you traveled to
10   California?   10:37:51
11   A.  One time.
12   Q.  And without being too personally intrusive, what
13   was that for?
14   A.  An interview with Mark Laita for Soft White
15   Underbelly.   10:38:06
16   Q.  How often is Greg Raleigh in the office with you
17   in Tyler?
18   A.  Well, I mean, it depends.  I mean --
19       (Interruption in proceedings.)
20       MR. BUSCHER:  I'm not sure what that was.   10:39:02
21       THE WITNESS:  That was Mark Laita of Soft White
22   Underbelly.
23       MR. AICHELE:  It might have been my computer.
24   I'm sorry.
25   Q.  BY MR. BUSCHER:  Okay.  Let's -- let's just   10:39:14

Page 24

1    start over again.
2        So -- so I think the question I asked is:  How
3    often is Greg Raleigh in the office with you in Tyler?
4    A.  I'm going to say -- well, I mean, it just
5    depends, really, because he's -- he's busy.  But I'm   10:39:35
6    going to say total, from 2018 to now, nine times maybe in
7    the office, but -- yeah, about nine times in the -- yeah,
8    in the office.
9    Q.  Does he have his own office in -- as a part of
10   the Headwater Research offices?   10:40:14
11   A.  Yes.  It's right next door.
12   Q.  So you're saying there's nine days where he's
13   been physically in that office, or are you saying
14   something else?
15   A.  No, physically in this office.  Now I've had to   10:40:30
16   go elsewhere to meet with him because he's been with a
17   big group of people that can't fit in this small office
18   that we have.  So I had to go meet him to talk about
19   office things.
20   Q.  And you're talking about other meetings in   10:40:58
21   Tyler?
22   A.  In Marshall.
23   Q.  How many rooms do you have in your Headwater
24   Research office in Tyler?
25   A.  As far as offices or rooms total?   10:41:33

Page 25

7 (Pages 22 - 25)

| | |
|---|---|
| 1   Q. Let's start with rooms.<br>2   A. One, two, three, six, seven. Seven without the<br>3 reception area being a room.<br>4   Q. And then how many offices?<br>5   A. Two offices.      10:41:52<br>6   Q. Do you have a conference room?<br>7   A. Yes.<br>8   Q. How big is the conference room?<br>9   A. Probably twice the size of my office, but if you<br>10 get me to do measurements, I don't know. I mean, it's a   10:42:13<br>11 pretty big conference room. You know, it's -- I mean, I<br>12 think it seats eight, maybe, ten people, maybe.<br>13   Q. When did you guys move into that space?<br>14   A. Approximately November 2021.<br>15   Q. Is it fair to say Headwater's only had --   10:42:48<br>16 Headwater Research has only had two employees, you and<br>17 Greg Raleigh, since November of 2021?<br>18   MR. AICHELE: Object to form.<br>19   THE WITNESS: Well, I mean, James Harris was our<br>20 employee in 2021, but he was working out of -- he lives   10:43:13<br>21 in Virginia so he was working in Virginia.<br>22   Brian Richardson was our CEO for a very short<br>23 amount of time, and for some reason -- I believe that was<br>24 before 2021 -- Brian was never in this office. We were<br>25 at our Pruitt Place office, and James flew in to let him   10:43:44<br>Page 26 | 1 employees since 2018?<br>2   A. No. We had a contract lady by the name<br>3 Anne-Sophie Stephan, and she just stayed on to help me<br>4 for the first month or two, kind of get my feet wet, and<br>5 that was it. And then she just -- she was gone. But she   10:46:03<br>6 was contract.<br>7   Q. When Brian Richardson worked for Headwater<br>8 Research, was he always located in Tyler, Texas?<br>9   MR. AICHELE: Object to form.<br>10   THE WITNESS: I'm sorry. What was that?   10:46:24<br>11   MR. AICHELE: I just objected to form, but you<br>12 should answer.<br>13   THE WITNESS: Oh. I'm sorry, Matthew.<br>14   For the most part, but he -- I believe he lived<br>15 in Virginia, also. So it was a back and forth kind of   10:46:39<br>16 thing. Two or three weeks here, two weeks at home<br>17 because that's where his family was. He has a large<br>18 family, as does James Harris.<br>19   Q. BY MR. BUSCHER: And up until when James Harris<br>20 left in 2022, how often was he in Tyler?   10:47:07<br>21   A. Well, up until the whole COVID issue, James was<br>22 here two or three weeks at a time and then would go back<br>23 to Virginia and work from his home in Virginia. Because<br>24 he has a wife and, I believe, five kids. And then he<br>25 would stay there for like a week and a half, two weeks,   10:47:40<br>Page 28 |
| 1 go.<br>2   Q. BY MR. BUSCHER: So the Pruitt Place office is<br>3 also Tyler, Texas; right?<br>4   A. Yes, uh-huh.<br>5   Q. So just using 2021 as a benchmark, were there   10:44:00<br>6 four Headwater Research employees in 2021?<br>7   A. No. I think there were just three. I think<br>8 Brian was fired before 2021. I can't be exact, but I<br>9 think it was just James, Greg, and myself.<br>10   Q. What's the most number of employees Headwater's   10:44:36<br>11 ever had?<br>12   MR. AICHELE: Object to form.<br>13   THE WITNESS: No clue. I don't know. So I<br>14 sorry. Because it was here before -- before me. So I<br>15 don't know.   10:44:54<br>16   Q. BY MR. BUSCHER: Since 2018 when you joined,<br>17 what's the most number of employees Headwater Research<br>18 has had?<br>19   MR. AICHELE: Objection to form.<br>20   THE WITNESS: Four.   10:45:03<br>21   Q. BY MR. BUSCHER: And those employees were you,<br>22 Mr. Raleigh, James Harris, and I'm sorry, who was the<br>23 fourth person?<br>24   A. Brian Richardson.<br>25   Q. Are you aware of any other Headwater Research   10:45:33<br>Page 27 | 1 and then he would come back for another two to<br>2 three weeks. Because he had -- he had an apartment here<br>3 right down the street from our old office.<br>4   So, yeah, that's what James did.<br>5   Q. And then did he go fully remote during COVID?   10:47:56<br>6   A. Fully remote during COVID, yes.<br>7   Q. And could you put a date on that? Would it be<br>8 like early 2020?<br>9   A. Well, I think the -- you know, when everybody<br>10 started acting just crazy about the whole COVID thing was   10:48:18<br>11 maybe around March 2020, if I'm right about that. And so<br>12 maybe around that time.<br>13   And I could be off a little bit on Brian<br>14 Richardson. He may have been 2019. I just -- now that I<br>15 think about it, I'm trying to remember with -- with   10:48:43<br>16 everyone -- you know, with COVID and everything being on<br>17 shut down, now I don't recall when James came in to fire<br>18 Brian. I don't know if it was 2020 or 2019. I'm just<br>19 not sure.<br>20   Q. Okay. When Dr. Raleigh comes into the office in   10:49:07<br>21 Tyler --<br>22   A. Uh-huh.<br>23   Q. -- what does he do in the office?<br>24   MR. AICHELE: Object to form.<br>25   THE WITNESS: Well, he spends a lot of time with   10:49:23<br>Page 29 |

