# Exhibit 32

https://www.travelmath.com/distance/from/Overland+Park,+KS/to/Midland,+TX                    March 11, 2026 at 6:39 PM CDT



| DRIVING | DISTANCE | FLYING | TIME | COST | PLACES |

The distance from Overland Park, Kansas to Midland, Texas is:

**773 miles / 1 244 km** driving

**637 miles / 1 025 km** flying

City: Midland, TX
Check-in: 03/12/2026
Check-out: 03/18/2026
Get: hotel  [SEARCH]

Get: distance
From: Overland Park, KS
To: Midland, TX
[CALCULATE]

### Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

✔ **Fly or drive** from Overland Park to Midland

## Map of distance from Overland Park, KS to Midland, TX



## More trip calculations

✔ **Driving Time**

✔ **Cost Of Driving**

✔ **Reverse Distance**

✔ **Halfway**

✔ **Cities Along The Route**

✔ **Stopping Points**

✔ **Hotels** near Midland, TX

✔ **Flight Time**

✔ **airports** near Midland, TX

✔ **airlines** flying to Midland, TX

✔ **Nonstop Flights**

✔ **Time Difference**

## Distance from Overland Park, KS to Midland, TX

The total driving distance from Overland Park, KS to Midland, TX is **773 miles** or **1 244 kilometers**.

The total straight line flight distance from Overland Park, KS to Midland, TX is **637 miles**.

This is equivalent to **1 025 kilometers** or **553 nautical miles**.

Your trip begins in Overland Park, Kansas. It ends in Midland, Texas.

Your flight direction from Overland Park, KS to Midland, TX is **Southwest** (-137 degrees from North).

The distance calculator helps you figure out how far it is to get from Overland Park, KS to Midland, TX. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

### Overland Park, Kansas

**City:** Overland Park
**State:** Kansas
**Country:** United States
**Category:** cities

### related links

- airlines serving Overland Park, KS
- hotels near Overland Park, KS
- airports near Overland Park, KS
- cities near Overland Park, KS

### Midland, Texas

**City:** Midland
**State:** Texas
**Country:** United States
**Category:** cities

### related links

- airlines serving Midland, TX
- hotels near Midland, TX
- airports near Midland, TX
- cities near Midland, TX

---

Flight Time · Closest Airport · Driving Time · Driving Distance · Cities · Halfway · Time

Blog · Forum · About · Press · Terms · Privacy · Contact

Terms of Content Use