# Exhibit 33



**DRIVING**    **DISTANCE**    **FLYING**    **TIME**    **COST**    **PLACES**

The distance from Overland Park, Kansas to San Francisco, California is:

**1,815 miles / 2 921 km driving**

**1,503 miles / 2 419 km flying**

City: San Francisco, CA
Check-in: 03/12/2026
Check-out: 03/18/2026
Get: hotel
SEARCH

Get: distance
From: Overland Park, KS
To: San Francisco, CA
CALCULATE

### Distance calculator

Travelmath helps you find distances based on actual road trip directions, or the straight line flight distance. You can get the distance between cities, airports, states, countries, or zip codes to figure out the best route to travel to your destination. Compare the results to the straight line distance to determine whether it's better to drive or fly. The database uses the latitude and longitude of each location to calculate distance using the great circle distance formula. The calculation is done using the Vincenty algorithm and the WGS84 ellipsoid model of the Earth, which is the same one used by most GPS receivers. This gives you the flying distance "as the crow flies." Find your flight distances quickly to estimate the number of frequent flyer miles you'll accumulate. Or ask how far is it between cities to solve your homework problems. You can lookup U.S. cities, or expand your search to get the world distance for international trips. You can also print out pages with a travel map.

✔ **Fly or drive** from Overland Park to San Francisco

✔ **How far** is San Francisco from Overland Park?

Plan your trip at **trippy**

Map of distance from Overland Park, KS to San Francisco, CA



More trip calculations

✔ **Driving Time**

✔ **Cost Of Driving**

✔ **Reverse Distance**

✔ **Halfway**

✔ **Cities Along The Route**

✔ **Stopping Points**

✔ **Hotels** near San Francisco, CA

✔ **Flight Time**

✔ **airports** near San Francisco, CA

- ✔ **airlines** flying to San Francisco, CA
- ✔ **Nonstop Flights**
- ✔ **Time Difference**

### Distance from Overland Park, KS to San Francisco, CA

The total driving distance from Overland Park, KS to San Francisco, CA is **1,815 miles** or **2 921 kilometers**.

The total straight line flight distance from Overland Park, KS to San Francisco, CA is **1,503 miles**.

This is equivalent to **2 419 kilometers** or **1,306 nautical miles**.

Your trip begins in Overland Park, Kansas. It ends in San Francisco, California.

Your flight direction from Overland Park, KS to San Francisco, CA is **West** (-84 degrees from North).

The distance calculator helps you figure out how far it is to get from Overland Park, KS to San Francisco, CA. It does this by computing the straight line flying distance ("as the crow flies") and the driving distance if the route is drivable. It uses all this data to compute the total travel mileage.

### Overland Park, Kansas

**City:** Overland Park
**State:** Kansas
**Country:** United States
**Category:** cities

**related links**
- ✔ **airlines** serving Overland Park, KS
- ✔ **hotels** near Overland Park, KS
- ✔ **airports** near Overland Park, KS
- ✔ **cities** near Overland Park, KS

### San Francisco, California

**City:** San Francisco
**State:** California
**Country:** United States
**Category:** cities

**related links**
- ✔ **airlines** serving San Francisco, CA
- ✔ **hotels** near San Francisco, CA
- ✔ **airports** near San Francisco, CA
- ✔ **cities** near San Francisco, CA