# Exhibit 37

Case 7:25-cv-00376-DC-DTG    Document 49-37    Filed 03/13/26    Page 2 of 2

