# Exhibit 38

https://www.wi-fi.org/who-we-are    March 11, 2026 at 6:52 PM CDT



Home > Who We Are

# Who We Are

Wi-Fi Alliance drives global Wi-Fi adoption and evolution.

Wi-Fi Alliance® is the worldwide network of companies that brings you Wi-Fi®. Our vision is to connect everyone and everything, everywhere.

Behind Wi-Fi's worldwide ubiquity and accessibility is Wi-Fi Alliance – the trusted leader for the Wi-Fi industry for 25 years. Among associations, we are widely regarded as the gold standard for identifying market needs and aligning our work to deliver on those opportunities. Wi-Fi Alliance eliminates barriers around technology adoption that would otherwise limit the potential of Wi-Fi, setting a benchmark for Wi-Fi excellence that users, industries, and governments trust.

Our organization has proven its ability to accelerate adoption and time to market for Wi-Fi technologies. Wi-Fi Alliance offers a collaborative environment where our members actively identify emerging requirements and work together to bring technologies and solutions rapidly to market. Wi-Fi Alliance is the forum where industry problems are solved, and where challenges are anticipated and solutions are identified before issues ever reach Wi-Fi devices. Wi-Fi Alliance removes obstacles to success, allowing our members leverage our proven processes and focus their attention on technology innovation. In all we do, we are deeply invested in the long-term success of Wi-Fi and our members.

Wi-Fi Alliance work includes development of Wi-Fi technologies, requirements, and programs that promote a robust global Wi-Fi ecosystem. We are strong advocates in preserving unlicensed spectrum for Wi-Fi and are active in industry thought leadership and global marketing.





## Wi-Fi Alliance: The gold standard

The brightest minds working in a collaborative environment. Learn how Wi-Fi Alliance drives the Wi-Fi industry to connect users today and shape the future of Wi-Fi.

Watch our video ▸

## Our vision and mission

Wi-Fi Alliance's vision is connecting everyone and everything, everywhere.

Our mission:

- Fostering highly effective global collaboration among member companies
- Delivering excellent connectivity experiences through interoperability
- Embracing technology and driving innovation
- Promoting the adoption of our technologies worldwide
- Advocating for fair worldwide spectrum rules
- Leading, developing, and embracing industry-agreed standards

Learn more about our history ›



## Wi-Fi Alliance: driving 25 years of Wi-Fi

 



Wi-Fi Alliance reached 80,000 certified products, which brought a momentous number of high-quality Wi-Fi CERTIFIED devices to users worldwide. The global economic value of Wi-Fi also exceeded $3.5 trillion USD this year.

1999  2000  2007  2009  2012  2013  2019  2020  2022  2023  2024



Solutions +
Certification +
News & Events +
About Us +

Membership +
Advocacy & Regulatory +
Resources +

  

Privacy Policy  |  Terms of Use  |  Vulnerability Reporting

Contact Us

We use cookies on this site to enhance your user experience. By clicking any link on this page you are giving your consent for us to set cookies. MORE INFO

Accept     No, thanks