# Exhibit 42



## Aaron Abendroth ✓ He/Him · 3rd

 CARTO

Technical Support Engineer

Austin, Texas, United States · Contact info

**219** connections

**Message**    **+ Follow**    **More**

## Activity

220 followers

Aaron Abendroth commented on a post • 7mo

Congratulations! Hope you have a great time there!

Show all comments →

## Experience



**Technical Support Engineer**
CARTO · Full-time
Oct 2023 - Present · 2 yrs 4 mos
Austin, Texas, United States · Remote



**Geospacial Developer Technical Support Engineer I/II**
TELUS International @ Google · Full-time
Sep 2019 - Mar 2023 · 3 yrs 7 mos
Austin, Texas, United States · Remote

• Assisted clients with implementation of Google Maps API into their applications using various programming languages.
• Provided high-level front/back end API coding support in a variety of programming languages.
• Monitored client API usage in order to make suggestions for more efficient and effective uses.
• Created and maintained internal and external documentation with version control.
• Wrote sample code in order to demonstrate API functionality to clients.
• Answered queries from clients via phone, email, and chat support.
• Created, updated, and maintained issues with an internal issue tracker.
• Assisted with hiring and onboarding via direct and panel interviews, training and mentoring

✧ JavaScript, Information Technology and +27 skills

1



**Technical Support Representative I/II**
TELUS International · Full-time
Jul 2018 - Sep 2019 · 1 yr 3 mos
Austin, Texas, United States · On-site

• Answered inquiries about Project Fi via phone, email and chat support.
• Delivered effective solutions for customer issues via strategic probing questions.
• Utilized the company's internal case management system to provide detailed notations to customer's accounts.

◈ Cellular Communications, Product Knowledge and +12 skills

## Skills

### Information Technology

 Geospacial Developer Technical Support Engineer I/II at TELUS International @ Google

### Query Writing

 Geospacial Developer Technical Support Engineer I/II at TELUS International @ Google

Show all 32 skills →

## Interests

**Top Voices**    Companies    Newsletters

 **Matt Forrest** 🔗 · 3rd
🌐 I help GIS professionals break out of the technician trap, and build modern, high-impact geospatial careers · Scaling geospatial at Wherobots
74,776 followers

+ Follow

2



## Amanda Weaver She/They · 3rd

Customer Service Representative

Georgetown, Texas, United States · Contact info

23 connections

 Twin Liquors

 St. James High School

[ **Connect** ]  [ Message ]  [ More ]

**Open to work**
Administration Assistant, Analyst, Data Entry Specialist, Data Analyst and Customer Service Representative roles
Show details

## Activity

23 followers

**Amanda hasn't posted yet**
Recent posts Amanda shares will be displayed here.

Show all activity →

## Experience

 **Sales Associate**
Twin Liquors · Full-time
Nov 2022 - Present · 3 yrs 3 mos
United States

Maintain TABC certification
Operate cash register on a regular basis
Use best judgement to ensure the safe alcohol consumption of patrons (check for signs of intoxication, multiple trips in one day, etc)
Receive and stock incoming inventory trucks
Organize and maintain stock rooms
Sales - encourage patrons to focus on featured brands sent monthly from corporate. Featured brands earned commission per bottle sold.
Design - create and distribute cocktail recipe cards to be paired with FB bottles to encourage sales and increase commissions store-wide.
Key - open and close store regularly. Make daily bank runs, set security alarm, maintain store cleanliness

▽ Sales, Customer Satisfaction and +9 skills





### Customer Service Representative

Hippo Insurance · Full-time

Jun 2021 - Jun 2022 · 1 yr 1 mo

United States · On-site

Take inbound calls, chats, and emails regarding policy questions
Verify all incoming communication and transfer to appropriate department as needed
Make outbound calls via special project assignment to ensure accuracy of customer data and that new customers remain informed of all available coverage
Designed and distributed various graphic design features: Job aids, informative newsletters, internal-use only aids, etc

▽ Data Entry, Administration and +7 skills



### Customer Service Representative

Natera · Full-time

Sep 2020 - Mar 2021 · 7 mos

Austin, Texas, United States

Assist patients, medical professionals, and clinical field specialists with questions and information regarding genetic information testing, specifically in the Women's Health Department

▽ Data Entry, Phone Etiquette and +5 skills



### Tax Specialist

Internal Revenue Service · Full-time

May 2019 - May 2020 · 1 yr 1 mo

United States · On-site

Tax Examiner in ITIN department
Review and enter sensitive taxpayer information - 50-100 individual taxpayer reports daily
Verify legitimacy of identification documents
Department furloughed August 16, 2019
Resumed duty January 2020
Released from duty following COVID-19 - May 2020

▽ Data Entry and Attention to Detail



### Customer Service Representative/Technical Support

Google via Telus International

Apr 2017 - May 2019 · 2 yrs 2 mos

Austin, Texas Metropolitan Area

Provide technical and customer support via chat, email, and phone in regards to Google Fi mobile phone service questions
Cross-platform support experience, with consistently high-performing CSAT scores

◈ Data Entry, Data Analysis and +7 skills

## Education

 **St. James High School**
High School Diploma
Jun 2011

## Skills

**Customer Experience**

 4 experiences across Twin Liquors and 3 other companies

---

**Phone Etiquette**

 3 experiences across Hippo Insurance and 2 other companies

Show all 20 skills →

## Interests

**Top Voices**    Companies    Schools

 **Ryan Reynolds**  · 3rd
Part-Time Actor, Business Owner
3,679,653 followers

+ Follow

 **Kate Johnson**  · 2nd
CEO, Lumen Technologies
109,325 followers

+ Follow



## Billy S. ✅
Network Engineer

Houston, Texas, United States · **Contact info**

85 connections

**Message**   **+ Connect**   **More**

 AccessParks

---

## Activity
84 followers

**Posts**   Comments

---

 **Billy S.** ✅ · 3rd+
Network Engineer
3mo · 🌐

PSA: Ruckus ChannelFly is awesome!

It assesses and then dynamically assigns wireless channels across APs, which is hugely helpful in high-density environments.

It's not perfect, and I do find that occasionally, I'll still have to assign wireless channels for a few APs manually - But it decreases the workload in a meaningful way and saves a lot of time.

Think of it like this...

Manually assessing performance and then assigning 100 APs their optimal wireless channels... ...more

---

 **Billy S.** ✅ · 3rd+
Network Engineer
3mo · Edited · 🌐

If there's anything I've learned being a Wireless Network Engineer, working in many different environments over the last two years...

It's this...

The $20 label-maker from Amazon, is just as valuable as the $9000 Nexus Switch.

When you've got a Technician onsite charging by the hour to fix an issue, unlabeled hardware can cost countless hours of time - which then dramatically increases the cost of getting the issue fixed.

Which is also why doing detailed research ...more

👍 5 · 1 comment

Show all posts →

## Experience

 **Wireless Network Engineer**
AccessParks · Full-time
May 2024 - Present · 1 yr 9 mos

 **Network Engineer**
smartIT LLC · Full-time
Oct 2021 - Apr 2024 · 2 yrs 7 mos
Remote

**TELUS International**
Full-time · 6 yrs 9 mos

● **Google Network Support Specialist**
Jul 2017 - Oct 2021 · 4 yrs 4 mos
Austin, Texas, United States · On-site

● **Google Fi Tier 2 Technical Support Specialist**
Feb 2015 - Jul 2017 · 2 yrs 6 mos
Austin, Texas Metropolitan Area

## Education

 **Havering College of Higher Education**
Associate's degree, Engineering
2010 - 2012

## Licenses & certifications

 **CompTIA Network+**
CompTIA
Issued Oct 2021 · Expired Oct 2024

 **Cisco Certified Network Associate Routing and Switching (CCNA)**
Cisco Networking Academy
Issued Jul 2021 · Expired Jul 2024

Show all 3 licenses & certifications →



## Skills

**Customer Service**

👥  1 endorsement

**Microsoft Office**

Show all 50 skills →

## Interests

**Companies**

Wipro
11,465,614 followers

+ Follow

Robert Half
4,627,323 followers

+ Follow

Show all companies →



## Brandon Dufrene

Security, Trust and Safety, Moderation

Austin, Texas, United States · Contact info

13 connections

Connect    Message    More

 Allied Universal

 Nicholls State University

---

## Activity

13 followers

**Brandon hasn't posted yet**
Recent posts Brandon shares will be displayed here.

Show all activity →

---

## Experience


**Physical Security Specialist - Meta**
Allied Universal · Full-time
Nov 2023 - Present · 2 yrs 3 mos
Austin, Texas Metropolitan Area · On-site

Stationed in a Meta facility office. Manage access control to facilities via badge scanners, software, and camera surveillance. Assist with guest check-in, patrol premise, investigating security concerns and making reports. Verifying user account information, communicate with facilities, vendors, and other security teams to maintain a safe and friendly environment for employees.


**Security Officer**
Allied Security
Nov 2023 - Present · 2 yrs 3 mos

Manage access control to facilities via badge scanners, software, and camera surveillance. Assist with guest check-in, patrol premise, investigating security concerns and making reports. Verifying user account information, communicate with facilities, vendors, and other security teams to maintain a safe and friendly environment for employees.


**Accenture**
Full-time · 5 yrs 4 mos

9

### Provider Enrollment Specialist
Sep 2022 - Jul 2023 · 11 mos
Remote

Receive applications from healthcare providers seeking to enroll with Medicaid; detailed review of multiple forms for accuracy and being up to date, verifying information through various online channels, calling providers and departments to work out discrepancies needing correction

### Content Moderator
Apr 2018 - Sep 2022 · 4 yrs 6 mos
Austin, Texas, United States

Review user generated content, ads, and investigate business accounts under the Facebook/Meta platform; classifying and enforcing according to policy. Provide quality assurance and improve machine classifiers to ensure safety of the platform for all audience and cross-functional teams.



### Customer Service Agent
TELUS International
Dec 2017 - Mar 2018 · 4 mos
Austin, Texas Metropolitan Area

Phone contact center for Google's Project Fi. Communicate and manage policies, warranties, and technical troubleshooting phone and connection issues



### Blizzard Entertainment
4 yrs 11 mos

### Customer Service Representative
Jan 2013 - Nov 2017 · 4 yrs 11 mos

Support community of gamers through webchat, e-mail, and phone support. Promote and engage with new content, assist with purchasing and refunds, troubleshoot hardware and software issues, investigate and recover compromised accounts

### Customer Support Representative
Jan 2013 - Nov 2017 · 4 yrs 11 mos

Support community of gamers through webchat, e-mail, and phone support. Promote and engage with new content, assist with purchasing and refunds, troubleshoot hardware and software issues, investigate and recover compromised accounts.

Show all 8 experiences →

## Education



### Nicholls State University
Bachelor's degree, Psychology
2007 - 2011



### Nicholls State University
Bachelor of Arts, PSYCHOLOGY

## Skills

Building Inspections

Computer Hardware Troubleshooting

Show all 17 skills →

## Interests

**Companies**   Schools



**Accenture**
14,329,435 followers

+ Follow

**Blizzard Entertainment**
1,126,491 followers

+ Follow

Show all companies →

← **Experience**



**Physical Security Specialist - Meta**
Allied Universal · Full-time
Nov 2023 - Present · 2 yrs 3 mos
Austin, Texas Metropolitan Area · On-site

Stationed in a Meta facility office. Manage access control to facilities via badge scanners, software, and camera surveillance. Assist with guest check-in, patrol premise, investigating security concerns and making reports. Verifying user account information, communicate with facilities, vendors, and other security teams to maintain a safe and friendly environment for employees.



**Security Officer**
Allied Security
Nov 2023 - Present · 2 yrs 3 mos

Manage access control to facilities via badge scanners, software, and camera surveillance. Assist with guest check-in, patrol premise, investigating security concerns and making reports. Verifying user account information, communicate with facilities, vendors, and other security teams to maintain a safe and friendly environment for employees.



**Accenture**
Full-time · 5 yrs 4 mos

**Provider Enrollment Specialist**
Sep 2022 - Jul 2023 · 11 mos
Remote

Receive applications from healthcare providers seeking to enroll with Medicaid; detailed review of multiple forms for accuracy and being up to date, verifying information through various online channels, calling providers and departments to work out discrepancies needing correction

**Content Moderator**
Apr 2018 - Sep 2022 · 4 yrs 6 mos
Austin, Texas, United States

Review user generated content, ads, and investigate business accounts under the Facebook/Meta platform; classifying and enforcing according to policy. Provide quality assurance and improve machine classifiers to ensure safety of the platform for all audience and cross-functional teams.



**Customer Service Agent**
TELUS International
Dec 2017 - Mar 2018 · 4 mos
Austin, Texas Metropolitan Area

Phone contact center for Google's Project Fi. Communicate and manage policies, warranties, and technical troubleshooting phone and connection issues



**Blizzard Entertainment**
4 yrs 11 mos

### Customer Service Representative

Jan 2013 - Nov 2017 · 4 yrs 11 mos

Support community of gamers through webchat, e-mail, and phone support. Promote and engage with new content, assist with purchasing and refunds, troubleshoot hardware and software issues, investigate and recover compromised accounts

### Customer Support Representative

Jan 2013 - Nov 2017 · 4 yrs 11 mos

Support community of gamers through webchat, e-mail, and phone support. Promote and engage with new content, assist with purchasing and refunds, troubleshoot hardware and software issues, investigate and recover compromised accounts.



### Security Guard

IPC International

Jul 2011 - Oct 2012 · 1 yr 4 mos

Southland Mall, Houma Louisiana

Patrol mall premise via foot, vehicle, and segway transportation. Monitor surveillance equipment, inspect buildings and equipment. Deter theft and hazards. Detailed note-taking and communication with team and authorities



## Bryan Copus · 3rd

Private Contractor at UrbanStems

Austin, Texas, United States · Contact info

**19** connections

 **UrbanStems**

 **University of Alaska Anchorage**

Connect    Message    More

---

## Activity

19 followers

**Bryan hasn't posted yet**
Recent posts Bryan shares will be displayed here.

Show all activity →

---

## Experience

 **Private Contractor**
UrbanStems
Mar 2017 - Present · 8 yrs 11 mos
Austin, Texas Metropolitan Area

Provide courier needs for clients on demand.

 **IT Help Desk Administrator**
Texas Windstorm Insurance Association
Apr 2016 - Present · 9 yrs 10 mos
Austin, Texas Metropolitan Area

compTIA A+ Certification training OJT . Imaging Computers, Updating User account profiles, passwords, ADP management for internal users, Screen Connect with Insurance agents in order to fix their computers via the internet. Building and taking apart Desktop Computers and Laptops. Networking, Network Print servers, running commands to fix simple internet issues. Outlook troubleshooting. Changing BIOS configurations to suit each individuals needs or access or permissions. Assist with Migrating old data bases to the new data base on Office 365 and the Cloud. Some experience with Switches and how to fix authentication issues with internet access or phone capabilities. Avaya phone system training and implementation of a new company wide phone system. Troubleshooting internal users onsite, or remotely for computer problems. Manual Labor with setting up computer equipment, removing them, current employee desk swaps, getting cubicles ready for new hires.



**Technical Support**
TELUS International
Apr 2016 - Present · 9 yrs 10 mos
Austin, Texas

Project Fi Cell Service



**Customer Service Representative**
Apple
May 2015 - Dec 2015 · 8 mos
Austin, Texas

Online Set-up iOS Devices



**Ramper/Dispatcher**
Airline Supprt Services
Sep 2007 - Jan 2014 · 6 yrs 5 mos

## Education



**University of Alaska Anchorage**
Associate of Applied Science, Air Traffic Controller
2010 - 2012

Grade: 3.8

Activities and societies: Flight Simulator, Private Pilot Ground School and License. TRACON, TOWER, ENROUTE Weather 108, Weather 209



**Texas A&M University**
2008 - 2009

## Skills

**Technical Support**

**Customer Satisfaction**

Show all 50 skills →

15

## Interests

**Top Voices**   Companies   Schools

 **Liz Ryan** 🔗 · 2nd
Coach and creator. CEO and Founder, Human Workplace. Author, Reinvention Roadmap; Red-Blooded HR; and Righteous Recruiting. LinkedIn Top Voice.
2,967,448 followers

+ Follow



## Catrina Pernell · 3rd

Customer Service Representative for Google Project Fi at TELUS International

Austin, Texas, United States · Contact info

58 connections

**Message**    **+ Follow**    **More**

 Google

 University of Phoenix

---

## Activity

60 followers

**Catrina hasn't posted yet**

Recent posts Catrina shares will be displayed here.

Show all activity →

---

## Experience



**Customer Service Representative**
Google
Jul 2016 - Present · 9 yrs 7 mos



**IT Support Technician**
Home Depot IT Support
Jul 2014 - May 2016 · 1 yr 11 mos
Austin, Texas Metropolitan Area



**Guest Service Attendant**
Target
Nov 2011 - Apr 2014 · 2 yrs 6 mos
Austin, Texas Metropolitan Area

## Education

 **University of Phoenix**
2011 - 2013

 **Prairie View A&M University**
Business Administration and Management, General
2005 - 2008

## Skills

**Customer Service**

 3 endorsements

**Microsoft Office**

2 endorsements

Show all 5 skills →

## Interests

Companies    Schools

 **Google**
40,351,134 followers

+ Follow

 **University of Phoenix**
1,107,364 followers

+ Follow

Show all companies →

18



## Celena Whorton  She/Her · 3rd
Automotive Claims Coordinator

Fort Worth, Texas, United States · Contact info

95 connections

**Message**    **+ Follow**    **More**

 Sedgwick

 Ashford University

## Highlights

 **You both worked at Wells Fargo**
Celena worked at Wells Fargo after you started

**Message**

## About

Motivated and detail-oriented professional with over a decade of experience in customer service, claims coordination, and administrative support. Proven ability to quickly learn new systems, adapt to changing environments, and foster a collaborative team atmosphere. Committed to delivering high-quality work and continuous improvement.

## Activity
94 followers

**Celena hasn't posted yet**
Recent posts Celena shares will be displayed here.

Show all activity →

## Experience



**Sedgwick**
Full-time · 2 yrs 2 mos
On-site

**Automotive Claims Coordinator**
Dec 2023 - Present · 2 yrs 2 mos
Bedford, Texas, United States

-Coordinate vehicle Lemon Law buybacks and recall-related processes with dealerships and financial institutions.
- Ensure high-quality service through regular case contact and proactive client satisfaction efforts.
- Train temporary employees and developed a training manual for outbound calling agents.

**Automotive Claims Coordinator**
Dec 2023 - Sep 2025 · 1 yr 10 mos
United States

- Coordinate vehicle buybacks and recall-related processes with dealerships and financial institutions.
- Ensure high-quality service through regular case contact and proactive client satisfaction efforts.
- Train temporary employees and developed a training manual for outbound calling agents.



**Special Event Agent**
Nesco Resource/ Sedgwick · Contract
Sep 2023 - Nov 2023 · 3 mos
Bedford, TX · On-site

- Managed dealership communications and coordinated vehicle buyback processes.
 - Trained temporary employees for title assistance and support.



**Senior Process Agent**
Genpact · Full-time
Apr 2021 - Apr 2023 · 2 yrs 1 mo
United States · Remote

- Investigated suspicious account activity and verified transactions.
- Handled customer queries via phone and chat, and conducted complex investigations.
- Trained in claim case understanding and underwriting basics.

◇ Problem Solving, Confidentiality and +2 skills



**Customer Service Representative**
Wells Fargo · Full-time
Oct 2020 - Mar 2021 · 6 mos
Iriving, TX

- Answered account-related questions and submitted requests for check reissue.
- Handled escalations and assisted with new employee training.

◇ Problem Solving, Confidentiality and +1 skill



### Customer Service Representative 2
U.S. Bank · Full-time
Jan 2020 - Sep 2020 · 9 mos
Englewood, Colorado, United States

-Resolved customer inquiries, processed transactions, and maintained accounts.
- Assessed customer needs and generated documentation.

◇ Problem Solving, Confidentiality and +1 skill

Show all 14 experiences →

## Education



### Ashford University
Human Resources Managment, Accounting and Business/Management
2018 - 2018

Grade: B average

Activities and societies: CHAMPS Program



### Chattanooga College Medical Dental and Technical Careers
Associate of Science - AS, Computer Programming, Specific Applications
2008 - 2010

## Skills

**Laptops**

 2 experiences across Genpact and 1 other company

**Sensitive Information**

 6 experiences across Genpact and 5 other companies

Show all 16 skills →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools



### Mark Cuban in · 3rd
President
8,278,328 followers

+ Follow

21

← **Experience**

 **Sedgwick**
Full-time · 2 yrs 2 mos
On-site

- **Automotive Claims Coordinator**
  Dec 2023 - Present · 2 yrs 2 mos
  Bedford, Texas, United States

  -Coordinate vehicle Lemon Law buybacks and recall-related processes with dealerships and financial institutions.
  - Ensure high-quality service through regular case contact and proactive client satisfaction efforts.
  - Train temporary employees and developed a training manual for outbound calling agents.

- **Automotive Claims Coordinator**
  Dec 2023 - Sep 2025 · 1 yr 10 mos
  United States

  - Coordinate vehicle buybacks and recall-related processes with dealerships and financial institutions.
  - Ensure high-quality service through regular case contact and proactive client satisfaction efforts.
  - Train temporary employees and developed a training manual for outbound calling agents.

 **Special Event Agent**
Nesco Resource/ Sedgwick · Contract
Sep 2023 - Nov 2023 · 3 mos
Bedford, TX · On-site

- Managed dealership communications and coordinated vehicle buyback processes.
 - Trained temporary employees for title assistance and support.

 **Senior Process Agent**
Genpact · Full-time
Apr 2021 - Apr 2023 · 2 yrs 1 mo
United States · Remote

- Investigated suspicious account activity and verified transactions.
- Handled customer queries via phone and chat, and conducted complex investigations.
- Trained in claim case understanding and underwriting basics.

**Skills:** Problem Solving · Confidentiality · Sensitive Information · Laptops

 **Customer Service Representative**
Wells Fargo · Full-time
Oct 2020 - Mar 2021 · 6 mos
Iriving, TX

- Answered account-related questions and submitted requests for check reissue.
- Handled escalations and assisted with new employee training.

**Skills:** Problem Solving · Confidentiality · Sensitive Information



### Customer Service Representative 2
U.S. Bank · Full-time
Jan 2020 - Sep 2020 · 9 mos
Englewood, Colorado, United States

-Resolved customer inquiries, processed transactions, and maintained accounts.
- Assessed customer needs and generated documentation.

**Skills:** Problem Solving · Confidentiality · Sensitive Information



### Casualty Claims Associate
American Family Insurance · Full-time
Jul 2019 - Dec 2019 · 6 mos
Englewood, CO · On-site

- Managed voicemail box and completed research for insurance-related requests.

**Skills:** Confidentiality · Sensitive Information



### Dispatch Services Representative Team Lead
MADSKY · Full-time
Apr 2019 - Jul 2019 · 4 mos
Engelwood, CO · Hybrid

- Scheduled inspections and coordinated with policyholders, contractors, and estimators.
- Provided recruiting support and resolved project issues.

**Skills:** Confidentiality · Laptops



### Warehouse Associate
Amazon
Feb 2019 - Apr 2019 · 3 mos
Cenntenial CO

I work as a stower, picker, puller. I'm being cross-trained in various positions there.

**Skills:** Confidentiality



### Office Clerk
TREPCO IMPORTS & DISTRIBUTION LTD
Feb 2018 - Jan 2019 · 1 yr
North Las Vegas, NV · On-site

- Managed order placement, customer accounts, and delivery scheduling.
- Handled multi-line phone system and assisted warehouse operations.

**Skills:** Confidentiality



### CUSTOMER SERVICE REP./ CERTIFIED WEB TECHNICIAN
Telus International/ Google – Sutherland Global/ Met life
Mar 2016 - Dec 2017 · 1 yr 10 mos
Las Vegas Metropolitan Area

- Assisted customers with billing and technical issues related to Project Fi phones.
- Handled support via email and phone channels.
- Troubleshot technical issues and guided members through website navigation.
- Assisted with password resets and browser troubleshooting.

**Skills:** Confidentiality · Sensitive Information



### GSR (GROUP SERVICE REP)
(Randstad)/ United Health Group/ Sierra
Jul 2015 - Feb 2016 · 8 mos
Las Vegas Metropolitan Area

- Handled member enrollment, account corrections, and billing research.
 - Processed refunds and premium bills.

