# Exhibit 43



## Matthew Hill

Engineering Program Management Leader

Austin, Texas Metropolitan Area · Contact info

**500+** connections

Apple

New York University - Leonard N. Stern School of...

**Connect**   **Message**   More

## About

I'm a partner engineering manager with previous experience working in consulting, customer service, marketing, and mobile telecom. Currently, I'm responsible for a team that drives technical engagement with North American mobile operators to bring Google's products and services to users.

## Activity

1,048 followers

Matthew Hill commented on a post • 2mo

Congrats, and best of luck on what comes next!

Show all comments →

## Experience



**Business Process Re-Engineering**
Apple · Full-time
Oct 2025 - Present · 5 mos
Austin, Texas, United States



**Google**
Full-time · 11 yrs 2 mos

**Head of Partner Engineering, NA - Comms products**
Jan 2022 - May 2025 · 3 yrs 5 mos
Austin, Texas, United States

Partner Engineering's core mission is to drive technical engagement with partners to bring Google's comms products and services to users; We extend engineering and address the 'last mile' between Google and partners, at scale.

• Leading strategic relationships with major global telecom carriers, including Verizon, T-Mobile, AT&T, Rogers, Bell, Telus and regional operators to accelerate RCS adoption and ensure consistent, high-quality service across networks.
• Managing a cross-functional team of engineers, program managers, and external partners to design and deploy carrier-grade infrastructure for RCS, enhancing network reliability and performance for millions of Android and iOS users globally.
• Managing executive-level relationships with telecom industry stakeholders, acting as Google's primary technical liaison and ensuring alignment on RCS priorities, product feedback, and long-term strategic goals.
• Directing carrier-specific implementations to tailor RCS solutions to varying network capabilities and regional requirements, improving the RCS adoption rate by addressing localized needs and reducing implementation barriers.
• Delivering consistent service configuration updates, technical documentation, and resources to internal stakeholders and external partners, ensuring ongoing support for RCS adoption and troubleshooting across global carrier networks.

**Head of Customer Care Operations - Google Pixel Phone**
Jan 2019 - Jan 2022 · 3 yrs 1 mo
Mountain View, California, United States

Led the global strategy and execution for customer care operations across Google's flagship products, including the Pixel 4, Pixel 5, and Pixel 6, supporting over XX million users globally through AI-driven support, same-unit repair services, and proactive troubleshooting tools.

• Led the cross-functional collaboration between engineering, product management, marketing, reverse logistics, and support teams to equip all Pixel devices (from Pixel 1 to Pixel 6) with the necessary support infrastructure for new hardware features (e.g., Motion Sense, 5G, AI-powered camera) and software innovations.
• Developed the model for Google Pixel's first-ever B2B support infrastructure, including enterprise-level IT support systems, IT portals, bulk device repair solutions, warranty plans, training and enablement.
Represented the voice of the customer back into the business to affect change and drive product improvements, resulting in an 80% reduction in customer support contact rate alongside > 10% increase in CSAT.
• Leveraged external carrier relationships to launch carrier advocacy programs, resulting in 40K training impressions and 8% uplift in Pixel sales via the telesales channel.

**Senior Program Manager - Customer Support**
Apr 2014 - Jan 2019 · 4 yrs 10 mos
Mountain View, CA

Defined customer support strategy and managed operational launches for multiple new and in-market products - including Pixel Phone, Android Wear, Google Store, Chrome OS, and Chrome Mobile. Optimized support channels to provide a comprehensive support framework, including: 1:1 operations, public help center, social support, and user communities

• Led the design of a "Pixel Tips" app to reduce setup-related friction, resulting in a 30% reduction in support inquiries related to the onboarding process, driving higher customer satisfaction (CSAT) and lower churn rates.
• Launched Google's on-device support chatbot, delivered via The Google Assistant, that utilized on-device signals to guide users to self-resolution of top user issues or escalating important issues to human agents by ensuring seamless transitions, improving First-Contact Resolution (FCR) rates and customer satisfaction (CSAT).
• Led the re-architecture of Pixel warranty service workflows, transitioning from a replacement-based model to a same-unit repair approach, impacting millions of users and improving the repair experience for customers of Pixel 4, Pixel 5, and Pixel 6 devices.



