# Exhibit 44



## Adrienne McCallister  · 2nd

Google Technology & Ecosystem Development Executive | AI |
Regulatory | Finance | M&A | Board Trustee, Executive Committee &
Outcomes Chair

Austin, Texas, United States · Contact info

3,057 followers · 500+ connections

 **Karl Mehta** is a mutual connection



**+ Follow**   **Message**   **More**

---

## About

As a global, strategic technology and business executive, I provide 25+ years of intersecting experience across strategy, tech/digital product innovation, product, sales, and finance —spanning some of the most influential technology and Fortune 500 companies – Google, Yahoo!, AOL, & Credit Suisse. My career has been focused on delivering multi-billion dollar growth by guiding businesses through disruptive tech evolutions, global market shifts, and an increasingly complex global regulatory and competitive landscape.

To companies and boards, I bring valuable insights on shaping corporate and growth strategies, capitalizing on emerging tech and AI trends, launching blockbuster products and digital platforms, and forging strategic partnerships. My perspective blends experience from Wall Street, Silicon Valley, and entrepreneurial ventures—uniquely equipping me to advise on new business models, commercialization, go-to-market, ecosystem development, and regulatory issues.

At Google, I provide strategic, commercial direction and oversight across global partnerships for some of the world's most iconic platforms – Chrome, Workspace, Google One, Google Photos, & Google Messages, serving over 3 billion users. I've played an instrumental role in expanding Google's footprint among the most relied-upon enterprise/consumer software, productivity, and communications products —Gmail, Docs, Sheets, Calendar, Meet, and Google's flagship AI offering, Gemini.

While overseeing global teams and critical, large distribution deals, I lead strategic global regulatory frameworks, product launches, monetization, and revenue diversification. With keen AI expertise, I advise on AI integrations, partnerships, marketing, and sales – and AI challenges such as data security, legal, liability, interoperability, and regulatory matters.

In addition to my technology career, I bring finance, investments, and M&A experience – having led Corporate Finance and M&A roles at investment banking and financial services firms, Credit Suisse and PaineWebber – advising middle-market clients (~$1B revenues) on leveraged buyouts, exclusive sales, takeover defenses, and other transactions and services.



Passionate about impact and giving back, I serve as Board Trustee, Executive Committee Member & Outcomes Committee Chair of the Jefferson Trust at the University of Virginia, and volunteer throughout the Austin community.

## Featured

**Link**

ATHENA ALLIANCE

**Meet Athena member Adrienne McCallister, Google's intentiona...**
Athena Alliance

**Link**

**We Shape Tech, Role Model**
We Shape Tech

**Link**

THE PEOPLE WHO MATTER
ADRIENNE MCCALLISTER

**The People Who Matter**
linkedin.com

## Activity
3,057 followers

+ Follow

**Posts**   Comments   Images

**Adrienne McCallister** · 2nd
Google Technology & Ecosystem Develop...
5d · 🌐

Today, Google announced the launch of Personal Intelligence in Gemini. Now - with your express opt-in and permission - Gemini can now help you understand how to navigate the world based uniquely on your history, background and preferences. It's an exciting step to make Gemini ever more "personal, proactive and powerful".

When your friend asks for tips about a vacation to Japan, or how you navigated the college ...more

Help that's made for you

**Gemini introduces...**
blog.google

👍❤️ 75 · 2 comments

Adrienne McCallister reposted this

**Sameer Samat** in · 3rd+
President, Android Ecosystem @ Google
1mo · 🌐

Technology can help you in really meaningful ways, especially in an emergency. For many years, Android's Emergency Location Service has helped first ...more

Emergency number

👍❤️👏 277 · 4 comments · 15 reposts

Show all posts →

2

## Experience



**Google**
14 yrs 10 mos

**VP, Global Partnerships**
Full-time
May 2021 - Present · 4 yrs 9 mos
Austin, Texas, United States · On-site

Oversight Expansion (Effective September 2025):
Leads a global organization, providing C-level guidance on strategic matters including complex commercial models, GTM strategy, revenue diversification, global regulatory and risk, and ecosystem development. Guides on high-value, multi-billion dollar agreements, ensuring deals directly accelerate product adoption, growth, and P&L outcomes for the company. This scope includes strategic partnership accountability and execution for four key, market-defining product areas:

1. Subscriptions & Cloud Value: Maximizing user retention, subscriber growth, and value articulation for Google One and Google Photos.

2. First-Party Hardware & Services: Direct commercial strategy for Google's Pixel devices, Google Store, and Google Fi mobile services, driving market share and competitive advantage.

3. Connected Home & Health: Architecting the business model and securing strategic deals for Google Home and the emerging Fitbit / Google Health platform.

4. Mobility & Auto: Defining ecosystem partnerships that drive the adoption and integration of Android Auto into the global automotive market.

Prior Focus (May 2021 - August 2025):
Previously oversaw global partnerships for Chrome, Workspace, Google One, Google Photos, and Google Messages, including corporate strategy and business development oversight for enterprise and consumer products serving 3+ billion users worldwide. Steered critical platform and product partnerships with major industry players to accelerate the adoption of Workspace (Gmail, Calendar, Meet, others), Google's messaging business, and the Chrome web ecosystem.

⬦ Executive Visibility, Written Communication and +4 skills

  

### Managing Director, Android, Communications and Connectivity Partnerships

Sep 2018 - Present · 7 yrs 5 mos
Mountain View, CA

Oversaw Google's North American telco/operator partnerships, Enterprise Partnerships, and all Workspace and Communications partnerships for Google's consumer communications products (Android Messages (RCS), Duo & Dialer) and multiple operator-focused connectivity services (Google Fi) – leading a global team.

Led the launch of Google's global RCS network across operators, OEMs and Google Messages clients. Provided regulatory expertise during Google's critical trial, including in DOJ deposition and Federal Court testimony. Provided AI expertise, and guided business and corporate development at Mobile World Congress.

▽ Skilled Multi-tasker

### Managing Director, Google Immersive Computing, Business Development

Aug 2016 - Present · 9 yrs 6 mos
Mountain View, CA

Led and provided the strategic direction across business development, partnership, production and developer outreach for Google's AR, VR & Google Lens efforts. Headed a team to scale content partnerships and publishing, OEM, SOC, and carrier distribution for Daydream VR, ARCore, Lens, Jump/VR 180 camera platform strategies.

▽ Skilled Multi-tasker



Show all 5 experiences →



### VP, Business Development

Associated Content
May 2009 - Apr 2011 · 2 yrs
New York, NY

Provided strategic direction and oversight for marketing and business development of Yahoo!'s publishing division, including content licensing for Associated Content with leading media organizations, publishers, local web businesses and e-commerce companies. Oversaw the company's trade, corporate and social marketing, forging revenue-generating content licensing and major deals including AOL, Yahoo, Time/Sports Illustrated, Huffington Post, Reuters, TMZ and Scripps.



### VP, Business Development

Clearleap
Apr 2008 - May 2009 · 1 yr 2 mos

Led business development and channel partnerships for Clearleap, a video technology infrastructure company. Oversaw sales and deal negotiations with traditional and new media companies, led partnership discussions with technology platform partners, and steered strategic initiatives with players in the broadband-connected consumer electronics arena.

### VP/Sr. Director, Strategic Partnerships, Business Development

AOL
Aug 2003 - Aug 2007 · 4 yrs 1 mo

Responsible for creating strategic partnerships and business development activities across all of AOL's product and platform business units in the technology and consumer electronics verticals. In charge of heading up AOL's evaluation of non-PC distribution opportunites for the AOL Video and other AOL products.

Coordinate strategic alliances across the AOL organization with major third-party partners. Structure and negotiate third-party technology deals (e.g. new business revenue share opportunities, as well as software licensing).

 **Associate, Business Development**
Credit Suisse First Boston
Jul 1999 - Dec 2000 · 1 yr 6 mos

Show all 10 experiences →

## Education

 **University of California, Berkeley**
Master of Business Administration - MBA

 **University of Virginia**
BS, Finance

## Licenses & certifications

 **Preparing to be a Corporate Director**
Harvard Business School Executive Education
Issued Apr 2025
Credential ID 255977S9AYRY

Show credential ⧉

⬦ Board Advisory Services, corporate board and +6 skills

## Volunteering

 **Board Member**
Jefferson Trust, University of Virginia
Jun 2020 - Present · 5 yrs 8 mos
Education

The mission of the Jefferson Trust is to foster a dynamic community of alumni and friends of the University of Virginia who provide catalytic grants in support of innovation and leadership. This initiative invests in people whose efforts can have a positive impact on the student experience, the University community, or society at large.

## Skills

### Board Advisory Services

 Preparing to be a Corporate Director

 1 endorsement

### corporate board

 Preparing to be a Corporate Director

**Show all 56 skills →**

## Recommendations

**Received**    Given

 **Josh Freeman** in · 3rd
Experienced entrepreneur and business leader
October 23, 2007, Josh managed Adrienne directly

Adrienne is an exceptional business development professional. She is an incredibly motivated individual who can develop and execute a partnership with minimal oversight and always produces. Her commitment and work ethic are unparalleled and one of her most impressive qualities is her ability to manage relationships and expectations both internally and externally.

## Interests

**Top Voices**    Companies    Groups    Schools

 **Adam Grant** in · 2nd
Organizational psychologist at Wharton, #1 NYT bestselling author of THINK AGAIN, host of the TED podcast Re:Thinking
5,580,022 followers

(+ Follow)

 **Jason Calacanis** in · 2nd
I invest in 100 new startups a year... get a meeting with my team at launch.co/apply, or learn how to start a company by joining founder.university (our 12-week course). watch thisweekinstartups.com if you love startups
696,036 followers

(+ Follow)

**Show all Top Voices →**

6



## Rob McBride

Global Partnerships | Devices & Services Business Organization

Dallas-Fort Worth Metroplex · Contact info

**500+** connections

[   Connect ]  [ Message ]  [ More ]

 Google

 Wilfrid Laurier University

## About

I will drive results for your organization. I am hard working, results oriented and focused on achieving results. I am highly motivated to meet personal and team objectives and have a proven track record of providing innovation and idea's that get results. I have a strong background building go-to-market strategies and execution plans for driving brand presence in multiple channels and product sell through. Whether direct or channel sales, I have led teams that have over achieved these objectives.

