# Exhibit 46

**Intentionally Omitted
for Numbering Synchronization**