# Exhibit 47

**Intentionally Omitted
for Numbering Synchronization**