# Exhibit 48

**Intentionally Omitted
for Numbering Synchronization**