# Exhibit 49

**Intentionally Omitted
for Numbering Synchronization**