# Exhibit 50

| Personal | Business | Health | Agriculture & Consumer Goods | Social Impact | | Support | BC | My TELUS |

**TELUS** | Mobility | Internet | TV & Entertainment | Security & Smart Home | Health | TELUS Rewards | Deals & Bundles

Home > Pixel > Using Wi-Fi hotspot

## Pixel
## Using Wi-Fi hotspot 🔗

Connect other devices you own to your phones personal hotspot to allow them to access the internet using your data plan.

Less info




1. From the Home screen, drag down the **Notification panel**.
2. Drag down the **Quick settings** panel.
3. Tap the **Settings** icon.
4. Tap **Network & internet**.
5. Tap **Hotspot & tethering**.
6. Tap **Wi-Fi hotspot**.
7. Tap **Hotspot name**.
8. Enter your preferred hotspot name.
9. Tap **OK**.

5/16

Was this information helpful? 👍 👎

 My TELUS    Support    Find a store    Contact us

The TELUS team acknowledges that our work spans many Territories and Treaty areas and we are grateful for the traditional Knowledge Keepers and Elders who are with us today, those who have gone before and the youth that inspire us. We recognize the land and the benefits it provides all of us, as an act of reconciliation, as recommended by the Truth and Reconciliation Commission's (TRC) 94 Calls to Action and express gratitude to those whose territory we reside on, work on or are visiting. Learn more about TELUS' commitment to Reconciliation.

**COMPANY**
About Us
Partnerships
Careers
Newsroom
Policies / Regulatory
Security
Social Impact
Diversity and Inclusion

**LEGAL**
Data Trust & Privacy
TELUS & CRTC Wireless Code
TELUS & CRTC Internet Code
Internet Code, Simplified
Wireless Code, Simplified
Service Terms

**HELP**
Accessibility
TELUS Service Status
Community Forum
Order Status
User Terms
Student Offers
Desktop sharing

**OTHER TELUS PROPERTIES**
Social Impact
TELUS Procurement
TELUS Digital
TELUS Webmail
TELUS Wise


We're always building Canada

Manage Cookies | ©2026 TELUS



HWR-00174972