UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC | § § § | |
| vs. | § | NO: MO:25-CV-00376-DC-DTG |
| GOOGLE LLC | § § | |

### ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Chart emailed on 3/9/26) on Tuesday, March 17, 2026 at 04:00 PM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 16th day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE