# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00376-DC-DTG** |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant,* | § | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute emailed on 3/19/26) on Monday, March 23, 2026 at 04:00 PM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

**SIGNED** this 23rd day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE