**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | Case Nos.  7:25-cv-00372-DC-DTG |
| | § | 7:25-cv-00374-DC-DTG |
| *Plaintiff,* | § | 7:25-cv-00376-DC-DTG |
| | § | 7:25-cv-00378-DC-DTG |
| v. | § | 7:25-cv-00380-DC-DTG |
| | § | 7:25-cv-00518-DC-DTG |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | JURY TRIAL DEMANDED |
| | § | |
| | § | ORAL ARGUMENT REQUESTED |
| | § | |

**DECLARATION OF ANDREA P. ROBERTS IN SUPPORT OF DEFENDANT
GOOGLE LLC'S REPLY IN SUPPORT OF ITS OPPOSED MOTION TO TRANSFER
VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA
UNDER 28 U.S.C. § 1404(a)**

I, Andrea P. Roberts, declare and state as follows:

1.      I am a partner with Paul Hastings LLP, representing Defendant Google LLC ("Google") in this action. I make this declaration in support of Google's Reply in Support of Its Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (the "Motion"). I am over 18 years of age and have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.      For the Court's convenience, the exhibits filed in support of Google's concurrently filed replies in support of its motions to transfer have been assigned the same numbers in all of the following six, related cases: *Headwater Research LLC, v. Google LLC*, Nos. 7:25-cv-00372, -374, -376, -378, -380, and -518 (W.D. Tex.).

3.      Attached hereto as Exhibit 104 is a true and correct copy of the Declaration of Bryanna Barnett.

4.      Attached hereto as Exhibit 105 is a true and correct copy of the Declaration of Nalini Belaramani.

5.      Attached hereto as Exhibit 106 is a true and correct copy of the Declaration of Kristopher Easton.

6.      Attached hereto as Exhibit 107 is a true and correct copy of the Declaration of Bharath Maradani.

7.      Attached hereto as Exhibit 108 is a true and correct copy of the Declaration of Robert McBride.

8.      Attached hereto as Exhibit 109 is a true and correct copy of the Declaration of Adrienne McCallister.

9.      Attached hereto as Exhibit 110 is a true and correct copy of the Declaration of

1

Rakesh Patel.

10.    Attached hereto as Exhibit 111 is a true and correct copy of the Declaration of Shivang Patel.

11.    Attached hereto as Exhibit 112 is a true and correct copy of the Declaration of Shams Pirani.

12.    Attached hereto as Exhibit 113 is a true and correct copy of the Declaration of Alex Six.

13.    Attached hereto as Exhibit 114 is a true and correct copy of the Declaration of Zac Yang.

14.    Exhibit 115 is intentionally left blank.

15.    Attached hereto as Exhibit 116 is a true and correct copy of excerpts from volume 2 of the trial transcript in *Headwater Research, LLC v. Cellco Partnership d/b/a Verizon Wireless*, No. 2:23-cv-352-JRG (E.D. Tex. July 17, 2025), bearing the bates number HWR-00176668.

16.    Attached hereto as Exhibit 117 is a true and correct copy of excerpts from the deposition transcript of Robert Greenwalt, taken February 20, 2026.

17.    Attached hereto as Exhibit 118 is a true and correct copy of Google's Third Supplemental Objections and Responses to Plaintiff's First Set of Venue Interrogatories (Nos. 1-4), served on March 13, 2026.

18.    Attached hereto as Exhibit 119 is a true and correct copy of Google's Second Supplemental Objections and Responses to Plaintiff's First Set of Venue Interrogatories (Nos. 1-4), served on February 27, 2026.

19.    Attached hereto as Exhibit 120 is a true and correct copy of Google's Second Supplemental Objections and Responses to Plaintiff's First Set of Venue Interrogatories (Nos.

1-4), served on February 27, 2026.

20.     Attached hereto as Exhibit 121 is a true and correct copy of Google's Amended Supplemental Objections and Responses to Plaintiff's Second Set of Venue Interrogatories (No. 5), served on March 10, 2026.

21.     Attached hereto as Exhibit 122 is a true and correct copy of the LinkedIn profile of Rachel Roberts.

22.     Attached hereto as Exhibit 123 is a true and correct copy of the LinkedIn profile of Kristen Lucas.

23.     Attached hereto as Exhibit 124 is a true and correct copy of the LinkedIn profile of Robert LaGrone.

24.     Attached hereto as Exhibit 125 is a true and correct copy of the LinkedIn profile of Steven Rice.

25.     Attached hereto as Exhibit 126 is a true and correct copy of Google's Amended Supplemental Objections and Responses to Plaintiff's Second Set of Venue Interrogatories, served on March 10, 2026.

26.     Attached hereto as Exhibit 127 is a true and correct copy of TELUS Digital's website showing its principal address in Las Vegas, Nevada, available at https://www.telusdigital.com/about/locations/united-states.

27.     Attached hereto as Exhibit 128 is a true and correct copy of Google maps showing Telus International location in Austin as permanently closed, available at https://maps.app.goo.gl/7Dhdd5XGXo8qLwUu6.

28.     Attached hereto as Exhibit 129 is a true and correct copy of Headwater Partners I LLC Consulting Agreement dated March 24, 2009, bearing the bates number HWR-00142584.

29.     Attached hereto as Exhibit 130 is a true and correct copy of Qualcomm's Invention Disclosure, Confidentiality & Proprietary Rights Agreement, bearing the bates number HWR-00174854.

30.     Attached hereto as Exhibit 131 is a true and correct copy of excerpts from the deposition transcript of Jennifer Smith, taken February 24, 2026.

31.     Attached hereto as Exhibit 132 is a true and correct copy of excerpts from the deposition transcript of Gregory Raleigh, taken February 26, 2026.

32.     Attached hereto as Exhibit 133 is a true and correct copy of excerpts from the deposition transcript of Jennifer Smith, taken November 25, 2025 in *Headwater Research LLC v. Google LLC*, No. 7:25-cv-00231-DC-DTG (W.D. Tex.).

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

4

DATED:  March 27, 2026

Respectfully Submitted,

JACKSON WALKER LLP

Nathaniel St. Clair, II
Tex. Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone:  (214) 953-6000
Facsimile:  (214) 953-5822

Paige V. Welch
Tex. Bar No. 24138184
pwelch@jw.com
100 Congress Ave., Ste 11000
Austin, TX 78701
Telephone:  (512) 236-2295
Facsimile:  (512) 236-2002

PAUL HASTINGS LLP

By: */s/ Andrea P. Roberts*
Andrea P. Roberts
Cal. Bar No. 228128
andrearoberts@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Robert W. Unikel
Ill. Bar No. 6216974
robertunikel@paulhastings.com
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
Cal. Bar No. 232147
matthiaskamber@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Robert R. Laurenzi
N.Y. Bar No. 3024676
robertlaurenzi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton
Cal. Bar No. 317587
ariellbratton@paulhastings.com
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Stephanie Adamakos
D.C. Bar No. 1718981
stephanieadamakos@paulhastings.com
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705


*Attorneys for Defendant*
*GOOGLE LLC*


## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on March 27, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record who have appeared in this case were served with the foregoing document via the Court's CM/ECF system.

*/s/ Andrea P. Roberts*
Andrea P. Roberts