# EXHIBIT 116

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

HEADWATER RESEARCH, LLC.,      (   CAUSE NO. 2:23-CV-352-JRG
                                  )
      Plaintiff,          (
                                  )
vs.                          (
                                  )
CELLCO PARTNERSHIP, D/B/A      (
VERIZON WIRELESS, et al.,      )  MARSHALL, TEXAS
                                (  JULY 17, 2025
      Defendants.        )  8:30 A.M.
_____

VOLUME 2

_____

TRIAL ON THE MERITS

BEFORE THE HONORABLE RODNEY GILSTRAP
UNITED STATES CHIEF DISTRICT JUDGE
and a jury

_____

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

HWR-00176668

A P P E A R A N C E S

FOR THE PLAINTIFF:      RUSS AUGUST & KABAT -
                        LOS ANGELES
                        12424 WILSHIRE BOULEVARD
                        12TH FLOOR
                        LOS ANGELES, CA 90025
                        (310) 826-7474
                        BY: MR. MARC FENSTER
                            MR. REZA MIRZAIE
                            MR. BRIAN LEDAHL

                        MILLER FAIR HENRY, PLLC
                        1507 BILL OWENS PARKWAY
                        LONGVIEW, TEXAS  75604
                        (903) 757-6400
                        BY:  MS. ANDREA FAIR

FOR THE DEFENDANTS:     GIBSON DUNN & CRUTCHER, LLP
                        NYC
                        200 PARK AVE., 48TH FLOOR
                        NEW YORK, NEW York  10166-0193
                        (212) 351-2490
                        BY:  MR. JOSH KREVITT
                             MR. BRIAN ROSENTHAL
                             MS. KATHERINE DOMINGUEZ

                        THE DACUS FIRM, PC
                        821 ESE LOOP 323, SUITE 430
                        TYLER, TEXAS  75701
                        (903) 705-1117
                        BY:  MR. DERON DACUS

OFFICIAL REPORTER:      SHAWN M. McROBERTS, RMR, CRR
                        100 E. HOUSTON STREET
                        MARSHALL, TEXAS  75670
                        (903) 923-8546

HWR-00176669

# INDEX

**EXAMINATION**

| **Witness Name** | **Page** |
|---|---|
| GREG RALEIGH, PH.D. | |
|    Direct By MS. FAIR | 188 |
|    Cross By MR. KREVITT | 220 |
|    Redirect By MS. FAIR | 246 |
|    Recross By MR. KREVITT | 252 |
| THOMAS RUSSELL | |
|    BY VIDEO DEPOSITION | 259 |
| KARTIK UMAMAHESWARAN | |
|    BY VIDEO DEPOSITION | 267 |
| MICHAEL KANCHIRAJU | |
|    BY VIDEO DEPOSITION | 274 |
| MICHAEL SCHNIKSNIS | |
|    BY VIDEO DEPOSITION | 287 |
| DAVID CHAN | |
|    BY VIDEO DEPOSITION | 289 |
| KARTIK VENKATRAMAN | |
|    Direct By MR. MIRZAIE | 304 |
|    Cross By MR. ROSENTHAL | 340 |
|    Redirect By MR. MIRZAIE | 373 |
|    Recross By MR. ROSENTHAL | 380 |
| KYLE MALADY | |
|    BY VIDEO DEPOSITION | 382 |
| RICHARD WESEL, PH.D. | |
|    Direct by MR. FENSTER | 386 |
|    Cross By MR. ROSENTHAL | 492 |

276

what QCI value is available -- or what QCI value is being referenced for the UE, it could be based upon the quality of service and the scheduler making the decisions about what is available and when during that time.

Q.    Do you agree that RAN spectrum is one of Verizon's most precious resources?

A.    I agree that Verizon's RAN spectrum is a -- is an asset that we invest heavily in and allows us to differentiate our network.

Q.    Would you say that, on a nationwide view, the C-band currently is underutilized?

A.    From this data point, assuming that it is an average across the nation of what is currently deployed on a daily basis, I would say this C-band utilization on a scale of one -- of 0 to 100 is being utilized -- is -- has low utilization.

THE COURT:  Does that complete this witness by deposition?

MS. FAIR:  Yes, Your Honor.

THE COURT:  Call your next witness, please.

MS. FAIR:  At this time the Plaintiff calls Mr. Ammyth Yamasani.  He is a senior software engineer at Google, corporate designee for Google about technical aspects of Android operating system.

This clip is 19 minutes, of which 7 minutes, 53 seconds,

HWR-00176760

is the Plaintiff's, and 11 minutes, 7 seconds, is the Defendants'.

THE COURT:  All right.  Ladies and gentlemen, before this deposition video is played, the parties have agreed that I should remind you that Mr. Yamasani is a Google employee and that Google has a financial interest in this case through its relationship with Verizon.

Let's proceed with this witness by deposition, please.

