# EXHIBIT 122

## Contact

www.linkedin.com/in/
rachelhagerroberts (LinkedIn)

## Top Skills

Customer Support

Talent Development

Leadership

# Rachel Roberts

Director, Product & Platform Strategy | Executive Product Leader &
Market Representative | Global Ecosystems
Eldon, Missouri, United States

## Summary

Rachel Roberts is a senior product and platform strategy leader with
more than 20 years of experience guiding smartphone portfolios
and market strategy in highly competitive global environments. She
currently serves as Director of Smartphone Product Management
at Samsung Electronics America, where she leads portfolio
strategy, product planning, and go-to-market direction for Galaxy
smartphones.

In addition to her product leadership responsibilities, Rachel is a
senior corporate representative for Samsung and has served in high-
stakes legal proceedings representing product positioning, market
intent, and business rationale. In this capacity, she partners closely
with legal and technical teams while serving as a trusted executive
voice for product and portfolio decisions.

Rachel is also a public-facing representative for the Galaxy portfolio
and regularly communicates product vision, platform strategy,
and market direction to external audiences, including participation
in major global product launch events. She is frequently called
upon to translate complex product and platform strategy into clear,
compelling narratives for diverse stakeholder groups.

Her career spans business continuity planning, device development,
portfolio leadership, and ecosystem strategy, with extensive
experience operating at the intersection of hardware, software, legal,
and partner environments. She has led cross-functional teams and
collaborated with platform partners, OEMs, and third-party vendors
to deliver coordinated, high-impact product outcomes.

Rachel holds a Bachelor's degree in Electrical Engineering from
Iowa State University and an MBA from the University of Kansas.
She is particularly effective in roles that require executive-level
communication, strategic judgment, and the ability to represent

product and platform decisions in high-visibility internal and external settings.

---

## Experience

**Samsung Electronics America**
9 years 8 months

**Director of Smartphone Product Management**
March 2025 - Present (1 year 1 month)

• Lead smartphone portfolio strategy and product planning for the Galaxy ecosystem, guiding roadmap decisions, positioning, and go-to-market execution in a highly competitive U.S. market.

• Direct and develop cross-functional product management teams, aligning engineering, marketing, sales, legal, and operations stakeholders around clear strategic priorities and execution plans.

• Serve as a senior corporate representative for product and portfolio decisions in high-stakes legal proceedings, focusing on product positioning, market intent, and business rationale, while coordinating closely with engineering and technical subject-matter experts.

• Act as a senior public-facing representative for the Galaxy portfolio in high-visibility external forums, including major global product launch events, communicating product vision, platform strategy, and market direction to broad external audiences.

• Translate market dynamics, consumer insights, and competitive intelligence into actionable portfolio and roadmap decisions that balance innovation, risk, and commercial performance.

• Partner closely with internal leadership and external ecosystem participants—including platform partners, OEMs, and third-party vendors—to manage interdependencies and deliver coordinated product outcomes.

• Provide strategic guidance on product positioning and lifecycle management, ensuring alignment between long-term platform strategy and near-term market execution.

Senior Manager, Smartphone Product Management

April 2020 - March 2025 (5 years)

### New Business Development & Portfolio Planning Manager
March 2018 - April 2020 (2 years 2 months)
Overland Park, Kansas

### Senior Product Manager
August 2016 - March 2018 (1 year 8 months)
Overland Park, Kansas

### Sprint
11 years 2 months

### Staff Operations Manager
December 2015 - July 2016 (8 months)
Overland Park, Kansas

• Collaborated with executives to provide program updates, advise critical roadmap decisions and ensure alignment with strategic initiatives.
• Supervised configuration and development processes to deliver new products / services and support existing commercialized products.
• Governed security protocols, facility audits and restricted project agreements.

### Manager, Product Development Management
November 2014 - December 2015 (1 year 2 months)
Overland Park, Kansas

• Managed a team of product development managers responsible for critical companywide initiatives and device configuration management for the complete Sprint portfolio.
• Facilitated and managed the pipeline process for development, certification and delivery of iconic Apple products and services.
• Established and organized teambuilding activities to foster creativity and build camaraderie.
• Collaborated to define organizational goals and team objectives; coached team members with individual development plans and executed performance reviews.
• Directed process improvement with operations involved with device configuration management and system readiness procedures.

### Device Development Manager
August 2009 - November 2014 (5 years 4 months)
Overland Park, Kansas

• Managed the initial onboarding and technical relationship with Apple across multiple brands – Sprint Postpaid, Prepaid and Wholesale partners.

• Managed the technical relationship between numerous handset manufacturers including Samsung, HTC, Blackberry, ZTE and HP with internal and external stakeholders.

• Administered the device configuration and development lifecycle; conducted weekly meetings to analyze requirement compliance; coordinated and prioritized testing to ensure milestone delivery and identified scheduling risks for commercial launch readiness.

• Interfaced with product management, marketing and customer care organizations to provide post-launch technical support and analyzed appropriate software enhancements to resolve critical customer impacting issues.

• Developed and managed the official mailbox for all formal external communications published by Sprint Customer Equipment and administered the central database for all requirement documentation.

• Coordinated the migration of existing processes to an automated environment, ensuring integration with existing platforms to improve and enhance workflow.

### Device Testing & Development Engineer II
May 2008 - August 2009 (1 year 4 months)
Overland Park, Kansas

• Managed development, testing, post-launch support and enhancement of one of Sprint's top products from initial commercial launch to a user base of over 2 million active users on 65 devices across two networks.

• Developed detailed testing methodologies based on technical specifications and business product design requirements.

• Assisted with the migration of manual test case execution to a modernized automated environment.

• Developed, implemented and enforced acceptance requirements to hold application vendors accountable for product quality submissions.

### Global Development Technical Device Manager
May 2007 - May 2008 (1 year 1 month)
Overland Park, Kansas

• Managed the technical qualification relationship between Sprint and multiple international partners.

• Consulted with international partners' executives to recommend products and assist with technical roadmap decisions.

• Analyzed international partners' technical requirements for products to ensure development alignment.
• Monitored the development, implementation and deployment of products within international markets.
• Provided ad-hoc technical support in critical device development areas to increase partner speed to market.

Product Development Engineer I
June 2005 - May 2007 (2 years)
Overland Park, Kansas

• Managed the Games Certification Team with three direct reports; managed the technical relationship of 22 vendors, including two aggregators of smaller game publishers.
• Created and supervised the implementation and enforcement of content acceptance criteria and testing standards.
• Coordinated the workflow management of certification activities for new and existing wireless products and services with numerous handset manufacturers to ensure timely delivery to market.
• Facilitated provisioning, upgrading and functional testing across 90+ devices which resulted in a 20% decrease in service level agreement certification time from 6.1 days to 4.9 days.
• Assisted with troubleshooting in-market content issues and provided post-launch technical support.
• Promoted and participated in the New College Hire Development Program and actively supported the University Relations and Recruiting Team for Iowa State University.

Sprint
Business Continuity Planning Intern II
May 2004 - August 2004 (4 months)
Overland Park, Kansas

• Facilitated Business Impact Analysis (BIA) for all Network Service organizations.
• Coordinated efforts with power companies to outline disaster response plans.
• Researched industry wireless best practices for disaster recovery programs.
• Completed Vulnerability Analysis for network facilities.

## Education

The University of Kansas
Master of Business Administration (M.B.A.)

Iowa State University
Bachelor's Degree, Electrical Engineering