# EXHIBIT 123

## Contact

www.linkedin.com/in/kristenclucas
(LinkedIn)

## Top Skills

Monthly Close

Excel

SAP R/3

# Kristen Lucas

Assistant Vice President of Financial Analysis at AT&T
Dallas, Texas, United States

## Experience

**AT&T**
13 years 7 months

Assistant Vice President Financial Analysis
July 2023 - Present (2 years 9 months)
Dallas, Texas, United States

Director Of Financial Analysis
January 2018 - July 2023 (5 years 7 months)
Dallas, Texas

Associate Director of Executive Compensation
February 2015 - January 2018 (3 years)

Lead Financial Analyst - Global Supply Chain
September 2012 - February 2015 (2 years 6 months)

**Raytheon**
5 years

Financial Planning and Analysis, Intelligence and Information Systems
October 2011 - October 2012 (1 year 1 month)

Lead Balance Sheet Analyst, Raytheon Missile Systems
December 2009 - October 2011 (1 year 11 months)

Lead Sales and Earnings Analyst, Raytheon Missile Systems
November 2007 - December 2009 (2 years 2 months)

**Synygy**
Associate Business Analyst
July 2006 - November 2007 (1 year 5 months)
Scottsdale, AZ

_____

## Education

Southern Methodist University

Masters, Business Administration - Finance & Strategy · (2012 - 2013)

## University of Arizona
Bachelor of Arts, Economics, Journalism · (2002 - 2006)