# EXHIBIT 124

## Contact

www.linkedin.com/in/bob-lagrone-b31a1a1 (LinkedIn)

## Top Skills

Financial Modeling
Business Strategy
Financial Analysis

## Certifications

Data Science Nanodegree
Using Python with Excel

# Bob LaGrone

SVP, Corporate Development & Ventures at AT&T
Dallas-Fort Worth Metroplex

## Summary

Experienced CFO and Corporate Development professional with a demonstrated history of working in the media and telecommunications industry. Skilled in Negotiation, Business Planning/Forecasting, Acquisitions, Strategic Partnerships, and DCF Valuation.  MBA focused on Finance from The University of Texas-Austin.

---

## Experience

**AT&T**
19 years 10 months

**SVP, Corporate Development & Ventures**
September 2022 - Present (3 years 7 months)
Dallas, Texas, United States

**Managing Director, Corporate Development**
January 2020 - September 2022 (2 years 9 months)
Dallas/Fort Worth Area

**Vice President - Finance AT&T Entertainment Group**
October 2016 - January 2020 (3 years 4 months)

**Senior Executive Director - Corporate Development**
April 2016 - October 2016 (7 months)

**Executive Director - Corporate Development**
November 2012 - April 2016 (3 years 6 months)

**Director - Corporate Development**
September 2009 - November 2012 (3 years 3 months)

**Associate / Senior Associate - Corporate Development**
June 2006 - September 2009 (3 years 4 months)

**Autodesk**

Business Development Manager
1998 - 2004 (6 years)

Earth Resource Mapping
Channel Manager
1995 - 1998 (3 years)

_____

## Education

The University of Texas at Austin - The Red McCombs School of Business
Master of Business Administration (MBA), Finance, General · (2004 - 2006)

San Diego State University-California State University
Bachelor of Arts (B.A.), Geography and Cartography · (1989 - 1994)