# EXHIBIT 125

## Contact

www.linkedin.com/in/steven-rice-b772389 (LinkedIn)

# Steven Rice

Vice President Network Planning at Verizon
Keller, Texas, United States

## Experience

**Verizon**
17 years 3 months

Vice President Network Planning
November 2023 - Present (2 years 5 months)

Executive Director Network Planning
January 2022 - November 2023 (1 year 11 months)

Executive Director Service Performance
January 2019 - January 2022 (3 years 1 month)

Director of Service Performance
June 2013 - January 2019 (5 years 8 months)

Director System Performance
January 2009 - June 2013 (4 years 6 months)

**Alltel**
7 years 1 month

Vice President Network Operations
January 2006 - January 2009 (3 years 1 month)

Director RF Engineering
January 2004 - January 2006 (2 years 1 month)

Director Network Quality
January 2002 - January 2004 (2 years 1 month)

―――――

## Education

Bachelor of Engineering, Telecommunications · (1992 - 1997)