# EXHIBIT 127

 **TELUS** Digital



# United States

We offer some of the best English and Spanish-speaking talent around, and they are ready to meet your digital and CX needs.

Our Las Vegas, NV site has over 1,000 seats and 100,000 sq. ft. of contact center space, making it the ideal location to expand your onshore support needs. Our facility features modern and spacious workspaces designed to inspire digital and CX innovation. For those looking to locate their operations in Canada, please contact us to discuss further.

We're always looking for talented individuals to join our family.

Search job openings



# Our facilities

At TELUS Digital, we're all about cool spaces to inspire team engagement and foster a sense of pride in delivering quality results.

In fact, our Las Vegas site was once a large retail store, which explains its open concept, high ceilings and abundant light. Our site features an ideal blend of individual and collaborative workspaces and offers a full range of amenities — cafeterias, coffee shops, on-site fitness facilities and more — for camaraderie and creativity.



# Business benefits

Our onshore center provides the perfect location for customer care, technical support and sales support services — including premium care and digital CX solutions

## Easily accessible

Situated just 11 miles away from McCarran International Airport, our site is conveniently located and easily reached.

## Robust infrastructure

Vegas is a main U.S. data hub and home to some of the most advanced tech infrastructure in the country due to its low risk of natural disasters and central geography.

## Strong talent pool

Our site is supported by a large talent pool of English and Spanish-speaking candidates, seasoned CX professionals and/or recent graduates from leading colleges and universities.

## Onshore advantages

For many clients, our U.S. site offers the ideal onshore location for pilot programs and proof of concept trials. And for companies that have regulatory or other requirements, our site can meet onshore geographic and/or data sensitivity mandates.

## Where to find us

### TELUS Digital (U.S.) Corp.

Las Vegas
2251 South Decatur Boulevard
Las Vegas, Nevada USA 89102

View on map →

# See what makes us different

Visit us in person by scheduling your site tour today.

Contact sales →

## Our Humanity-in-the-Loop principles

See how ethical principles guide our work crafting enduring experiences.

Discover Humanity-in-the-Loop →

 TELUS Digital

Solutions ⌄

Industries ⌄

About Us

Humanity-in-the-Loop

Technology Partners

Insights

Careers

Contact

Subscribe to Newsletter

  

Cookie Preferences | Do Not Sell my Personal Information | Website User Terms |

Privacy Policy | Modern Slavery Act Transparency Statement

© 2026 TELUS Digital