# EXHIBIT 128

Telus International



Imagery ©2026 , Map data ©2026    200 ft



# Telus International

3.6 ★★★★⯨ (5)

Permanently closed

Overview                    Reviews

Directions    Save    Nearby    Send to phone    Share

 7700 W Parmer Ln, Austin, TX 78729