**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC,** | § | |
| | § | |
| *Plaintiff,* | § | **CASE NOS. 7:25-CV-00369-DC-DTG** |
| | § | **7:25-CV-00372-DC-DTG** |
| **v.** | § | **7:25-CV-00374-DC-DTG** |
| | § | **7:25-CV-00376-DC-DTG** |
| | § | **7:25-CV-00378-DC-DTG** |
| | § | **7:25-CV-00380-DC-DTG** |
| | § | **7:25-CV-00518-DC-DTG** |
| **GOOGLE LLC,** | § | |
| | § | |
| *Defendant,* | § | |

**ORDER ON MARCH 23, 2026 DISCOVERY HEARING**

On March 23, 2026, the Court held a discovery hearing in the above-captioned cases regarding a discovery dispute submitted on March 19, 2026. Having considered the parties' briefing and argument, the court **ORDERS** as follows.

With respect to Google's request permitting Google's counsel in these matters to alert Google's counsel in *Google LLC v. Headwater Research LLC*, NDCA-4:25-CV-7543 to facts and evidence revealed during venue discovery in these cases: It is **ORDERED** that Google's request is **GRANTED** provided the information is shared under the confidentiality designation "Confidential – Outside Attorneys' Eyes Only" under this Court's interim protective order (OGP 4.4 § VIII), and any counsel that receives that information agrees to be and is subject to this Court's interim protective order. Any such shared information will additionally be bound by any applicable NDCA protective order.

The Court makes no finding on whether Headwater made any statements in the NDCA that are contradicted by the facts or evidence revealed during venue discovery in the above-captioned cases.

**SIGNED** this 9th day of April, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE