**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff,* | Case No. 7:25-cv-00376-DC-DTG |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | |
| *Defendant.* | |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF
PLAINTIFF HEADWATER RESEARCH LLC'S RESPONSIVE CLAIM
CONSTRUCTION BRIEF**

I, Kristopher Davis, declare and state as follows:

I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

1.     Attached as **Exhibit 1** is a true and correct copy of Google's Petition for *Inter Partes* Review of U.S. Patent No. 8,631,102 from *Google LLC v. Headwater Research LLC,* IPR2026-00050, Paper 1, dated October 31, 2025.

2.     Attached as **Exhibit 2** is a true and correct copy of the Claim Construction Order and Memorandum In Support Thereof from *TMT Systems, Inc. v. Medtronic, Inc.,* Case No. 6:20-cv-00973-ADA, Dkt. 155 (W.D. Tex. July 3, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026 at Los Angeles, California.

*/s/ Kristopher Davis*
Kristopher Davis