**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff,* | Case No. 7:25-cv-00376-DC-DTG |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | |
| *Defendant*. | |

**DECLARATION OF PETER TONG IN SUPPORT OF PLAINTIFF HEADWATER'S
SUR-REPLY IN OPPOSITION TO GOOGLE'S MOTION TO TRANSFER**

I, Qi (Peter) Tong, declare and state as follows:

I am a member of the State Bar of Texas, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Sur-Reply in Opposition to Defendant's Motion to Transfer. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.  Exhibits may be highlighted and/or excerpted.

1.      Attached as **Exhibit 55** is a true and correct copy of Google LLC's Response, *In re VirtaMove Corp.*, No. 25-130, Dkt. 15 (Fed. Cir. June 12, 2025)

2.      Attached as **Exhibit 56** is a true and correct copy of VirtaMove Corp's Reply, *In re VirtaMove Corp.*, No. 25-130, Dkt. 16 (Fed. Cir. June 16, 2025).

3.      Attached as **Exhibit 57** is a true and correct copy of excerpts from the February 20, 2026 Deposition Transcript of Robert Greenwalt in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG.

4.      Attached as **Exhibit 58** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Adrienne McCallister in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG.

5.      Attached as **Exhibit 59** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Rakesh ("Kesh") Patel in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG.

6.      Attached as **Exhibit 60** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Nalini Belaramani in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG.

1

7.      Attached as **Exhibit 61** is a true and correct copy of excerpts from the May 1, 2026 Deposition Transcript of Bharath Kumar Maradani in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG.

8.      Attached as **Exhibit 62** is a true and correct copy of excerpts from the May 5, 2026 Deposition Transcript of Zac Yang in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG.

9.      Attached as **Exhibit 63** is a true and correct copy Exhibit Yang-03 (updated Mohammed Fayyazuddin LinkedIn profile) from the May 5, 2026 Deposition Transcript of Zac Yang in *Headwater Research v. Google LLC*, No. 7:25-cv-00376-DC-DTG (further highlighted).

10.     Attached as **Exhibit 64** is a true and correct copy of Email from Google's counsel to Headwater's counsel regarding follow-up depositions, dated April 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026, at Dallas, Texas.

*/s/ Peter Tong*
Peter Tong

2