# Exhibit 63

## Contact

www.linkedin.com/in/mohammed-fayyazuddin-05138b249 (LinkedIn)

## Top Skills

Software Testing

Call Quality

Video Capture

# Mohammed Fayyazuddin

Senior Field & Connectivity Test Engineer | aGPS E911 • 5G SA/NSA • NRDC • VoLTE/VoWiFi • Pixel & Carrier Certification

Dallas-Fort Worth Metroplex

## Summary

• Experienced in Device and Field Testing / Mobile Device  Testing (Smartphones)

• Proficient with JIRA, QxDM, Performance, logging & flashing Tools.

• Experience in preparing & executing of Test plans, Scenarios and test cases based on Client needs.

• 5G Feature Testing - Test Cases Review for MO/MT, E911, Roaming, Amber Alert, MMS, SMS, Voicemail, stress and load testing, Test script development, Test environment setup validation, Test execution, Defect reporting, validating config/code fix, Log collection, Log analysis, Troubleshooting.

• Verified TCP/IP, UDP protocols requirement.

• Work on issue log analysis for Test scenarios such as Vo-LTE calls, Vo-LTE conference, Video Telephony, VT Wi-Fi offloading and Wi-Fi Calling Scenarios.

• Experience in MNO IOT test cases which is performed in labs.

• Ability to quickly learn new things, and adaptability and ability to work in a team as well as individual.

• Testing with wireless technologies & performed System, Functional, Hardware Regression testing on latest Chip-sets.

• Generate reports on the status of applications based on the results of the functional and performance testing.

• Maintain documentation of test results to assist in debugging and modification of software.

• Experience related to telecommunications, including GSM, UMTS, E911, WCDMA, LTE, VOLTE, and 5G NR.

• Experience with 3rd party applications on various 3G, 4G, 5G smart phones and tablets.

• Experience in mentoring teams and excellent presentation and communication skills, team player.

## Experience



Exhibit #

Yang 03

5/5/2026

HCLTech
Senior Quality Assurance Field Engineer
August 2023 - February 2026 (2 years 7 months)
Dallas-Fort Worth Metroplex

Google
Senior Quality Assurance Field Engineer
August 2023 - February 2026 (2 years 7 months)

I validate end-to-end performance, connectivity, and feature readiness across multiple Google Pixel generations, focusing on LTE/5G, IMS, GNSS, E911, NTN, throughput, and mobility.

Key Responsibilities

• Validate LTE, 5G NSA/SA, VoLTE, VoWiFi, IMS, GNSS, and data services across daily builds and MR updates.
• Perform functional, performance, and stability testing under varied RF, congestion, and mobility conditions.
• Conduct NTN field testing on Verizon, validating satellite connectivity, message reliability, and emergency readiness.
• Execute DL/UL throughput testing across LTE, NSA, NRSA, NRDC, and mmWave; analyze latency, jitter, packet loss, and session stability.
• Validate call setup, retention, audio quality, VoLTE/VoWiFi, E911, and IMS emergency call flows.
• Perform intra/inter-frequency and inter-RAT mobility testing (LTE ↔ 5G NSA/SA) for voice, data, and mixed-traffic scenarios.
• Execute AGPS, GNSS, hybrid positioning, and E911 testing using Spirent platforms and GNSS simulators; measure TTFF, accuracy (CEP50/90), and fix stability.
• Capture and analyze logs using QXDM, Shannon DM, and ELT.

Samsung Semiconductor
Modem Quality Assurance Field Engineer
June 2020 - September 2023 (3 years 4 months)
Dallas-Fort Worth Metroplex

BTI Solutions
Modem Quality Assurance Field Engineer
June 2020 - September 2023 (3 years 4 months)

I performed end-to-end validation across GSM, UMTS, WCDMA, LTE, and 5G NR, supporting software quality, network readiness, and operator certification for smartphones and tablets.

Key Highlights

• Executed daily/weekly regression testing on new firmware across multi-RAT networks (GSM → 5G NR).
• Supported carrier certification testing including AT&T 10776, Verizon FIT, and T-Mobile V26.
• Strong working knowledge of 5G-SA, 5G-NSA, LTE/4G, and IMS technologies.
• Captured and analyzed logs using Shannon DM, XCAL, and diagnostic tools; delivered clear issue reports to engineering and carrier teams.
• Conducted LTE/5G NR throughput testing validating DL/UL performance, stability, and network behavior.
• Performed IFHO, SHO, and IRAT mobility testing ensuring seamless handovers across bands and RATs.
• Verified LTE core functions (attach, registration, bearer setup, paging) and tracked performance improvements across builds.
• Completed full-scale feature validation, sanity checks, performance testing, and UAT across multiple device platforms.
• Validated Bluetooth, SMS/MMS, Picture Mail, and multimedia features (audio/video capture & playback).
• Developed and updated test cases for new features and evolving system requirements.
• Performed VoLTE end-to-end testing including call setup, SRVCC/PS-HO, supplementary services, and voice continuity.
• Executed PC and mobile throughput testing across various RATs and network conditions.
• Conducted structured test execution using Datum for device and network validation.

Intel Feild Test Engineer
Quality Assurance Field Engineer
May 2018 - June 2020 (2 years 2 months)

Performed Weekly Regression testing on latest firmware release for Various Devices and tablets in GSM, UMTS, WCDMA, LTE & 5G NR network.

• Work with a group of individuals with emphasis on field testing and operator acceptance testing.

• Daily status reporting, dependency identification, issue escalation and tracking.

• Captured logs using QxDM Tools.

• Performed LTE & 5G NR throughput scenarios.

• Performed IFHO (Inter frequency Handovers), SHO (Soft Handovers) and IRAT handover.

• Verified LTE basic functionality & network performance improvement.

• Experienced in Qualcomm chipsets and tools.

• Performed Weekly Regression testing on latest firmware release for various devices and tablets in GSM, UMTS, WCDMA, LTE & 5G NR network.

• Successfully performed Full Scale Testing, Feature Testing, Sanity testing, Performance testing, and User Acceptance Testing. Also performed Testing of Phone Applications (e.g. Bluetooth, SMS, MMS, and Picture Mail) and Multi-media Features (e.g. Audio Capture, Audio Playback, Video Capture and Video Playback).

• Developed new and revised existing testing cases in order to test requested system specification changes/requirements made by functional areas.

• Performed VoLTE Full Testing.

• Performed PC and Mobile Throughput testing.

---

## Education

Trine University

Master's degree, Engineering Mangment / Information Technology

Himes Project Management

Bachelor's Degree