# Exhibit 64

**Subject:** HW v. Google - Venue Depositions

**Date:** Monday, April 20, 2026 at 7:58:58 PM Central Daylight Time

**From:** Al-Marzoog, Sami

**To:** Rak Headwater, Peter Tong

**CC:** Team-Google Headwater-CGSHOnly, Google-Headwater-PH, St. Clair, Nate

Counsel – we are writing regarding the one-hour venue depositions pursuant to the Court's April 15, 2026 order.  Given the number of witnesses and their limited availabilities, Google is able to make nearly all of the witnesses available on Friday, May 1, subject to a couple exceptions:

- Bryanna Barnett– April 24 (remote via Google Meet)
- Kristopher Easton – April 24 (remote via Google Meet)
- Nalini Belaramani – May 1 in Austin, TX
- Adrienne McCallister – May 1 in Austin, TX
- Kesh Patel – May 1 in Austin, TX
- Rob McBride – May 1 (remote via Google Meet)
- Alex Six– May 1 in Austin, TX
- Shams Pirani – May 1 in Austin, TX
- Zac Yang– May 5 in Mountain View, CA

We are still looking into Mr. Maradani's availability.  Shivang Patel stopped being a contractor to Google on April 9, 2026.  Google therefore cannot accept the subpoena on his behalf.  In view of the circumstances, will Headwater agree to withdraw his deposition?

Can you please confirm the above dates work by COB tomorrow so that we can make arrangements?  And please let us know whether Headwater intends to proceed with the depositions remotely or in person (other than the three witnesses we flagged above as available remotely).

Additionally, Headwater's discovery dispute chart indicated that Google submitted 12 declarations, and therefore the Court's order refers to 12 depositions.  We assume that was an error in Headwater's discovery dispute chart because Google submitted 11 declarations.

Thanks,

---

**Sami Al-Marzoog | Partner**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lfinley@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1757
salmarzoog@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "Firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated firms or

entities, and the term "offices" includes offices of those affiliated firms or entities. The term "partner" in relation to Cleary Gottlieb means a member, or an employee or consultant with equivalent standing and qualifications of Cleary Gottlieb.

For information about how the Firm collects and uses your personal data, please see our Privacy Statement.