**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § | |
| *Plaintiff,* | § § § | Case No. 7:25-cv-00376-DC-DTG |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § § § | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Scheduling Order (Dkt. 41), Plaintiff Headwater Research LLC and

Defendant Google LLC submit this Joint Claim Construction Statement regarding U.S. Patent Nos.

8,023,425 (the "'425 Patent"), 8,631,102 (the "'102 Patent"), and 8,799,451 (the "'451 Patent").

## I.    AGREED-UPON CLAIM TERMS

| Claim Term | Agreed Construction |
|---|---|
| N/A | N/A |

## II.    DISPUTED CLAIM TERMS

Defendant proposed each of the following terms. Plaintiff did not propose any terms.

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| "user response"<br><br>'425 Patent, claims 1, 2, 3 | No construction is necessary; each term's plain and ordinary meaning should apply. | "response from the user of the first end point device [to the notification message including an offer to activate the access network forwarding service]" |

| | | |
|---|---|---|
| "[the] one or more processors"<br><br>'102 Patent, claims 1, 5, 7, 10, 13, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 | No construction is necessary; each term's plain and ordinary meaning should apply. | These terms must have the same meaning in each instance that they appear in the claims. |
| "[the] one or more other devices"<br><br>'102 Patent, claims 1, 15, 16, 20<br><br>"[the] at least one processor"<br><br>'451 Patent, claims 1, 5, 6, 7, 8, 11, 12, 13, 17, 24, 25, 26, 27, 28, 33, 43, 44, 52, 57, 62 | The Court should give the general antecedent basis instruction: "Subsequent use of the definite articles 'the' or 'said' in a claim refers back to the same term recited earlier in the claim" | |

DATED:  June 5, 2026

Respectfully Submitted,

*/s/ Marc Fenster*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

PAUL HASTINGS LLP

By: */s/ Robert W. Unikel*

Robert W. Unikel
Ill. Bar No. 6216974
robertunikel@paulhastings.com
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
Cal. Bar No. 232147
matthiaskamber@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Andrea P. Roberts
Cal. Bar No. 228128
andrearoberts@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Robert R. Laurenzi
N.Y. Bar No. 3024676
robertlaurenzi@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton
Cal. Bar No. 317587
ariellbratton@paulhastings.com
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Stephanie Adamakos
D.C. Bar No. 1718981

stephanieadamakos@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

JACKSON WALKER LLP

Nathaniel St. Clair, II
Tex. Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone:  (214) 953-6000
Facsimile:  (214) 953-5822

Paige Vonne Welch
Tex. Bar. No. 24138184
pwelch@jw.com
100 Congress Ave., Ste 11000
Austin, TX 78701
Telephone: (512) 236-2295
Facsimile: (512) 236-2002

*Attorneys for Defendant*
*GOOGLE LLC*

-5-

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on June 5, 2026, all counsel of record who have appeared in this case and have consented to electronic service, were served with the foregoing document via the Court's CM/ECF system.

*/s/ Robert W. Unikel*
Robert W. Unikel