8 (Pages 26 - 29)

1 me going over finances, going over overhead, us talking
2 about the day-to-day workings of the office. I may run
3 some finances by him. We come to agreement on various
4 finances, bills to pay, things like that.
5       But then when he's finished with that, then he    10:49:51
6 goes into his office, shuts the door, and I'm not sure.
7 I would assume with him shutting the door, he's talking
8 business, you know. But he -- Greg's very much business
9 oriented, and so I would assume when he goes in there,
10 he's talking business.                    10:50:18
11       But when he's here talking to me, we just make
12 sure -- he helps me make sure that the place keeps
13 running. Even though I'm in charge of it, we still go
14 over finances and, you know, everything that has to do
15 with keeping the business afloat.          10:50:37
16   Q. BY MR. BUSCHER: Were you issued a company
17 laptop by Headwater Research?
18   A. Yes.
19   Q. Can you access your work email from that laptop?
20   A. Yes.                                  10:50:53
21   Q. Can you access work email on your phone?
22   A. Yes.
23   Q. What email software do you use for your laptop?
24   A. Oh, Gmail.
25   Q. And what email application do you use on your    10:51:12

Page 30

1 phone for your work email?
2   A. Gmail.
3   Q. Does Headwater Research have any IT staff or
4 contractors?
5   A. We have Tyler Vault. They are the ones that --    10:51:33
6 and actually, they're in the same building in the
7 basement, and they make sure our server stays up and
8 running. They mirror our server.
9       If I have any issues, thankfully all I have to
10 do is just -- I can either go downstairs, if someone --    10:51:58
11 you know, if they're busy and someone doesn't pick up the
12 phone, I go downstairs and knock and -- and tell them
13 what's going on, and they come right on up.
14   Q. When you say "server," do you mean email server
15 or document server or something else?      10:52:17
16   A. Document server. Just the whole server.
17 Everything that -- that holds all of our electronic data.
18   Q. And when you say "mirroring," what does that
19 mean?
20   A. They -- it's a -- they just mirror our server to    10:52:39
21 make sure that there's still -- it's updated like every
22 second or whatever. So from what I understand, if
23 something happens with one server, they have it mirrored
24 so nothing's being lost.
25   Q. So do you mean in terms of like backups or do    10:53:06