**Skills:** Confidentiality · Sensitive Information



### Customer Service Rep | CLICKER
Allied Collections · Full-time
Mar 2015 - Jun 2015 · 4 mos
Las Vegas, Nevada, United States · On-site

- Managed high call volumes and verified customer information.
- Processed payments and answered policy questions.



### Intake Specialist
Specialist | Kelly Services / UNUM · Full-time
Oct 2014 - Feb 2015 · 5 mos
Chattanooga, Tennessee, United States · On-site

Processed short-term disability claims and conducted research.
Communicated with employers, employees, and physicians.



## Charles Lanning ✓ He/Him
Fraud Detection at Velera
Poulsbo, Washington, United States · Contact info
**56** connections

**Message**    **+ Follow**    **More**

velera **Velera**

**Great Falls High School**

## About

Seasoned Customer Experience Analyst with 10+ years in call center and retail customer service. Proficient in Google tools (Sheets, Slides, Docs) for data analysis and skilled in multi-channel communication. Motivated by customer-facing interaction and technical troubleshooting. Also just a really good hang.

## Activity
56 followers

**Charles Lanning** commented on a post • 6mo

Great job!

**Charles Lanning** commented on a post • 7mo

Congratulations! 🎉

**Charles Lanning** commented on a post • 1yr

Congrats dude!

Show all comments →

## Experience



**Fraud Detection Agent**
Velera · Full-time
Jul 2025 - Present · 7 mos

---



**TELUS International**
9 yrs

●  **Customer Experience Analyst for Google Accessibility**
Full-time
Sep 2018 - Jan 2025 · 6 yrs 5 mos
Austin, Texas, United States

Collaborated closely with agents and product leads to adapt and implement new guidelines for the Accessibility team, ensuring alignment with business objectives.
Utilized Google Sheets, Slides, and Docs to analyze and present trends, contributing to maintaining KPI goals and improving team performance.
Demonstrated a customer-centric approach by effectively addressing and resolving issues, enhancing overall customer satisfaction.

⬦ **Skilled Multi-tasker, Datasets and +20 skills**

●  **Customer Experience Analyst for Project Fi**
Sep 2017 - Sep 2018 · 1 yr 1 mo
Austin, Texas Metropolitan Area

Verified technical support service results by measuring skills in use of scripts, product knowledge, sales and service ability, greeting, diction, listening, etiquette, objection handling, efficiency, and courteous close of call. Lead an initiative to determine "best practices" among top performers.

⬦ **Skilled Multi-tasker, Datasets and +20 skills**

●  **Customer Service Representative for Project Fi**
Jun 2017 - Sep 2017 · 4 mos
Austin, Texas Metropolitan Area

Helped customers with issues regarding payments, service/coverage, as well as device troubleshooting. Provided means to escalate user issues to our next levels of support when dealing with bugs and other larger scale issues. Assisted users with device technical support, with potential for device replacements

⬦ **Skilled Multi-tasker, Typing and +1 skill**

Show all 5 experiences →

---



**GameStop**
3 yrs 6 mos

**Senior Game Advisor**
Aug 2015 - Feb 2016 · 7 mos
Austin, Texas Metropolitan Area

Transferred to Austin, TX in hopes of furthering my career. I've taken a temporary demotion until placement becomes available

▽ Skilled Multi-tasker and Technical Support

**Assistant Manager**
Sep 2012 - Aug 2015 · 3 yrs
Great Falls, Montana, United States

Addressed customer inquiries, resolved issues with escalating customers, and provided personal assistance whenever possible.
Played an integral role in team leading/building, with leaving positive or negative feedback, addressing employee behaviors, and supervising employees engaged in sales.
Marketed our store in a way that adhered to company standards, yet also helped customers feel comfortable while shopping.
Managed deposit logs, daily and weekly sales goals, store P&L, among other important documents throughout the month.
Displayed exceptional customer service, provided personal assistance
Hired on as a lower management position, Senior Game Adviser, and promoted to Assistant Store Manager February 2015

▽ Skilled Multi-tasker and Technical Support



**Sales associate**
Play N Trade Video Games
Jul 2008 - Jun 2012 · 4 yrs
Great Falls, Montana Area

Basic customer service duties, including, but not limited to; contacting customer's for repairs/reservations, providing an extensive knowledge on current products carried, as well as upcoming releases, processing trade-ins and returns, along with providing a comfortable shopping environment for customers.
General store upkeep, such as vacuuming, cleaning windows, glass cases, and resurfacing game discs.
Other responsibilities included cash handling, for customer transactions, as well as nightly deposits, properly merchandising product, managing inventory, and creating custom cover art for games, using programs such as GIMP or Photoshop.

▽ Skilled Multi-tasker

**Keyholder**
Hot Topic
Aug 2005 - Dec 2009 · 4 yrs 5 mos
great falls, montana area

My managerial duties included things such as opening and closing the store, providing input on scheduling, performing morning bank drops, auditing registers, along with contributing to team leadership plans.
Customer service, merchandising, product knowledge, general store upkeep.

▽ Skilled Multi-tasker

## Education



**Great Falls High School**
Diploma
2004 - 2007

## Licenses & certifications



**GameMaker 101 - 2D Game Development**
Zenva
Issued Aug 2024

[ Show credential ⧉ ]

◈ GameMaker Studio

## Skills

**Live Video Streaming**

**DJing**

Show all 41 skills →

## Recommendations

**Received**     Given



**Magi Mannepalli** · 3rd
Customer Success | Marketing, Sales and Admin Coordinator | Quality Assurance Specialist |Digital Marketing
Associate| Social Worker| Project Coordinator | Future Project Manager.
March 15, 2025, Magi worked with Charles but they were at different companies

Hi Charles, could you please help me with your recommendation. It would be really helpful for your job search.
Thanks.



### Interests

Companies

**Electronic Arts (EA)**
1,581,254 followers

+ Follow

**Ubisoft**
1,485,724 followers

+ Follow

Show all companies →

### Causes

Animal Welfare • Arts and Culture • Children • Civil Rights and Social Action • Disaster and Humanitarian Relief • Economic Empowerment • Education • Environment • Human Rights • Science and Technology



## Chris Harbro  He/Him · 3rd

Observability Architect at Grafana Labs

Austin, Texas Metropolitan Area · Contact info

500+ connections

Grafana Labs

[ Message ]  [ + Follow ]  [ More ]

## About

Technical Account Manager with 8 years of experience collaborating with customers to help solve technological puzzles. I pride myself on solving the technical side of the equation by applying the scientific method and principles of systems thinking, while handling the social side with authenticity and empathy.

My background is diverse, but I'm currently at Grafana Labs, supporting a wide range of open source observability tools, including Grafana, Loki, Mimir, and Tempo. Previously, I served as a Premier Support Engineer on Atlassian's on-prem Jira team, mostly solving JVM performance issues. Before that, I was at SecureLink (now Imprivata), where my role could best be described as "customer-facing systems administrator".

I'm a lifelong learner and hold CompTIA A+, Network+, and Security+ certifications. Additionally, I hold the Prometheus Certified Associate and Kubernetes and Cloud Native Associate (KCNA) certifications from the CNCF.

Outside of work, I find joy in family, mixology, gastronomy, cats, board games, cars, classic films, and making noise (some might call it music) with my guitars.

## Activity

722 followers

**Posts**   Comments   Images

**Chris Harbro** ✓ · 3rd+
Observability Architect at Grafana Labs
1w · 🌐

I'm happy to share that I've obtained a new certification: Trailblazer Technical Practitioner from Grafana Labs! ...more



Celebrating a New Certification

👍❤️ 34

**Chris Harbro** ✓ · 3rd+
Observability Architect at Grafana Labs
10mo · Edited · 🌐

One tool, all of your observability.

Get started today! https://lnkd.in/gfjHh4K6



👍❤️ 24 · 2 comments

---

Show all posts →

## Experience



**Grafana Labs**
Full-time · 3 yrs 10 mos

**Observability Architect**
Nov 2024 - Present · 1 yr 3 mos
Austin, Texas, United States · Remote

Act as a trusted technical advisor and strategic partner for Grafana Labs customers, ensuring that they are able to maximize the value of their observability investments. I design tailored observability maturity journeys, solve complex architectural challenges, and drive adoption of Grafana's products through personalized technical enablement and roadmapping.

💎 Observability, Solution Architecture and +3 skills

### Support Engineer II
Nov 2023 - Nov 2024 · 1 yr 1 mo

Received technical escalations from Tier 1 support, collaborating with larger, more complex customers to address advanced challenges in observability.

▽ Kubernetes, Cloud Computing and +3 skills

### Support Engineer
Apr 2022 - Oct 2023 · 1 yr 7 mos
Austin, Texas, United States · Remote

Supported the Loki, Grafana, Tempo, and Mimir (LGTM) stack, and the rest of the Grafana Labs ecosystem, as well as other related technologies in the observability space such as Prometheus, Kubernetes, and OpenTelemetry.

▽ Kubernetes, Cloud Computing and +3 skills



### Premier Support Engineer - Jira Datacenter
Atlassian · Full-time
Feb 2021 - Apr 2022 · 1 yr 3 mos
Austin, Texas, United States · Remote

Provided industry-leading technical support to enterprise Jira customers. The Premier support team is a premium support offering which provides enhanced SLAs and a dedicated team of senior engineers who specialize in datacenter and performance issues.

▽ Performance Tuning, Technical Writing and +3 skills



### Technical Operations Analyst III
SecureLink · Full-time
Jun 2019 - Feb 2021 · 1 yr 9 mos
Austin, Texas, United States · Hybrid

Customer-facing Linux systems administrator for a privileged access management solution.

* Fastest person to go from new hire to Tier III
* Carried a pager 24x7x365 (The only non-TL at the time to answer pages)
* 2x Employee of the Quarter
* 3x Wheel of Glory Recipient

▽ Incident Response, SQL and +3 skills



### BCforward
Contract · 1 yr 5 mos
Austin, Texas · On-site

### Account Manager - YouTube, Top Creators
Sep 2018 - Jun 2019 · 10 mos

Our team was part of a pilot program where we worked alongside Googlers to support YouTube's most influential content creators, as well as helping to develop enhanced account management processes.

▽ Account Management, Communication and +3 skills

### Subject Matter Expert - YouTube TV

Feb 2018 - Sep 2018 · 8 mos

Team lead for 10-12 customer support representatives in a contact center.

* Helped scale up from 20 to 150 contact center reps
* Handled both internal technical escalations and supervisor escalations from customers
* Before being promoted, was tasked with creating the rubric for measuring success in my own role
* Fastest person to go from new hire to Subject Matter Expert

◈ Google Suite, Troubleshooting and +3 skills

 **Technical Support Specialist - Google Fi**
TELUS International · Contract
Oct 2017 - Feb 2018 · 5 mos
Austin, Texas Metropolitan Area · On-site

Probably the most formative moment of my career was this seasonal contract role for Project Fi (now Google Fi).

◈ Troubleshooting, Customer Service and +3 skills

## Licenses & certifications

 **Trailblazer Technical Practitioner**
Grafana Labs
Issued Jan 2026

[ Show credential ⧉ ]

 **Kubernetes and Cloud Native Associate (KCNA)**
Cloud Native Computing Foundation (CNCF)
Issued Oct 2024 · Expires Oct 2026
Credential ID LF-px2pz103k7

[ Show credential ⧉ ]

◈ Kubernetes, Cloud-Native Applications and +2 skills

Show all 7 licenses & certifications →

## Skills

**Artificial Intelligence (AI)**

**Enterprise IT Strategy**

Show all 100 skills →



## Languages

English

## Interests

**Companies**

**Intel Corporation**
4,108,893 followers

+ Follow

**Cisco**
7,343,195 followers

+ Follow

Show all companies →



## Daniel Leaderer
Customer Service at One Guard Inspections

Spicewood, Texas, United States · Contact info

5 connections

 Nolan Catholic High School

**Connect**    **Message**    **More**

## Activity
5 followers

**Daniel hasn't posted yet**
Recent posts Daniel shares will be displayed here.

Show all activity →

## Experience


**Client Services / Dispatcher**
One Guard Inspections
Aug 2017 - May 2019 · 1 yr 10 mos
Austin, Texas Area

Fast paced service team specialist responsible for inbound nationwide calls; On-line and outbound assignments to service providers; Monitor work inventory queues, provide quality evaluation and assignment for clients within SLA's; Complete service requests, daily reports and follow up. Issue resolution with data uploads, applications and videos. Technical support, troubleshooting in the proprietary network; Outbound contact with contractors and clients as needed.


**Tier II Technical Service Representative**
TELUS International
Mar 2016 - Jun 2017 · 1 yr 4 mos
Austin, Texas Metropolitan Area

Deliver Tier II issue resolution and service support for new products for Google Phone, Google Fi in a high volume multi-channel environment; Provide a strong customer experience on mobile technical analysis, access and network problem solving (Android) directly to the customer or Tier I CSR; Diagnose and fix issues and escalations promptly and professionally; Direct communication with Google engineers to research and resolve issues. Achieve consistent performance metrics and customer satisfaction targets; Understanding of Android operating systems; Nougat OS; Google Project Fi, Google Docs, MS Office and web technology

 ResumeLeadererDaniel6.2017.pdf

 **Customer Service**
One Guard Inspections
Mar 2013 - Mar 2016 · 3 yrs 1 mo
Austin, Texas Metropolitan Area

Customer service support for large vehicle inspection service provider; Inbound calls and on-line assignments to contractors; Technical support in a nationwide network; Monitor work inventory, queues and average handle time, provide prompt evaluation and assignment for clients within SLA's; Complete service requests, daily reports and follow up. Issue resolution with downloads, applications and videos. Outbound contact to contractors and vendors

 **Customer Support Technician**
Gilbert Home Services
Feb 2009 - Mar 2013 · 4 yrs 2 mos

Service support for residential and small commercial renovation, construction, repair, and installation projects throughout the Travis County area; Broad portfolio of services; provided inventory movement, supply stocker; Shipping/Receiving, equipment management, data entry, Invoicing; Customer Service telephone and network support.

 **Customer Service Associate**
Huston Fashion Concepts Productions
Oct 2008 - Feb 2009 · 5 mos

Assist with large production events; Computer technical support, move inventory, manage expense spreadsheets, software support, data entry as needed, customer service, manage monthly advertising mailings; Load/Unload merchandise and equipment. Web uploads, WindowsOS, MSOffice; Excel support

Customer Contact Representative – NOVO 1 Call Center; High volume inbound 24/7 customer support call center; Responsible for serving customers in an automotive roadside assistance dispatch program; Nationwide call center support; Strong communication skills and Technology skills required; Monitored call queues, achieved quality assurance requirements, maintained schedule adherence; Strong PC and Telephony skills; Process enrollments in motor call programs;

Show all 6 experiences →

## Education

 **Nolan Catholic High School**
High School Diploma

36

## Licenses & certifications



**CompTIA Network+ Certification**
CompTIA
Issued Sep 2015 · Expired Sep 2018

**A+ Certification**
CompTIA
Issued Jun 2012 · Expired Jun 2018



## Darrian Thompson · 3rd

If a problem is fixable, if a situation is such that you can do something about it, then there is no need to worry. If it's not fixable, then there is no help in worrying. -Dalai Lama

Houston, Texas, United States · Contact info

22 connections

Connect    Message    More

 Asurion

 Grambling State University

## About

Proven ability to establish rapport with clients as well as exceed service quotas, I have over several years experience in sales, customer service, and retail. Reliable and driven, with strong time management and priortization abilities. Seeking a role of increased responsibility and authority. Skilled at building client relationship in order to achieve maximum growth and customer satisfaction. Experienced in working with large volumes of customers as well as different personality types through telephone calls while maintaining high quality and efficiency

## Activity

23 followers

**Darrian hasn't posted yet**
Recent posts Darrian shares will be displayed here.

Show all activity →

## Experience



**Asurion**
Full-time · 2 yrs 10 mos
On-site

**Asurion University Training Deliver Specialist/ DES Field Trainer**
Mar 2024 - Present · 1 yr 11 mos
Houston County, Texas, United States

Facilitate, monitor, evaluate and record new hire and tenured training activities and program effectiveness
Facilitate Sales training and coach new hires to meet standard metrics
Update operations on learning and certification progress on day to day/ week to week basis
Maintain a strong relationship with the Operations team to influence customer experience, by maintaining full production proficiency.
Develop and guide expert skills(post new hire onboarding and tenured) to drive performance
Conduct Multi-Product Sales Training

◈ Facilitation, Leadership and +1 skill

**Technical Sales Support Specialist**
Apr 2023 - Feb 2024 · 11 mos
Houston, Texas, United States

Identify technical issues, deploy solutions with efficient, clear, courteous, and accurate communication
Sell Asurion smart home and other products on every call
Explain device capabilities, wireless carrier data product offerings and company policies
Meet goals and grow from feedback and coaching
Utilize call center technology to troubleshoot, input, track and report customer issues
When needed, escalate calls to the appropriate tier of customer service function

◈ Technical Sales Consulting, Technical Support and +1 skill



**Business Student**
Grambling State University · Full-time
Jan 2019 - May 2022 · 3 yrs 5 mos
Grambling, Louisiana, United States

Charismatic military veteran student seeking a 2021 summer internship to expand my knowledge and skill in the field of accounting focusing on internal auditing while gaining experience as well as learning the current trends in accounting.



**Customer support**
TELUS International
Mar 2016 - Jan 2019 · 2 yrs 11 mos
Austin, Texas

Ensure excellent customer satisfaction and excellent customer service skills. - Work on an auto phone system, Emails, and chats during your entire shift -Understand user needs and assist with general inquires, product support, service information, order processing, account management, billing inquiries issues via multiple contact channels (phone/email/chat). -Openness to work flexible hours as required (may include evenings, weekends and/or holidays). -Good understanding of customer's needs and how to diagnose and fix their issues. - Responsible to follow the direction of management and provide feedback. -Able to follow policies and procedures, and show team building and leadership skills. -All other tasks as assigned. -Taking customer calls,

chats and Emails. -Sending follow up Emails. -Submitting notes on cases, as well as summarizing what took place during the call, chat or email. -Troubleshoot technical issues for Project Fi customer's

⬦ Quality Assurance, Salesforce.com and +2 skills



**Tech Support Specialist**
Volt
Mar 2016 - Oct 2016 · 8 mos
Austin, Texas

-Ensure excellent customer satisfaction and excellent customer service skills. - Work on an auto phone system during your entire shift -Understand user needs and assist with general inquires, product support, service information, order processing, account management, billing inquiries issues via multiple contact channels (phone/email/chat). -Openness to work flexible hours as required (may include evenings, weekends and/or holidays). -Good understanding of customer's needs and how to diagnose and fix their issues. -Responsible to follow the direction of management and provide feedback. -Able to follow policies and procedures, and show team building and leadership skills. -All other tasks as assigned. -Taking customer calls, chats and Emails. - Sending follow up Emails. -Submitting notes on cases, as well as summarizing what took place during the call, chat or email.

⬦ Quality Assurance, Salesforce.com and +2 skills



**Internet sales/New car sales**
Group 1 Automotive
Apr 2015 - Mar 2016 · 1 yr
Georgetown, Texas

Responsibilities Answering inbound calls regarding questions on products Providing customer service in-person, via phone, email Assisted walk-in customers with directory and questions regarding products or services Utilized ADP CRM (Shoretel) programs on a daily basis Also utilized Excel to track sales numbers and customer information Multi-tasked in phone and email support on a regular basis Answering 40-60 calls and emails daily scheduling appointments Pulling from vehicle inventory from across Texas Accomplishments Giving great customer service to each customer selling 17+ vehicles in one month Skills Used CRM Product Knowledge ADP Shoretell Showing integrity, Honesty Upbeat and Positive

⬦ Customer Service

Show all 7 experiences →

## Education



**Grambling State University**
Bachelor of Science - BS, Accounting
Jan 2019 - Dec 2021

Grade: Senior



## Skills

### Facilitation

Asurion University Training Deliver Specialist/ DES Field Trainer at Asurion

### Leadership

Asurion University Training Deliver Specialist/ DES Field Trainer at Asurion

Show all 20 skills →

## Interests

**Companies**    Schools

**Aston Carter**
404,300 followers

+ Follow

**Grambling State University**
35,678 followers

+ Follow

Show all companies →



## Davin Stevens He/Him
Active Member of the Community

Austin, Texas, United States · Contact info

69 connections

Message    + Follow    More

 Babylon

 Austin Community College

## About

I bring a comprehensive set of skills that I believe will be valuable to your company or project. my Tier 2 Technical Support Specialist role, I honed my abilities in both providing excellent customer service and time management providing a firm foundation for the Customer Care New Associate position. My critical thinking, people-centric nature, and compassion have afforded me excellent communication skills.

Such skills have been neatly referind

I am excited to contribute my talents and proficiency in leadership toward your team efforts. As an engaging communicator with a proven track record, my focus on building strong professional relationships has been a beneficial asset throughout my career.

Please review my enclosed resume for a more in-depth illustration of my work history and accomplishments. I would appreciate the opportunity to interview at your earliest convenience. I'm eager to discuss how my personality and background fit the Customer Care New Associate role.

## Activity
69 followers

**Davin Stevens** commented on a post • 9mo

Congrats Christopher! 🎉

**Davin Stevens** commented on a post • 9mo

Congrats Taylor! 🎉

Show all comments →

## Experience

 **Clinical Operations Specialist**
Babylon · Full-time
Feb 2021 - Present · 5 yrs
Austin, Texas, United States

 **TELUS International**
Full-time · 4 yrs
Austin, Texas, United States

**Tier 2 Agent**
Mar 2019 - Feb 2020 · 1 yr

As a Tier 2 my responsibilities included, but not strictly limited the follow:

- "deep dive" rescue case to determined if the case needs to be taken over.
- File bug reports of either known or emerging issue regrading both Pixel devices, and Google Fi service.
- Bring about a favorable resolution in all aspects of service; poor reception, lost package, fraud prevention, promotion inquires, etc.

 **TELUS International Customer Experience & Digital Solutions**
Discover TELUS International - a customer experience innovator that designs, builds & delivers next-gen digital solutions for global and disruptive brands.

**Tier 2 Specialist agent**
Mar 2016 - Feb 2020 · 4 yrs

 **Bartender**
Trudys · Full-time
Mar 2013 - Dec 2019 · 6 yrs 10 mos
Austin, Texas, United States

 **Address: 8820 Burnet Road Austin, TX 78757 512-454-1474**
Trudys Locations - We welcome you to sample Trudy's premier interpretation of Tex-Mex cuisine in Austin, TX. Join us for Happy Hour!

 **leasing consultant**
MC residential · Full-time
Nov 2013 - Jan 2014 · 3 mos
Austin, Texas Metropolitan Area

**Supplemental Instructor ( Debate Coach)**
Saint Mary's Hall · Full-time
Nov 2010 - Jan 2014 · 3 yrs 3 mos
San Antonio, Texas, United States

 

Show all 7 experiences →

43

## Education



**Austin Community College**
Paralegal certificate, Pre-Law Studies
2015 - 2018

Grade: 3.0

  

## Skills

**Customer Retention**

---

**Public Speaking**

 1 endorsement

Show all 11 skills →

## Interests

**Companies**    Schools

 **Austin Community College**
129,567 followers

+ Follow

 **Saint Mary's Hall**
1,814 followers

+ Follow

Show all companies →



## Dustin Melton 🛡 He/Him · 3rd
Production

Austin, Texas Metropolitan Area · **Contact info**

**61** connections

**Message**  **+ Follow**  **More**

 Tesla

Keys High School

## About

Exceptionally hard-working, dedicated, an employee with excellent interpersonal communication skills, both written and verbal; Strong ability to effectively multi-task in a fast-paced environment, and detail-oriented; Vast knowledge of technology and programs such as MS Office, G Suite, SalesForce, Intercom and can adapt to new programs quickly

## Activity
61 followers

**Dustin hasn't posted yet**
Recent posts Dustin shares will be displayed here.

Show all activity →

## Experience



**Production**
Tesla · Full-time
Oct 2022 - Present · 3 yrs 4 mos
Austin, Texas, United States



**Peddle**
Full-time · 1 yr 11 mos



**Senior Title Processors**
Dec 2019 - Jun 2020 · 7 mos
Austin, Texas Metropolitan Area

**Title Processor**
Sep 2019 - Dec 2019 · 4 mos
Austin, Texas Metropolitan Area



**Account Coordinator Auction Operations**
Jan 2019 - Sep 2019 · 9 mos
Austin, Texas Metropolitan Area

Show all 4 experiences →



**Customer Relations Specialist**
Apple · Full-time
Oct 2017 - Jul 2018 · 10 mos
Austin, Texas, United States

**Google Project Fi Tech Support Specialist**
TELUS International · Full-time
Jan 2017 - Oct 2017 · 10 mos
Austin, Texas, United States



**Guardian Construction**
Guardian Industries · Contract
May 2016 - Jan 2017 · 9 mos

Show all 10 experiences →

## Education

**Keys High School**
2007

46



## Licenses & certifications

**How to Slow Down and Be More Productive**
LinkedIn
Issued Jun 2020

Show credential ⧉

**Improving Your Listening Skills**
LinkedIn
Issued Jun 2020

Show credential ⧉

Show all 23 licenses & certifications →

## Skills

Contact Centers

Customer Service

Show all 28 skills →

## Interests

**Companies**    Schools

**Tesla**
12,312,374 followers

+ Follow

**Peddle**
1,592 followers

+ Follow

Show all companies →

47



## Gogi Gonzales He/Him

 Steel Classic Garage

--

Austin, Texas, United States · Contact info

3 connections

Connect    Message    More

## About

Previous small business owner / President at LLC.
Tech proficient and familiar with iOS, OS X, Windows and Android; types +77 wpm.
Classic car specialist with extensive knowledge of ignition systems, carburetion, tuning and general repair.
Experience with American and Japanese motorcycle repair.
Efficient and skilled in data and information research.
Production baker and wedding cake / pastry décor specialist.
Electronics repair hobbyist.
Experienced in light carpentry, general contracting and blueprint reading.
Can provide both thorough and concise customer support and technical support.