### Leadership Development Program (Marketing, Product Management, Customer Strategy)
Verizon
Jul 2012 - Mar 2014 · 1 yr 9 mos
Basking Ridge, NJ

Rotational program across product management and CRM functions. Managed vendor relationships, technical resources, go-to-market, and customer support activities in support of new and existing products, generating $XXMM+ in annual revenue.

• Re-architected and launched Caller Name ID on iOS, Android, and Blackberry OS
• Implemented pricing strategy adjustments to drive 20bps improvement in customer retention and $XMM+ incremental annual revenue for FiOS product



### Product Marketing and Product Management MBA Intern
Verizon Wireless
Jun 2011 - Aug 2011 · 3 mos
Basking Ridge, NJ

• Analyzed firm assets to identify adjacent business opportunities with potential for revenue of $250MM by year 5 and presented recommendations to CMO and executive leadership team.
• Collaborated with product development, network, IT, and finance teams to evaluate commercial viability and define feature set for future product offering
• Assessed competitive threat of over-the-top voice providers and presented findings to executive leadership team.



### Software Implementation Consultant
Polaris Management Partners
Feb 2009 - Jul 2010 · 1 yr 6 mos
New York, NY

Consulted for pharmaceutical industry clients to analyze, design, implement, and operate custom software-as-a-service for web-based tracking of pharmaceutical company spend

Show all 10 experiences →

## Education



**NYU Stern School of Business**
Masters of Business Administration (MBA)
2010 - 2012

Activities and societies: Finalist - Deloitte NYU Stern MBA Case Competition
Member - Technology Committee (Stern Student Corporation)



**The University of Texas at Austin**
BS, Electrical Engineering
2000 - 2004

Activities and societies: Texas Cowboys
Texas Blazers
Sigma Alpha Mu
University of Texas Waterski Team

## Skills

**Product Management**

 Endorsed by Biren Patel and 1 other who is highly skilled at this

 Endorsed by 5 colleagues at Verizon

 20 endorsements

**Wireless**

 7 endorsements

Show all 19 skills →

## Recommendations

**Received**    Given



**Hossein Mousavi**
Executive
January 13, 2014, Hossein worked with Matthew but they were at different companies

I had the pleasure of working with Matt closely in support of a very large project at Verizon Wireless. Matt's professionalism, dedication, follow through, and attention to details is among the very best that I have ever come across in the industry. He approach is both strategic and pragmatic, and he has a unique talent for calmly delivering results under extreme pressure.

## Languages

English

## Interests

Companies    Groups    Schools



**Google**
40,750,341 followers

\+ Follow

**NYU Stern School of Business**
227,398 followers

\+ Follow

Show all companies →

← **Experience**



**Business Process Re-Engineering**
Apple · Full-time
Oct 2025 - Present · 5 mos
Austin, Texas, United States



**Google**
Full-time · 11 yrs 2 mos

● **Head of Partner Engineering, NA - Comms products**
Jan 2022 - May 2025 · 3 yrs 5 mos
Austin, Texas, United States

Partner Engineering's core mission is to drive technical engagement with partners to bring Google's comms products and services to users; We extend engineering and address the 'last mile' between Google and partners, at scale.

• Leading strategic relationships with major global telecom carriers, including Verizon, T-Mobile, AT&T, Rogers, Bell, Telus and regional operators to accelerate RCS adoption and ensure consistent, high-quality service across networks.
• Managing a cross-functional team of engineers, program managers, and external partners to design and deploy carrier-grade infrastructure for RCS, enhancing network reliability and performance for millions of Android and iOS users globally.
• Managing executive-level relationships with telecom industry stakeholders, acting as Google's primary technical liaison and ensuring alignment on RCS priorities, product feedback, and long-term strategic goals.
• Directing carrier-specific implementations to tailor RCS solutions to varying network capabilities and regional requirements, improving the RCS adoption rate by addressing localized needs and reducing implementation barriers.
• Delivering consistent service configuration updates, technical documentation, and resources to internal stakeholders and external partners, ensuring ongoing support for RCS adoption and troubleshooting across global carrier networks.

● **Head of Customer Care Operations - Google Pixel Phone**
Jan 2019 - Jan 2022 · 3 yrs 1 mo
Mountain View, California, United States

Led the global strategy and execution for customer care operations across Google's flagship products, including the Pixel 4, Pixel 5, and Pixel 6, supporting over XX million users globally through AI-driven support, same-unit repair services, and proactive troubleshooting tools.