My Experience Includes:
- Partnering with cross-functional teams
- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Technology and Telecommunications Sector Engagement
- Range of Software, Hardware, Smartphone and Communications portfolio
- Carrier Experience with AT&T Sprint, T-Mobile & Verizon
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Ability to Communicate Clearly and Effectively
- Enabling Channel Partners
- Build and Execute Quarterly Channel Plans

## Activity

1,636 followers

**Posts**    Comments

---

**Rob McBride** ✓ • 3rd+
Global Partnerships | Devices & Services B...
5mo • Edited • 🌐

The exciting announcements at the Made by Google Pixel 10 event reveal how Google's dedication to innovation is bringing powerful new AI and ...more

**Nicholas Drake** in • 3rd+
Vice President Global Marketing @Google | ...

Incredibly proud of the team for delivering our most watched Made by Google yet! ...more



🔵🟢 25 • 2 comments

---

**Rob McBride reposted this** • • •

**Webex**
155,083 followers
7mo • Edited • 🌐

Webex App is now optimized for **Google** Pixel Fold, increasing productivity and flexibility for mobile users. With AI-powered innovations and ...more



🔵🟢❤️ 43 • 1 comment • 3 reposts

---

Show all posts →

## Experience



**Global Enterprise Partnerships | Devices & Services Business Organization**
Google · Full-time
Aug 2022 - Present · 3 yrs 7 mos
Dallas-Fort Worth Metroplex

Working with Product and Engineering teams across Pixel hardware and Android to build differentiated 1st and 3rd party solutions. Leading external partner relationships and go-to-market with Pixel programs and initiatives.

 **The Google phone. Built for business.**

---



**US Carrier Sales Leader - Enterprise | Small Business | Public Sector**
Apple · Full-time
Sep 2016 - Jul 2022 · 5 yrs 11 mos
Dallas-Fort Worth Metroplex

I am responsible for leading the Apple team on driving iOS adoption and growth with AT&T Business. This is accomplished through partnering with AT&T on channel programs and initiatives that drive growth and impact to the business. These results are driven through a national and field based approach.

 **BlackBerry**
11 yrs 5 mos

**| Director | Wireless | Channels | AT&T | Sprint | T-Mobile | Regional Carriers |**
Apr 2014 - Aug 2016 · 2 yrs 5 mos
Dallas-Fort Worth Metroplex

As a Director my role is to build relationships at the senior level with the Wireless Carriers and leading the Carrier strategy and managing growth for the BlackBerry handheld, software and services portfolio. Built strategic alignment with the Carriers on smartphones, software and services launching multiple products as well as managing contract negotiations. Built out C level relationships within the Carriers and led executing on multiple Carrier contracts for hardware, software and services. Part of Go-to-Market core team for launching products and services and managed revenue targets and maximized opportunities through the Carriers. Sold through to Carrier all available inventory in 2014 through 2016. Executed the largest Carrier launch of PRIV through AT&T.

Summary of Experience & Expertise:

- Strong Enterprise/B2B Engagement through Carriers
- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Director and Vice President Level Engagement with the Carrier

**| Director | Wireless | Channels | Verizon |**
Sep 2013 - Apr 2014 · 8 mos
Waterloo, Ontario Canada

As a Director I built relationships with 21 Regional Presidents at Verizon where we conducted quarterly strategy sessions leading to in-market execution plans to drive BlackBerry revenue for the Carrier. Managed a team of 10 Account Managers across the US with a focus on working with Verizon and their top enterprise customer on handheld, mobile device management and application solutions. Also a part of Go-to-Market core team for launching products and services and directly supported Verizon on closing a number of handheld, software and MDM and application opportunities with large Enterprise customers.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling

- Building Strong Channel Partner Relationships
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Director and Vice President Level Engagement with the Carrier

**| Director | Wireless | Channels | Sprint | Boost | Virgin Mobile |**
Apr 2007 - Sep 2013 · 6 yrs 6 mos
Waterloo, Ontario Canada

As a Director I managed a team of Account Managers across the US responsible driving BlackBerry through multiple distribution channels. Responsible for building go-to-market strategy and execution plan for new product launches, forecasting and product sell in to distribution partners. Led funnel development for top Enterprise & Federal accounts driving both handset and MDM opportunities. • Part of Go-to-Market core team for launching products and services and drove BlackBerry to 14,000 points of distribution in the US market. Part of core team on pricing, merchandising, events, training, incentives, seasonal programs and brand representation. Saw BlackBerry rise to a high of 80% of the Smartphone mix. Oversaw go-to-market planning for 10 new product launches as well as the first BlackBerry in the Prepaid Segment.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Event Planning and Execution
- Director and Vice President Level Engagement with the Carrier

**Show all 4 experiences →**

 **| Director | Sales |**
Creative Options
Oct 2001 - Apr 2005 · 3 yrs 7 mos
Waterloo, Ontario Canada

Manage and Lead a team of Business Development Managers covering the North American retail market. Focused on large top 100 retailers in selling various training and communication tools to help organizations better educate their employees. My role was to lead, coach and partner with creative teams internally to develop internal custom communication programs and present the campaign to the end customer. Led my team to year over year growth of 18% and 14% in the first two years and an increase of 35% in new business growth. Implemented a sales process and presentation delivery process leading to a standard approach to selling.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management

- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Developing Technology and Smartphone Solutions
- Building Marketing Programs for Additional Sales
- Travel to the US Market
- Director and Vice President Level Engagement with Customers

---

 **| Manager | Business Development | Inside Sales |**
Franklin Covey
Apr 1997 - Apr 2001 · 4 yrs 1 mo
Cambridge, Ontario Canada

Manage and Lead a team of 15 inside and outside sales consultants across Canada. Responsible for working with organizations through a consultative sales methodology to provide training solutions with a focus on building long term sustainable business. Directed lead generation programs, retention and acquisition programs. Led my team to year over year growth of 20% for three years. The strongest growth and highest revenue year over year in all of the International offices. Consulted on the set up and structure of Business Development teams in the United Kingdom, Mexico, South Africa and Europe. I have also spent time consulting with the U.S. executive team on how to increase the profitability of the public workshops.

Summary of Experience & Expertise:
- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Identifying Channel Partners
- Build and Execute Quarterly Channel Plans

## Education

 **Wilfrid Laurier University**
BA, Communications

---

 **Brigham Young University**
Business

## Volunteering



**Facilitator in the Haiti Education, Technology and Leadership Program**
Wilfrid Laurier University
Oct 2013 - Present · 12 yrs 5 mos
Education

I have been privileged to work with Wilfrid Laurier University, the Ministry of Education in Ontario as part of a Leadership team providing Leadership and Technology development programs. I have been able to work with the lead team to train educators on how to use technology and help them develop their leadership capacity. We are currently working with a number of schools and have been able to provide them with tablet and smartphone access and continue to work with them on how to effectively use this technology.



**Volunteer**
LEARN LOVE GROW HAITI INC
Aug 2018 - Present · 7 yrs 7 mos
Poverty Alleviation

Lear, Love, Grow Haiti is a non-profit designed to help various causes in Haiti. The current project we are supporting is with a Nutrition Center in Cap Haitien where malnourished children are cared for during the day while young single mothers are trained. They are trained on both life skills as well as practical training to help provide self-sufficient income opportunities.

## Skills

### Management

 Endorsed by Stephen Howell and 1 other who is highly skilled at this

 Endorsed by 11 colleagues at BlackBerry

 31 endorsements

### Selling

 Endorsed by Terrance Kemp who is highly skilled at this

 Endorsed by 10 colleagues at BlackBerry

 35 endorsements

Show all 31 skills →

## Recommendations

**Received**    Given



**Dan Kesselring**
Sales Operations Leader at Amazon Web Services (AWS)
October 22, 2013, Dan worked with Rob on the same team

Having worked closely with Rob for well over a year on the Sprint team at BlackBerry and indirectly for a number of years I would classify his sales and business leadership as truly best in class. Rob possess exceptional business sense, account and relationship management skills and knows how to manage channels. He is a polished business professional who is at ease managing senior business partner relationships and driving results. Rob made huge contributions to our team and business during times of immense challenge. His leadership (both direct reports and cross-functionally), ability to develop strong sales strategies and lead execution directly drove positive business results and incremental sales. Always collaborative and with great strategic vision and business instincts, Rob was a pleasure to work with and a huge credit to the organization.



**Spencer Campbell**
Engaging entrepreneurial Business Development leader who consistently grows early-stage and established organizations via exceptional client-centric teamwork and strategy. See multiple recommendations for excellence.
May 9, 2012, Spencer managed Rob directly

As VP Franklin Covey Canada, Rob reported to me managing the Inside Sales Group.. I am not surprised to see him do well in his career as he was always insightful, client-centric and very much a team player. A solid professional I strongly recommend.