Q.    But the user's interaction with the phone is not limited to direct touching.  Fair?

A.    Yes.  There are other modes of input.

Q.    And the user can interact with the phone and the phone, obviously, can interact with the user.  Fair?

A.    Yes.

Q.    For example, when the Spotify music player is played using foreground services, the user, if it's within the -- the hearing range of -- of his or her phone, would be able to listen to the music through the speakers of the phone.  Fair?

A.    I wouldn't characterize it that way.

Q.    How would you characterize it --

A.    'Cause it's not an interaction at that point; it's passive.

Q.    What's it -- in your sentence, when you say "it's passive"...

A.    The act of hearing the audio is passive.  It is not

HWR-00176761

interactive at that point.

Q.    We, I think, agreed, based on your testimony a few moments ago, that at least the phone would be interacting with the user by playing music through this speaker, though.  Fair?

A.    Not in all cases of the speaker doing something.  I was thinking more in terms of back-and-forth communication.

Q.    What do -- what do you mean by back-and forth communication?

A.    Like an interactive voice assistant.

Q.    Network Policy impacts whether data can be sent over a cellular network, or it can impact whether data can be sent over a cellular network.  Fair?

A.    Yes.

Q.    Let's -- let me ask you this.  According to the Data Saver feature, the Android operating system can apply certain network restrictions to certain apps.  Correct?

A.    Data Saver is a user feature.  If the user chooses to turn on Data Saver, then the OS will restrict some apps from using the network.

Q.    And part of the process which the OS will restrict some apps from using the network can be based on the process state classification of the app.  Fair?

A.    It uses that as one of the signals.  The OS uses the Data Saver flag as one of the signals to make a decision.

Q.    And so if I understand your testimony, the OS uses the

HWR-00176762

proc state of an app as one of the signals in order to decide whether to restrict -- to apply network restrictions or not to the app.  Fair?

A.    The process state does play a role in making that decision to restrict network to an app.

Q.    With respect to the App Stanby feature, the Android operating system can apply certain network restrictions to certain apps.  Correct?

A.    Depending on the -- the specific standby bucket the application is, it can affect the -- the Network Policy, yes.

Q.    So I'll ask a different question then.  When the OS decides whether to apply certain network restrictions according to the App Standby feature, it can use as a signal the process state of the app at that time.  Correct?

A.    Yes, it can use the process state to override the standby bucket state.

Q.    Going back to Data Saver, are you familiar with the concept of whitelisting an app?

A.    For which purpose?

Q.    For exempting it from a network restriction that otherwise may be applied by a feature.

A.    It might be different based on whether it's for cellular network or WiFi network or other types.

Q.    According to your understanding, the Android operating system, when applying Data Saver, can exempt certain apps from

HWR-00176763

having Data Saver restrict their network access.  Correct?

A.   I believe there is code to that effect.  I don't know if it -- if and how that is activated.

Q.   With respect to App Standby, Android operating system has the capability of providing the user with a UI that allows the user to exempt certain applications from having their network access restricted.  Correct?

A.   With respect to App Standby, the user control is about allowing the app to do what App Standby restricts them from doing, which is mostly about the capabilities for each bucket. It may or may not imply network restrictions.

Q.   When it does imply network restrictions, the user may have the capability of exempting certain apps from those network restrictions.  Correct?

A.   The user can prevent the app from going into a low standby bucket, which looks on -- low standby buckets present network access.  So if you don't let the app go into the low standby bucket, then if all other conditions are met, then the application might be able to access the network.

Q.   What user interface can the user use to prevent the application from going into the low standby bucket?

A.   On Pixel devices, there is a battery settings page where you can put the application in an unrestricted state.  That will prevent the app from going into a low standby bucket.

Q.   According to that option, a user can select certain apps

HWR-00176764

and prevent them from going into that state while not exempting other apps.  Fair?  Or is it an all-or-nothing option?

A.    The user can choose on a per-app basis to exempt from standby buckets.

Q.    And ConnectivityManager, for each such application, would know and classify whether that's using a cellular network or a WiFi network or both.  Do I understand that right?

A.    I think it is part of the policies that it transmits where it tells the ConnectivityManager.  By "it", I mean Network Policy Manager tells the ConnectivityManager what kinds of networks are allowed for a particular application and whether or not it's allowed at all to access the network.

Q.    Regardless of how it specifically translates those policies, I was just noting that the ConnectivityManager would know whether the applicable network is WiFi or cellular, or it might be metered or unmetered.  Correct?

A.    The ConnectivityManager's aware of what network is available, and it's aware of the policies that the Network Policy Manager tells it.  I don't know whether it has a one-to-one correspondence.

Q.    And your prior answer, that's true no matter what feature we're talking about, whether it's Doze or App Standby or Data Saver or Battery Saver.  Correct?

A.    That's correct.

HWR-00176765

Q.   Just a couple of more questions on this topic.

We discussed previously that an application would attempt to make a network connection by transmitting some form of data through an API to the operating system.  Correct?