Page 31

1 you mean like in terms of access?
2   A. Like a backup? What do you mean by "access"?
3 I'm sorry.
4   Q. I'm just trying to understand a little bit more
5 what "mirroring" means.                    10:53:19
6   A. Well, it's just the exact same thing as what we
7 have on our server. They have another one. Well, I
8 can't speak for everyone in the building, but they just
9 have a -- another copy of our server, let's say in
10 case -- I don't know. I don't know.        10:53:47
11       Let's say someone went in there and torched that
12 or something, you know, and they've got another one, you
13 know, that I can access, that has up-to-date information.
14 I don't have to worry about losing information.
15   Q. And you access the server from your laptop?    10:54:11
16   A. Yes.
17   Q. Can you access the server from your phone?
18   A. Yes -- no.
19   Q. What's the software application you use on your
20 laptop to access the server?              10:54:28
21   A. Well, Tunnel Brick is, I believe, our firewall,
22 but I mean as far as software, I don't -- I'm sorry. I
23 don't understand what you're talking about as far as
24 software to -- to access. I mean I just --
25   Q. BY MR. BUSCHER: If you're accessing -- if you    10:54:53

Page 32

1 want to access the files in your server --
2   A. Uh-huh.
3   Q. -- is it just like a folder on your laptop that
4 you can go to?
5   A. Yes. It's a -- it's a folder within, yes, our    10:55:06
6 server, yeah. It's a string of folders, you know, like a
7 tree of folders.
8   Q. Do you run Windows on your laptop?
9   A. Yes. Yes.
10   Q. Is it like a Windows folder?            10:55:24
11   A. I don't know. I mean, I've never -- I've
12 never -- I've never thought of it that way. I just open
13 up my computer, go up to go, click down to my server. It
14 opens my server, and I go.
15   Q. So imagine I'm sitting at your laptop and you're    10:55:59
16 standing over my shoulder, and you're giving me the
17 directions. I need to open up a file that's saved on the
18 server. Could you give me those directions?
19   A. Yeah, I mean, I could -- like I could -- I
20 could, but it's just like I do it every day so I don't    10:56:16
21 even think about it. Just click -- I believe I click
22 "file," pull up top, go, then I have a drop down, and I
23 click the server. And within a few seconds, my server's
24 ready to go. I'm ready to access the server, access the
25 documents that are on my server.            10:56:42

Page 33

9 (Pages 30 - 33)

**Page 46**

1    I declare under the penalty of perjury under the
2  laws of the State of California that the foregoing is
3  true and correct.
4    Executed on _____, 2025, at
5  _____, _____.
6
7
8
9
10
11    _____
12    SIGNATURE OF THE WITNESS
13
14
15
16
17
18
        JOB NO. 7758259
19
20
21
22
23
24
25

Page 46

**Page 48**

1    MATTHEW D. AICHELE
2    maichele@raklaw.com
3        December 3, 2025
4  RE: Headwater Research LLC v. Google LLC
5  11/25/2025, Jennifer Smith, (#7758259).
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10    to schedule a time to review the original transcript at
11    a Veritext office.
12  _XX_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13    Transcript - The witness should review the transcript and
14    make any necessary corrections on the errata pages included
15    below, notating the page and line number of the corrections.
16    The witness should then sign and date the errata and penalty
17    of perjury pages and return the completed pages to all
18    appearing counsel within the period of time determined at
19    the deposition or provided by the Code of Civil Procedure.
20    Contact Veritext when the sealed original is required.
21  __ Waiving the CA Code of Civil Procedure per Stipulation of
22    Counsel - Original transcript to be released for signature
23    as determined at the deposition.
24  __ Signature Waived – Reading & Signature was waived at the
25    time of the deposition.

Page 48

**Page 47**

1  STATE OF CALIFORNIA    ) ss:
2  COUNTY OF MARIN      )
3
4    I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3452, do
5  hereby certify:
6    That the foregoing deposition testimony was
7  taken before me at the time and place therein set forth
8  and at which time the witness was administered the oath;
9    That testimony of the witness and all objections
10  made by counsel at the time of the examination were
11  recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16    I further certify that I am neither counsel for
17  any party to said action, nor am I related to any party
18  to said action, nor am I in any way interested in the
19  outcome thereof.
20    IN WITNESS WHEREOF, I have subscribed my name
21  this 2nd day of December, 2025.
22
23
24    LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
25

Page 47

**Page 49**

1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2    Transcript - The witness should review the transcript and
3    make any necessary corrections on the errata pages included
4    below, notating the page and line number of the corrections.
5    The witness should then sign and date the errata and penalty
6    of perjury pages and return the completed pages to all
7    appearing counsel within the period of time determined at
8    the deposition or provided by the Federal Rules.
9  __ Federal R&S Not Requested - Reading & Signature was not
10    requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 49

13 (Pages 46 - 49)