 **Top skills**
General Office Work • Automotive Writing • Research Skills • Administrative Organization • Hand Drafting    →

## Activity

4 followers

**Gogi hasn't posted yet**
Recent posts Gogi shares will be displayed here.

Show all activity →

# Experience



### Automotive Service Writer/Manager

Steel Classic Garage · Full-time

Jul 2020 - Present · 5 yrs 7 mos

Austin, Texas, United States · On-site

Service writing and management.
Diagnostics of customer vehicles for work needed, from safety repairs to performance upgrades.
Finding and acquiring parts, be it original equipment or custom components.
Assisting mechanics with tasks as needed.
Explaining jobs to customers in easy to understand terms.
Able to work on vehicles from all decades, specializing in 1950s and 1960s American.
Perform maintenance on vehicles, from oil and brake services to engine rebuilds.

▽ Administrative Organization, Automotive Repair and +4 skills



### Automotive Service Writer/Manager/Mechanic

Ron Shimek Automotive · Full-time

Feb 2017 - Jul 2020 · 3 yrs 6 mos

Austin, Texas, United States · On-site

Service writer and management.
Diagnosed issues with customer vehicles in order to accurately provide estimates of work needed.
Located hard to find and rare parts, and helped to fabricate components needed for repairs.
Assisted mechanics with tasks as needed.
Expanded my knowledge base of classic American and European vehicles from roughly 1920 to present day.
Performed maintenance on vehicles, from oil and brake services to engine rebuilds.

▽ Hand Drafting, Project Management and +4 skills



### Technical Customer Support Representative

TELUS International · Contract

Jan 2016 - Nov 2016 · 11 mos

Austin, Texas, United States · On-site

Offered support to customers of Google's "Project Fi".
Customer service and support via multiple forms of communication.
Maintained knowledge of Android OS, as well as several of Google's products.

▽ Phone Etiquette, Customer Service and +3 skills



### Carpenter Assistant

SLG Construction · Seasonal

Jan 2004 - Jan 2016 · 12 yrs 1 mo

Georgetown, Texas, United States · On-site

(Seasonal, part time work for family business)
Light carpentry and framing; blueprint reading.
General labor and loading / site clean-up.

▽ Hand Drafting, Blueprint Reading and +1 skill



**Owner**

Oath Cycles · Self-employed

Feb 2013 - Nov 2015 · 2 yrs 10 mos

Austin, Texas, United States · On-site

Daily filing and account management, as well as processing parts orders and shipments.
First-in, first-out repair policy; dedication to customer service regardless of overtime commitments.
Specialization in small engine repair and capable in multiple types of welding.
Resident custom-paint specialist; responsible for all custom orders and participation in local events.

▽ Order Management, Automotive Repair and +3 skills

Show all 8 experiences →

## Skills

**Automotive Management**

 Shop Manager, Automotive Technician at CrushProof

**Technical Support**

Technical Customer Support Representative at TELUS International

Show all 27 skills →



## Hannah Tucker She/Her · 3rd

Team Member at City Post Chophouse

Georgetown, Texas, United States · Contact info

44 connections

 Message      + Follow      More

Open to work
Knowledge Specialist, Technical Writer, Process Improvement Specialist and Learning And Development Specialist roles
Show details

## About

👋 Hi, I'm Hannah—a content and operations professional with a passion for turning complex information into clear, useful resources that improve experiences for both teams and customers.

Over the past few years, I've worked across a range of roles, from content curation and technical writing to data analysis and customer experience advisory. At VXI Global Solutions, I've supported global teams by building internal knowledge strategies, analyzing CX data for an Innovation team, and driving brand engagement as a social media ambassador and SME.

Whether I'm improving processes, documenting best practices, or coaching teams on how to use content more effectively, I bring a user-first mindset and a knack for making things work better.

My background also includes technical support and brand representation at Google, freelance transcription, and several years in the service industry—giving me a well-rounded view of customer journeys, team dynamics, and operational efficiency.

🔍 I bring experience in:

Internal content strategy & documentation

Customer experience insights

Process optimization & coaching

Cross-functional collaboration

51

Knowledge systems & support operations

Outside of work, I'm into writing, music festivals, amphibian and aquatic care, gardening, and painting 🎨

📩 Let's connect! I'm open to roles in content strategy, CX, operations, or technical writing—especially where there's opportunity to solve problems, empower people, and make things run more smoothly. Portfolio samples available upon request.

💎 **Top skills**
Technical Writing • Knowledge Management • Customer Experience • Continuous Process Improvement •  →
Content Development

## Services

Technical Writing • Content Strategy • Training • Customer Service • Data Entry • Editing • Writing

[ Request services ]

Show all services →

## Activity
45 followers

 **Hannah Tucker** • 3rd+
Team Member at City Post Chophouse
1yr • 🌐                          ⋯

Just finished the course "Business Analysis Foundations"! #businessanalysis



👍 3

 **Hannah Tucker** • 3rd+
Team Member at City Post Chophouse
1yr • 🌐                          ⋯

Just finished the course "Contact Center Leadership"! #customerservicetraining #contactcenters



👍 1

Show all posts →

## Experience



**Team Member**
City Post Chophouse · Part-time
Jul 2025 - Present · 7 mos



**VXI Global Solutions, LLC / Roku**
Full-time · 3 yrs 3 mos

**Knowledge Management Lead**
Jan 2023 - Apr 2025 · 2 yrs 4 mos
Austin, Texas, United States · Hybrid

As the Knowledge Management Lead, my role involves maintaining and enhancing our knowledge base. This empowers our agents to provide efficient customer assistance.

Some of my responsibilities and areas of expertise include updating content based on feedback and changes, creating standard operation process documents, refining agent messaging, managing feedback requests, coordinating vendor announcements for updates or events, and innovating processes to bridge knowledge gaps.

I find fulfillment in my role as the Knowledge Management Lead, as it allows me to leverage my writing skills and passion for creating a comprehensive library that supports day-to-day tasks and fosters a smoother operational environment.

⬦ SOP Development, Technical Writing and +11 skills

**CX Analyst**
Aug 2022 - Jan 2023 · 6 mos
Austin, Texas, United States · On-site

Transitioning from my Social Media Brand Ambassador role, I seamlessly integrated my skills into the CX Analyst team, offering valuable insights for Roku's process improvements.

I conducted thorough data analysis, recommended process refinements, and enhanced operational efficacy through precise documentation and messaging.

I managed executive escalations and ensured meticulous data tracking, delivering exemplary service, especially for sensitive matters.

I actively contributed to improving pivotal Roku processes, further enriching the customer experience.

As a CX Analyst, I've advanced operational excellence and heightened customer journey quality, showcasing my commitment to optimizing organizational outcomes.

⬦ SOP Development, Microsoft Excel and +13 skills

**Subject Matter Expert**
Apr 2022 - Aug 2022 · 5 mos
Austin, Texas, United States · On-site

I initiated my journey as a Social Media Brand Ambassador at Roku, progressing swiftly to assume the role of a Subject Matter Expert.

Within this capacity, my competencies encompassed the effective conveyance of client directives to our team, provision of guidance and coaching, prompt resolution of queries, comprehensive performance evaluation, and meticulous endorsement of responses authored by team members across social media platforms.

This role also provided me with the opportunity to begin exploring Knowledge Management, as I began to provide missing documentation and processes for our team.

▽ SOP Development, Proofreading and +9 skills

Show all 4 experiences →



**Amazon Flex Driver**
Amazon · Contract
Mar 2021 - Feb 2022 · 1 yr
Austin, Texas, United States

As an Amazon Flex delivery driver, I assumed a crucial role in ensuring efficient and timely deliveries for Amazon customers. Operating within a flexible and dynamic framework, my responsibilities encompassed the pickup, transportation, and drop-off of packages to designated locations.

With a focus on precision and reliability, I managed package loading and route optimization to guarantee on-time deliveries. My role required adaptability to varying delivery volumes and locations, showcasing my ability to navigate diverse neighborhoods and traffic conditions.

▽ Communication



**TELUS International**
Full-time · 1 yr 6 mos
Austin, Texas, United States · Hybrid

**Concierge**
Apr 2020 - Mar 2021 · 1 yr

In my role as a Concierge at Telus International for Google Fi, I embodied the brand's essence by delivering exceptional customer service and representing Google Fi's values. As a pivotal point of contact, I nurtured customer relationships, ensuring their needs were met and expectations exceeded.

My responsibilities extended beyond typical support functions. I adeptly managed a diverse range of inquiries, from routine matters to more intricate concerns, showcasing my prowess in customer relationship management. I navigated these interactions with a warm and personalized approach, effectively addressing inquiries, providing guidance, and ensuring seamless issue resolution.

▽ Customer Contact, Escalation Resolution and +2 skills

**Customer Service Representative**
Oct 2019 - Mar 2021 · 1 yr 6 mos

As a Customer Service Representative at Telus International for Google Fi, I specialized in technical troubleshooting and de-escalation. I skillfully resolved complex technical issues, providing step-by-step guidance to address challenges like connectivity problems and device setup. My adept de-escalation skills turned tense situations into positive interactions, fostering customer satisfaction. My role combined technical expertise with empathetic communication to enhance customer experiences and effectively resolve concerns.

▽ Cellular Communications, Technical Support and +3 skills

 **Server**
Chuy's Restaurants · Part-time
Feb 2018 - Oct 2019 · 1 yr 9 mos
Austin, Texas, United States · On-site

During my time as a server at Chuy's Tex-Mex Restaurant, I skillfully managed the dining experience for our guests. I warmly welcomed customers, took their orders, and ensured timely food and drink service.

Handling diverse preferences and dietary needs was second nature, showcasing my knack for positive interactions. Working in a fast-paced environment, I embraced the challenge, juggling tasks while maintaining a keen eye for detail.

Smooth payment processing and a tidy dining area were also part of my routine, contributing to an enjoyable atmosphere.

Overall, my role was all about providing great service and making sure everyone left with a smile.

▽ Food Handling, Interpersonal Skills and +1 skill

Show all 12 experiences →

## Licenses & certifications

 **Business Analysis Foundations**
LinkedIn
Issued Sep 2024

Show credential ⧉

▽ Business Analysis

 **Contact Center Leadership**
LinkedIn
Issued Aug 2024

Show credential ⧉

▽ Contact Centers, Customer Service Training and +1 skill

Show all 7 licenses & certifications →



## Skills

**Technical Communication**

3 experiences at VXI Global Solutions, LLC / Roku

**User Documentation**

4 experiences at VXI Global Solutions, LLC / Roku

Show all 56 skills →

## Interests

**Companies**

**PlayStation**
1,035,517 followers
+ Follow

**Nintendo**
851,999 followers
+ Follow

Show all companies →



## Jake Coe · 3rd

Concentrix

Driving Operational Excellence and Elevated Customer Service

Austin, Texas Metropolitan Area · **Contact info**

277 connections

**Message**    **+ Follow**    **More**

## About

Accomplished leader and manager. Expertise in operational excellence, mentorship, customer service strategy & voice of the customer, change management, process development & implementation, and data-driven decision making.



◆ **Top skills**
Problem Solving • Customer Experience • Decision-Making • Leadership →

## Activity

278 followers

**Posts**    Comments    Documents



**Jake Coe** · 3rd+
Driving Operational Excellence and Elevat...
5mo · 🌐

Recently completed "Management Essentials" course at Harvard Business School (Online) 🎉 🎉

Harvard Business School (Online) · 2 pages

1/2

👍❤️👏 14 · 2 comments



**Jake Coe** · 3rd+
Driving Operational Excellence and Elevat...
8mo · 🌐

I'm happy to share that I'm starting a new position as Team Lead, Operations at Concentrix! 🚀 ...more

Starting a New Position

👍❤️ 41 · 23 comments

Show all posts →

## Experience



**Team Lead, Operations**
Concentrix · Full-time
May 2025 - Present · 9 mos
Austin, Texas, United States · On-site

Managed customer support, social media support, and fraud risk teams to achieve client and business goals and deliver high-quality results.

Coordinated team activities, fostered collaboration, set performance targets, and ensured alignment with company objectives. Acted as a liaison between client stakeholders, management, and team members, drove process improvements, supported professional development, and ensured timely project delivery while maintaining a positive and productive work environment.



**Accenture**
Full-time · 7 yrs
Austin, Texas, United States · Remote

### Service Delivery Operations Lead

Feb 2021 - Mar 2025 · 4 yrs 2 mos

Promotion from previous role

Client facing Operations Manager that oversaw daily business operations in a virtual call center: optimizing processes, leading supervisors, and coordinating resources to meet performance goals and operational KPIs.

⬦ Salesforce.com, Customer Service Management and +58 skills

### Service Delivery Operations Team Lead & Global Product Owner

Apr 2018 - Feb 2021 · 2 yrs 11 mos

Client facing Trust & Safety role. Global Product Owner of ML fraud detection for an online social media e-commerce marketplace. Responsible for driving strategy for fraud detection powered by machine learning. This role involved collaborating with cross-functional global teams to deliver innovative solutions that detect and prevent fraud across multiple regions. Ensured the product achieved client needs and continuously evolved based on emerging fraud patterns.

Managed human review agent performance; providing feedback and ensuring high levels of client satisfaction while achieving operational KPIs.

⬦ Customer Service Management, Operational Excellence and +51 skills



### TELUS Digital

Full-time · 2 yrs 9 mos

Austin, Texas Metropolitan Area · On-site

### Team Lead for Google Project Fi

Mar 2017 - Apr 2018 · 1 yr 2 mos

Promotion from previous role

Client facing Call Center Supervisor monitoring agent performance, providing feedback, addressing HR issues for possible escalation, and ensuring high levels of customer satisfaction while achieving operational targets.

⬦ Customer Service Management, Operational Excellence and +41 skills

### Customer Experience Analyst for Google Project Fi

Aug 2015 - Mar 2017 · 1 yr 8 mos

Monitored and evaluated customer service interactions to ensure quality and compliance with company standards. Reviewed customer interactions, assessed agent performance, and provided feedback to improve service delivery. Identified trends, suggested improvements, and helped develop training materials to enhance customer satisfaction and operational efficiency.

⬦ Customer Service Management, Operational Excellence and +21 skills



### Customer Experience Quality Analyst

Blizzard Entertainment · Full-time

Sep 2007 - Apr 2012 · 4 yrs 8 mos

Austin, Texas Metropolitan Area · On-site

Promotion from previous role

59

Monitored and evaluated customer service interactions to ensure quality and compliance with company standards. Reviewed customer interactions, assessed agent performance, and provided feedback to improve service delivery. Identified trends, suggested improvements, and helped develop training materials to enhance customer satisfaction and operational efficiency.

◇ Customer Service, Problem Solving and +14 skills

## Education



**Harvard Business School Online**
Certificate in Management Essentials
2025 - 2025

Master four vital managerial processes: decision-making, implementation, organizational learning, and change management.



**Purdue University**
Generative AI for Business Transformation
Sep 2024

Show all 6 educations →

## Licenses & certifications



**Generative AI for Business Transformation**
Simplilearn
Issued Sep 2024
Credential ID 114984360

Show credential ⧉



**FY24 IS Elite Advocate**
Accenture
Issued Jun 2024

Show credential ⧉

Show all 4 licenses & certifications →

## Volunteering



**Donor**
The SAFE Alliance
Social Services



**Volunteer**
The Trail Conservancy
Apr 2025 · 1 mo
Environment

Earth Day trail clean up.

## Skills

**Attention to Detail**

**Team Coordination**

Show all 100 skills →

## Courses

**CAPM Certification**

 Associated with Simplilearn Alumni

**Certified Business Analysis Professional (CBAP)**

 Associated with Simplilearn Alumni

Show all 6 courses →

## Honors & awards

**Truly Human**
Issued by Accenture · May 2019

 Associated with Accenture

**Deans List**
Issued by The American Academy of Dramatic Arts

 Associated with American Academy of Dramatic Arts





# Jalyssa McGill

Manager at Pappadeaux Restaurant

San Antonio, Texas, United States · Contact info

26 connections

**Connect**   Message   More

 Pappadeaux Restaurant

 Prairie View A&M University

## About

Experienced individual with a demonstrated history of working in the restaurants industry. Skilled in Microsoft Word, Teamwork, Microsoft Excel, Time Management, and Customer Service. Strong operations professional with a Bachelor's degree focused in Business, Management, Marketing, and Related Support Services from Prairie View A&M University.

## Activity

27 followers

**Jalyssa hasn't posted yet**
Recent posts Jalyssa shares will be displayed here.

Show all activity →

## Experience

 **Pappadeaux Restaurant**
8 yrs 9 mos

• **Manager**
Oct 2018 - Present · 7 yrs 4 mos

• **Bartender**
Aug 2018 - Oct 2018 · 3 mos

• **Server**
Feb 2018 - Oct 2018 · 9 mos

Show all 4 experiences →

 **Customer Service Representative**
TELUS International
Sep 2016 - Dec 2016 · 4 mos
Austin, Texas Metropolitan Area

Greeted customers over the telephone and deciphered their issues while studying their tone, matching their speech pace and de-escalating situations in which the customer would become hostile.

Offered troubleshooting assistance to hardware and software issues pertaining to Android devices and Google's mobile service, Project Fi.

Formed personal connections with each client and determined connection pieces by picking up on cues given during the interaction.

Followed guidelines set by our client, Google, which included; keeping Google only content confidential, opening and closing calls, utilizing the provided knowledge base, documenting the events of the conversation and the solution, and following up with emails.

Frequently attained 100% customer satisfaction scores.

 **Sales Associate**
ANN INC.
Jan 2014 - Jan 2015 · 1 yr 1 mo
Houston, TX

Greeted customers and ascertained what each customer wanted or needed while describing merchandise and explain their use, operation, and required care of merchandise to customers.

Recommended, selected, and helped locate or obtain merchandise based on customer needs and desires and help customers try on or fit merchandise.

Computed sales prices of total purchases and processing cash or credit payment on cash register.

Maintained knowledge of current sales and promotions, policies regarding payment, exchanges, and security practices while providing information regarding the store and its merchandise.

Observed, recognized and evaluated security risks and prevention strategies of theft situations.

Prepared merchandise for purchase or rental and took inventory and requisition of new stock along with bagging purchases and wrapping gifts, cleaning shelves, counters, and tables.



### Bartender
Cedar Creek Saloon
Sep 2013 - Jan 2014 · 5 mos
Hempstead, TX

Collected money and served drinks after checking identification of certain customers to ensure verification of age requirements for purchase of alcohol.

Took beverage orders cordially from serving staff or directly from patrons, balanced cash receipts and maintained an up-to-par drawer according to company policy.

Cleaned glasses, utensils, bar equipment, tables and work area, while maintaining a clean and sanitary environment to ensure customer satisfaction.

Served wine, bottled or draft beer and food items to customers with congeniality resulting in customer satisfaction recompense of gratuity.

Attempted to limit problems and liability related to customers' excessive drinking by taking steps such as persuading customers to stop drinking, or ordering taxis or other transportation for intoxicated patrons and asked customers who become loud and obnoxious to leave.

Stocked bar with beer, wine, liquor and related supplies such as ice, glassware, napkins, or straws.

## Education



### Prairie View A&M University
Bachelor's degree, Business, Management, Marketing, and Related Support Services
2012 - 2016

## Skills

**Customer Service**

**Time Management**

Show all 5 skills →





## James Kohler ⛊ He/Him · 3rd

 Purdue University

Professional Problem Solver

Indianapolis, Indiana, United States · Contact info

88 connections

**Message**    **+ Follow**    **More**

## About

April 2025 update:
I finally converted to full-time with BorgWarner! I am part of the corporate division helping out with IT operations at our two ITC campuses in Kokomo and Noblesville. Still streaming to Youtube and posting art as well.

## Activity

90 followers

**James Kohler** ⛊ · 3rd+
Professional Problem Solver
9mo · 🌐

I'm happy to share that I'm starting a new position as Associate IT Technician at BorgWarner!

Starting a New Position



2 · 3 comments

Show all posts →

## Experience



**Associate IT Technician**
BorgWarner · Full-time
Apr 2025 - Present · 10 mos
Noblesville, Indiana, United States · Hybrid

I assist at BorgWarner with Employee onboarding, equipment provisioning and tracking, mobile device provisioning, and on site technical support.



**Contract Technician**
TEKsystems · Contract
Jan 2023 - Apr 2025 · 2 yrs 4 mos
Noblesville, Indiana, United States

Joined the IT team for the NTC location for BorgWarner

🔶 Problem Solving and Computer Hardware



**Contract Technician**
Aptiv · Full-time
Jun 2021 - Aug 2022 · 1 yr 3 mos
Carmel, Indiana, United States

Assisted with orders of ECUs being shipped to automotive OEM customers. Ran checkout of hardware to test basic functionality using proprietary software from the customer.

🔶 Problem Solving



**Senior Service Desk Analyst**
Bell Techlogix, Inc. · Full-time
Mar 2018 - Jun 2021 · 3 yrs 4 mos
Greater Indianapolis

Provided 1st level help desk support to various clients. Support included: password reset, Office 365 support, mobile support, and RSA authentication token support.

🔶 Microsoft Office, Microsoft Intune and +4 skills



**Contract Employee**
Kelly Services
Mar 2017 - Mar 2018 · 1 yr 1 mo
Kokomo, Indiana, United States

Assisting the great folks at DuPont Pioneer in Windfall, IN with corn and soy bean test yields.

Show all 11 experiences →

## Education



**Purdue University**
Bachelor of Science, Computer Graphics Technology
2007 - 2011

Activities and societies: Game Developers United at Purdue

## Licenses & certifications



**IT Security: Defense against the digital dark arts**
Coursera
Issued Aug 2018
Credential ID DMHQ5DQWA6LY

Show credential ⬈



**System Administration and IT Infrastructure Services**
Coursera
Issued Jun 2018
Credential ID DXM7XAZ5BBJ7

Show credential ⬈

Show all 5 licenses & certifications →

## Skills

**Problem Solving**

 3 experiences across TEKsystems and 2 other companies

**Computer Hardware**

 2 experiences across TEKsystems and 1 other company

Show all 23 skills →

69

## Recommendations

**Received**    Given

 **Tyler Raper** · 3rd
ADAS/Infotainment Production Manager at Scout Motors Inc.
December 9, 2019, Tyler worked with James on the same team

I worked with James during his time at Trialon Corporation where we did ADAS testing together for many different OEM automotive companies. James is a quick learner was always up to learn about new technologies. Through our work we traveled on many occasions, completing our tests, and meeting company needs. He has excellent art and design skills as well. I think James would be an excellent addition to any company.

 **Thomas Grider** · 3rd
Design Engineer at ZKW LIGHTING SYSTEMS USA INC
May 9, 2012, Thomas and James studied together

James is a very talented artist, hard working, and reliable. He well versed in 3D modeling and texturing as well as traditional art, drawing, and digital painting. He is also well versed in the software applications Photoshop, Maya, and Illustrator. If you have a task that needs to be completed, you can count on James to get it done and done well.