• Led the cross-functional collaboration between engineering, product management, marketing, reverse logistics, and support teams to equip all Pixel devices (from Pixel 1 to Pixel 6) with the necessary support infrastructure for new hardware features (e.g., Motion Sense, 5G, AI-powered camera) and software innovations.
• Developed the model for Google Pixel's first-ever B2B support infrastructure, including enterprise-level IT support systems, IT portals, bulk device repair solutions, warranty plans, training and enablement.
Represented the voice of the customer back into the business to affect change and drive product improvements, resulting in an 80% reduction in customer support contact rate alongside > 10% increase in CSAT.
• Leveraged external carrier relationships to launch carrier advocacy programs, resulting in 40K training impressions and 8% uplift in Pixel sales via the telesales channel.

● **Senior Program Manager - Customer Support**
Apr 2014 - Jan 2019 · 4 yrs 10 mos
Mountain View, CA

Defined customer support strategy and managed operational launches for multiple new and in-market products - including Pixel Phone, Android Wear, Google Store, Chrome OS, and Chrome Mobile. Optimized support channels to provide a comprehensive support framework, including: 1:1 operations, public help center, social support, and user communities

• Led the design of a "Pixel Tips" app to reduce setup-related friction, resulting in a 30% reduction in support inquiries related to the onboarding process, driving higher customer satisfaction (CSAT) and lower churn rates.
• Launched Google's on-device support chatbot, delivered via The Google Assistant, that utilized on-device signals to guide users to self-resolution of top user issues or escalating important issues to human agents by ensuring seamless transitions, improving First-Contact Resolution (FCR) rates and customer satisfaction (CSAT).
• Led the re-architecture of Pixel warranty service workflows, transitioning from a replacement-based model to a same-unit repair approach, impacting millions of users and improving the repair experience for customers of Pixel 4, Pixel 5, and Pixel 6 devices.



### Leadership Development Program (Marketing, Product Management, Customer Strategy)
Verizon
Jul 2012 - Mar 2014 · 1 yr 9 mos
Basking Ridge, NJ

Rotational program across product management and CRM functions. Managed vendor relationships, technical resources, go-to-market, and customer support activities in support of new and existing products, generating $XXMM+ in annual revenue.

• Re-architected and launched Caller Name ID on iOS, Android, and Blackberry OS
• Implemented pricing strategy adjustments to drive 20bps improvement in customer retention and $XMM+ incremental annual revenue for FiOS product



### Product Marketing and Product Management MBA Intern
Verizon Wireless
Jun 2011 - Aug 2011 · 3 mos
Basking Ridge, NJ

• Analyzed firm assets to identify adjacent business opportunities with potential for revenue of $250MM by year 5 and presented recommendations to CMO and executive leadership team.
• Collaborated with product development, network, IT, and finance teams to evaluate commercial viability and define feature set for future product offering
• Assessed competitive threat of over-the-top voice providers and presented findings to executive leadership team.



### Software Implementation Consultant
Polaris Management Partners
Feb 2009 - Jul 2010 · 1 yr 6 mos
New York, NY

Consulted for pharmaceutical industry clients to analyze, design, implement, and operate custom software-as-a-service for web-based tracking of pharmaceutical company spend



### Accenture
3 yrs 8 mos
New York, NY

### Consultant

Sep 2007 - Feb 2009 · 1 yr 6 mos

Consulted for various telecom industry clients to develop long term technology roadmaps for deployment of wireless services by analyzing Multi-System Operator's (MSO) systems infrastructure and translating business requirements into technical requirements

• Led an international team transforming business requirements into 20,000+ technical requirements with respect to the Billing, CRM, and Sales/Marketing as foundation of client's wireless 3G systems migration
• Co-Edited internal publication that detailed trends and company activities related to wireless technologies
• Created wireless systems architecture blueprint to be used for client budgeting purposes and planning for new service offerings
• Analyzed client's extranet (e-business) systems and created a request for proposal (RFP) to solicit vendor responses, including scoring criteria for RFP evaluation