Show all 4 received →

## Courses

**4 Roles of Leadership**
 Associated with Franklin Covey

**Project Management**
 Associated with BlackBerry

Show all 4 courses →

## Languages

**English**
Native or bilingual proficiency

**French**
Professional working proficiency

Show all 3 languages →



## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Kim Scott** · 3rd
Co-founder of Radical Candor | NYT Bestselling
Author: Radical Candor & Radical Respect
108,610 followers

+ Follow

**Tony Robbins**
#1 New York Times best-selling author, life and
business strategist, philanthropist, entrepreneur
7,346,585 followers

+ Follow

Show all Top Voices →

← **Experience**



**Global Enterprise Partnerships | Devices & Services Business Organization**
Google · Full-time
Aug 2022 - Present · 3 yrs 7 mos
Dallas-Fort Worth Metroplex

Working with Product and Engineering teams across Pixel hardware and Android to build differentiated 1st and 3rd party solutions. Leading external partner relationships and go-to-market with Pixel programs and initiatives.

 **The Google phone. Built for business.**

**US Carrier Sales Leader - Enterprise | Small Business | Public Sector**
Apple · Full-time
Sep 2016 - Jul 2022 · 5 yrs 11 mos
Dallas-Fort Worth Metroplex

I am responsible for leading the Apple team on driving iOS adoption and growth with AT&T Business. This is accomplished through partnering with AT&T on channel programs and initiatives that drive growth and impact to the business. These results are driven through a national and field based approach.

 **BlackBerry**
11 yrs 5 mos



**| Director | Wireless | Channels | AT&T | Sprint | T-Mobile | Regional Carriers |**
Apr 2014 - Aug 2016 · 2 yrs 5 mos
Dallas-Fort Worth Metroplex

As a Director my role is to build relationships at the senior level with the Wireless Carriers and leading the Carrier strategy and managing growth for the BlackBerry handheld, software and services portfolio. Built strategic alignment with the Carriers on smartphones, software and services launching multiple products as well as managing contract negotiations. Built out C level relationships within the Carriers and led executing on multiple Carrier contracts for hardware, software and services. Part of Go-to-Market core team for launching products and services and managed revenue targets and maximized opportunities through the Carriers. Sold through to Carrier all available inventory in 2014 through 2016. Executed the largest Carrier launch of PRIV through AT&T.

Summary of Experience & Expertise:

- Strong Enterprise/B2B Engagement through Carriers
- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Director and Vice President Level Engagement with the Carrier

**| Director | Wireless | Channels | Verizon |**

Sep 2013 - Apr 2014 · 8 mos
Waterloo, Ontario Canada

As a Director I built relationships with 21 Regional Presidents at Verizon where we conducted quarterly strategy sessions leading to in-market execution plans to drive BlackBerry revenue for the Carrier. Managed a team of 10 Account Managers across the US with a focus on working with Verizon and their top enterprise customer on handheld, mobile device management and application solutions. Also a part of Go-to-Market core team for launching products and services and directly supported Verizon on closing a number of handheld, software and MDM and application opportunities with large Enterprise customers.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Director and Vice President Level Engagement with the Carrier

**| Director | Wireless | Channels | Sprint | Boost | Virgin Mobile |**

Apr 2007 - Sep 2013 · 6 yrs 6 mos
Waterloo, Ontario Canada

As a Director I managed a team of Account Managers across the US responsible driving BlackBerry through multiple distribution channels. Responsible for building go-to-market strategy and execution plan for new product launches, forecasting and product sell in to distribution partners. Led funnel development for top Enterprise & Federal accounts driving both handset and MDM opportunities. • Part of Go-to-Market core team for launching products and services and drove BlackBerry to 14,000 points of distribution in the US market. Part of core team on pricing, merchandising, events, training, incentives, seasonal programs and brand representation. Saw BlackBerry rise to a high of 80% of the Smartphone mix. Oversaw go-to-market planning for 10 new product launches as well as the first BlackBerry in the Prepaid Segment.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Event Planning and Execution
- Director and Vice President Level Engagement with the Carrier

**| Manager | Wireless | Channels | Sales | Consumer |**

16

Apr 2005 - Apr 2007 · 2 yrs 1 mo
Waterloo, Ontario Canada

Part of the initial launch team for BlackBerry with Sprint. Managed a team responsible for 14,000 retail and dealer locations in the U.S. that sold and distributed BlackBerry. Collaborate internally and with the Carrier on marketing budgets, training activity, incentive programs. Also owned the strategy with the Sprint Retail & Indirect leadership teams to increasing channel presence and sell through. Launched the first Consumer focused team at BlackBerry and part of the Go-to-market team developing marketing and execution plans. Saw BlackBerry market share go from 8% to 24% in the Consumer channels. Worked closely with the Sprint Vice Presidents and Director's both at Headquarters and in the field on quarterly planning.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Sales Pipeline Management
- Enable Channel Partners
- Build and Execute Quarterly Channel Plans
- Director and Vice President Level Engagement with the Carrier



**| Director | Sales |**
Creative Options
Oct 2001 - Apr 2005 · 3 yrs 7 mos
Waterloo, Ontario Canada

Manage and Lead a team of Business Development Managers covering the North American retail market. Focused on large top 100 retailers in selling various training and communication tools to help organizations better educate their employees. My role was to lead, coach and partner with creative teams internally to develop internal custom communication programs and present the campaign to the end customer. Led my team to year over year growth of 18% and 14% in the first two years and an increase of 35% in new business growth. Implemented a sales process and presentation delivery process leading to a standard approach to selling.

Summary of Experience & Expertise:

- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Developing Technology and Smartphone Solutions
- Building Marketing Programs for Additional Sales
- Travel to the US Market
- Director and Vice President Level Engagement with Customers



**| Manager | Business Development | Inside Sales |**
Franklin Covey
Apr 1997 - Apr 2001 · 4 yrs 1 mo
Cambridge, Ontario Canada

Manage and Lead a team of 15 inside and outside sales consultants across Canada. Responsible for working with organizations through a consultative sales methodology to provide training solutions with a focus on building long term sustainable business. Directed lead generation programs, retention and acquisition programs. Led my team to year over year growth of 20% for three years. The strongest growth and highest revenue year over year in all of the International offices. Consulted on the set up and structure of Business Development teams in the United Kingdom, Mexico, South Africa and Europe. I have also spent time consulting with the U.S. executive team on how to increase the profitability of the public workshops.

Summary of Experience & Expertise:
- Go-to-Market Planning and Execution
- Driving Brand Appeal and Share in a Competitive Environment
- Channel Sales Leadership
- Sales Management
- Sales Leadership
- Strategic Planning
- Solution Selling
- Building Strong Channel Partner Relationships
- Contract Negotiations
- Sales Pipeline Management
- Identifying Channel Partners
- Build and Execute Quarterly Channel Plans



## Bharath Kumar Maradani · 3rd

Senior QA Test Engineer Lead at Google (Tech Mahindra)

Austin, Texas Metropolitan Area · Contact info

92 connections

 Google

 University of the Cumberlands

**Message**   + **Follow**   More

Open to work · Everyone on LinkedIn
Testing Engineer roles
Show details

## About

Over 4 years of experience leading and performing manual testing for Software Quality Assurance (SQA) on Mobile SDKs, Web and Desktop Applications and hardware QA. Knowledgeable in HP's Application Lifecycle Management (ALM), Smart Bear's TestComplete, Appium, Git Extensions, Jenkins, Android Studio, ADB, Logcat, JIRA & Load Runner.

Currently working as part of the Jamboard & Google Meet QA team to perform Functional, Smoke, Sanity, User Acceptance and Regression testing. Prior to this I played a key leadership role on Meet on Google Home and Google FI testing projects. From my previous experience I covered system, functional, UAT testing procedures for applications to ensure that all errors are identified and corrected before pushed to the Play Store. Having excellent problem solving and analytical skills with experience of creating test plans, test cases, strategy and procedures throughout the life cycle of a project from specification reviews through to user acceptance. My experience and education have helped me gain knowledge of standard QA methodologies, Automation, Software Development Life Cycle (SDLC) & Software test Life Cycle (STLC) in Agile environment. I also have expertise with functional requirements and technical specification analysis.

## Activity

96 followers

**Bharath Kumar hasn't posted yet**
Recent posts Bharath Kumar shares will be displayed here.

Show all activity →

## Experience



**Google**
Contract · 8 yrs 9 mos

**Senior QA Test Engineer**
Mar 2019 - Present · 6 yrs 11 mos
New York City Metropolitan Area

Employer: Tech Mahindra
* Leading pre and post release Meet on Google Home and Casting QA projects
* Performing Acceptance and Performance testing on pre-release Google Meet and Jamboard hardware devices
* Altering and executing Copycat automation scripts
* Experience in preparation of test documentation such as Test plans and Test cases
* End to End Testing with Test Planning, Manual Testing, Regression Testing and Defect reporting
* Performing Jamboard and Meet web testing
* Creating, modifying and executing various types of Manual Test Cases for Functional, Integration, and Regression Testing within limited timeframe and releases
* Conducting over 120 tests daily including smoke and regression tests to ensure quality of Jamboard
* Performing audio quality testing weekly by using Audacity
* Designing creative ways to break the software and improving QA processes and methodologies
* Verifying the functionality of the Jamboard app on Android and iOS devices

Tools: Google internal testing tools, Android, Audacity, Copycat, Python

**QA Test Engineer**
May 2017 - Mar 2019 · 1 yr 11 mos
Mounatain View, California

Employer: eTouch Systems
• Warranting the quality of Google Fi by performing over 150 tests daily with an eye for detail to ensure that client requirements are met
• Leading a team of 10 members for switch stress test by coordinating work and reporting results to manager
• Conducting network switching tests between carriers by using automation scripts
• Working with LG and Motorola teams to conduct network switch tests on their devices
• Performing manual, functional, regression, performance, sanity, and usability tests on Android devices
• Executing python scripts and automation tests on specific product features that are implemented at the end of each sprint
• Designing creative ways to break the software and improving QA processes and methodologies
• Performing new feature testing on embedded SIM for Pixel 2 and Pixel 2 XL devices (Google's first eSIM devices)
• Finding, isolating, documenting, prioritizing, and tracking bugs through resolution
• Performing platform testing on tight schedules to meet weekly release schedules
• Gaining good hands-on experience on Google internal testing tools
• Verifying functionality of the service on new Android devices

Tools: Google internal testing tools, Python, Shield box testing, Android



**Software Functional Tester**
Ooyala · Contract
Oct 2016 - May 2017 · 8 mos
Santa Clara, California, United States

Ooyala has an end-to-end solution to manage, publish, measure, personalize and monetize your content using our premium video platform. Working as a QA Engineer for the Web and SDK releases, which occurs every three weeks.