A.   I wouldn't say it is necessarily transmitting data; it is making an API call which can have some response back from the operating system.  The first step is usually to initiate a connection, not to try to transmit data.  If the connection successfully is initiated, then it can try to transmit data.

Q.   Thank you.  That's helpful.

So an app can attempt to initiate a network connection by making an API call to the OS, or it could actually be attempting to transmit data but -- to or through a network by making some API calls to the OS.  Do I have that correct?

A.   It needs to initially establish that connection before it can try to transmit data through that network connection.

Q.   We discussed a moment ago that when an app attempts to initiate a network connection, it makes an API call to the OS. Correct?

A.   Correct.

Q.   And when an app, after successfully initiating a network connection, attempts to transmit data through a network through that connection, it also has to make some kind of API call.  Correct?

A.   Correct.

Q.   And making an API call requires some form of application interface message or request.  Correct?

A.   No.  It is -- it is just calling a subroutine and passing some parameters to the subroutine.  That's the way I would characterize it.

Q.   And after it has restricted an application's network access, how is the -- conceptually, the firewall elements used to restrict or block that access of data transfer?

A.   I don't know the exact details of how it restricts it. One way is it invalidates the connection object that was handed back.  So any further calls using that connection object will result in an error.

Q.   One of the error messages, to be clear, is that the data transfer was blocked through that part of the network layer. Fair?

A.   It would be the data transfer failed to happen for some reason.

Q.   And one of those reasons can be that it was blocked by the operating system through the conceptual use of the firewall, though.  Fair?

A.   It means that the policy set on the firewall prevents that data transfer from completing.

Q.   My question was a little different.  You may not know all of the error messages, but one of the -- one of the example error messages that may be used is that it was blocked.  Fair?

HWR-00176767

A.    I think it's most likely going to be something like an EPERM, which is a message -- an error code that says no permission to -- to do that transaction.

Q.    So what I want to talk about is specifically the API calls we were discussing between an application and ConnectivityManager to set up a network connection.  Do you recall that discussion?

A.    Yes.

Q.    And I think when we were discussing that, there was sort of a distinction drawn between the API messages that were involved in setting up the network connection and then the subsequent data transmission over that network connection.  Do you remember that?

A.    Yes.

Q.    Okay.  So I want to talk first about the API messages to set up the network connection, the sort of first step.

      So with that withdrawn, maybe to set the table, that setup series of API calls I think you testified would happen before any data transmission would occur.  Is that correct?

A.    Yes.  The connection request to open a socket has to happen before a data transfer.

Q.    Okay.  So in the event it does send that message, it would go to the ConnectivityManager, though.  Correct?

A.    That's right.

Q.    And I believe you mentioned earlier that it is best

practices for application developers to ask the ConnectivityManager when they are trying to set up a network connection and abide by the responses they get from ConnectivityManager.  Is that fair?

A.    I believe that is the best practice, yes.

Q.    When determining whether or not to permit an application to establish a connection to a network, do you know whether ConnectivityManager looks at the particular activity that the application is trying to perform?

A.    I don't believe so.

Q.    Apologies.  I was referring to that request.  So when the application sends the request for network state or availability through some API interface to ConnectivityManager, is there any circumstance where that API request would not make it to ConnectivityManager when everything is operating normally within Android?

A.    No, I don't see why it wouldn't complete that API transaction.

Q.    Okay.  And sort of a similar question.  When ConnectivityManager provides the response to that request back to the application, is there any reason, in the ordinary operation of Android, that that response would not make it back to the application?

A.    No.  Unless the application was killed in the meantime before the response, there's no reason why it shouldn't

receive the response.

Q.   Got it.  And so, just to be clear, there's no other part of Android that would be intercepting or canceling those API messages between the application and ConnectivityManager. Right?

A.   No, nothing gets in between the two.

Q.   Great.  You can put that document away.

So over the course of today, we've discussed four features named Data Saver, Doze Mode, Battery Saver, and App Standby.  Correct?

A.   Yes.

Q.   To your knowledge, did Google receive any input from Verizon in developing any of those features?

A.   Not that I'm aware of.

THE COURT:  Does that complete this witness by deposition?

MS. FAIR:  Yes, Your Honor.

THE COURT:  Call your next witness, please.

MS. FAIR:  Your Honor, at this time the Plaintiff calls Mr. Michael Schiksnis.  He's the chief of staff at Samsung's Mobile Network Operators.  He was Samsung's corporate designee for Android code related to the relevant features, including Doze Mode.

This clip is 46 seconds, and at Samsung's request we ask that the courtroom be sealed for this.

I HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER. I FURTHER CERTIFY THAT THE TRANSCRIPT FEES FORMAT COMPLY WITH THOSE PRESCRIBED BY THE COURT AND THE JUDICIAL CONFERENCE OF THE UNITED STATES.

S/Shawn McRoberts                    07/17/2025

_____DATE_____
SHAWN McROBERTS, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER

.