## Courses

**Android Development for Beginners**

**Introduction to Java Programming**

## Interests

**Companies**    Groups

 **Robert Half**
4,627,536 followers

 + Follow

 **TEKsystems**
1,285,682 followers

+ Follow

Show all companies →

← **Experience**

 **Associate IT Technician**
BorgWarner · Full-time
Apr 2025 - Present · 10 mos
Noblesville, Indiana, United States · Hybrid

I assist at BorgWarner with Employee onboarding, equipment provisioning and tracking, mobile device provisioning, and on site technical support.

 **Contract Technician**
TEKsystems · Contract
Jan 2023 - Apr 2025 · 2 yrs 4 mos
Noblesville, Indiana, United States

Joined the IT team for the NTC location for BorgWarner

**Skills:** Problem Solving · Computer Hardware

 **Contract Technician**
Aptiv · Full-time
Jun 2021 - Aug 2022 · 1 yr 3 mos
Carmel, Indiana, United States

Assisted with orders of ECUs being shipped to automotive OEM customers. Ran checkout of hardware to test basic functionality using proprietary software from the customer.

**Skills:** Problem Solving

 **Senior Service Desk Analyst**
Bell Techlogix, Inc. · Full-time
Mar 2018 - Jun 2021 · 3 yrs 4 mos
Greater Indianapolis

Provided 1st level help desk support to various clients. Support included: password reset, Office 365 support, mobile support, and RSA authentication token support.

**Skills:** Microsoft Office · Microsoft Intune · Active Directory · RSA SecurID · Problem Solving · Computer Hardware

 **Contract Employee**
Kelly Services
Mar 2017 - Mar 2018 · 1 yr 1 mo
Kokomo, Indiana, United States

Assisting the great folks at DuPont Pioneer in Windfall, IN with corn and soy bean test yields.

 **Customer Care Specialist**
Volt
May 2016 - Aug 2016 · 4 mos
Texas

Provided phone, chat, and email support to Telus International for Google's Project Fi campaign.



### Customer Service Specialist
Best Buy
Oct 2015 - Jan 2016 · 4 mos
1403 S Reed Rd, Kokomo, IN 46902

Helped our local Best Buy get through the holiday rush. Helped keep our store's image clean and clear by assisting customers with their tech buying needs. Worked with a great team of hard working folks.



### Contract Technician
Trialon Corporation
Jul 2012 - Aug 2015 · 3 yrs 2 mos
Kokomo, Indiana, United States

Software Development (specifically writing Matlab scripts)
Hardware Assembly (putting together our data logging computers)
Systems Testing (operating test equipment/computers for test procedures)

updates for 2014:
Hardware testing (running calibration tests on radars used in cars to detect other vehices/pedestrians)
Radar Harness Assembly (Soldering pins according to diagram)



### Sales Clerk
USA Fireworks
Jun 2007 - Jul 2012 · 5 yrs 2 mos
Kokomo, Indiana, United States

Operation of cash register
Assisting customers with questions about products in store
Flexible about scheduling
Managed store without supervision



### Contract Playtester
Deep Silver Volition
Jun 2012 - Jun 2012 · 1 mo
Urbana-Champaign Area

Very brief opportunity to stick my nose into the Game Industry, and it was AMAZING. I was technically contracted by an employment agency, Spherion, but my end-client was Volition. I will not say what game I was play-testing, because I really don't know if the NDA I signed allows that.



**Volition's Elevator Landing**
They make cool games in here! :U



### Service Crew
Purdue University
May 2011 - Aug 2011 · 4 mos
West Lafayette, IN

Summer temp job with Purdue Building Service and Maintenance Crew at Cary Quadrangle
Assisted Full-Time staff with janitorial/repair needs of residence hall.



## James Wilson IV · 3rd
Quality Assurance Specialist at Square

Atlanta, Georgia, United States · Contact info

98 connections

**Message**    + Follow    More

 Square

The University of Texas at San Antonio

---

## About

Throughout my tenure in Customer & Technical Support, and recent venture into the world of Customer Success, I have been motivated to further my knowledge & skills so that I can be an asset to any client or customer that I work with. I have obtained training and support certification with companies such as Apple & Google in a passionate pursuit to become as strong of an asset as possible to any company that I am able to form a professional relationship with.

I am eager to further my career and would love to network with any interested parties!

---

## Featured

Document

KEY SKILLS

- Online Marketing & Sales
- SaaS Support & Troubleshooting
- Technical Support & Troubleshooting
- Website Support on eCommerce platform
- Live Product Demo (in-person & Online)
- Billing & Invoicing
- Online Networking
- Podcast Production & Hosting

SOFTWARE/HARDWARE

- Salesforce
- Zendesk
- QuickBooks
- iOS/Android
- Windows/Mac
- Microsoft Office
- IE/Firefox/Chrome

with the tools they need in order perform day-to-day operations from accounting, to managing bookings, & managing websites.
- Inform customers on how to search, enquire, book, and stay at any of our property management client's properties. In addition to management of escalated cases beyond the first line of traveler support.

CUSTOMER TECHNICAL SUPPORT/CUSTOMER SUCCESS SPECIALIST
Art Storefronts | 2017 - 2018

- Technical support by email, chat or by phone to assist customers with building websites on an eCommerce software platform.
- Live-streaming video conferences that provide a complete solution for marketing the client's products.

PROJECT FI TECHNICAL SUPPORT ADVISOR, TIER 2 TECHNICAL SUPPORT
Telus International @ Google | 2015 - 2016

- Research and resolve customer questions via email, phone and chat using a variety of software tools.
- Assist customers with escalated issues on leveraging geospatial technology for their businesses. Reviewed

**James Wilson 2019 Resume.pdf**
My current resume

---

## Activity

101 followers

**James Wilson IV** commented on a post · 11mo

They've got a great new part of their team now! Glad to see it Jae!

---

**Show all comments →**

## Experience



**Quality Assurance Specialist**
Square · Full-time
Jul 2019 - Present · 6 yrs 7 mos
Atlanta, Georgia

---



**Customer Techincal Support Specialist**
Vrbo
Oct 2018 - Jul 2019 · 10 mos
Austin, Texas

Provide first line support for professional property managers who operate their vacation rental businesses using SaaS programs. As well as impart these customers with the tools they need in order to perform day-to-day operations from accounting to managing bookings, & managing websites.

Inform customers on how to search, enquire, book, and stay at any of our property management client's properties. In addition to management of escalated cases beyond the first line of traveler support.

---



**Customer Technical Support / Customer Success Advisor**
Art Storefronts
May 2017 - Feb 2018 · 10 mos
Austin, Texas Metropolitan Area

Technical support by email, chat or by phone to assist customers with building websites on an eCommerce software platform. Live-streaming video conferences that provide a complete solution for marketing the client's products.

---



**Apple Online Store Support (Various Roles)**
Apple
Aug 2013 - May 2017 · 3 yrs 10 mos
Austin, Texas Metropolitan Area

Sales support by phone & email to offer a unique buying experience through in-depth discovery.
Determine customer needs to connect them with the appropriate advisors.
Live video setup tour of the Apple Watch to offer a detailed personalized experience with the device.
Provide a complete, personal store experience via chat through the entire order process of the Apple Online Store.

---



**Project Fi Support**
TELUS International
Aug 2015 - Jun 2016 · 11 mos
Austin, Texas Area

Research and resolve customer questions via email, phone and chat using a variety of software tools. Assist customers with escalated issues on leveraging geospatial technology for their businesses. Reviewed implementations in code and troubleshoot errors for the client.

Show all 8 experiences →

## Education



**The University of Texas at San Antonio**
Bachelor's degree, Political Science and Government
2006 - 2011

## Licenses & certifications



**Google Sheets Essential Training**
LinkedIn
Issued Oct 2020

Show credential ⬀

## Skills

**Microsoft Office**

**Customer Service**

 2 endorsements

Show all 23 skills →

## Recommendations

**Received**    Given



**Nicolas Fikac** · 3rd
Principal Designer at Gunfire Games
March 19, 2018, Nicolas managed James directly

James was the heart and soul of Game Over Video Games San Antonio location. He was a self starter and a great mentor to others on the team. I knew if I wasn't there in the store, I could count on him to make sure tasks were done above my standards. He was always eager to learn new sales techniques to apply them on his next shift. James is a one of those employees, if I ever had the opportunity to hire him again. I would do it without any doubt. If you are looking for a talented person to add to your team. James is the one, he will bring a great personality to the team along with a great work ethic.





## Jeffery Anderson · 3rd

Workflow Specialist at Tata Consultancy Services

Austin, Texas, United States · **Contact info**

**60** connections

**Message**    **+ Follow**    **More**

 **Tata Consultancy Services**

 **University of Wisconsin-River Falls**

## About

Extensive computer experience including using macOS 10+ Years, Windows 20+ Years, Microsoft Office, Audio Editing, light Video Editing, Podcast production

Specialties: Order Support, Supply Demand Execution, Podcasting (Audio), Podcasting (Video)

## Activity

60 followers

**Jeffery hasn't posted yet**

Recent posts Jeffery shares will be displayed here.

Show all activity →

## Experience


**Workflow Specialist**
Tata Consultancy Services
Sep 2018 - Present · 7 yrs 5 mos
Austin, Texas Metropolitan Area


**Information Technology Support Specialist at Kinnser Software**
Technology Navigators, Inc.
Apr 2018 - Jul 2018 · 4 mos
Austin, Texas Metropolitan Area

Use of proprietary tools to assist users by phone with issues with the software. Create cases for escalations and attach to issues. Familiar knowledge of Home Health Care documents.


**Allocation Execution Specialist at Apple**
Apex Systems
May 2017 - Apr 2018 · 1 yr
Austin

Use of SAP, and proprietary tools to ensure proper product allocation execution through the matching of supply and demand between multiple distribution sites while following direction provided by the SDM team. Solve routine problems independently and seek out specific direction on more complex problems. Blocks, Fogbugz, email communication, process documentation, Excel


**Sales Support Specialist at Apple**
PDS Tech, Inc.
Feb 2016 - Feb 2017 · 1 yr 1 mo
Austin, Texas

" Use of Kofax, SAP, and script tools to process incoming purchase orders from Education Institutions and bookstores from the United States and Canada, Blocks, Sonar, Fogbugz, email communication, credits, debits, returns, process documentation, mentoring
" Special handling of key accounts orders


**Chat Support Agent**
TELUS International
Aug 2015 - Feb 2016 · 7 mos
Austin, Texas Metropolitan Area

Use of Chrome OS, and case management tools to provide chat support for Google's Project Fi cellular service. Took two chats at a time. Used Google Docs, Hangouts.

Show all 11 experiences →

## Education


**University of Wisconsin-River Falls**
1998 - 2000

## Licenses & certifications

 **NMLS Licensed Loan Originator**
Issued Nov 2013

## Skills

**Call Center**

 2 endorsements

**OS X**

 2 endorsements

Show all 10 skills →

## Recommendations

**Received**    Given

 **Thomas Tostanoski** · 3rd
Technical Writer at Veeva Systems
September 2, 2010, Thomas was senior to Jeffery but didn't manage Jeffery directly

I was Jeffery's team lead for quite some time. He was a very responsible agent who was always willing to take on extra projects on top of his regular duties, like processing an inbox and working disaster recovery for another account.

Asking Jeffery to do something meant it got done. I highly recommend him for his work ethic and his warm personality.

## Interests

**Companies**    Schools

 **Tata Consultancy Services**
18,444,087 followers
+ Follow

 **Apex Systems**
1,991,425 followers
+ Follow

Show all companies →



## John Marchetti · 3rd

Residential Retention at Spectrum

Austin, Texas Metropolitan Area · Contact info

186 connections

[ Message ]  [ + Follow ]  [ More ]

Spectrum

Southwest Texas State University

## About

PROFESSIONAL SUMMARY

Accomplished real estate and sales/marketing professional with a track record in cultivating customer relationships and utilizing product and service expertise to generate increased sales and market awareness. Excels at building networks and strategic partnerships that support revenue growth. Acknowledged for talents in planning and executing marketing events. Skilled in developing innovative initiatives utilizing social network platforms to engage clients. Expert in developing and delivering informative and engaging presentations. Core competencies include:


 New Business Development
 Customer Service
 Call Center Operations
 Inbound & Outbound Sales
 Cold / Warm Calling
 Presentations
 Problem Solving
 Communication & Negotiation
 Deal Closer
 Overcoming Objections
 Analytical Research
 Market Penetration
 Sales & Marketing Strategy
 Competitive Intelligence
BBA, Finance, Southwest Texas State University, San Marcos, TX
TREC Real Estate Broker License (inactive)
Passed Safe MLO Test 85% Score NMLS License Id #1671802 (October 9, 2017)

80

## Activity

187 followers

**John hasn't posted yet**
Recent posts John shares will be displayed here.

Show all activity →

## Experience


**Residential Retention**
Spectrum
May 2018 - Present · 7 yrs 9 mos
Austin, TX


**Customer Support Representative in Google Project Fi division**
TELUS International
Dec 2017 - Feb 2018 · 3 mos
Austin, Texas Metropolitan Area


**CSR/RESEARCHER/ANALYST**
Harte Hanks
Sep 2014 - Oct 2017 · 3 yrs 2 mos
Austin, Texas Metropolitan Area

Trained for Blue Cross Blue Shield open enrollment for government employees and retirees.
Conducted inbound calls from customers to explain benefits of various health insurance programs.
Started as a revenue services rep, answering inbound calls from customers. Promoted to
Customer Hierarchy team to research Fedex database and align parent companies to subsidiaries.
Transferred at completion of CHT project to Fedex Customer Service account assisting domestic
customers' inquiries. Left to join mortgage industry upon completion of testing for MLO license.


Marchetti MLO Resume.docx


**Sr. Credit Consultant**
National Credit Federation
Oct 2013 - Oct 2014 · 1 yr 1 mo
Austin, TX

National Credit Federation is a nation-wide, membership based organization that specializes in restoring our
members' financial reputations through our network of experienced attorneys. If you have bad credit, no credit,
are paying too much in interest or finance charges, then we can help. My website is www.creditfixguru.com.
Please call me at 512-803-9999 for a no cost consultation to get your clients' credit back on track with our
attorney assisted credit restoration. My website has testimonials to let you see the service works with a money
back warranty.


**Business Services Representative**
Invenio Marketing Solutions
Aug 2012 - Nov 2013 · 1 yr 4 mos
Austin, Texas Metropolitan Area

Outbound sales of Charter Business prospects nationwide in the footprint of service. Cold call business, send quote to decision maker, follow up to persuade business to accept service and complete agreement. Follow up through construction and installation.

Show all 14 experiences →

## Education

 **Southwest Texas State University**
B. B. A, Finance
1976 - 1980

 **Jesuit High School of New Orleans**
Transferred, College Prep
1970 - 1972

Grade: 3.0

Activities and societies: Wresting, basketball

Accepted accelerated pre-freshman program. Family moved to Houston Jan 1973

## Skills

**Sales**

 Endorsed by Rick Endsley who is highly skilled at this

 11 endorsements

**Real Estate**

7 endorsements

Show all 17 skills →

## Interests

**Top Voices**   Companies   Groups   Schools

 **HH Sheikh Mohammed Bin Rashid Al Maktoum** 
We are building a new reality for our people, a new future for our children, and a new model of development
3,459,001 followers

+ Follow

 **Jeff Weiner** in · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,390,777 followers

+ Follow

Show all Top Voices →

## Causes

Civil Rights and Social Action • Economic Empowerment • Human Rights • Politics • Poverty Alleviation • Social Services



## Jonathan Vasquez · 3rd

Inside Sales at Barnsco Texas, Inc

Austin, Texas Metropolitan Area · Contact info

**187** connections

Barnsco Texas, Inc.

The University of Texas at Arlington

**Message**    **+ Follow**    **More**

## About

Seasoned professional with close to a decade of experience in the tech industry, specializing in technical writing, knowledge management, and customer service. Skilled in crafting user-friendly documentation for diverse audiences, I excel in ensuring clarity and ease of understanding.

In my recent role as a Knowledge Manager Assistant at CBIZ Network Solutions, LLC, I collaborated closely with subject matter experts, product owners, and business analysts to develop ServiceNow articles for new processes, contributing to the enhancement of the Edward Jones knowledge base. I also played a key role in converting over 300 technology knowledge base articles into a new table format, resulting in improved content accessibility and enhanced user experience across the organization.

Prior to this, as a Senior Technical Writer at TELUS International, I led a knowledge base enhancement project, updating and improving documentation for hundreds of Google Fi Wireless articles. I also spearheaded the optimization of recruitment and onboarding processes for new team members, enhancing operational efficiency.

With a Bachelor's degree in Business Administration and a strong skill set encompassing technical writing, document management, cross-functional collaboration, and customer relationship management, I am poised to make significant contributions to any team or organization. Let's connect to discuss potential collaborations or opportunities.

 **Top skills**

Knowledge Management • Technical Writing • Cross-departmental Communication • Information Technology • Customer Relationship Management (CRM)

→

## Activity
187 followers

Jonathan Vasquez reposted this    •••

**Barnsco Texas, Inc.**
3,823 followers
8mo • 🌐



Jonathan Vasquez ✔ • 3rd+    •••
Inside Sales at Barnsco Texas, Inc
1yr • 🌐

I'm happy to share that I'm starting a new position as Inside Sales at Barnsco Texas, Inc.!



Starting a New Position

👍 7 • 2 reposts

😊💚 18 • 3 comments

👍   💬   ↻   ➤           👍   💬   ↻   ➤

Show all posts →

## Experience

 **Barnsco Texas, Inc.**
Full-time · 1 yr 10 mos
Hutto, Texas, United States

● **Inside Sales**
Aug 2024 – Present · 1 yr 6 mos
On-site

● **Counter Sales**
Apr 2024 – Aug 2024 · 5 mos

 **Knowledge Management Assistant**
CBIZ Network Solutions, LLC · Full-time
Sep 2023 – Mar 2024 · 7 mos
United States · Remote
🔗 helped me get this job

85

● Collaborated closely with subject matter experts, product owners, and business analysts to develop ServiceNow articles for new processes, ensuring accurate and comprehensive documentation creation for the Edward Jones knowledge base.
● Contributed to converting 300+ technology knowledge base articles into a new table format, resulting in notable improvements in content accessibility, streamlined information retrieval, and enhanced user experience across the organization.
● Systematically addressed internal and self-service article concerns by promptly processing feedback from the helpdesk, home office, and branch associates, ensuring alignment with organizational standards and consistently meeting user needs.
● Proactively monitored articles scheduled to expire, ensuring timely updates and maintenance to keep information relevant and current.
● Engaged in beta testing of a technical writing course to assess and enhance course content and usability.

▽ Interpersonal Communication, Copy Editing and +18 skills

---



### Senior Technical Writer
TELUS International · Full-time
Dec 2016 - May 2023 · 6 yrs 6 mos
Austin, Texas, United States · Remote

● Spearheaded a knowledge base enhancement project with a team of five agents in Austin and Las Vegas, successfully updating and improving hundreds of Google Fi Wireless articles to ensure accurate and user-friendly documentation, improving team performance, and enhancing customer support.
● Collaborated with product support managers and engineers to implement new procedures and policies.
● Led cross-site meetings, orchestrating discussions on product updates and extracting valuable insights on emerging issues.
● Designed and implemented assessments and comprehensive Standard Operating Procedures (SOPs) to streamline the recruitment and onboarding process for new Tier 2 team members, ensuring optimal efficiency.
● Assisted in the establishment of a new Tier 2 team with an external vendor in Hyderabad by remote training.
● Recognized as the Employee of the Quarter for Q2 2019.

▽ Interpersonal Communication, Copy Editing and +38 skills

 

---



### Volt
Contract · 1 yr 6 mos
Austin, Texas, United States · On-site

### Subject Matter Expert
Jul 2016 - Dec 2016 · 6 mos

● As a Google Fi Subject Matter Expert, offered expert guidance and support by addressing complex queries and resolving issues for Tier 1 agents through chat and floor interactions, leading to enhanced agent performance and increased customer satisfaction.
● Demonstrated strong leadership skills by overseeing the floor during evening shifts, ensuring smooth operations, maintaining adherence to protocols, and effectively managing team members' auxiliary states.
● Guided the onboarding and training of new agents during the nesting phase by providing hands-on support, conducting end-of-day syncs, and facilitating their successful integration into the team.

▽ Customer Relationship Management (CRM), Troubleshooting and +9 skills

### Customer Service Representative
Jul 2015 - Jul 2016 · 1 yr 1 mo

86

● As a support specialist for Apple Store Online, successfully resolved order issues, addressed shipping concerns, and proactively identified solutions to expedite customer device delivery.
● Provided exceptional customer service by assisting customers during the Apple Watch launch, guiding them through the setup process, and ensuring a seamless user experience.
● Demonstrated strong problem-solving skills by effectively handling delayed or misdelivered shipments, checking inventory at local Apple Stores, and recommending in-store purchases to ensure customer satisfaction.
● Acted as a reliable point of contact for brick-and-mortar Apple Store employees, facilitating customer verification processes and collaborating with the Apple fraud department to maintain a secure environment.
● Nominated for Volt Employee of the Quarter for Q2 2016.

⬦ **Apple Products, Customer Relationship Management (CRM) and +5 skills**



### Universal Banker
Bank OZK · Full-time
Jan 2013 - Jul 2015 · 2 yrs 7 mos
Austin, Texas, United States · On-site

● Showcased strong leadership abilities as a floating teller, offering coverage for Austin area branch managers' absences, maintaining branch operations, and effectively leading teams to ensure a seamless customer experience.
● Maintained precise control over cash transactions, accurately handling deposits, withdrawals, money orders, and check cashing while adhering to strict regulatory guidelines and maintaining a high level of accuracy.
● Effectively managed the vault and cash inventory, maintaining accurate counts, monitoring cash drawer limits, and ensuring optimal cash flow for day-to-day operations, while minimizing discrepancies and errors.
● Compiled daily reports by meticulously organizing intricate statistical data, discerning critical trends for accurate analysis, and ensuring secure record management of customer data in strict adherence to regulations.

⬦ **Analytical Skills, Organization Skills and +5 skills**

## Education



### The University of Texas at Arlington
Bachelor of Business Administration - BBA, Marketing



### Navarro College
Associate of Science - AS, Business Administration

## Licenses & certifications

 **Aha! Product Management Professional Certificate**
Aha!
Issued Sep 2023

Show credential 🔗

---

 **Technical Writing: Quick Start Guides**
LinkedIn
Issued Sep 2023

Show credential 🔗

◇ Technical Writing

---

Show all 12 licenses & certifications →

## Skills

### Knowledge Management

 2 experiences across CBIZ Network Solutions, LLC and 1 other company

👥 2 endorsements

---

### Technical Writing

2 experiences across CBIZ Network Solutions, LLC and 1 other company

Technical Writing: Quick Start Guides

Endorsed by 3 colleagues at TELUS Digital

Show all 4 details →

---

Show all 47 skills →

## Publications

**Fall into Nature: 4 Trees to Plant in Central Texas This Season**
Hutto Living · Oct 1, 2023

Show publication 🔗

Discover the hidden gardening gem that is fall in Central Texas. Join my journey of trial and error with lemon trees, and embrace the fall season as the perfect time to add new life to your outdoor space.





## Joshua Martin  · 3rd

Technical Escalations Expert at ShipStation

Cedar Park, Texas, United States · Contact info

177 connections

**Message**    **+ Follow**    **More**

 Auctane

 Austin Community College

---

## About

Highly motivated, self driving, and inquisitive by nature. I strive to understand, and improve anything I work on. Always willing to lend a helping hand, and will go out of my way assist my colleagues.

---

## Activity

178 followers

Joshua Martin commented on a post • 2mo

Congratulations! 🎉

Joshua Martin commented on a post • 5mo

Congrats Whitney! 🎉

Joshua Martin commented on a post • 6mo

Congrats Brogan! 🎉

Show all comments →

## Experience



**Auctane**
Full-time · 3 yrs 4 mos

**Technical Escalations Expert T3**
Mar 2025 - Present · 11 mos

**Escalations sepcilist. T3**
Oct 2022 - Mar 2025 · 2 yrs 6 mos
Austin, Texas, United States · Hybrid

I currently work as a T3 escalations specialist for the Shipstation Platform. I act as both a go-between for the developers, merchants, eCommerce platforms, and troubleshooter for advanced customer/platform issues.