### Analyst

Jul 2005 - Aug 2007 · 2 yrs 2 mos

• Managed a team effort to compile requirements and develop test plans for a telecom startup's engineering labs
• Coordinated the migration from an outsourced to in-sourced voice network in collaboration with client management



### Network Engineer

McKesson

Jul 2004 - May 2005 · 11 mos

Dallas, TX

Monitored corporate-wide network activities to plan for future growth and system hardware upgrades. Conducted site surveys of distribution center facilities and installed wireless data networks for inventory control purposes



## Karthik Rao  He/Him · 3rd

SoC and Power Architect who designs next generation mobile devices

Austin, Texas, United States · **Contact info**

**500+ connections**

 **AMD**

 **Georgia Institute of Technology**

**Message**   **+ Follow**   **More**

## About

I am an SoC architect with deep knowledge in Power Management at AMD. I design SoCs for next generation mobile platforms in various product categories. My expertise is in design, development, prototyping and optimizing power-performance-energy-thermals for a wide range of products. Academic background is in Computer Architecture, Control Theory, Power-Thermal-Performance analysis. Other areas of interest include Machine Learning, Robotics, Digital Signal Processing. I strongly believe in collaborative development and learning from people with expertise in disparate fields. Problem solving by building hybrid solutions and making them work is my best asset.

I have a PhD from Georgia Tech in the Electrical and Computer Engineering Department under the guidance of Dr. Sudhakar Yalamanchili and Dr. Yorai Wardi. In my spare time I work on modeling and control of high performance computing systems like multi-core processors, GPUs, embedded and cloud computing systems. I like to read about life histories of scientists and philosophers. I like to draw, play table tennis, watch/play football (soccer), listen to music, play the guitar and build to-scale plastic replicas.

## Featured



RaoKarthik_CompleteCV_Oct19.pdf

## Activity

1,103 followers

**Posts** | Comments



Karthik Rao reposted this

**Abhinav Vishnu** ⊘ · 3rd+
Distinguished Engineer, Accelerated Compute ...
10mo · 🌐

I am looking for AI/ML Performance engineers with strong focus on GPU acceleration. Please reach out to me directly. https://lnkd.in/g2RcptVH.

**Principal Performance...**
careers.amd.com

💙💙 137 · 4 comments · 13 reposts

**Karthik Rao** ⊘ · 3rd+
SoC and Power Architect who designs nex...
1yr · 🌐

Great opportunity for folks in India. Tejesh's team does excellent work on AMD's next gen SoCs

**Tejesh Ejanthkar** ⊘ · 3rd+
Director, SoC Lead - Client/SemiCustom/Dat...

SoC (MicroArchitecture/RTL Integration/Low Power design/FrontEnd) openings 5-18 yrs in AMD HYD/BLR !!

💙 12

Show all posts →

## Experience

**AMD**
8 yrs

● **Senior Member of Technical Staff - SoC Architect**
Full-time
Jun 2023 - Present · 2 yrs 8 mos
Austin, Texas, United States · On-site

Designing next generation mobile processors.

● **Member of Technical Staff - Power Management Architect**
Full-time
Jun 2021 - Jun 2023 · 2 yrs 1 mo
Austin, Texas

● **Sr. SDE - Power Management Architect**
Full-time

Feb 2019 - Jun 2021 · 2 yrs 5 mos
Austin, Texas

1) Working in Power Management Architecture - Advanced Algorithms Development.
2) Power and performance modeling of CPUs and GPUs
3) Pre-Silicon software and firmware prototyping
4) Post-Silicon feature bring-up

Show all 4 experiences →

 **Georgia Institute of Technology**
5 yrs 11 mos

**Graduate Student**
Jul 2012 - May 2018 · 5 yrs 11 mos
Atlanta, GA USA

Graduate Student in Electrical And Computer Engineering Department.

 **Computer Architecture and Systems Lab (CASL) Georgia Tech**
Computer Architecture and Systems Laboratory (CASL) is part of the NSF Industry University
Cooperative Research Center on Experimental Research in Computer Systems...

**Graduate Research Assistant**
Aug 2013 - Feb 2018 · 4 yrs 7 mos
Atlanta Metropolitan Area

1) I worked on applying control theoretic methods to computing systems, specifically SoCs.
2) The focus of my research was co-ordinated control of multiple components on a heterogeneous SoC. Building
fast, robust feedback controllers for complex computing systems is my strength.
3) I have worked on temperature regulation for multi-core processors using dynamic voltage frequency scaling.
4) My last research project in Georgia Tech was on energy optimization of 3D die-stacked processor memory
architectures.
5) I have also worked on modeling cloud computing systems similar to Hadoop so as to provide strict
mathematical guarantees on regulating the Quality of Service (QoS) metrics.