* Testing online video platforms on multiple platforms including desktop browsers, mobile web, android and iOS SDKs / native apps.
* Leading the QA efforts for multiple teams working on the online video player. Managing multiple remote teams and external test vendors.
* Used Xcode, Android SDK tools such as ADB Logcat and DDMS for identifying software defects in mobile devices.
* Worked in black box testing like functional testing, smoke testing, new features testing, ad-hoc testing, UI, usability testing, regression testing, in-app browser compatibility testing, network testing, accessibility testing (VOIP), PERF testing and localization testing/multi language testing (Global)
* Responsible for test plan creation, reviewing and executing new features for SDK and Web.
* Performed External Bug Analysis and Triage. Expert in Bug Prioritization and Analysis.
* Automating new features from backlog for SDK using Appium for Android, iOS and Webapps
* Monitor the end-to-end automated tests for SDK's and file tickets in JIRA for any regressions and other failures.

Tools: Charles Proxy, Appium, Android Studio, ADB tools, Xcode, Jenkins, Maven, TestNG, VMware Fusion, Internal Data Analysis Tools, JIRA, Intellij, UiAutomator, Junit, Other internal testing related tools

## Education



**University of the Cumberlands**
Master of Science - MS, Computer and Information Systems Security/Information Assurance
2017 - 2019



**V.K.R, V.N.B & A.G.K College Of Engineering**
Bachelor of Technology - BTech, Computer Science
2010 - 2014

## Interests

<u>Companies</u>     Groups     Schools


**Google**
40,346,452 followers

+ Follow


**Insight Global**
4,781,915 followers

+ Follow

Show all companies →



## Izaak Smith He/Him · 3rd

I'm a Growth Hacker. I help people grow & accelerate companies with a winning spirit and great energy I bring to any team

Spring, Texas, United States · Contact info

82 connections

**Message**    **+ Follow**    **More**

 Accenture / Google

 California State University-East Bay

## About

• Punctual, reliable, and hardworking professional with excellent organizational and supervision skills.
• Quality-focused team player with outstanding interpersonal and leadership skills.
• Intelligent and detail-oriented with focus on high standards and efficiency.


COMPUTER SKILLS
Software Skills: MS Office Suite, Google Chrome, Firefox, Adobe Reader, Visio, Visual Basic
 C++ , HTML
Hardware Skills: PC Troubleshooting, PC Configuration, Adding Peripherals, Hardware
 Installation
Operating Systems: Windows XP, Vista, 7 & 8, OS X, Linux, BackTrack, DOS
Networking: TCP/IP, DNS, DHCP, WINS, Ethernet, VPN, Token Ring

## Activity

83 followers

**Izaak hasn't posted yet**
Recent posts Izaak shares will be displayed here.

**Show all activity →**

## Experience



**Procurement Operations Analyst**
Accenture / Google · Full-time
Oct 2022 - Present · 3 yrs 4 mos
San Jose, California, United States

Engage client to gather software requirements / business rules and to ensure alignment with the development teams.
● Analyze Googles' business requirements and processes through documentation analysis, interviews, workshops, and workflow analysis to ensure that it is consistent with Google's brand and policies.
● Conduct 5+ levels of testing which include functional, regression, user acceptance, integration, and performance to verify the clients' needs are met.
● Facilitate monthly meetings with the client to document and update the client with requirements on the suggested projects and explore solutions.



**BcForward / Google, Inc.**
10 yrs 6 mos

**Project Fi Support Technician Tier 3**
Mar 2017 - Present · 8 yrs 11 mos
San Jose

Last stop for technical support for Project Fi customers, specializing in phone and data services
Entering new work tickets concerning data and phone services to the apporaiapter departments when needed..
Informing customers of Google's procedures & policies that are in place to protect the customer as well as Google.
Mentoring new agents to cases to evaluate their readiness for Tier 2 escalations and case work activities.

▽ Information Technology, Software Development and +5 skills

**Helpdesk Technician**
Aug 2015 - Mar 2017 · 1 yr 8 mos

Performed troubleshooting with Google Play Store Applications.
Obtained customers/clients information by answering telephone calls; verifying information.
Informed customers by explaining procedures; answering questions; & providing information.
Updated job knowledge by studying new product descriptions (mobile devices); participating in educational opportunities.
Maintained and improved quality results by adhering to standards and guidelines; recommending improved procedures.
Resolved software issues and troubleshooting new software for bugs.
Setting system requirements on test software while releasing to a few team members.

▽ Information Technology, Software Development and +6 skills



**Fry's Electronics, Inc.**
Service Technician
Aug 2015 - Jul 2017 · 2 yrs
Campbell, CA.

Checked-In customers laptops & desktops for service.
Performed testing and configuration of new hardware and software that was owned by Fry's.
Built gaming towers to customers specifications.
Repaired computers (checked for viruses, malware, performed system optimization for better performance)
Replaced old parts or burnt out parts with new parts.
Computers that were running very high temperatures I quality tested and performed routine maintenance to bring down the temperature to manufacturer's specifications
Provided assistance to the in-house help desk through phone or over secure internet connection (VPN).

▽ Information Technology, Software Development and +6 skills



### IT Support Technician
Heald College
Nov 2014 - Feb 2015 · 4 mos
Hayward, CA.

• Performed testing and configuration of new hardware and software.
• Maintained inventory database for all printing supplies and end user equipment.
• Provided assistance to the in-house help desk providing technical support by phone or through the Internet.
• Engaged and tracked Priority 1 issues, with responsibility for the timely documentation, escalation (if appropriate), resolution and closure of trouble tickets.
• Handled technical troubleshooting within an enterprise environment, including system crashes, slow-downs and data recoveries.
• Worked with Active directory to set-up new accounts and close out old accounts of former students and employees.

▽ Information Technology, Software Development and +6 skills



### Contractor / Help Desk Technician
AppleOne Inc., / Mountain View City Hall
Sep 2014 - Oct 2014 · 2 mos
Mountain View, CA.

• Provided Technical desktop support by phone and/or through the Internet.
• Documented all issues, detailing end-user questions with frequent issues that may occur.
• Investigated reported issues to IT dept. and walked end-user through scripted service protocols.
• Troubleshoot hardware and software issues with excellent communication skills.

▽ Information Technology, Software Development and +6 skills

Show all 9 experiences →

## Education

 **California State University - East Bay**
Computer Engineering with a minor in Computer Science, Computer Engineering
2013 - 2016

Grade: 3.87 GPA

Activities and societies: Golden Key International Honour Socoiety CSUEB Chapter
IEEE Memeber

⬦ Analytical Skills, Customer Satisfaction and +6 skills

---

 **Heald College-Hayward**
Associate of Arts (AA), Network Technology
2010 - 2012

Grade: 3.97 GPA

Activities and societies: Phi Theta Kappa Honor Society Beta Rho Nu Chapter

⬦ Analytical Skills, Customer Satisfaction and +6 skills

## Skills

### Operating Systems

 8 experiences across BcForward / Google, Inc. and 5 other companies

 2 educational experiences at California State University - East Bay and 1 other school

### Analytical Skills

 8 experiences across BcForward / Google, Inc. and 5 other companies

 2 educational experiences at California State University - East Bay and 1 other school

Show all 38 skills →

## Interests

**Top Voices**   Companies   Schools

 **Matthew Rosenquist**  · 3rd
Founder Cybersecurity Insights, CISO at Mercury Risk, former Intel Corp, Cybersecurity Strategist, Board Advisor, Keynote Speaker, 198k followers
198,179 followers

○ + Follow

 **Gary Shapiro**  · 3rd
Executive Chair and CEO of the Consumer Technology Association, owner and producer of CES
316,010 followers

○ + Follow

**Show all Top Voices →**

## Causes

Animal Welfare • Arts and Culture • Children • Civil Rights and Social Action • Disaster and Humanitarian Relief • Economic Empowerment • Education • Environment • Health • Human Rights • Politics • Poverty Alleviation • Science and Technology • Social Services



## Nalini Belaramani, PhD 🛡 · 3rd

Engineering Leader @ Google (Android, Cloud, T&S, Legal, Global Affairs, Corp Eng)

Austin, Texas, United States · Contact info

500+ connections

**+ Follow**    **Connect**    More

 Google

 The University of Texas at Austin



## About

Senior engineering leader with 10+ years of experience leading large distributed teams (up to 80+ persons) in a broad range of areas. Proven track record for scaling teams, carrying out turnarounds and team turndowns. Skilled in driving strategy and impact through strong execution and inclusive team culture.

Experience in Regulatory Compliance, Trust & Safety, Android, Corp Eng, Cloud, Data Analytics Infrastructure

Core Competencies:
* Strategic Leadership: Defining and executing strategic initiatives in complex environments. Architecting robust solutions utilizing both 1st and 3rd party technologies.
* Organizational Development: Building and transforming high-performing distributed engineering teams, including experience with team growth, turnarounds, and transitions.
* Effective Communication: Fostering collaboration and influencing stakeholders across multiple teams, external partners, and OEMs.
* People Development: Empowering and mentoring engineers and managers, creating a culture of growth and innovation.