⬦ Constructive Feedback, Adaptation and +39 skills



**Enterprise Support Specialist**
ShipStation · Full-time
Aug 2021 - Oct 2023 · 2 yrs 3 mos
United States

⬦ Constructive Feedback, Tech-Savvy and +31 skills



**TELUS International**
Full-time · 4 yrs 8 mos

**Tier 2 Support specilist**
Oct 2017 - Jul 2021 · 3 yrs 10 mos
Austin, Texas Area

Assisted with the more unique issues that our users devices, service, and accounts would encounter.
Responsibilities include:
○ Complete ownership of escalated cases through its lifespan, routing relevant information to appropriate engineers, managers and legal teams while acting as the point of contact for the customer
○ Selected for various specialized teams to create/pilot new tools and services to changes in the product
○ Assigned to an advanced issue rescue team to handle issues not documented in support knowledge base
○ Chosen to handle customer escalations, security issues, fraud prevention and select legal cases
○ Provided support via email, chat system and Phone keeping strict SLAs
○ Responsible for supervisor escalations for front line support
○ Worked on a Tier-less team for specialized issue types
○ Trained new and existing staff for T1 and T2 positions
○ Produced management reports related to issue trends and case metrics
○ Create knowledge-base articles for new processes, service operating procedures, and update outdated troubleshooting instructions

⬦ Constructive Feedback, Adaptation and +28 skills

**Tier 1 support representative for Google Fi**
Dec 2016 - Oct 2017 · 11 mos
Austin, Texas Metropolitan Area

I work to make sure our customers get the help they need when they need it. My work in the first tier of support was to resolve any general issues a customer may have with their device or account, and triage any issue that would need to have a specialists attention.

◈ Constructive Feedback, Phone Etiquette and +15 skills

 **perishables representative**
HEB
May 2013 - Oct 2016 · 3 yrs 6 mos

◈ Soft Skills, English and +3 skills

## Education

 **Austin Community College**
Associate's degree, Engineering
2012 - 2015

◈ Tech-Savvy

## Skills

**Tech-Savvy**

 3 experiences across Auctane and 2 other companies

 Austin Community College

**Queue Management**

 3 experiences across Auctane and 2 other companies

Show all 58 skills →

## Interests

Companies    Schools

 **Google**
40,350,569 followers

+ Follow

 **Austin Community College**
129,567 followers

+ Follow

Show all companies →



## Justin Kenny

Technical Support, Tier 2 at Google Project Fi via Telus International

Austin, Texas, United States · Contact info


Google Project Fi via Telus International

 Connect    Message    More

---

## Activity

0 followers

**Justin hasn't posted yet**
Recent posts Justin shares will be displayed here.

Show all activity →

---

## Experience



**Technical Support, Tier 2**
Google Project Fi via Telus International
Jun 2018 - Present · 7 yrs 8 mos

---

## Licenses & certifications



**Anger Management**
LinkedIn
Issued Jul 2021

Show credential ⬈

---



**Being the Best You: Self-Improvement Modeling**
LinkedIn
Issued Jul 2021

Show credential ⬈

---

Show all 92 licenses & certifications →

## Skills

**Communication**

**Customer Service**

Show all 50 skills →



## Karthik Rao  He/Him · 3rd

SoC and Power Architect who designs next generation mobile devices

Austin, Texas, United States · **Contact info**

**500+** connections

Message    + Follow    More

 AMD

Georgia Institute of Technology

## About

I am an SoC architect with deep knowledge in Power Management at AMD. I design SoCs for next generation mobile platforms in various product categories. My expertise is in design, development, prototyping and optimizing power-performance-energy-thermals for a wide range of products. Academic background is in Computer Architecture, Control Theory, Power-Thermal-Performance analysis. Other areas of interest include Machine Learning, Robotics, Digital Signal Processing. I strongly believe in collaborative development and learning from people with expertise in disparate fields. Problem solving by building hybrid solutions and making them work is my best asset.

I have a PhD from Georgia Tech in the Electrical and Computer Engineering Department under the guidance of Dr. Sudhakar Yalamanchili and Dr. Yorai Wardi. In my spare time I work on modeling and control of high performance computing systems like multi-core processors, GPUs, embedded and cloud computing systems. I like to read about life histories of scientists and philosophers. I like to draw, play table tennis, watch/play football (soccer), listen to music, play the guitar and build to-scale plastic replicas.

## Featured



RaoKarthik_CompleteCV_Oct19.pdf

## Activity

1,103 followers

**Posts**  |  Comments



Karthik Rao reposted this

**Abhinav Vishnu** ✓ · 3rd+
Distinguished Engineer, Accelerated Compute ...
10mo · 🌐

I am looking for AI/ML Performance engineers with strong focus on GPU acceleration. Please reach out to me directly. https://lnkd.in/g2RcptVH.

Principal Performance...
careers.amd.com

👍💙 137 · 4 comments · 13 reposts



**Karthik Rao** ✓ · 3rd+
SoC and Power Architect who designs nex...
1yr · 🌐

Great opportunity for folks in India. Tejesh's team does excellent work on AMD's next gen SoCs

**Tejesh Ejanthkar** ✓ · 3rd+
Director, SoC Lead - Client/SemiCustom/Dat...

SoC (MicroArchitecture/RTL Integration/Low Power design/FrontEnd) openings 5-18 yrs in AMD HYD/BLR !!

👍 12

Show all posts →

## Experience



**AMD**
8 yrs

**Senior Member of Technical Staff - SoC Architect**
Full-time
Jun 2023 - Present · 2 yrs 8 mos
Austin, Texas, United States · On-site

Designing next generation mobile processors.

**Member of Technical Staff - Power Management Architect**
Full-time
Jun 2021 - Jun 2023 · 2 yrs 1 mo
Austin, Texas

**Sr. SDE - Power Management Architect**
Full-time

Feb 2019 - Jun 2021 · 2 yrs 5 mos
Austin, Texas

1) Working in Power Management Architecture - Advanced Algorithms Development.
2) Power and performance modeling of CPUs and GPUs
3) Pre-Silicon software and firmware prototyping
4) Post-Silicon feature bring-up

Show all 4 experiences →

 **Georgia Institute of Technology**
5 yrs 11 mos

**Graduate Student**
Jul 2012 - May 2018 · 5 yrs 11 mos
Atlanta, GA USA

Graduate Student in Electrical And Computer Engineering Department.

 **Computer Architecture and Systems Lab (CASL) Georgia Tech**
Computer Architecture and Systems Laboratory (CASL) is part of the NSF Industry University
Cooperative Research Center on Experimental Research in Computer Systems...

**Graduate Research Assistant**
Aug 2013 - Feb 2018 · 4 yrs 7 mos
Atlanta Metropolitan Area

1) I worked on applying control theoretic methods to computing systems, specifically SoCs.
2) The focus of my research was co-ordinated control of multiple components on a heterogeneous SoC. Building
fast, robust feedback controllers for complex computing systems is my strength.
3) I have worked on temperature regulation for multi-core processors using dynamic voltage frequency scaling.
4) My last research project in Georgia Tech was on energy optimization of 3D die-stacked processor memory
architectures.
5) I have also worked on modeling cloud computing systems similar to Hadoop so as to provide strict
mathematical guarantees on regulating the Quality of Service (QoS) metrics.

**Graduate Teaching Assistant**
Aug 2014 - Dec 2014 · 5 mos
Atlanta Metropolitan Area

I was one of the 3 TAs for Linear Systems and Control (ECE 6550). The course was taught by Dr. Magnus
Egerstedt. It was my first stint as a TA and the students enjoyed coming to office hours. The total class strength
was about 200 students including distance learning. I got an opportunity to lecture as well. I received lot of
appreciation for my efforts from the professor and the students alike.

 **Software Engineering Intern**
FutureWei Technologies
Jan 2016 - Aug 2016 · 8 mos
Santa Clara, California

1) I worked on the Android Open Source Project developing software controllers to optimize energy
consumption of a mobile device.
2) Along with my mentor Dr. Jun Wang, I developed a coordinated control scheme to minimize energy
consumption on a Nexus 6 smartphone while delivering required user level performance.
3) I gained experience with writing Linux kernel modules, shell and python scripts.
4) During the course of the internship, we submitted 3 patent applications and two research papers.

The first paper titled "Application-Specific Performance-Aware Energy Optimization on Android Mobile Devices" was published at HPCA 2017.

The second paper is titled "An Application-Specific Approach to Energy Optimization on Android Mobile Devices" was published at IEEE Transactions on Mobile Computing 2019.

 RaoKarthik_HPCALightningPres.pdf
Brief description of my HPCA 2017 work.

 **Application Support Engineer**
The MathWorks
May 2013 - Aug 2013 · 4 mos
Natick MA

Worked as Technical Support Engineer and supported Simulink products. I handled over 80 customer cases and achieved maximum customer satisfaction. The internship helped me develop professionally. It made me understand the importance of having a great product support team for the success of a company.

 **Systems Design Engineer**
Udupi Sri Krishna Technologies
Nov 2011 - Feb 2012 · 4 mos
Malleshwaram 15th cross, Bangalore

I designed circuit boards for industrial automation. I also worked on Texas Instruments DSP processors.

Show all 12 experiences →

# Education

 **Georgia Institute of Technology**
Doctor of Philosophy - PhD, Computer Engineering and Control Systems
2014 - 2018

My dissertation is titled "Coordinated Management of the Processor and Memory for Optimizing Energy Efficiency". I completed my PhD under Dr. Sudhakar Yalamanchili and Dr. Yorai Wardi.

My thesis focuses on applying formal control theoretic techniques to dynamically manage performance, energy and temperature of computing systems such as mobile devices and 3D die-stacked processor memory architectures.

 **Manipal Institute of Technology**
Bachelor of Engineering, Electronics and Communication
2007 - 2011

Grade: 9.8 / 10

Activities and societies: IEEE Student Branch

• 2nd highest CGPA in the department of Electronics and Communication.
• Won a circuit designing competition "Electrobuzz" and a PCB designing competition conducted by student division of Institute of Engineers, Electronics and Communication Engineering at the Manipal Institute of Technology, Manipal.
• Active Member of IEEE Student Chapter of Manipal Institute of Technology, Manipal.
• Served as Head of Robotics Group 2009 - 2010, IEEE Student Chapter, MIT, Manipal.
• Organized a national level Robotics Competition during "Tech-Tatva", a national level technical fest at MIT,

Manipal.
• Conducted several workshops on Robotics at MIT, Manipal.

Show all 4 educations →

## Projects

### Cache Coherence protocols
Nov 2013 - Present

Associated with Georgia Institute of Technology

1) Implemented multiple Cache Coherence protocols using C++
2) Tested the performance of each protocol in detail.

### Implementation of Tomasulo Algorithm
Oct 2013 - Present

Associated with Georgia Institute of Technology

1) Implemented the Tomasulo algorithm for Out Of Order Schedulers in multi-core processors.
2) Used C++ for coding.
3) Gained extensive exposure to using standard template libraries in C++.

Show all 8 projects →

## Skills

### Matlab
Endorsed by Abhishek Patil and 5 others who are highly skilled at this

Endorsed by 2 colleagues at AMD

31 endorsements

### Digital Signal Processors
Endorsed by 3 colleagues at Georgia Institute of Technology

19 endorsements

Show all 31 skills →

## Recommendations

**Received**    Given



**Leonardo Piga** · 3rd
Software Engineer at Meta
October 2, 2020, Leonardo was senior to Karthik but didn't manage Karthik directly

I worked with Karthik in many different projects at AMD. Karthik is a very creative engineer and has the ability to develop new solutions to complex problems, analyze the trade offs among them and implement the most appropriate one. His knowledge on control theory is impressive and very useful for the projects that we were working on power management. Karthik is also a team player and tries to keep the working environment light and enjoyable. I was a pleasure working with him and I hope out paths crosses again in future.



**Shomit Das** · 3rd
SoC Architect
January 31, 2019, Shomit worked with Karthik on the same team

I have collaborated with Karthik on various topics at AMD Research. He brings a clarity and vision to the project that is quite commendable. I have observed him excel at research related to his expertise in control theory, as well as adapt to topics outside his regular bread-and-butter. Given a problem statement, Karthik has demonstrated an uncanny ability to quickly formalize it, which is a testament to his structured approach towards a problem. I have no doubt Karthik will excel at any project he is involved in. If you are looking to hire Karthik, feel free to contact me for specific questions, and I will be happy to answer them.

Show all 6 received →

## Publications

**ROC power improvements through DF Pstate management**
AMD GTAC · Nov 18, 2021

Best Paper Award!!!

AMD GTAC is a rigorously reviewed, highly selective (~30% acceptance rate) technical conference conducted within AMD with participants across global locations.

Other authors



**Exploring core heterogeneity to improve lightly threaded workload performance**
AMD GTAC · Nov 10, 2020

AMD GTAC is a rigorously reviewed, highly selective (~30% acceptance rate) technical conference conducted within AMD with participants across global locations.

Other authors



Show all 9 publications →

## Patents

### Method and apparatus for temperature-gradient aware data-placement for 3d stacked drams

US 10,725,670 · Issued Jul 28, 2020

See patent

A system including a stack of two or more layers of volatile memory, such as layers of a 3D stacked DRAM memory, places data in the stack based on a temperature or a refresh rate. When a threshold is exceeded, data are moved from a first region to a second region in the stack, the second region having one or both of a second temperature lower than a first temperature of the first region or a second refresh rate lower than a first refresh rate of the first region.

### Setting Operating Points for Circuits in an Integrated Circuit Chip using an Integrated Voltage Regulator Power Loss Model

US 10,560,022 · Issued Feb 11, 2020

See patent

An apparatus includes an integrated circuit chip with a set of circuits having two or more subsets of circuits; an external voltage regulator separate from the integrated circuit chip; two or more integrated voltage regulators on the integrated circuit chip that each provide an input voltage to a respective subset of the circuits; and a controller. The controller determines, using an integrated voltage regulator power loss model, an electrical power loss for the integrated voltage regulators for a first combination of operating points for the subsets of the circuits. The controller then determines, based on the electrical power loss, a second combination of operating points for the subsets of the circuits that includes an adjustment to an operating point for at least one of the subsets of the circuits that compensates for an electrical power loss of the corresponding integrated voltage regulator. The controller sets an operating point of each of the subsets of the circuits based on the second combination of operating points.

**Other inventors**



Show all 7 patents →

## Courses

### Advanced Computer Architecture

ECE 6100

Gr Associated with Georgia Institute of Technology

### Advanced DSP

ECE 6250

Gr Associated with Georgia Institute of Technology

Show all 11 courses →

## Honors & awards

### Best Paper Award GTAC 2021
Nov 2021

 Associated with AMD

AMD GTAC is a rigorously reviewed, highly selective (~30% acceptance rate) technical conference conducted within AMD with participants across global locations.

### AMD Spotlight Award
Oct 2021

 Associated with AMD

AMD Spotlight Award for contributions on debugging Deep Sleep states.

Show all 5 honors & awards →

## Languages

### English
Native or bilingual proficiency

### Hindi
Full professional proficiency

Show all 5 languages →

## Organizations

IEEE

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Lex Fridman** in · 3rd
Research Scientist, MIT
1,744,164 followers

 + Follow

**Scott Galloway** in · 3rd
Professor of Marketing, NYU Stern | Bestselling Author | Founder, Section | Host #ProfGPod, #PivotPodcast
866,926 followers

+ Follow

Show all Top Voices →

## Causes

Arts and Culture • Education • Health • Politics • Science and Technology



## Katie Breese ✓ · 3rd

Customer Success Manager & E-Commerce Specialist | SaaS | CRM | Growth

Austin, Texas, United States · Contact info

**500+** connections

 Texas State University

[ **Message** ]  [ + **Follow** ]  [ **More** ]

**Open to work**
Ecommerce Specialist, Influencer Marketing Specialist and Customer Success Manager roles
Show details

## About

I'm passionate about helping businesses grow by making their customers successful. Over the past several years, I've partnered with enterprise clients in SaaS, retail, and hospitality to drive adoption, strengthen retention, and uncover new opportunities for growth. I love being the bridge between clients and product—translating needs into solutions and ensuring every interaction delivers value.

Alongside my customer success background, I bring a strong foundation in retail and e-commerce operations, giving me a well-rounded view of how businesses connect with their customers both online and offline. Whether it's managing accounts with HubSpot, guiding a client through onboarding, or building long-term partnerships, my focus is always the same: create seamless experiences that help customers (and companies) thrive.



## Activity

523 followers

**Posts**    Comments

Katie Breese reposted this    •••

**Luis Perales** ✓ • 3rd+
Certified Salesforce Administrator and Operati...
1mo • 🌐

Hey everyone! I'm currently seeking a new role in the #Salesforce space and I'd appreciate your support. If there are any opportunities in the #Austin area or you would like to catch up, feel free to shoot me a message or comment down below and I'd love to connect. #opentowork

Little about me & what I'm looking for:
📍 I'm a Certified Salesforce Administrator and Operations professional who resides in Austin, Texas
💼 With over 4 years of Administration and operational experience, I specialize in streamlining business processes, automations, data integrity and accuracy, system configuration, and handle user training ...more

👍❤️ 37 • 6 comments • 9 reposts

**Katie Breese** ✓ • 3rd+
Customer Success Manager & E-Commer...
2mo • Edited • 🌐

Unfortunately my time at Lumistry has come to an end. I'm still feeling optimistic and looking forward to the next chapter in my career. I'm open to Customer Success Manager positions, e-commerce or anything related. I'm looking for a team that I can excel with and a company that aligns with my values. Please reach out for any opportunities and thank you all!

#opentowork #movingforward #CSM

👍 12 • 2 comments • 4 reposts

Show all posts →

## Experience

**Customer Support Specialist**
Lumistry · Full-time
Oct 2024 - Nov 2025 · 1 yr 2 mos
Austin, Texas, United States · Hybrid

⬥ Client Onboarding, Written Communication and +6 skills

**Indeed.com**
Full-time · 4 yrs
Remote

### Senior Client Success Specialist II, Enterprise
Sep 2021 - Jun 2024 · 2 yrs 10 mos

I help people get jobs. Help retain and a grow a $1 million book of business of top Retail & Hospitality Enterprise clients while consistently meeting or exceeding retention targets. Leverage data-driven insights to deliver presentations, execute high-performing solution plans, and provide
performance optimization recommendations. Collaborate with partner teams regarding client solutions. Educate, train and provide support for the Indeed ecosystem of products to clients. Utilize Salesforce to manage all client data. Occasionally travel to visit clients onsite for QBR's or new product training using Google Suite or MS Office. Possess strong problem solving, verbal and written communication skills.

⬦ Microsoft Excel, Customer Engagement and +34 skills

### Senior Client Success Specialist, Enterprise
May 2021 - Sep 2021 · 5 mos

⬦ Microsoft Excel, Customer Engagement and +33 skills

### Hiring Specialist II
Jul 2020 - May 2021 · 11 mos
Austin, Texas, United States

Managed SMB clients and assisted them with their full cycle hiring needs. I was a recruiter for the client and would update candidates on their status from beginning to the end of the interview process. Negotiated employment offers between candidates and the client.

⬦ Microsoft Excel, Customer Engagement and +21 skills



### Service Experience Specialist
Nordstrom
Oct 2019 - Jun 2020 · 9 mos
Austin, Texas

Delivered exceptional, customer-first service by assisting with in-store transactions, order pickups, returns and exchanges, while resolving complex issues with professionalism and care. Leveraged in-store technologies to enhance the shopping experience and troubleshoot technical concerns, ensuring seamless service across channels. Supported retail operations by processing merchandise, assisting with inventory organization, and coordinating in-store events and RSVPs. Collaborated with stylists and cross-functional teams to personalize service, build strong customer relationships and promote loyalty rewards programs.

⬦ Executive Visibility, Critical Thinking and +5 skills



### Project Manager
Demand Lighting
May 2019 - Oct 2019 · 6 mos
Austin, Texas Metropolitan Area

Managed sales and project data using Salesforce, ensuring accurate documentation and timely communication with vendors and stakeholders. Worked across teams to meet project deadlines. Sorted through eligible bids.

⬦ Microsoft Excel, Executive Visibility and +10 skills



**Business Support Representative**
Spectrum Business
Jan 2018 - May 2019 · 1 yr 5 mos
Austin, Texas

Handled high volume of inbound calls from small to medium business customers. Reviewed business accounts and assisted with any billing questions. Entered sales orders into the system.

🜲 Critical Thinking, Conflict Resolution and +7 skills

---

Show all 14 experiences →

---

## Education



**Texas State University**
Bachelor of Arts (B.A.), Mass Communication: Public Relations
2011 - 2014

Activities and societies: Texas State Diamond Sweethearts, Texas State Public Relations Society of America



**Kishwaukee College**
2010 - 2011

Activities and societies: Kishwaukee Softball Team

---

## Skills

**Talent Management**

 2 experiences across Status Labs and 1 other company

---

**Human Resources (HR)**

 3 experiences at Indeed.com

---

Show all 88 skills →

---

## Recommendations

Received     Given

---

**Nothing to see now**
Recommendations that Katie receives will appear here.



← **Experience**



**Customer Support Specialist**
Lumistry · Full-time
Oct 2024 - Nov 2025 · 1 yr 2 mos
Austin, Texas, United States · Hybrid

**Skills:** Client Onboarding · Written Communication · Software as a Service (SaaS) · Client Relations · Customer Success · Customer Relationship Management (CRM) · Advertising · Ad Serving



**Indeed.com**
Full-time · 4 yrs
Remote

**Senior Client Success Specialist II, Enterprise**
Sep 2021 - Jun 2024 · 2 yrs 10 mos

I help people get jobs. Help retain and a grow a $1 million book of business of top Retail & Hospitality Enterprise clients while consistently meeting or exceeding retention targets. Leverage data-driven insights to deliver presentations, execute high-performing solution plans, and provide
performance optimization recommendations. Collaborate with partner teams regarding client solutions. Educate, train and provide support for the Indeed ecosystem of products to clients. Utilize Salesforce to manage all client data. Occasionally travel to visit clients onsite for QBR's or new product training using Google Suite or MS Office. Possess strong problem solving, verbal and written communication skills.

**Skills:** Microsoft Excel · Customer Engagement · Business Reviews · Client Onboarding · Landing Pages · Executive Visibility · Human Resources (HR) · Critical Thinking · Written Communication · Onboarding · Business Relationship Management · Public Speaking · Relationship Development · Conflict Resolution · Growth Strategies · Data Analysis · Web Analytics · Software as a Service (SaaS) · Client Relations · Customer Success · Data Analytics · Recruiting · Product Service · Quality Reviews · Team-focused · Customer Relationship Management (CRM) · Customer Retention · Skilled Multi-tasker · Analytical Skills · Applicant Tracking Systems · Relationship Building · Customer Interaction · Pay Per Click (PPC) · CRM Software · Product Adoption · Problem Solving

**Senior Client Success Specialist, Enterprise**
May 2021 - Sep 2021 · 5 mos

**Skills:** Microsoft Excel · Customer Engagement · Business Reviews · Client Onboarding · Landing Pages · Executive Visibility · Human Resources (HR) · Critical Thinking · Written Communication · Onboarding · Business Relationship Management · Public Speaking · Relationship Development · Conflict Resolution · Growth Strategies · Data Analysis · Web Analytics · Software as a Service (SaaS) · Client Relations · Customer Success · Data Analytics · Recruiting · Product Service · Quality Reviews · Team-focused · Customer Relationship Management (CRM) · Customer Retention · Skilled Multi-tasker · Analytical Skills · Applicant Tracking Systems · Relationship Building · Customer Interaction · CRM Software · Product Adoption · Problem Solving

**Hiring Specialist II**
Jul 2020 - May 2021 · 11 mos
Austin, Texas, United States

Managed SMB clients and assisted them with their full cycle hiring needs. I was a recruiter for the client and would update candidates on their status from beginning to the end of the interview process. Negotiated employment offers between candidates and the client.

**Skills:** Microsoft Excel · Customer Engagement · Executive Visibility · Human Resources (HR) · Interviewing · Critical Thinking · Written Communication · Business Relationship Management · Public Speaking · Relationship Development · Negotiation · Software as a Service (SaaS) · Client Relations · Recruiting · Product Service · Team-

focused · Customer Relationship Management (CRM) · Applicant Tracking Systems · Relationship Building · Customer Interaction · CRM Software · Product Adoption · Problem Solving



### Service Experience Specialist
Nordstrom
Oct 2019 - Jun 2020 · 9 mos
Austin, Texas

Delivered exceptional, customer-first service by assisting with in-store transactions, order pickups, returns and exchanges, while resolving complex issues with professionalism and care. Leveraged in-store technologies to enhance the shopping experience and troubleshoot technical concerns, ensuring seamless service across channels. Supported retail operations by processing merchandise, assisting with inventory organization, and coordinating in-store events and RSVPs. Collaborated with stylists and cross-functional teams to personalize service, build strong customer relationships and promote loyalty rewards programs.