**Graduate Teaching Assistant**
Aug 2014 - Dec 2014 · 5 mos
Atlanta Metropolitan Area

I was one of the 3 TAs for Linear Systems and Control (ECE 6550). The course was taught by Dr. Magnus
Egerstedt. It was my first stint as a TA and the students enjoyed coming to office hours. The total class strength
was about 200 students including distance learning. I got an opportunity to lecture as well. I received lot of
appreciation for my efforts from the professor and the students alike.

 **Software Engineering Intern**
FutureWei Technologies
Jan 2016 - Aug 2016 · 8 mos
Santa Clara, California

1) I worked on the Android Open Source Project developing software controllers to optimize energy
consumption of a mobile device.
2) Along with my mentor Dr. Jun Wang, I developed a coordinated control scheme to minimize energy
consumption on a Nexus 6 smartphone while delivering required user level performance.
3) I gained experience with writing Linux kernel modules, shell and python scripts.
4) During the course of the internship, we submitted 3 patent applications and two research papers.

The first paper titled "Application-Specific Performance-Aware Energy Optimization on Android Mobile Devices" was published at HPCA 2017.
The second paper is titled "An Application-Specific Approach to Energy Optimization on Android Mobile Devices" was published at IEEE Transactions on Mobile Computing 2019.

 **RaoKarthik_HPCALightningPres.pdf**
Brief description of my HPCA 2017 work.

 **Application Support Engineer**
The MathWorks
May 2013 - Aug 2013 · 4 mos
Natick MA

Worked as Technical Support Engineer and supported Simulink products. I handled over 80 customer cases and achieved maximum customer satisfaction. The internship helped me develop professionally. It made me understand the importance of having a great product support team for the success of a company.

 **Systems Design Engineer**
Udupi Sri Krishna Technologies
Nov 2011 - Feb 2012 · 4 mos
Malleshwaram 15th cross, Bangalore

I designed circuit boards for industrial automation. I also worked on Texas Instruments DSP processors.

Show all 12 experiences →

## Education

 **Georgia Institute of Technology**
Doctor of Philosophy - PhD, Computer Engineering and Control Systems
2014 - 2018

My dissertation is titled "Coordinated Management of the Processor and Memory for Optimizing Energy Efficiency". I completed my PhD under Dr. Sudhakar Yalamanchili and Dr. Yorai Wardi.

My thesis focuses on applying formal control theoretic techniques to dynamically manage performance, energy and temperature of computing systems such as mobile devices and 3D die-stacked processor memory architectures.

 **Manipal Institute of Technology**
Bachelor of Engineering, Electronics and Communication
2007 - 2011

Grade: 9.8 / 10

Activities and societies: IEEE Student Branch

• 2nd highest CGPA in the department of Electronics and Communication.
• Won a circuit designing competition "Electrobuzz" and a PCB designing competition conducted by student division of Institute of Engineers, Electronics and Communication Engineering at the Manipal Institute of Technology, Manipal.
• Active Member of IEEE Student Chapter of Manipal Institute of Technology, Manipal.
• Served as Head of Robotics Group 2009 - 2010, IEEE Student Chapter, MIT, Manipal.
• Organized a national level Robotics Competition during "Tech-Tatva", a national level technical fest at MIT,

Manipal.
• Conducted several workshops on Robotics at MIT, Manipal.

Show all 4 educations →

## Projects

**Cache Coherence protocols**
Nov 2013 - Present

Associated with Georgia Institute of Technology

1) Implemented multiple Cache Coherence protocols using C++
2) Tested the performance of each protocol in detail.

**Implementation of Tomasulo Algorithm**
Oct 2013 - Present

Associated with Georgia Institute of Technology

1) Implemented the Tomasulo algorithm for Out Of Order Schedulers in multi-core processors.
2) Used C++ for coding.
3) Gained extensive exposure to using standard template libraries in C++.