## Activity

1,843 followers

**Nalini Belaramani, PhD** commented on a post · 2mo

Congratulations! 🎉

**Nalini Belaramani, PhD** commented on a post · 3mo

Congratulations! 🎉

**Show all comments →**

## Experience

 **Google**
16 yrs 3 mos

**Senior Engineering Manager (Android OS)**
Full-time
Mar 2023 - Present · 2 yrs 11 mos
Austin, Texas, United States · On-site

Leading a distributed team for Android CoreOS.

Focus Areas:
* Application lifecycle and optimizing system server resources to extend battery life.
* Multi-user and large screen experiences for tablets, auto and foldables
* Close collaborations with App Developers, Dev Rel and OEMs for new Android capabilities

**Senior Engineering Manager (Regulatory Compliance, Trust & Safety, Contracts Engineering)**
Full-time
Jan 2019 - Feb 2023 · 4 yrs 2 mos
Austin, Texas, United States · On-site

Built engineering teams from the ground up and scaling distributed teams with strong team culture and ensuring high-quality execution.

Led multiple engineering teams (with 80+ engineers) and tight collaboration with xfn partners to set the longer term product and technical strategy of my teams.

Experience in navigating complex regulatory landscapes, particularly in areas such as the Digital Markets Act (DMA), Digital Services Act (DSA) and other global online safety regulations.

Focus areas:
* Content moderation: developing tools used by Trust & Safety and Legal teams to moderate content across all Google products, excluding YouTube.

* User Data Disclosure: compliance tooling for user data disclosure processes, aligning with global legal requirements

* Contracting Platform: Built and implemented an in-house solution to streamline sales and contract processes across various Google products.

**Engineering Manager (Cloud)**
Full-time
Dec 2014 - Jan 2019 · 4 yrs 2 mos
Austin, Texas Metropolitan Area · On-site

Spearheaded the establishment of a 20+ member team dedicated to building robust infrastructure for Google Cloud Customer Support.

As a hands-on technical lead and architect, I drove the development of both internal infrastructure and external applications.

My contributions spanned diverse areas, including:
* Cloud Support: Enhanced support portal functionality, integrated phone systems, and advanced agent tooling and ML powered assistants.

* Partner Ecosystems: Optimized incentive programs, streamlined certification processes, and bolstered sales enablement.

* Sales & Marketing: Leveraged machine learning to generate high-quality leads, refined billing systems, and analytics tooling

* Business Infrastructure: Integrations across multiple Cloud products, established robust data warehousing, ETLs, and provided actionable business insights.

Show all 6 experiences →



### Phd Student
The University of Texas at Austin
Jan 2004 - Aug 2009 · 5 yrs 8 mos

Worked on the following projects

PADS: A Java-based framework over which distributed data replication systems can be implemented simply by specifying a routing policy for update flows and a blocking policy for consistency. Using this approach, I have built a dozen systems inspired by literature, each requiring less than 100 lines of policy code and only a couple of weeks of development time.

R/Overlog: A typed declarative language that can be used to build Internet overlays as well as complex replication systems as a small set of rules.

PRACTI: An infrastructure that provides all the necessary mechanisms for building replication systems including object storage, consistency meta-data maintenance and conflict detection.



### Engineer
Motorola Semi-Conductors HK Ltd
Sep 2002 - Dec 2003 · 1 yr 4 mos

Product team member for the Innovative Convergence Platform Project that developed multiple reference hardware and software configurations for mobile phones. My role involved:

(1) Software Release Management -- Oversaw and handled monthly software releases. Kept track of feature and bug lists for each release. Followed up with the software team on the status of bug fixes and required new features.

(2) Development -- Planned, negotiated, developed, and rolled-out the incorporation of software-based license control for development tools that were used by regional teams and customers world-wide.

(3) Customer Support -- Provided technical support and made recommendations for software customizations to customers and regional teams in Korea, Taiwan, China, France, US, and Denmark.

## Education



**The University of Texas at Austin**
PHD, Computer Science
2004 - 2009

Advisor: Prof. Mike Dahlin



**The University of Hong Kong**
MPhil, Computer Science
2000 - 2002

Show all 4 educations →

## Skills

**Storage**

 4 endorsements

**Distributed Systems**

Endorsed by Mitul Tiwari and 3 others who are highly skilled at this

 Endorsed by 11 colleagues at Google

 36 endorsements

Show all 16 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Nalini receives will appear here.

## Languages

**Cantonese**
Professional working proficiency

**English**
Native or bilingual proficiency

Show all 6 languages →





## Shivang P. 🛡 He/Him · 3rd

HW Validation Engineer @ Google

Austin, Texas Metropolitan Area · Contact info

500+ connections

**Message**    **+ Follow**    **More**

Google

The University of Dallas

## About

I am self-motivated, challenge seeking, resourceful, achievement driven, result oriented, team player. Equipped with a wide array of skill and a fresh outlook, I am equipped and ready to contribute as an integral member of a team.

💎 **Top skills**

System Testing • Test Automation • Communication and Collaboration • Quality Assurance Processes • Problem Solving and Critical Thinking    →

## Activity

693 followers

**Shivang hasn't posted yet**

Recent posts Shivang shares will be displayed here.

Show all activity →

## Experience



**HW Validation Engineer**
Google
Apr 2024 - Present · 1 yr 10 mos
Mountain View, California, United States

⬦ Test Validation, Linux and +6 skills



**QA Engineer III**
Meta
Jan 2023 - Apr 2024 · 1 yr 4 mos
Sunnyvale, California, United States

Carefully reviewing Business Requirement Documents & Technical Specifications to create estimates for Testing and developing Test strategies and plans at various phases of projects.
Perform complete system testing for thermal validation providing detailed analysis reports for clarification to the business users.
Supporting Product Designer teams to help them to Characterized their product.
Characterize performance and stability of the system across corners to optimize performance and discover critical coexistence issues.
Supporting the lab infra engineering team to accomplish the ongoing projects.
Established a shipping and receiving procedure for engineers to send prototypes and hardware.
Knowledge of building server racks.
Installed labnet with the help of IT support team as per the EHS guideline.
Knowledge of managing inventory, leading to enhanced precision and productivity.
Constantly maintaining and updating a wiki with the latest lab engineering documentation.
Currently enhancing manifold installation guides and troubleshooting procedures on the wiki.
Knowledge of lab equipment's such as Oscilloscopes, Instron, Keyence 3D scanner/microscope, Thermal/temperature Chambers.
Interpersonal skills and experience indirectly managing and driving various cross-functional team members (EE, SW, PD, etc.).
Track validation progress, present data, draft whitepapers, and represent status at design reviews.
Review, analyze and report test results to provide expert root cause and corrective action to resolve all issues found.
Implementing the Android Debug Bridge (ADB) command line tool to pull the required kernel and generate bug reports as per the testing guidelines.
Flashing the updated software onto Android devices using Fastboot and performing various modes of testing, like functional, regression, and so on.
Reporting and logging issues into the bug tracking system and following up with the necessary steps to fix the concerned issues.

⬦ Debugging, Mac and +21 skills



**QA Automation Test Engineer**
Google
Nov 2021 - Jan 2023 · 1 yr 3 mos
Mountain View, California, United States

Power battery test for pixel devices on monthly new releases build to find out regression issue i.e. Each month battery train test.
Work on stress testing for power regression in on 5G phone device.
Set up device for testing i.e. Bluetooth, Install Apps.
Conducted 24 & 48 hours of stress testing regarding power/battery.

Document results i.e. bugreport, logcat in Linux env.
Communicate results to the project owner.
Experience in Callbox testing, modem testing, QXDM.
Daily agile meeting to give updates and troubleshoot with other engineers.
Develop test strategies for business-critical projects to ensure product accuracy before launch and follow by developing and writing manual test cases.
Maintaining/document test suite for each test run.
Verifying power consumption i.e. Calculate milliwatts.
Running coded automation test cases i.e. manage test failure, rerun failure test, raising bugs
Bug Triaging to find out the failure issue/lab related issues/device recovery issues.
Performing Power Microbenchmark test.
Measure the power consumption for some specific operation on the Pixel device on a target Android build. i.e. Idle, Apps, Media, Connectivity, Camera, & NTI.
Writing playbooks/KB for team to follow.

⬦ cloudtop, fastboot and +27 skills

---



### QA Engineer
Meta
Jun 2019 - Nov 2021 · 2 yrs 6 mos
Menlo Park, California, United States

Flash new software/partition to devices (Fastboot) and configure various settings on the device running few scripts to configure the registers/board.
Adept in performing Android platform testing through Linux operations & analyzing test results.
Finding bugs and taking logs using ADB, logcat, bugnub, bugreport.
Resourceful in data validation and analysis, process optimization and root cause analysis.
Web-based project management and bug-tracking tools (i.e., JIRA)
Performed USB debugging and other ADB commands.
Used ADB commands to install, catch error logs, and screen shots from the Android device. Attached log cats and Screen shots to bugs, using Android SDK and ADB commands.
Performing functional, regression and integration testing using Automation tools to make sure the application conforms to the requirement specifications.
Installed apk and tested device connections using ADB commands.
Perform OTA test for Devices and Apps (Including Background OTA, Forced OTA). Also includes, Sleep/Standby/Ambient mode.
ADB Logcat command options to manage log buffers.
Perform Crash and Analytics testing using Log viewer.
Talking with various developers and TPM's for bug verification and support them for the fix with additional details as needed.
Collaborate effectively with peers across the multi-site organization to solve complex pre and post launch problems spanning their respective areas and interface with the OEM to resolve all issues in a timely and effective manner.
Writing technical documentations.
Detect and analyze the failures of the software and report them to development teams.
Respond to the test and verification requests from the development teams.
Participation in Project Management and Team Management.
Execute test plan and provide guidance to other testers.