**Skills:** Executive Visibility · Critical Thinking · Conflict Resolution · Client Relations · Team-focused · Customer Interaction · Problem Solving



### Project Manager
Demand Lighting
May 2019 - Oct 2019 · 6 mos
Austin, Texas Metropolitan Area

Managed sales and project data using Salesforce, ensuring accurate documentation and timely communication with vendors and stakeholders. Worked across teams to meet project deadlines. Sorted through eligible bids.

**Skills:** Microsoft Excel · Executive Visibility · Written Communication · Relationship Development · Conflict Resolution · Negotiation · Client Relations · New Business Development · Team-focused · Relationship Building · Customer Interaction · CRM Software



### Business Support Representative
Spectrum Business
Jan 2018 - May 2019 · 1 yr 5 mos
Austin, Texas

Handled high volume of inbound calls from small to medium business customers. Reviewed business accounts and assisted with any billing questions. Entered sales orders into the system.

**Skills:** Critical Thinking · Conflict Resolution · Client Relations · Team-focused · Customer Relationship Management (CRM) · Customer Interaction · CRM Software · Product Adoption · Problem Solving



### Inside Sales Representative
Main Street Hub
Apr 2017 - Dec 2017 · 9 mos
Austin, Texas

Worked with small businesses nationwide. Sold solutions with a consultative approach in a high activity, high energy environment. Built and managed my pipeline from cold calling to close in Salesforce.com. Developed top performer sales skills with training and mentorship programs. Thrived with the support of my teammates in daily/weekly meetings and fun team challenges.

**Skills:** Executive Visibility · New Business Development · Team-focused · Customer Relationship Management (CRM) · Customer Interaction · CRM Software



### Technical Service Representative
TELUS International
Aug 2016 - Mar 2017 · 8 mos
Austin, Texas

Handled inbound customer service inquiries in a timely and accurate fashion. Supported and troubleshooted issues that customers have with Project Fi on their Google phones. Improved call management database efficiency by changing and updating contact information.

**Skills:** Conflict Resolution · Product Service · Team-focused · Customer Interaction · CRM Software · Product Adoption · Problem Solving



### Customer Service Specialist/ Mac Expert
Apple
Jul 2015 - Jul 2016 · 1 yr 1 mo
Austin, Texas Metropolitan Area

Assisted customers with pre-sales product and compatibility questions in a solution-sales environment, creating world-class shopping experience for Apple Retail, Consumer, Education, and Business customers.

**Skills:** Critical Thinking · Conflict Resolution · Product Service · Team-focused · Customer Interaction · CRM Software · Product Adoption



### Public Relations Manager
Status Labs
Jan 2015 - Jun 2015 · 6 mos
Austin, Texas Metropolitan Area

Responsible for creating strategic public relation strategies to help our clients communicate with key stakeholders. We help clients engage audiences with compelling content to create emotional experiences that drive participation and sales. Whether you want to roll out a new product, manage a politician's image, or just increase your general media footprint, we offer creative solutions tailored to your needs.

Client industries include:
- Tech
- Hospitality
- Auto
- Fashion
- Financial
- Real Estate

**Skills:** Executive Visibility · Critical Thinking · Written Communication · Public Speaking · Relationship Development · Negotiation · Talent Management · Team-focused · Customer Interaction



### Social Media Intern
Hemlets
Sep 2014 - Jan 2015 · 5 mos
Austin, Texas Area

Social media intern for a fashion start up. Responsible for blogging and the Twitter account. Worked individually and in a team environment to promote the Hemlets brand and drive sales.

**Skills:** Team-focused

### Marketing/Promotions Intern
Texas State Athletic Department
Aug 2013 - Jun 2014 · 11 mos
San Marcos, Texas

Promoted Texas State Athletics by using social media, working events in the quad and interacting with students throughout campus. Wrote press releases, used Microsoft Excel, edited the Texas State Athletic's website, used InDesign and Photoshop for various office tasks. Arranged game day operations for: football, basketball, soccer, volleyball, baseball and softball. Operated music and digital graphics for softball and baseball games. Was in charge of booking national anthem singers and other entertainment for various athletic events. Worked promotions and fan relations during athletic events.

**Skills:** Talent Management · Team-focused



### Public Relations Intern

Hays County Food Bank

Jan 2013 - May 2013 · 5 mos

San Marcos, Texas

Worked with the Community Relations Coordinator and Event/Media Coordinator to execute fundraising campaigns. Helped plan and organize the events Crop Walk and Bowling for Hunger. Wrote blogs for the website. Used social media to promote upcoming events and fundraisers. Recorded and acknowledged donor relations.

**Skills:** Team-focused

112



## Lacey Wynkoop · 3rd

Technical Support Representative

Bangor, Maine, United States · Contact info

214 connections

Message   + Follow   More

 Covenant Health Care System

 Indian Hills Community College

**Open to work**
Customer Relations Specialist, Customer Service Representative, Analyst and Technical Support Analyst roles
Show details

## About

I have a diverse professional background ranging from Cyber Security Analyst to Master Control Operator in TV to Tech Support Specialist and Analyst. My experience and drive to help others would make me a great fit for any service driven and customer facing opportunities. I look forward to building long lasting and fruitful business relationships and making every interaction a win-win for everyone involved!

## Activity

212 followers

Posts   Comments

**Lacey hasn't posted yet**
Recent posts Lacey shares will be displayed here.

Show all posts →

## Experience


**Electrocardiograph Technician**
Covenant Health Care System
Mar 2025 - Present · 11 mos


**Cardiopulmonary CNA**
St Joes Hospital
Sep 2023 - Present · 2 yrs 5 mos
Bangor, Maine, United States


**Travel cna**
Norton Healthcare
Jan 2023 - Sep 2023 · 9 mos


**TELUS International**
Full-time · 2 yrs 11 mos
Austin, Texas Metropolitan Area

**Information Services Analyst (Remote WFH)**
Nov 2018 - Mar 2021 · 2 yrs 5 mos

I am the first line of support for customers with Google Project Fi carrier service
Assist customers with activating phone service
Troubleshoot cell service and supported Project Fi devices/services
Manage and update billing information with customer
Introduce and explain Google Fi to Customers
First face of Google Fi services and informing projected customers why Fi would be a great fit for their needs

**Technical Support Representative**
May 2018 - Nov 2018 · 7 mos

Troubleshoot devices and issues specific to Google Fi services and supported devices of Android and iOS

Manage and update customer's billing information

Staying up to date with Google trainings and Google specific device knowledge and trainings


**Customer Care Representative**
ACT
Mar 2017 - Jan 2018 · 11 mos
Iowa City-Cedar Rapids Area

Rectify issues with college not receiving ACT scores
Resolving payment and billing issues
Made reasonable procedure exceptions to accommodate unusual customer requests
Collected customer feedback and made process changes to exceed customer satisfaction goals.
Use programs such as Oracle, e-business, SAP, touch base with Salesforce

Show all 17 experiences →

114

## Education



**Indian Hills Community College**
Associate of Applied Science, Digital Forensics
2009 - 2011

Activities and societies: *President of Digital Forensics Club
*Member of Forensics Club
*Member of Student Senate

## Volunteering



**Volunteer**
Clarence Nursing Home
Mar 1999 - Mar 2007 · 8 yrs 1 mo

My sisters and I would go in every day during the summer and a few times a week during the school year. We would start out by giving morning snack cart, morning exercises, then wheel them to lunch, then end the day with a social circle and a game.

## Skills

**Windows**

 2 endorsements

**Microsoft Office**

 1 endorsement

Show all 20 skills →

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Lacey receives will appear here.

115





## Lisa Perez She/Her
Customer Support

Pflugerville, Texas, United States · Contact info

8 connections

**Connect**   Message   More

 Fern Bluff Elementary School

 San Jacinto College

## Activity
8 followers

**Lisa hasn't posted yet**
Recent posts Lisa shares will be displayed here.

Show all activity →

## Experience



**Education Assistant**
Fern Bluff Elementary School
Sep 2024 - Present · 1 yr 5 mos
Round Rock, Texas, United States



**Customer Service Representative**
Tesla
Mar 2023 - Apr 2024 · 1 yr 2 mos
Austin, Texas, United States

Ensure customer satisfaction. Be capable of developing a good understanding of customers' needs to diagnose and fix their issues. Demonstrate interpersonal skills and is able to provide empathy for customer's situations. Assist users with general inquiries, warranty/contract questions, service information, technical issues, RMA process and billing inquiries. Respond appropriately to customer escalations. Triage Support Queue for routing to the appropriate department. Work with other agents to resolve or properly close help tickets. Mentor new employees. Have ability and willingness to tend to any other task as assigned.



**Customer Experience Team - Audio Agent**
ZP Better Together · Full-time
Sep 2021 - Feb 2023 · 1 yr 6 mos
Austin, Texas, United States · On-site

117

Phones, emails and chats

Ensure excellent customer satisfaction with excellent customer service skills.

Assist customers and potential customers with general inquiries, product support, service information, order processing and technical issues in diverse technology environments.

Triage Support Queue for routing to Non Audio, Tier 2 or Supervisor queue.

Be capable of developing a good understanding of customer's needs and how to diagnose and fix their issues.

Demonstrate interpersonal skills and is able to provide empathy for customer's situations.

Having ability and willingness to tend to any other task as assigned.

Willingness to learn ASL and Deaf culture to better communicate with the majority of staff and/or customers as needed.


**Delivery Driver**
Self-employed
Jul 2020 - Sep 2021 · 1 yr 3 mos
Austin, Texas Metropolitan Area

UberEats & Door Dash


**Esthetician student**
Paul Mitchell Schools · Full-time
Jan 2020 - Jul 2020 · 7 mos
Austin, Texas

Show all 11 experiences →

## Education


**San Jacinto College**
Associate of Arts - AA
May 2005

## Interests

**Companies**    Schools


**San Jacinto College**
90,918 followers

+ Follow


**Fern Bluff Elementary School**
5 followers

+ Follow



# Experience



**Education Assistant**

Fern Bluff Elementary School

Sep 2024 - Present · 1 yr 5 mos

Round Rock, Texas, United States



**Customer Service Representative**

Tesla

Mar 2023 - Apr 2024 · 1 yr 2 mos

Austin, Texas, United States

Ensure customer satisfaction. Be capable of developing a good understanding of customers' needs to diagnose and fix their issues. Demonstrate interpersonal skills and is able to provide empathy for customer's situations. Assist users with general inquiries, warranty/contract questions, service information, technical issues, RMA process and billing inquiries. Respond appropriately to customer escalations. Triage Support Queue for routing to the appropriate department. Work with other agents to resolve or properly close help tickets. Mentor new employees. Have ability and willingness to tend to any other task as assigned.



**Customer Experience Team - Audio Agent**

ZP Better Together · Full-time

Sep 2021 - Feb 2023 · 1 yr 6 mos

Austin, Texas, United States · On-site

Phones, emails and chats

Ensure excellent customer satisfaction with excellent customer service skills.

Assist customers and potential customers with general inquiries, product support, service information, order processing and technical issues in diverse technology environments.

Triage Support Queue for routing to Non Audio, Tier 2 or Supervisor queue.

Be capable of developing a good understanding of customer's needs and how to diagnose and fix their issues.

Demonstrate interpersonal skills and is able to provide empathy for customer's situations.

Having ability and willingness to tend to any other task as assigned.

Willingness to learn ASL and Deaf culture to better communicate with the majority of staff and/or customers as needed.



**Delivery Driver**

Self-employed

Jul 2020 - Sep 2021 · 1 yr 3 mos

Austin, Texas Metropolitan Area

UberEats & Door Dash



**Esthetician student**

Paul Mitchell Schools · Full-time

Jan 2020 - Jul 2020 · 7 mos

Austin, Texas



**Customer Service Representative/Google Fi and Google Disability Support**

TELUS International · Full-time

Nov 2017 - Jan 2020 · 2 yrs 3 mos

Austin, Texas

Phones, emails, chats, and social media.

Ensure excellent customer satisfaction and excellent customer service skills.

Assist users with general inquiries, product support, service information, order processing and technical issues in diverse technology environments.

Respond appropriately to customer escalations.

Triage Support Queue for routing to Tier 2, Partner, or Department.

Work with other agents to resolve or properly close help tickets.

Manage an individual ticket queue.

Be capable of developing a good understanding of customer's needs and how to diagnose and fix their issues.

Demonstrate interpersonal skills and is able to provide empathy for customer's situations.

Having ability and willingness to tend to any other task as assigned.



**Nanny**

Gossett Family · Full-time

Mar 2017 - Nov 2017 · 9 mos

Temporary position to help out family friend.



**Customer Service Representative/Google Hardware**

TELUS International · Full-time

Nov 2016 - Feb 2017 · 4 mos

Austin, Texas



**Full time student LVN program**

Career Point College · Full-time

Jan 2016 - Oct 2016 · 10 mos

Austin, Texas

Was unable to finish because school closed unexpectedly.



**Bookkeeper/Office Manager**

Springhill Restaurant · Full-time

May 2010 - Jul 2015 · 5 yrs 3 mos

Pflugerville, Tx



**Office Assistant/Bookkeeper/Tax Prep**

Blakeslee Monzingo & Co · Full-time

Feb 2008 - May 2010 · 2 yrs 4 mos

Pflugerville, Texas



## Marjory Gregory · 3rd
Data Analyst IV

Austin, Texas, United States · Contact info

37 connections

**Message**  **+ Follow**  **More**

Kettering College

**Open to work**
Team Lead and Data Analyst roles
Show details

## About

Dedicated Data Analyst with extensive experience in maintaining and analyzing data using tools such as SQL, Excel, and business forecasting. Skilled in Project Management and serving as an Onboarding Coordinator, recognized as a Subject Matter Expert. Proven track record in resolving complex IIS issues. Collaborates with government and federal agencies to create accurate and confidential monthly reports for state management and the CDC. My strategic approach and technical proficiency have driven operational excellence and data integrity across projects, significantly improving data handling protocols and compliance standards.

## Activity

37 followers

**Marjory Gregory** commented on a post • 2w

Congratulations! 🎉

**Marjory Gregory** commented on a post • 2w

Congratulations and 2026 is already waiting on all your successful endeavors 🙏

**Show all comments →**

## Experience



**IIS Data Analyst IV**
Texas Department of State Health Services · Full-time
Apr 2021 - Present · 4 yrs 10 mos
Austin, Texas, United States · Hybrid

Analysis raw data and measure the table's function by running multiple queries, creates parameter for State of Texas Health System and CDC.
Create Ad Hoc, monthly and quarterly reports formatted the report layout for the requirement using HL7 and CDC guidelines. Deploy the developed reports on to the server for the end users. Create Standard Operating Procedure for implementing new testing and path testing for application.
Download data from FTP sites and compare with Oracle SQL , Tableau and Soap UI data by extracting, and merging from different tables.

⬦ Data Management, Microsoft Excel and +35 skills



**Review Analyst**
Accenture · Full-time
Jan 2018 - May 2021 · 3 yrs 5 mos
Austin, Texas, United States · Hybrid

Conducted beta testing for YouTube environment before public release
Investigated and resolved content and safety issues
Ensured compliance with client and government policies
Performed geo-mapping and blocked IP addresses for high-security clients
Managed safety concerns in compliance with social media engagement policies
Worked with the High Touch security team to reinstate hacked accounts

⬦ Data Management, Statistical Data Analysis and +16 skills



**Tier 2 Technical Support - SME**
TELUS International · Full-time
Sep 2016 - Jan 2018 · 1 yr 5 mos
United States · On-site

Led network improvement and beta testing for the launch of Google Fi Phone
Managed patch and recovery updates for Android OS and Google OS
Resolved G-Suite and corporate networking integration issues
Enhanced system performance by identifying and eliminating operational gaps and software bugs
Documented and diagnosed cellular network troubleshooting procedures

⬦ Testing, Databases and +9 skills

## Education

 **Kettering College**
Associate's degree, Surgical Technology/Technologist
Jan 2000 - Jun 2001

 **Azure Bootcamp**

◇ Cloud Infrastructure, Data Migration and +3 skills

## Skills

**Medical Claims**

 IIS Data Analyst IV at Texas Department of State Health Services

**Coding Experience**

 3 experiences across Texas Department of State Health Services and 2 other companies

Show all 45 skills →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Laysha Ward**  · 2nd
Author, C-Suite Leader, Board Member and
Speaker. Order my book "Lead Like You Mean It -
Lessons on Integrity and Purpose From The C-
Suite." Grab your copy from my website below ⬇️
491,694 followers

＋ Follow



## Marysha Thomas

 HomeDeliveryLink, Inc.

Dispatcher at HomeDeliveryLink, Inc.

Round Rock, Texas, United States · **Contact info**

**4 connections**

**Connect**    **Message**    **More**

---

## Activity

4 followers

**Marysha hasn't posted yet**
Recent posts Marysha shares will be displayed here.

Show all activity →

---

## Experience

 **Dispatcher**
HomeDeliveryLink, Inc. · Full-time

 **Dispatcher**
FinalMile Consulting (A Fractal Company) · Full-time
Feb 2025 - Present · 1 yr
Pflugerville, Texas, United States · On-site

◈ Customer Relationship Management (CRM), Administration and +4 skills

 **Customer Service Representative**
TELUS · Full-time
Apr 2018 - Jul 2020 · 2 yrs 4 mos
Austin, Texas, United States · On-site

Answering Inbound Calls regarding Google fi phone questions. Troubleshooting steps with customers. - Sending emails to solve the problem if need be. Helping customer order a never device.

- Going over billing and helping the customer understand their bill and the plan they are in.

◈ Inbound Sales, Cash Handling and +4 skills

124



## Skills

**Data Analysis**

Dispatcher at FinalMile Consulting (A Fractal Company)

**Administration**

Dispatcher at FinalMile Consulting (A Fractal Company)

Show all 8 skills →

## Interests

**Companies**

FinalMile Consulting (A Fractal Company)
5,615 followers
+ Follow

HomeDeliveryLink, Inc.
1,461 followers
+ Follow

Show all companies →



# Matthew Ramsey ⬥ · 3rd

Analytics Specialist | Empowering Decision-Making Through Data 📊

Fredericksburg, Virginia, United States · Contact info

47 connections

**Message**    + Follow    More

## About

I help people see and understand their data

💎 **Top skills**

Data Visualization • Data Management • Customer Relationship Management (CRM) • Python (Programming Language) • Problem Solving    →

## Activity

50 followers

**Matthew hasn't posted yet**
Recent posts Matthew shares will be displayed here.

Show all activity →

## Experience



**Solution Engineer**
Tableau Software · Full-time
May 2019 - Mar 2022 · 2 yrs 11 mos
Austin, Texas Metropolitan Area

◈ Data Visualization, Customer Relationship Management (CRM) and +25 skills



**Google Fi - Concierge**
TELUS International · Full-time
Oct 2018 - Jun 2019 · 9 mos
Austin, TX

◈ Customer Engagement, Troubleshooting and +3 skills



**Front Line Supervisor**
BJ's Wholesale Club
Feb 2017 - Sep 2018 · 1 yr 8 mos
Virginia Beach, VA

◈ Customer Engagement, Troubleshooting and +2 skills

## Education



**Treehouse**
Computer Science
2016 - 2018

◈ Python (Programming Language), HTML and +1 skill



**Barton Community College**
General Studies
2013 - 2015

## Skills

### Troubleshooting

✷ 3 experiences across Tableau Software and 2 other companies

### Presentations

✷ Solution Engineer at Tableau Software

Show all 34 skills →

127

## Interests

**Top Voices**   Companies   Groups   Schools

 **Nir Eyal**  · 2nd
Get my new book BEYOND BELIEF & unlock
exclusive gifts 📚 | Former Stanford lecturer
helping you make sense of the science |
Bestselling author of Hooked & Indistractable (
>1M sold)
369,510 followers

＋ Follow

 **Adam Grant**  · 2nd
Organizational psychologist at Wharton, #1 NYT
bestselling author of THINK AGAIN, host of the
TED podcast Re:Thinking
5,580,113 followers

＋ Follow



# Melissa Henderson  She/Her · 3rd

 Cloudflare

Information Technology Operations Manager

Travis County, Texas, United States · Contact info

**500+** connections

[ Message ]  [ + Follow ]  [ More ]

**Hiring: IT Operations Specialist II**
Cloudflare · San Francisco, California, United States (Hybrid) · 12 days ago
Show job

## About

As an IT Operations Manager, I am dedicated to delivering a positive experience for our entire global workforce. I lead operations that prioritize the End User Experience, ensuring comprehensive and smooth support across the full Employee Lifecycle (Hire to Retire).

I guide a high performing team responsible for strategic areas of IT operations:

• Employee Lifecycle Management: Orchestrating IT needs for onboarding, transitions, and offboarding.

• On Site Support: Providing proactive, effective, and people friendly technical assistance.

• AV & Corporate Events: Planning and deploying audio visual technology for all critical company gatherings.

Beyond my corporate role, I leverage over 20 years of real world coordination experience from the convention industry, including time spent as a Convention Chair for large Anime and J Fashion events. This unique background has been instrumental in honing my leadership and complex problem solving skills, always with a strong focus on community engagement and putting people first.

I also proudly serve on the Board of Directors for the AOSCC sister city organization, furthering my commitment to collaboration and civic involvement.

## Activity

622 followers

**Posts** | Comments | Images

**Melissa Henderson** ✓ · 3rd+
Information Technology Operations Mana...
1w · 🌐

I'm excited to share that I'm #hiring an IT Operations Specialist to join our Cloudflare team in San Francisco, California! ...more



👍❤️🎉 82 · 11 comments · 9 reposts

---

Melissa Henderson reposted this

**Susan Feldman, MA** 💼 · 3rd+
Dir Global Workplace Experience & Operation...
9mo · 🌐

☀️ We're hiring in NYC! ☀️ Are you based in NYC and love IT Operations Support or know someone who might? Are you interested in helping us build a better internet? Well, if you answered yes to any of these (or all), then we've got a job opening for you! Come join the Cloudflare IT Ops team! (Spoiler alert: the Places team works very closely with IT and it's a great team to join.)

🔗 Apply Now ...more



👍❤️ 65 · 6 comments · 15 reposts

---

Show all posts →

## Experience



**Information Technology Operations Manager**
Cloudflare · Full-time
Sep 2019 - Present · 6 yrs 5 mos
Austin, Texas Metropolitan Area



**Chairperson**
Texas Anime Conventions
Sep 2017 - Present · 8 yrs 5 mos
Pflugerville TX

*Project Manager for Okashicon a non profit convention.
*Find and rent appropriate venue for events.
*Create Event Budget and verify that we adhere to it.
*Recruit vendors for the vendors room
*Create programming for our schedule, recruit panelist and speakers.
*Invite Guest Speakers and arrange travel and payment.
*Recruit Volunteers for event.

*Setup and run Promotional events throughout the year.



**System Administrator Windows**
Endurance (Bluehost, HostGator, MOJO Marketplace, Constant Contact)
Apr 2016 - Sep 2019 · 3 yrs 6 mos
Austin Tx

Troubleshoot Website Errors on Windows 2008-2012 Servers.
Help with WebSite Panel Settings
Work with IIS for bindings, website settings, permissions.



**Customer Service Agent**
TELUS International
Aug 2015 - Apr 2016 · 9 mos
Austin, Texas Metropolitan Area

Provide email, phone and chat support for Project Fi Cellular Service.



**Vice Chairman/Executive Director for IKKiCON**
Self Employed
May 2013 - Jan 2016 · 2 yrs 9 mos
Austin TX

• Determine the technical, operational, and social vision for the conference. Determine theme and design (both technical and graphic) for the conference.
• Oversee the financial, administrative and logistical management of the conference.
• Uphold all Policies and Procedures.
• Work with management team to refine and implement conference vision and goals. Develop and implement conference schedule (number of sessions and number of acceptances for each venue).
• Prepare detailed budget planning and control document for submission.
• Adhere to the approved budget. Ensure that managers adhere to their area budgets and conference financial procedures.
• Plan and facilitate structure and content of all conference planning meetings.
• Recruit appropriate volunteers for all positions.
• Manage all volunteers and professional management associated with the conference. Determine and communicate management structure for the conference.
• Work with Guest Relations Manager to recruit and confirm invited speakers. Ensure that speakers and speaker topics are appropriate, interesting, timely, and consistent with the conference theme. Prepare plenary speakers to address the conference audience.
• Support publications schedule and coordination process in partnership with Publications Coordinator.
• Provide final review and approval for all publication, promotional, and publicity materials as well as approving print quantities.