Show all 8 projects →

## Skills

**Matlab**

Endorsed by Abhishek Patil and 5 others who are highly skilled at this

Endorsed by 2 colleagues at AMD

31 endorsements

**Digital Signal Processors**

Endorsed by 3 colleagues at Georgia Institute of Technology

19 endorsements

Show all 31 skills →

## Recommendations

**Received**    Given



**Leonardo Piga** · 3rd
Software Engineer at Meta
October 2, 2020, Leonardo was senior to Karthik but didn't manage Karthik directly

I worked with Karthik in many different projects at AMD. Karthik is a very creative engineer and has the ability to develop new solutions to complex problems, analyze the trade offs among them and implement the most appropriate one. His knowledge on control theory is impressive and very useful for the projects that we were working on power management. Karthik is also a team player and tries to keep the working environment light and enjoyable. I was a pleasure working with him and I hope out paths crosses again in future.



**Shomit Das** · 3rd
SoC Architect
January 31, 2019, Shomit worked with Karthik on the same team

I have collaborated with Karthik on various topics at AMD Research. He brings a clarity and vision to the project that is quite commendable. I have observed him excel at research related to his expertise in control theory, as well as adapt to topics outside his regular bread-and-butter. Given a problem statement, Karthik has demonstrated an uncanny ability to quickly formalize it, which is a testament to his structured approach towards a problem. I have no doubt Karthik will excel at any project he is involved in. If you are looking to hire Karthik, feel free to contact me for specific questions, and I will be happy to answer them.

Show all 6 received →

## Publications

**ROC power improvements through DF Pstate management**
AMD GTAC · Nov 18, 2021

Best Paper Award!!!

AMD GTAC is a rigorously reviewed, highly selective (~30% acceptance rate) technical conference conducted within AMD with participants across global locations.

**Other authors**



**Exploring core heterogeneity to improve lightly threaded workload performance**
AMD GTAC · Nov 10, 2020

AMD GTAC is a rigorously reviewed, highly selective (~30% acceptance rate) technical conference conducted within AMD with participants across global locations.

**Other authors**



Show all 9 publications →

## Patents

**Method and apparatus for temperature-gradient aware data-placement for 3d stacked drams**
US 10,725,670 · Issued Jul 28, 2020

See patent

A system including a stack of two or more layers of volatile memory, such as layers of a 3D stacked DRAM memory, places data in the stack based on a temperature or a refresh rate. When a threshold is exceeded, data are moved from a first region to a second region in the stack, the second region having one or both of a second temperature lower than a first temperature of the first region or a second refresh rate lower than a first refresh rate of the first region.

**Setting Operating Points for Circuits in an Integrated Circuit Chip using an Integrated Voltage Regulator Power Loss Model**
US 10,560,022 · Issued Feb 11, 2020

See patent

An apparatus includes an integrated circuit chip with a set of circuits having two or more subsets of circuits; an external voltage regulator separate from the integrated circuit chip; two or more integrated voltage regulators on the integrated circuit chip that each provide an input voltage to a respective subset of the circuits; and a controller. The controller determines, using an integrated voltage regulator power loss model, an electrical power loss for the integrated voltage regulators for a first combination of operating points for the subsets of the circuits. The controller then determines, based on the electrical power loss, a second combination of operating points for the subsets of the circuits that includes an adjustment to an operating point for at least one of the subsets of the circuits that compensates for an electrical power loss of the corresponding integrated voltage regulator. The controller sets an operating point of each of the subsets of the circuits based on the second combination of operating points.

**Other inventors**



Show all 7 patents →

## Courses

**Advanced Computer Architecture**
ECE 6100

Gr Associated with Georgia Institute of Technology

**Advanced DSP**
ECE 6250

Gr Associated with Georgia Institute of Technology

Show all 11 courses →

## Honors & awards

**Best Paper Award GTAC 2021**
Nov 2021

 Associated with AMD

AMD GTAC is a rigorously reviewed, highly selective (~30% acceptance rate) technical conference conducted within AMD with participants across global locations.

**AMD Spotlight Award**
Oct 2021

 Associated with AMD

AMD Spotlight Award for contributions on debugging Deep Sleep states.