⬦ Android, fastboot and +14 skills

## Education

 **The University of Dallas**
Master of Science (MS), Information Technology and Management
2016 - 2017

⬦ Threat & Vulnerability Management and Application Security

 **Dharmsinh Desai University**
Bachelor's degree, Business Administration and Management, General
2008 - 2012

## Skills

**Test Validation**

 4 experiences across Google and 1 other company

**CRD**

 HW Validation Engineer at Google

Show all 67 skills →

## Interests

**Companies**    Newsletters    Schools

 **IBM**
19,133,212 followers

+ Follow

 **Deloitte**
20,869,149 followers

+ Follow

Show all companies →



## Charlie Stiernberg · 3rd
Litigation Counsel at Google

Austin, Texas, United States · Contact info

**500+** connections

[Message]  [+ Follow]  [More]

G Google

Harvard Law School

## About

Attorney with ten-plus years' experience in complex commercial and intellectual property (IP) litigation, trials, licensing, and counseling, both as in-house and outside counsel. Responsibilities include managing a multi-faceted litigation docket, supporting key business partners, advising executive leadership with practical legal risk mitigation strategies, and negotiating key terms for licensing, settlement, and commercial deals. Prior, pre-legal experience in electrical engineering and product management. Licensed in California and Texas. J.D. from Harvard Law School and B.S.E.E. from UT Austin.



◆ **Top skills**
Litigation • Legal Counseling • Due Diligence • Contract Negotiation • Intellectual Property Law    →

## Activity
769 followers



 Charlie Stiernberg reposted this

**Kent Walker** ✓ • 3rd+
President, Global Affairs at Google & Alphabet
9mo • 🌐

Huge congratulations to **Demis Hassabis** on the **#TIME100** recognition. Demis and the **Google DeepMind** team are reshaping what's possible, accelerating discoveries across science, medicine, and so much more.

https://lnkd.in/gweSpwZG



**Demis Hassabis: The 100...**
time.com

😊❤️👍 273 · 2 comments · 11 reposts

👍    💬    🔁    ➤

**Charlie Stiernberg** 🔗 • 3rd+
Litigation Counsel at Google
2yr • 🌐

Despite a few cross-country moves (and career moves), I've managed to hold onto a few of these -- a reliable go-to in the home toolbox. I guess ...more



😊❤️👍 176 · 42 comments

👍    💬    🔁    ➤

Show all posts →

## Experience



**Litigation Counsel**
Google · Full-time
Jan 2019 - Present · 7 yrs 2 mos
Austin, Texas, United States

Managed complex commercial and intellectual property litigation docket across multiple product and service areas, including software such as Android and YouTube, and hardware such as Pixel and Fitbit. Defined and executed litigation strategy from initial pleadings through jury trials and appeals. Supported business and product teams on strategic commercial deals and transactions, including $2 billion-dollar acquisition of Fitbit. Advised business partners and engineering teams on legal issues including licensing, indemnity, commercial agreements, intellectual property liability, settlement discussions, and cross-regional issues.

🔻 Legal Matters, Legal Solutions and +21 skills

**Associate**
Quinn Emanuel · Full-time
Sep 2013 - Jan 2019 · 5 yrs 5 mos
Silicon Valley

Litigated complex commercial and intellectual property disputes, including patent, copyright, and trademark litigation. Represented foreign and domestic, large and small companies, in various semiconductor, software, and wireless technology industries. Advised on commercial and intellectual property licensing agreements.

⬙ Legal Matters, Critical Thinking and +8 skills

 **National Instruments**
Full-time · 6 yrs 2 mos

### Product Manager
Nov 2006 - Aug 2010 · 3 yrs 10 mos
Austin, Texas, United States

Managed Data Acquisition product lines. Developed market opportunities, strategic partnerships, and outbound marketing campaigns. Worked with engineering groups to drive product strategy (features, pricing, ROI, forecasts, etc.) based on industry research and customer feedback. Collaborated with in-house counsel on IP matters.

⬙ Engineering, Critical Thinking and +6 skills

### Applications Engineer
Jul 2004 - Nov 2006 · 2 yrs 5 mos

Supported top accounts with customized hardware and software solutions, including onsite customer training. Managed a team of engineers providing customer support. Assisted with new product launches, including product demonstrations, technical documentation, and educational materials.

⬙ Engineering and Critical Thinking

## Education

 **Harvard Law School**
Juris Doctor, Law
2010 - 2013

Grade: Cum Laude

Activities and societies: Editor for Harvard Journal of Law & Technology, Teaching Fellow for HarvardX "CopyrightX" distance-learning course

⬙ Intellectual Property and Copyright Law

 **The University of Texas at Austin**
BSEE, Electrical and Computer Engineering
2000 - 2004

Grade: with High Honors

## Skills

### Legal Solutions

 Litigation Counsel at Google

---

### Legal Matters

 2 experiences across Google and 1 other company

Show all 28 skills →

## Recommendations

**Received**   Given

 **Mat Jessep** · 3rd
Law and Integrity for Sports, Media, & Business
May 14, 2013, Mat and Charlie studied together

Charlie was the Teaching Fellow for my class in the CopyrightX course run by Harvard Law School in the (Northern) Spring semester 2013 through the edX organisation. My class was made up of around 20 students from around the world, with around 500 enrolled students in the course selected from "several thousand" applicants overall. Thanks mainly to Charlie's positive and enthusiastic personal nature, I greatly enjoyed the course and would look forward to our weekly class discussions (held via online distance learning technology), even though for me (in Sydney, Australia) they ended up commencing at 4am on a Friday morning.

In relation to (US) Copyright Law; Charlie certainly knows his stuff. I found him to be knowledgeable of both the law and its practical effect. Charlie was able to communicate the often technical legal concepts to a group of lawyers and non-lawyers from various jurisdictions around the world, including the US, Canada, the UK, France, Bermuda, Russia, and Australia. Charlie was also fantastic at promptly following-up with information which our weekly class didn't/couldn't cover for reasons of timing or scope.

In relation to his teaching skills; though he may not see a career in it, Charlie is a very effective educator. With such a diverse group of students, Charlie was able to ensure that we kept up with the Professor's lectures and understood the legal concepts. Charlie also encouraged some fairly "vigorous" discussions and managed to keep parties interested throughout the 12 week course.

As a lawyer, I wish Charlie all the best in his chosen field of IP Litigation. I'm certain that he will excel in any organisation lucky enough to hire him and that his clients will be given the benefits of his knowledge, skills, and effective personal style. I hope he keeps me updated of his success in his career and in life.

## Publications

**Science, Patent Law, and Epistemic Legitimacy: An Empirical Study of Technically Trained Federal Circuit Judges**

Harvard Journal of Law and Technology · Nov 1, 2013

Show publication ⧉





## Kesh Patel  He/Him

Head of Android Platforms & Partnerships, NA Telcos

Dripping Springs, Texas, United States · Contact info

**500+** connections

 Google

San José State University

**+ Connect**   **Message**   **More**

## About

Welcome to my profile! As a Business Development Manager with over twenty years of experience in fast-paced, high growth organizations, I am a true strategic partner.

Accomplished in cultivating strategic partnerships and driving significant revenue growth. Proven expertise in navigating complex business ecosystems, with a strong focus on technical innovations. History of blending innovative strategic vision with tactical execution, fostering collaboration across cross-functional teams to achieve business objectives. Respected for creating positive, inclusive work cultures that enhance team performance while building lasting relationships with key stakeholders. Notable track record of translating industry insights into actionable initiatives, enhancing product presence in competitive markets. Recognized as a dynamic force within the Android ecosystem, facilitating growth through innovative solutions and strong negotiation acumen.

When I'm not working, you can find me on the golf course, reading up on business management strategies, or playing with the latest high-tech gadget, or traveling with my wife and two beautiful daughters! Feel free to contact me via LinkedIn!

Specialties: mobile, mobile monetization, carrier ecosystem, 5G, satellite connectivity, account management, business development, Google Android evangelist, marketing, research, negotiation, retail and in-store marketing and branding execution, training, online advertising, digital advertising, SMB marketing



## Activity

1,162 followers

**Posts**  Comments

---

**Kesh Patel** ✓ • 3rd+
Head of Android Platforms & Partnership...
6mo • 🌐

Exciting!

https://lnkd.in/g2x6j5wB

**Google Pixel 10 | Soon**
youtube.com

😊🟢 23

---

**Kesh Patel** ✓ • 3rd+
Head of Android Platforms & Partnership...
6mo • 🌐

Love this about our Android platform. Such a creative way to leverage the platform over the years....

**Sameer Samat** 🔵 • 3rd+
President, Android Ecosystem @ Google

It's incredible to reflect on the journey of Android Earthquake Alerts and the amazing progress the team has made over the years. Their ...more

**Science**

**SEISMIC DEVICES**

👍 7

---

Show all posts →

## Experience

**G** **Google**
23 yrs 2 mos

- **Head of Android Platforms & Partnerships, NA Telcos**
Full-time
Dec 2013 - Present · 12 yrs 3 mos
Austin, Texas, United States

Strengthening Android's presence in North America, I lead high-impact partnerships with telecommunications and retail leaders to expand distribution, drive revenue, and accelerate the adoption of next-gen technologies. I champion negotiations that reshape how consumers engage with the Android ecosystem—securing market share through dynamic retail programs and forward-thinking revenue models. My focus spans product innovation, partner co-marketing, and integration of emerging technologies like generative AI, satellite connectivity, and 5G. By cultivating a culture rooted in collaboration and results, I continue to fuel long-term growth and elevate Android's premium product line.