Show all 8 experiences →

## Education



**Austin Community College**
2011 - 2015

131



## Skills

**Microsoft Office**

Endorsed by 3 colleagues at H-E-B Center at Cedar Park

14 endorsements

**Social Media**

Endorsed by 5 colleagues at H-E-B Center at Cedar Park

17 endorsements

Show all 28 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Melissa receives will appear here.

## Interests

**Companies**    Groups    Newsletters    Schools

**Austin Community College**
129,568 followers
+ Follow

**Cloudflare**
1,125,357 followers
+ Follow

Show all companies →





BE AN ALLY

## Micheala Sipult She/Her
Game Master

Austin, Texas Metropolitan Area · Contact info

59 connections

**Message**  **+ Follow**  **More**

---

## Activity
60 followers

**Micheala hasn't posted yet**
Recent posts Micheala shares will be displayed here.

Show all activity →

---

## Experience

 **Game Master**
Activision Blizzard · Full-time
Aug 2018 - Jan 2024 · 5 yrs 6 mos
Austin, Texas Metropolitan Area · Remote

◈ Customer Service, Problem Solving and +4 skills

---

 **Junior Recruiter**
TMD Staffing · Full-time
Feb 2017 - May 2018 · 1 yr 4 mos
Austin, Texas Metropolitan Area · On-site

◈ Computer Literacy, Data Entry and +13 skills

---

 **Customer Service Representative**
TELUS International · Full-time
Dec 2015 - Jan 2017 · 1 yr 2 mos
Austin, Texas Metropolitan Area · On-site

Supported Google products. Started with supporting the phone service offered at the time which was called Google Fi, then transferred to the hardware department which included supporting any hardware that Google had available at time. This included Chromebook's, Google Home's, Android Phones, and others.

⬡ Computer Literacy, Customer Service and +4 skills

### Front Desk Receptionist
Little Hippos Pediatric Dentistry · Full-time
Feb 2015 - Nov 2015 · 10 mos
Hutto, Texas, United States

⬡ Customer Service, Receptionist Duties and +7 skills

## Skills

### Contract Recruitment
TMD  Junior Recruiter at TMD Staffing

### Recruiting
TMD  Junior Recruiter at TMD Staffing

Show all 18 skills →

## Interests

**Companies**

 **Activision Blizzard**
324,600 followers
+ Follow

 **Crumbl**
736,243 followers
+ Follow



# Rogelio (Eddie) Bolivar ✓ He/Him

Google Fi Expert | Tech Specialist @ Mosaic North America |

Cedar Park, Texas, United States · Contact info

8 connections

[+ Connect]  [✈ Message]  [More]



📕 Mosaic North America




Austin Community College

---

## Activity

8 followers

**Rogelio hasn't posted yet**
Recent posts Rogelio shares will be displayed here.

Show all activity →

---

## Experience



**Tech Specialist**
Mosaic North America · Full-time
May 2025 - Present · 9 mos
Austin, Texas, United States · On-site

I specialize in the heartbeat of the Google ecosystem. As a Tech Specialist, I provide end-to-end support for the Pixel and Nest product lines, ensuring users stay connected and their devices stay functional. Whether it's diagnosing complex software glitches on a Pixel Watch or facilitating hardware repairs for the latest Pixel smartphone, I pride myself on quick, accurate resolutions. My goal is to turn a frustrating tech issue into a seamless service experience.

💎 Customer Experience, Technical Support and +3 skills

---

**Assistant Store Manager**
Prime Communications · Full-time
Aug 2023 - Jan 2025 · 1 yr 6 mos
San Antonio, Texas, United States · On-site

Dedicated leader with a passion for building successful retail cultures. I specialize in mentoring sales representatives through personalized coaching and performance management. By aligning individual talents with store-wide financial goals, I drive profitability while maintaining a focus on continuous education and training on emerging products and services.

⬦ Management, Sales and +7 skills

 **Retail Store Manager**
Cricket Wireless · Full-time
Sep 2020 - Aug 2023 · 3 yrs
Austin, Texas, United States · On-site

⬦ Multi-Store Operations, Multi-Unit and +2 skills

 **Customer Service Manager**
Walmart
Jul 2018 - Feb 2020 · 1 yr 8 mos
Temple, Texas, United States · On-site

⬦ Support Management, Customer Service Management and +2 skills

## Education

 **Austin Community College**
Bachelor of Business Administration - BBA, Business Administration and Management, General
Aug 2025 - Apr 2028

⬦ Project Management, Time Management and +2 skills

## Skills

**Technical Support**

 Tech Specialist at Mosaic North America

**Troubleshooting**

 Tech Specialist at Mosaic North America

Show all 22 skills →

## Interests

Companies    Schools

 **Austin Community College**
129,567 followers

 + Follow

 **Mosaic North America**
187,749 followers

 + Follow



## Ryan Jupiter 🛡 He/Him · 3rd
Social Media Ambassador at VXI

Round Rock, Texas, United States · Contact info

**154** connections

[ Message ]  [ + Follow ]  [ More ]

VXI Global Solutions

Memorial High School

---

## About

As a Business Intelligence Analyst at Accenture, I have over two years of experience in creating and delivering data-driven solutions for various clients across different industries. I use my skills in data visualization, SQL, and Excel to transform complex data into actionable insights and recommendations that support strategic decision-making and policy compliance.

In addition, I am an Accessibility Specialist at Google, where I have been working for more than three years to ensure that Google's products and services are accessible and inclusive for all users, especially those with disabilities. I apply my knowledge of accessibility standards, best practices, and tools to conduct accessibility audits, provide feedback, and propose enhancements for Google's web and mobile applications.

I am passionate about using data and technology to improve the quality of life and the user experience for diverse and underserved populations. I am always eager to learn new skills and explore new challenges that allow me to leverage my analytical and accessibility expertise. I enjoy collaborating with cross-functional teams and stakeholders to deliver solutions that are effective, innovative, and user-centric.

---

## Activity
155 followers

**Ryan hasn't posted yet**
Recent posts Ryan shares will be displayed here.

Show all activity →

138

## Experience


**Social Media Ambassador**
VXI Global Solutions · Full-time
Jan 2024 - Present · 2 yrs 1 mo
Austin, Texas Metropolitan Area · On-site


**Business Intelligence Analyst / Policy Compliance Indicator**
Accenture · Full-time
Nov 2021 - Jan 2024 · 2 yrs 3 mos
Austin, Texas, United States · On-site

◈ Project Management, Process Improvement and +16 skills


**TELUS International / Google**
Full-time · 2 yrs 6 mos
Austin, Texas, United States

• **Accessibility Specialist**
Feb 2020 - Nov 2021 · 1 yr 10 mos

◈ Project Management, Phone Etiquette and +17 skills

• **Google Fi Technical Specialist**
Jun 2019 - Feb 2020 · 9 mos

◈ Phone Etiquette, Problem Solving and +15 skills


**Pool Technician**
Pinch A Penny Pool Patio Spa · Full-time
Jan 2018 - Jun 2019 · 1 yr 6 mos
Houston, Texas, United States

◈ Project Management, Phone Etiquette and +11 skills


**Customer Service Representative**
Fry's Electronics · Full-time
Jun 2014 - Nov 2014 · 6 mos
21300 Gulf Freeway, Webster, TX 77598

◈ Phone Etiquette, Problem Solving and +13 skills

Show all 7 experiences →

## Education



**Memorial High School**
Diploma of Education
2008 - 2012

⬦ Continuous Improvement and Problem Solving

## Skills

**Customer Retention**

 2 experiences across TELUS International / Google and 1 other company

**Analytical Skills**

> Business Intelligence Analyst / Policy Compliance Indicator at Accenture

Show all 31 skills →

## Interests

**Companies**      Newsletters      Schools

> **Accenture**
14,329,317 followers

+ Follow

 **AMD**
2,110,453 followers

+ Follow

Show all companies →



## Shaunte Glass

Tier 2 Support for Project Fi at TELUS International

Round Rock, Texas, United States · Contact info

**7 connections**

 Connect     Message     More

 TELUS International

 Austin Community College

---

## Activity

7 followers

**Shaunte hasn't posted yet**
Recent posts Shaunte shares will be displayed here.

Show all activity →

---

## Experience



**Tier 2 Support for Project Fi**
TELUS International
Apr 2016 - Present · 9 yrs 10 mos
Austin, Texas Metropolitan Area

Take escalated calls and emails

---

## Education



**Austin Community College**
Associate's Degree, Pharmacy Technician
2016 - 2018



## Volunteering

**Team Lead**
Boys and Girls Clubs of America
Apr 2008 - Present · 17 yrs 10 mos
Children

## Skills

Public Speaking

Leadership

Show all 10 skills →

## Languages

English
Native or bilingual proficiency

## Interests

**Companies**   Schools

**Austin Community College**
129,568 followers
+ Follow

**TELUS Digital**
1,022,205 followers
+ Follow

## Causes

Arts and Culture • Children • Civil Rights and Social Action • Education • Human Rights • Poverty Alleviation



# Stephen Greenhalgh

Austin, Texas, United States · **Contact info**

65 followers · 59 connections

**+ Follow**    Message    More



Volusion

University of Leeds

## About

Experienced Technical Support Representative with a demonstrated history of working in the internet industry. Skilled in Linux System Administration, Linux Desktop, Visual Arts, Art History, and Linux Server. Strong information technology professional with a Linux+ LPIC focused in Linux from Austin Community College.

Firemen rescue cats from trees, I can't quite do that. However…

I can communicate difficult and technical concepts to people with a range of computing experience.

I want to find that moment of joy; when you work through a problem together with a customer and you fix their issue.

I want to solve complex problems in a fun and effective way and get the job done!
I also want to be able to use my Linux, Mac, Android, iOS and Virtualisation skills (VMware, VirtualBox, KVM, Digital Ocean & AWS) everyday and learn more about *aaS.

## Activity

65 followers

**+ Follow**

**Stephen hasn't posted yet**
Recent posts Stephen shares will be displayed here.

Show all activity →

## Experience



**Customer Support Specialist**
Volusion · Full-time
Mar 2024 - Present · 1 yr 11 mos
Austin, Texas, United States · Hybrid

⬦ E-Commerce, E-Commerce Consulting and +1 skill



**Amazon Fresh Associate**
Amazon
Nov 2022 - Nov 2023 · 1 yr 1 mo
Austin, Texas Metropolitan Area



**Technical Support Advisor**
Apple · Full-time
May 2019 - Oct 2022 · 3 yrs 6 mos
Austin, Texas Metropolitan Area



**Google Project Fi for Telus International**
3 yrs 1 mo
Austin, Texas Metropolitan Area

• **Tier 2 Technical Support Representative**
Mar 2017 - May 2019 · 2 yrs 3 mos

• **Tier 1 Technical Support Representative**
May 2016 - Feb 2017 · 10 mos



**Box Office & Will Call Assistant**
ACL Live The Moody Theater
Mar 2015 - Jun 2016 · 1 yr 4 mos
Austin, Texas

Using ticketfly.com ticketing software.
Customer service via telephone and in person sales at ticket window and will call.

Show all 14 experiences →

## Education

 **University of Leeds**
MA, Sculpture Studies
1999 - 2000

 **Austin Community College**
Linux+ LPIC, Linux
2014 - 2015

Show all 3 educations →

## Licenses & certifications

 **Challenge Explorer (1 hands-on lab completed)**
Skillable
Issued Feb 2024

Show credential ⬈

 **AWS Certified Cloud Practitioner**
Amazon Web Services (AWS)
Issued Jan 2024 · Expires Jan 2027

Show credential ⬈

Show all 14 licenses & certifications →

## Skills

**E-Commerce**

 Customer Support Specialist at Volusion

**E-Commerce Consulting**

 Customer Support Specialist at Volusion

Show all 19 skills →

## Recommendations

**Received**     Given



**Joel Dawson** · 3rd
C-Suite Operator & People Strategist | Board Member | Growth Accelerator
July 22, 2015, Joel was Stephen's client

I had the pleasure of working with Stephen on the implementation of an Applicant Tracking System (ATS). The system required significant programming (MySQL, Linux, Apache, HTML, PHP, etc.) to set it up and migrate it on to an internal server. Stephen expertly managed the project for us, got the system running and has provided support through the process. His skill was extremely impressive and helpful and his personality was a delight in our office. I hope to have additional technical projects requiring Stephen in near future and would recommend him to any organization that can use his skill set.

## Organizations

**Linux Professional Institute**

## Interests

**Companies**     Groups     Newsletters     Schools



**Amazon**
36,089,441 followers

( + Follow )

**Flex**
852,867 followers

( + Follow )

Show all companies →



## Te'Asia Henson  She/Her

Department of Homeland Security

Austin, Texas, United States · Contact info

38 followers · 35 connections

+ Follow    Message    More

 U.S. Department of Homeland Security

 North Central College

## Activity

38 followers

+ Follow

**Te'Asia hasn't posted yet**

Recent posts Te'Asia shares will be displayed here.

Show all activity →

## Experience



**Transportation Security Officer**
U.S. Department of Homeland Security · Full-time
Mar 2023 - Present · 2 yrs 11 mos
United States · On-site

◈ Customer Service, Customer Support and +23 skills



**Program Coordinator**
Centene Corporation · Full-time
Jul 2021 - Mar 2023 · 1 yr 9 mos
United States · Remote

Screen for eligibility and benefits.
Identify members without a PCP and refer to Member Services.
Coordinate services with community based organizes.
Attend marking and outreach meetings as directed to represent the plan.
Produces and mails routine CM letters and program educational material.
Enter data assessments and authorizations into the system.

◈ Medicare, Prior Authorization and +10 skills



**Conduent**
Full-time · 2 yrs 9 mos

● **Layoff/position eliminated**
Career Break
Apr 2020 - Jul 2021 · 1 yr 4 mos
Austin, Texas, United States

Laid off during pandemic

● **Disputes Resolution Clerk**
Nov 2018 - Apr 2020 · 1 yr 6 mos
Austin, Texas Metropolitan Area

Go EBT provides convenience and grocery store owners the opportunity to have ideal EBT card processing.
Train new employees but not limited to, on Go EBT equipment, settlement questions, billing and updating bank information.
Make Inbound and Outbound calls to Go EBT retailers that process and use equipment from Go EBT regarding their standalone processing machine for EBT Food stamps.
Provide settlement amounts for transactions, as well as handle disputes and refunds. Provide troubleshooting for equipment connected to analog phones and IP.
Process replacements for Point-of-Sale systems to process EBT Food stamp benefits or Temporary Assistance for Needy Families cash benefits.
Provide status of authorization by the USDA before beginning new contracts.
Also, verifying W-9 for the IRS.

⬦ Customer Service, Customer Support and +16 skills

---



**All web leads**
Part-time · 8 mos
United States · Remote

● **Contact Center Specialist**
Dec 2017 - Jul 2018 · 8 mos

Engage in inbound/outbound calls (no sales).
Encourage to talk with an agent regarding Life, Home, Renters, Annuity, Health and Auto quote depending on which was requested online.
Engage in a follow up call if the consumer is not able to talk to an agent at the time.
Inquire about the experience, ensure needs were met.

⬦ Customer Service, Customer Support and +6 skills

● **Contact Center Specialist**
Dec 2017 - Jul 2018 · 8 mos

Engage in inbound/outbound calls (no sales).
Encourage to talk with an agent regarding Life, Home, Renters, Annuity, Health and Auto quote depending on which was requested online.
Engage in a follow up call if the consumer is not able to talk to an agent at the time.
Inquire about the experience, ensure needs were met.

⬦ Customer Service, Customer Support and +6 skills



**Customer Service Representative**
TELUS International · Full-time
Sep 2015 - Mar 2018 · 2 yrs 7 mos
Austin, Texas Metropolitan Area · On-site

Support customers with Google's new phone service, Project Fi.
Provided thorough support and problem resolution for customers.
Researched, documented, and escalated cases to higher levels of support according to internal procedures.
Handled a large volume of phone calls, chat, and emails.
Troubleshoot hardware issues and worked with customers to facilitate repairs.
Researched customer issues within Google's internal knowledge bases.

◈ Customer Service, Customer Support and +29 skills

## Education



**North Central College**
2009 - 2010

## Skills

**Zendesk**

 2 experiences across Conduent and 1 other company

**Order Processing**

 Customer Service Representative at TELUS International

Show all 50 skills →

## Interests

Companies

 **Google**
40,351,271 followers

+ Follow

 **U.S. Department of Homeland Security**
983,338 followers

+ Follow

Show all companies →



## Timothy W Miller · 3rd

N/A

Ottumwa, Iowa, United States · Contact info

**115** followers · **61** connections

[ + Follow ]  [ Message ]  [ More ]

---

## Activity

[ + Follow ]

115 followers

**Timothy W hasn't posted yet**
Recent posts Timothy W shares will be displayed here.

Show all activity →

---

## Experience


**Self Employed**
Self-employed
Jul 2023 - Present · 2 yrs 7 mos


**Direct Care Monitor/Support Provider**
Gateway Foundation · Full-time
Jan 2023 - Jul 2023 · 7 mos
Del Valle, Texas, United States · On-site

🔗 helped me get this job


**Customer Service and Technical Support**
TELUS International · Full-time
Jan 2020 - Aug 2022 · 2 yrs 8 mos
Austin, Texas, United States

I supplied customer service and technical support to Google Fi customers, through multiple support channels such as phone, chat and email. I helped customers with Account Access, Recovery, Porting In/Out, Wireless Activation, Billing, Sales, Promotions and In-depth Troubleshooting. That included Cell Phone Devices such as all Google Pixels, Samsungs, IPHONES and Moto's. Along with our extensive Computer knowledge Base, my developed Problem Solving and De escalating Skills. Served me well, along with being able to Multitask, have patience, show empathy and sympathy when needed. Given the short/limited amount of time I spent with all my

150

customers, I was able to build a good rapport with them, because of the above, I received lots of positive feedback from my customers, supervisors, it was also reflected on my Q/A Scores, Audit's and in my weekly coaching with my supervisor. At different times throughout my shifts, I helped, advised other agents as needed and helped train as well. I also participated in 2 Beta Tests, 1 of which was for ASYNC Messaging.

▽ Problem Solving, Wireless Technologies and +8 skills

---



### Correctional Officer-2
TDCJ · Full-time
Oct 2012 - Feb 2014 · 1 yr 5 mos
Teleford Unit New Boston, Tx

I was assigned to a Maximum Security Unit, where I worked in the Ad-Seg Department, I did regular daily cell searches looking for any unauthorized/contraband not, that the prisoners weren't allowed to have in there possession, delivered mail, meals, walked them to required appointments, watched them medical, dayroom, filled out the required paperwork during my 12 hour shift, handled Inmate attempted Suicides, Illnesses, Wrote cases, on the Contraband I found, handled In my grievances, Gang and or Clique Related Issues, searched and Read Inmate Mail when needed, turned them over to the required Depts when asked to and all other job duties as assigned.

▽ Criminal Justice, Prisons and +1 skill

---



### Substance Abuse Counselor Intern
TDCJ · Full-time
Dec 2005 - Jan 2010 · 4 yrs 2 mos
Johnston Unit Winnsboro, Tx

I Performed intake's on incoming residents and did assessments according to the DSM-4. Set up treatments plans according
to their needs. Met 1: 1 with the my Clients, filed paper work and ran/ taught phase and process groups. Wrote Weekly Progress Notes on my Clients, Provided Judges, Probation/Parole Officers with Clients progress or lack there off, Attended Treatment Meeting, gave updates to my Team on my Clients progress, assisted in grief counseling as needed and performed all other job duties as assigned.

▽ Crisis Counselling, Case Management and +4 skills

---

Show all 11 experiences →

## Education



**Institute of Chemical Dependency Studies**
Certificate , Drug & Alcohol Addiction.
Feb 2004 - Sep 2004

Grade: A-

The Basics of Addiction Counseling & The Physiology of Addiction,The Twelve Core Functions of a Counselor, Basic Counseling Skills, Methods, d disadvantages of these techniques, Chemical Dependency, The Family, me in the recovery process, Ethics, Special Treatment Issues, such as HIV-AIDS, Counseling Special Populations, Women's Issues, Fetal Alcohol Syndrome, Understanding Metal Health, DSM IV, Dual Diagnosis, Psychiatric Medications, Suicide Assessment, Crisis Intervention, Advanced Counseling Skills, Methods, Psychoanalytic, Behavioral, Humanistic, Cognitive, Transpersonal approaches, I completed my 300
Practicum Hours, The Practicum is field-based, practical experience student, who has completed all required coursework. As such, the Practicum allows students to work in an ICDS-approved setting, i.e. a chemical dependency or similar agency under the direct supervision of the ICDS Practicum Coordinator.



**Westwood High School**
High School Diploma, General Studies
1990 - 1994

Grade: 12th completed

Activities and societies: 2 years of ROTC,

## Volunteering



**Community Volunteer**
National Runaway Hotline
Apr 1992 - Apr 1996 · 4 yrs 1 mo
Social Services

I volunteered for the National Runaway Hotline from 04/1992-04/1996 in Austin, Tx where answered inbound calls, from both male/female potential runaways or who have already runaways.  At times, they we're contemplating hurting themselves, had suicidal thoughts, tendency's, and or were thinking about hurting someone else and or just needed someone to talk too.  I researched, setup appointments, made referrals, for them to get help, transportation, temporary housing, shelter, city, county, state resources and law enforcement included if needed.  I logged calls in a computer database, made followup calls up if needed, reunited them with their parents and or guardians.  I Utilized my problem-solving and multitasking skills, to further help my clients.  I also was able to remain cool, calm and collected in stressful situations.



**First Responder and Fireman**
Winnsboro Volunteer Fire Dept
Apr 2007 - Apr 2010 · 3 yrs 1 mo
Social Services

I responding to calls for assistance with car accidents, ran traffic control, I assisted with CPR, other life saving measures, lift assistance, helped out with the calls for the Ambulance, setup air ambulance transportation, put out grass, pasture, tire, trash, house fires, assisted other Dept with there calls, assisted with storm watching, and went to training,

Show all 3 volunteer experiences →

## Skills

**Substance Abuse Prevention**

 Substance Abuse Counselor Intern at TDCJ

---

**Substance Abuse Counseling**

 Substance Abuse Counselor Intern at TDCJ

Show all 49 skills →

## Courses

**Advance Counseling Skills and Methods**

 Associated with Institute of Chemical Dependency Studies

---

**Chemical Dependency and the Family**

 Associated with Institute of Chemical Dependency Studies

Show all 9 courses →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Lou Adler** · 2nd
CEO, Performance-based Hiring Learning Systems.
Author, Hire with Your Head and The Essential
Guide for Hiring.
1,366,847 followers

+ Follow

 **Guy Kawasaki** · 3rd
On a mission to make people remarkable. Chief
evangelist, Canva. Host, Remarkable People
podcast.
2,962,653 followers

+ Follow

Show all Top Voices →



**Warren Morris** · 3rd

Test Engineer at Wipro

Austin, Texas, United States · Contact info

**146** connections

Message    + Follow    More

Stony Point High School

**Open to work**
Customer Service Consultant roles
Show details

## About

I am a focused, ambitious and hardworking individual who has proven ability to work under pressure both on my own and as part of a team. I thrive in pressured situations whilst maintaining the highest standards and always achieve what is expected.

Highly organized with the ability to meet tight deadlines without compromising quality or integrity. Excellent presentation skills with the ability to adapt style and approach to suit the needs of the business.

I am a confident leader that posses a genuine drive to see my team, business and clients obtain success.

## Activity

146 followers

**Warren hasn't posted yet**
Recent posts Warren shares will be displayed here.

Show all activity →

# Experience



**Test Engineer - Virtual Reality**
Wipro · Full-time
Oct 2022 - Present · 3 yrs 4 mos
Austin, Texas Metropolitan Area

Tasked with working queues of bug reports generated on Mobile, Web and VR applications to ensure a strong final product for clients public release. Reproduce reported bugs to ensure engineers have a comprehensive, detailed report in order to fix bugs in an effective manner. Understand and communicate product launch risk and severity of issues to client partners. Meticulously document findings.
- For each task, meticulously document my findings.
- Communicate effectively with cross functional partners in Operations and my designated Product.
- Developed test cases and scenarios in order to pinpoint the root cause of product bugs.
- Collaborate with Product Specific Engineer team members on both general and product specific issues.