Show all 5 honors & awards →

## Languages

**English**
Native or bilingual proficiency

**Hindi**
Full professional proficiency

Show all 5 languages →

## Organizations

IEEE

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Lex Fridman**  · 3rd
Research Scientist, MIT
1,744,164 followers

+ Follow

 **Scott Galloway** · 3rd
Professor of Marketing, NYU Stern | Bestselling Author | Founder, Section | Host #ProfGPod, #PivotPodcast
866,926 followers

+ Follow

Show all Top Voices →

16

## Causes

Arts and Culture • Education • Health • Politics • Science and Technology



## Zain Saleh  He/Him · 3rd

Sales Design Lead @ IKEA

Austin, Texas, United States · **Contact info**

144 connections

**Message**   **+ Follow**   **More**

IKEA

Austin Community College

## About

Hi, I'm Zain Saleh! A sales design lead and technical sales professional with 6+ years of experience across retail technology, customer solutions, design consulting, and IT support. I've worked with global brands such as Google, IKEA, and Best Buy, helping customers navigate complex technology and home design through clear communication, hands-on guidance, and tailored solutions.

At IKEA, I design kitchens, closets, and living spaces using 3D planning tools and guide customers through the full design-to-purchase process. This role has strengthened my ability to understand customer needs, translate technical details into practical solutions, and manage multiple projects with accuracy and care.

As a Google Fi Sales Lead at the Google Store (via Mosaic), I represent the Google ecosystem through personalized demos, wireless service education, and customer-first experiences. I coach associates on Fi activations, support store performance goals, and help guests understand how Google's devices and services fit into their daily lives.

Previously, I served as a Shift Lead at Best Buy, where I gained strong leadership, training, and problem-solving experience while supporting premium tech categories including LG, Sony, Samsung, and Magnolia. I also continue to work as a freelance repair technician specializing in custom PC builds, hardware diagnostics, and system optimization.

I'm currently pursuing an Applied Associate of Science in Cybersecurity at Austin Community College, expanding my skills in networking, security fundamentals, and IT systems. My goal is to bridge my customer-facing experience with technical expertise and grow into roles within tech sales, customer engineering, or security-adjacent support.

I'm always open to connecting with professionals in IT, cybersecurity, cloud, and technical sales. Excited to keep learning and growing in the tech space.

◈ **Top skills**                                                                    →
Sales • Customer Experience • Customer Satisfaction • Client Services • Problem Solving

## Activity

144 followers

**Posts**  Comments



Zain Saleh reposted this                    ...

**Mosaic North America**
187,749 followers
6mo · 🌐

We're proud to be featured in Retail & Restaurant
Facility Business for our continued partnership
with Google.

Today, Mosaic operates all 7 Google retail locations
across North America, including the brand-new store
in Austin. We manage everything from staffing to in-
store operations, creating standout experiences coast
to coast. ...more

**Google Store Opens Firs...**
retailrestaurantfb.com

 116 · 2 comments · 17 reposts

---

Show all posts →

## Experience



**Sales Design Lead**
IKEA · Full-time
Sep 2025 - Present · 5 mos
Austin, Texas, United States · On-site

As a Sales Design Lead at IKEA, I help customers plan and design kitchens, closets, and living spaces through
personalized consultations and 3D planning tools. I manage the entire sales cycle—appointments, design
creation, budgeting, and final purchase—while ensuring every customer receives a clear, practical, and
aesthetically aligned solution. I played a key role in the New Store Opening for IKEA's first Best Buy partnership
and collaborate closely with my team to maintain consistent standards, efficient workflows, and a seamless
customer journey.

💎 Sales, Consulting and +3 skills

---

**Google Fi Sales Lead and Product Specialist**
Mosaic North America · Part-time
May 2025 - Nov 2025 · 7 mos

19

Austin, Texas, United States · On-site

On behalf of Google, at the Google Store, I represent one of the most innovative tech brands in the world. I work directly with customers to deliver personalized, hands-on experiences with Google's ecosystem — from Pixel devices and Nest products to software, digital services, and Google Fi wireless plans.

In addition to sales responsibilities, I serve as the Google Fi Sales Lead, coaching team members to ensure the store meets Fi activation goals. I provide training, share best practices, and monitor performance to keep our team aligned with targets.

I focus on building trust, identifying customer needs, and translating complex features into real-world solutions. My role goes beyond sales — it's about creating moments that turn first-time visitors into loyal Google users.