DELIVERED RESULTS:
► Executing several strategic revenue share agreements with top tier North American telcos.
► Growing the premium Android segment by 20% YoY through marketing campaigns, expanded distribution, and optimized product placements.
► Achieving 90% annual revenue growth over two years by architecting and deepening strategic telecom partnerships.
► Delivering 5–10 custom, large-scale business proposals each quarter, presenting tangible growth opportunities.
► Executing the Master Promotion Agreement to unlock new marketing initiatives and retail campaign launches.
► Launching the first retail program across 3,500 stores, yielding a multimillion-dollar deal and 15% sales lift.
► Securing nationwide Nexus device placement to improve brand presence and consumer access.
► Negotiating strategic distribution agreements for major services including Google Search, Maps, Lens, One, Assistant,
and Play.
► Elevating Android's innovation leadership in telecom by shaping 5G initiatives.
► Co-executing a generative AI summit with T-Mobile's CEO, influencing cross-sector AI adoption.
► Reallocating marketing spend toward transformative innovations like SpaceX satellite connectivity, eSIM, and 5G
slicing to enhance UX and ROI.

- **Head of Business Development, Channel Sales North America**
Jun 2010 - Dec 2013 · 3 yrs 7 mos
Mountain View, CA

As Head of Business Development for Channel Sales, I guided all North American strategic initiatives, signing and scaling partnerships to meet the digital transformation needs of SMBs. I continuously sought untapped verticals and technology trends—particularly in mobile and video—to shape new offerings and spark innovation across partner networks. By engaging C-level executives and orchestrating high-level summits, I positioned Google as a trusted partner and thought leader. My outreach and deal execution directly translated into exponential revenue growth and long-term ecosystem expansion.

DELIVERED RESULTS:
► Achieving 165% revenue growth while managing a portfolio of 25 major partnerships and overseeing 8 renewals.
► Growing reseller partnerships by 50% in under one year through outreach and strategic guidance.
► Closing 11 deals worth $100M+ to lock in recurring revenue for multiple fiscal years.
► Launching $40M in new partnerships and generating 55% YoY growth via the high-impact Newspaper Summit.
► Catalyzing collaboration among 150+ industry leaders at SMB Disrupt by curating pitches from 5 CEOs and founders.
► Delivering insights as a thought leader through 5 speaking engagements and 4 industry panels within one year.
► Accelerating mobile ad spend via strategic alliances with DudaMobile, AppStack, and X-Ad.
► Optimizing revenue strategies across key verticals—automotive, finance, and technology—by analyzing market fit

and sales channels.

- **Strategic Partnerships, Channel Sales North America**
  Jul 2008 - Jun 2010 · 2 yrs
  Mountain View, CA

  In this strategic partnership role, I deepened relationships with C-level executives in the automotive, traditional media,
  and directory sectors. I adapted quickly to market shifts, designing go-to-market strategies that elevated
  Google's advertising and commerce capabilities. Collaborating with internal teams, I created cross-functional solutions that
  delivered value to partners while refining the customer journey. I prioritized transparency, agility, and measurable
  outcomes—laying the groundwork for scalable, high-performing alliances.

  DELIVERED RESULTS:
  ► Growing influence across North America by expanding partnerships with major media, auto, and local directory
  players.
  ► Maximizing marketing ROI by analyzing partner performance and applying insights to shape future campaign
  strategy.

  **Show all 4 experiences →**

 **Franchisee**
7-Eleven
Apr 1996 - Jan 2008 · 11 yrs 10 mos
Menlo Park, CA

Self employed, franchisee.

Key Achievements:

- Increased annual sales from $850K to $1.8M within 5 year time period, proving historical growth for corporate
and franchise dealers

## Education

 **San José State University**
BS, Marketing & Advertising
1988 - 1992

Activities and societies: Business Club Association

## Skills

### Mobile Advertising

 Endorsed by Kirk MacDonald and 1 other who is highly skilled at this

 Endorsed by 4 colleagues at Google

 14 endorsements

### Mobile Marketing

 Endorsed by 2 colleagues at Google

 6 endorsements

Show all 13 skills →

## Recommendations

**Received**    Given

 **Jonika D.** 🔗
Founder & C-Suite Advisor | Ex-Google Hyperscale Operator ($1B+) | Multilingual Keynote Speaker | Partnership Ecosystems + Global Leadership
January 18, 2014, Jonika worked with Kesh on the same team

Kesh and I have worked together for the past 5 years. In the beginning, I was his mentor when he first joined the Channel Sales group. The roles were soon reversed when Kesh joined the Business Development team under Channel Sales. He became the person that I went to in trying to understand new potential partners, growth opportunities outside the ones I'd identified for my team, and the one member that had all answers to any new Google product. Kesh is passionate about all things Android, loves what he does and that love shows in the quality of work relationships he builds within and outside of Google. Any team will be lucky to have someone as strongly versed in Google product as Kesh.

 **Vijay Nadkarni**
Founder @ Iscoyd | Healthcare assistant using Generative AI
December 30, 2013, Vijay worked with Kesh but they were at different companies

Kesh is a remarkably smart person, with a brilliant grasp of marketing and business development. He has an intuitive ability to look at a business proposition all the way from big picture to fine details, and instantly figure out the key attributes of the product/service along with what will make it successful in the market -- and then articulate a sound strategy for effective market penetration. Kesh has a complete mastery of online marketing, including effective leveraging of social media, SEM, mobile devices and online reviews. To add to this, Kesh has a dynamic personality -- his energy and exuberance are infectious, and he is a joy to work with. Kesh embodies the traits of a go-getter and overachiever. It would not surprise me to see Kesh make a real name for himself in the industry, in fact I would expect it.

Show all 6 received →

## Courses

### Google Business Academy Training

 Associated with Google

### Google MARS Program

Associated with Google

## Languages

**Gujarati**

## Interests

**Top Voices**     Companies     Groups     Schools

**Paul Carrick Brunson** · 3rd
Global Relationship Science Expert @Tinder | Co-Owner @Sutton United FC | TV Host | Podcast Host @Flight Studio | Serial Entrepreneur w/ 3 Exits
260,319 followers

+ Follow

**Arianna Huffington**
Founder and CEO at Thrive Global | Passionate about Health and AI
9,599,932 followers

+ Follow

Show all Top Voices →

← **Experience**

 **Google**
23 yrs 2 mos

**Head of Android Platforms & Partnerships, NA Telcos**
Full-time
Dec 2013 - Present · 12 yrs 3 mos
Austin, Texas, United States

Strengthening Android's presence in North America, I lead high-impact partnerships with telecommunications and retail leaders to expand distribution, drive revenue, and accelerate the adoption of next-gen technologies. I champion negotiations that reshape how consumers engage with the Android ecosystem—securing market share through dynamic retail programs and forward-thinking revenue models. My focus spans product innovation, partner co-marketing, and integration of emerging technologies like generative AI, satellite connectivity, and 5G. By cultivating a culture rooted in collaboration and results, I continue to fuel long-term growth and elevate Android's premium product line.

DELIVERED RESULTS:
➤ Executing several strategic revenue share agreements with top tier North American telcos.
➤ Growing the premium Android segment by 20% YoY through marketing campaigns, expanded distribution, and optimized product placements.
➤ Achieving 90% annual revenue growth over two years by architecting and deepening strategic telecom partnerships.
➤ Delivering 5–10 custom, large-scale business proposals each quarter, presenting tangible growth opportunities.
➤ Executing the Master Promotion Agreement to unlock new marketing initiatives and retail campaign launches.
➤ Launching the first retail program across 3,500 stores, yielding a multimillion-dollar deal and 15% sales lift.
➤ Securing nationwide Nexus device placement to improve brand presence and consumer access.
➤ Negotiating strategic distribution agreements for major services including Google Search, Maps, Lens, One, Assistant,
and Play.
➤ Elevating Android's innovation leadership in telecom by shaping 5G initiatives.
➤ Co-executing a generative AI summit with T-Mobile's CEO, influencing cross-sector AI adoption.
➤ Reallocating marketing spend toward transformative innovations like SpaceX satellite connectivity, eSIM, and 5G
slicing to enhance UX and ROI.

### Head of Business Development, Channel Sales North America
Jun 2010 - Dec 2013 · 3 yrs 7 mos
Mountain View, CA

As Head of Business Development for Channel Sales, I guided all North American strategic initiatives, signing and scaling partnerships to meet the digital transformation needs of SMBs. I continuously sought untapped verticals and technology trends—particularly in mobile and video—to shape new offerings and spark innovation across partner networks. By engaging C-level executives and orchestrating high-level summits, I positioned Google as a trusted partner and thought leader. My outreach and deal execution directly translated into exponential revenue growth and long-term ecosystem expansion.

DELIVERED RESULTS:
➤ Achieving 165% revenue growth while managing a portfolio of 25 major partnerships and overseeing 8 renewals.
➤ Growing reseller partnerships by 50% in under one year through outreach and strategic guidance.
➤ Closing 11 deals worth $100M+ to lock in recurring revenue for multiple fiscal years.
➤ Launching $40M in new partnerships and generating 55% YoY growth via the high-impact Newspaper Summit.
➤ Catalyzing collaboration among 150+ industry leaders at SMB Disrupt by curating pitches from 5 CEOs and founders.
➤ Delivering insights as a thought leader through 5 speaking engagements and 4 industry panels within one year.
➤ Accelerating mobile ad spend via strategic alliances with DudaMobile, AppStack, and X-Ad.
➤ Optimizing revenue strategies across key verticals—automotive, finance, and technology—by analyzing market fit
and sales channels.

### Strategic Partnerships, Channel Sales North America
Jul 2008 - Jun 2010 · 2 yrs
Mountain View, CA

In this strategic partnership role, I deepened relationships with C-level executives in the automotive, traditional media,
and directory sectors. I adapted quickly to market shifts, designing go-to-market strategies that elevated Google's advertising and commerce capabilities. Collaborating with internal teams, I created cross-functional solutions that
delivered value to partners while refining the customer journey. I prioritized transparency, agility, and measurable outcomes—laying the groundwork for scalable, high-performing alliances.