◈ Quality Control, Manual Testing and +16 skills



**TELUS International**
6 yrs 10 mos

**Customer Experience Coach of Excellence**
Dec 2017 - May 2022 · 4 yrs 6 mos
Austin, Texas Metropolitan Area

Team Lead Certification - Responsible for delivering Coaching for Excellence training material. Observe the Team Leads application of the material, certify and follow up with them. Also responsible for enhancing training, remedial training or any other necessary training in order to develop the Team Leaders' skills.

Calibrations - Participate in TL Calibrations. Attend and observe Team Leads interactions and how they identify coaching opportunities that will affect the overall performance of the account. Participate in CE Lead/CE analyst calibrations.

Coaching - CE Coach of Excellence will be required to coach agents for training demonstrations as well on a regular basis to ensure they are adhering to 4Cs coaching methodology as well as uncover challenges, best practices or new techniques.

New Hire Certification - Ensure all New Hires are trained and informed of the coaching methodology and follow the certification process

Coaching Triads - Conduct shadowing session while Team Leaders are delivering coaching to identify wins and needs improvements in terms of coaching methodology and usage of available tools (coaching guide, knowledge base, learning pyramid, etc.)

Coaching Forums. Align coaching focus and topics with operations and prepare adjustable material to adopt best practices, or new techniques aligned to 4Cs.

Client Relation's Reporting

◈ Data Analytics, Interpersonal Communication and +18 skills



**TIUS Positive Positioning & Difficult Conversations - Coaching Forum.pdf**
An example of the Coaching Material created to help Team Leaders/Managers with having difficult conversations.

**Customer Experience Quality Analyst Team Leader**
Full-time
May 2018 - Nov 2019 · 1 yr 7 mos
Austin, Texas, United States

Managed Austin Customer Experience Team across all Lines of Business as well as provide assistance to my counterparts in Las Vegas. Facilitated training and onboarding for new Quality Analyst team members. Completed and analyzed daily, weekly, and month-end reports to stakeholders and operations partners.
Assistance in creating and leading our clients in annual Business Reviews.

Assistance in piloting and implementing new client tools and projects as requested.

Provided training for a more involved QA Team Member role, who now leads direct reporting for the client.

▽ Data Analytics, Interpersonal Communication and +15 skills

 CEA Accreditation_ Level 1 - Day 1.pdf

**Learning Service Speciliast**
Jul 2016 - Nov 2019 · 3 yrs 5 mos
Austin, Texas, United States

Transition from Interim to Permanent Learning Service Team Member in November of 2016. Tasked with onboarding and facilitating New Hire Product Classes/Nesting, Product Up-Trainings & Additional Learning Tools and Resources, Calibrations, and Workshops for multiple Lines of Business as well as any assistance needed from my business partners. Assistance in recruiting by completing interviews for training candidates. Fostered an environment for growth as well as implemented Austin Culture into every class. Developed team members during training to move on to complete greater tasks within the company. Assisted team members who struggled with additional assistance and performanced managed as needed.

Multiple team members from my classes have been promoted with the help of leadership development. Team members moved into Tier 2, SME, Team Leaders, Operations Managers and Learning Services roles.

Attended Client Training sessions, certifying me to train all current material offered to production team members via LMS.

Coordinate and execute learning development activities including needs analysis, training approach, schedule, logistical requirements, content development, delivery, and evaluation.

▽ Data Analytics, Team Management and +17 skills

Show all 5 experiences →

## Education

 **Stony Point High School**
High School Diploma, n/a
2006 - 2010

▽ Problem Solving

## Licenses & certifications



**Technical Support Fundamentals**
Google
Issued Mar 2023
Credential ID VUKHYSS6G3Z7

Show credential ⧉

## Skills

**Multitasking**

6 experiences across Wipro and 1 other company

1 endorsement

**Interpersonal Communication**

6 experiences across Wipro and 1 other company

1 endorsement

Show all 50 skills →

## Interests

**Companies**



**American Express**
3,271,451 followers

+ Follow



**Wipro**
11,465,618 followers

+ Follow

Show all companies →

157

← **Experience**



**Test Engineer - Virtual Reality**
Wipro · Full-time
Oct 2022 - Present · 3 yrs 4 mos
Austin, Texas Metropolitan Area

Tasked with working queues of bug reports generated on Mobile, Web and VR applications to ensure a strong final product for clients public release. Reproduce reported bugs to ensure engineers have a comprehensive, detailed report in order to fix bugs in an effective manner. Understand and communicate product launch risk and severity of issues to client partners. Meticulously document findings.
- For each task, meticulously document my findings.
- Communicate effectively with cross functional partners in Operations and my designated Product.
-Developed test cases and scenarios in order to pinpoint the root cause of product bugs.
- Collaborate with Product Specific Engineer team members on both general and product specific issues.

**Skills:** Quality Control · Manual Testing · Interpersonal Communication · Data Analysis · Communication · Reporting & Analysis · Quality Assurance · Written Communication · Creative Problem Solving · Tech Savy · Test Automation · Multitasking · Quality Management · Problem Solving · Typing · Troubleshooting · Business Process Outsourcing (BPO) · Analytical Skills



**TELUS International**
6 yrs 10 mos

**Customer Experience Coach of Excellence**
Dec 2017 - May 2022 · 4 yrs 6 mos
Austin, Texas Metropolitan Area

Team Lead Certification - Responsible for delivering Coaching for Excellence training material. Observe the Team Leads application of the material, certify and follow up with them. Also responsible for enhancing training, remedial training or any other necessary training in order to develop the Team Leaders' skills.

Calibrations - Participate in TL Calibrations. Attend and observe Team Leads interactions and how they identify coaching opportunities that will affect the overall performance of the account. Participate in CE Lead/CE analyst calibrations.

Coaching - CE Coach of Excellence will be required to coach agents for training demonstrations as well on a regular basis to ensure they are adhering to 4Cs coaching methodology as well as uncover challenges, best practices or new techniques.

New Hire Certification - Ensure all New Hires are trained and informed of the coaching methodology and follow the certification process

Coaching Triads - Conduct shadowing session while Team Leaders are delivering coaching to identify wins and needs improvements in terms of coaching methodology and usage of available tools (coaching guide, knowledge base, learning pyramid, etc.)

Coaching Forums. Align coaching focus and topics with operations and prepare adjustable material to adopt best practices, or new techniques aligned to 4Cs.

Client Relation's Reporting

**Skills:** Data Analytics · Interpersonal Communication · Data Analysis · Google Sheets · Teaching Classes · Customer Satisfaction · Written Communication · Google Forms · Training & Development · Creative Problem Solving · Tech Savy · Leadership Development Coaching · Multitasking · Google Slides · Problem Solving · Work Instructions ·

Adult Education · Troubleshooting · Business Process Outsourcing (BPO) · Business Analysis

 **TIUS Positive Positioning & Difficult Conversations - Coaching Forum.pdf**
An example of the Coaching Material created to help Team Leaders/Managers with having difficult conversations.

**Customer Experience Quality Analyst Team Leader**
Full-time
May 2018 - Nov 2019 · 1 yr 7 mos
Austin, Texas, United States

Managed Austin Customer Experience Team across all Lines of Business as well as provide assistance to my counterparts in Las Vegas. Facilitated training and onboarding for new Quality Analyst team members. Completed and analyzed daily, weekly, and month-end reports to stakeholders and operations partners.
Assistance in creating and leading our clients in annual Business Reviews.

Assistance in piloting and implementing new client tools and projects as requested.

Provided training for a more involved QA Team Member role, who now leads direct reporting for the client.

**Skills:** Data Analytics · Interpersonal Communication · Google Sheets · Reporting & Analysis · Customer Satisfaction · Written Communication · Presentations · Creative Problem Solving · Tech Savy · Multitasking · Management · Google Slides · Project Planning · Problem Solving · Work Instructions · Troubleshooting · Business Process Outsourcing (BPO)

 **CEA Accreditation_ Level 1 - Day 1.pdf**

**Learning Service Speciliast**
Jul 2016 - Nov 2019 · 3 yrs 5 mos
Austin, Texas, United States

Transition from Interim to Permanent Learning Service Team Member in November of 2016. Tasked with onboarding and facilitating New Hire Product Classes/Nesting, Product Up-Trainings & Additional Learning Tools and Resources, Calibrations, and Workshops for multiple Lines of Business as well as any assistance needed from my business partners. Assistance in recruiting by completing interviews for training candidates. Fostered an environment for growth as well as implemented Austin Culture into every class. Developed team members during training to move on to complete greater tasks within the company. Assisted team members who struggled with additional assistance and performanced managed as needed.

Multiple team members from my classes have been promoted with the help of leadership development. Team members moved into Tier 2, SME, Team Leaders, Operations Managers and Learning Services roles.

Attended Client Training sessions, certifying me to train all current material offered to production team members via LMS.

Coordinate and execute learning development activities including needs analysis, training approach, schedule, logistical requirements, content development, delivery, and evaluation.

**Skills:** Data Analytics · Team Management · Learning Management Systems · Interpersonal Communication · Data Analysis · Employee Training · Teaching Classes · Customer Satisfaction · Written Communication · Presentations · Creative Problem Solving · Tech Savy · Recruiting · Multitasking · Problem Solving · Work Instructions · Adult Education · Troubleshooting · Business Process Outsourcing (BPO)

159

**Customer Experience Analyst Agent**
Full-time
Oct 2015 - Jul 2016 · 10 mos
Austin, Texas, United States

Tasked with completing weekly audits for multiple contact verticals(email,phone & chat) for the client. Hosted weekly calibrations/workshops with operations team leaders to improve agent knowledge and awareness.

Certified in various Google Support Verticals

Assisted Google Fi nestings (coaching, side by sides, calibrations, call scrubs,weekly assessments)
Assisted with Ramp Up and nesting for Google Wallet (coachings, side by sides, workshops, calibrations, phone interviews)

Assisted with the as well as implementing new Google frameworks and guidelines for Google Wallet, Fi & Hardware.

**Skills:** Data Analytics · Manual Testing · Interpersonal Communication · Teaching Classes · Quality Assurance · Attention to Detail · Customer Satisfaction · Written Communication · Presentations · Creative Problem Solving · Tech Savy · Multitasking · Quality Auditing · Problem Solving · Work Instructions · Adult Education · Troubleshooting · Business Process Outsourcing (BPO) · Analytical Skills

**Technical Support Agent**
Full-time
Aug 2015 - Oct 2015 · 3 mos
Austin, Texas, United States

Tasked with assisting customers with inquiries and issues regarding their cellular service with Google Fi. This was the first line of technical and customer support for the service prior to its world wide launch.

Assisted with SME/Nesting aid for new team member waves

Tasked with tracking tower outages

Provided example work(calls, email & chat transcripts) for agents to be displayed during Nesting/Training

Tasked with shadowing/side by sides with new agents

**Skills:** Skilled Multi-tasker · Manual Testing · Interpersonal Communication · Customer Satisfaction · Written Communication · Phone Etiquette · Creative Problem Solving · Tech Savy · Multitasking · Customer Support · Problem Solving · Typing · Adult Education · Troubleshooting · Technical Support



## Xavier Samaniego He/Him

Data Analyst Focusing on Customer Driven Data

Arlington, Texas, United States · Contact info

28 connections



**Connect**   **Message**   **More**

## About

Smart, curious, and analytical are three words that have described me for my entire life. With an intense thirst for knowledge I live with a mantra that there is always more to learn and grow from. From an early age, I realized that the more data you have, the better the advantage you'll have later on. I knew that without these advantages, I'd have to work harder and smarter to achieve my goals in life.

Growing up, I didn't really have the family support that most have to rely on. Knowing that was a disadvantage, lead me to cultivate an amazing group of friends and mentors from all aspects of life and employment. From these individuals I've gained great knowledge in how to communicate with others that would not otherwise gain agreement.

Having a data focused mindset and a strong ability to communicate and connect with others has lead me to seeking a data analytics career focusing on customer service metrics. I am highly skilled in Microsoft's Excel and Power point to visualize the story provided from the data. I have a strong will to be the best in my field, regardless of field. I have experience working with SEO, SQL, Python, C++, and JavaScript. I love teaching others how to better communicate to better suit business needs and goals.

## Activity

28 followers

**Xavier hasn't posted yet**
Recent posts Xavier shares will be displayed here.

Show all activity →

## Experience

 **Assistant Manager Technical Support**
STid · Full-time
Nov 2022 - Present · 3 yrs 3 mos
Irving, Texas, United States · On-site

 **Customer Service Associate**
Fidelity TalentSource · Contract
Dec 2020 - Mar 2021 · 4 mos
Arlington, Texas, United States

• Assisted clients in navigating the Fidelity Investments website/app to best suit their needs.
• Recommended the different options available to clients, provided by Fidelity Investments, that best fit their business needs.
• Troubleshoot any issues the client may face when dealing with the online services provided by Fidelity Investments.

 **Support Specialist**
Praesidium, Inc. · Contract
Nov 2019 - Jun 2020 · 8 mos
Arlington, Texas, United States

•Handle high volume phone and email requests for service.
• Walk clients and end-users through routine processes and troubleshooting.
•Assisted in testing new software releases by methodically walking through systems.
•Ensured recorded data was synced with multiple locations and organizations.

 **Technical Support Specialist**
Volusion · Full-time
Dec 2017 - Jul 2018 · 8 mos
Austin, Texas, United States

•Created SQL inquiries to help clients navigate their inventory using Excel worksheets.
•Repaired JavaScript on the client's websites to resolve any display issues.
•Utilized proprietary platform to resolve technical issues pertaining to the clients website and our servers.

**G** **Quality Analyst**
Google · Full-time
Dec 2015 - Oct 2017 · 1 yr 11 mos
Austin, Texas, United States

•Analyzed incoming call data to create visualizations for the trends found to better align the site's metrics with Google's goals.
•Facilitated weekly meetings with support team leaders to go over trends found in the data.
•Instructed customer service agents on how to meet their metrics by utilizing their soft skills.

Show all 6 experiences →

## Education

 **Thinkful**
Certificate, Data analytics
2021 - 2021

Remote web development program, focused on data analytics using SQL, Python, andTableau.
Constructed programs using python and SQL to help navigate data.
Created models for projecting sales data for car companies.

 **Lariet_Auto_Presentation.pptx**
Lariat Auto sales model: Modeling tool used to automatically calculate projected revenue
from inventory changes, based on sales and individual branch performances. ...

 **Dallas College**
Computer Science
2017 - 2019
Grade: 3.6

Activities and societies: Member of a feminist organization on campus which held weekly meetings to discus
current events and the impact they have on our school. Helped create awareness of issues that affect different
groups of people differently.

## Skills

**Data Analytics**

**Data Visualization**

Show all 12 skills →

## Interests

**Companies**      Schools

 **Fidelity Investments**
1,275,446 followers

✓ Following

 **Dallas College**
184,018 followers

+ Follow

Show all companies →

← **Experience**



**Assistant Manager Technical Support**
STid · Full-time
Nov 2022 - Present · 3 yrs 3 mos
Irving, Texas, United States · On-site



**Customer Service Associate**
Fidelity TalentSource · Contract
Dec 2020 - Mar 2021 · 4 mos
Arlington, Texas, United States

• Assisted clients in navigating the Fidelity Investments website/app to best suit their needs.
• Recommended the different options available to clients, provided by Fidelity Investments, that best fit their business needs.
• Troubleshoot any issues the client may face when dealing with the online services provided by Fidelity Investments.



**Support Specialist**
Praesidium, Inc. · Contract
Nov 2019 - Jun 2020 · 8 mos
Arlington, Texas, United States

•Handle high volume phone and email requests for service.
• Walk clients and end-users through routine processes and troubleshooting.
•Assisted in testing new software releases by methodically walking through systems.
•Ensured recorded data was synced with multiple locations and organizations.



**Technical Support Specialist**
Volusion · Full-time
Dec 2017 - Jul 2018 · 8 mos
Austin, Texas, United States

•Created SQL inquiries to help clients navigate their inventory using Excel worksheets.
•Repaired JavaScript on the client's websites to resolve any display issues.
•Utilized proprietary platform to resolve technical issues pertaining to the clients website and our servers.



**Quality Analyst**
Google · Full-time
Dec 2015 - Oct 2017 · 1 yr 11 mos
Austin, Texas, United States

•Analyzed incoming call data to create visualizations for the trends found to better align the site's metrics with Google's goals.
•Facilitated weekly meetings with support team leaders to go over trends found in the data.
•Instructed customer service agents on how to meet their metrics by utilizing their soft skills.

**Customer Service Representative**
TELUS International · Contract
Aug 2015 - Dec 2015 · 5 mos
Austin, Texas, United States

- Utilized critical thinking, online tools, and knowledge base to provide excellent customer support for Google's cellular network "Google Fi".
- Insured that all information provided by me was grammatically correct and upheld to Googles guidelines with an overall variance rate of less than .02% while being audited.
- Was a founding team member that helped launch Google's Austin Tx, location.



## Zain Saleh ✓ He/Him · 3rd

 IKEA

Sales Design Lead @ IKEA

 Austin Community College

Austin, Texas, United States · **Contact info**

144 connections

**Message**    **+ Follow**    **More**

## About

Hi, I'm Zain Saleh! A sales design lead and technical sales professional with 6+ years of experience across retail technology, customer solutions, design consulting, and IT support. I've worked with global brands such as Google, IKEA, and Best Buy, helping customers navigate complex technology and home design through clear communication, hands-on guidance, and tailored solutions.

At IKEA, I design kitchens, closets, and living spaces using 3D planning tools and guide customers through the full design-to-purchase process. This role has strengthened my ability to understand customer needs, translate technical details into practical solutions, and manage multiple projects with accuracy and care.

As a Google Fi Sales Lead at the Google Store (via Mosaic), I represent the Google ecosystem through personalized demos, wireless service education, and customer-first experiences. I coach associates on Fi activations, support store performance goals, and help guests understand how Google's devices and services fit into their daily lives.

Previously, I served as a Shift Lead at Best Buy, where I gained strong leadership, training, and problem-solving experience while supporting premium tech categories including LG, Sony, Samsung, and Magnolia. I also continue to work as a freelance repair technician specializing in custom PC builds, hardware diagnostics, and system optimization.

I'm currently pursuing an Applied Associate of Science in Cybersecurity at Austin Community College, expanding my skills in networking, security fundamentals, and IT systems. My goal is to bridge my customer-facing experience with technical expertise and grow into roles within tech sales, customer engineering, or security-adjacent support.

I'm always open to connecting with professionals in IT, cybersecurity, cloud, and technical sales. Excited to keep learning and growing in the tech space.

◈ **Top skills**                                                          →

Sales • Customer Experience • Customer Satisfaction • Client Services • Problem Solving

## Activity

144 followers

**Posts**  |  Comments



Zain Saleh reposted this

**Mosaic North America**
187,749 followers
6mo • 🌐

We're proud to be featured in Retail & Restaurant Facility Business for our continued partnership with Google.

Today, Mosaic operates all 7 Google retail locations across North America, including the brand-new store in Austin. We manage everything from staffing to in-store operations, creating standout experiences coast to coast. ...more

**Google Store Opens Firs...**
retailrestaurantfb.com

😊😍❤️ 116 • 2 comments • 17 reposts

Show all posts →

## Experience



**Sales Design Lead**
IKEA · Full-time
Sep 2025 - Present · 5 mos
Austin, Texas, United States · On-site

As a Sales Design Lead at IKEA, I help customers plan and design kitchens, closets, and living spaces through personalized consultations and 3D planning tools. I manage the entire sales cycle—appointments, design creation, budgeting, and final purchase—while ensuring every customer receives a clear, practical, and aesthetically aligned solution. I played a key role in the New Store Opening for IKEA's first Best Buy partnership and collaborate closely with my team to maintain consistent standards, efficient workflows, and a seamless customer journey.

💎 Sales, Consulting and +3 skills

**Google Fi Sales Lead and Product Specialist**
Mosaic North America · Part-time
May 2025 - Nov 2025 · 7 mos

167

Austin, Texas, United States · On-site

On behalf of Google, at the Google Store, I represent one of the most innovative tech brands in the world. I work directly with customers to deliver personalized, hands-on experiences with Google's ecosystem — from Pixel devices and Nest products to software, digital services, and Google Fi wireless plans.

In addition to sales responsibilities, I serve as the Google Fi Sales Lead, coaching team members to ensure the store meets Fi activation goals. I provide training, share best practices, and monitor performance to keep our team aligned with targets.

I focus on building trust, identifying customer needs, and translating complex features into real-world solutions. My role goes beyond sales — it's about creating moments that turn first-time visitors into loyal Google users.

Key Highlights:
- ✔ Deliver exceptional customer experiences in a high-traffic, fast-paced environment
- ✔ Educate guests on Google products, services, and Fi wireless through engaging demos
- ✔ Lead Fi sales efforts, mentor staff on activation strategies, and track performance
- ✔ Drive store results through proactive sales techniques and cross-selling
- ✔ Provide feedback to corporate to improve product placement and engagement
- ✔ Stay current with tech trends and Google innovations to better serve customers

This role has strengthened my leadership, coaching, communication, and problem-solving skills, while fueling my passion for technology and customer-first service.

▽ Retail Sales, Sales and Marketing and +2 skills

---



**Advisor**
Best Buy · Part-time
Mar 2023 - May 2025 · 2 yrs 3 mos
Austin, Texas, United States · On-site

At Best Buy, I serve as a Shift Lead and Expert Sales Representative, overseeing daily team operations, mentoring new employees, and handling complex customer interactions to ensure a seamless shopping experience. I am certified with LG, Sony, Samsung, and Magnolia, enabling me to provide tailored solutions and expert guidance in the Home Theater department. My role combines leadership, technical knowledge, and exceptional customer service to consistently exceed sales targets and drive operational success.

▽ Sales Operations, Customer Service and +30 skills

---



**Lifeguard**
Kalahari Resorts & Conventions · Part-time
Apr 2022 - Oct 2022 · 7 mos
Round Rock, Texas, United States · On-site

At Kalahari Resorts, I worked as a Lifeguard, ensuring guest safety through diligent monitoring and quick response to emergencies, including deep-water rescues. I provided exceptional customer service and first aid assistance while maintaining a safe and welcoming environment. Certified in CPR and First Aid by the American Heart Association, I was committed to the well-being and satisfaction of every guest.

▽ Time Management, Water Safety Training and +1 skill

## Education



**Austin Community College**

Applied Associate of Science , Cybersecurity and Networking

May 2025 - May 2027

Grade: Freshman

Pursuing an Applied Associate of Science in Cybersecurity with coursework focused on networking, security fundamentals, system troubleshooting, and IT foundations. Building hands-on skills to support future roles in cybersecurity, technical sales, or security-adjacent support positions.

I'm passionate about tech, digital security, and how strong communication plays a role in both IT and business. I'm currently building skills in networking, cybersecurity fundamentals, IT support, and programming logic.

Alongside my studies, I work in retail sales where I've developed strong customer service, leadership, and problem-solving skills. My experience has taught me how to communicate clearly, adapt quickly, and provide real solutions—skills I plan to bring into the tech space.

Excited to keep growing and connect with professionals in IT, cybersecurity, and tech sales.

◈ Attention to Detail, Communication and +6 skills



**Mcneil High School**

High School Diploma, Information Technology

Aug 2021 - May 2025

Grade: 12th Grade

At McNeil High School, I am pursuing advanced coursework in cybersecurity, including the Cybersecurity Capstone, and have earned certifications such as CompTIA A+, Security+, and CodeHS Cybersecurity Level 1. Alongside my technical studies, I am enrolled in a business class to develop a strong foundation in business principles and practices. This combination equips me with the skills needed to excel academically and prepare for a successful career in the tech industry.

◈ Relationship Development, Attention to Detail and +3 skills

## Licenses & certifications



**Devices Certification by Google 2025**

Google

Issued May 2025

Show credential 🗗

169

## Skills

### Consulting

 Sales Design Lead at IKEA

### Design

 Sales Design Lead at IKEA

Show all 46 skills →

## Recommendations

**Received**    Given

**Nadia Taylor** 🔗 · 3rd
Servant Leader | HR Advocacy & Creative Solutions
August 30, 2025, Nadia managed Zain directly

Zain Saleh was the youngest member of my team, but quickly proved himself to be one of the most capable. He has a natural talent for connecting with customers, bringing both energy and professionalism well beyond his years. Even in just a few months, I watched him grow into responsibilities with the confidence of a seasoned employee. Zain has all the qualities to build a strong and successful career, and I'm excited to see where his journey takes him.

## Interests

**Companies**    Schools

**SONY** **Sony**
1,317,313 followers
+ Follow

**SONY** **Sony Electronics**
418,756 followers
+ Follow

Show all companies →