Key Highlights:
- ✔ Deliver exceptional customer experiences in a high-traffic, fast-paced environment
- ✔ Educate guests on Google products, services, and Fi wireless through engaging demos
- ✔ Lead Fi sales efforts, mentor staff on activation strategies, and track performance
- ✔ Drive store results through proactive sales techniques and cross-selling
- ✔ Provide feedback to corporate to improve product placement and engagement
- ✔ Stay current with tech trends and Google innovations to better serve customers

This role has strengthened my leadership, coaching, communication, and problem-solving skills, while fueling my passion for technology and customer-first service.

▽ Retail Sales, Sales and Marketing and +2 skills

---



**Advisor**
Best Buy · Part-time
Mar 2023 - May 2025 · 2 yrs 3 mos
Austin, Texas, United States · On-site

At Best Buy, I serve as a Shift Lead and Expert Sales Representative, overseeing daily team operations, mentoring new employees, and handling complex customer interactions to ensure a seamless shopping experience. I am certified with LG, Sony, Samsung, and Magnolia, enabling me to provide tailored solutions and expert guidance in the Home Theater department. My role combines leadership, technical knowledge, and exceptional customer service to consistently exceed sales targets and drive operational success.

▽ Sales Operations, Customer Service and +30 skills

---



**Lifeguard**
Kalahari Resorts & Conventions · Part-time
Apr 2022 - Oct 2022 · 7 mos
Round Rock, Texas, United States · On-site

At Kalahari Resorts, I worked as a Lifeguard, ensuring guest safety through diligent monitoring and quick response to emergencies, including deep-water rescues. I provided exceptional customer service and first aid assistance while maintaining a safe and welcoming environment. Certified in CPR and First Aid by the American Heart Association, I was committed to the well-being and satisfaction of every guest.

▽ Time Management, Water Safety Training and +1 skill

20

## Education

 **Austin Community College**
Applied Associate of Science , Cybersecurity and Networking
May 2025 - May 2027

Grade: Freshman

Pursuing an Applied Associate of Science in Cybersecurity with coursework focused on networking, security fundamentals, system troubleshooting, and IT foundations. Building hands-on skills to support future roles in cybersecurity, technical sales, or security-adjacent support positions.

I'm passionate about tech, digital security, and how strong communication plays a role in both IT and business. I'm currently building skills in networking, cybersecurity fundamentals, IT support, and programming logic.

Alongside my studies, I work in retail sales where I've developed strong customer service, leadership, and problem-solving skills. My experience has taught me how to communicate clearly, adapt quickly, and provide real solutions—skills I plan to bring into the tech space.

Excited to keep growing and connect with professionals in IT, cybersecurity, and tech sales.

⬦ Attention to Detail, Communication and +6 skills

 **Mcneil High School**
High School Diploma, Information Technology
Aug 2021 - May 2025

Grade: 12th Grade

At McNeil High School, I am pursuing advanced coursework in cybersecurity, including the Cybersecurity Capstone, and have earned certifications such as CompTIA A+, Security+, and CodeHS Cybersecurity Level 1. Alongside my technical studies, I am enrolled in a business class to develop a strong foundation in business principles and practices. This combination equips me with the skills needed to excel academically and prepare for a successful career in the tech industry.

⬦ Relationship Development, Attention to Detail and +3 skills

## Licenses & certifications

 **Devices Certification by Google 2025**
Google
Issued May 2025

Show credential ⬈

21

## Skills

### Consulting

 Sales Design Lead at IKEA

---

### Design

 Sales Design Lead at IKEA

Show all 46 skills →

## Recommendations

**Received**    Given

**Nadia Taylor** 🔗 · 3rd
Servant Leader | HR Advocacy & Creative Solutions
August 30, 2025, Nadia managed Zain directly

Zain Saleh was the youngest member of my team, but quickly proved himself to be one of the most capable. He has a natural talent for connecting with customers, bringing both energy and professionalism well beyond his years. Even in just a few months, I watched him grow into responsibilities with the confidence of a seasoned employee. Zain has all the qualities to build a strong and successful career, and I'm excited to see where his journey takes him.

## Interests

**Companies**    Schools

**SONY**    **Sony**
1,317,313 followers
+ Follow

**SONY**    **Sony Electronics**
418,756 followers
+ Follow

Show all companies →