DELIVERED RESULTS:
➤ Growing influence across North America by expanding partnerships with major media, auto, and local directory
players.
➤ Maximizing marketing ROI by analyzing partner performance and applying insights to shape future campaign strategy.

### Online Media Sales & Account Management, Partnerships, North America
Jan 2003 - Jul 2008 · 5 yrs 7 mos
Mountain View and Ireland

Managed sales and acquisitions team responsible for emerging and enterprise eCommerce merchants. Worked in Mountain View and Dublin, Ireland.

Key Achievements:

- Partnered with dozens big-box retail brands for Google Checkout flow via ecommerce portals
- Launched domestic and European inside telesales division
- Built strategic partnerships to scale ecommerce solutions

 **Franchisee**
7-Eleven
Apr 1996 - Jan 2008 · 11 yrs 10 mos
Menlo Park, CA

Self employed, franchisee.

Key Achievements:

- Increased annual sales from $850K to $1.8M within 5 year time period, proving historical growth for corporate and franchise dealers



## Mohammed Fayyazuddin ✓

Pushing the Limits of Mobile Connectivity | QA Field Test Engineer | Google Pixel Team

Fort Worth, Texas, United States · Contact info

**500+** connections

Connect    Message    More

**Open to work**
QA Tester roles
Show details

 Google

 Trine University

## About

• Experienced in Device and Field Testing / Mobile Device Testing (Smartphones)
• Proficient with JIRA, QxDM, Performance, logging & flashing Tools.
• Experience in preparing & executing of Test plans, Scenarios and test cases based on Client needs.
• 5G Feature Testing - Test Cases Review for MO/MT, E911, Roaming, Amber Alert, MMS, SMS, Voicemail, stress and load testing, Test script development, Test environment setup validation, Test execution, Defect reporting, validating config/code fix, Log collection, Log analysis, Troubleshooting.
• Verified TCP/IP, UDP protocols requirement.
• Work on issue log analysis for Test scenarios such as Vo-LTE calls, Vo-LTE conference, Video Telephony, VT Wi-Fi offloading and Wi-Fi Calling Scenarios.
• Experience in MNO IOT test cases which is performed in labs.
• Ability to quickly learn new things, and adaptability and ability to work in a team as well as individual.
• Testing with wireless technologies & performed System, Functional, Hardware Regression testing on latest Chip-sets.
• Generate reports on the status of applications based on the results of the functional and performance testing.
• Maintain documentation of test results to assist in debugging and modification of software.
• Experience related to telecommunications, including GSM, UMTS, E911, WCDMA, LTE, VOLTE, and 5G NR.
• Experience with 3rd party applications on various 3G, 4G, 5G smart phones and tablets.
• Experience in mentoring teams and excellent presentation and communication skills, team player.

## Activity

503 followers

**Mohammed hasn't posted yet**

Recent posts Mohammed shares will be displayed here.

Show all activity →

## Experience



**Senior Field Device Test Engineer (Niche QA)**

Google · Contract

Aug 2023 - Present · 2 yrs 7 mos

Dallas-Fort Worth Metroplex · On-site



**Senior Field Device Test Engineer**

HCLTech · Full-time

Aug 2023 - Present · 2 yrs 7 mos

Dallas-Fort Worth Metroplex · On-site



**Software Quality Assurance Analyst**

BTI Solutions · Full-time

Jul 2022 - Jun 2025 · 3 yrs

Dallas-Fort Worth Metroplex

⬧ 5G, VoLTE and +7 skills



**Modem Field Test Engineer**

Samsung Semiconductor · Full-time

Jul 2022 - Jun 2025 · 3 yrs

Dallas-Fort Worth Metroplex



**Mobile Field Test Engineer**

Intel Corporation · Contract

May 2021 - Jun 2022 · 1 yr 2 mos

Dallas, Texas, United States

Performed Weekly Regression testing on latest firmware release for Various Devices and tablets in GSM, UMTS, WCDMA, LTE & 5G NR network.

• Work with a group of individuals with emphasis on field testing and operator acceptance testing.

• Daily status reporting, dependency identification, issue escalation and tracking.

• Captured logs using QxDM Tools and also analyses, track & create issue logs.

• Performed LTE & 5G NR throughput scenarios.

• Performed IFHO (Inter frequency Handovers), SHO (Soft Handovers) and IRAT handover.

• Verified LTE basic functionality & network performance improvement.

• Experienced in Qualcomm chipsets and tools.

• Performed Weekly Regression testing on latest firmware release for various devices and tablets in GSM, UMTS, WCDMA, LTE & 5G NR network.

• Successfully performed Full Scale Testing, Feature Testing, Sanity testing, Performance testing, and User Acceptance Testing. Also performed Testing of Phone Applications (e.g. Bluetooth, SMS, MMS, and Picture Mail) and Multi-media Features (e.g. Audio Capture, Audio Playback, Video Capture and Video Playback).

• Developed new and revised existing testing cases in order to test requested system specification

changes/requirements made by functional areas.
• Performed VoLTE Full Testing.
• Performed PC and Mobile Throughput testing.

🔷 **Mobile test engineer, 5G and +3 skills**

Show all 7 experiences →

## Education

 **Trine University**
Master's degree, Engineering Mangment / Information Technology

## Skills

**Telecommunications**

Software Quality Assurance Analyst at BTI Solutions

**Tput Testing**

Software Quality Assurance Analyst at BTI Solutions

Show all 14 skills →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Tareq Amin** 🔵 · 3rd
CEO @ HUMAIN | Building Saudi Arabia's
full-stack AI operating company
157,056 followers

+ Follow

← **Experience**



**Senior Field Device Test Engineer (Niche QA)**
Google · Contract
Aug 2023 - Present · 2 yrs 7 mos
Dallas-Fort Worth Metroplex · On-site



**Senior Field Device Test Engineer**
HCLTech · Full-time
Aug 2023 - Present · 2 yrs 7 mos
Dallas-Fort Worth Metroplex · On-site



**Software Quality Assurance Analyst**
BTI Solutions · Full-time
Jul 2022 - Jun 2025 · 3 yrs
Dallas-Fort Worth Metroplex

**Skills:** 5G · VolTE · Tput Testing · Mobile Testing · Shannon DM · XCAL · Telecommunications · Drive Testing · Datum



**Modem Field Test Engineer**
Samsung Semiconductor · Full-time
Jul 2022 - Jun 2025 · 3 yrs
Dallas-Fort Worth Metroplex



**Mobile Field Test Engineer**
Intel Corporation · Contract
May 2021 - Jun 2022 · 1 yr 2 mos
Dallas, Texas, United States

Performed Weekly Regression testing on latest firmware release for Various Devices and tablets in GSM, UMTS, WCDMA, LTE & 5G NR network.
• Work with a group of individuals with emphasis on field testing and operator acceptance testing.
• Daily status reporting, dependency identification, issue escalation and tracking.
• Captured logs using QxDM Tools and also analyses, track & create issue logs.
• Performed LTE & 5G NR throughput scenarios.
• Performed IFHO (Inter frequency Handovers), SHO (Soft Handovers) and IRAT handover.
• Verified LTE basic functionality & network performance improvement.
• Experienced in Qualcomm chipsets and tools.
• Performed Weekly Regression testing on latest firmware release for various devices and tablets in GSM, UMTS, WCDMA, LTE & 5G NR network.
• Successfully performed Full Scale Testing, Feature Testing, Sanity testing, Performance testing, and User Acceptance Testing. Also performed Testing of Phone Applications (e.g. Bluetooth, SMS, MMS, and Picture Mail) and Multi-media Features (e.g. Audio Capture, Audio Playback, Video Capture and Video Playback).
• Developed new and revised existing testing cases in order to test requested system specification changes/requirements made by functional areas.
• Performed VoLTE Full Testing.
• Performed PC and Mobile Throughput testing.

**Skills:** Mobile test engineer · 5G · Regression Testing · QXDM · Mobile Testing



### Device Test Engineer

KYOCERA Global · Contract

Mar 2018 - Apr 2021 · 3 yrs 2 mos

Seattle, Washington, United States

Throughput Performance, Latency, E911, CMAS, VoLTE, IRAT & CSFB for UMTS/CDMA/LTE
• Diagnosed malfunctioning systems, equipment, and electrical parts, via using test equipment to identify the cause of Carried out surveys to determine the condition of existing systems and made recommendations for further improvement.
• Managed inventory of discrete electronic components for use in prototype assembly.
• Sound knowledge of electronic hardware design and its life cycle
• Breakdown; fix the problems and aided installers in implementing the solution.
• Tested cellular and wireless communication devices using automatic test equipment.
• Prepared electronic and analog circuits, digital logic and performed tests on them.

**Skills:** 5G · Tput Performance · E-911 · VoLTE

### Test Engineer

NEXTGEN Innovation Labs · Contract

Jul 2016 - Mar 2018 · 1 yr 9 mos

Dallas, Texas, United States

Generating standardized reports to present data to clients.
• Collecting field data for multiple different technologies (CDMA/EVDO/LTE) and supporting the RF Key Performance Indicator (KPI) improvements using the root-cause analysis and statistical data analysis.
• Designing wireless network solutions, developing network key parameter indicators and reporting processes.
• Responsible for creating hourly checklist logs for the data collected hourly on a daily basis.
• Perform Post-Processing of drive test logs using XCAP to analyze for call drops, throughput, access failure, Intra handoff, and sector validation.
• Neighbor list verification and LTE event Parameter tuning for Intra Frequency HO, Inter Frequency HO and IRAT mobility.

**Skills:** Mobile Testing